IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARMONY BIOSCIENCES, LLC, et al.    )
    )
    )
    v.    )   Civil Action No.
    )
LUPIN LIMITED, et al.    )
    )

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  September 28, 2023

Date of Expiration of Patent:  See Below*

Thirty Month Stay Deadline:  February 14, 2027**

\*   U.S. Patent No. 8,486,947 expires on 9/26/2029; and U.S. Patent No. 8,207,197 expires on 3/7/2030.

\*\* This deadline is calculated pursuant to New Chemical Entity status, which applies in this case.

_____11/9/2023_____
Date

_____/s/ Jack B. Blumenfeld_____
Attorney(s) for Plaintiff