IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES, LLC, BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-1286 (JLH)<br>)  **CONSOLIDATED**<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
CLAIM CONSTRUCTION PROCEEDINGS**

WHEREAS, the Court issued a Scheduling Order setting a Claim Construction Hearing for March 27, 2025 (D.I. 34);

WHEREAS, the Parties met and conferred and filed a Joint Claim Construction Chart on September 24, 2024, identifying seven terms for claim construction and agreeing, subject to the Court's approval, to address indefiniteness of other claim terms later in the case (D.I. 130);

WHEREAS, after further discussion, the Parties narrowed their claim construction disputes to four terms;

WHEREAS, the Parties submitted a Joint Claim Construction Brief, addressing the four remaining terms identified for claim construction (D.I. 176);

WHEREAS, the Parties met and conferred and filed an amended Joint Claim Construction Chart on March 20, 2025, which identified the same four terms for claim construction and included the same agreement, subject to the Court's approval, to address indefiniteness of other claim terms later in the case (D.I. 251); and,

WHEREAS, the Parties have subsequently agreed, subject to the Court's approval, to address indefiniteness of all claim terms later in the case.

IT IS HEREBY STIPULATED by the Parties, subject to the approval of the Court, that:

(1) All indefiniteness arguments addressed in the Joint Claim Construction Brief, including those relating to the disputed terms set forth in the Amended Joint Claim Construction Chart, will be deferred until trial; and,

(2) The March 27, 2025 Claim Construction Hearing shall be taken off the Court's calendar.

| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| /s/ Jeremy A. Tigan | /s/ Dominick T. Gattuso |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200 | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7311 |
| | *Attorneys for Defendant AET Pharma US, Inc.* |
| *Attorneys for Plaintiffs Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile de Recherche and Bioprojet Pharma SAS* | |

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Richard C. Weinblatt<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540 | /s/ Alexandra M. Ewing<br>Frederick L. Cottrell, III (#2555)<br>Alexandra M. Ewing (#6407)<br>920 North King Street Wilmington, DE 19801<br>(302) 651-7700 |
| *Attorneys for Defendants Zenara Pharma Private Limited and Biophore India Pharmaceuticals Private Limited* | *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* |
| STAMOULIS & WEINBLATT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Richard C. Weinblatt<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540 | /s/ Alexis N. Stombaugh<br>Anne Shea Gaza (#4093)<br>Alexis N. Stombaugh (#6702)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600 |
| *Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | *Attorneys for Defendant Novitium Pharmaceuticals LLC* |

March 24, 2025

SO ORDERED this   24th   day of        March        , 2025.

_____
UNITED STATES DISTRICT JUDGE