IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES MANAGEMENT, INC., BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS, <br><br>   Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED, et al. <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 25-102 (JLH) <br> C.A. No. 23-1286 (JLH) (SRF) <br> **CONSOLIDATED** |

**CONSENT JUDGMENT**

Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile De Recherche, and Bioprojet Pharma SAS (hereinafter collectively "Harmony"), and Lupin Limited and Lupin Pharmaceuticals, Inc. (hereinafter "Lupin" and with Harmony, the "Parties"), have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the Parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the actions, as follows:

IT IS this 11th day of    June   , 2025:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties solely with respect to this Action.

2. As used in this Consent Judgment, (i) the term "Lupin Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 218846 (and defined in greater detail in the Settlement Agreement); (ii) the term

"Licensed Patents" shall mean United States Patent Numbers 8,207,197 and 8,486,947; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Lupin; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Lupin, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Lupin Product.

4. Compliance with this Consent Judgment may be enforced by the Parties and their successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims of Harmony against Lupin, and all counterclaims and affirmative defenses of Lupin against Harmony, that either Party asserted, or could have asserted, in this action with respect to the Licensed Patents are hereby dismissed with prejudice. Harmony and Lupin shall not seek an award of costs, disbursements or attorneys' fees in this Action.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

We hereby consent to the form and entry of this Order:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ *Jeremy A. Tigan* | /s/ *Alexandra M. Ewing* |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com | Frederick L. Cottrell, III (#2555)<br>Alexandra M. Ewing (#6407)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>ewing@rlf.com |
| OF COUNSEL: | OF COUNSEL: |
| Christopher N. Sipes<br>Erica N. Andersen<br>Brianne Bharkhda<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000 | William R. Zimmerman<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1717 Pennsylvania Ave. N.W., Ste. 900<br>Washington D.C. 20006<br>202-640-6412 - Direct<br>Tel: (202) 640-6400<br>Fax: (202) 640-6401<br>Bill.Zimerman@knobbe.com |
| Yiye Fu<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306<br>(650) 632-4700 | William O. Adams<br>Brian C. Barnes<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br>William.Adams@knobbe.com<br>Brian.Barnes@knobbe.com |
| Alexa Hansen<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>(415) 591-6000 | *Attorneys for Defendant/Counterclaimant Lupin Limited and Defendant Lupin Pharmaceuticals, Inc.* |
| *Attorneys for Plaintiffs Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile de Recherche and Bioprojet Pharma SAS* | |

June 5, 2025