IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARMONY BIOSCIENCES, LLC, | ) | |
| HARMONY BIOSCIENCES | ) | |
| MANAGEMENT, INC., BIOPROJET | ) | |
| SOCIÉTÉ CIVILE DE RECHERCHE and | ) | |
| BIOPROJET PHARMA SAS, | ) | C.A. No. 23-1286 (JLH) |
| | ) | C.A. No. 23-1340 (JLH) |
| Plaintiffs, | ) | C.A. No. 24-941 (JLH) |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| LUPIN LIMITED, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING INFRINGEMENT**

Plaintiffs Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile de Recherche, and Bioprojet Pharma SAS (collectively, "Plaintiffs") and Defendant AET Pharma US, Inc. ("AET"), hereby stipulate and agree as follows:

**WHEREAS,** AET has submitted Abbreviated New Drug Application No. 218892 ("AET's ANDA") to the United States Food and Drug Administration ("FDA") seeking approval for generic versions of WAKIX® (pitolisant hydrochloride) 4.45 mg and 17.8 mg tablets (the "AET ANDA Products") prior to the expiration of U.S. Patent No. 8,486,947 ("the '947 Patent");

**WHEREAS,** on November 21, 2023, Plaintiffs brought suit against AET in an action captioned *Harmony Biosciences, LLC et al. v. AET Pharma US, Inc. et al.*, 1:23-cv-1340-JLH (D. Del.) against AET, alleging infringement of the '947 Patent based on AET's submission of AET's ANDA, which seeks approval to engage in the sale, offer for sale, use, and/or manufacture within the United States and/or importation into the United States of the AET ANDA Products prior to expiration of the '947 Patent;

**WHEREAS**, on April 15, 2024, the Court ordered the consolidation of *Harmony Biosciences, LLC et al. v. AET Pharma US, Inc. et al.*, 1:23-cv-01340-JLH (D. Del.) with *Harmony Biosciences, LLC et al. v. Lupin Limited, and Lupin Pharmaceuticals, Inc. et al.*, 1:23-cv-1286-JLH (D. Del);

**WHEREAS**, on August 13, 2024, Plaintiffs brought suit against AET Pharma US, Inc., AET Laboratories Private Limited, and Alfred E. Tiefenbacher (GmbH & Co. KG) in an action captioned *Harmony Biosciences, LLC et al. v. AET Pharma US, Inc. et al*. 1:24-cv-941-JLH (D. Del.) ("the August 2024 AET Action"), alleging infringement of the '947 Patent based on AET's submission of AET's ANDA, which seeks approval to engage in the sale, offer for sale, use, and/or manufacture within the United States and/or importation into the United States of the AET ANDA Products prior to expiration of the '947 Patent;

**WHEREAS**, on October 4, 2024, the Court dismissed AET Laboratories Private Limited and Alfred E. Tiefenbacher (GmbH & Co. KG) from the August 2024 AET Action and otherwise consolidated the August 2024 AET Action pending against AET with *Harmony Biosciences, LLC et al. v. Lupin Limited, and Lupin Pharmaceuticals, Inc. et al.*, 1:23-cv-1286-JLH (D. Del);

**WHEREAS**, Plaintiffs assert that AET infringes claims 12 and 13 of the '947 Patent under 35 U.S.C. §§ 271(a)-(c), (g), and (e);

**WHEREAS**, AET asserts that claims 12 and 13 of the '947 Patent are invalid and not infringed under §§ 271(a), (c), and (g);

**WHEREAS**, AET represents that it has produced all submissions and correspondence sent to or received from FDA concerning AET's ANDA and the AET ANDA Products as of the date of this Stipulation; and

**WHEREAS**, Plaintiffs and AET seek to conserve their own and the Court's resources by narrowing the issues for discovery and trial in this case;

**NOW, THEREFORE**, subject to the conditions and representations herein, and subject to the approval of the Court, Plaintiffs and AET, their respective successors and assignees HEREBY STIPULATE and will not contest before this Court or on appeal, as follows:

AET's submission of ANDA No. 218892 with the proposed labeling in AET's ANDA as of the date of this Stipulation ("AET's Proposed Labeling") or any proposed or approved labeling in AET's ANDA that does not remove the indication of treatment of excessive daytime sleepiness (EDS) in patients with narcolepsy constitutes a technical act of infringement of claims 12 and 13 of the '947 Patent pursuant to 35 U.S.C. § 271(e)(2)(A).

The sale, offer for sale, use, and/or manufacture within the United States and/or importation into the United States of any product covered by ANDA No. 218892, in accordance with AET's Proposed Labeling (and any proposed or approved labeling in AET's ANDA that does not remove the indication of treatment of excessive daytime sleepiness (EDS) in patients with narcolepsy), prior to the expiration of the '947 Patent would constitute an act of infringement of claims 12 and 13 of the '947 Patent under 35 U.S.C. § 271(b).

By entering into this Stipulation, AET does not waive any of its invalidity defenses for Claims 12 and 13 of the '947 Patent.

Except as listed above, Plaintiffs and AET do not otherwise stipulate to any additional facts or allegations at this time, including regarding the infringement or noninfringement of any asserted patent or asserted claim not listed herein, or regarding the validity or invalidity of any asserted patent or asserted claim in this action.

3

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*


August 28, 2025

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
_____
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant AET Pharma US, Inc.*


SO ORDERED this ___ day of _____, 2025.


_____
UNITED STATES DISTRICT COURT JUDGE