**STAMOULIS & WEINBLATT LLC**
Intellectual Property & Delaware Corporate Law

January 13, 2026

Richard C. Weinblatt
weinblatt@swdelaw.com

**VIA CM-ECF**
The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
84 N. King Street,
Unit 14, Room 6100
Wilmington, DE 19801-3555

      **RE:** *Harmony Biosciences, LLC et al. v. Lupin Limited et al.*,
            C.A. No. 23-cv-01286-JLH-SRF (Consolidated)

Dear Judge Hall:

     This Firm, together with Goodwin Procter LLP, represents MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited (collectively, "MSN") in the above-captioned matter. We write jointly on behalf of Defendants[1] in the above-captioned matter to respectfully request that the Court extend the upcoming trial from four days to six days, subject to the proposed time reduction below, if a Defendant settles out before trial. Defendants have conferred with Plaintiffs; Plaintiffs do not believe that additional time is necessary (provided that the sides are given equal trial time), but do not oppose this request.

     In this Hatch-Waxman patent infringement action, Plaintiffs are asserting two distinct patents (one directed to a polymorphic crystalline form and the other directed to a method of treatment). The case is currently scheduled for a four-day bench trial before Your Honor beginning February 17, 2026. The parties are scheduled to submit their Proposed Final Pretrial Order on January 14, 2026, and the Final Pretrial Conference is set for January 21, 2026.

     Plaintiffs intend to present live testimony from seven expert witnesses at trial: three relating to validity and four relating to infringement. While Defendants will present consolidated invalidity defenses through three common experts, each of the four Defendants has a distinct accused product, and consequently the infringement and non-infringement theories, and corresponding evidence, are specific to each Defendant. As a result, Defendants intend to present live testimony from a total of ten expert witnesses to support their respective non-infringement defenses. In addition, all parties anticipate presenting testimony via deposition designations. In light of the number of parties, witnesses, and issues to be tried, Defendants respectfully request that the Court extend the trial from four days to six days.

     Should a defendant settle out of the case before trial, Defendants propose a commensurate reduction in trial time. Specifically, Defendants agree that the following schedules should accommodate the issues to be tried: six days for four defendants, five days for three defendants, and four days for two defendants. Defendants thank the Court for its consideration of this request and remain available should the Court have any questions or wish to discuss scheduling further.

---

[1] The current Defendants are AET Pharma US, Inc.; Hikma Pharmaceuticals USA Inc.; MSN; and Novitium Pharma LLC (collectively, "Defendants").

The Honorable Jennifer L. Hall
January 13, 2026
Page 2

                                  Respectfully submitted,

                                  */s/ Richard C. Weinblatt*

                                  Richard C. Weinblatt (#5080)
                                  *Counsel for MSN*

Cc:    All counsel of record (via CM-ECF)