### Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

---

302 658 9200
302 658 3989 Fax

**Jeremy A. Tigan**
302 351 9106
jtigan@morrisnichols.com

January 16, 2026

The Honorable Jennifer L. Hall    *VIA ELECTRONIC FILING*
United States District Court    *AND HAND DELIVERY*
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Harmony BioSciences, LLC et al. v. Lupin Limited, et al.,*
              <u>C.A. No. 23-1286 (JLH) (SRF)</u>

Dear Judge Hall:

      In light of the stipulation of dismissal filed earlier today by Plaintiffs and Defendant Novitium Pharma LLC (D.I. 511), Plaintiffs and the remaining defendants write to apprise the Court that the following motions are moot and do not need to be decided:

- Plaintiffs' Motion to Exclude Testimony of Defendant Novitium's Experts (D.I. 443, 446, 473, and 482) because testimony from Drs. Kahr, Kryger, and Cramer Bornemann will no longer be offered at trial; and
- Defendants' Motion in Limine #2, subpart II (at Appendix B-4) (D.I. 507) concerning Novitium's samples.

      Counsel for the parties are available if the Court has any questions.

                                       Respectfully,

                                       */s/ Jeremy A. Tigan*

                                       Jeremy A. Tigan (#5239)

JAT/ncf
cc:    Clerk of the Court (by hand delivery)
        Counsel of Record (by CM/ECF and email)