IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES MANAGEMENT, INC., BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS, <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED, et al. <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 23-1286 (JLH) (SRF) ) **CONSOLIDATED** ) ) C.A. 23-1340 (JLH) ) ) ) ) ) |

**STIPULATION AND ORDER OF DISMISSAL**

Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile De Recherche, and Bioprojet Pharma SAS (hereinafter collectively "Harmony"), and Novitium Pharma LLC ("Novitium," and with Harmony, the "Parties"), have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the Parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this  20th  day of January, 2026:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Stipulation of Dismissal, (i) the term "Novitium Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 218495 (and defined in greater detail in the Settlement Agreement); (ii)

the term "Licensed Patents" shall mean United States Patent Numbers 8,207,197, 8,354,430 and 8,486,947; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Novitium; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

      3.    Unless otherwise specifically authorized pursuant to the Settlement Agreement, Novitium, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Novitium Product.

      4.    Nothing herein prohibits or is intended to prohibit Novitium from maintaining and/or filing (*e.g.*, in the case of a recertification pursuant to 21 C.F.R. § 314.96(d)) a "Paragraph IV" certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. 314.94(a)(12) with respect to the Licensed Patents.

      5.    Compliance with this Stipulation of Dismissal may be enforced by Harmony and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

6. This District Court retains jurisdiction to enforce or supervise performance under this Stipulation of Dismissal and the Settlement Agreement.

7. All claims of Harmony against Novitium, and all counterclaims and affirmative defenses of Novitium against Harmony, that either Party asserted, or could have asserted, in this action with respect to the Licensed Patents are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any Party.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

We hereby consent to the form and entry of this Order:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Anne Shea Gaza* |
| Jeremy A. Tigan (#5239) | Anne Shea Gaza (#4093) |
| Megan E. Dellinger (#5739) | Alexis N. Stombaugh (#6702) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jtigan@morrisnichols.com | agaza@ycst.com |
| mdellinger@morrisnichols.com | astombaugh@ycst.com |
| *Attorneys for Plaintiffs Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile de Recherche and Bioprojet Pharma SAS* | *Attorneys for Novitium Pharma LLC* |

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
Megan P. Keane
Brianne Bharkhda Sullivan
Cody J. Reeves
Nicole S.L. Pobre
Elaine H. Nguyen
John Y. Veiszlemlein
A.G. Chancellor
Mishael H. Hibshoosh
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Ste. 5400
San Francisco, CA 94105
(415) 591-6000

OF COUNSEL:

Aziz Burgy
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
aburgy@axinn.com

Ricardo S. Camposanto
AXINN, VELTROP & HARKRIDER LLP
55 Second Street
San Francisco, CA 94105.
(415) 490-2000
rcamposanto@axinn.com

Aaron Z. Savit
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100
asavit@axinn.com