# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
302 351 9106
jtigan@morrisnichols.com

January 20, 2026

The Honorable Jennifer L. Hall                                    *VIA ELECTRONIC FILING*
United States District Court                                      *AND HAND DELIVERY*
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:    *Harmony BioSciences, LLC et al. v. Lupin Limited, et al.,*
       C.A. No. 23-1286 (JLH) (SRF)

Dear Judge Hall:

In light of the Consent Judgment filed yesterday by Plaintiffs and Defendant Hikma Pharmaceuticals USA Inc. (D.I. 515) and the agreement noted below, Plaintiffs and the remaining defendants write to apprise the Court that the following motion is moot and does not need to be decided:

- Defendants' Motion to Exclude Testimony of Plaintiffs' Experts Drs. Roth and Meskill (portions of D.I. 444, 445, 471, and 483).

In addition, Plaintiffs and the remaining defendants—MSN and AET—write to inform the Court that the parties have agreed that for the purposes of this trial, the term excessive daytime sleepiness, as that term is used in the claims of the '947 Patent, carries its plain and ordinary meaning.

Counsel for the parties are available if the Court has any questions.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT/ncf
cc:    Clerk of the Court (by hand delivery)
       Counsel of Record (by CM/ECF and email)