IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES MANAGEMENT, INC., BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS,<br><br>Plaintiffs,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., et al.,<br><br>Defendants. | C.A. No. 23-1286 (JLH) (SRF)<br>**CONSOLIDATED**<br><br>C.A. 23-1420 (JLH) |

### CONSENT JUDGMENT

Harmony Biosciences, LLC, Harmony Biosciences Management Inc., Bioprojet Société Civile De Recherche, and Bioprojet Pharma SAS (hereinafter collectively "Harmony"), and MSN Pharmaceuticals, Inc. and MSN Laboratories Private Limited (hereinafter collectively "MSN" and with Harmony, the "Parties"), have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the Parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 21 day of January, 2026:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "MSN Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 218873 (and defined in greater detail in the Settlement Agreement); (ii) the term

"Licensed Patents" shall mean United States Patent Numbers 8,207,197, 8,354,430 and 8,486,947; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with MSN; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, MSN, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the MSN Product.

4. Nothing herein prohibits or is intended to prohibit MSN from maintaining and/or filing (*e.g.*, in the case of a recertification pursuant to 21 C.F.R. § 314.96(d)) a "Paragraph IV" certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. 314.94(a)(12) with respect to the Licensed Patents.

5. Compliance with this Consent Judgment may be enforced by Harmony and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

6. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

7. All claims of Harmony against MSN, and all counterclaims and affirmative defenses of MSN against Harmony, that either Party asserted, or could have asserted, in this action with respect to the Licensed Patents are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any Party.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

We hereby consent to the form and entry of this Order:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | STAMOULIS & WEINBLATT LLC |
|---|---|
| /s/ Jeremy A. Tigan | /s/ Richard C. Weinblatt |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com | Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| *Attorneys for Plaintiffs Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile de Recherche and Bioprojet Pharma SAS* | *Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Christopher N. Sipes<br>Erica N. Andersen<br>Megan P. Keane<br>Brianne Bharkhda Sullivan<br>Cody J. Reeves<br>Nicole S.L. Pobre<br>Elaine H. Nguyen<br>John Y. Veiszlemlein<br>A.G. Chancellor<br>Mishael H. Hibshoosh<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000<br><br>Alexa Hansen<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Ste. 5400<br>San Francisco, CA 94105<br>(415) 591-6000 | Daryl L. Wiesen, Esquire<br>Emily L. Rapalino, Esquire<br>Adrián Santiago Ortiz, Esquire<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br><br>Annaka Nava, Esquire<br>Madeline Bordynoski, Esquire<br>GOODWIN PROCTER LLP<br>1900 N Street NW<br>Washington, DC 20036 |