

222 DELAWARE AVENUE • SUITE 900 • WILMINGTON, DELAWARE 19801
TEL: (302) 472.7300 • WWW.HEGH.LAW

DD:   (302) 472-7311
Email:   dtgattuso@hegh.law

February 14, 2026

**VIA E-FILING**
The Honorable Jennifer L. Hall
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

▮▮▮▮▮▮▮▮▮▮▮▮

Original Version Filed: February 14, 2026
Public Version Filed: March 4, 2026

RE:    *Harmony Biosciences, LLC et al. v. Lupin Limited, et al.,*
       C.A. No. 23-1286 (JLH) (SRF)

Dear Judge Hall:

Defendant AET Pharma US, Inc. respectfully requests leave to submit an Amended Exhibit 9 to the Proposed Pretrial Order to add deposition designations by Plaintiffs' expert witness (Dr. Meskill), because he is no longer being called to testify live at trial, which begins on Tuesday February 17. *See* D.I. 528, 528-1; *see also* D.I. 506 at Ex. 9. A copy of the proposed Amended Exhibit 9 is attached hereto.

The parties met and conferred on this issue in preparing an Amended Pretrial Order in light of Your Honor's rulings at the January 21, 2025 Pretrial Conference. *See* D.I. 526, 528. However, Plaintiffs do not consent to AET's proposed submission. The parties' positions are outlined below:

**PLAINTIFFS' POSITION:** The parties previously raised this dispute in D.I. 528. Dr. Meskill was offered as a witness solely on the issue of infringement of the '947 Patent, and there is no dispute between the parties as to infringement of the '947 Patent. To the extent that Dr. Meskill opined on the meaning and scope of the Claim 13 of the '947 Patent, those opinions are no longer relevant to any issues remaining in the case because the parties have already reached an agreement that the term addressed by Dr. Meskill will carry its plain and ordinary meaning. *See* D.I. 518. Moreover, the deposition testimony that AET has designated for Dr. Meskill is unrelated to the meaning and scope of claim 13 of the '947 patent. Insofar as Dr. Roth will address articles authored by Dr. Meskill at trial, none of Dr. Meskill's designated testimony addresses articles he wrote or his credentials.

Despite the parties' dispute about using Dr. Meskill's designations at all, D.I. 528, on February 11, AET informed Plaintiffs that it intended to file its proposed designations (along with other amendments) without waiting for the Court to resolve the parties' underlying dispute, and



The Honorable Jennifer L. Hall
February 14, 2026
Page 2

this morning, informed Plaintiffs that it intended to file its proposed designations today. Accordingly, Plaintiffs have provided AET with objections and counter-designations. If the Court is inclined to grant AET's request, Plaintiffs request that these objections and counter-designations be incorporated into AET's Amended Exhibit 9.

**DEFENDANT'S POSITION:** During expert discovery, Plaintiffs served an expert report and an appendix on AET by Dr. Meskill. Plaintiffs are no longer calling Dr. Meskill to testify live at trial, a decision that Plaintiffs attribute to the fact that AET has stipulated to infringement of claim 13 of the '947 Patent, and Plaintiffs will not present evidence on infringement of that patent at trial. However, in his report (separately from the appendix containing AET-specific infringement opinions), Dr. Meskill opined on the meaning and scope of the Asserted Claim of the '947 patent which are relevant to AET's invalidity challenge to that patent. His deposition testimony relating to these issues in his expert report remains live and relevant. Further, an expert witness identified by Plaintiffs to be called live during trial, Dr. Roth, cites two articles by Dr. Meskill in support of Dr. Roth's opinions on secondary considerations of long-felt but unmet need and industry praise allegedly connected to the claims of the asserted '947 patent. A limited amount of Dr. Meskill's deposition testimony is relevant to the credibility of those articles, and Dr. Roth's reliance thereon. Plaintiffs' February 13, 2026 objections and counter-designations to AET's designations of Dr. Meskill's deposition testimony (which AET provided to Plaintiffs on January 27, 2026) are included in AET's proposed Amended Exhibit 9, as are AET's objections to Plaintiffs' counter-designations.

AET respectfully requests leave to submit the attached Amended Exhibit 9, adding the designated testimony of Dr. Meskill to the deposition designations originally filed[1] by AET with the Proposed Pretrial Order on January 14, 2026.

Counsel for the parties are available if the Court has any questions.

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

cc:    Clerk of the Court (by hand delivery)
       Counsel of Record (by CM/ECF and email)

---

[1] AET has also removed the deposition designations proposed by Defendants who have been dismissed from the case from Amended Exhibit 9.