IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARMONY BIOSCIENCES, LLC, | ) | |
| HARMONY BIOSCIENCES | ) | |
| MANAGEMENT, INC., BIOPROJET | ) | |
| SOCIÉTÉ CIVILE DE RECHERCHE and | ) | |
| BIOPROJET PHARMA SAS, | ) | |
| | ) | C.A. No. 23-1286 (JLH) (SRF) |
| Plaintiffs, | ) | **CONSOLIDATED** |
| | ) | |
| v. | ) | |
| | ) | REDACTED - PUBLIC VERSION |
| LUPIN LIMITED, et al. | ) | Original filing date: January 14, 2026 |
| | ) | Redacted filing date: March 4, 2026 |
| Defendants. | ) | |

## JOINT [PROPOSED] PRETRIAL ORDER

### Volume II – Exhibits 5-6

# EXHIBIT 5

███████████

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HARMONY BIOSCIENCES, LLC, | ) | |
| HARMONY BIOSCIENCES | ) | |
| MANAGEMENT, INC., BIOPROJET | ) | |
| SOCIÉTÉ CIVILE DE RECHERCHE and | ) | |
| BIOPROJET PHARMA SAS, | ) | C.A. No. 23-1286 JLH-SRF |
| | ) | **CONSOLIDATED** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ██████████████ |
| | ) | |
| LUPIN LIMITED, LUPIN | ) | |
| PHARMACEUTICALS, INC., NOVUGEN | ) | |
| PHARMA SDN. BHD. and NOVUGEN | ) | |
| PHARMA (USA) LLC, et al. | ) | |
| | ) | |
| Defendants. | | |

**EXHIBIT 5: DEFENDANTS' STATEMENT OF ISSUES OF LAW THAT REMAIN TO
BE LITIGATED**

**CONFIDENTIAL**

## <u>TABLE OF CONTENTS</u>

I.    INVALIDITY ...................................................................................................2

    A.    Issues ..................................................................................................2

    B.    Applicable Law ...................................................................................2

        1.    Obviousness ............................................................................5

            a.    Standard .......................................................................5

            b.    General Principles .......................................................5

            c.    Scope and Content of the Prior Art..............................9

            d.    Person of Ordinary Skill in the Art............................12

            e.    Differences Between the Claimed Invention and the Prior Art .............................................................................13

            f.    Motivation to Combine Prior Art................................17

            g.    Reasonable Expectation of Success .............................21

        2.    Secondary Considerations......................................................23

            a.    Nexus ...........................................................................23

            b.    Copying........................................................................25

            c.    Long-Felt Need ...........................................................26

            d.    Failure of Others .........................................................28

            e.    Unexpected Results......................................................30

            f.    Industry Acclaim and Skepticism ...............................36

            g.    Obviousness-Type Double Patenting............................37

        3.    Indefiniteness........................................................................38

        4.    Written Description................................................................39

        5.    Enablement ............................................................................44

        6.    Obviousness-Type Double Patenting......................................49

**CONFIDENTIAL**

7.      Improper Inventorship ...................................................................53

II.    DELISTING ..........................................................................................................55

A.    Issues ..........................................................................................................55

B.    Applicable Law ..........................................................................................55

III.   INFRINGEMENT ................................................................................................58

A.    Issues ..........................................................................................................58

1.      AET ..................................................................................................58

2.      Hikma ..............................................................................................59

3.      MSN ................................................................................................59

4.      Novitium ..........................................................................................60

B.    Applicable Law ..........................................................................................61

1.      Plaintiffs Bear the Burden of Proving Infringement ...................61

2.      A Proper Analysis Compares the Accused Product to the Claims Rather Than to Plaintiffs' Product ..........................................62

3.      Plaintiffs Must Prove That the Accused Product Is Representative of What Will Be Sold ......................................63

4.      Claim Construction ........................................................................66

5.      Direct Infringement ........................................................................75

6.      Induced Infringement .....................................................................77

7.      Non-Infringement of Polymorph Patents .....................................92

a.      To Prove Infringement, a Plaintiff Must Show the Presence of Each Claimed Peak ......................................92

b.      Peaks Possibly Attributable to More Than One Form Are Insufficient to Prove Infringement ...........................94

c.      Lack of Reproducibility and Speculative Conversion Theories Cannot Establish Infringement .........................95

d.      Where a Claim Recites a Specific Test, Other Tests Cannot Substitute for That Test in an Infringement Analysis ...................95

CONFIDENTIAL

   e. *Sunovion* Is Limited to Specific Circumstances ...........................99

  8. Testing of Expired Samples ....................................................100

  9. Active Pharmaceutical Ingredients ..........................................102

IV. REMEDIES...............................................................................................103

 A. Issues..............................................................................................103

 B. Applicable Law...............................................................................104

**CONFIDENTIAL**

1.       Pursuant to Local Rule 16.3(c)(5), Defendants submit the following issues of law that remain to be litigated.

2.       By setting forth specific information herein, Defendants do not intend to waive their right to prove information not specifically set forth herein. This statement is not intended to be exhaustive and, in addition to what is set out herein, Defendants may prove any matters identified in their pleadings and discovery taken in this action to date.

3.       Defendants' identification of the issues of law that remain to be litigated is based, in part, on their understanding of the arguments that Plaintiffs are likely to make in attempting to respond to Defendants' invalidity case and to establish infringement, based upon the pleadings and discovery in the action to date. To the extent that Plaintiffs intend or attempt to introduce different or additional legal arguments, Defendants reserve their right to contest those legal arguments, and to present any and all rebuttal evidence in response to those arguments, and will not be bound by this summary of issues of law to be litigated. Moreover, nothing in this statement should be construed as Defendants' agreement or acquiescence to Plaintiffs' statement of issues of law that remain to be litigated. Defendants further reserve the right to amend or revise these issues in view of any amendments or revisions of Plaintiffs' statements of issues of fact and/or law remaining to be litigated. Headings and subheadings are for organizational purposes; statements contained within a given section may apply equally to other sections.

4.       To the extent that Defendants' Statement of Facts that Remain to be Litigated set forth in Exhibit 3 contain issues of law, those issues are incorporated herein by reference. Should the Court determine that any issue identified in this Exhibit as an issue of law is more appropriately considered an issue of fact, it should be treated as an issue of fact as if listed by Defendants in Exhibit 3 [Statement of Facts].

CONFIDENTIAL

## I.    INVALIDITY

### A.    Issues

5.    Whether claim 13 of U.S. Patent No. 8,486,947 (the "'947 patent") and claims 1 and 2 of U.S. Patent No. 8,207,197 (the "'197 patent") (collectively, the "Asserted Claims") are invalid under 35 U.S.C. § 103 (pre-AIA).

6.    Whether the Asserted Claims are invalid under 35 U.S.C. § 112 (pre-AIA) for lack of written description.

7.    Whether the Asserted Claims are invalid under 35 U.S.C. § 112 (pre-AIA) for lack of enablement.

8.    Whether claim 2 of the '197 patent is invalid under 35 U.S.C. § 112 (pre-AIA) due to indefiniteness.

9.    Whether the Asserted Claims of the '197 patent are invalid for improper inventorship under 35 U.S.C. § 102(f) (pre-AIA).

10.    Whether claim 13 of the '947 patent is invalid under the doctrine of obviousness type double patenting.

11.    Whether Defendants are entitled to a declaratory judgment that the Asserted Claims are invalid for failure to comply with one or more provisions of 35 U.S.C. § 100, et seq., including but not limited to §§ 101, 102, 103, and/or 112.

### B.    Applicable Law

12.    Federal Circuit precedent governs matters of substantive patent law in this court. The Federal Circuit has adopted the decisions of the C.C.P.A. as its own precedent, making those decisions binding on this court. *S. Corp. v. United States*, 690 F.2d 1368, 1370 (Fed. Cir. 1982) (en banc).

CONFIDENTIAL

13.     Patent invalidity is a complete defense to a charge of infringement. *TypeRight Keyboard Corp. v. Microsoft Corp.*, 374 F.3d 1151, 1157 (Fed. Cir. 2004); *Viskase Corp. v. Am. Nat. Can Co.*, 261 F.3d 1316, 1323 (Fed. Cir. 2001); *Weatherchem Corp. v. J.L. Clark, Inc.*, 163 F.3d 1326, 1335 (Fed. Cir. 1998) ("[I]nvalidity operates as a complete defense to infringement for any product, forever . . . ."). A patent is invalid if it fails to satisfy any of the conditions for patentability found in 35 U.S.C. § 101 *et seq*. Furthermore, a patent claim may be invalid for being an obvious variation of a prior patented claim under the judicially-created doctrine of obviousness-type double patenting. *Georgia-Pacific Corp. v. U.S. Gypsum Co.*, 195 F.3d 1322, 1326 (Fed. Cir. 1999).

14.     A patent issued by the United States Patent and Trademark Office ("PTO") is presumed to be valid. 35 U.S.C. § 282(a). "The burden of establishing invalidity of a patent or any claim thereof shall rest on the party asserting such invalidity." *Id*. Because of this presumption, invalidity must be established by facts supported by "clear and convincing evidence." *Microsoft Corp. v. i4i Ltd. P'ship*, 564 U.S. 91, 110-14 (2011); *Am. Hoist & Derrick Co. v. Sowa & Sons, Inc.*, 725 F.2d 1350, 1359-60 (Fed. Cir. 1984), *abrogated on other grounds by Therasense, Inc. v. Becton, Dickinson & Co.*, 649 F.3d 1276, 1288 (Fed. Cir. 2011).

15.     However, the presumption of validity is "far from determinative," and a trial court is free to consider the evidence and decide the issue differently from the PTO. *See, e.g.*, *AK Steel Corp. v. Sollac & Ugine*, 344 F.3d 1234, 1245 (Fed. Cir. 2003).

16.     The fact that a reference was previously considered by the PTO merely goes to the weight of that reference's evidence and does not increase the burden of proof or preclude a finding of invalidity. *See, e.g.*, *Sciele Pharma Inc. v. Lupin Ltd.*, 684 F.3d 1253, 1259-1260 (Fed. Cir. 2012) ("[w]hether a reference was previously considered by the PTO, the burden of proof is the

same: clear and convincing evidence") (citing *Microsoft Corp. v. i4i Ltd. P'ship*, 564 U.S. 91, 100-02 (2011)). Evidence supporting an invalidity defense that was not considered by the examiner may carry more weight than evidence previously considered by the PTO. *Microsoft*, 564 U.S. at 110-14. However, "'if the PTO did not have all material facts before it, its considered judgment may lose significant force' and the burden to persuade the finder of fact by clear and convincing evidence may, therefore, 'be easier to sustain.'" *Sciele Pharma*, 684 F.3d at 1260 (quoting *Microsoft*, 564 U.S. at 111). In other words, a finding of invalidity may be appropriate where the reference was considered by the PTO, but the examiner failed to give proper consideration to the teachings of that reference. *See, e.g.*, *PharmaStem Therapeutics, Inc. v. ViaCell, Inc.*, 491 F.3d 1342, 1366 (Fed. Cir. 2007).

17.    A court is not bound by the events in the PTO or by the PTO's decisions made during prosecution of a patent. *See, e.g.*, *Panduit Corp. v. Dennison Mfg. Co.*, 774 F.2d 1082, 1096 (Fed. Cir. 1985), *vacated on other grounds*, 475 U.S. 809 (1986). Accordingly, the burden of proving invalidity by clear and convincing evidence may still be carried when the prior art was before the PTO. *See, e.g.*, *Celeritas Techs., Ltd. v. Rockwell Int'l Corp.*, 150 F.3d 1354, 1360-61 (Fed. Cir. 1998) (invalidating claims in view of an article that disclosed each of the claimed limitations, even though the anticipating article had been considered by the PTO and the patent allowed in view of the article); *see also Sciele Pharma*, 684 F.3d at 1259-60; *Surface Tech., Inc. v. U.S. Int'l Trade Comm'n*, 801 F.2d 1336, 1340-41 (Fed. Cir. 1986); *PharmaStem*, 491 F.3d at 1366-67. "The burden does not suddenly change to something higher—'extremely clear and convincing evidence' or 'crystal clear and convincing evidence'—simply because the prior art references were considered by the PTO." *Sciele Pharma*, 684 F.3d at 1260. "In short, there is no

CONFIDENTIAL

heightened or added burden that applies to invalidity defenses that are based upon references that were before the Patent Office." *Id.*

## 1.    Obviousness

### a.    Standard

18.    The determination of obviousness under § 103(a) is a question of law based on underlying facts. *Bayer Schering Pharma AG v. Barr Lab'ys., Inc.*, 575 F.3d 1341, 1346 (Fed. Cir. 2009).

### b.    General Principles

19.    "Section 103(a) forbids issuance of a patent 'when the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.'" *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007); *see also* 35 U.S.C. § 103.

20.    Obviousness is a question of law based on underlying facts including: (1) the scope and content of the prior art, (2) the level of ordinary skill in the pertinent art, (3) the differences between the prior art and the claims at issue, and (4) secondary considerations. *Prometheus Lab'ys., Inc. v. Roxane Lab'ys., Inc.*, 805 F.3d 1092, 1097-98 (Fed. Cir. 2015); *Bayer Schering Pharma AG*, 575 F.3d at 1346-47. Based on these factual inquiries, the Court must determine, as a matter of law, whether or not the claimed subject matter as a whole would have been obvious to one of ordinary skill in the art at the time the alleged invention was made. *See, e.g.*, *Graham v. John Deere Co. of Kansas City*, 383 U.S. 1, 17-18 (1966); *see also KSR*, 550 U.S. at 406. "[A]dvances that would occur in the ordinary course without real innovation" are not deserving of a patent. *KSR*, 550 U.S. at 419, 426-27.

CONFIDENTIAL

21.     The clear and convincing evidence standard for the obviousness determination does not apply to the "ultimate legal conclusion of obviousness itself," but only to the disputed facts underlying the conclusion of obviousness. *Newell Companies., Inc. v. Kenney Mfg. Co.*, 864 F.2d 757, 767 (Fed. Cir. 1988); *see also Microsoft*, 564 U.S. at 95, 114. "[T]he movant retains the burden to show the invalidity of the claims by clear and convincing evidence as to underlying facts." *McGinley v. Franklin Sports, Inc.*, 262 F.3d 1339, 1349 (Fed. Cir. 2001).

22.     The Supreme Court has "set forth an expansive and flexible approach" to obviousness, driven by "common sense." *KSR*, 550 U.S. at 415; *accord Senju Pharm. Co. v. Apotex Inc.*, 836 F. Supp. 2d 196, 208 (D. Del. 2011) ("The Supreme Court has emphasized the need for courts to value 'common sense' over 'rigid preventative rules' . . . ."). The Supreme Court has emphasized that an obviousness analysis "need not seek out precise teachings directed to the specific subject matter of the challenged claim, for a court can take account of the inferences and creative steps that a person of ordinary skill in the art would employ." *Id.* at 418. The Federal Circuit has stated that it "cannot, in the face of *KSR*, cling to formalistic rules for obviousness, customize its legal tests for specific scientific fields in ways that deem entire classes of prior art teachings irrelevant, or discount the significant abilities of artisans of ordinary skill in an advanced area of art." *In re Kubin*, 561 F.3d 1351,1360-61 (Fed. Cir. 2009) (citing *In re Durden*, 763 F.2d 1406, 1411 (Fed. Cir. 1985)).

23.     "[I]nherency may supply a missing claim limitation in an obviousness analysis." *PAR Pharm., Inc. v. TWI Pharms., Inc.*, 773 F.3d 1186, 1194-95 (Fed. Cir. 2014); *see also, e.g.*, *Allergan, Inc. v. Sandoz Inc.*, 726 F.3d 1286, 1294 n.1 (Fed. Cir. 2013). An element is inherent for purposes of the obviousness analysis "when the limitation at issue is the 'natural result' of the combination of prior art elements." *PAR*, 773 F.3d at 1195; *see also In re Huai-Hung Kao*, 639

CONFIDENTIAL

F.3d 1057, 1070 (Fed. Cir. 2011) (finding that a "claimed 'food effect' [wa]s an inherent property" of the formulation covered by the asserted patent such that that the claim element "add[ed] nothing of patentable consequence," and affirming obviousness where prior art reference did not teach the inherent element); *Santarus, Inc. v. Par Pharm., Inc.*, 694 F.3d 1344, 1354 (Fed. Cir. 2012) ("[A]n obvious formulation cannot become nonobvious simply by administering it to a patient and claiming the resulting serum concentrations. To hold otherwise would allow any formulation—no matter how obvious—to become patentable merely by testing and claiming an inherent property."); *Alcon Rsch., Ltd. v. Apotex Inc.,* 687 F.3d 1362, 1369 (Fed. Cir. 2012) (inherency appropriate in obviousness context where it concerns a "property that is necessarily present"); *In re Kubin*, 561 F.3d 1351, 1357 (Fed. Cir. 2009) ("Even if no prior art of record explicitly discusses the [limitation], the . . . application itself instructs that [the limitation] is not an additional requirement imposed by the claims on the [claimed invention], but rather a property necessarily present in the [claimed invention]."). Claims limitations reciting inherent properties "do[] not impose any additional requirement[s]" in the obviousness context. *Alcon Rsch., Ltd. v. Apotex Inc.*, 687 F.3d 1362, 1369 (Fed. Cir. 2012); *see also Person Pharms. LLC v. Alvogen Malta Operations Ltd.*, 945 F.3d 1184, 1190 (Fed. Cir. 2019) ("[I]n the context of obviousness, the 'mere recitation of a newly discovered function or property, inherently possessed by things in the prior art, does not distinguish a claim drawn to those things from the prior art.'").

24.    Evidence used to prove inherency need not be public or prior art. *See, e.g.*, *Hospira, Inc. v. Fresenius Kabi USA, LLC*, 946 F.3d 1322, 1329-30 (Fed. Cir. 2020) (holding that "extrinsic evidence" used to prove inherency, such as patentee's own documents, need not be prior art); *Schering Corp. v. Geneva Pharms*, 339 F.3d 1373, 1377-80 (Fed. Cir. 2003) (rejecting "the contention that inherent anticipation requires recognition in the prior art" and allowing use of post-

CONFIDENTIAL

critical date clinical trials to show inherency); *Telemac Cellular Corp. v. Topp Telecom, Inc.*, 247 F.3d 1316, 1328 (Fed. Cir. 2001) (relying on "[patentee]'s own documents" to prove inherency). Evidence is required to demonstrate that a property is not inherent. *See, e.g.*, *Acorda Therapeutics, Inc. v. Roxane Lab'ys., Inc.*, 903 F.3d 1310, 1335-36 (Fed. Cir. 2018) (noting patentee "cites no support" that inherent properties would differ between prior art and claim).

25.     For a prior art pharmaceutical product, whatever properties or results "naturally flow" from any intended use of the product are inherently disclosed. *See, e.g.*, *Perricone v. Medicis Pharm. Corp.*, 432 F.3d 1368, 1378 (Fed. Cir. 2005) (claims directed to achieving certain benefits with topical skin formulation inherently anticipated by prior art skin cream, because "the particular benefits" associated with topical skin application "naturally flow from those methods even if not recognized as benefits"); *King Pharms., Inc. v. Eon Labs, Inc.*, 616 F.3d 1267, 1274-77 (Fed. Cir. 2010) (prior art disclosure where drug was taken with food anticipated later claims to a formulation with increased drug bioavailability, since the prior art drug could sometimes, when taken with food, produce improved bioavailability); *Salix Pharms., Ltd. v. Norwich Pharms., Inc.*, No. CV 20-430-RGA, 2022 WL 3225381, at *7 (D. Del. Aug. 10, 2022), *aff'd*, 98 F.4th 1056 (Fed. Cir. 2024) ("XRPD peaks and water content are 'inherent' properties of a crystal form that can be tested using routine methods.").

26.     "It is a long-established rule that claims which are broad enough to read on obvious subject matter are unpatentable even though they also read on nonobvious subject matter" *In re Cuozzo Speed Techs., LLC*, 793 F.3d 1268, 1281 (Fed. Cir. 2015), *aff'd sub nom. Cuozzo Speed Techs., LLC v. Lee*, 579 U.S. 261, 136 S. Ct. 2131, 195 L. Ed. 2d 423 (2016) (internal quotation marks omitted); *In re Lintner*, 458 F.2d 1013, 1015 (C.C.P.A. 1972) ("Claims which are broad

CONFIDENTIAL

enough to read on obvious subject matter are unpatentable even though they also read on nonobvious subject matter.").

### c.    Scope and Content of the Prior Art

27.    The scope of the prior art includes art which is "reasonably pertinent to the particular problem with which the inventor was involved." *In re GPAC Inc.*, 57 F.3d 1573, 1577 (Fed. Cir. 1995). In determining whether the claimed invention falls within the scope of the relevant prior art, a court first examines, "the field of the inventor's endeavor" and "the particular problem with which the inventor was involved" at the time the invention was made. *Princeton Biochemicals, Inc. v. Beckman Coulter, Inc.*, 411 F.3d 1332, 1339 (Fed. Cir. 2005) (citations omitted). "A reference is reasonably pertinent if, even though it may be in a different field of endeavor, it is one which, because of the matter with which it deals, logically would have commended itself to an inventor's attention in considering his problem." *Id.*

28.    Although Defendants have the initial burden of proving that there is invalidating prior art, Plaintiffs have the burden of proving "with evidence either that the prior art does not actually anticipate, or . . . that it is not prior art because the asserted claim is entitled to the benefit of a filing date prior to the alleged prior art." *Tech. Licensing Corp. v. Videotek, Inc.*, 545 F.3d 1316, 1327 (Fed. Cir. 2008). This requires Plaintiffs "to show not only the existence of the earlier application, but why the written description in the earlier application supports the claim." *Id.*

29.    Printed publications, patents, and patent applications all constitute prior art under 35 U.S.C. § 102 (pre-AIA). Specifically, art is prior art under § 102(a)(1) if it was "patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention." 35 U.S.C. § 102(a)(1) (pre-AIA). A reference is prior art under § 102(b) if it was "patented or described in a printed publication . . . one year prior to the date of the application for patent in the United States." 35 U.S.C. § 102(b)

**CONFIDENTIAL**

(pre-AIA). A published patent application by another is prior art under § 102(e) if it was filed before the invention by the applicant for the patent. 35 U.S.C. § 102(e) (pre-AIA). A patent granted on an application for patent by another filed in the United States before the invention by the applicant for the patent is also prior art under § 102(e). *Id*.

30.    "[W]here the time-bar is involved, the actual date of invention becomes irrelevant . . . it is not accordance with either the letter of the principle of the law, or its past interpretation over a very long period, to permit an applicant to dispose of a reference having a date more than one year prior to his filing date by proving his actual date of invention." *In re Foster*, 343 F.2d 980, 989 (C.C.P.A. 1965); *Structural Rubber Prods. Co. v. Park Rubber Co.*, 749 F.2d 707, 716 (Fed. Cir. 1984) ("*Foster* holds that a statutory time bar under § 102(b) may be invoked if the invention would have been obvious from a prior art reference. *Foster* involved an obviousness rejection (§ 103) based on combining a statutory time bar (§ 102(b)) and a prior art reference.").

31.    Prior art references in an obviousness evaluation must be considered as a whole and not limited to the particular inventions they describe. *See, e.g.*, *Belden Inc. v. Berk-Tek LLC*, 805 F.3d 1064, 1076 (Fed. Cir. 2015) (*citing EWP Corp. v. Reliance Universal Inc.*, 755 F.2d 898, 907 (Fed. Cir. 1985) ("A reference must be considered for everything it teaches by way of technology and is not limited to the particular invention it is describing and attempting to protect."); *Kahn v. Gen. Motors Corp.*, 135 F.3d 1472, 1479-80 (Fed. Cir. 1998) ("In determining obviousness, the invention must be considered as a whole and the claims must be considered in their entirety."). This is true even if a particular embodiment of the invention is not the preferred embodiment. *See, e.g.*, *In re Arora*, 369 F. App'x 120, 122 (Fed. Cir. 2010) ("Dr. Arora argues that Andersson should be understood as limited to the narrow teaching that a smaller amount of a drug is needed when delivered via Andersson's inventive dry powder inhaler instead of a metered dose inhaler. It is

CONFIDENTIAL

well-settled, however, that a prior art reference must be considered for all that it teaches to those of ordinary skill in the art, not just the embodiments disclosed therein. Andersson teaches the broad principle that different drugs are equipotent at different dosages, and even provides an example of that principle."); *Purdue Pharma Prod. L.P. v. Par Pharm., Inc.*, 377 F. App'x 978, 982 (Fed. Cir. 2010) ("[Prior art reference] renders the selection of tramadol obvious regardless of whether or not the patent lists tramadol as a preferred embodiment.").

32.     While the cited prior art as a whole must enable a person of ordinary skill in the art ("POSA") to make and use the apparatus or method, each individual prior art reference is prior art, regardless of whether it alone provides an enabling disclosure. *See, e.g.*, *ABT Sys., LLC v. Emerson Elec. Co.*, 797 F.3d 1350, 1360 n.2 (Fed. Cir. 2015); *Geo M. Martin Co. v. All. Mach. Sys. Int'l LLC*, 618 F.3d 1294, 1302-03 (Fed. Cir. 2010); *Therasense, Inc. v. Becton, Dickinson and Co.*, 593 F.3d 1289, 1297 (Fed. Cir. 2010) (vacated for *en banc* rehearing on inequitable conduct).

33.     Additionally, prior art references may be combined with the knowledge and/or experience of a POSA to "fill in the gap when limitations of the claimed invention are not specifically found in the prior art." *Belden Techs.*, *Inc. v. Superior Essex Commc'ns LP*, 802 F. Supp. 2d 555, 563 (D. Del. 2011) (*citing Purdue Pharma*, 642 F. Supp. 2d at 360); *Randall Mfg. v. Rea*, 733 F.3d 1355, 1362-63 (Fed. Cir. 2013) ("[T]he knowledge of such an artisan is part of the store of public knowledge that must be consulted when considering whether a claimed invention would have been obvious."); *Cross Med. Prod., Inc. v. Medtronic Sofamor Danek, Inc.*, 424 F.3d 1293, 1322 (Fed. Cir. 2005) ("It has long been the law that the motivation to combine need not be found in prior art references, but equally can be found 'in the knowledge generally available to one of ordinary skill in the art.'").

CONFIDENTIAL

34.    "What a reference teaches a person of ordinary skill is not . . . limited to what a reference specifically 'talks about' or what is specifically 'mentioned' or 'written' in the reference." *Syntex (U.S.A.) LLC v. Apotex, Inc.*, 407 F.3d 1371, 1380 (Fed. Cir. 2005).

35.    A determination that a claimed invention would be obvious, therefore "need not seek out precise teachings directed to the specific subject matter of the challenged claim, for a court can take account of the inferences and creative steps that a person of ordinary skill in the art would employ." *KSR*, 550 U.S. at 418.

### d.    Person of Ordinary Skill in the Art

36.    The person of ordinary skill in the art is a hypothetical person presumed to know all of the teachings of the prior art references in the field of the invention at the time the invention was made. *See, e.g.*, *Union Carbide Corp. v. Am. Can Co.*, 724 F.2d 1567, 1576 (Fed. Cir. 1984). "This person could have a lower level of formal education by having a greater amount of experience." *See E.I. DuPont de Nemours & Co. v. Monsanto Co.*, 903 F. Supp. 680, 751 (D. Del. 1995), *aff'd*, 92 F.3d 1208 (Fed. Cir. 1996).

37.    In determining the level of ordinary skill in the art, a court should consider the following factors: "(1) the educational level of the inventor; (2) type of problems encountered in the art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6) educational level of active workers in the field." *Daiichi Sankyo Co. v. Apotex, Inc.*, 501 F.3d 1254, 1256 (Fed. Cir. 2007). However, "[n]ot all [of the factors listed above] may be present in every case, and one or more of these or other factors may predominate in a particular case." *Imperial Chem. Indus., PLC v. Danbury Pharmacal, Inc.*, 777 F. Supp. 330, 371 (D. Del. 1991) (citing *Env't Designs, Ltd. v. Union Oil Co. of California*, 713 F.2d 693, 696-97 (Fed. Cir. 1983)).

CONFIDENTIAL

38.    The actual inventor's skill or knowledge is not relevant. *Standard Oil Co. v. Am. Cyanamid Co.*, 774 F.2d 448, 454 (Fed. Cir. 1985).

### e.    Differences Between the Claimed Invention and the Prior Art

39.    In applying the legal framework above, a conclusion of obviousness may be based on a single reference or a combination of prior art references. *See, e.g.*, *Game & Tech. Co. v. Activision Blizzard Inc.*, 926 F.3d 1370, 1381 (Fed. Cir. 2019) ("[A] patent can be obvious in light of a single prior art reference if it would have been obvious to modify that reference to arrive at the patented invention."); *Koninklijke Philips N.V. v. Google LLC*, 948 F.3d 1330, 1338–39 (Fed. Cir. 2020) (affirming single reference obviousness "in light of a skilled artisan's general knowledge"); *In re Merck & Co., Inc.*, 800 F.2d 1091, 1097 (Fed. Cir. 1986) ("We see no clear error in the Board's determination as to the teachings of the prior art references, in combination."); *Hospira, Inc. v. Amneal Pharms., LLC*, 285 F. Supp. 3d 776, 783 (D. Del. 2018) ("For obviousness, a single reference need not disclose every element of the claimed invention."); *Senju Pharm. Co. v. Apotex Inc.*, 836 F. Supp. 2d 196, 208 (D. Del. 2011) ("[A] defendant asserting obviousness in view of a combination of references has the burden to show that a person of ordinary skill in the relevant field had a reason to combine the elements in the manner claimed.").

40.    Where the issue of obviousness is based on a combination of elements, a patent challenger might demonstrate "that a skilled artisan would have been motivated to combine the teachings of the prior art references to achieve the claimed invention." *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1361 (Fed. Cir. 2007).

41.    "The combination of familiar elements according to known methods is *likely* to be obvious when it does no more than yield predictable results." *KSR*, 550 U.S. at 416 (emphasis added); *Q.I. Press Controls, B.V. v. Lee*, 752 F.3d 1371, 1379 (Fed. Cir. 2014). This is because "[g]ranting patent protection to advances that would occur in the ordinary course without real

innovation retards progress and may, in the case of patents combining previously known elements, deprive prior inventions of their value or utility." *KSR*, 550 U.S. at 402.

42.     "Unlike a section 102 defense . . . the question under 35 USC 103 is not merely what the references expressly teach but what they would have suggested to one of ordinary skill in the art at the time the invention was made." *Merck & Co. v. Biocraft Lab'ys., Inc.*, 874 F.2d 804, 807-08 (Fed. Cir. 1989). Therefore, "[t]he legal determination under section 103 is whether the claimed invention as a whole would have been obvious to a person of ordinary skill in the art at the time the invention was made."). *In re Mayne*, 104 F.3d 1339, 1341 (Fed. Cir. 1997). "[O]bviousness is determined at the time the invention made . . . ." *Institut Pasteur & Universite Pierre Et Marie Curie v. Focarino*, 738 F.3d 1337, 1349 (Fed. Cir. 2013).

43.     "[O]bviousness exists when 'a finite, and in the context of the art, small or easily traversed, number of options . . . would convince an ordinarily skilled artisan of obviousness.'" *Purdue Pharma*, 642 F. Supp. 2d at 368 (quoting *Ortho-McNeil Pharm., Inc. v. Mylan Lab'ys., Inc.*, 520 F.3d 1358, 1364 (Fed. Cir. 2008)); *accord C.W. Zumbiel Co. v. Kappos*, 702 F.3d 1371, 1387 (Fed. Cir. 2012) (finding obviousness where the invention "involve[d] no more than the exercise of common sense in selecting one out of a finite—indeed very small—number of options"). In such a case, an invention is considered "obvious to try." *Hoffmann-La Roche Inc. v. Apotex Inc.*, 748 F.3d 1326, 1332 (Fed. Cir. 2014) (finding claimed dosage obvious to try).

44.     For example, in *In re Petering*, the court held that the prior art at issue described to one skilled in the art not only the broad class, but also a much more limited class within that broad class, such that a POSA would "at once envisage each member of this limited class." 301 F.2d 676, 681-82 (C.C.P.A. 1962); *see also Wm. Wrigley Jr. Co. v. Cadbury Adams USA LLC*, 683 F.3d 1356 (Fed. Cir. 2012) (reasoning that where "the prior art reference merely discloses a genus and

the claim at issue recites a species of that genus, the issue of anticipation turns on whether the genus was of such a defined and limited class that one of ordinary skill in the art could 'at once envisage' each member of the genus"); *Abbvie Inc. v. Mathilda & Terence Kennedy Inst. of Rheumatology Tr.*, 764 F.3d 1366, 1379-81 (Fed. Cir. 2014) (holding that a reader of a patent that claimed to treat a subset of patients could have "easily envisioned a species limited to sicker patients"); *Prometheus Lab'ys, Inc. v. Roxane Lab'ys, Inc.*, 805 F.3d 1092, 1101 (Fed. Cir. 2015) (holding that it would have been obvious to treat a subset of patients where the prior art was directed to a larger category of patients); *Pernix Ireland Pain DAC v. Alvogen Malta Operations Ltd.*, 323 F. Supp. 3d 566, 607 (D. Del. 2018), *aff'd sub nom. Person Pharms. LLC v. Alvogen Malta Operations Ltd.*, 945 F.3d 1184 (Fed. Cir. 2019) (concluding that, although that patent-at-issue did not teach administering a formulation comprising extended-release hydrocodone to patients suffering from mild or moderate hepatic impairment, in light of the state of the art and based on the relevant prior art, it would have been obvious to a person of ordinary skill to administer the relevant formulation to such patients); *In re Peterson*, 315 F.3d 1325, 1330 (Fed. Cir. 2003) ("[A] prior art reference that discloses a range encompassing a somewhat narrower claimed range is sufficient to establish a prima facie case of obviousness.").

45.    Particularly, "[w]hen a work is available in one field of endeavor, design incentives and other market forces can prompt variations of it, either in the same field or a different one." *KSR*, 550 U.S. at 417; *see also Arctic Cat Inc. v. Bombardier Recreational Prod. Inc.*, 876 F.3d 1350, 1359 (Fed. Cir. 2017) ("[M]otivation to combine can be found explicitly or implicitly in the prior art references themselves, in market forces, in design incentives, or in "any need or problem known in the field of endeavor at the time of invention and addressed by the patent."); *accord Plantronics, Inc. v. Aliph, Inc.*, 724 F.3d 1343, 1354 (Fed. Cir. 2013) ("[M]otivation to combine

CONFIDENTIAL

may be found explicitly or implicitly in market forces; design incentives; the 'interrelated teachings of multiple patents'; 'any need or problem known in the field of endeavor at the time of invention and addressed by the patent'; and the background knowledge, creativity, and common sense of the person of ordinary skill.") (quoting *Perfect Web Techs., Inc. v. InfoUSA, Inc.*, 587 F.3d 1324, 1328-29 (Fed. Cir. 2009)). "If a person of ordinary skill can implement a predictable variation, § 103 likely bars its patentability." *Id.*; *see also Rolls-Royce, PLC v. United Techs. Corp.*, 603 F.3d 1325, 1338 (Fed. Cir. 2010) (finding that an invention is likely obvious where "a person of ordinary skill, before the time of invention and without knowledge of that invention, would have found the invention merely an easily predictable and achievable variation or combination of the prior art.").

46.     Further, "if a technique has been used to improve one device, and a person of ordinary skill in the art would recognize that it would improve similar devices in the same way, using the technique is obvious unless its actual application is beyond that person's skill." *Id.* at 401. "When the prior art provides the means of making the invention and predicts the results, and the patentee merely verifies the expectation through 'routine testing,' the claims are obvious." *Purdue Pharma*, 642 F. Supp. 2d at 368 (citing *Pfizer*, 480 F.3d at 1367); *see also Pfizer*, 480 F.3d at 1371 (invention obvious where nothing more than "routine optimization").

47.     "One of the ways in which a patent's subject matter can be proved obvious is by noting that there existed at the time of invention a known problem for which there was an obvious solution encompassed by the patent's claims." *KSR*, 550 U.S. at 419-20; *see also Norgren Inc. v. Int'l Trade Comm'n*, 699 F.3d 1317, 1324-26 (Fed. Cir. 2012) (affirming invalidity of claims under § 103 where the claimed invention solved known problems by the use of an obvious solution). Even more, the discovery of a problem does not always result in a patentable invention. *Norgren*,

CONFIDENTIAL

699 F.3d at 1327. For instance, an alleged invention is obvious in view of "evidence of known problems and an obvious solution." *Id.*

48.     "A person of ordinary skill in the art is also a person of ordinary creativity, not an automaton." *KSR*, 550 U.S. at 421. "[I]n many cases a person of ordinary skill will be able to fit the teachings of multiple patents together like pieces of a puzzle." *Id.* at 420.

### f.     Motivation to Combine Prior Art

49.     A claim may be proven obvious in view of a single prior art reference or in view of a combination of prior art references. When the prior art references are combined to invalidate a claim under 35 U.S.C. § 103, there must be some reason to do so. That reason need not be expressly stated in one or all of the references used to show obviousness, but rather "may be found in any number of sources, including common knowledge, the prior art as a whole, or the nature of the problem itself." *DyStar Textilfarben GmbH & Co. Deutschland KG v. C.H. Patrick Co*., 464 F.3d 1356, 1361 (Fed. Cir. 2006); *see also Alza Corp. v. Mylan Lab'ys., Inc.*, 464 F.3d 1286, 1291 (Fed. Cir. 2006). "Often, it will be necessary for a court to look to interrelated teachings of multiple patents; the effects of demands known to the design community or present in the marketplace; and the background knowledge possessed by a person having ordinary skill in the art, all to determine whether there was an apparent reason to combine the known elements in the fashion claimed by the patent at issue." *KSR*, 550 U.S. at 418. Further:

> When there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill has good reason to pursue the known options within his or her technical grasp. If this leads to the anticipated success, it is likely the product of not innovation but of ordinary skill and common sense. In that instance, the fact that a combination was obvious to try might show that it was obvious under § 103.

*Id.* at 421.

CONFIDENTIAL

50.    In *Pfizer, Inc. v. Apotex, Inc.*, the court reasoned that although the pharmaceutical industry may be adversely impacted by application of an "obvious to try" analysis, "that Pfizer had to verify through testing the expected traits of each acid addition salt is of no consequence because it does not compel a conclusion of non-obviousness." *Pfizer*, 480 F.3d at 1367. Specifically, the court emphasized that consideration of the 'routine testing' performed by Pfizer is appropriate because the prior art provided not only the means of creating acid addition salts but also predicted the results, which Pfizer merely had to verify through routine testing. *Id.* Further:

> The evidence shows that, upon making a new acid addition salt, it was routine in the art to verify the expected physicochemical characteristics of each salt, including solubility, pH, stability, hygroscopicity, and stickiness, and Pfizer's scientists used standard techniques to do so. These type of experiments used by Pfizer's scientists to *verify* the physicochemical characteristics of each salt are not equivalent to the trial and error procedures often employed to *discover* a new compound where the prior art gave no motivation or suggestion to make the new compound nor a reasonable expectation of success.

*Id.* (emphasis in original).

51.    "In determining whether the subject matter of a patent claim is obvious, neither the particular motivation nor the avowed purpose of the patentee controls." *KSR*, 550 U.S. at 419; *see also In re Beattie*, 974 F.2d 1309, 1311-12 (Fed. Cir. 1992). "The question is not whether the combination was obvious to the patentee but whether the combination was obvious to a person with ordinary skill in the art." *KSR*, 550 U.S. at 420. "Under the correct analysis, any need or problem known in the field of endeavor at the time of invention and addressed by the patent can provide a reason for combining the elements in the manner claimed." *Id.*; *see also Perfect Web Techs.*, 587 F.3d at 1329 ("We therefore hold that . . . an analysis of obviousness . . . may include recourse to logic, judgment, and common sense available to the person of ordinary skill that do not necessarily require explication in any reference or expert opinion.").

CONFIDENTIAL

52.    "To preclude hindsight," in considering whether a POSA at the time of the alleged invention would have found it to be "merely an easily predictable and achievable variation or combination of the prior art," the courts will take into account "evidence from before the time of the invention in the form of some teaching, suggestion, or even mere motivation . . . to make the variation or combination." *Rolls-Royce, PLC v. United Techs. Corp.*, 603 F.3d 1325, 1338 (Fed. Cir. 2010). (citations omitted).

53.    As the Supreme Court explained, "when a patent simply arranges old elements with each *performing the same function* it had been known to perform and yields no more than one would expect from such an arrangement, the combination is obvious." *DePuy Spine, Inc. v. Medtronic Sofamor Danek, Inc.*, 567 F.3d 1314, 1326 (Fed. Cir. 2009) (quoting *KSR*, 550 U.S. at 417) (internal quotations omitted).

54.    A "claim to a product does not become nonobvious simply because the patent specification provides a more comprehensive explication of the known relationships between the variables and the affected properties." *In re Applied Materials, Inc.*, 692 F.3d 1289, 1297 (Fed. Cir. 2012).

55.    Even if a reference does not rise to the level of prior art, a court may consider it as motivation to combine. *See, e.g.*, *Lucent Techs., Inc. v. Gateway, Inc.*, 537 F. Supp. 2d 1095, 1102 (S.D. Cal. 2008) (citing *Nat'l Steel Car, Ltd. v. Canadian Pac. Ry., Ltd.*, 357 F.3d 1319, 1337-38 (Fed. Cir. 2004)).

56.    As long as a POSA would have been motivated to combine references with the prior art taken as a whole, it is not necessary that the references be combined for the same reasons contemplated by the inventor. *In re Kahn*, 441 F.3d 977, 990 (Fed. Cir. 2006).

CONFIDENTIAL

57.    "In determining whether the subject matter of a patent claim is obvious, neither the particular motivation nor the avowed purpose of the patentee controls. What matters is the objective reach of the claim. If the claim extends to what is obvious, it is invalid under § 103." *KSR*, 550 U.S. at 419. "[T]he path that leads an inventor to the invention is expressly made irrelevant to patentability by statute." *Life Techs., Inc. v. Clontech Lab'ys., Inc.*, 224 F.3d 1320, 1325 (Fed. Cir. 2000); *see also Standard Oil Co. v. Am. Cyanamid Co.*, 774 F.2d 448, 454 (Fed. Cir. 1985) ("[O]ne should not go about determining obviousness under § 103 by inquiring into what patentees . . . would have known or would likely have done."). The inquiry into whether prior art teachings would have rendered the claimed invention obvious to one of ordinary skill in the art, is, as a matter of law, "independent of the motivations that led the inventors to the claimed invention." *Life Techs.*, 224 F.3d at 1325. The obviousness analysis is not limited to the problem that the patentee was trying to solve but "[u]nder the correct analysis, any need or problem known in the field of endeavor at the time of invention and addressed by the patent can provide a reason for combining the elements in the manner claimed." *KSR*, 550 U.S. at 420.

58.    The motivation to combine inquiry is not limited to what products are forthcoming or currently available on the market, particularly given the lengthy FDA approval process. *Bayer Pharma AG v. Watson Lab'ys., Inc.*, 874 F.3d 1316, 1324 (Fed. Cir. 2017); *see also id.* at 1326 ("'Motivation to combine may be found in many different places and forms; it cannot be limited to those reasons the FDA sees fit to consider in approving drug applications.'") (quoting *Allergan*, 726 F.3d at 1292.

59.    "[O]bviousness 'does not require that the motivation be the *best* option, only that it be a *suitable* option from which the prior art does not teach away.'" *Bayer Pharma*, 874 F.3d at 1328 (quoting *PAR Pharm*, 773 F.3d at 1197-98) (emphasis in original).

CONFIDENTIAL

60.    An analysis selecting a lead chemical compound[1] is not required to find obviousness, when the relevant chemical compound is known in the prior art. *See, e.g.*, *generally Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348 (Fed. Cir. 2007) (finding obviousness of a claim directed to amlodipine besylate, where amlodipine was claimed in the prior art); *see also Novartis Pharms. Corp. v. W.-Ward Pharms. Int'l Ltd.*, 923 F.3d 1051, 1060 (Fed. Cir. 2019) (where the patent-in-suit claimed a method of using a known compound, the case did "not require lead compound analysis or analysis of whether a particular dose in a range of prior art doses would have been obvious," stating that "[t]o the extent the district court required a showing that a person of ordinary skill would have selected everolimus over other prior art compounds, it erred."); *Infineum USA L.P. v. Chevron Oronite Co. LLC*, No. 2020-1333, 2022 WL 3147683, at *6 (Fed. Cir. Aug. 8, 2022) ("We have rejected the notion that a patent challenger seeking to demonstrate obviousness must prove that a person of ordinary skill would have been motivated to select one prior art disclosure over another.").

### g.    Reasonable Expectation of Success

61.    "Obviousness does not require absolute predictability of success;" rather, "[a]ll that is required is a reasonable expectation of success" in making the invention via the combination. *Medichem, S.A. v. Rolabo, S.L.*, 437 F.3d 1157, 1165 (Fed. Cir. 2006) (citation omitted); *see also Duramed Pharms., Inc. v. Watson Lab'ys., Inc.*, 413 F. App'x 289, 294 (Fed. Cir. 2011) ("there is no requirement that a teaching in the prior art be scientifically tested or even guarantee success before providing a reason to combine. Rather, it is sufficient that one of ordinary skill in the art

---

[1] In a lead compound analysis, the question is "whether a chemist of ordinary skill would have selected the asserted prior art compounds as lead compounds, or starting points, for further development efforts." *Otsuka Pharm. Co. v. Sandoz, Inc.*, 678 F.3d 1280, 1291-92 (Fed. Cir. 2012); *Takeda Chem. Indus., Ltd. v. Alphapharm Pty., Ltd.*, 492 F.3d 1350, 1357 (Fed. Cir. 2007).

CONFIDENTIAL

would perceive from the prior art a reasonable likelihood of success.") (citations omitted); *Hospira, Inc. v. Amneal Pharms., LLC*, 285 F. Supp. 3d 776, 794 (D. Del. 2018), *aff'd*, 748 F. App'x 1024 (Fed. Cir. 2019) (noting that it is improper to "equate[] a reasonable expectation of success with absolute certainty"); *In Re: Copaxone Consol. Cases*, 906 F.3d 1013, 1026 (Fed. Cir. 2018) ("Obviousness does not require absolute predictability of success." (quoting *In re O'Farrell*, 853 F.2d 894, 903 (Fed. Cir. 1988))).

62.     "[O]bviousness cannot be avoided simply by a showing of some degree of unpredictability in the art so long as there was a reasonable probability of success." *Pfizer*, 480 F.3d at 1364; *see also In re O'Farrell*, 853 F.2d 894, 904 (Fed. Cir. 1988) ("For obviousness under § 103, all that is required is a reasonable expectation of success."); *Allergan*, 726 F.3d at 1292.

63.     "While the definition of 'reasonable expectation' is somewhat vague, [Federal Circuit] case law makes clear that it does not require a certainty of success." *Medichem, SA v. Rolabo, S.L.*, 437 F.3d 1157, 1165 (Fed. Cir. 2006).

64.     Requiring testing for every possible configuration or combination in the prior art "improperly *equates* a reasonable expectation of success with absolute certainty." *See, e.g.*, *Hospira, Inc. v. Amneal Pharms., LLC*, 285 F. Supp. 3d 776, 794 (D. Del. 2018), *aff'd*, 748 F. App'x 1024 (Fed. Cir. 2019) (citation omitted) (emphasis added).

65.     None of "the length, expense, [or] difficulty of the techniques used are dispositive since many techniques that require extensive time, money, and effort to carry out may *nevertheless* be arguably 'routine' to one of ordinary skill in the art." *Pfizer*, 480 F.3d at 1367 (emphasis added).

66.     Where a claim limitation is inherent in the prior art, "there is no question of a reasonable *expectation* of success in achieving it." *Hospira, Inc. v. Fresenius Kabi USA, LLC*, 946 F.3d 1322, 1332 (Fed. Cir. 2020) (emphasis added).

CONFIDENTIAL

## 2.    Secondary Considerations

67.    Secondary considerations "do not necessarily control the obviousness conclusion." *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1372 (Fed. Cir. 2007); *see also Graham v. John Deere Co.*, 383 U.S. 1, 17, 36 (1966); *Richardson-Vicks Inc. v. Upjohn Co.*, 122 F.3d 1476, 1483 (Fed. Cir. 1997). "Once a *prima facie* case of obviousness has been established, the burden shifts to the applicant to come forward with evidence of nonobviousness to overcome the *prima facie* case." *In re Huang*, 100 F.3d 135 (Fed. Cir. 1996) (citing *Graham*, 122 F.3d 1476 at 17–18).

68.    Where there is a strong prima facie case of obviousness, secondary considerations "cannot overcome" that showing. *See*, *e.g.*, *Leapfrog Enters., Inc. v. Fisher-Price, Inc.*, 485 F.3d 1157, 1162 (Fed. Cir. 2007); *Agrizap, Inc. v. Woodstream Corp.*, 520 F.3d 1337, 1344 (Fed. Cir. 2008).

69.    Secondary considerations of nonobviousness include commercial success, long felt but unsolved needs, failure of others, copying, unexpected results, industry acclaim, and skepticism of others. *Aventis Pharm. S.A. v. Hospira, Inc.*, 743 F. Supp. 2d 305, 344 (D. Del. 2010).

### a.    Nexus

70.    For secondary considerations of non-obviousness to be accorded substantial weight, "a nexus must exist 'between the evidence and the merits of the claimed invention.'" *Novartis AG v. Torrent Pharms. Ltd.*, 853 F.3d 1316, 1330 (Fed. Cir. 2017) (*quoting Wyers v. Master Lock Co.*, 616 F.3d 1231, 1246 (Fed. Cir. 2010)); *see also Cubist Pharms., Inc. v. Hospira, Inc.*, 805 F.3d 1112, 1126 (Fed. Cir. 2015) (holding secondary considerations not commensurate in scope with the claimed invention could not overcome strong prima facie case of obviousness).

71.    The patentee bears the burden of establishing the nexus "between the evidence and the merits of the claimed invention." *Fox Factory, Inc. v. SRAM, LLC*, 944 F.3d 1366, 1373–74

23

**CONFIDENTIAL**

(Fed. Cir. 2019); *Bosch Auto. Serv. Sols., LLC v. Matal*, 878 F.3d 1027, 1036 (Fed. Cir. 2017); *see also Prometheus Labs., Inc. v. Roxane Labs., Inc.*, 805 F.3d 1092, 1101 (Fed. Cir. 2015).

72.    Where the offered secondary consideration "actually results from something other than what is both claimed and novel in the claim, there is no nexus to the merits of the claimed invention." *Novartis AG*, 853 F.3d at 1330 (quoting *In re Huai-Hung Kao*, 639 F.3d 1057, 1068 (Fed. Cir. 2011)).

73.    A patentee is not entitled to a presumption of nexus unless it demonstrates a relationship between the secondary considerations and "the invention disclosed and claimed." *WBIP, LLC v. Kohler Co.*, 829 F.3d 1317, 1329 (Fed. Cir. 2016). The presumption does not apply where the objective evidence may be attributable to unclaimed features, to earlier patents, or to prior-art characteristics inherent in the product. *Eli Lilly & Co. v. Teva Parenteral Meds., Inc.*, 689 F.3d 1368, 1381 (Fed. Cir. 2012); *see also Ormco Corp. v. Align Tech., Inc.*, 463 F.3d 1299, 1312 (Fed. Cir. 2006).

74.    Where a blocking patent exists, "the inference of nonobviousness of the challenged claims, based on commercial success, is weak." *Acorda Therapeutics, Inc. v. Roxane Lab'ys, Inc.*, 903 F.3d 1310, 1339 (Fed. Cir. 2018). Where competitors were legally barred from entering the market regardless of the merits of the later-claimed features, evidence of commercial performance "discount[s] the weight" of secondary considerations. *Acorda Therapeutics*, 903 F.3d at 1337–39; *Merck & Co. v. Teva Pharms. USA, Inc.*, 395 F.3d 1364, 1377 (Fed. Cir. 2005); *see also Senju Pharm. Co. v. Apotex Inc.*, 717 F. Supp. 2d 404, 426 (D. Del. 2010) *see also Merck & Co. v. Teva Pharm. USA, Inc.*, 395 F.3d 1364, 1377 (Fed. Cir. 2005) (finding that "the inference of non-obviousness of weekly-dosing, from evidence of commercial success, is weak" where "market entry by others was precluded" by (1) the existence of another patent covering administration of

CONFIDENTIAL

alendronate and (2) patentee's exclusive statutory right, in conjunction with FDA marketing approvals, to offer patented drug at any dosage for the next five years).

75.    Objective indicia must be "commensurate in scope with the claims," and a nexus is not established when the objective evidence is due to unclaimed features. *Fox Factory*, 944 F.3d at 1373–74. "Objective evidence of nonobviousness must be commensurate in scope with the claims which the evidence is offered to support." *In re Tiffin*, 448 F.2d 791, 792 (C.C.P.A. 1971).

76.    Where secondary considerations are not commensurate in scope with the claims, they cannot rebut a strong prima facie case of obviousness. *Cubist Pharms., Inc. v. Hospira, Inc.*, 805 F.3d 1112, 1126 (Fed. Cir. 2015); *see also Genetics Inst., LLC v. Novartis Vaccines & Diagnostics, Inc.*, 655 F.3d 1291, 1308 (Fed. Cir. 2011).

### b.    Copying

77.    The Federal Circuit has routinely concluded that in the Hatch-Waxman context, "a showing of copying … is not compelling evidence [of nonobviousness]." *Bristol-Myers Squibb Co. v. Teva Pharms. USA, Inc.*, 924 F. Supp, 2d 602, 676 (D. Del. 2013) (citing *Purdue Pharma Prods .L.P. v. Par Pharm, Inc.*, 642 F. Supp. 2d 329 (D. Del. 2009), *aff'd* 377 Fed. Appx. 978 (Fed. Cir. 2010)); *see also* Allergan, Inc. v. Watson Labs., Inc.-Florida, 869 F. Supp. 2d 456, 485 (D. Del. 2012)*;* Aventis Pharma S.A. v. Hospira, Inc., 743 F. Supp. 2d 305, 349 (D. Del. 2010).

78.    "Just as with the commercial success analysis, a nexus between the copying and the novel aspects of the claimed invention must exist for evidence of copying to be given significant weight in an obviousness analysis." *Wm. Wrigley Jr. Co. v. Cadbury Adams USA LLC*, 683 F.3d 1356, 1364 (Fed. Cir. 2012). Copying requires evidence of efforts to replicate a specific product that embodies the asserted claims. *Alarm.com, Inc. v. SecureNet Techs. LLC*, 2019 WL 133228, at *4 (D. Del. Jan. 8, 2019) (citing *Amazon.com v. Barnesandnoble.com, Inc.*, 239 F.3d 1343, 1366 (Fed. Cir. 2001) and *Wyers v. Master Lock Co*., 616 F.3d 1231, 1246 (Fed. Cir. 2010)).

## CONFIDENTIAL

### c.    Long-Felt Need

79.    To establish long-felt need, a patentee must show an "articulated identified problem" and evidence that the problem persisted despite efforts to solve it. *Tex. Instruments Inc. v. U.S. Int'l Trade Comm'n*, 988 F.2d 1165, 1178 (Fed. Cir. 1993). Patentee cannot merely point to drawbacks in the art; it must "show that these drawbacks constituted a long-felt, unmet need." *Perfect Web Techs., Inc. v. InfoUSA, Inc.*, 587 F.3d 1324, 1332 (Fed. Cir. 2009); *see also Santarus, Inc. v. Par Pharm., Inc.*, 720 F. Supp. 2d 427, 455 (D. Del 2010) (evidence of long-felt need "not persuasive" where patentee "cites no evidence indicating that these needs were 'long-felt' or considered particularly significant among skilled artisans at the time of invention in light of then-existing prior art," and makes no assertion "that others had tried and failed to come up with formulations that addressed these needs"), *rev'd in part on other grounds*, 694 F.3d 1344 (Fed. Cir. 2012).

80.    Minimal differences between the claimed invention and the prior art weighs against finding that the alleged long-felt need was unsolved as of the filing date of the asserted patent. *Geo. M. Martin Co. v. All. Mach. Sys. Int'l LLC*, 618 F.3d 1294, 1304–05 (Fed. Cir. 2010) ("Where the differences between the prior art and the claimed invention are as minimal as they are here, however, it cannot be said that any long-felt need was unsolved."). If prior art products were effective for the purpose of the claimed invention, there is no long-felt need." *AstraZeneca LP v. Breath Ltd.*, 88 F. Supp. 3d 326, 387 (D.N.J.), *aff'd*, 603 F. App'x 999 (Fed. Cir. 2015); *see also Aventis Pharma SA v. Hospira, Inc.*, 743 F. Supp. 2d 305, 344–45 (D. Del. 2010) (discounting evidence of long-felt need where "at least two prior art references disclose Cremophor-free taxane formulations"); *B.F. Goodrich Co. v. Aircraft Braking Sys. Corp.*, 72 F.3d 1577, 1583 (Fed. Cir. 1996) (holding district court did not err in discounting "[t]he assertion of 'long-felt

CONFIDENTIAL

need' . . . because the [patented] invention was similar to the teachings of [the primary prior art reference]").

81.     Prior art patents can be used to show that any alleged long-felt need had already been met prior to the asserted patent's filing date. *See, e.g.*, *Southwire Co. v. Cerro Wire LLC*, 870 F.3d 1306, 1310 (Fed. Cir. 2017) (affirming PTAB finding that any long-felt need had already been met by prior art patent); *Merck & Cie v. Gnosis S.P.A.*, 808 F.3d 829, 838 (Fed. Cir. 2015) (affirming PTAB finding that any long felt need had already been met by prior art patent and prior art publication).

82.     The relevant date is the filing date of the patent covering the invention alleged to have met the long-felt need. *Perfect Web Techs., Inc. v. Infousa, Inc.*, 587 F.3d 1324, 1332 (Fed. Cir. 2009) ("Evidence that an invention satisfied a long-felt and unmet need that existed on the patent's filing date is a secondary consideration of nonobviousness."); *Procter & Gamble Co. v. Teva Pharm. USA, Inc.*, 566 F.3d 989, 998 (Fed. Cir. 2009) ("[W]e look to the filing date of the challenged invention to assess the presence of a long-felt and unmet need.").

83.     A commercial product is not necessary to show that the prior art met any alleged long-felt need. *See, e.g.*, *Novartis AG v. Torrent Pharm. Ltd.*, 853 F.3d 1316, 1330–31 (Fed. Cir. 2017) (finding that patentee's multiple sclerosis treatment did not satisfy long-felt need where there were treatments "disclosed in the prior art literature before the '283 patent's priority date," even though "none of those drugs were available to the market until after the '283 patent was filed" (emphasis added)); *B.F. Goodrich*, 72 F.3d at 1583 (agreeing with district court and discounting patentee's long-felt need argument where patentee's invention "was similar to the teachings of" a prior art publication); *Copaxone Consol*. Cases, 2017 WL 401943, at *23 (citing two scientific prior art publications as evidence that "there were solutions in the prior art" as of the priority date

of the challenged patents); *see also Perfect Web Techs., Inc. v. Infousa, Inc.*, 587 F.3d 1324, 1332

(Fed. Cir. 2009) ("Evidence that an invention satisfied a long-felt and unmet need that existed on

the patent's filing date is a secondary consideration of nonobviousness.").

84.     There is no nexus supporting secondary considerations of non-obviousness where

the prior art discloses drug products meeting the long-felt need, even though none of those products

were available to the market until after the asserted patent was filed. *See, e.g.*, *Novartis AG v.

Torrent Pharm. Ltd.*, 853 F.3d 1316, 1330–31 (Fed. Cir. 2017) ("The fact that [patentee's drug]

was the first to receive FDA approval for commercial marketing does not overcome the fact that

solid multiple sclerosis compositions were already known," even where "none of those drugs were

available to the market until after the [asserted] patent was filed.").

### d.    Failure of Others

85.     Evidence of failure of others is probative only where it demonstrates a "significant

defect in the prior art." *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent

Litig.*, 676 F.3d 1063, 1081–83 (Fed. Cir. 2012).

86.     When asserted as a secondary consideration of nonobviousness, "[t]he purpose of

evidence of failure of others is to show 'indirectly the presence of a significant defect in the prior

art, while serving as a simulated laboratory test of the obviousness of the solution to a skilled

artisan.'" *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Pat. Litig.*, 676 F.3d

1063, 1082 (Fed. Cir. 2012) (quoting *Symbol Techs., Inc. v. Opticon, Inc.*, 935 F.2d 1569, 1578-

79 (Fed. Cir. 1991)).

87.     "[A]n unsolved problem is not evidence of non-obviousness unless skilled workers

in the art have tried and failed to solve the problem." *Ecolochem, Inc. v. S. Cal. Edison Co.*, 227

F.3d 1361, 1378 (Fed. Cir. 2000). In analyzing the failure of others, the relevant problem is solely

that which the patent-in-suit purports to solve. *See Symbol Techs.*, 935 F.2d at 1578 (Fed. Cir.

CONFIDENTIAL

1991) ("Nonobviousness is suggested by the failure of others to find a solution to the problem which the patent[s] in question purport[ ] to solve.") (citations omitted); *Oscar Mayer Foods Corp. v. ConAgra, Inc.*, 45 F.3d 443, at *4 (Fed. Cir. Dec. 22, 1994) ("[T]he failure of others is probative only if they sought to overcome the problem the applicant claims to have solved.").

88.     Generally, the cause of the failures must be attributable, in at least some degree, to the absence of the claimed aspects of the invention in the attempt for this consideration to have relevance to obviousness. *See, e.g.*, *Acorda Therapeutics*, 2017 WL 1199767, at *39 (D. Del. Mar. 31, 2017) ("Sanofi-Aventis likely did not use 4-AP because it was blocked from doing so by the Elan Patent . . . Hence, Sanofi-Aventis' failure does not provide much evidence that the formulation of the Acorda Patents was non-obvious."), *aff'd* by 903 F.3d 1310, 1341 (Fed. Cir. 2018) (finding no clear error in district court's finding that Sanofi-Aventis's failure with a similar compound was not probative in light of the blocking patent preventing its use of the claimed compound). In other words, the patentee must demonstrate that the cause of the failure was due, at least in part, to the absence of the claimed aspects of the invention. *Cubist Pharm., Inc. v. Hospira, Inc.*, 805 F.3d 1112, 1126 (Fed. Cir. 2015); *see also DyStar*, 464 F.3d at 1371-72 (finding that a failure was not a probative secondary consideration when that failure was due to cost, not technical difficulty).

89.     Additionally, a patentee must show that the failure, if such failure exists, was due to the other products lacking the claimed features of the patent. *See Ormco*, 463 F.3d at 1313 (finding no failure of others where "the evidence does not suggest that these prior attempts failed because the devices lacked the claimed features."). Further, evidence of failure of others is not significant if a solution to the problem was only sought for a brief period of time. *See B.F. Goodrich Co. v. Aircraft Braking Sys. Corp.*, 72 F.3d 1577, 1583 (Fed. Cir. 1996).

CONFIDENTIAL

### e.    Unexpected Results

90.    "To be particularly probative, evidence of unexpected results must establish that there is a difference between the results obtained and those of the closest prior art, and that the difference would not have been expected by one of ordinary skill in the art at the time of the invention." *Bristol-Myers Squibb Co. v. Teva Pharm., USA, Inc.*, 752 F.3d 967, 977 (Fed. Cir. 2014); *see also Kao Corp. v. Unilever U.S., Inc.*, 441 F.3d 963, 970 (Fed. Cir. 2006) ("This court has held that 'when unexpected results are used as evidence of nonobviousness, the results must be shown to be unexpected compared with the closest prior art.'" (citation omitted)). "A comparison of the claimed invention with the disclosure of each cited reference to determine the number of claim limitations in common with each reference, bearing in mind the relative importance of particular limitations, will usually yield the closest single prior art reference." *In re Merchant*, 575 F.2d 865, 868 (C.C.P.A. 1978).

91.    "Unexpected properties, however, do not necessarily guarantee that a new compound is nonobvious." *Bristol-Myers Squibb*, 752 F.3d at 977. "While a 'marked superiority' in an expected property may be enough in some circumstances to render a compound patentable, a 'mere difference in degree' is insufficient." *Id.* (citations omitted). Further, "'differences in degree' of a known and expected property are not as persuasive in rebutting obviousness as differences in 'kind'—i.e., a new property dissimilar to the known property." *Id.* "Results which differ by percentages are differences in degree rather than kind, where the modification of the percentage is within the capabilities of one skilled in the art at the time." *Galderma Labs., L.P. v. Tolmar, Inc.*, 737 F.3d 731, 739 (Fed. Cir. 2013). "[W]here an unexpected increase in efficacy is measured by a small percentage [] and the evidence indicates that skilled artisans were capable of adjusting the percentage, the result constitutes a difference in degree, not kind." *Id.* "So too, where

CONFIDENTIAL

an increase by a percentage is expected but not found, that result is also likely only a difference in degree." *Id.*

92.     Thus, it is important to "evaluate the significance and 'kind' of expected results along with the unexpected results." *Id.*; s*ee also Hoffmann–La Roche Inc. v. Apotex Inc.*, 748 F.3d 1326, 1333–34 (Fed. Cir. 2014) ("The evidence of superior efficacy does nothing to undercut the showing that there was a reasonable expectation of success with the 150 mg monthly dose, even if the level of success may have turned out to be somewhat greater than would have been expected."); *In re Eli Lilly & Co.*, 902 F.2d 943, 948 (Fed. Cir. 1990) (finding claims obvious when "[patentee] has not shown that a significant aspect of his claimed invention is unexpected in light of the prior art"). "[I]n order to properly evaluate whether a superior property was unexpected," the Court must consider "what properties were expected." *Pfizer*, 480 F.3d at 1371; *see also In re Mageli*, 470 F.2d 1380, 1384–85 (C.C.P.A 1973) ("Unobviousness, however, cannot be predicated on superiority alone. Obviousness depends on what those skilled in the art would expect." (emphasis in original)); *Aventis Pharma S.A. v. Hospira, Inc.*, 743 F. Supp. 2d 305, 348 (D. Del. 2010) ("To show unexpected benefits, the patent owner must first show 'what properties were expected.'" (citation omitted)), *aff'd*, 675 F.3d 1324 (Fed. Cir. 2012).

93.     Additionally, the difference must be statistically and practically significant. *See In re Nolan*, 553 F.2d 1261, 1267 (C.C.P.A. 1977) (evidence of unexpected results unpersuasive when prior art showed results for invention's "most significant improvement" were expected); *In re Eli Lilly & Co.*, 902 F.2d 943, 948 (Fed. Cir. 1990) (holding claims obvious when "[patentee] has not shown that a significant aspect of his claimed invention is unexpected in light of the prior art"); *McNeil-PPC, Inc. v. L. Perrigo Co.*, 337 F.3d 1362, 1370 (Fed. Cir. 2003) (test results purporting to show that claimed invention achieved unexpected results "did not rise to the level of

CONFIDENTIAL

statistical significance"); *Senju Pharm. Co. v. Lupin Ltd.*, 780 F.3d 1337, 1353 (Fed. Cir. 2015) (affirming the district court's holding that evidence of unexpected results was unpersuasive where the relevant studies "were not statistically significant and merely reported numerical increases that were unsurprising in light of [the prior art]"); *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1371 (Fed. Cir. 2007) (holding that Pfizer failed to prove unexpected results where the purported improvements did not have significant practical value such that they were indicative of non-obviousness); *id.* at 1371-72 ("At most, then, Pfizer engaged in routine, verification testing to optimize selection of one of several known and clearly suggested pharmaceutically-acceptable salts to ease its commercial manufacturing and marketing of the tablet form of the therapeutic amlodipine. Creating a product or process that is more desirable, for example because it is stronger, cheaper, cleaner, faster, lighter, smaller, more durable, or more efficient ... to enhance commercial opportunities . . . is universal—and even common-sensical." (internal quote omitted)); *see also, id.* at 1371 ("Further, Dr. Wells' testimony reflects the fact that he believed that amlodipine besylate would solve the problems of amlodipine maleate. Unrebutted testimony from Apotex's expert evidences that, given the range of 53 anions disclosed by Berge, one skilled in the art would expect those anions to provide salts having a range of properties, some of which would be superior, and some of which would be inferior, to amlodipine maleate. Pfizer has simply failed to prove that the results are unexpected.").

94.    The critical question is further not only the unexpectedness of the results, but whether those results are unexpectedly superior to the results observed before. *In re Soni*, 54 F.3d 746, 750 (Fed. Cir. 1995) ("One way for a patent applicant to rebut a prima facie case of obviousness is to make a showing of 'unexpected results,' i.e., to show that the claimed invention exhibits some superior property or advantage that a person of ordinary skill in the relevant art

CONFIDENTIAL

would have found surprising or unexpected."); *Forest Labs., LLC v. Sigmapharm Labs., LLC*, 918 F.3d 928, 937 (Fed. Cir. 2019) ("In considering unexpected results, courts ask whether 'the claimed invention exhibits some superior property or advantage that a person of ordinary skill in the relevant art would have found surprising or unexpected.'" (quoting *In re Soni*, 54 F.3d at 750)).

95.     The "unexpected results must be commensurate in scope with the claims." *Genetics Inst., LLC v. Novartis Vaccines & Diagnostics, Inc.*, 655 F.3d 1291, 1308 (Fed. Cir. 2011). This means that the evidence cannot be "plainly disproportionate to the scope of the claim." *Id.*; *see, e.g.*, *In re Harris*, 409 F.3d 1339, 1344 (Fed. Cir. 2005) (affirming Board's finding that showing of unexpected results was not commensurate in scope with the claims where "the elemental composition of CMSX®-486 [the applicant's commercial embodiment relied on to show unexpected results] is at or near the midpoint of the claimed range"); *Peterson*, 315 F.3d at 1331 (affirming obviousness finding where patentee claimed an alloy with 1–3% rhenium, but presented unexpected results only for 2% rhenium, and evidence suggested that 3% rhenium possessed inferior properties); *In re Grasselli*, 713 F.2d 731, 743 (Fed. Cir. 1983) (concluding that unexpected results "limited to sodium only" were not commensurate in scope with claims to a catalyst having "an alkali metal"); *In re Greenfield*, 571 F.2d 1185, 1189 (C.C.P.A. 1978) (affirming obviousness finding for a genus containing "several hundred compounds" where unexpected results were proved for "only one" such compound).

96.     In addition, unexpected results must be achieved by the claimed invention. As with the other secondary indicia of nonobviousness, patentee must demonstrate nexus between the alleged unexpected results and the claimed invention. *See In re Huai-Hung Kao*, 639 F.3d 1057, 1068 (Fed. Cir. 2011) ("For objective evidence of secondary considerations to be accorded substantial weight, its proponent must establish a nexus between the evidence and the merits of

CONFIDENTIAL

the claimed invention." (citation omitted)); *see also In re Woodruff*, 919 F.2d 1575, 1578 (Fed. Cir. 1990) ("The law is replete with cases in which the difference between the claimed invention and the prior art is some range or other variable within the claims . . . [and] in such a situation, the applicant must show that the particular range is critical, generally by showing that the claimed range achieves unexpected results relative to the prior art range." (citations omitted)). In other words, "[w]here the offered secondary consideration actually results from something other than what is both claimed and novel in the claim, there is no nexus to the merits of the claimed invention." *Id*.; *see also Hoffmann–La Roche*, 748 F.3d at 1334 (finding that "improved efficacy does not rebut the strong showing that the prior art disclosed monthly dosing and that there was a reason to set that dose at 150 mg").

97.    "[I]t is well settled that unexpected results must be established by factual evidence. Mere argument or conclusory statements in the specification does not suffice." *In re Soni*, 54 F.3d at 750 (alteration in original) (internal quotation marks and citations omitted); *see also In re Inland Steel Co.*, 265 F.3d 1354, 1366 (Fed. Cir. 2001) ("An examination for unexpected results 'is a factual, evidentiary inquiry'"). Evidence of unexpected results must include a comparison of the invention to the closest prior art. *In re De Blauwe*, 736 F.2d 699, 705 (Fed. Cir. 1984) ("When an article is said to achieve unexpected (i.e. superior) results, those results must logically be shown as superior compared to the results achieved with other articles."). Evidence of unexpected results must be based on the knowledge of one of ordinary skill in the art at the time of the applicant's invention. *In re Geisler*, 116 F.3d 1465, 1470 (Fed. Cir. 1997) ("[T]he fact that one group of inventors 15 years earlier may have made an assumption that was contrary to Geilser's test results does not prove that Geisler's results would be regarded as unexpected by one of ordinary skill in the art at the time of Geisler's application.").

**CONFIDENTIAL**

98.    For there to be a showing of "unexpected results," the results must be truly unexpected and not the product of the desire of a person of ordinary skill to achieve the optimum value of performance for a known range. *See In re Peterson*, 315 F.3d 1325, 1330 (Fed. Cir. 2003) ("The normal desire of scientists or artisans to improve upon what is already generally known provides the motivation to determine where in a disclosed set of percentage ranges is the optimum combination of percentages. We therefore conclude that a prior art reference that discloses a range encompassing a somewhat narrower claimed range is sufficient to establish a prima facie case of obviousness."); *see also In re Boesch*, 617 F.2d 272, 276 ("[D]iscovery of an optimum value of a result effective variable in a known process is ordinarily within the skill of the art." (citations omitted)).

99.    For unexpected results by a claimed range, the claimed range must "produce a new and unexpected result which is different in kind and not merely in degree from results of the prior art." *In re Huang*, 100 F.3d 135, 139 (Fed. Cir. 1996). "[I]t is not inventive to discover the optimum or workable ranges by routine experimentation." *In re Geisler*, 116 F.3d 1465, 1470 (Fed. Cir. 1997) (citation omitted).

100.    Superior performance resulting from the substitution of a known equivalent is generally insufficient to demonstrate nonobviousness without a showing that the superior performance was unexpected. *See, e.g.*, *Hotchkiss v. Greenwood*, 52 U.S. 248, 266–67 (1850) (rejecting patentee's argument that claimed invention involving clay knob "produced a new and peculiar effect" where "the peculiar effect . . . is not distinguishable from that which would exist in the case of the wood knob, or one of bone or ivory, or of other materials"); *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1371 (Fed. Cir. 2007) ("[A]ny superior property must be unexpected to be considered as evidence of non-obviousness." (internal citations omitted)). Further, the superior

result must rise to a significant enough level where it can be characterized as being "a new and unexpected result which is different in kind and not merely in degree from the results of the prior art." *In re Huang*, 100 F.3d 135, 139 (Fed. Cir. 1996) (citation omitted).

101.    "[I]n order to properly evaluate whether a superior property was unexpected," courts must "consider[ ] what properties were expected." *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1371 (Fed. Cir. 2007). Therefore, there can be no showing of unexpected results where patentee provides no evidence of what a POSA would have expected. *Id.* ("Here, Pfizer's evidence must fail because the record is devoid of any evidence of what the skilled artisan would have expected. We will not simply presume that the skilled artisan would have expected that amlodipine besylate would have the same characteristics as amlodipine maleate, because as Pfizer asserts, its properties are not absolutely predictable.").

### f.    Industry Acclaim and Skepticism

102.    To support a finding of nonobviousness, "[i]ndustry praise must . . . be linked to the patented invention." *Geo. M. Martin Co. v. All. Mach. Sys. Int'l LLC*, 618 F.3d 1294, 1305 (Fed. Cir. 2010). A statement intended to generate interest in a product also is not evidence of industry praise. *Richardson-Vicks Inc. v. Upjohn Co.*, 122 F.3d 1476, 1484 n.3 (Fed. Cir. 1997).

103.    Expressions of skepticism by those in the art are "relevant and persuasive" evidence of nonobviousness. *See Monarch Knitting Mach. Corp. v. Sulzer Morat GmbH*, 139 F.3d 877, 885 (Fed. Cir. 1998). The secondary consideration of skepticism by others typically refers to situations where the alleged invention has already been conceived, and others are skeptical about whether it will work. *See Hughes Tool Co. v. Dresser Indus., Inc.*, 816 F.2d 1549, 1556 (Fed. Cir. 1987).

104.    Evidence of the inventor's own skepticism may not be sufficient to establish skepticism. *See AstraZeneca LP v. Breath Ltd.*, 542 Fed.Appx. 971, 980 (Fed. Cir. 2013) ("The district court found, and we agree, that this simply is evidence of corporate prudence based on

CONFIDENTIAL

AstraZeneca's own misgivings rather than industry skepticism."). Further, "lack of enthusiasm by a few is not equivalent to skepticism or failure of others such that the combination would not have been obvious to a PHOSITA." *BTG Int'l Ltd. v. Amneal Pharm. LLC*, 923 F.3d 1063, 1076 (Fed. Cir. 2019).

### g.    Obviousness-Type Double Patenting

105.    Nonstatutory double patenting does not "require[] inquiry into objective criteria suggesting non-obviousness." *Geneva Pharms., Inc. v. GlaxoSmithKline PLC*, 349 F.3d 1373, 1377 n.1 (Fed. Cir. 2003).

106.    The Federal Circuit has clarified, however, that *Geneva* does not render secondary considerations categorically irrelevant in OTDP analyses. *See Eli Lilly & Co. v. Teva Parenteral Meds., Inc.*, 689 F.3d 1368, 1381 (Fed. Cir. 2012) (*"Lilly IV"*). In *Lilly IV*, although the Federal Circuit held that the district court erred by categorically refusing to consider secondary considerations, it nevertheless affirmed invalidity because the asserted evidence lacked nexus. *Id*. Specifically, the court found that the asserted commercial success derived from the earlier compound patent, not from any patentably distinct contribution of the later method-of-use claims. *Id.* Thus, secondary considerations cannot establish patentable distinctness in an OTDP analysis where they merely reflect the value of the earlier-issued patent rather than the alleged inventive distinction of the later claims. *Id.*; *see also Exelixis, Inc. v. MSN Labs.*, No. 22-228-RGA, 2024 WL 4491176, at *3 (D. Del. 2024) (explaining that OTDP analysis entails two steps: construing the earlier and later claims and determining whether the differences render the claims patentably distinct).

CONFIDENTIAL

### 3. Indefiniteness

107.    35 U.S.C. § 112, second paragraph, requires that "[t]he specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention." 35 U.S.C. § 112 (pre-AIA).

108.    Indefiniteness is a question of law. *Teva Pharm. USA, Inc. v. Sandoz, Inc.*, 789 F.3d 1335, 1341 (Fed. Cir. 2015).

109.    "[A] patent is invalid for indefiniteness if its claims, read in light of the specification delineating the patent, and the prosecution history, fail to inform, with reasonable certainty, those skilled in the art about the scope of the invention." *Nautilus, Inc. v. Biosig Instruments, Inc.*, 572 U.S. 898, 901 (2014).

110.    "[A] patent must be precise enough to afford clear notice of what is claimed, thereby 'appris[ing] the public of what is still open to them.'" *Nautilus*, 572 U.S. at 909 (quoting *Markman v. Westview Instruments, Inc.*, 517 U.S. 370, 373 (1996)). "It cannot be sufficient that a court can ascribe some meaning to a patent's claim; the definiteness inquiry trains on the understanding of a skilled artisan at the time of the patent application, not that of a court viewing matters post hoc." *Id.* at 911; *see also DDR Holdings, LLC v. Hotels.com, L.P.*, 773 F.3d 1245, 1260 (Fed. Cir. 2014) (citing *Nautilus*, 572 U.S. at 911) (same); *GE Lighting Sols., LLC. v. Lights of Am., Inc.*, 663 F. App'x 938, 940-41 (Fed. Cir. 2016) (holding the term "elongated" indefinite because the "general descriptions [from the prosecution history] hardly provide the necessary 'objective boundaries' about the length or shape of an 'elongated' core") (citing *Interval Licensing*, 766 F.3d at 1371); *Dow Chem. Co. v. Nova Chems. Corp. (Can.)*, 803 F.3d 620, 634 (Fed. Cir. 2015) (finding claim term indefinite because "[n]either the patent claims nor the specification here . . . provides any guidance as to which method should be used or even whether the possible universe of methods is limited to these four methods [proposed by parties during litigation]"). "Even if a

CONFIDENTIAL

claim term's definition can be reduced to words, the claim is still indefinite if a person of ordinary skill in the art cannot translate the definition into meaningfully precise claim scope." *GE Lighting*, 663 F. App'x at 940 (quoting *Halliburton Energy Servs., Inc. v. M–I LLC*, 514 F.3d 1244, 1251 (Fed. Cir. 2008)).

### 4. Written Description

111. It is well settled that a patent cannot claim more than it describes. *See, e.g.*, 35 U.S.C. § 112, ¶ 1 (pre-AIA) ("The specification shall contain a written description of the invention, and the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same."); *Ariad Pharm. v. Eli Lilly & Co.*, 598 F.3d 1336, 1351 (Fed. Cir. 2010) (en banc) ("[T]he description must clearly allow persons of ordinary skill in the art to recognize that [the inventor] invented what is claimed.") (citation and internal quotation marks omitted); *Reiffin v. Microsoft*, 214 F.3d 1342, 1345-46 (Fed. Cir. 2000) (purpose of the written description requirement "is to ensure that the scope of the right to exclude, as set forth in the claims, does not overreach the scope of the inventor's contribution to the field of art as described in the patent specification").

112. The determination that a patent is invalid for failure to meet the written description requirement is a question of fact. *PIN/NIP, Inc. v. Platte Chem. Co.*, 304 F.3d 1235, 1243 (Fed. Cir. 2002). "[T]he test for [written description] sufficiency is whether the disclosure of the application relied upon reasonably conveys to those skilled in the art that the inventor had possession of the claimed subject matter as of the filing date . . . . [P]ossession as shown in the disclosure is a more complete formulation." *Ariad Pharm.*, 598 F.3d at 1351 (internal citations omitted); *see also Honeywell Int'l, Inc. v. U.S.*, 609 F.3d 1292, 1301 (Fed. Cir. 2010). To fulfill the written description requirement, the patent owner must indicate his or her possession of the

CONFIDENTIAL

invention at the time of filing the patent application as indicated by "an objective inquiry into the four corners of the specification from the perspective of a person of ordinary skill in the art." *Ariad Pharm.*, 598 F.3d at 1351.

113.    Further, "[t]he description requirement of the patent statute requires a description of an invention, not an indication of a result that one might achieve if one made that invention." *Regents of the Univ. of California v. Eli Lilly & Co.*, 119 F.3d 1559, 1568 (Fed. Cir. 1997). "To fulfill the written description requirement, a patent specification must describe an invention and do so in sufficient detail that one skilled in the art can clearly conclude that 'the inventor invented the claimed invention.'" *Id.* at 1566 (quoting *Lockwood v. Am. Airlines, Inc.*, 107 F.3d 1565, 1572 (Fed. Cir. 1997); *In re Gosteli*, 872 F.2d 1008, 1012 (Fed. Cir. 1989)). "Thus, an applicant complies with the written description requirement 'by describing the invention, with all its claimed limitations, not that which makes it obvious,' and by using 'such descriptive means as words, structures, figures, diagrams, formulas, etc., that set forth the claimed invention.'" *Id.* at 1566 (quoting *Lockwood*, 107 F.3d at 1572); *see also ICU Med., Inc. v. Alaris Med. Sys., Inc.*, 558 F.3d 1368, 1379 (Fed. Cir. 2009) (to comply with the written description requirement of § 112, a patentee must describe "the invention, with all its claimed limitations"); *In re Curtis*, 354 F.3d 1347, 1355 (Fed. Cir. 2004) (affirming BPAI's finding of invalidity for lack of written description where there was "unpredictability in performance of certain species or subcombinations other than those specifically enumerated [in the disclosure]" (internal quotations omitted)); *see also Immunex Corp. v. Sandoz Inc.*, 964 F.3d 1049 (Fed. Cir. 2020) (affirming finding that claims to a full-length p75 DNA sequence lacked written description support since the patent figures only disclosed a truncated/mutated p75 DNA sequence, where other parts of the patent referred to the full-length sequence.); *Capon v. Eshhar*, 418 F.3d 1349, 1357 (Fed. Cir. 2005) ("The 'written description'

CONFIDENTIAL

requirement must be applied in the context of the particular invention and the state of the knowledge."); *Zoltek Corp. v. United States*, 815 F.3d 1302, 1308 (Fed. Cir. 2016) ("The written description need not include information that is already known and available to the experienced public.").

114.    A specification provides adequate written description if it reasonably conveys to a person of ordinary skill in the art that the inventor had possession of *entire* claimed subject matter as of the filing date. *See, e.g.*, *Ariad Pharm.*, 598 F.3d at 1351-52; *Boston Sci. Corp. v. Johnson & Johnson Inc.*, 647 F.3d 1353, 1366 (Fed. Cir. 2011). Ultimately, "it is in the patent specification where the written description requirement must be met." *Univ. Of Rochester v. G.D. Searle & Co., Inc.*, 358 F.3d 916, 927 (Fed. Cir. 2004); *FWP IP ApS v. Biogen MA, Inc.*, 749 F. App'x 969, 973 (Fed. Cir. 2018) ("To demonstrate possession, the inventor must provide enough description in the specification . . . .").

115.    "[T]he specification must describe an invention understandable to [a] skilled artisan and show that the *inventor* actually invented the invention claimed." *Ariad Pharm.*, 598 F.3d at 1351 (emphasis added). "[T]he purpose of the written description requirement is to 'ensure that the scope of the right to exclude, as set forth in the claims, does not overreach the scope of the inventor's contribution to the field of art as described in the patent specification.'" *Id.* at 1353-54 (quoting *Univ. of Rochester*, 358 F.3d at 920). Thus, the written description requirement "plays a vital role in curtailing claims . . . that have not been invented, and thus cannot be described." *Id.* at 1352.

116.    "The written description requirement exists to ensure that inventors do not attempt to preempt the future before it has arrived." *Billups-Rothenberg, Inc. v. Associated Reg'l & Univ. Pathologists, Inc.*, 642 F.3d 1031, 1036 (Fed. Cir. 2011) (citation and internal quotation marks

CONFIDENTIAL

omitted). The pharmaceutical industry cannot be left to "complete an unfinished invention." *Ariad Pharm.*, 598 F.3d at 1353.

117.    The written description requirement is not necessarily met because the claim language appears in the patent specification. *See, e.g.*, *Enzo Biochem, Inc. v. Gen-Probe Inc.*, 323 F.3d 956, 968-69 (Fed. Cir. 2002).

118.    Written description also is not a question of whether a POSA might be able to construct the patentee's invention from the teachings of the disclosure. Rather, it is a question of whether the application "necessarily discloses" the particular invention. *See, e.g.*, *Purdue Pharma. L.P. v. Faulding Inc.*, 230 F.3d 1320, 1327 (Fed. Cir. 2000) (*quoting Martin v. Mayer*, 823 F.2d 500, 505 (Fed. Cir. 1987)).

119.    Where a patentee seeks to satisfy the written description requirement by an inherent disclosure, the missing descriptive matter must necessarily be present in the patent's specification such that a person of skill in the art would recognize it. *See, e.g.*, *In re Robertson*, 169 F.3d 743, 745 (Fed. Cir. 1999) ("To establish inherency, the extrinsic evidence must make clear that the missing descriptive matter is necessarily present in the thing described in the reference, and that it would be so recognized by persons of ordinary skill. Inherency, however, may not be established by probabilities or possibilities. The mere fact that a certain thing may result from a given set of circumstances is not sufficient." (citations and internal quotations omitted)). The law establishes that "[i]n order for a disclosure to be inherent, . . . the missing descriptive matter must necessarily be present in the . . . specification such that one skilled in the art would recognize such a disclosure." *Tronzo v. Biomet, Inc.*, 156 F.3d 1154, 1159 (Fed. Cir. 1998).

120.    The Federal Circuit has articulated a variety of factors to evaluate the adequacy of the disclosure, including (1) the existing knowledge in the particular field, (2) the extent and

content of the prior art, (3) the maturity of the science or technology, and (4) the predictability of the aspect at issue. *Ariad Pharms.*, 598 F.3d at 1351 (quoting *Capon*, 418 F.3d at 1359). The level of detail required to satisfy the written description requirement varies depending on the nature and scope of the claims and on the complexity and predictability of the relevant technology. *Ariad Pharms.*, 598 F.3d at 1351.

121.    "A 'mere wish or plan' for obtaining the claimed invention is not adequate written description." *Centocor Ortho Biotech, Inc. v, Abbott Lab'ys.*, 636 F.3d 1341, 1348 (Fed. Cir. 2011). Additionally, describing one embodiment of a claimed invention does not necessarily satisfy the written description requirement; rather, description of a "single embodiment would support [] a generic claim only if the specification would reasonably convey to a person skilled in the art that [the inventor] had possession of the claimed subject matter at the time of filing." *LizardTech, Inc. v. Earth Res. Mapping, Inc.*, 424 F.3d 1336, 1346 (Fed. Cir. 2005) (citation and internal quotation marks omitted). Thus, a patentee "cannot always satisfy the requirements of section 112, in supporting expansive claim language, merely by clearly describing one embodiment of the thing claimed." *Id.* The specification itself must demonstrate that the inventor was in possession of the *entirety* of the claimed invention. *See, e.g.*, *Ariad Pharms.*, 598 F.3d at 1352; *see also, e.g.*, *Biogen Int'l GMBH v. Mylan Pharms. Inc.*, 18 F.4th 1333, 1342-45 (Fed. Cir. 2021) (finding that "that "a skilled artisan would not have recognized, based on the single passing reference to a DMF480 dose in the disclosure that DMF480 would have been efficacious in the treatment of MS, particularly because the specification's only reference to DMF480 was part of a wide DMF-dosage range and not listed as an independent therapeutically efficacious dose.").

122.    Thus, a patentee "cannot always satisfy the requirements of section 112, in supporting expansive claim language, merely by clearly describing one embodiment of the thing

CONFIDENTIAL

claimed." *LizardTech*, 424 F.3d at 1346. The specification itself must demonstrate that the inventor was in possession of the *entirety* of the claimed invention. *See, e.g.*, *Ariad Pharms.*, 598 F.3d at 1352. Claims not disclosed in the specification are invalid; "[w]hat is claimed by the patent application must be the same as what is disclosed in the specification . . . ." *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co., Ltd.*, 535 U.S. 722, 736 (2002).

123.    When a result is expressly claimed, "that result must be supported by adequate disclosure in the specification." *Nuvo Pharm. (Ir.) Designated Activity Co. v. Dr. Reddy's Lab'ys. Inc.*, 923 F.3d 1368, 1384 (Fed. Cir. 2019).

### 5.    Enablement

124.    A patent specification must provide sufficient information to allow a person of ordinary skill in the art to make and use the invention claimed. 35 U.S.C. § 112, ¶ 1 states that:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

35 U.S.C. § 112, ¶ 1 (pre-AIA).

125.    "If a patent claims an entire class of processes, machines, manufactures, or compositions of matter, the patent's specification must enable a person skilled in the art to make sand use the entire class. In other words, the specification must enable the full scope of the invention as defined by its claims. The more one claims, the more one must enable." *Amgen Inc. v. Sanofi*, 598 U.S. 594, 610 (2023); *Enzo Biochem, Inc. v. Calgene, Inc.*, 188 F.3d 1362, 1372 (Fed. Cir. 1999) (holding that the claims were not enabled where the patents attempted to include the entire universe of cells for the antisense system detailed); *In re Wright*, 999 F.2d 1557, 1561 (Fed. Cir. 1993) (holding that the physiological activity required by the claims was not enabled given the breadth of the claims and the fact that a vaccine must by definition provoke an

CONFIDENTIAL

immunoprotective response upon administration); *In re Goodman*, 11 F.3d 1046, 1050 (Fed. Cir. 1993) (holding that a single example of producing gamma-interferon in the dicotyledonous species, tobacco does not enable a biotechnician of ordinary skill to produce the mammalian protein in any type of plant cell).

126. A specification lacks enablement if it fails to teach one of skill in the art "how to make and use the full scope of the claimed invention without 'undue experimentation.'" *Teva Pharm. USA, Inc. v. Sandoz, Inc.*, 723 F.3d 1363, 1370 (Fed. Cir. 2013) (citations omitted), *judgment vacated on other grounds by* 135 S. Ct. 831 (2015); *AK Steel Corp. v. Sollac and Ugine*, 344 F.3d 1234, 1244 (Fed. Cir. 2003) ("the applicant's specification must enable one of ordinary skill in the art to practice the full scope of the claimed invention."); *see also Genentech, Inc. v. Novo Nordisk A/S*, 108 F.3d 1361, 1365 (Fed. Cir. 1997) (citing *In re Wright*, 999 F.2d 1557, 1561 (Fed. Cir. 1993)).

127. The enablement "doctrine prevents both inadequate disclosure of an invention and overbroad claiming that might otherwise attempt to cover more than was actually invented. Thus, a patentee chooses broad claim language at the peril of losing any claim that cannot be enabled across its full scope of coverage." *See, e.g.*, *MagSil Corp. v. Hitachi Global Storage Techs., Inc.*, 687 F.3d 1377, 1381 (Fed. Cir. 2012); *Amgen Inc. v. Sanofi, Aventisub LLC*, 987 F.3d 1080, 1084 (Fed. Cir. 2021), *aff'd sub nom. Amgen Inc. v. Sanofi*, 598 U.S. 594 (2023) (indicating that enablement requires the patent's disclosure to be "at least commensurate with the scope of the claims."); *see also In re '318 Patent Infringement Litig.*, 583 F.3d 1317 (Fed. Cir. 2009) (invalidating method patent for treatment of Alzheimer's with galanthamine invalid for lack of enablement).

CONFIDENTIAL

128.    A specification may call for a reasonable amount of experimentation to make and use a patented invention. *Amgen*, 598 U.S. at 612. "What is reasonable in any case will depend on the nature of the invention and the underlying art." *Id.* The specification thus must teach those skilled in the art how to make and use the full scope of the claimed invention without undue experimentation. *Baxalta Inc. v. Genentech, Inc.*, 81 F.4th 1362, 1365 (Fed. Cir. 2023) (citing *Magsil*, 687 F.3d at 1380); *Martek Biosciences Corp. v. Nutrinova, Inc.*, 579 F.3d 1363, 1378 (Fed. Cir. 2009) ("To meet the enablement requirement, 'the specification of a patent must teach those skilled in the art how to make and use the full scope of the claimed invention without undue experimentation.'").

129.    "Whether undue experimentation is needed is not a single, simple factual determination, but rather is a conclusion reached by weighing many factual considerations." *In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988). A court may consider several factors, often called the *Wands* factors, in determining whether undue experimentation is needed to practice a claimed invention. The factors include: "(1) the quantity of experimentation necessary, (2) the amount of direction or guidance presented, (3) the presence or absence of working examples, (4) the nature of the invention, (5) the state of the prior art, (6) the relative skill of those in the art, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims." *In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988); *Martek Biosciences Corp. v. Nutrinova, Inc.*, 579 F.3d 1363, 1378 (Fed. Cir. 2009); *see also Amgen Inc. v. Sanofi*, 987 F.3d 1080 (finding claims describing LDL cholesterol lowering claims invalid for lack of enablement because a POSA would not be able to practice the full scope of the claims and undue experimentation is required to do so).

130.    In determining whether a patent claim is invalid for lack of enablement, a court is only required to consider those factors relevant to the facts of the case. *See, e.g.*, *Enzo*, 188 F.3d

**CONFIDENTIAL**

at 1371 ("[A]ll of the factors need not be reviewed when determining whether a disclosure is enabling."); *Amgen, Inc. v. Chugai Pharm. Co., Ltd.*, 927 F.2d 1200, 1213 (Fed. Cir. 1991).

131.    For example, evidence relating to clinical trials can be considered in determining whether extensive experimentation would be required to practice an invention. *Bausch & Lomb Inc. v. SBH Holdings LLC*, No. CV 20-1463-GBW-CJB, 2025 WL 929635, at *6 (D. Del. Mar. 27, 2025) (noting that clinical trials that started five years after the effective date of the patent, and that purportedly aimed to assess the question discussed in the patent could be considered in determining whether extensive experimentation would be required to practice the invention); *Teva Pharms. Int'l GmbH v. Eli Lilly & Co.*, No. 18-CV-12029-ADB, 2022 WL 10489059, at *3 (D. Mass. Oct. 17, 2022) (concluding that evidence of Lilly's later clinical trials was "relevant to the enablement inquiry because it may offer insight into the extent of experimentation necessary to practice the claimed methods"). If a POSA is able to practice the invention only after substantial experimentation and reliance on information beyond the teachings of the specification, the enablement criteria is likely not satisfied. *Enzo*, 188 F.3d at 1376.

132.    "[C]laims to be patentable must distinguish from the references even if the disclosures in the references are inoperative." *In re Shepherd*, 172 F.2d 560, 564 (C.C.P.A. 1949); *In re Crecelius*, 86 F.2d 399 (C.C.P.A. 1936). Additionally, while "inoperative embodiments do not necessarily invalidate the claim" they do "support [a challenger]'s assertion that there is a genuine issue of material fact with respect to enablement." *Crown Operations Int'l, Ltd. v. Solutia Inc.*, 289 F.3d 1367, 1380 (Fed. Cir. 2002); *Pharm. Res., Inc. v. Roxane Lab'ys, Inc.*, No. CIV 03-3357 DRD, 2006 WL 3231427, at *12 (D.N.J. Nov. 8, 2006), *aff'd*, 253 F. App'x 26 (Fed. Cir. 2007) ("Claims which encompass significant numbers of inoperative embodiments are not enabled

CONFIDENTIAL

if the specification does not identify which of many possibilities are operative, and undue experimentation is required to determine the operative embodiments.").

133.    Furthermore, "[t]he specification need not disclose what is well known in the art." *In re Buchner*, 929 F.2d 660, 661 (Fed. Cir. 1991). But this "is merely a rule of supplementation, not a substitute for a basic enabling disclosure." *ALZA Corp. v. Andrx Pharms., LLC*, 603 F.3d 935, 940-41 (Fed. Cir. 2010) (internal citation and quotations omitted) (holding claims invalid that cover osmotic and non-osmotic dosage forms, but only teach a POSA how to make the osmotic dosage form). The patentee "cannot simply rely on the knowledge of a person of ordinary skill to serve as a substitute for the missing information in the specification." *Id.* at 941.

134.    While working examples are not required, the absence of working examples can weigh against a finding of enablement. *See, e.g.*, *Impax Lab'ys., Inc. v. Aventis Pharm., Inc.*, 545 F.3d 1312, 1315 (Fed. Cir. 2008); *see also Boston Sci. Corp. v. Johnson & Johnson Inc.*, 679 F. Supp. 2d 539, 557 (D. Del. 2010) (finding claims to coronary stents treated with rapamycin analogs not enabled, considering "the lack of any prophetic examples (or other description) in the 1997 patents' specification regarding the claimed analogs").

135.    A claim is not enabled if it does not recite a feature that is taught as critical in the specification. *See, e.g.*, *In re Mayhew*, 527 F.2d 1229, 1233 (C.C.P.A. 1976).

136.    "Enablement is determined as of the effective filing date of the patent" and later generated data are irrelevant to the enablement inquiry. *Plant Genetic Sys., N.V. v. DeKalb Genetics Corp.*, 315 F.3d 1335, 1339 (Fed. Cir. 2003); *see also In re '318 Patent Infringement Litig.*, 583 F.3d at 1325.

137.    Enablement is a question of law based on underlying factual inquiries. *See, e.g.*, *ALZA Corp. v. Andrx Pharms., LLC*, 603 F.3d 935, 940 (Fed. Cir. 2010).

48

CONFIDENTIAL

### 6.      Obviousness-Type Double Patenting

138.     "[T]he obviousness-type double patenting doctrine prohibits an inventor from extending his right to exclude through claims in a later-expiring patent that are not patentably distinct from claim of the inventor's earlier expiring patent." *Gilead Sciences, Inc. v. Natco Pharma Ltd.*, 753 F.3d 1208, 1210 (Fed. Cir. 2014); *see also Geneva Pharms., Inc. v. GlaxoSmithKline PLC*, 349 F.3d 1373, 1377-78 (Fed. Cir. 2003) (stating that courts have fashioned a doctrine of non-statutory double patenting to prevent issuance of a patent on claims that are nearly identical to claims in an earlier patent); *In re Simmons*, 312 F.2d 821, 825 (C.C.P.A. 1963) ("Even though all the claims of the patent and of the application might exist side by side in one application without restriction being required, . . . . , they may not exist in two separate patents unless two patentable inventions exist."). "This doctrine prevents an applicant from extending patent protection for an invention beyond the statutory term by claiming a slight variant." *Geneva Pharms.*, 349 F.3d at 1378.

139.     Double patenting is a question of law for the Court. *Pfizer, Inc. v. Teva Pharms. USA, Inc*, 518 F.3d 1353, 1363 (Fed. Cir. 2008).

140.     "The purpose of [OTDP] is to prevent the extension of the term of a patent, even where an express statutory basis for the rejection is missing, by prohibiting the issuance of the claims in a second patent not patentably distinct from the claims of the first patent." *In re Longi*, 759 F.2d 887, 892 (Fed. Cir. 1985); *see Novartis AF v. Ezra Ventures*, F.3d 1367, 1372–73 (Fed. Cir. 2018); *Merck & Co., Inc. v. Hi-Tech Phamacal Co.*, 482 F.3d 1317, 1322–23 (Fed. Cir. 2007); *Allergan USA Inc. v. MSN Labs.*, 111 F.4th 1358, 1371 (Fed. Cir. 2024).

141.     The obviousness-type double patenting analysis involves two steps. *AbbVie Inc. v. Mathilda & Terence Kennedy Inst. of Rheumatology Trust*, 764 F.3d 1366, 1374 (Fed. Cir. 2014). "First, the court construes the claim[s] in the earlier patent and the claim[s] in the later patent and

CONFIDENTIAL

determines the differences. Second, the court determines whether those differences render the claims patentably distinct." *Sun Pharm. Indus., Ltd. v. Eli Lilly & Co.*, 611 F.3d 1381, 1385 (Fed. Cir. 2010) (citations and internal quotations omitted).

142.    "A later claim that is not patentably distinct from, i.e., is obvious over[ ] or anticipated by, an earlier claim is invalid for obviousness-type double patenting." *Sun Pharm.*, 611 F.3d at 1385 (alteration in original) (citation and internal quotations omitted) (affirming summary judgment of obviousness-type double patenting where the asserted claims of the later patent "simply claim the anticancer use disclosed in the specification of the [earlier] patent as a method of use claim"); *see, e.g., Eli Lilly & Co. v. Barr Lab'ys, Inc.*, 251 F.3d 955, 969 (Fed. Cir. 2001) (finding obviousness-type double patenting where a person of ordinary skill in the art would recognize that fluoxetine hydrochloride is an obvious, pharmaceutically acceptable salt of fluoxetine, as hydrochloride salts are common and well-known in the field).

143.    The doctrine of OTDP is available as a defense when the patents are commonly owned or share common inventors and is primarily intended "to prevent unjustified timewise extension of the right to exclude granted by a patent no matter how the extension is brought about." *In re Hubbell*, 709 F.3d 1140, 1145, 1447-48 (Fed. Cir. 2013) (quoting *In re Van Ornum*, 686 F.2d 937, 943 (C.C.P.A. 1982)); *see also Takeda Pharm Co. v. Doll*, 561 F.3d 1372, 1375 (Fed. Cir. 2009).

144.    A later-issued but earlier-expiring patent can serve as a double-patenting reference against an earlier-issued but later-expiring patent. *Gilead Scis., Inc. v. Natco Pharma Ltd.*, 753 F.3d 1208, 1212, 1214-17 (Fed. Cir. 2014) (finding earlier filed, earlier expiring, but later issued patent in separate family available as OTDP reference); *AbbVie*, 764 F.3d at 1373-74 ("[W]here, as here, the applicant chooses to file separate applications for overlapping subject matter and to

CONFIDENTIAL

claim different priority dates for the applicants, the separate patents will have different expiration

dates since the patent term is measured from the claimed priority date. When such situations arise,

the doctrine of obviousness-type double patenting ensures that a particular invention (and obvious

variants thereof) does not receive an undue patent term extension."); *Magna Elecs. Inc. v. TRW*

*Auto. Holdings Corp.*, No. 1:12-cv-654, 2015 WL 11430786, at *3 (W.D. Mich. Dec. 10, 2015);

*see also In re Basell Poliolefine Italia S.P.A.*, 547 F.3d 1371, 1378 (Fed. Cir. 2008) ("While . . . it

is impermissible to treat a 'patent disclosure as though it were prior art' in a double patenting

inquiry, . . . the disclosure may be used . . . to answer the question whether claims merely define

an obvious variation of what is earlier disclosed and claimed."). Further, when a patent expires

later than another patent due to the patent's term adjustment under 35 U.S.C. § 154(b), the "earlier-

expiring patent can qualify as an obviousness-type double patenting reference for [the] later-

expiring patent." *Magna Elecs.*, 2015 WL 11430786, at *3-4; *In re: Cellect, LLC*, 81 F.4th 1216,

1227 (Fed. Cir. 2023), *cert. denied sub nom. Cellect, LLC v. Vidal*, 145 S. Ct. 153 (2024) ("ODP

analysis must be performed on patents that have received PTA based on the expiration date

including PTA"). However, "a first-filed, first-issued, later-expiring claim cannot be invalidated

by a later-filed, later-issued, earlier-expiring reference claim having a common priority date."

*Allergan USA, Inc. v. MSN Lab'ys Priv. Ltd.*, 111 F.4th 1358, 1369 (Fed. Cir. 2024); *Acadia*

*Pharms. Inc. v. Aurobindo Pharma Ltd.*, No. 2024-1401, 2025 WL 1618201, at *1 (Fed. Cir. June

9, 2025) (applying Allergan's holding that "a first-filed, first-issued, later-expiring claim cannot

be invalidated by a later-filed, later-issued, earlier-expiring reference claim having a common

priority date.").

      145.   "There is no meaningful distinction between examining the disclosed utility of an

earlier patent to determine the overall question of obviousness and looking at the disclosed utility

of an earlier patent to determine whether the utility of the later patent was unexpected at the time of the earlier patent." *Abbvie*, 764 F.3d at 1381 (holding that a later expiring patent that claimed to treat a subset of patients with more severe rheumatoid arthritis was an obvious variant of a patent that claims treatment of rheumatoid arthritis patients generally); *Prometheus Labs., Inc. v. Roxane Labs. Inc.*, 805 F.3d 1092, 1098-99 (Fed. Cir. 2015) (holding that it would have been obvious to treat women suffering from irritable bowel syndrome based on prior art disclosing that a majority of irritable bowel syndrome patients were women who would respond to the drug claimed); *In re Simmons*, 312 F.2d 821, 824 (C.C.P.A. 1963) (affirming rejection of claim on the basis of obviousness-type double patenting where the element cited as an improvement was only an obvious modification over the prior art and thus did not serve to make the claim patentably distinct from the claims in the co-pending patent application); *In re Purdy*, 393 F.2d 1010, 1012 (C.C.P.A. 1968) ("It is well established that in a double patenting situation, prior art may be considered in order to determine whether the application claims a mere obvious variation of the patented invention").

146.    Charts comparing the asserted claims with the reference claims can provide strong evidence of OTDP. *See e.g., Geneva Pharms.*, 349 F.3d at 1382-83; *Georgia-Pacific Corp. v. U.S. Gypsum Co.*, 195 F.3d 1322, 1326 (Fed. Cir. 1999) ("These two claims are very similar . . . which is clear from this comparison of the language of the claims[.]").

147.    Nonstatutory double patenting does not "require[] inquiry into objective criteria suggesting non-obviousness." *Geneva Pharms.*, 349 F.3d at 1377 n.1.

148.    A challenged patent claiming a "solid pharmaceutically acceptable salt" and a reference patent claiming a method of using this salt in humans present "no distinguishing

## CONFIDENTIAL

differences." *Geneva Pharms., Inc. v. GlaxoSmithKline PLC*, 2002 WL 34166829 at *3-4 (E.D.

Va. Apr. 22, 2002), *aff'd*, 349 F.3d 1373 (Fed. Cir. 2003).

149.    The third sentence of 35 U.S.C. § 121 "provides a safe harbor to patents that issue

on applications filed as a result of a restriction requirement." *Pfizer, Inc. v. Teva Pharms. USA,

Inc.*, 518 F.3d 1353, 1359 (Fed. Cir. 2008).

> A patent issuing on an application with respect to which a requirement for
> restriction under this section has been made, or on an application filed as a result
> of such a requirement, shall not be used as a reference either in the Patent and
> Trademark Office or in the courts against a divisional application or against the
> original application or any patent issued on either of them, if the divisional
> application is filed before the issuance of the patent on the other application.

35 U.S.C. § 121. However, the Federal Circuit has held that "the protection afforded by section

121 to applications (or patents issued therefrom) filed as a result of a restriction requirement is

limited to divisional applications." *Pfizer*, 518 F.3d at 1360-2 ("The safe harbor, by its literal terms,

protects only 'divisional application[s]' (or the original application) and patents issued on such

applications."); *Amgen Inc. v. F. Hoffman-La Roche Ltd*, 580 F.3d 1340, 1352 (Fed. Cir. 2009)

(concluding that because the patents-at-issue "were filed as continuation —rather than divisional

—applications, . . . , [they] do not receive the benefit of § 121"); *G.D. Searle LLC v. Lupin Pharms.,

Inc.*, 790 F.3d 1349, 1356 (Fed. Cir. 2015) ("When separate restriction requirements are imposed

on separate applications and the record does not show that any of the various restriction

requirements carried forward from one application to the next, the earlier restriction requirement

cannot be viewed as having continued in effect to the later-filed application.").

### 7.    Improper Inventorship

150.    35 U.S.C. § 102(f) requires that the correct inventorship of a claimed invention be

named in the patent application (and any subsequently issued patent). *In re VerHoef*, 888 F.3d

1362, 1365 (Fed. Cir. 2018); *Pannu v. Iolab Corp.*, 155 F.3d 1344, 1349-50 (Fed. Cir. 1998); *see*

CONFIDENTIAL

*also* 35 U.S.C. § 101 (requiring that whoever invents or discovers is the party who may obtain a patent for the particular invention or discovery). Accordingly, "[a] patent is invalid if more or less than the true inventors are named." *Trovan Ltd. v. Sokymat SA, Irori*, 299 F.3d 1292, 1301 (Fed. Cir. 2002) (citing *Jamesbury Corp. v. United States*, 518 F.2d 1384, 1395 (1975) (inclusion of more or less than the true inventors rendered a patent void and invalid)). "Because a patent is presumed valid under 35 U.S.C. § 282, there follows a presumption that the named inventors on a patent are the true and only inventors." *Gemstar-TV Guide Int'l, Inc. v. Int'l Trade Comm'n*, 383 F.3d 1352, 1381 (Fed. Cir. 2004).

151.    "Inventorship is a question of law based on underlying facts." *Blue Gentian, LLC v. Tristar Prods., Inc.*, 70 F.4th 1351, 1358 (Fed. Cir. 2023) (citing *In re VerHoef*, 888 F.3d at 1365). "The determination of whether a person is a joint inventor is fact specific, and no bright-line standard will suffice in every case." *Id.* (quoting *Fina Oil & Chem. Co. v. Ewen*, 123 F.3d 1466, 1473 (Fed. Cir. 1997); *see also In re Jolley*, 308 F.3d 1317, 1323 (Fed. Cir. 2002) ("[T]he conception inquiry is fact-intensive . . . ."). "The burden of showing misjoinder or nonjoinder of inventors is a heavy one and must be proved by clear and convincing evidence." *Garrett Corp. v. United States*, 422 F.2d 874, 880 (Ct. Cl. 1970).

152.    "When two or more persons jointly invent, they must jointly apply for a patent." *Gemstar-TV*, 282 F.3d at 1381; 35 U.S.C. § 116. Further, "[b]ecause conception is the touchstone of inventorship, each 'joint inventor must contribute in some significant manner to the conception of the invention.'" *Gemstar-TV*, 282 F.3d at 1381 (quoting *Fina Oil*, 123 F.3d at 1473).

153.    "Because co-inventors need not contribute to the subject matter of every claim of the patent, inventorship is determined on a claim-by-claim basis." *Gemstar-TV*, 282 F.3d at 1381. This "first requires the construction of each disputed claim to determine the subject matter

54

CONFIDENTIAL

encompassed thereby." *Id.* at 1381-82. "The second step is a comparison of the alleged contributions of each asserted co-inventor with the subject matter of the correctly construed claim to determine whether the correct inventors were named." *Id.* at 1382.

154.    For example, in *Belcher Pharmaceuticals, LLC v. Hospira, Inc.*, the court concluded that where an inventor's only contribution to the patent was "the idea for the pH limitation," the patent was invalid. *Belcher Pharms., LLC v. Hospira, Inc.*, 450 F. Supp. 3d 512, 546 (D. Del. 2020), *aff'd*, 11 F.4th 1345 (Fed. Cir. 2021); *see also Hess v. Advanced Cardiovascular Sys., Inc.*, 106 F.3d 976, 980–81 (Fed. Cir. 1997) (applying "clear and convincing evidence" standard to inventorship claims and finding plaintiff who offered suggestions to named inventors was not an inventor); *Solomon v. Kimberly-Clark Corp.*, 216 F.3d 1372, 1381 (Fed. Cir. 2000) (concluding that "an inventor's statements made during the course of litigation might in some circumstances justify a court in concluding that the named inventor 'did not himself invent the subject matter sought to be patented.'").

## II.    DELISTING

### A.    Issues

155.    Whether Novitium is entitled to a judgment that use code U-1102 for a "method of treating cataplexy in patients with narcolepsy" is improperly listed in FDA's Orange Book with respect to the '947 patent and ordering its removal, pursuant to U.S.C. § 355(j)(5)(C)(ii) and 21 C.F.R. § 314.53(f)(2)(i).

### B.    Applicable Law

156.    A drug manufacturer seeking FDA approval of a new drug must submit a New Drug Application ("NDA") listing the drug's components and proposing labeling to describe the uses for which the drug may be marketed. *See* 21 U.S.C. §§ 355(b)(1), (d). NDA applicants shall

identify to FDA all patents that cover the new drug or a use thereof. 21 U.S.C. §§355(b)(1)(A)(viii), (c)(2); 21 C.F.R. § 314.53(b)(1).

157.    Where an applicant identifies a patent as claiming a method of use for which the NDA is approved, the applicant shall provide a "use code," which is a "description of [any] patented method of use as required for publication, which must contain adequate information to assist 505(b)(2) and ANDA applicants in determining whether a listed method-of-use patent claims a use for which the 505(b)(2) or ANDA applicant is not seeking approval." 21 C.F.R. §314.53(c)(2)(ii)(P)(3). The applicant makes these disclosures for each identified patent by submitting a Form 3542 or Form 3542a to FDA. 21 C.F.R. § 314.53(c)(2)(i)-(ii).

158.    "FDA does not attempt to verify the accuracy of the use codes that brand manufacturers supply. It simply publishes the codes, along with the corresponding patent numbers and expiration dates" in a volume called the "Orange Book." *Caraco Pharm. Lab'ys, Ltd. v. Novo Nordisk A/S*, 566 U.S. 399, 405-06 (2012); *see also* 68 F.R. 36678 at 36683 ("Courts have upheld [FDA's] determination that [its] role with respect to patent listing is ministerial.").

159.    An ANDA applicant can file a "PIV certification" asserting that the proposed drug product will not infringe any Orange Book-listed patents, or that those patents are invalid. 21 U.S.C. § 355(j)(2)(A)(vii)(IV). But the Hatch-Waxman Act also provides that "for a method of use patent which does not claim a use for which the [ANDA] applicant is seeking approval under this subsection," the ANDA filer should instead submit "a statement that the method of use patent does not claim such a use." 21 U.S.C. § 355(j)(2)(A)(viii); 21 C.F.R. § 314.94(a)(12)(iii). This is called a "section viii statement."

160.    Submitting a section viii statement "carves out" uses from a proposed drug product label that may infringe an Orange Book-listed method of use patent, and allows FDA to approve

## CONFIDENTIAL

an ANDA for a "subset of approved uses—i.e., those not covered by the brand's patents." *Caraco*,

566 U.S. at 406; *see also H. Lundbeck A/S v. Lupin Ltd.*, 87 F.4th 1361, 1372 (Fed. Cir. 2023)

("[A] central purpose of the Hatch-Waxman Act is to allow, through the section viii carve out

process, the sale of drugs for unpatented uses even though those sales result in some infringing

uses.").

161.    Where a patentee asserts an Orange Book-listed patent against a generic applicant,

the generic applicant "may assert a counterclaim seeking an order requiring the holder to correct

or delete the patent information submitted by the holder . . . on the ground that the patent does not

claim . . . an approved method of using the drug." 21 U.S.C. § 355(j)(5)(C)(ii)(I); *see also* 21

U.S.C. § 355(c)(3)(D)(ii); 21 C.F.R. § 314.53(f)(2)(i).

162.    A court can order an improperly listed patent removed from the Orange Book. *See,

e.g.*, *Avanir Pharm. v. Actavis S. Atl. LLC*, No. 11-0704 (D. Del. 2014), ECF No. 518 at 2 (issuing

injection under 21 U.S.C. § 355(j)(5)(C)(ii)(I)(aa) requiring patentee to delete patent information

from Orange Book because patent did not claim "the drug for which the application was

approved").

163.    A counterclaim under 21 U.S.C. § 355(j)(5)(C)(ii)(I) must be proven by a

preponderance of the evidence. *See id*. ("WHEREAS the Court issued an Opinion and Ordering

finding that Nuedexta® does not meet the 'therapeutically effective' limitation of the '115 patent

. . . IT IS HEREBY ORDERED that Plaintiffs are directed by mandatory injunction under 21

U.S.C. § 355(j)(5)(C)(ii)(I)(aa) to correct within twenty (20) days from the date of this Order and

Judgment its improper listing of the '115 patent" (cleaned up)); *Avanir Pharms., Inc. v. Actavis S.

Atl. LLC*, 36 F. Supp. 3d 475, 496 (D. Del. 2014), *aff'd sub nom. Avanir Pharms. Inc. v. Par

Pharm. Inc.*, 612 F. App'x 613 (Fed. Cir. 2015) ("[T]he Court concludes that Avanir has failed to

CONFIDENTIAL

prove by a *preponderance of the evidence* that Nuedexta® satisfies the "therapeutically effective" limitation of independent Claim 18 of the '115 patent." (emphasis added)).

164.    Rather than order the delisting of an entire patent, a court can also order the "correction" of a use code where a patent does not claim an approved method of using the drug. *Caraco*, 566 U.S. at 425–26 ("The text and context of the [Hatch-Waxman Act] demonstrate that a generic company can employ the counterclaim to challenge a brand's overbroad use code. We accordingly hold that Caraco may bring a counterclaim seeking to 'correct' Novo's use code 'on the ground that' the '358 patent 'does not claim . . . an approved method of using the drug'— indeed, [it] does not claim two.")

165.    Where any party disputes the accuracy or relevance of patent information (e.g., a use code) in the Orange Book, that party can initiate a dispute through FDA. *See* 21 C.F.R. § 314.53(f). When the dispute relates to a method-of-use claim, "FDA will send the [party's] statement of dispute to the NDA holder[,]" who must then either confirm the correctness of the use code or withdraw or amend the use code. 21 C.F.R. § 314.53(f)(i)(B). If the NDA holder confirms the correctness of the use code, FDA will not change the use code. 21 C.F.R. § 314.53(f)(i)(B)(1).

## III.    INFRINGEMENT

### A.    Issues[2]

#### 1.    AET

166.    Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that AET's submission of ANDA No. 218892 to obtain approval to engage in the

---

[2] Defendants understand that Plaintiffs are not alleging infringement under the doctrine of equivalents. Further, despite including Paragraph 22 in Plaintiffs' Statement of Contested Issues of Law that Remain to be Litigated (Dec. 11, 2025) and Paragraphs 6, 10, 12, 17, 19, 23, and 25 in the Brief Statement of What Plaintiffs Intend to Prove (Dec. 3, 2025), Defendants understand

CONFIDENTIAL

commercial manufacture, use, offer to sell, and/or sale of AET's proposed ANDA Products prior to the expiration of U.S. Patent Nos. 8,207,197 ("the '197 patent") constitutes an act of infringement of claims 1 or 2 of the '197 patent.

Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that AET's importation, offer to sell, sale, and/or use of AET's ANDA Products would infringe claims 1 and 2 of the '197 patent.

### 2.    Hikma

167.    Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that Hikma's submission of ANDA No. 218796 to obtain approval to engage in the commercial manufacture, use, offer to sell, and/or sale of Hikma's proposed ANDA Products prior to the expiration of U.S. Patent Nos. 8,207,197 ("the '197 patent") and 8,486,947 ("the '947 patent"), constitutes an act of infringement of claims 1 or 2 of the '197 patent or claim 13 of the '947 patent.

168.    Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that Hikma's importation, offer to sell, sale, and/or use of Hikma's ANDA Products would infringe claims 1 and 2 of the '197 patent.

169.    Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that Hikma will actively induce physicians, medical practitioners, other medical professionals, and/or patients in the United States to infringe claim 13 of the '947 patent.

### 3.    MSN

170.    Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that MSN's submission of ANDA No. 218873 to FDA seeking approval to

---

that Plaintiffs are not alleging contributory infringement under 35 U.S.C. § 271(c).

CONFIDENTIAL

manufacture, distribute, market and sell a generic pitolisant tablet ("MSN's ANDA Products") in the United States prior to the expiration of the '197 patent and the '947 patent, constitutes an act of literal infringement of claims 1 or 2 of the '197 patent or claim 13 of the '947 patent.

171.    Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that MSN's importation, offer to sell, sale, and/or use of MSN's ANDA Products would literally infringe claims 1 and 2 of the '197 patent.

Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that MSN will actively induce physicians, medical practitioners, other medical professionals, and/or patients in the United States to literally infringe claim 13 of the '947 patent.

### 4.    Novitium

172.    Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that Novitium's submission of ANDA No. 218495 ("Novitium's ANDA") to obtain approval to engage in the commercial manufacture, use, offer to sell, and/or sale of Novitium's proposed ANDA Products prior to the expiration of the '197 patent and the '947 patent constitutes an act of infringement of claims 1 or 2 of the '197 patent or claim 13 of the '947 patent.

173.    Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that Novitium's importation, offer to sell, sale, and/or use of Novitium's ANDA Products would infringe claims 1 and 2 of the '197 patent.

174.    Whether Plaintiffs have failed to carry their burden of proving by a preponderance of the evidence that Novitium will actively induce physicians, medical practitioners, other medical professionals, and/or patients in the United States to infringe claim 13 of the '947 patent.

CONFIDENTIAL

## B.    Applicable Law

### 1.    Plaintiffs Bear the Burden of Proving Infringement

175.    "The patent owner has the burden of proving infringement and must meet its burden by a preponderance of the evidence." *Takeda Pharm. Co. v. Teva Pharm. USA, Inc.*, 668 F. Supp. 2d 614, 619 (D. Del. 2009), *aff'd*, 363 F. App'x 34 (Fed. Cir. 2010); *see also Vanda Pharm. Inc. v. W.-Ward Pharm. Int'l Ltd.*, 887 F.3d 1117, 1125 (Fed. Cir. 2018) ("The patentee bears the burden of proving infringement by a preponderance of the evidence."); *Dynacore Holdings Corp. V. U.S. Philips Corp.*, 363 F.3d 1263, 1277 (Fed. Cir. 2004) ("Absent direct infringement of the claims of a patent, there can be neither contributory infringement nor inducement of infringement." (quoting *Met-Coil Sys. Corp v. Korners Unlimited, Inc.*, 803 F.2d 684, 687 (Fed. Cir. 1986))). This burden never shifts to the Defendant. *Tech. Licensing Corp. v. Videotek, Inc.*, 545 F.3d 1316, 1327 (Fed. Cir. 2008) (noting that the "burden to prove infringement" never shifts from the plaintiffs and that "the risk of decisional uncertainty stays on the proponent of the proposition").

176.    "If the patentee fails to meet that burden, the patentee loses regardless of whether the accused comes forward with any evidence to the contrary." *Creative Compounds, LLC v. Starmark Labs.*, 651 F.3d 1303, 1314 (Fed. Cir. 2011) (quotation omitted). This is because it is "improper[] [to] shift the burden of proving noninfringement to [the defendant]." *Amgen Inc. v. Hospira, Inc.*, 336 F. Supp. 3d 333, 361 (D. Del. 2018). "Speculative data . . . cannot sustain [patentee's] burden of proof." *Brigham & Women's Hosp., Inc. v. Perrigo Co.*, 761 F. App'x 995, 1003-04 (Fed. Cir. 2019). "While . . . theoretical possibilities cannot be entirely ruled out, the more pertinent evidence is the actual testing conducted . . . ." *Lundbeck v. Lupin Ltd.*, No. CV 18-88-LPS, 2021 WL 4944963, at *99 (D. Del. Sept. 30, 2021), *aff'd in part sub nom. H. Lundbeck A/S v. Lupin Ltd.*, 87 F.4th 1361 (Fed. Cir. 2023) (rejecting plaintiffs' argument that an accused ANDA product's proposed label theoretically allowed up to 6% water content through absorption); *see*

CONFIDENTIAL

*also Astellas US LLC v. Hospira, Inc.*, No. CV 18-1675-CFC, 2022 WL 1591277, at *28 (D. Del.

May 19, 2022), *aff'd*, No. 2022-1878, 2022 WL 17998229 (Fed. Cir. Dec. 30, 2022).

177.    Under 35 U.S.C. § 271(e)(2)(A), it shall be an act of infringement to submit an

application under Section 505(j) of the Federal Food, Drug, and Cosmetic Act for a drug claimed

in a patent or the use of which is claimed in a patent, if the purpose of such submission is to obtain

approval to engage in the manufacture, use, or sale of the drug before the expiration of such patent.

This "artificial" act of infringement creates jurisdiction to enable resolution of infringement

disputes before the applicant has "actually made or marketed the proposed product." *Warner-*

*Lambert Co. v. Apotex Corp.*, 316 F.3d 1348, 1365 (Fed. Cir. 2003).

178.    "Once jurisdiction is established, however, the substantive determination whether

actual infringement or inducement will take place is determined by traditional patent infringement

analysis, just the same as it is in other infringement suits, including those in a non-ANDA context,

the only difference being that the inquiries now are hypothetical because the allegedly infringing

product has not yet been marketed." *Id.* "The infringement case is therefore limited to an analysis

of whether what the generic drug maker is requesting authorization for in the ANDA would be an

act of infringement if performed." *Id.* at 1364–65.

> **2.    A Proper Analysis Compares the Accused Product to the Claims
> Rather Than to Plaintiffs' Product**

179.    Determining infringement is a two-step process. *Warner-Lambert Co. v. Teva*

*Pharms. USA, Inc.*, 418 F.3d 1326, 1341 n.15, 1342 (Fed. Cir. 2005). First, the court construes the

claims as a matter of law. *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 979 (Fed. Cir.

1995) (en banc), *aff'd*, 517 U.S. 370 (1996). Second, the properly construed claims must be

compared to the accused product or process. *See Warner-Lambert Co.*, 418 F.3d at 1340.

180.    "Infringement, literal or by equivalence, is determined by comparing an accused product not with a preferred embodiment described in the specification, or with a commercialized embodiment of the patentee, but with the properly and previously construed claims in suit." *SRI Int'l. v. Matsushita Elec. Corp. of Am.*, 775 F.2d 1107, 1121 (Fed. Cir. 1985) (en banc).

181.    As a general rule, "[i]t is error for the court to compare in its infringement analysis the accused product or process with the patentee's commercial embodiment or other version of the product or process; the only proper comparison is with the claims of the patent." *Recro Gainesville LLC v. Actavis Lab. FL, Inc.*, No. CV 14-1118-GMS, 2017 WL 1064883, at *11 n.3 (D. Del. Feb. 24, 2017) (quoting *Zenith Labs., Inc. v. Bristol-Myers Squibb Co.*, 19 F.3d 1418, 1423 (Fed. Cir. 1994)); *AquaTex Indus., Inc. v. Techniche Sols.*, 479 F.3d 1320, 1328 (Fed. Cir. 2007) (holding that infringement inquiry "leaves no room for consideration of the patentee's product"); *Johnson & Johnston Assocs. Inc. v. R.E. Serv. Co.*, 285 F.3d 1046, 1052 (Fed. Cir. 2002) (en banc) ("[T]he law of infringement compares the accused product with the claims as construed by the court. . . . [and not] 'with a commercialized embodiment of the patentee.'") (quoting *SRI*, 775 F.2d at 1121).

182.    It is a "well-established rule that subject matter disclosed but not claimed in a patent application is dedicated to the public." *Maxwell v. J. Baker, Inc.*, 86 F.3d 1098, 1106 (Fed. Cir. 1996). The Federal Circuit has "frequently applied this rule to prohibit a finding of literal infringement when an accused infringer practices disclosed but unclaimed subject matter." *Id.* at 1107.

### 3.    Plaintiffs Must Prove That the Accused Product Is Representative of What Will Be Sold

183.    In the context of an allegation of infringement under 35 U.S.C. § 271(e)(2), which is premised on an artificial act of infringement (i.e., the filing of the ANDA), the infringement inquiry is hypothetical and requires the court to compare the claims with the product described in

CONFIDENTIAL

the ANDA. *Bayer AG v. Elan Pharm. Rsch. Corp.*, 212 F.3d 1241, 1248-49 (Fed. Cir. 2000). However, a patentee cannot rely solely on the filing of an ANDA under § 271(e)(2)(A) to establish infringement: "[T]he patentee's burden of proving ultimate infringement is not met by the filing of the ANDA." *Glaxo Inc. v. Novopharm, Ltd.*, 110 F.3d 1562, 1570 (Fed. Cir. 1997). The burden of proof does not shift to the ANDA filer merely by the filing of the ANDA. *Id.* ("The relevant inquiry is whether the patentee has proven by a preponderance of the evidence that the alleged infringer will likely market an infringing product."); *see also Eli Lilly & Co. v. Actavis Elizabeth LLC*, No. 07-cv-3770 (DCM), 2009 WL 1444606, at *3 (D.N.J. May 21, 2009).

184.   To determine infringement under § 271(e)(2), courts must determine whether the probable ANDA product would infringe once it is made, used, or sold. 35 U.S.C. § 271(a) ("whoever without authority makes, uses, offers to sell, or sells any patented invention within the United States, or imports into the United States any patented invention during the term of the patent therefor, infringes the patent."); *Par Pharm., Inc. v. Eagle Pharms., Inc.*, 44 F.4th 1379, 1383 (Fed. Cir. 2022) (citing *Glaxo, Inc. v. Novopharm, Ltd.*, 110 F.3d 1562, 1569 (Fed. Cir. 1997)); *Exela Pharma Scis., LLC v. Eton Pharms., Inc.*, No. 20-cv-365 (MN), 2022 WL 806524, at *3 (D. Del. Feb. 8, 2022) ("[T]he ANDA specification controls the infringement analysis when it speaks to a claim limitation."); *Medicis Pharm. Corp. v. Actavis Mid Atl. LLC*, 282 F.R.D. 395, 397 (D. Del. 2012) (infringement "analysis must be grounded in the particular context of the patent-in-suit and the ANDA product"). "Because drug manufacturers are bound by strict statutory provisions to sell only those products that comport with the ANDA, if the ANDA defines a proposed generic drug in a manner that directly addresses the issue of infringement, it controls the infringement inquiry." *Id.* (cleaned up) (citing *Abbott Labs. v. TorPharm, Inc.*, 300 F.3d 1367, 1373 (Fed. Cir. 2002)); *see also Ferring B.V. v. Watson Labs., Inc.-Fla.*, 764 F.3d 1401, 1409–10 (Fed. Cir. 2014); *In re*

*Brimonidine Pat. Litig.*, 643 F.3d 1366, 1377 (Fed. Cir. 2011), *as corrected* (Aug. 8, 2011) ("[A]n ANDA specification defining a proposed generic drug in a manner that directly addresses the issue of infringement will control the infringement inquiry.") (quoting *Abbott Laboratories v. TorPharm, Inc.*, 300 F.3d 1367, 1373 (Fed.Cir.2002))). "This principle that an ANDA filer is bound by the representations and specifications in its ANDA is central to the infringement inquiry. And if an ANDA specification describes a product that either necessarily infringes an asserted patent or necessarily does not infringe the patent, the specification dictates the outcome of the infringement analysis." *Par Pharm., Inc. v. Eagle Pharms. Inc.*, No. CV 18-0823-CFC-JLH, 2021 WL 3886418, at *8 (D. Del. Aug. 31, 2021), *aff'd*, 44 F.4th 1379 (Fed. Cir. 2022).

185.    For example, a development batch "is not representative of [an] ANDA Product that [the ANDA holder] seeks FDA permission to sell." *Lundbeck v. Lupin Ltd.*, C.A. No. 18-88-LPS, 2021 WL 4944963, *29 (D. Del. Sept. 30, 2021); *see also Bayer*, 212 F.3d at 1249 ("[T]he focus of the infringement inquiry under 35 U.S.C. § 271(e)(2)(A) is on the product that will be sold after the FDA's approval of the ANDA, not on the biobatch that is produced to facilitate FDA approval.") (internal citation omitted).

186.    Where *an* ANDA applicant has amended its ANDA in a non-infringing manner, the amended ANDA "is properly considered for the purposes of § 271(e)(2) infringement." *Ferring B.V. v. Watson Labs., Inc.-Fla.*, 764 F.3d 1382, 1390-91 (Fed. Cir. 2014) (explaining that "an amended ANDA that addresses the issue of infringement and precludes such infringement is generally dispositive"). Likewise, an amended ANDA controls the infringement inquiry should FDA approve the application, "given the restrictions that [the ANDA filer] has placed on the amendment and the FDA's own governing statute" requiring compliance with the amended ANDA. *Id.* (holding that the amended ANDA "shows that [the ANDA filer] is not permitted to

sell an infringing product"); *Bayer*, 212 F.3d at 1249-50 (holding that Elan's ANDA amendment describes "the only drug Elan can produce upon approval of the ANDA at issue").

187.    Similarly, products or samples that do not comport with the ANDA cannot serve as a basis for finding infringement. *Alcon Rsch. Ltd. v. Barr Labs. Inc*., 745 F.3d 1180, 1187 (Fed. Cir. 2014) (holding that testing on formulations that "were meaningfully different from the product described in Barr's ANDA" had "no bearing on whether Barr's proposed generic product infringed"); *Lundbeck*, 2021 WL 4944963, at *95 (finding "Plaintiffs' evidence involved testing that occurred under conditions – in terms of variables such as time, temperature, and pressure – that are unrealistic and/or that are well outside of what will be permitted with proper handling of the ANDA Products"); *Merck Sharp & Dohme Corp. v. Amneal Pharms. LLC*, 881 F.3d 1376, 1385 (Fed. Cir. 2018) ("The critical inquiry [in an 35 U.S.C. § 271(e)(2) infringement case] is whether [produced samples are] representative of what is likely to be approved and marketed"); *Ferring*, 764 F.3d at 1409 ("The infringement evaluation is concerned only with the final, [] commercial [product] for which [the ANDA filer] sought and was granted FDA approval to market as a generic version"); *Doorking, Inc. v. Sentex Sys., Inc.*, 19 F. App'x 872, 878 (Fed. Cir. 2001) ("[A]n accused device does not infringe if it does not infringe in its normal configuration, even if it may be altered into an infringing configuration under unusual circumstances.").

188.

### 4.    Claim Construction

189.    When parties do not seek construction of a claim term, courts give those terms their plain and ordinary meaning to a person of ordinary skill in the art at the time of the invention. *Belden Techs. Inc. v. Superior Essex Commc'ns LP*, 733 F. Supp. 2d 517, 545 (D. Del. 2010); *see also IBSA Institut Biochimique, S.A. v. Teva Pharms. USA, Inc*., No. 1:18-CV-00555-RGA, 2019 WL 3936656, at *9 (D. Del. Aug. 20, 2019), *aff'd*, 966 F.3d 1374 (Fed. Cir. 2020) ("As neither

CONFIDENTIAL

Party proposes a construction for this term, I will construe it as having its plain and ordinary meaning."); *Swarm Tech. LLC v. Amazon.com, Inc*., No. 2023-2323, 2025 WL 1793698, at *4 (Fed. Cir. June 30, 2025) ("Neither party asked the Board to construe the claim term 'search,' and the Board did not explicitly do so; nor do we see anything in the Board's understanding of the term that causes us to believe its view of the term was materially different than Swarm's proposed plain and ordinary meaning. Swarm's claim construction contention, then, lacks merit."); *Ferring Pharms. Inc. v. PAR Pharm., Inc.*, Case No. 1:15-cv-00173-RGA, 2016 WL 6471246, at *1 (D. Del. Oct. 28, 2016) ("parties may introduce evidence as to the plain and ordinary meaning of terms not construed by the Court to one skilled in the art, so long as the evidence does not amount to arguing claim construction").

190. Construction of a patent term "is a matter of law exclusively for the court." *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 970–71 (Fed. Cir. 1995), aff'd, 517 U.S. 370 (1996).

191. "We indulge a heavy presumption that the claim terms carry their ordinary and customary meaning." *W.E. Hall Co. v. Atlanta Corrugating, LLC*, 370 F.3d 1343, 1350 (Fed. Cir. 2004).

192. "To properly construe a claim term, a court first considers the intrinsic evidence, starting with the language of the claims. Generally[,] claim terms should be construed consistently with their ordinary and customary meanings, as determined by those of ordinary skill in the art." *Merck & Co. v. Teva Pharms. USA, Inc.*, 395 F.3d 1364, 1369–70 (Fed. Cir. 2005).

193. Where the intrinsic evidence does not define a term in a way that departs from its plain and ordinary meaning, a POSA need not go beyond the claims to understand the meaning of the term. *See Prima Tek II, L.L.C. v. Polypap, S.A.R.L.*, 318 F.3d 1143, 1148 (Fed. Cir. 2003)

CONFIDENTIAL

(noting that "heavy presumption in favor of the ordinary meaning of claim language" applies unless the patentee has clearly set forth an alternate definition or "the term chosen by the patentee so deprives the claim of clarity that there is no means by which the scope of the claim may be ascertained from the language used.").

194.    The words of a claim are generally given their ordinary meaning as understood by a person of ordinary skill in the art ("POSA"). *Phillips v. AWH Corp.*, 415 F.3d 1303, 1313 (Fed. Cir. 2005) (en banc).

195.    There are only two exceptions to this general rule: (1) when a patentee sets out a definition and acts as his or her own lexicographer, or (2) when the patentee disavows the full scope of a claim term either in the specification or during prosecution. *Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1580 (Fed. Cir. 1996).

196.    The standards for finding lexicography are "exacting." *GE Lighting Sols., LLC v. AgiLight, Inc.*, 750 F.3d 1304, 1309 (Fed. Cir. 2014).

197.    To act as its own lexicographer, a patentee must "clearly express an intent to redefine the term." *Thorner v. Sony Computer Ent. Am. LLC*, 669 F.3d 1362, 1365 (Fed. Cir. 2012) (internal quotation marks omitted); *see also Abbott Labs. v. Syntron Bioresearch, Inc.*, 334 F.3d 1343, 1354 (Fed.Cir.2003) (the definition or usage of a term that diverges from its ordinary or common meaning must be done "with reasonable clarity, deliberateness, and precision").

198.    "While clear indications in the intrinsic evidence communicating an intent to depart from an ordinary customary meaning will be respected, those that fall short must be disregarded." *W.E. Hall Co. v. Atlanta Corrugating, LLC*, 370 F.3d 1343, 1353 (Fed. Cir. 2004); *see also Golight, Inc. v. Wal-Mart Stores, Inc.*, 355 F.3d 1327, 1332 (Fed. Cir. 2004) ("Because the

CONFIDENTIAL

statements in the prosecution history are subject to multiple reasonable interpretations, they do not constitute a clear and unmistakable departure from the ordinary meaning of the term 'rotating.'").

199.    The lack of a "clear definitional statement" to define a term "indicat[es] that [the applicant] did not intend to redefine that term." *Atos, LLC v. Allstate Ins. Co.*, No. 2023-1621, 2025 WL 1482404, at *1 (Fed. Cir. May 23, 2025) ("[T]he specification's description of a movement vector is not definitional when considered with the remainder of the specification. When Atos wanted to define a term, it did so clearly and explicitly. However, Atos used no clear definitional statement for 'movement vector,' indicating that Atos did not intend to redefine that term."); *see also Thorner*, 669 F.3d at 1366 (discussing cases finding patentee acted as their own lexicographer by stating "'[m]ultiple embossed' means two or more embossing patterns . . ." or "[t]he solubilizers suitable according to the invention are defined below.") (emphasis in the original); *Abbott Labs. v. Andrx Pharms., Inc.*, 473 F.3d 1196, 1210 (Fed. Cir. 2007) (rejecting lexicography argument where patent "unambiguously provides definitions of other claim terms").

200.    A patentee "cannot cherry pick portions of the specification to support its argument that the [asserted] patent teaches a broadened definition of [a] Claim [term,] all while ignoring the actual wording of [the] Claim [] and the other and numerous portions of the specification that provide a clear contrary indication that better comports with the plain claim language." *Otsuka Pharm. Co. v. Torrent Pharms. Ltd.*, Inc., 99 F. Supp. 3d 461, 481 (D.N.J. 2015).

201.    Generally, a party "waive[s] any argument with respect to [a] term by failing to raise it during the claim construction phase." *Cent. Admixture Pharmacy Servs., Inc. v. Advanced Cardiac Sols., P.C.*, 482 F.3d 1347, 1356 (Fed. Cir. 2007).

202.    When a party declines to propose a claim construction for a term during the claim construction phase, it waives the right to argue for a construction other than the term's plain and

CONFIDENTIAL

ordinary meaning. *See, e.g., AgroFresh Inc. v. Essentiv LLC*, No. CV 16-662-MN-SRF, 2018 WL 5342449, at *3 (D. Del. Oct. 18, 2018) (holding that plaintiff "did not seek a construction of 'complex' in connection with the [asserted] patents and instead accepts the plain meaning of the term as used in the [asserted] patents."); *Reckitt Benckiser Pharmaceuticals Inc. v. Watson Laboratories, Inc.*, 2017 WL 3820943, at *2 (D. Del. 2017) *aff'd*, 930 F.3d 1325, 1340-41 (Fed. Cir. 2019) ("At no time prior to judgment did Watson request a different construction of 'dried.' By failing to raise this issue, Watson implicitly conceded that the term is to be accorded its plain and ordinary meaning."); *Apple, Inc. v. Samsung Elecs. Co.*, No. 12-CV-00630-LHK, 2014 WL 252045, at *14 (N.D. Cal. Jan. 21, 2014) ("The parties did not seek a construction of 'configured to synchronize structured data,' and therefore the plain and ordinary meaning applies."); *Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd.*, 340 F.Supp.3d 934, 957 (N.D. Cal. 2018) ("Huawei did not select 'determining' for claim construction, and the term will be given the full range of its plain and ordinary meaning."); *DNA Genotek Inc. v. Spectrum Sols. L.L.C.*, 671 F. Supp. 3d 1105, 1121, n. 4 (S.D. Cal. 2023), *aff'd sub nom. DNA Genotek Inc. v. Spectrum Sols. LLC*, No. 2023-2017, 2025 WL 502040 (Fed. Cir. Feb. 14, 2025) ("At claim construction, Genotek did not propose that the Court construe the term 'top.' As such, Genotek has waived any argument that the claim term 'top' means anything other than the plain and ordinary meaning of the word 'top[.]'").

203.    Where a patent discloses a condition with multiple symptoms but claims a method of treating just one symptom of the condition, it disavows coverage of methods of treating other symptoms of that condition. *See Envt'l Instruments, Inc. v. Sutron Corp.*, 877 F.2d 1561, 1563-64 (Fed. Cir. 1989) (finding no literal infringement, rejecting patentee's argument that district court should have found infringement based on asserted patent's "principal teachings," and noting that

CONFIDENTIAL

"[t]he disclosure of a patent is in the public domain save as the claims forbid. The claims alone delimit the right to exclude; only they may be infringed.").

204.    "[T]he prosecution history can often inform the meaning of the claim language by demonstrating how the inventor understood the invention and whether the inventor limited the invention in the course of prosecution, making the claim scope narrower than it would otherwise be." *Phillips*, 415 F.3d at 1317.

205.    A surrender of claim scope occurs where the patentee, during prosecution, "rejected [a] broad assessment of the claim scope and stated in a public record what its invention could not be." *Omega Eng'g, Inc. v. Raytek Corp.*, 334 F.3d 1314, 1327 (Fed. Cir. 2003) (finding disavowal based on applicant's repeated insistence of its invention as different from prior art); *Azurity Pharms., Inc. v. Alkem Laboratories Ltd.*, 133 F.4th 1359, 1366–67 (Fed. Cir. 2025) ("Here, Alkem amply met its burden by identifying Azurity's clear and unmistakable statements in the prosecution history . . . disclaiming the presence of any propylene glycol in the claimed invention . . . [A]t every opportunity, Azurity clearly and unmistakably distinguished its invention from Palepu by asserting that the claimed formulations did not contain propylene glycol."); *SpeedTrack, Inc. v. Amazon.com*, 998 F.3d 1373, 1379-80 (Fed. Cir. 2021) (finding claims to computer systems "exclude predefined field-and-value relationships" when "applicants repeatedly highlighted" such relationships "as a difference between" the prior art and claimed invention).

206.    Where a disclaimer or disavowal is found, the proper construction of the relevant claim terms should incorporate the surrender of claim scope. *See MBO Labs., Inc. v. Becton, Dickinson & Co.*, 474 F.3d 1323, 1330 (Fed. Cir. 2007) (finding prosecution arguments that distinguish the art to be "useful" because "they indicate in the inventor's own words what the invention is not"); *Tech. Props. Ltd. LLC v. Huawei Techs. Co.*, 849 F.3d 1349, 1359 (Fed. Cir.

CONFIDENTIAL

2017) ("We hold that the district court's narrowing construction based on [the prior art]—'whose frequency is not fixed by any external crystal'—properly encapsulates the patentee's disclaiming statements.").

207.    An applicant's arguments during prosecution can disavow claim scope. *See*, *e.g.*, *Hockerson-Halberstadt, Inc. v. Avia Grp. Int'l, Inc.*, 222 F.3d 951, 956 (Fed. Cir. 2000); *Spectrum Int'l, Inc. v. Sterilite Corp.*, 164 F.3d 1372, 1378 (noting that "explicit statements made by a patent applicant during prosecution to distinguish a claimed invention over prior art may serve to narrow the scope of a claim"). Where a patentee argues for a broad construction of a claim term, subsequently filed patent applications from the same inventor can demonstrate that the patentee intended the asserted claim to be narrower in scope. *See Kao Corp. v. Unilever U.S., Inc*., 441 F.3d 963, 973 n.5 (Fed. Cir. 2006) (affirming noninfringement judgment that use of accused product did not infringe method claim where claim was construed as covering only the acid form of the recited chemical and not the salt form, noting that "subsequent to filing the '382 Patent, Kao filed a separate application 'with claims specifically directed to salts of the copolymers claimed in the '382 patent.' If Kao had intended to claim salt forms of the copolymer in the '382 Patent, the subsequent patent application would have been superfluous.").

208.    Where an applicant makes arguments to overcome a restriction requirement, those arguments may disclaim or waive claim scope. *Uship Intell. Props., LLC v. United States*, 714 F.3d 1311, 1315-16 (Fed. Cir. 2013). In particular, where an applicant elects to pursue a narrower set of claims in response to a restriction requirement without objecting to the examiner's narrowing of claim scope, the applicant disavows coverage of non-elected claims. *See Focus Prods. Grp. Int'l, LLC v. Kartri Sales Co.*, No. 2023-1446, 2025 WL 2774853, *6-8 (Fed. Cir. Sept. 30, 2025).

CONFIDENTIAL

209.    The testimony of a named inventor or expert witness is minimally probative for purposes of claim construction, particularly when an inventor's testimony conflicts with the intrinsic evidence. *See Convolve, Inc. v. Compaq Computer Corp.*, 812 F.3d 1313, 1319 (Fed. Cir. 2016) (affirming summary judgment of no direct infringement where original claims were amended to include the term "user interface" and "[t]he only evidence that [certain] amendments were meant to encompass Seagate's product is a declaration by one of the inventors" because "[t]his post-hoc explanation is not enough to overcome the language of the claims and the disclosures in the specification."); *Phillips v. AWH Corp.*, 415 F.3d at 1318 ("extrinsic evidence in general as less reliable than the patent and its prosecution history in determining how to read claim terms"). *See also Markman*, 52 F.3d at 983 ("the testimony of Markman and his patent attorney on the proper construction of the claims [based on the text of the patent] is entitled to no deference.").

210.    A court may exclude expert testimony that attempts to construe a term not addressed during the claim construction phase outside the term's plain and ordinary meaning. *See Huawei*, 340 F.Supp.3d 934 at 949, 967 (excluding portions of an expert report and noting that "[a]s for whether claim construction arguments may provide a proper basis for striking or excluding an expert's opinion, it depends whether an expert witness has opined on a claim's scope beyond the plain and ordinary meaning of a term.").

211.    The term "further relates" can limit the scope of an alleged invention. *See DiStefano Patent Trust III, LLC v. LinkedIn Corp.*, 346 F. Supp. 3d 616, 624-26 (D. Del. 2018) (finding alleged invention was directed to abstract idea of reciprocal marketing relationships based in part on patent's statement that "[t]he present invention further relates to an internet-based system for assisting a website designer . . . in order to market the first website at the second website."); *Dekalb*

CONFIDENTIAL

*Genetics Corp. v. Syngenta Seeds, Inc.*, C.A. No. 4:06CV01191 ERW, 2007 WL 4564196, at *14-15 (E.D. Mo. Dec. 21, 2007) (finding that preferred embodiments and specification's statement that "the invention further relates to regenerated fertile mature maize plants obtained from transformed embryogenic tissue . . . and subsequent generations" defined the scope of disputed terms); *Aquatex Indus., Inc. v. Techniche Sols.*, C.A. No. 3:02–0914, 2006 WL 1006631, at *5-6 (M.D. Tenn. Apr. 13, 2006) (interpreting specification's disclosure that "this invention further relates to methods of using the fibrous combination and composite to heat or cool a human" as limiting the function of the composite material in a claimed method).

212.    The use of "wherein" in a claim can limit the scope of that claim. *See Allergan Sales, LLC v. Sandoz, Inc*., 935 F.3d 1370, 1376 (Fed. Cir. 2019) (holding that "wherein" clauses reciting minimum safety requirements were material to patentability and therefore limiting); *Bayer Pharma Aktiengesellschaft v. Mylan Pharms. Inc.*, No. 2023-2434, 2025 WL 2698408 (Fed. Cir. Sept. 23, 2025) (confirming that *Allergan* clauses "limited the open-ended universe of potential compositions . . . by specifying safety and efficacy benchmarks the composition must be meet.").

213.    A patentee's theory of infringement cannot rely on a claim interpretation that runs contrary to the specification's description of the alleged invention. *See Unique Concepts, Inc. v. Brown*, 939 F.2d 1558, 1562 (Fed. Cir. 1991) (rejecting patentee's claim interpretation under which assemblies having mitered corners fell within the literal scope of claims because "[i]t would run counter to [the Section 112] statutory provision [requiring that "an inventor particularly point out and distinctly claim the subject matter of his invention"] for an applicant for patent to expressly state throughout his specification and in his claims that his invention includes right angle corner border pieces and then be allowed to avoid that claim limitation . . . by pointing to one paragraph

74

CONFIDENTIAL

in his specification stating an alternative that lacks that limitation, and thus interpret the claim contrary to its plain meaning.").

214.    "To be limiting, a preamble must affect a manipulative difference in the claims, provide antecedent basis for a claim term, or breathe life into the claims." *Novartis Pharms. Corp. v. Accord Healthcare Inc.*, 387 F. Supp. 3d 429, 436 (D. Del. 2019). For example, "when the limitations in the body of a claim rely upon and derive antecedent basis from the preamble, then the preamble may act as a necessary component of the claimed invention." *Bicon, Inc. v. Straumann Co.*, 443 F.3d 945, 952 (Fed. Cir. 2006). As another example, where language in a preamble "informs the meaning" of what is recited in the body of the claims – such as by indicating that "they must possess features making them appropriate" for the use recited in the preamble – the preamble "does more than state an intended use" and is therefore limiting. *Impax Labs., Inc v. Lannett Holdings, Inc.*, No. 14-984-RGA, 2015 WL 7737309, *3 (D. Del. Dec. 1, 2015).

### 5.    Direct Infringement[3]

215.    "[D]irect infringement under § 271(a) of a process patent occurs only when a single party practices every step of the claimed process." *Syngenta Crop Protection, LLC v. Willowood, LLC*, 944 F.3d 1344, 1360 (Fed. Cir. 2019); *see also Int'l Business Machines Corp. v. Booking Holdings Inc.*, 775 Fed. App'x 674, 677 (Fed. Cir. 2019) ("Direct infringement requires that all the steps of a claimed method be performed by or attributable to a single entity.") (quotation omitted)). In other words, a "claim is directly infringed only by one practicing the [whole] patented [process]." *Joy Techs., Inc. v. Flakt, Inc.*, 6 F.3d 770, 775 (Fed. Cir. 1993).

---

[3] Although this section cites case law related to direct infringement, Plaintiffs have alleged no facts and cited no evidence to support a theory that Defendants will directly infringe, literally or under the doctrine of equivalents, claim 13 of the '947 patent.

CONFIDENTIAL

216.    "Infringement . . . is a question of fact." *Azurity Pharms., Inc. v. Alkem Lab'ys Ltd.*, 133 F.4th 1359, 1363 (Fed. Cir. 2025) (citation omitted) (affirming finding of non-infringement).

217.    "Literal infringement occurs when each element of at least one claim of the patent is found in the alleged infringer's product." *Alza*, 607 F. Supp. 2d at 623; *see also DeMarini Sports, Inc. v. Worth, Inc.*, 239 F.3d 1314, 1331 (Fed. Cir. 2001).

218.    "If, however, even one claim limitation is missing or not met, there is no literal infringement." *MicroStrategy Inc. v. Bus. Objects, S.A.*, 429 F.3d 1344, 1352 (Fed. Cir. 2005); *see also Bayer*, 212 F.3d at 1247 (Fed. Cir. 2000) ("If any claim limitation is absent from the accused device, there is no literal infringement as a matter of law."); *Glaxo Inc. v. Novopharm, Ltd.*, 110 F.3d 1562, 1566 (Fed. Cir. 1997) ("It is elementary patent law that all limitations are material," and plaintiffs are "required to establish the presence of each limitation of the asserted claims."). Similarly, if there is any deviation from any claim limitation, there can be no literal infringement as a matter of law. *See, e.g.*, *DeMarini Sports*, 239 F.3d at 1331; *Wavetronix*, 573 F.3d at 1359.

219.    "Direct infringement requires a party to perform each and every step or element of a claimed method or product." *Forest Labs. Holdings Ltd. v. Mylan Inc.*, 206 F. Supp. 3d 957, 973 (D. Del. 2016) (quoting *Exergen Corp. v. Wal-Mart Stores, Inc.*, 575 F.3d 1312, 1320 (Fed. Cir. 2009)). "To prove infringement, the patentee must show that the accused device meets each claim limitation, either literally or under the doctrine of equivalents." *Deering Precision Instruments, L.L.C. v. Vector Distribution Sys., Inc.*, 347 F.3d 1314, 1324 (Fed. Cir. 2003).

220.    "[B]ioequivalency and equivalent infringement are different inquiries." *Abbott Lab'ys. v. Sandoz, Inc.*, 566 F.3d 1282, 1298 (Fed. Cir. 2009). "[W]hile potentially relevant, the bioequivalency of an accused product with a product produced from the patent at issue is not sufficient to establish infringement by equivalents." *Id.* "Bioequivalency is a regulatory and

CONFIDENTIAL

medical concern aimed at establishing that two compounds are effectively the same for pharmaceutical purposes. *Id.* "If bioequivalency meant per se infringement, no alternative to a patented medicine could ever be offered to the public during the life of a patent." (quoting *Abbot Lab'ys v. Sandoz, Inc.*, 486 F. Supp. 2d 767, 776 (N.D. Ill. 2007)).

### 6.    Induced Infringement

221.    In addition to direct infringement, a patentee may show that an accused infringer is liable for indirect infringement. One form of indirect infringement is induced infringement.

222.    "Whoever actively induces infringement of a patent shall be liable as an infringer." 35 U.S.C. § 271(b). "In order to prevail on an inducement claim, the patentee must establish first that there has been direct infringement, and second that the alleged infringer knowingly induced infringement and possessed specific intent to encourage another's infringement." *ACCO Brands, Inc. v. ABA Locks Mfrs. Co.*, 501 F.3d 1307, 1312 (Fed. Cir. 2007) (internal quotation marks omitted).

223.    "[I]nducement requires evidence of culpable conduct, directed to encouraging another's infringement, not merely that the inducer had knowledge of the direct infringer's activities." *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1306 (Fed. Cir. 2006). "[S]pecific intent may be inferred from circumstantial evidence where a defendant has both knowledge of the patent and specific intent to cause the acts constituting infringement." *Ricoh Co. v. Quanta Comput. Inc.*, 550 F.3d 1325, 1342 (Fed. Cir. 2008). "[L]iability for induced infringement can only attach if the defendant knew of the patent and knew as well that 'the induced acts constitute patent infringement.'" *Commil USA, LLC v. Cisco Sys., Inc.*, 135 S. Ct. 1920, 1926 (2015) (quoting *Global-Tech Appliances, Inc. v. SEB S.A.*, 131 S. Ct. 2060, 2068 (2011)).

224.    "It is well-established that a finding of direct infringement is a prerequisite to a finding of inducement." *Meyer Intellectual Properties Ltd. v. Bodum, Inc.*, 690 F.3d 1354, 1366

CONFIDENTIAL

(Fed. Cir. 2012). Under 35 U.S.C. § 271(a), direct infringement of a method claim requires all claim steps to be performed by or attributable to a single actor. *Limelight Networks, Inc. v. Akamai Techs., Inc.*, 572 U.S. 915, 915 (2014). There is no direct infringement by a pharmaceutical company without evidence that it "has directly practiced or will ever practice" the patented method. *See Warner-Lambert*, 316 F.3d at 1363.

225.    Because a pharmaceutical company is neither a physician nor a patient, and cannot treat, diagnose, prescribe or administer drugs, it cannot directly infringe a method of treatment claim. *Warner-Lambert*, 316 F.3d at 1363 n.7 ("That [there was no evidence of direct infringement of method-of-treatment claim by generic manufacturer] is hardly surprising—pharmaceutical companies do not generally treat diseases; rather they sell drugs to wholesalers or pharmacists, who in turn sell the drugs to patients possessing prescriptions from physicians. . . In none of these cases, however, does the company itself treat the disease.") (emphasis omitted). Accordingly, where a patentee has merely alleged that the use of an ANDA product by physicians, prescribers, and/or patients will directly infringe, the ANDA applicant is entitled to a judgment of no direct infringement. *See, e.g., Novo Nordisk, Inc. v. Mylan Pharms. Inc.*, No. CV 23-101-CFC, 2025 WL 2051441, at *2 (D. Del. July 22, 2025); *Takeda Pharms. U.S.A., Inc. v. W.-Ward Pharm. Corp.*, 785 F.3d 625, 631 (Fed. Cir. 2015).

226.    For Hatch-Waxman cases, "[t]he pertinent question is whether the proposed label instructs users to perform the patented method." *AstraZeneca LP v. Apotex, Inc.*, 633 F.3d 1042, 1060 (Fed. Cir. 2010).

227.    "The label must encourage, recommend, or promote infringement." *Takeda*, 785 F.3d at 631. "Labels that merely describe the infringing use will not suffice." *Metacel Pharmaceuticals LLC v. Rubicon Research Private Ltd.*, 2025 WL 1178384, at *3-4 (Fed. Cir.

2025) (cleaned up) (holding that asserted claims directed to treatment method requiring storage "at from about 2 to about 8° C" where proposed label instructed that the solution should be stored at 20° to 25°C but also noted that "[i]t can also be stored at 2°C to 8°C").

228.    In addition, the patentee must establish that the "alleged infringer knowingly induced infringement and possessed specific intent to encourage another's infringement" through its actions. *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1306 (Fed. Cir. 2006). In other words, "an inducement claim requires a showing that when the induced infringer *did the act that caused direct infringement* to occur, the induced infringer *actually knew* that that direct infringement was happening—*and specifically intended* that it happen." *Midwest Energy Emissions Corp. v. Vistra Energy Corp.*, C.A. No. 19-1334-RGA-CJB, 2020 WL 3316056 (D. Del. June 18, 2020) (emphasis added).

229.    The inducement rule [ ] premises liability on purposeful, culpable expression and conduct." *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913, 937 (2005).

230.    **Knowledge.** Induced infringement requires not only that the defendant know of the asserted patent, but also "that the alleged infringer knowingly induced infringement." *MEMC Elec. Materials, Inc. v. Mitsubishi Materials Silicon Corp.*, 420 F.3d 1369, 1378 (Fed. Cir. 2005). Thus, "[k]nowledge of a risk that the acts might constitute infringement is not enough; the inducer must know that the acts constitute infringement." *Mikkelsen Graphic Engineering Inc. v. Zund Am. Inc.*, 2011 WL 6122377, *7 (E.D. Wis. Dec. 8, 2011). In other words, "mere knowledge of possible infringement by others is insufficient to prove induced infringement." *Warner-Lambert Co.*, 316 F.3d at 1364); *Vita-Mix Corp. v. Basic Holding, Inc.*, 581 F.3d 1317, 1328 (Fed. Cir. 2009).

231.    Instead, a plaintiff must provide sufficient evidence to demonstrate that a defendant had "actual knowledge of the patent-in-suit and infringement thereof." *E.g.*, *Radware, Ltd. v. A10*

CONFIDENTIAL

*Networks, Inc.*, 2013 WL 5373305, *3 (N.D. Cal. 2013) ("the court is not persuaded that direct competition, even in this relatively small field, is enough to allege actual knowledge of the patent-in-suit and infringement thereof."); *EON Corp. IP Holdings LLC v. FLO TV Inc.*, 802 F.Supp.2d 527, 533-34 (D. Del. 2011) (granting a motion to dismiss a claim for induced infringement where the plaintiff alleged that the defendant knew of the patent based on licensing agreements to other patents that merely cited the patent-in-suit as prior art).

232.    Additionally, "the complaint itself cannot be the source of knowledge required to sustain claims of induced infringement." *Zapfraud, Inc. v. Barracuda Networks,* 528 F. Supp. 3d 247, 251 (D. Del. 2021). This is because "the purpose of a complaint is to obtain relief from an existing claim and not to create a claim." *Id.*; *see also Dynamic Data Techs., LLC v. Brightcove Inc.*, C.A. No. 19-1190-CFC, 2020 WL 4192613, at *3 (D. Del. July 21, 2020) (dismissing induced infringement claims where the plaintiff had alleged that the defendant became "aware that its accused products allegedly infringe as of the filing of the Complaint").

233.    **Specific intent.** "This requirement of inducing acts is particularly important in the Hatch-Waxman Act context because the statute was designed to enable the sale of drugs for non-patented uses even though this would result in some off-label infringing uses." *Takeda*, 785 F.3d at 631-32 (citing *Caraco Pharm. Lab'ys, Ltd. v. Novo Nordisk A/S*, 566 U.S. 399, 414-15 (2012) ("Congress understood [that] a single drug may have multiple methods of use, only one or some of which a patent covers" and that the statute "contemplates that one patented use will not foreclose marketing a generic drug for other unpatented ones.")); *Warner-Lambert*, 316 F.3d at 1359 (the Hatch-Waxman Act was not intended "as a sword against any competitor's ANDA seeking approval to market an off-patent drug for an approved use not covered by the patent"). Here, "[t]he question is not . . . whether a user following the instructions may end up using the device in an

CONFIDENTIAL

infringing way. Rather, it is whether [the] instructions teach an infringing use of the device such that [the Court is] willing to infer from those instructions an affirmative intent to infringe the patent." *Vita-Mix Corp. v. Basic Holding, Inc.*, 581 F.3d 1317, 1329 n.2 (Fed. Cir. 2009); *see also Corcept Therapeutics, Inc. v. Teva Pharms. USA, Inc*., 709 F. Supp. 3d 138, 163 (D.N.J. 2023) ("Teva's label permits non-infringing options for coadministering the substances. Infringement thus cannot be assumed . . . For instance, as Corcept's own expert acknowledged, a physician could prescribe up to 600 mg of mifepristone to a patient who is already taking a strong CYP3A inhibitor and not infringe any of the asserted claims.").

234.    "The mere existence of direct infringement by physicians, while necessary to find liability for induced infringement, is not sufficient for inducement." *Takeda*, 785 F.3d at 631. Rather, "specific intent and action to induce infringement must be proven." *Id*.; *see also Amarin Pharma, Inc. v. Hikma Pharms. USA Inc.*, 449 F. Supp. 3d 967, 971 (D. Nev.), *aff'd*, 819 F. App'x 932 (Fed. Cir. 2020) ("The fact that some physicians will infringe when they read and follow the labels is necessary, but not sufficient to show inducement based on those labels."); *Depomed Pat. Litig.*, No. CV 13-4507 (CCC-MF), 2016 WL 7163647, at *61 (D.N.J. Sept. 30, 2016), *aff'd sub nom. Grunenthal GMBH v. Alkem Lab'ys Ltd.*, 919 F.3d 1333 (Fed. Cir. 2019) ("a 'permit[ted]' on-label use is not necessarily an encouraged use").

235.    To establish induced infringement, "the [alleged] inducer must have an affirmative intent to cause direct infringement." *DSU*, 471 F.3d at 1306. "[T]he intent requirement for inducement requires more than just intent to cause the acts that produce direct infringement." *Id.*; *see also Broadcom Corp. v. Qualcomm Inc.*, 543 F.3d 683 (Fed. Cir. 2008). Instead, "inducement requires evidence of culpable conduct, directed to encouraging another's infringement"—that is, "specific intent to encourage another's infringement." *DSU*, 471 F.3d at 1306; *see also Amarin*

CONFIDENTIAL

*Pharma, Inc. v. Hikma Pharms. USA Inc.*, 449 F. Supp. 3d 967, 971 (D. Nev.), *aff'd*, 819 F. App'x 932 (Fed. Cir. 2020) ("The fact that some physicians will infringe when they read and follow the labels is necessary, but not sufficient to show inducement based on those labels.").

236.    If a patentee cannot establish specific intent to induce a third party to engage in conduct known to infringe, the patentee cannot prove induced infringement. *See, e.g.*, *Cleveland Clinic Foundation v. True Health Diagnostics LLC*, 859 F.3d 1352, 1359, 1364 (Fed. Cir. 2017) (affirming district court's dismissal of induced infringement claims based on the fact that the plaintiff "did not allege facts sufficient to show the specific intent to induce a third party to infringe"); *Vita-Mix Corp. v. Basic Holding, Inc.*, 581 F.3d 1317, 1328 (Fed. Cir. 2009) (finding no infringement where the alleged infringer "knew of the patent" and "knew of its products' potentially infringing use," but "the record [was] devoid of actual evidence establishing specific intent to encourage" infringement); *Acorda Therapeutics Inc. v. Apotex Inc.,* Civil Action No. 07-4937 (GEB-MCA), 2011 U.S. Dist. LEXIS 102875, 2011 WL 4074116, at *19 (D.N.J. Sept. 6, 2011) (finding no induced infringement because Plaintiffs failed to demonstrate specific intent based on the defendant's product label and the court "[was] unwilling to infer intent based upon information that must be pieced together in a puzzle").

237.    While "intent can be shown by circumstantial evidence, [] the mere knowledge of possible infringement will not suffice." *Vita-Mix*, 581 F.3d at 1328 (finding no infringement where the alleged infringer "knew of the patent" and "knew of its products' potentially infringing use," but "the record [was] devoid of actual evidence establishing specific intent to encourage" infringement).

238.    Specific intent cannot be inferred merely based upon selling a product where that product has non-infringing uses. *See MGM Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913, 931

CONFIDENTIAL

(2005); *Takeda Pharms.*, 785 F.3d at 630 ("As the Supreme Court held in the analogous context of copyright infringement, there is no direct infringement 'when a defendant merely sells a commercial product suitable for some lawful uses.'") (*quoting MGM Studios Inc.*, 545 U.S. 913, 936); *Vita-Mix Corp.*, 581 F.3d at 1328-29 ("[W]here a product has a substantial non-infringing use, intent to induce infringement cannot be inferred even when the [alleged inducer] has actual knowledge that some users of its product may be infringing the patent."); *Warner-Lambert Co.*, 316 F.3d at 1365 (refusing to infer intent to induce infringement where the record contained evidence of non-infringing uses); *Acorda Therapeutics, Inc. v. Apotex*, No. 07-4937, 2011 WL 4074116, at *20 (D.N.J. Sept. 6, 2011), *aff'd* 476 F. App'x. 746 (Fed. Cir. 2012) ("[W]hile the information [on the label] might allow people to infringe, the ultimate question was not whether some physicians may infringe the patent. The question . . . is whether the Court, with its fact-finding capabilities, finds specific intent on the part of Apotex.").

239.    To assess inducement, courts consider how clinicians will interpret a proposed label when the drug is marketed – i.e., in the near future rather than at the priority date. *See Sanofi v. Watson Lab'ys Inc.*, 875 F.3d 636, 643 (Fed. Cir. 2017) (affirming inducement finding where the district court found "the inducing act *will be* the marketing by [ANDA applicants] of their generic dronedarone drugs with the label described") (emphasis added).

240.    Whether physicians will inevitably prescribe an ANDA product in an infringing manner is irrelevant to infringement, even where an ANDA applicant "expects, suspects, or hopes that physicians will inevitably do so." *Novo Nordisk*, 2025 WL 2051441 at *3. Instead, the dispositive question is whether a proposed label encourages physicians to prescribe the ANDA product in an infringing manner. *See id*.

83

CONFIDENTIAL

241.    Induced infringement can be found only when there is intent and clear instruction communicating express language of encouragement for another to infringe; merely permissive language directed to third parties is not enough. *See, e.g.*, *Shire LLC v. Amneal Pharma., LLC*, C.A. No. 11-3781, 2014 WL 2861430, *5 (D.N.J. June 23, 2014) (embracing principles of *MGM Studios Inc.* and finding no affirmative intent to induce infringement of claims requiring administration with food when label indicated that generic version "may be taken with or without food" (citations and quotations omitted)). "[P]ermission is different from encouragement," *id.*, and infringement can only be found when an accused infringer has taken active steps to direct infringement coupled with an affirmative intent that the product be used in an infringing manner. *See, e.g.*, *ePlus, Inc. v. Lawson Software, Inc.*, 789 F.3d 1349, 1360 (Fed. Cir. 2015) (*quoting MGM Studios Inc*, 545 U.S. 913, 936) (holding that mere sales did not induce infringement of a method patent because "induced infringement requires active steps to encourage direct infringement and an 'affirmative intent that the product be used to infringe'").

242.    Accordingly, the question is not whether an alleged infringer describes an infringing mode. *See Toshiba Corp. v. Imation Corp.*, 681 F.3d 1358, 1365 (Fed. Cir. 2012) (finding evidence of infringement because accused infringer went "beyond describing the infringing mode; they recommended that customers use the infringing mode."). Instead, the Court must determine "whether the 'instructions teach an infringing use of the device such that [the Court is] willing to infer from those instructions an affirmative intent to infringe the patent.'" *See Takeda Pharms.*, 785 F.3d at 631 (*quoting* Vita-Mix, 581 F.3d at 1329 n.2.) (emphasis omitted).

243.    A court, therefore, can find inducement only when a party does more than just describe an infringing use. *See id.* Instead, there must be evidence that the accused infringer either: (1) promoted the infringing use; (2) encouraged the infringing use; (3) recommended the infringing

CONFIDENTIAL

use; or (4) suggested that the infringing use "should" be performed. *See id.* In the Hatch-Waxman

context, the patentee must show by a preponderance of evidence that the labels of the accused

products "encourage, recommend, or promote infringement." *See id.*; *see also, e.g.*, *Grunenthal*

*GmbH v. Alkem Labs. Ltd.*, 919 F.3d 1333, 1339–40 (Fed. Cir. 2019) (affirming no inducement

where the label included but did "not specifically encourage" infringing application); *Takeda*

*Pharms. v. Westward Pharm. Corp.*, 2014 U.S. Dist. LEXIS 155981, at *13-14 (D. Del. Nov. 4,

2014) (finding no induced infringement where label's instruction to consult with healthcare

provider for acute gout flare would not necessarily lead to infringement of patents covering acute

gout flare treatment), *aff'd*, *Takeda Pharms.*, 785 F.3d 625; *United Therapeutics Corp. v. Sandoz,*

*Inc.*, 2014 U.S. Dist. LEXIS 121573, at *49 (D.N.J. Aug. 29, 2014) (finding no induced

infringement where label's warnings and references to clinical trials did not rise to level of

instruction to infringe); *Shire*, 2014 U.S. Dist. LEXIS 85369, at *13 (finding no induced

infringement where label's references to clinical study where rating scales were used did not

encourage infringing use of rating scales to measure diminishment of symptoms of ADHD);

*Acorda Therapeutics Inc. v. Apotex Inc.*, 2011 U.S. Dist. LEXIS 102875, at *55-56 (D.N.J. Sept.

6, 2011) (finding that patchwork of warnings and precautions in the label about switching from

capsules to tablets in the fed state were not explicit instructions to infringe patent covering using

multiparticulate tizanidine with food to reduce somnolence), *aff'd*, 476 Fed. App'x 746 (Fed. Cir.

2012).

  244. Further, circumstantial evidence alone cannot overcome an unambiguous label.

*Metacel Pharms. LLC v. Rubicon Rsch. Priv. Ltd.*, No. 2023-2386, 2025 WL 1178384, at *4 (Fed.

Cir. Apr. 23, 2025) ("Thus, where, as here, a label is unambiguous, circumstantial evidence cannot

override its plain language."); *Bayer Schering Pharma AG v. Lupin, Ltd.*, 676 F.3d 1316, 1324

CONFIDENTIAL

(Fed. Cir. 2012) (circumstantial evidence, including FDA materials, offered to show specific intent could not overcome the label's clear omission of any such instruction, precluding an inducement finding)").

245.    Where a generic applicant removes all references to an infringing use from the label, it indicates that the generic lacked the requisite intent to induce infringement. *In re Depomed*, 2016 WL 7163647, at *61 ("At the very least, the fact that Actavis has specifically carved out Indication 2 (and 'actively and voluntarily removed any reference to' DPN) is evidence that Actavis does not specifically intend to encourage the use of the product for the treatment of DPN."); *Otsuka Pharm.*, 99 F. Supp. 3d at 485 ("The fact that . . . Defendants actively and voluntarily removed any reference to the allegedly infringing indication, in turn, belies any suggestion that these Defendants acted with the specific intention to encourage infringement. Indeed, this affirmative action would seem to negate any reasonable inference of an active intent to induce infringement.").

246.    Specific intent to induce infringement of a method claim cannot be shown by relying on the branded drug's label. *Metacel*, 2025 WL 1178384, at *5 ("Metacel's expert testimony is also unpersuasive because it relies on downstream users turning to Metacel's own Ozobax label as evidence of Rubicon's specific intent to induce.").

247.    In Hatch-Waxman cases, "vague label language cannot be combined with speculation about how physicians may act to find inducement" because that "would seem to too easily transform that which we have held is 'legally irrelevant,'—mere knowledge of infringing uses—into induced infringement." *Takeda*, 785 F.3d at 632 (citation omitted). A proposed label therefore does not infringe where it would require a clinician to "look outside the label to understand the alleged implicit encouragement in the label[.]" *Id*. at 634.

248.    "[T]he possibility that some prescribers might undertake a 'scholarly scavenger hunt' is insufficient to show that Defendants, as manufacturers of generic drugs, are encouraging an infringing use." *Lundbeck*, 2021 WL 4944963 at *106 (rejecting theory of intent to induce infringement); *see also In re Depomed Pat. Litig.*, 2016 WL 7163647, at *66 (noting that courts have rejected the "scholarly scavenger hunt" theory of inducement and finding no inducement where proposed label described a study relating to a noninfringing use but and merely stated that the efficacy of the brand drug was investigated in five other studies, which a clinician would then have to pull and find that some addressed an infringing use).

249.    The inclusion in a proposed ANDA label of data related to a non-infringing use is insufficient to show induced infringement of a claimed method of use. *See Grunenthal GmbH v. Alkem Lab'ys Ltd.*, 919 F.3d 1333, 1339-40 (Fed. Cir. 2019) (affirming finding of no induced infringement where proposed label instructed on indication encompassing narrower patented method of use but did not disclose narrower use); *see also Zogenix, Inc. v. Apotex Inc.*, C.A. No. 21-1252-RGA, 2023 WL 5835828 (D. Del. Sept. 8, 2023) ("Even if the reference to AEDs in Study 2 is read to encompass a potentially infringing use of fenfluramine in combination with stiripentol, the label's inclusion of both infringing and non-infringing uses is not sufficient to 'specifically encourage' the use of the generic for the patented indication.").

250.    Where a proposed label cites a clinical study that included endpoints related to both patented and unpatented uses of a drug, active exclusion of data from endpoints related to the patented use is evidence of a lack of intent to induce infringement. *See Vanda Pharms., Inc. v. Teva Pharms. USA, Inc*., No. CV 18-651-CFC, 2022 WL 17593282, at *7 (D. Del. Dec. 13, 2022), *aff'd*, No. 2023-1247, 2023 WL 3335538 (Fed. Cir. May 10, 2023) (finding no inducement and noting that "I found credible Dr. Winkelman's testimony that if the intent of Defendants' labels

were to induce the treatment of Non-24 by entrainment, one would expect the clinical studies reported in Defendants' labels to include entrainment endpoints such as biomarkers for 'melatonin . . . or Cortisol or some hormone that could represent entrainment.'"). Put differently, the induced infringement analysis focuses on the content of the label itself rather than the content from cited studies that the ANDA applicant(s) excluded from the label. *Id*.

251.    An ANDA label's disclaimer that the proposed product is not labeled for certain uses because of the brand's marketing exclusivities, "is insufficient to encourage the use of [the proposed] product" in an infringing manner. *In re Depomed Pat. Litig.*, 2016 WL 7163647, at *66.

252.    Although "a high prevalence of non-infringing uses is not dispositive on the issue of inducement[,]" it is relevant to the induced infringement inquiry, "especially in an ANDA context[.]" *Genentech, Inc. v. Sandoz, Inc.*, 592 F. Supp. 3d 355, 367 (D. Del.), *aff'd*, 55 F.4th 1368 (Fed. Cir. 2022) (collecting cases and finding no induced infringement where Plaintiffs failed to prove that the proposed label recommended infringing acts).

253.    "[W]here a product has substantial noninfringing uses, intent to induce infringement cannot be inferred even when the [alleged inducer] has actual knowledge that some users of its product may be infringing the patent." *Warner-Lambert Co. b. Apotex Corp.*, 316 F.3d 1348, 1365 (Fed. Cir. 2003).

254.    "[S]ubstantial uses are not analyzed by reference to percentage thresholds. The substantiality question instead relies on a variety of factors. ... The jury could have reasonably concluded that 0.017% of sales—more than 10,000 honeycombs—constitute a substantial use." *Ingevity Corp. v. BASF Corp.*, No. CV 18-1391-RGA, 2024 WL 579667, at *5 (D. Del. Feb. 13, 2024); *Midwest Energy Emissions Corp. v. Arthur J. Gallagher & Co.*, No. CV 19-1334-CJB, 2023 WL 7411710, at *4 (D. Del. Nov. 3, 2023) (finding the substantial use issue was a question

for the jury with "at least 5%" use); *In re Depomed*, 2016 WL 7163647, at *69 (finding that a use pattern of a drug the plaintiffs' expert conceded would occur less than 5% of the time was a sufficiently substantial use to defeat a contributory infringement claim).

255.    The threshold for what constitutes a "substantial non-infringing use" is low, especially where the accused product is not patented. The Supreme Court has repeatedly refused to give "the patentee any right to control the distribution of unpatented articles unless they are '*unsuited* for any commercial non-infringing use'" or the item is "*uniquely suited* as a component of the patented invention." *Aro Mfg. Co.*, 377 U.S. at 441 (citations omitted) (emphasis added). A contrary rule would otherwise effectively allow patentees to use a method patent claiming only *one* use of an unpatented product to prohibit *all* uses of that product. *See id.* "[N]on-infringing uses are substantial when they are not unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental." *Vita-Mix Corp.*, 581 F.3d at 1327.

256.    Evidence of actual non-infringing uses is not required; "[the accused product] need merely be capable of substantial non-infringing uses*." Sony Corp. of Am. v. Universal City Studios, Inc.*, 464 U.S. 417, 442 (1984) (emphasis added).

257.    If a drug is indicated to treat only a specific patient population, FDA regulations require that Indication and Usage section of the drug label provide "a succinct description of the limitations of usefulness of the drug and any uncertainty about anticipated clinical benefits" in other patient populations. *See* 21 C.F.R. § 201.57(c)(2)(B); *see also Bayer v. Lupin*, 676 F.3d. 1316, 1322-23 (Fed. Cir. 2012) (discussing 21 C.F.R. § 201.57(c)(2)).

258.    Under FDA regulations, the use of a drug for other "indications or uses 'must not be implied or suggested in other sections of the labeling if not included in this section.'" *Bayer*, 676 F.3d at 1323 (*quoting* 21 C.F.R. § 201.57(c)(2)(iv). FDA prohibits ANDA applicants from

CONFIDENTIAL

including in their label any study that would imply or suggests a use that is not included in the "Indications and Usage" or "Dosage and Administration" sections. 21 C.F.R. § 201.57(c)(15)(i) ("Any clinical study that is discussed in prescription drug labeling . . . must not imply or suggest indications or uses or dosing regimens not stated in the 'Indications and Usage' or 'Dosage and Administration' section.").

259.    When an accused infringer's ANDA seeks approval to market the generic form of a branded drug solely for a non-patented use, the accused infringer cannot be held liable for induced infringement. *Bayer* 676 F.3d at 1326.

260.    **Active Steps.** Lastly, to establish inducement, "action to induce infringement must be proven." *Warner-Lambert*, 316 F.3d at 1364. In other words, "[t]o prove inducement, a plaintiff must present evidence of active steps taken to encourage direct infringement." *Ferring Pharms. Inc. v. Lupin Inc.*, C.A. No. 19-cv-913-RGA; 2020 WL 3414750, *3 (D. Del. June 22, 2020); *see also BTG Int'l Ltd. v. Amneal Pharms. LLC*, 352 F. Supp. 3d 352, 395 (D.N.J. 2018) ("[i]nducement can be established where there is evidence of active steps taken to encourage direct infringement") (quotations omitted).

261.    "[T]he plaintiff has the burden of showing that the alleged infringer's actions induced infringing acts." *DSU*, 471 F.3d at 1306 (internal quotation omitted); *see also Amgen, Inc. v. Elanex Pharms, Inc.*, 1996 WL 84590 (W.D. Wa. Feb. 6, 1996).

262.    In the ANDA context, Plaintiffs cannot rely on alleged acts done in preparation for filing an ANDA to prove intent, but rather must allege acts to be committed after the ANDA is approved. *Cephalon, Inc. v. Watson Pharm., Inc.*, 629 F. Supp. 2d 338, 350 (D. Del. 2009) (*citing Pfizer Inc. v. Ranbaxy Labs. Ltd.*, 321 F. Supp. 2d 612, 616 (D. Del. 2004), *Forest Labs., Inc. v. Ivax Pharms., Inc.*, 501 F.3d 1263, 1272 (Fed. Cir. 2007).

CONFIDENTIAL

263.    For Hatch-Waxman cases, "[t]he pertinent question is whether the proposed label instructs users to perform the patented method." *AstraZeneca LP v. Apotex, Inc.*, 633 F.3d 1042, 1060 (Fed. Cir. 2010). "The label must encourage, recommend, or promote infringement." *Takeda Pharms. U.S.A., Inc. v. West-Ward Pharm. Corp.*, 785 F.3d 625, 631 (Fed. Cir. 2015). "The mere existence of direct infringement by physicians, while necessary to find liability for induced infringement, is not sufficient for inducement." *Id.* Rather, "specific intent and action to induce infringement must be proven." *Id.* "This requirement of inducing acts is particularly important in the Hatch-Waxman Act context because the statute was designed to enable the sale of drugs for non-patented uses even though this would result in some off-label infringing uses." *Id.* at 631-32 (citing *Caraco Pharm. Lab'ys, Ltd. v. Novo Nordisk A/S*, 566 U.S. 399, 414 (2012) ("Congress understood [that] a single drug may have multiple methods of use, only one or some of which a patent covers" and that the statute "contemplates that one patented use will not foreclose marketing a generic drug for other unpatented ones.")); *Warner-Lambert*, 316 F.3d at 1359 (the Hatch-Waxman Act was not intended "as a sword against any competitor's ANDA seeking approval to market an off-patent drug for an approved use not covered by the patent"). Here, "[t]he question is not . . . whether a user following the instructions may end up using the device in an infringing way. Rather, it is whether [the] instructions teach an infringing use of the device such that [the Court is] willing to infer from those instructions an affirmative intent to infringe the patent." *Vita-Mix Corp. v. Basic Holding, Inc.*, 581 F.3d 1317, 1329 n.2 (Fed. Cir. 2009). If an approved label includes an indication with a broader scope than the asserted claim, then there is not infringement because the label specifically encourages non-patented uses. *Grunenthal GmbH v. Alkem Lab'ys Ltd.*, 919 F.3d 1333, 1339-40 (Fed. Cir. 2019) (holding that where a broad label indication does

CONFIDENTIAL

not induce infringement for a patent claim directed to a subset of that indication without further specific instructions or encouragement).

>7.    **Non-Infringement of Polymorph Patents**

>>a.    **To Prove Infringement, a Plaintiff Must Show the Presence of Each Claimed Peak**

264.    Literal infringement only occurs where "every limitation set forth in a claim" is "found in an accused product, exactly." *Southwall Techs., Inc. v. Cardinal JG Co*., 54 F.3d 1570, 1575 (Fed. Cir. 1995).

265.    For polymorph patents, each individual XRPD peak is a claim limitation. *See Zenith Labs. Inc. v. Bristol-Myers Squibb Co.*, 19 F.3d 1418, 1423–24 (Fed. Cir. 1994); *Lundbeck v. Lupin Ltd.,* No. CV 18-88-LPS, 2021 WL 4944963, at *94 (D. Del. Sept. 30, 2021), *aff'd in part sub nom. H. Lundbeck A/S v. Lupin Ltd.*, 87 F.4th 1361 (Fed. Cir. 2023) (treating each individual XRPD peak as a claim limitation); *Cephalon, Inc. v. Sun Pharm., Ltd.*, No. 11-5474(FLW), 2012 WL 12904999, at *10-11 (D.N.J. Dec. 20, 2012) (same); *Abbott Labs. v. Sandoz, Inc.*, 486 F. Supp. 2d 767, 775 (N.D. Ill. 2007) (same).

266.    To prove infringement of a patent that defines its claims by the presence of XRPD peaks, a plaintiff must show the presence of each claimed "*peak*." *See Zenith Labs. Inc. v. Bristol-Myers Squibb Co.*, 19 F.3d 1418, 1423–24 (Fed. Cir. 1994); *Cephalon, Inc. v. Sun Pharm., Ltd.*, No. 11-5474(FLW), 2012 WL 12904999, at *10-11 (D.N.J. Dec. 20, 2012); *Abbott Labs. v. Sandoz, Inc.*, 486 F. Supp. 2d 767, 775 (N.D. Ill. 2007) ("Only four of these seven peaks are within . . . Claim 1. On that basis alone, the plaintiffs' claim of literal infringement fails, because in order for there to be literal infringement, each and every limitation of the claim must be met."); *In re Sebela Pat. Litig.*, No. 14-6414 (CCC-MF), 2017 WL 3449054, at *14 (D.N.J. Aug. 11, 2017) (in

**CONFIDENTIAL**

the context of spectra peaks, stating "all of the listed peaks must be present in order to show infringement").

267.    "The Federal Circuit has rejected the notion that literal infringement [of a patent claim reciting multiple XRPD peaks] can be proved on the basis of a single 'diagnostic' peak." *Cephalon, Inc. v. Sun Pharms., Ltd.*, No. 11-5474(FLW), 2012 WL 12904999, at *10 (D.N.J. Dec. 20, 2012) (citing *Glaxo, Inc. v. Novopharm, Ltd.*, 110 F.3d 1562, 1566 (Fed. Cir. 1997)) ("It is elementary patent law that all limitations are material. The single-peak analysis was thus insufficient because . . . in order to prove infringement Glaxo was required to establish the presence of each limitation of the asserted claims.") (cleaned up); *see also Lundbeck v. Lupin Ltd.*, No. CV 18-88-LPS, 2021 WL 4944963, at *94 (D. Del. Sept. 30, 2021), *aff'd in part sub nom. H. Lundbeck A/S v. Lupin Ltd.*, 87 F.4th 1361 (Fed. Cir. 2023) ("[W]here the claims identify the particular crystalline form by the presence of multiple characteristic peaks, evidence of the presence of just a single (even discriminatory) peak is not sufficient to amount to proof by a preponderance of the evidence."); *Roche Palo Alto LLC v. Ranbaxy Laboratories Ltd.*, CV 06–2003, 2009 WL 3261252, at *37 (D.N.J. Sept. 30, 2009) (rejecting infringement theory premised on single XRPD "diagnostic" peak).

268.    Courts have recognized in evaluating infringement of polymorph patents that "a peak is either there or it is not there . . . . [T]he test either results in a peak, or it doesn't result in a peak . . . . [If] nothing shows up in the test, i.e., a peak in the case of XRPD, then the assumption is that it's not there." *Amgen, Inc. v. Sandoz Inc.*, No. CV1811026MASDEA, 2021 WL 5366800, at *35 (D.N.J. Sept. 20, 2021) (no infringement where diffractogram lacked required peaks) (citations omitted; cleaned up).

CONFIDENTIAL

269.    Courts have rejected the notion that a missing diffraction peak can be presumed to exist "below the limit of detection," particularly in the absence of any limit of detection analysis by the plaintiff. *See Amgen, Inc. v. Sandoz Inc.*, No. CV1811026MASDEA, 2021 WL 5366800, at *35 (D.N.J. Sept. 20, 2021) ("Dr. Myerson's assertion that the 20.7 peak is below the limit of detection is especially bald considering his failure to opine on what the limit of detection may have been for the 20.7 Form B peak in the context of Dr. Gozzo's experiments").

### b.    Peaks Possibly Attributable to More Than One Form Are Insufficient to Prove Infringement

270.    "[P]eaks possibly attributable to more than one form constitute insufficient evidence of infringement." *Cephalon, Inc. v. Sun Pharms., Ltd.*, No. 11-5474(FLW), 2012 WL 12904999, at *10 (D.N.J. Dec. 20, 2012) (citing *Roche Palo Alto LLC v. Ranbaxy Laboratories Ltd.*, CV 06–2003, 2009 WL 3261252, at *37 (D.N.J. Sept. 30, 2009)) ("the Court finds that the mere presence of a peak at 3.5° 2θ alone, as offered here, cannot sustain a finding of infringement because such a peak may be caused by either the crystalline forms X and Y or other possible semi-amorphous forms of valganciclovir HCl like Forms A and B."); *Amgen, Inc. v. Sandoz Inc.*, No. CV1811026MASDEA, 2021 WL 5366800, at *34 (D.N.J. Sept. 20, 2021) ("a diffractogram demonstrating the presence of both of these peaks [attributable to two different forms] does not prove by a preponderance of evidence the presence of Form B as opposed to Form A."); *Astellas US LLC v. Hospira, Inc.*, No. CV 18-1675-CFC, 2022 WL 1591277, at *21 (D. Del. May 19, 2022), *aff'd*, No. 2022-1878, 2022 WL 17998229 (Fed. Cir. Dec. 30, 2022) (plaintiffs failed to meet their burden of proof where "four known forms of regadenoson—Forms A, B, D, and E—have a peak within the margin of error of 5.6° 2-theta, and as yet undiscovered forms of regadenoson could also have a peak within the margin of error of 5.6° 2-theta").

CONFIDENTIAL

### c. Lack of Reproducibility and Speculative Conversion Theories Cannot Establish Infringement

271.    Non-reproducible results fail to establish infringement by a preponderance of the evidence. *See Lundbeck v. Lupin Ltd.*, No. CV 18-88-LPS, 2021 WL 4944963, at *100 (D. Del. Sept. 30, 2021), *aff'd in part sub nom. H. Lundbeck A/S v. Lupin Ltd.*, 87 F.4th 1361 (Fed. Cir. 2023) ("The Court agrees with Zydus that the single peak identified in the exhibit batch is not sufficient to prove the presence of the gamma form, especially because even that peak is not present in other exhibit batches."). "[A] scientist, looking for repetition and reproducibility, would not conclude from noise in a single diffractogram that [defendant]'s product contains crystalline material." *Id.*

### d. Where a Claim Recites a Specific Test, Other Tests Cannot Substitute for That Test in an Infringement Analysis

272.    Where a claim directed to a particular chemical compound recites criteria defined by specific XRPD peaks, infringement cannot be shown using other methods of analysis. *Zenith Laboratories, Inc. v. Bristol-Myers Squibb Co.*, 19 F.3d 1418 (Fed. Cir. 1994) (noting that, where asserted claim directed to crystalline compound required numerous, specific relative x-ray diffraction intensities, "two [other] kinds of tests [were] only inferentially relevant given that the claim [was] drafted in terms of x-ray diffraction lines. Thus [the other tests] *cannot substitute* for a proper comparison of those lines") (emphasis added); *see also AstraZeneca AB v. Mylan Lab'ys Ltd.*, No. CV 12-1378 (MLC), 2015 WL 13866396, *9 (D.N.J. Aug. 28, 2015) (finding no likelihood of success on patentee's infringement claim where accused infringer maintained that ANDA product was amorphous and patentee "conspicuously avoided subjecting any of the . . . product samples to [XRPD] testing, despite the fact that [the] asserted claims expressly invoke[d] that type of testing to describe the claimed compound."); *AstraZeneca AB v. Dr. Reddy's Lab'ys, Ltd.*, 603 F. Supp. 2d 596, 612 (S.D.N.Y. 2009), *aff'd*, 356 F. App'x 421 (Fed. Cir. 2009) (rejecting

CONFIDENTIAL

plaintiff's suggestion that methods other than x-ray diffraction be used to measure the accused products because the patentee "was the master of its own patent application, and the patents in suit *require* that the necessary degree of crystallinity be visible using x-ray powder diffraction"); *Exelixis, Inc., v. MSN Lab'ys Priv. Ltd.*, No. CV 19-2017-RGA-SRF, 2023 WL 315614, at *11 (D. Del. Jan. 19, 2023) (holding that patentee failed to show infringement of claim directed to crystalline form of compound where claim limitations required specific XRPD and/or $^{13}$C NMR test criteria and patentee performed neither on ANDA product); *Sun Pharma Glob. Fze v. Lupid Ltd.*, No. CV 18-2213 (FLW), 2021 WL 4473411, at *6 (D.N.J. Sept. 30, 2021), *vacated sub nom. Sun Pharm. Indus. Ltd. v. Lupin Ltd.*, No. 3:18-cv-02213-FLW-TJB, 2022 WL 18231917 (D.N.J. Feb. 8, 2022) ("[T]he [claimed method . . . is the only salient comparator [] determining infringement"); *Lundbeck v. Lupin Ltd.*, No. CV 18-88-LPS, 2021 WL 4944963, at *28 (D. Del. Sept. 30, 2021), *aff'd in part sub nom. H. Lundbeck A/S v. Lupin Ltd.*, 87 F.4th 1361 (Fed. Cir. 2023) ("[D]iffractograms prepared using slow-scan XRPD analysis is weak evidence of infringement because a POSA would understand that FIGS. 1-17 of the [patents] . . . were prepared using regular ('normal') scan XRPD.").

273. When a patent requires XRPD peaks but the patentee discloses no results of XRPD testing, courts have found it reasonable to infer that the patentee likely tested the accused product using XRPD and found no evidence of infringement. *See, e.g.*, *Lundbeck v. Lupin Ltd.*, No. CV 18-88-LPS, 2021 WL 4944963, at *96 (D. Del. Sept. 30, 2021), *aff'd in part sub nom. H. Lundbeck A/S v. Lupin Ltd.*, 87 F.4th 1361 (Fed. Cir. 2023) ("It is striking that Plaintiffs disclosed no [XRD] test results conducted by their experts (if any were) on Alembic's ANDA Product . . . it is reasonable to infer that Plaintiffs likely tested Alembic's product and found no evidence that it contains the beta form.").

274.    Where a claim requires peaks obtained through traditional XRPD testing, infringement cannot be shown by subjecting an ANDA product to a different form of XRPD testing. *Id*. at *28 (finding that "diffractograms prepared using slow-scan XRPD [were] weak evidence of infringement because the a POSA would understand that [the XRPD patterns recited in the relevant claims] were prepared using regular ("normal") scan XRPD" and noting admission of expert, Dr. Myerson, that the relevant patents "did not even mention slow-scan XRPD analysis.").

275.    Where a claim is directed to a substance characterized by specific XRPD peaks, peaks attributable to more than one substance are insufficient to show infringement. *See Roche Palo Alto LLC v. Ranbaxy Lab'ys Ltd*., No. CIVA 06-2003, 2009 WL 3261252, at *36-37 (D.N.J. Sept. 30, 2009) (finding no infringement of claims requiring crystalline form exhibiting specific XRPD peak where patentee "failed to prove that even though all of the materials in the sample are known, that no other component of the mixture exhibits a peak at that position.").

276.    "[W]here a patentee claims a compound by reference to a set of [XRPD] peaks, each of those peaks constitutes an independent and material claim limitation that all must be present to show infringement." *Curia IP Holdings, LLC v. Salix Pharms., Ltd.*, No. CV 21-19293 (ES) (JRA), 2024 WL 4039583, at *16 (D.N.J. Sept. 4, 2024) (discussing Federal Circuit precedent).

277.    A single XRPD peak can only define a particular crystalline polymorph where the contents of the sample are known and that peak is not attributable to any other substance. S*ee Roche Palo Alto*, 2009 WL 3261252 at *34-37 (finding patentee's studies showing single XRPD peak insufficient to show infringement because patentee "failed to prove that even though all of the materials in the sample are known, that no other component of the mixture exhibits a peak at

CONFIDENTIAL

that position"); *see also Cephalon, Inc. v. Sun Pharms., Ltd.*, No. 11-5474(FLW), 2012 WL 12904999, at *10 (D.N.J. Dec. 20, 2012) ("The Federal Circuit has rejected the notion that literal infringement can be proved on the basis of a single 'diagnostic' peak.") (citing *Glaxo, Inc. v. Novopharm, Ltd.*, 110 F.3d at 1566); *Lundbeck*, 2021 WL 4944963 at *94 (noting that "the Court was not persuaded by the testimony of Dr. Myerson, who cited no literature to support his opinion that use of a single peak is a scientifically valid method of identifying a particular crystalline form" and that a single peak can identify a particular crystalline form only where "the weight of the XRPD images does not rule out the likely presence of other characteristic peaks of that form"); *Astellas US LLC v. Hospira, Inc.*, No. CV 18-1675-CFC, 2022 WL 1591277, at *21, 27, 28 (D. Del. May 19, 2022), *aff'd*, No. 2022-1878, 2022 WL 17998229 (Fed. Cir. Dec. 30, 2022) (holding that Dr. Myerson's XRPD testing that yielded a single XRPD peak was insufficient to prove infringement of the relevant product where four known peaks existed within the margin of error of the single peak identified).

278.    Thus, a failure to show that an ANDA product contains all of the XRPD peaks recited by an asserted claim is a failure to show infringement. *See, e.g.*, *Cephalon, Inc. v. Sun Pharms., Ltd.*, No. 11-5474(FLW), 2012 WL 12904999, at *9 (D.N.J. Dec. 20, 2012) ("Cephalon has not demonstrated that the Sun API contains a form of tigabine HCl that exhibits all nine XRPD peaks claimed by the '951 patent, and therefore has not demonstrated a likelihood of success on its claim that the Sun Tablets infringe the '951 patent."); *Zenith*, 19 F.3d at 1424 (reversing finding of infringement where district court considered only 22 of 37 lines of XRPD relatives intensities recited in asserted claim); *Abbott Laboratories v. Sandoz, Inc.*, 486 F. Supp. 2d 767, 775 (N.D. Ill. 2007) ("Only four of these seven [XRPD] peaks are within . . . Claim 1. On that basis alone, the

CONFIDENTIAL

plaintiffs' claim of literal infringement fails, because in order for there to be literal infringement, each and every limitation of the claim must be met.").

279.    These principles apply in equal force to patents with claims reciting peaks derived from methods of analysis outside of XRPD. *See Glaxo*, 110 F.3d at 1566 ("[T]he evidence supports the district court's finding that the single [infrared spectroscopy] peak analyzed was not sufficient to substitute for the claimed 29–peak spectrum. It is elementary patent law that all limitations are material. The single-peak analysis was thus insufficient because, as the district court correctly noted, in order to prove infringement Glaxo was required to establish the presence of each limitation of the asserted claims.").

### e.    *Sunovion* Is Limited to Specific Circumstances

280.    In *Sunovion Pharmaceuticals, Inc. v. Teva Pharmaceuticals, Inc.*, 731 F.3d 1271 (Fed. Cir. 2013), the ANDA specified an infringing product. The *Sunovion* court concluded that a generic drug company could not then avoid infringement by certifying that it would not infringe, thereby overriding the language of its own ANDA. *Id.* However, "*Sunovion* only applies when 'an ANDA specification defines a compound such that it meets the limitations of an asserted claim.'" *Ferring B.V. v. Watson Lab'ys, Inc.-Fla.*, 764 F.3d 1382, 1387 (Fed. Cir. 2014).

281.    "When an ANDA is silent with respect to infringement, the correct analysis is under *Glaxo, Inc. v. Novopharm, Ltd.*, 110 F.3d 1562, 1570 (Fed. Cir. 1997), not *Sunovion*." *Ferring B.V. v. Watson Lab'ys, Inc.-Fla.*, 764 F.3d 1382, 1387 (Fed. Cir. 2014); *see also Sunovion*, 731 F.3d at 1279–80 ("In *Glaxo*, we likewise upheld a judgment of no literal infringement because the ANDA application specified only that the generic product would have one crystalline form with certain purity, but did not reveal whether a different crystalline form claimed by the asserted patents would be present at all." (citing *Glaxo*, 110 F.3d at 1569)).

CONFIDENTIAL

### 8. Testing of Expired Samples

282.    "[T]he ultimate infringement inquiry provoked by [the ANDA] filing is focused on comparison of the asserted patent claims against the product that is likely to be sold following ANDA approval and determined by traditional patent law principles." *Ferring*, 764 F.3d at 1408 (Fed. Cir. 2014) (citing, *inter alia*, *Warner-Lambert*, 316 F.3d at 1365).

283.    Product samples used to support an infringement argument must be representative of the final ANDA product. *Ferring*, 764 F.3d at 1408-09. Samples that are not representative of the final ANDA product cannot support a finding of infringement. *See id.* at 1408-11 (vacating finding of infringement that was based on uncoated cores composed of API and excipients because they were not representative of the coated tablets that would be marketed pursuant to the ANDA).

284.    In assessing infringement of a claims directed to a compound, the relevant question is whether the ANDA product contains the claimed compound during the ANDA product's shelf-life. *Merck Sharp & Dohme Corp. v. Teva Pharms. USA, Inc.*, 217 F. Supp. 3d 782, 790 (D. Del. 2016); *see also SmithKline Beecham Corp. v. Apotex Corp.*, No. 98 C 3852, 2002 WL 1613724, at *1 (N.D. Ill. July 17, 2002) (granting a motion in limine preventing plaintiffs from offering into evidence data obtained from expired samples, because "evidence derived from expired [samples] is not relevant to the question of what will be sold").

285.    Expired-sample testing does not reliably reflect the properties of an accused product within its approved shelf life. *See Merck Sharp & Dohme Corp. v. Teva Pharms. USA, Inc.*, 217 F. Supp. 3d 782, 792 (D. Del. 2016) (expired testing "only reveals" that the attribute arose at an unknown time after manufacture); *Apotex, Inc. v. Cephalon, Inc.*, 2012 WL 1080148, at *14 (E.D. Pa. Mar. 28, 2012), *aff'd*, 500 F. App'x 959 (Fed. Cir. 2013) (rejecting testing where the samples were not representative of the accused product); *SmithKline Beecham Corp. v. Apotex Corp.*, No. 98-C-3582, 2002 WL 1613724, at *2 (N.D. Ill. July 17, 2002) (excluding expired-tablet data);

100

CONFIDENTIAL

*Lundbeck v. Lupin Ltd.*, No. CV 18-88-LPS, 2021 WL 4944963, at *95 (D. Del. Sept. 30, 2021), *aff'd in part sub nom. H. Lundbeck A/S v. Lupin Ltd.*, 87 F.4th 1361 (Fed. Cir. 2023) (that "Plaintiffs then waited to ask their experts to test those samples until after they expired" undermined "the Court's confidence that the relativity paltry evidence of infringement . . . adds up to proof by a preponderance of the evidence.").

286.    A narrow exception exists where the proponent of expired-sample testing proves that the expired material remained stable and structurally representative of the ANDA product. Expired-sample testing is permissible only if supported by affirmative evidence of stability and representativeness, and without such a showing, expired samples carry no evidentiary weight in establishing infringement. *Lundbeck v. Lupin,* 2021 WL 4944963, at *95 (D. Del.), *aff'd sub nom*, *H. Lundbeck A/S v. Lupin Ltd.*, 87 F.4th 1361 (Fed. Cir. 2023); *Merck*, 217 F. Supp. 3d at 792; *Supernus Pharms., Inc. v. Twi Pharms., Inc.*, 265 F. Supp. 3d 490, 509 (D.N.J. 2017), *aff'd*, 747 F. App'x 852 (Fed. Cir. 2018). The court in *Supernus Pharmaceuticals*, admitted expired-sample testing because an expert credibly testified that there was no degradation or impurity that would affect the results. 265 F. Supp. 3d 490, 509 (D.N.J. 2017), *aff'd*, 747 F. App'x 852 (Fed. Cir. 2018).

287.    Where crystalline material is detected in expired samples, such detection, without more, is *uninformative* about whether crystalline material was present before expiry. *Merck*, 217 F. Supp. 3d at 792. A patentee alleging infringement based on crystalline material in expired samples must thus show that (1) the crystalline material was present before the samples expired, and (2) that the expired samples remain representative of the unexpired ANDA product. *See id.*; *Ferring*, 764 F.3d at 1408-09.

288.    To the extent a patentee asserts infringement based on crystalline polymorphs found in expired samples, it must adduce evidence as to when the crystals formed. *See Merck*, 217 F.

CONFIDENTIAL

Supp. at 797 ("Without testimony (or evidence) of when the MFM crystals formed in the expired products, the conclusory statements provided by Dr. Young do not establish infringement.").

289.    Tests performed on samples of an ANDA product stored under conditions other than those specified on the proposed label are weak evidence of infringement. *Lundbeck*, 2021 WL 4944963 at *93-99 (finding no infringement of patents directed to crystalline compounds in part because testing of samples outside of labelled storage conditions undermined patentee's argument that "Defendants' ANDA Products that are manufactured using amorphous API will, in time, convert to crystalline forms").

290.    Where an expert's mishandling of ANDA product samples results in their exposure to conditions outside those specified in the proposed label, it undermines the probative value of those samples. *Exelixis, Inc., v. MSN Lab'ys Priv. Limted*, No. CV 19-2017-RGA-SRF, 2023 WL 315614, at *12-14 (D. Del. Jan. 19, 2023) (finding no infringement of patent claiming crystalline form of compound with specific XRPD values and NMR peaks where expert handled samples in such a way that they were exposed to conditions outside of those prescribed by the ANDA and tested samples under accelerated conditions with elevated temperature and humidity); *see also Lundbeck*, 2021 WL 4944963 at *29–31.

### 9.    Active Pharmaceutical Ingredients

291.    "[L]ongstanding FDA regulations and guidance make clear that drugs can have the same active ingredients even if they have different solid-state physical forms or crystal structures." *Novartis Pharms. Corp. v. Kennedy*, No. 24-5235, 2025 WL 2737402, at *5 (D.C. Cir. Sept. 26, 2025). Thus, a generic drug can still be the "same" as a reference listed drug ("RLD") even where the generic's active pharmaceutical ingredient ("API") is a "complex" of and the RLD's API is not. *Id.* (affirming FDA's finding that an RLD and generic drug using a complex had the same active ingredient).

CONFIDENTIAL

292.    Moreover, a generic drug's use of a complex form not present in the RLD will not affect FDA approval where the RLD's structure has nothing to do with its chemical composition or its pharmacological effects, or where "there is no evidence 'demonstrating that the physical form of the active ingredients in [the RLD] is known to impact the safe and effective use of the drug.'" *Id*.

293.    As FDA guidelines note, "[t]he submission of a DMF is not required by law or FDA regulation." FDA, Guideline for Drug Master Files (DMF) (Sept. 1989); *see also* FDA, Draft Guidance, Drug Master Files Guidance for Industry (Oct. 2019) at 1.

## IV.    REMEDIES

### A.    Issues

294.    Whether Plaintiffs are entitled to injunctive relief preventing AET from the manufacture, use, import, sale, or offer for sale of AET's proposed ANDA Products until the expiration of the '197 patent.

295.    Whether Plaintiffs are entitled to injunctive relief preventing Hikma from the manufacture, use, import, sale, or offer for sale of Hikma's proposed ANDA Products until the expiration of the '197 and/or '947 patents.

296.    Whether Plaintiffs are entitled to injunctive relief preventing MSN from the manufacture, use, import, sale, or offer for sale of MSN's proposed ANDA Products until the expiration of the '197 and/or '947 patents.

297.    Whether Plaintiffs are entitled to injunctive relief preventing Novitium from the manufacture, use, import, sale, or offer for sale of Novitium's proposed ANDA Products until the expiration of the '197 and/or '947 patents.

298.    Whether this is an exceptional case under 35 U.S.C. § 285.

CONFIDENTIAL

## B.    Applicable Law

299.    Under 35 U.S.C. § 271(e)(4)(B), "injunctive relief may be granted against an infringer to prevent the commercial manufacture, use, offer to sell, or sale within the United States or importation into the United States of an approved drug, veterinary biological product, or biological product." *See also Voda v. Cordis Corp.*, 536 F.3d 1311, 1329 (Fed. Cir. 2008) (affirming the denial of a permanent injunction where generic drug manufacturer lost infringement decision).

300.    In order to establish that an injunction is warranted, a plaintiff must demonstrate: "(1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction." *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006); *Alcon, Inc. v. Teva Pharm. USA, Inc.*, Civ. No. 06-234-SLR, 2010 WL 3081327, at *2 (D. Del. Aug. 5, 2010) (denying request for permanent injunction).

301.    "The decision to grant or deny permanent injunctive relief is an act of equitable discretion by the district court . . . ." *eBay*, 547 U.S. at 391 (citing *Weinberger v. Romero–Barcelo*, 456 U.S. 305, 311-13 (1982)).

302.    A patentee's "statutory right to exclude alone [does not justify] [a] general rule in favor of permanent injunctive relief," and "injunctive relief 'may' issue only 'in accordance with the principles of equity.'" *eBay*, 547 U.S. at 392; *Alcon*, 2010 WL 3081327, at *2.

303.    In exceptional cases, a court may award reasonable attorneys' fees to the prevailing party. See 35 U.S.C. § 285.

CONFIDENTIAL

304. In deciding whether to award attorney fees under Section 285, the court must undertake a two-step inquiry. *Wedgetail, Ltd. v. Huddleston Deluxe, Inc.*, 576 F.3d 1302, 1304 (Fed. Cir. 2009).

305. First, the court must determine whether there is clear and convincing evidence that the case is exceptional. *Wedgetail*, 576 F.3d at 1304. In deciding whether a case is exceptional, the court must evaluate whether it "stands out from others with respect to the substantive strength of a party's litigating position (considering both the governing law and the facts of the case) or the unreasonable manner in which the case was litigated." *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545, 554 (2014). This determination is a "case-by-case exercise" to be made "considering the totality of the circumstances." *Id.*; *see also Chromadex, Inc. v. Elysium Health, Inc.*, 2024 WL 1255520 at *1–3 (D. Del. Mar. 25, 2024) (granting attorneys' fees under 35 U.S.C. § 285 where the plaintiff's patent infringement claims were "so feeble as to be exceptional."). *See Otsuka Pharm. Co. v. Sandoz, Inc.*, Civil Action No. 07-1000 (MLC), 2015 WL 5921035, at *8 (D.N.J. Oct. 9, 2015).

306. Second, the court must determine whether an award of attorneys' fees to the prevailing party is warranted. *Wedgetail*, 576 F.3d at 1304. Absent serious misconduct, courts have been reluctant to award fees to a prevailing party. *See Otsuka*, 2015 WL 5921035, at *6-7. Examples of such serious misconduct include misleading statements "coupled with affirmative, false declarations submitted to the PTO in order to procure patents," filing of frivolous lawsuits, and re-litigation of issues already decided by the court. *Intellect Wireless, Inc. v. Sharp Corp.*, 45 F. Supp. 3d 839, 853 (N. D. Ill. 2014) (granting competitors' request for attorneys' fees); *see also Chalumeau Power Sys. LLC v. Alcatel–Lucent*, Civil Action No. 11-1175-RGA, 2014 WL 4675002, at *3 (D. Del. Sept. 12, 2014) (granting defendants' motion for attorneys' fees and costs),

CONFIDENTIAL

*aff'd*, 611 F. App'x 1008 (Fed. Cir. 2015). Such conduct is akin to the "'pattern of deceit' recognized by the Federal Circuit" in determining whether a case is exceptional under Section 285. *Intellect Wireless*, 45 F. Supp. 3d at 853; *see also Wedgetail*, 576 F.3d at 1304; *see also Advanced Magnetic Closures, Inc. v. Rome Fastener Corp.*, No. 98 CIV. 7766 (PAC), 2008 WL 2787981, at *14 (S.D.N.Y. July 17, 2008), *aff'd in part, rev'd in part*, 607 F.3d 817 (Fed. Cir. 2010) (finding case exceptional where plaintiff "offered no expert testimony" comparing the asserted claims to the accused product).

# EXHIBIT 6A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES MANAGEMENT, INC., BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS, <div align="center">Plaintiffs,</div> v. LUPIN LIMITED, et al., <div align="center">Defendants.</div> | C.A. No. 23-1286 (JLH) **CONSOLIDATED** |

**PLAINTIFFS' WITNESS LIST**

Pursuant to Local Rule 16.3(c), Plaintiffs intend to call the following witnesses to testify live or by deposition at trial. Plaintiffs may revise or supplement this list consistent with the Pretrial Order or as otherwise permitted by the Court. Plaintiffs also may call by deposition anyone appearing on Defendants' witness list. Plaintiffs may call live or by deposition any witness to provide foundational testimony should any party contest the authenticity or admissibility of any material proffered at trial. Plaintiffs may call any witness for impeachment purposes. Plaintiffs are not required to present testimony from any witness on its list of witnesses.

| Expert Witnesses (live) | Will or May Call |
|---|---|
| Stephen Davies | Will Call |
| Fabia Gozzo | Will Call |
| Gerard Meskill | Will Call |
| Allan Myerson | Will Call |
| Paul J. Reider | Will Call |
| Thomas Roth | Will Call |
| Robert Wenslow | Will Call |

| Fact Witnesses (by deposition) | Will or May Call |
|---|---|
| Kondal Bairy | May Call |

| Marc Capet | May Call |
|---|---|
| Chad Gassert | May Call |
| Judith Handwerger | May Call |
| Florian Herb | May Call |
| Abhay Joshi | May Call |
| Ramesh Kancharla | May Call |
| Venkatesh Murugan | May Call |
| Ravikumar Nithiyanandham | May Call |
| Bhaskar Reddy Pita | May Call |
| Shivanand Puthli | May Call |
| Jean-Charles Schwartz | May Call |
| Rajeshwar Reddy Sagyam | May Call |
| Shek Sarafdeen | May Call |
| Muthusamy Shanmugam | May Call |
| Praveen Kumar Talasila | May Call |

Plaintiffs hereby provide a brief statement of the qualifications and expected testimony to be offered by the expert witnesses Plaintiffs expect to call at trial. The qualifications and opinions of these witnesses are set forth more fully in their respective expert reports and *curriculum vitaes*.

### A.  Stephen Davies

Dr. Davies is the Waynflete Professor Emeritus at the University of Oxford. He has taught chemistry at Oxford for over forty years, previously serving as the Chairman of Chemistry with full responsibility for all teaching, research, and financial and managerial matters within the department. Dr. Davies has written over 600 publications throughout his career, including several relating to crystalline salts and crystal structures. His industry experience includes efforts to discover new pharmaceutical salts, and his scientific research has largely focused on synthetic organic chemistry, medicinal chemistry, and small molecule drug design, including the preparation of chemically pure organic compounds, the development of new synthetic methodologies, and the investigation of organic compounds for therapeutic use.

Dr. Davies is expected to offer testimony concerning the validity of the Asserted Claims of the '197 Patent. Dr. Davies is further expected to offer testimony relating to the objective indicia of non-obviousness of the claimed inventions the Asserted Claims of the '197 Patent.

### B.  Fabia Gozzo

Dr. Gozzo is the Founder, CEO, and managing director of Excelsus Structural Solutions, a company that offers synchrotron radiation-based analytical services and scientific consulting to industry in the field of structural characterization of materials and quantitative phase analysis. Prior to founding Excelsus, Dr. Gozzo spent a decade working as a beamline scientist at the Swiss Light Source.

Dr. Gozzo is expected to offer testimony concerning synchrotron X-ray powder diffraction (S-XRPD); testing she conducted on Defendant MSN's ANDA Products demonstrating the presence of the crystalline pitolisant hydrochloride claimed in the Asserted Claims of the '197 Patent; and testing she conducted on the crystalline pitolisant hydrochloride used in Harmony's Wakix® demonstrating that it is an embodiment of the crystalline pitolisant hydrochloride claimed in the '197 Patent.

### C.  Gerald Meskill

Dr. Meskill is a physician with over 13 years' experience treating patients with narcolepsy as well as the CEO of Tricoastal Narcolepsy and Sleep Disorders Center. Dr. Meskill oversees the treatment of about 400 patients with narcolepsy, which is one of the largest populations of narcolepsy patients in the country. Dr. Meskill is board certified in neurology and sleep medicine and is a member of the American Academy of Sleep Medicine. Dr. Meskill is principal investigator of four clinical trials and serves as a consultant to several pharmaceutical companies relating to

treatments for sleep disorders. Dr. Meskill has authored over 30 articles in the field of sleep medicine.

Dr. Meskill is expected to offer testimony concerning Defendants' infringement of the Asserted Claims of the '947 Patent.

**D. Allan Myerson**

Dr. Myerson is a Professor of Chemical Engineering at the Massachusetts Institute of Technology's Department of Chemical Engineering. His current research focuses on crystallization from solution with an emphasis on nucleation, polymorphism, impurity-crystal interactions, industrial applications of crystallization, pharmaceutical manufacturing, and novel pharmaceutical dosage forms. Dr. Myerson has taught special crystallization courses at pharmaceutical and chemical companies in the U.S., Europe, India, and Japan and consulted for major chemical and pharmaceutical companies in the same regions.  He has published approximately 310 papers in refereed scientific journals, many pertaining to crystallization and related subjects.

Dr. Myerson is expected to offer testimony concerning infringement of the Asserted Claims of U.S. Patent No. 8,207,197 ("the '197 Patent") by Defendants' ANDA Products.

**E. Paul J. Reider**

Dr. Reider has over 40 years of work experience in the field of organic chemistry and spent 25 years working in industry, including as Vice President of Chemistry Research & Discovery at Amgen and Vice President of Process Research at Merck. He has directly contributed to the research and development of 14 approved drugs. After his work in industry, Dr. Reider taught for 13 years as a Professor of Chemistry at Princeton University. Dr. Reider is expected to offer testimony concerning the validity of the Asserted Claims of the '947 Patent.

### F. Thomas Roth

Dr. Roth is the founder of the Sleep Disorders and Research Center at the Henry Ford Health System. Dr. Roth has been at the forefront of the field of sleep medicine over the course of his 50+ year career. Dr. Roth is an editor and author of the reference standard textbook for sleep medicine, *Principles and Practice of Sleep Medicine*, which is in its 7th edition. Dr. Roth is an expert on pharmacological treatment of sleep disorders, having advised on the treatment of patients suffering from sleep disorders for over four decades. In addition. Dr. Roth has served as a consultant to numerous pharmaceutical companies developing treatments for sleep disorders. Dr. Roth has published over 700 articles relating to sleep medicine, including dozens focused specifically on patients with narcolepsy.

Dr. Roth is expected to offer testimony concerning Defendants' infringement, the validity, and/or objective indicia of non-obviousness of the claimed inventions of the Asserted Claims of U.S. Patent No. 8,486,947 ("the '947 Patent").

### G. Robert Wenslow

Dr. Wenslow is the Co-Founder and Chief Business Officer for the U.S. division of Crystal Pharmatech Inc. Crystal Pharmatech provides integrated research, development, and analytical support for pharmaceutical and biotechnology companies worldwide and offers, among other services, API solid-state characterization and analysis, including solid-state nuclear magnetic resonance ("ssNMR"). Prior to founding Crystal Pharmatech, Dr. Wenslow spent 13 years at Merck where he introduced, performed, and directed analytical testing such as ssNMR. Dr. Wenslow has authored over 20 peer-reviewed publications relating to crystallography, the development of pharmaceutical products, and ssNMR.

Dr. Wenslow is expected to offer testimony concerning ssNMR testing conducted on Defendants AET, Hikma, Novitium's ANDA Products, demonstrating the presence of the crystalline pitolisant hydrochloride claimed in the Asserted Claims of the '197 Patent.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HARMONY BIOSCIENCES, LLC, et al.,

       *Plaintiffs,*

    v.

LUPIN LIMITED, et al.

       *Defendants.*

C.A. No. 23-1286-JLH
CONSOLIDATED

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' WITNESS LIST**

1.      Defendants hereby preserve their objections to all testimony introduced by Plaintiffs that is not allowed by the Federal Rules of Evidence or Court's Scheduling Order, or is otherwise improper.  This includes, but is not limited to, testimony that is not relevant under Federal Rule of Evidence 402; testimony whose probative value is substantially outweighed by the risk of unfair prejudice, confusion, undue delay, wasted time, or cumulative evidence under Federal Rule of Evidence 403; or inadmissible hearsay under Federal Rule of Evidence 802. Defendants incorporate by reference their objections to the deposition testimony Plaintiffs seek to introduce, as set forth in Exhibit 8 to this proposed Pretrial Order.

2.      Defendants reserve the right to object to Plaintiffs' use of any witness or testimony that violates any one or more of the Federal Rules of Evidence, the Federal Rules of Civil Procedure, the local rules of civil practice and procedure of the United States District Court for the District of Delaware, the Pretrial Order entered in this case, and any existing or future rulings or orders of the Court.

3.      Defendants object to Plaintiffs' witness list because it contains improper argument not called for by the Court, supported by the evidence, or permitted in or appropriate for inclusion in a Pretrial Order Witness List.  Defendants disagree with the characterization of the testimony to be offered by Plaintiffs' witnesses.

4.      Defendants object to any fact testimony, whether Plaintiffs offer such testimony live or by deposition, as to which the witness lacks personal knowledge and any expert testimony offered by fact witnesses.

5.      Defendants object to Plaintiffs' witness(es)' testimony to the extent any of the testimony includes inadmissible lay opinion, including but not limited to any testimony that is based on scientific, technical, or other specialized knowledge that should properly be the subject

1

of expert testimony. Defendants object to the fact witnesses listed by Plaintiffs, including but not limited to Kondal Bairy, Marc Capet, Chad Gassert, Judith Handwerger, Florian Herb, Abhay Joshi, Ramesh Kancharla, Venkatesh Murugan, Ravikumar Nithiyanandham, Bhaskar Reddy Pita, Shivanand Puthli, Jean-Charles Schwartz, Rajeshwar Reddy Sagyam, Shek Sarafdeen, Muthusamy Shanmugam, and Praveen Kumar Talasila to the extent that Plaintiffs intend to introduce testimony not in compliance with Federal Rule of Evidence 701.

6.      Defendants object to Plaintiffs presenting any live witnesses at trial beyond those which Plaintiffs disclosed in their disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). Defendants object to Plaintiffs calling any witnesses not disclosed and/or witnesses for any topics not disclosed in their Federal Rule of Civil Procedure 26(a) disclosures.

7.      Defendants object to trial subpoenas served on fact witnesses not listed on Plaintiffs' Rule 26(a)(1) disclosures or deposed during fact discovery.

8.      Defendants object to designation of any deposition testimony for any witnesses that will be testifying live at trial.

9.      Defendants object to Plaintiffs' designation of deposition testimony of Plaintiffs' witnesses that are not unavailable pursuant to Fed. R. Civ. P. 32(a)(4).

10.     Defendants object to Plaintiffs calling any live witness(es) (including by remote means), including but not limited to former or current employee of Plaintiffs, residing or located outside the jurisdiction or subpoena power of the Court.

11.     Defendants object to Plaintiffs calling any of their current employees to testify by deposition.

12.     Defendants object to the introduction of duplicative testimony, including but not limited to testimony from multiple expert witnesses on the same subject. Defendants object to the

2

proposed testimony of Plaintiffs' witnesses as cumulative, to the extent that Plaintiffs proffer multiple witnesses to testify with regard to the same subject matter.

13.    Defendants incorporate by reference any objections to proposed deposition testimony of any witnesses Plaintiffs intend to call by deposition as set forth in Defendants' objections to Plaintiffs' deposition designations and counter-designations.

14.    Defendants incorporate by reference all objections in their motions *in limine* and Daubert motions.

15.    Defendants also incorporate their objections to Plaintiffs' exhibit list and objections lodged by Defendants in other sections of this Pretrial Order.

16.    Defendants object to expert testimony that was not properly and/or timely disclosed under Federal Rule of Evidence 702, Federal Rule of Civil Procedure 26, or in accordance with the Court's Scheduling Order, other than as previously agreed (*see* D.I. 480).  Defendants object to Plaintiffs presenting any expert testimony that exceeds the scope of opinions disclosed under Federal Rule of Civil Procedure 26(a), other than as previously agreed (*see* D.I. 480).

17.    Defendants object to any of Plaintiffs' experts offering opinions not properly and/or disclosed in their expert report(s), other than as previously agreed (*see* D.I. 480).  If any such opinions are permitted, Defendants should be provided with the opportunity to respond, including with expert testimony.

18.    Defendants object to any of Plaintiffs' expert witnesses offering opinions regarding references or publications not disclosed or discussed in their expert reports.

19.    Defendants object to the proposed testimony of Plaintiffs' witnesses to the extent such testimony is not relevant to the issues in the case.

20.    Defendants reserve their right to object to any additional witnesses offered by Plaintiffs.  Defendants reserve the right to call any witnesses identified by Plaintiffs, or that Plaintiffs elect not to call at trial, either live or by deposition.  Defendants further reserve the right to call any witness to provide foundational testimony if the authenticity or admissibility of any material proffered at trial is contested.  Defendants incorporate by reference the reservation of rights set forth in Defendants' Witness List in Exhibit 7A to this proposed Pretrial Order.

21.    Defendants reserve the right to supplement these objections for any permissible reason, including, to the extent Plaintiffs amend or supplement their witness list or comply with Delaware Local Rules.

22.    Defendants reserve the right to raise additional objections to Plaintiffs' witnesses or testimony at trial.

# EXHIBIT 6B

# PROFESSOR STEPHEN GRAHAM DAVIES

| | |
|---|---|
| **Address:** | New College,<br>University of Oxford, Mansfield Road, Oxford, OX1 3TA, U.K.<br>Tel: 01865-275646<br>email: steve.davies@chem.ox.ac.uk |
| **URL:** | **http://davies.chem.ox.ac.uk/home.aspx** |
| **Date of Birth:** | 24.02.50  (Birmingham, UK)   **Age:** 75 |

**Education:**

| | |
|---|---|
| **School:** | Berkhamsted 1963 - 1968 |
| University of Oxford | B.A. Chemistry 1973<br>Thesis entitled "Benzene Oxide and Related Compounds"<br>D.Phil. 1975 (Supervisor: Dr G.H. Whitham)<br>Thesis entitled "Studies on Epoxides" |
| University of Paris | D.Sc. (Docteur ès Sciences) 1980<br>Thesis entitled "Contribution a La Chimie des Epoxydes" |

**Honorary Degrees:**

| | |
|---|---|
| 2013 | Doctor Honoris Causa, University of Salamanca, Spain<br>(*The University of Salamanca is one of the oldest in the world and only awards three "Doctor Honoris Causa" per annum*) |

**Positions Held:**

| | |
|---|---|
| 1975 - 1977 | I.C.I. Postdoctoral Fellow,Dept. of Inorganic Chemistry, Oxford.<br>(Professor M.L.H. Green, FRS) |
| 1977 - 1978 | N.A.T.O. Postdoctoral Fellow, I.C.S.N., C.N.R.S., Gif-sur-Yvette,<br>Paris. (Professor Sir Derek Barton, FRS) |
| 1978 -1980 | Attache de Recherche, C.N.R.S., I.C.S.N., C.N.R.S., Gif-sur-Yvette, Paris |
| 1980 -1996 | Lecturer in Organic Chemistry, Dyson Perrins Laboratory, Oxford.<br>Fellow of New College, Oxford |
| 1996 - 2004 | Professor of Chemistry, Dyson Perrins Laboratory, Oxford<br>Fellow of New College, Oxford |
| 2004 - 2006 | Professor of Chemistry, Chemistry Research Laboratory, Oxford<br>Fellow of New College, Oxford |
| 2006 - 2020 | Waynflete Professor of Chemistry, University of Oxford<br>Fellow of Magdalen College, Oxford (*The Waynflete Chair is the oldest and only named chair in Organic Chemistry at Oxford*) |
| 2006- 2011 | Chairman of Chemistry, University of Oxford<br>(*Full responsibility for all teaching, research, financial and managerial matters for one of the largest Chemistry Departments in the world*) |

2020 -          Waynflete Professor Emeritus, University of Oxford
                Extraordinary Lecturer, New College, Oxford


**Awards:**

1984: Hickinbottom Fellowship
1985: Pfizer Award for Chemistry
1986: Corday Morgan Medal (1984): Royal Society of Chemistry
1987: Royal Society of Chemistry Award for Organometallic Chemistry
1988: Pfizer Award for Chemistry
1989: Royal Society of Chemistry Bader Award
1996: Tilden Lecture Award, Royal Society of Chemistry
1997: Royal Society of Chemistry Award in Stereochemistry
1998: Prize Lectureship of the Society of Synthetic Organic Chemistry, Japan
2008: Distinguished Technopreneur Award, Singapore
2011: Royal Society of Chemistry Perkin Prize for Organic Chemistry
2021: Royal Society London Mullard Award


**Publications:** 632 publications (h index 64, 18,879 cites, Feb 2025)


**URL for publications: http://davies.chem.ox.ac.uk/publications.aspx**


**Membership of Committees**

1986 -1992     Society of the Chemical Industry: Fine Chemicals Committee
1990 -1993     Society of the Chemical Industry: Awards and Academic Relations Committee
1987 -1990     Royal Society of Chemistry: Perkin Council
1988 -1991     SERC - Organic Chemistry Subcommittee
1991 -1992     SERC - Clean Technology Directorate
1991 -1992     EPSRC Clean Technology Panel
1994 -1995     Academic Secretary, Sub-Faculty of Chemistry.
1994 -1995     Physical Sciences Board, Oxford University
1995 - 2000    Technology Transfer Advisory Group, Oxford University.
1998 - 2010    Conflict of Interest Committee, Oxford University.
1997 - 2020    RSC Oxford/Cambridge International Synthesis Meeting Organising Committee
               (Chair 2001, 2005, 2009, 2013 and 2017)
2000 - 2020    Intellectual Property Advisory Group, Oxford University
2002 - 2014    Board of Electors of the Newton Abraham Visiting Professorship
2006 – 2007    Medical Sciences Divisional Board
2006 - 2011    MPLS Divisional Board
2006 - 2011    MPLS General Purposes Committee
2006 - 2010    Begbroke Science Park Strategy Group


**Editorial Appointments**

1989 - 1992    J. Chem. Soc. Perkin Transactions:      Editorial Board Member
1989 -         "Oxford Chemistry Primers", OUP        Founding Editor and Editor of Organic Series
1995 -         "Oxford Chemistry Masters", OUP        Founding Editor and Editor of Organic Series
1990 - 2017    Tetrahedron:                           Executive Editorial Board Member
1990 - 2017    Tetrahedron: Asymmetry                 Founder and Editor in chief
2005 -         "On Chemistry" Books                   Founder and Editor

**Companies Founded and Directorships**

| | |
|---|---|
| 1992 - 1998 | Oxford Asymmetry Limited; Founder and Director<br>(*Asymmetric Synthesis*) |
| 1995 - 1998 | Oxford Diversity Limited; Founder and Research Director<br>(*Combinatorial Chemistry*) |
| 1998 - 2000 | Oxford Asymmetry International plc; Founder and Director<br>(*Drug Discovery Services*) |
| 2003 - 2004 | VASTox Limited; Founder and Non-executive Chairman<br>(*Orphan Drug Discovery*) |
| 2004 - 2006 | VASTox plc; Founder and Non-executive Chairman<br>(*Orphan Drug Discovery*) |
| 2004 - | SciInk Limited; Founder and Non-executive Chairman<br>(*Not for profit Undergraduate text publisher*) |
| 2006 - 2013 | Summit Corporation plc (formerly VASTox plc); Founder and Non-executive Director<br>(*Pharmaceuticals*) |
| 2006 - 2009 | Oxray Limited; Founder and Non-executive Director<br>(*Crystallography Software Developer*) |
| 2011 - 2022 | OxStem Limited; Founder and Non-executive Director<br>(*Regenerative Medicine via endogeneous control of cell differentiation*) |
| 2011 - 2014 | MuOx Ltd. (Acquired by Summit Therapeutics plc); Founder and Non-executive Chairman<br>(*Drug Discovery for Orphan Muscle Diseases*) |
| 2014 - 2018 | Summit Therapeutics plc; Non-executive Director<br>(2003 London AIM SUMT: 2015 NASDAQ SUMM)<br>(*Drug Development for Duchenne Muscular Dystrophy and Antibiotic against Clostridium difficile*) |
| 2017 - 2022 | Oxstem Neuro Ltd., Oxstem Cardio Ltd., Oxstem Ocular Ltd., Oxstem Oncology Ltd., Oxstem Beta Ltd. and Oxstem Immuno Ltd. (*Regenerative Medicine*) |
| 2021 - | Raphael Laboratories Ltd.; Founder and Non-executive Director<br>(*Prophylactics against viral respiratory infections*) |
| 2022- | OxReGen Inc.; Founder and Non-executive Director<br>(AI and zebrafish for drug discovery) |

**Directorships:**

| | |
|---|---|
| 2007 - 2009 | Oxeco plc; Non-executive Director (*IP commercialisation*) |
| 2008 - 2021 | Oxford University Innovation Ltd; Non-executive Director<br>(*Oxford University's IP commercialisation company*) |
| 2010 - 2011 | Scientific Research Capital Limited; Non-executive Chairman (*IP commercialisation*) |
| 2018 - | Serox Ltd. Non-executive Director (*Non-invasive wine, urine and blood analysis*) |

## List of Publications

1. *trans*-Cycloalkenes. Part IV. Some aspects of the chemistry of *trans*-cyclo-octene
   K. T. Burgoine, **S. G. Davies**, M. J. Peagram and G. H. Whitham, *J. Chem. Soc., Perkin Trans. 1*, **1974**, 2629

2. Carbon-13 nuclear magnetic resonance spectra of some epoxides
   **S. G. Davies**, G. H. Whitham, *J. Chem. Soc., Perkin Trans. 2*, **1975**, 861

3. A convenient synthesis of β,γ-unsaturated carboxylic acids and esters. The isomeric 5-t-butylcyclohex-2-enecarboxylic acids
   **S. G. Davies**, G. H. Whitham, *J. Chem. Soc., Perkin Trans. 1*, **1976**, 2279

4. Inorgano-Grignard Reagents: Preparation, Reactions and X-ray Crystal Structure of Bis-(η-cyclopentadienyl)-hydridomolybdenum[bromo(bis-tetrahydrofuran)magnesium]
   **S. G. Davies**, M. L. H. Green, K. Prout, A. Coda and V. Tazzoli, *Chem. Commun.*, **1977**, 135

5. Stereoselectivity in the Epoxidation of βγ-Unsaturated Carboxylic Acids
   **S. G. Davies**, G. H. Whitham, *J. Chem. Soc., Perkin Trans. 1*, **1977**, 572

6. Benzene Oxide-Oxepin. Oxidation to Muconaldehyde
   **S. G. Davies**, G. H. Whitham, *J. Chem. Soc., Perkin Trans. 1*, **1977**, 1346

7. *trans*-Cycloalkenes Part 7. Variable Temperature $^{13}C$ Nuclear Magnetic Resonance Studies on *cis,trans*-Cyclo-octa-1,5-diene and Related Compounds
   **S. G. Davies**, P. F. Newton, G. H. Whitham, *J. Chem. Soc., Perkin Trans. 2*, **1977**, 1371

8. Rules for Predicting the Regioselectivity of Nucleophilic Attack on 18-Electron Organotransition Metal Cations Containing Polyene Ligands
   **S. G. Davies**, M. L. H. Green, D. M. P. Mingos, *Nouveau Journal de Chimie*, **1977**, *1*, 445

9. Photoinduced Synthesis of Binuclear Molybdenocene and Tungstenocene Derivatives: Catalytic Deoxygenation of Epoxides by Metallocenes
   M. Berry, **S. G. Davies**, M. L. H. Green, *J. Chem. Soc., Chem. Commun.*, **1978**, 99

10. Nucleophilic addition to organotransition metal cations containing unsaturated hydrocarbon ligands: a survey and interpretation
    **S. G. Davies**, M. L. H. Green, D. M. P. Mingos, *Tetrahedron*, **1978**, *34*, 3047

11. Inorgano-Grignard Reagents. Preparations and Reactions of [Bromobis(tetrahydrofuran)-magnesio]bis(η-cyclopentadienyl)-hydridomolybdenum.
    **S. G. Davies**, M. L. H. Green, *J. Chem. Soc., Dalton*, **1978**, 1510

12. Indane 3a,4-Oxide: Formation by Isomerisation of Indane-3a,7a-Oxide and Confirmation of Structure by an Alternative Synthesis.
    **S. G. Davies**, G. H. Whitham, *J. Chem. Soc., Perkin Trans. 1*, **1978**, 1479

13. Chromium Hexacarbonyl Isomerisation of Ergosterol and Related Dienes
    D. H. R. Barton, **S. G. Davies**, W. B. Motherwell, *Synthesis*, **1979**, 265

14. Stepwise Oxidative Decarbonylations of Organometallic Cations of Iron.
    **S. G. Davies**, *J. Organometal. Chem.*, **1979**, *179*, C5

15. Thermally Induced Formation of Neoergosteryl Benzoate and Ergosta-8(14)-22-dienyl Benzoate from Ergosteryl Benzoate Iron Tricarbonyl.
    A. F. Mateos, **S. G. Davies**, *Anales de Quimica*, **1979**, *75*, 385

16. Hydride Reduction of the Cation [(η$^5$-C$_5$H$_5$)Fe(triphos)] PF$_6$ : Direct Nucleophilic Attack on the Metal and Hydrogen Exchange in the Product Hydride (η$^5$-C$_5$H$_5$)FeH-(triphos). (triphos = Ph$_2$PCH$_2$CH$_2$PPhCH$_2$CH$_2$PPH$_2$)
    **S. G. Davies**, H. Felkin, O. Watts. *Chem. Commun.*, **1980**, 159

17.   Chemistry of $(\eta^5\text{-}C_5H_5)Ru(Ph_2PCH_2CH_2PPh_2)Cl$: Preparation of Cationic Ruthenium Olefin Complexes.
      **S. G. Davies**, F. Scott, *J. Organometal. Chem.*, **1980**, *188*, C41

18.   Synthesis of 10 (*S*)-Methyl-Codeine and 10 (*S*)-Methyl-Morphine
      H. B. Arzeno, D. H. R. Barton, **S. G. Davies**, X. Lusinchi, B. Meunier, C. Pascard, *Nouveau J. Chimie*, **1980**, *4*, 369

19.   Synthesis and Reactions of Alkyl- and Aryl-substituted Metallacyclobutane Derivatives of Molybdenum and Tungsten
      G. A. Adam, **S. G. Davies**, M. Ephritikine, K. A. Ford, M. L. H. Green, P. F. Todd, *J. Molecular Catal.*, **1980**, *8*, 15

20.   Epoxide Opening with Organocuprates and Grignard Reagents in the Presence of Chiral Ligands
      **S. G. Davies**, S. Wollowitz, *Tetrahedron Lett.*, **1980**, *21*, 4175

21.   Hydride Reduction of the Cations $\{(\eta^5\text{-}C_5H_5)Fe[(Ph_2PCH_2)_3CMe]\}PF_6, \{(\eta^5\text{-}C_5H_5)Ru[(Ph_2PCH_2CH_2)_2\text{-}PPh]\}PF_6$ and $\{(\eta^5\text{-}C_5H_5)Ru[(Ph_2PCH_2)_3CMe]\}$ $PF_6$: Regioselectivity and Mechanism
      **S. G. Davies**, H. Felkin, T. Fillebeen-Khan, F. Tadj, O. Watts, *Chem. Commun.*, **1981**, 341

22.   Stereochemical and Mechanistic Aspects of the Nickel Complex Catalysed Formation of Olefins from Allylic Alcohols and Grignard Reagents.
      H. Felkin, M. Joly-Goudket, **S. G. Davies**, *Tetrahedron Lett.*, **1981**, *22*, 1157

23.   Reactivity of the Inorgano-Grignard $(\eta^5\text{-}C_5H_5)(Ph_2PCH_2CH_2PPh_2)FeMgBr$ Towards Halogenogermanes.
      N. Aktogu, **S. G. Davies**, J. Dubac, P. Mazerolles, *J. Organomet. Chem.*, **1981**, *212*, C13

24.   Asymmetric Synthesis in the Nickel Complex Catalysed Formation of Olefins from Allyl Alcohols and Grignard Reagents.
      M. Cherest, H. Felkin J. D. Umpleby, **S. G. Davies**, *Chem. Commun.*, **1981**, 681

25.   Intramolecular General Acid Catalysis in the Binding Reactions of $\alpha_2$-Macroglobulin and Complement Components C3 and C4
      **S. G. Davies**, R. B. Sim, *Bioscience Reports*, **1981**, *1*, 461

26.   2-Substituted Bicyclo[3. 1.0]hexanes: Determination of Stereochemistry.
      **S. G. Davies**, *J. Chem. Res. S.*, **1982**, 197

27.   Hydride reduction of the cation $[(\eta^5\text{-}C_5H_5)Fe(Ph_2PCH_2CH_2PPh_2)CO]PF_6$; formation of $(\eta^5\text{-}C_5H_5)FeH(CO)(Ph_2PCH_2CH_2PPh_2)$ and elimination of $H_2$ from $[(\eta^5\text{-}C_5H_5)FeH(CO)]_2(Ph_2PCH_2CH_2PPh_2)$
      **S. G. Davies**, J. Hibberd, S. J. Simpson, O. Watts *J. Organomet. Chem.*, **1982**, *238*, C7

28.   Organotransition Metal Chemistry: Applications to Organic Synthesis.
      **S. G. Davies**, Pergamon Press, Nov. **1982**, 1

29.   Preparation and Reactivity of the Anion $[(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)(COCH_2)]Li$.
      N. Aktogu H. Felkin, **S. G. Davies**, *Chem. Commun.*, **1982**, 1303

30.   Evidence for the Iron Formyl $(\eta^5\text{-}C_5H_5)Fe(Ph_2PCH_2CH_2PPh_2)(CHO)$.
      **S. G. Davies**, S. J. Simpson, *J. Organomet. Chem.*, **1982**, *240*, C48

31.   Disproportionation of the Iron Carbonyl Hydride $(\eta^5\text{-}C_5H_5)Fe(CO)H(Ph_2PCH_2CH_2PPh_2)$ to the Iron Methyl $(\eta^5\text{-}C_5H_5)Fe(Ph_2PCH_2CH_2PPh_2)Me$
      **S. G. Davies**, J. Hibberd, S. J. Simpson, *Chem. Commun.*, **1982**, 1404

32.   Hydride Reduction of the Cation $[(\eta^5\text{-}C_5H_5)Fe(Ph_2PCH_2CH_2PPh_2)CO]PF_6$; Formation of $(\eta^5\text{-}C_5H_5)\text{-}FeH(CO)(Ph_2PCH_2CH_2PPh_2)$ and Elimination of $H_2$ from $[(\eta^5\text{-}C_5H_5)FeH(CO)]_2(Ph_2PCH_2CH_2PPh_2)$
      **S. G. Davies**, J. Hibberd, S. J. Simpson, O. Watts, *J. Organomet. Chem.*, **1983**, *241*, C31

33.   Fragmentation of $(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)(COCH_2COR)$ Complexes to the Cation $[(\eta^5\text{-}C_5H_5)Fe(CO)_2\text{-}(PPh_3)]^+$
      **S. G. Davies**, O. Watts, N. Aktogu, H. Felkin, *J. Organometal. Chem.*, **1983**, *243*, C51

34.   Regioselectivity of Hydride Addition to $[(\eta^5\text{-}C_5H_5)Fe(Ph_2PCH_2CH_2PPh_2) CO]PF_6$ and Rearrangement of $(\eta^5\text{-}C_5H_5)Fe(Ph_2PCH_2CH_2PPh_2)(CO)H$ to $(\eta^4\text{-}C_5H_6)Fe(Ph_2PCH_2CH_2PPh_2)CO$
      **S. G. Davies**, J. Hibberd, S. J. Simpson, *J. Organometal. Chem.*, **1983**, *246*, C16

35. Electron-rich Cations: Preparation and Hydride Reductions of the Cations [Fe($\eta^5$-C$_5$H$_5$)-[PhP(CH$_2$CH$_2$PPh$_2$)$_2$]]$^+$, [Fe($\eta^5$-C$_5$H$_5$)[MeC(CH$_2$PPh$_2$)$_3$]]$^+$ and [Fe($\eta^5$-C$_5$H$_5$)[C(CH$_2^-$PPh$_2$)$_4$]]$^+$
   **S. G. Davies**, S. J. Simpson, H. Felkin, F. Tadj, O. Watts, *J. Chem. Soc., Dalton*, **1983**, 981

36. Disubstituted Vinylidene Complexes of Iron and Ruthenium: Nucleophilic Properties of $\eta^1$-Acetylide Ligands.
   S. Abbott, **S. G. Davies**, P. Warner, *J. Organometal. Chem.*, **1983**, *246*, C65

37. Electron-rich cations: Preparation and Hydride Reductions of the Cations {($\eta^5$C$_5$H$_5$)Ru[MeC-(CH$_2$PPh$_2$)$_3$]}$^+$ and {($\eta^5$-C$_5$H$_5$)Ru[PhP(CH$_2$CH$_2$PPh$_2$)$_2$]}$^+$.
   **S. G. Davies**, S. J. Simpson, H. Felkin, T. Fillebeen-Khan, *Organometallics*, **1983**, *2*, 539

38. Stereoselective Elaboration of the Acyl Ligand in ($\eta^5$-C$_5$H$_5$)Fe(CO) (PPh$_3$)(COCH$_2$R) via the Alkylation of the Anions [($\eta^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)(COCHR)]Li (R=Me, Et).
   G. J. Baird, **S. G. Davies**, *J. Organometal. Chem.*, **1983**, *248*, Cl

39. Stereochemistry of 5-Substituted $\eta^4$-Cyclopentadiene Transition-metal Complexes
   **S. G. Davies**, S. D. Moon, S. J. Simpson, S. E. Thomas, *J. Chem. Soc., Dalton*, **1983**, 1805

40. Preparation and Hydride Reduction of the Electron-Rich Cations [(Me$_5$C$_5$)Fe(CO)$_2$L]$^+$ (L=CO,PPh$_3$,PMe$_3$) and [(Me$_5$C$_5$)Fe(CO)(Ph$_2$PCH$_2$CH$_2$PPh$_2$)]$^+$
   **S. G. Davies**, S. J. Simpson, S. E. Thomas, *J. Organometal. Chem.*, **1983**, *254*, C29

41. Stereochemical Control and Mechanistic Aspects of the Alkylation of ($\eta^5$-C$_5$H$_5$)Fe(L)(CO)(COCHR)$^-$Li$^+$ (L=PPh$_3$, PPh$_2$NEt$_2$; R=Me, Et): X-Ray Crystal Structure of [($\eta^5$-C$_5$H$_5$)Fe(PPh$_3$)(CO){COCH(Me)Et}].
   G. J. Baird, J. A. Bandy, **S. G. Davies**, K. Prout, *Chem. Commun.*, **1983**, 1202

42. ($\eta^5$-C$_5$H$_5$)Ru(PPh$_3$)H$_3$: A Stable Ruthenium (IV) Trihydride.
   **S. G. Davies**, S. D. Moon, S. J. Simpson, *Chem. Commun.*, **1983**, 1278

43. Elaboration of $\alpha$-Substituted Benzyl Ethers and Sulphides by Suppression of the Wittig and Related Rearrangements.
   **S. G. Davies**, N. J. Holman, C. A. Laughton, B. E. Mobbs *Chem. Commun.*, **1983**, 1316

44. Elaboration of Acyl Ligands: Preparation and Reactivity of the Anion [($\eta^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)(COCH$_2$)]$^-$.
   **S. G. Davies**, N. Aktogu, H. Felkin, G. J. Baird, O. Watts, *J. Organometal. Chem.*, **1984**, *262*, 49

45. Electron-Rich $\eta^1$-Cyano Complexes of Iron and Ruthenium: Preparation and Nucleophilic Properties.
   G. J. Baird, **S. G. Davies**, *J. Organometal. Chem.*, **1984**, *262*, 215

46. The Rate and Activation Parameters for the Cleavage of the Metal-Metal Bond of the Anion Radical of a Di-iron Carbonyl Complex.
   **S. G. Davies**, S. J. Simpson, V. D. Parker, *Chem. Commun.*, **1984**, 352

47. Stereoselective Preparation of $\beta$-Amino-Acyl Iron Complexes for $\beta$-Lactam Synthesis.
   K. Broadley, **S. G. Davies**, *Tetrahedron Lett.*, **1984**, *25*, 1743

48. Carbon Monoxide Reduction: [Fe($\eta^5$-C$_5$H$_5$)(Ph$_2$PCH$_2$CH$_2$PPh$_2$)(CO)H]; Reactions and Formation by Reduction of the Complex [Fe($\eta^5$-C$_5$H$_5$)(Ph$_2$PCH$_2$CH$_2$PPh$_2$)(CO)]PF$_6$.
   **S. G. Davies**, J. Hibberd, S. J. Simpson, S. E. Thomas, O. Watts, *J. Chem. Soc., Dalton*, **1984**, 701

49. Rules Governing Asymmetric Synthesis with Organotransition Metal Complexes.
   **S. G. Davies**, J. I. Seeman, *Tetrahedron Lett.*, **1984**, *25*, 1845

50. Hydride addition to the Cations [($\eta^5$-C$_5$H$_5$)Ru(L)$_2$CO]$^+$. (L = PPh$_3$, L$_2$ = Ph$_2$PCH$_2$CH$_2$PPh$_2$)
   **S. G. Davies**, S. D. Moon, S. J. Simpson, *Nouveau J. Chimie*, **1984**, *8*, 139

51. A Convenient Synthesis of [Ru($\eta$-C$_5$H$_5$)(PPh$_3$)(CO)Cl] and the Cations [Ru($\eta$-C$_5$H$_5$)(PPh$_3$)L(CO)]$^+$ [L=CO, PMe$_3$, or P(OPh)$_3$]
   **S. G. Davies**, S. J. Simpson, *J. Chem. Soc.,Dalton*, **1984**, 993

52. Stereoselective Synthesis of *Erythro*-$\beta$-Hydroxy Carboxylic Acids via Iron Acyl Complexes.
   **S. G. Davies**, I. M. Dordor, J. C. Walker, P. Warner, *Tetrahedron Lett.*, **1984**, *25*, 2709

53.  Stereoselective Carbon-Carbon Bond Formation via Alkylation of $[(\eta^5\text{-}C_5H_5)Fe(PPh_3)(CO)(COMe)=CHR)]$ (R = Me, Pr$^n$, Ph): X-Ray Crystal Structure of (Z)-$[(\eta^5\text{-}C_5H_5)Fe(PPh_3)(CO)(COMe)=CHMe)]$.
G. J. Baird, **S. G. Davies**, R. H. Jones, K. Prout, P. Warner, *Chem. Commun.*, **1984**, 745

54.  Stereoselective Synthesis of Quaternary Carbon Atoms
P. J. Curtis, **S. G. Davies**, *Chem. Commun.*, **1984**, 747

55.  Reductions of the Cations $[(\eta^5\text{-}C_5H_5)Fe(L)_2CO]^+$ (L=tertiary phosphine): Product Control by Variation of Phosphine Ligands.
**S. G. Davies**, S. J. Simpson, *J. Organometal. Chem.*, **1984**, *268*, C53

56.  Chiral Acetate Enolate Equivalent for the Synthesis of β-Hydroxy Acids.
**S. G. Davies**, I. M. Dordor, P. Warner, *Chem. Commun.*, **1984**, 956

57.  Conformational Analysis for the Alkyl Ligands (R) in Complexes of the Type $(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)R$.
J. I. Seeman, **S. G. Davies**, *Chem. Commun.*, **1984**, 1019.

58.  Stereoselective Additions to the Alkoxycarbene Cations $[(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)(=CROMe)]^+$ (R=H, Et).
G. J. Baird, **S. G. Davies**, T. R. Maberly, *Organometallics*, **1984**, *3*, 1764.

59.  Titanium Catalysed Reduction of 1,2-Dibromides to Olefins.
**S. G. Davies**, S. E. Thomas, *Synthesis*, **1984**, 1027.

60.  Stereocontrolled Tandem Alkylations: Michael Additions and Subsequent Alkylations of α,β-Unsaturated Acyl Ligands bound to $[(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)]$.
**S. G. Davies**, J. C. Walker, *Chem. Commun.*, **1985**, 209

61.  Stereoselective Synthesis of Cyclic Ethers via Bromine Assisted Epoxide Ring Expansion.
**S. G. Davies**, M. E. C. Polywka, S. E. Thomas, *Tetrahedron Lett.*, **1985**, *26*, 1461

62.  Chiral Propionate Enolate Equivalents for the Stereoselective Synthesis of *Threo*- or *Erythro*-α-Methyl-β-Hydroxy Acids.
**S. G. Davies**, I. M. Dordor-Hedgecock, P. Warner, *Tetrahedron Lett.*, **1985**, *26*, 2125.

63.  Chiral Propionate Enolate Equivalent for Stereoselective Additions to Symmetrical Ketones.
P. W. Ambler, **S. G. Davies**, *Tetrahedron Lett.*, **1985**, *26*, 2129.

64.  4-Substituted *N*-Methyl-1,2,3,4-tetrahydroisoquinolines: Synthesis *via* Stereoselective Substitution of Tricarbonyl-(*N*-methyl-1,2,3,4-tetrahydroisoquinoline)chromium.
J. Blagg, **S. G. Davies**, B. E. Mobbs, *Chem. Commun.*, **1985**, 619.

65.  Chiral Acetate Enolate Equivalent for the Synthesis of β-Hydroxy Acids and Esters: X-Ray Crystal Structure of *RR,SS*-$[\eta^5\text{-}(C_5H_5)Fe(CO)(PPh_3)(COCH_2CH(OH)CH_2CH_3)]$.
**S. G. Davies**, I. M. Dordor-Hedgecock, P. Warner, R. H. Jones, K. Prout, *J. Organomet. Chem.*, **1985**, *285*, 213.

66.  Stereospecific Conversion of *N,N*-Dimethylamphetamine into *N*-Methylpseudoephedrine.
J. Blagg, **S. G. Davies**, *Chem. Commun.*, **1985**, 653.

67.  Bimetallic Cyano-bridged Cations: Preparation and Hydride Reduction of $[(\eta^5C_5H_5)L_2Ru(\mu\text{-CN})ML'_2(\eta^5\text{-}C_5H_5)PF_6$ $[L_2,L'_2 = (PPh_3)_2; Ph_2PCH_2CH_2PPh_2; M = Ru$ or Fe]. Formation of $[Ru(\eta^5\text{-}C_5H_5)(PPh_3)H_3]$ and X-ray Crystal Structure of $[(\eta^5\text{-}C_5H_5)(Ph_2PCH_2CH_2PPh_2)Ru(\mu\text{-CN})Ru(PPh_3)_2(\eta^5\text{-}C_5H_5)]PF_6^-$
G. J. Baird **S. G. Davies**, S. D. Moon, S. J. Simpson, R. H. Jones, *J. Chem. Soc., Dalton*, **1985**, 1479

68.  Base Promoted Rearrangements of Cyclopentadienylacyl and Carboxyalkyl-metal Complexes.
S. Abbott, G. J. Baird, **S. G. Davies**, I. M. Dordor-Hedgecock, T. R. Maberley, J. C. Walker, P. Warner, *J. Organometal. Chem.*, **1985**, *289*, C13

69.  Chiral Discrimination in the Reactions of the Enolate E-$[(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)COCHMe]^-$ Li$^+$ with *cis*- and *trans*-But-2-ene oxides in the presence of BF$_3$-OEt$_2$.
**S. G. Davies**, P. Warner, *Tetrahedron Lett.*, **1985**, *26*, 4815

70.    Chiral discrimination in the Reaction of the Enolate [(η$^5$-C$_5$H$_5$)Fe-(CO)(PPh$_3$)(COCH$_2$)]$^-$ Li$^+$ with Monosubstituted Epoxides: X-Ray Crystal Structure of (*RS*,*SR*)-[(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$){COCH$_2$CH$_2$CH-(OH)Me}]
       S. L. Brown, **S. G. Davies**, P. Warner, R. H. Jones, K. Prout, *Chem. Commun.,* **1985**, 1446

71.    Conformational-Reactivity Relationships for the Organotransition-Metal Complexes (η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)R and (η$^5$-C$_5$H$_5$)Re(NO)(PPh$_3$)R (R=Alkyl and Aryl)
       J. I. Seeman, **S. G. Davies**, *J. Am. Chem. Soc.,* **1985**, *107*, 6522

72.    Mechanism of the Formation of Methyliron Complexes by Protonation of Methoxymethyliron Complexes.
       **S. G. Davies**, T. R. Maberly, *J. Organomet. Chem*., **1985**, *296*, C37.

73.    Synthesis of α,β-Unsaturated Acyl Ligands bound to the Chiral Auxiliary [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)].
       **S. G. Davies**, R. J. C. Easton, J. C. Walker, P. Warner, *J. Organomet. Chem.,* **1985**, *296*, C40.

74.    Conformational Analysis of Compounds of the Type [Fe(η$^5$-C$_5$H$_5$)(CO)(PPh$_3$)(CH$_2$R)] (R=Alkyl or aryl).
       **S. G. Davies**, J. I. Seeman, *J. Chem. Soc., Dalton*, **1985**, 2691.

75.    Resynthesis of Histone Peptide Bonds on a DNA Matrix.
       **S. G. Davies**, I. O. Walker, P. N. Schofield, in "Chromosomal Proteins and Gene Expression", Eds. G. R. Reeck, G. H. Goodwin and P. Puigdomenech, NATO-ASI Series Plenum, New York, **1985**, *101*, 17.

76.    Reductive Polymerisation of Carbon Monoxide: Synthesis of Entirely CO-derived Pentanoic Acid.
       S. L. Brown, **S. G. Davies**, *Chem. Commun.,* **1986**, 84.

77.    Conformational Analysis of the Iron Acetyl Complex [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH$_3$].
       **S. G. Davies**, J. I. Seeman, I. H. Williams, *Tetrahedron Lett.,* **1986**, *27*, 619.

78.    Improved Stereochemical Control and Mechanistic Aspects of the Alkylation of Enolates Derived from [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH$_2$R].
       S. L. Brown, **S. G. Davies**, D. F. Foster, J. I. Seeman, P. Warner, *Tetrahedron Lett.,* **1986**, *27*, 623.

79.    Synthesis and Characterisation of E and Z α,β-Unsaturated Acyl Complexes [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)-(COCH=CHR)] (R=H, Me, Et, *n*-Bu, *t*-Bu, Ph, vinyl, 2-furyl).
       **S. G. Davies**, R. J. C. Easton, J. C. Walker, P. Warner, *Tetrahedron*, **1986**, *42*, 175.

80.    The Stereoselective Synthesis of (-)-(8*R*)-Methylcanadine *via* Selective Monocomplexation of Canadine to Chromium Tricarbonyl.
       J. Blagg, **S. G. Davies**, *Chem. Commun.*, **1986**, 492

81.    Stereoselective Synthesis of Quaternary Carbon Centres
       **S. G. Davies**, J. C. Walker, *Chem. Commun.*, **1986**, 495

82.    Determination of the Absolute Configuration and Optical Purity of [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)COMe]; X-Ray Crystal Structure of (*R*)-[(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH$_2$CH$_2$O[(*R*)-menthyl]].
       **S. G. Davies**, I. M. Dordor-Hedgecock, K. H. Sutton, J. C. Walker, C. Bourne, R. H. Jones, K. Prout, *Chem. Commun.,* **1986**, 607

83.    Asymmetric Diels-Alder Reactions: (*S*)-(+)-[(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH=CH$_2$] as a Chiral Acrylate Dienophile Equivalent.
       **S. G. Davies**, J. C. Walker, *Chem. Commun.*,**1986**, 609

84.    Bromo(η$^5$-cyclopentadienyl)[1,2-ethanediylbis(diphenylphosphine)]iron and Bromo(η$^5$-cyclopentadienyl)[1,2-ethanediylbis(diphenylphosphine)]bis(tetrahydrofuran)ironmagnesium. (*Fe-Mg*)
       **S. G. Davies**, H. Felkin, O. Watts, *Inorganic Syntheses*, **1986**, *24*, 170

85.    Synthesis of Cyclic Ethers *via* Bromine Assisted Epoxide Ring Expansion.
       **S. G. Davies**, M. E. C. Polywka, S. E. Thomas, *J. Chem. Soc., Perkin Trans. 1*, **1986**, 1277

86.    Chiral Dienolates: Stereoselective Formation and α-Alkylation of the Lithium Dienolates Derived from (RS)-Z-[(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH=CHCH$_2$R](R=Me, Et, n-Pr) and (RS)-[(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)-(COCH=CMe$_2$)].
       **S. G. Davies**, R. J. C. Easton, A. Gonzalez, S. C. Preston, K. H. Sutton, J. C. Walker, *Tetrahedron*, **1986**, *42*, 3987

87.  Organometallics in Synthesis: Part I: The Transition Elements,
     **S. G. Davies**, S. E. Thomas, *SPR Gen. and Synth. Methods.,* Ed. G. Pattenden, **1986**, *8*, 312.

88.  The Asymmetric Synthesis of β-Lactams. Stereocontrolled Asymmetric Tandem Michael Additions and Akylations of
     α,β-Unsaturated Acyl Ligands Bound to the Chiral Auxiliary [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)].
     **S. G. Davies**, I. M. Dordor-Hedgecock, K. H. Sutton, J. C. Walker, *Tetrahedron Lett.,* **1986,** *27,* 3787

89.  Stereoselective Synthesis via Arene Chromium Tricarbonyl Complexes
     **S. G. Davies**, *Chem. and Ind*., **1986**, 506

90.  Homogeneous Reduction of Carbon Monoxide.
     S. L. Brown, **S. G. Davies**, S. J. Simpson, S. E. Thomas, *Applied Catalysis*, **1986**, *25*, 87

91.  Regioselective Nucleophilic Additions to (η$^6$-Benzyl alcohol)tricarbonylchromium: Isolation and X-Ray Crystal
     Structure of the Intermediate (η$^6$-5-Methylene-6-exo-t-butylcyclohexa-1,3-diene)tricarbonylchromium.
     J. Blagg, **S. G. Davies**, C. L. Goodfellow, K. H. Sutton, *Chem. Commun.,* **1986**, 1283

92.  Elaboration of α-Substituted Benzyl Alkyl Ethers and Sulphides by Suppression of the Wittig and Related
     Rearrangements *via* Complexation to Tricarbonylchromium.
     J. Blagg, **S. G. Davies**, N. J. Holman, C. A. Laughton, B. E. Mobbs, *J. Chem. Soc., Perkin Trans. 1*, **1986**, 1581

93.  The Asymmetric Synthesis of β-Lactams. Stereocontrolled Asymmetric Tandem Michael Additions and Subsequent
     Alkylations of E-[(η$^5$-C$_5$H$_5$)Fe(CO)-(PPh$_3$)COCH=CHMe]. X-Ray Crystal Structure of (RS)-E-[(η$^5$-C$_5$H$_5$)Fe-
     (CO)(PPh$_3$)COCH=CHMe].
     **S. G. Davies**, I. M. Dordor-Hedgecock, K. H. Sutton, J. C. Walker, R. H. Jones, K. Prout, *Tetrahedron*, **1986**, *42*, 5123

94.  Stereoselective Reduction of (R,S)-[(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)(=COCH$_2$CH$_2$CMe$_2$)]$^+$ and Complete Epimerisation of
     the Kinetic (RR,SS)-Diastereoisomer to the Thermodynamic (RS,SR)-Diastereoisomer of the Product [(η$^5$-
     C$_5$H$_5$)Fe(CO)(PPh$_3$){C(H)OCH$_2$CO$_2$CMe$_2$}]
     A. P. Ayscough, **S. G. Davies**, *Chem. Commun.*, **1986**, 1648

95.  Tetrahydroisoquinolines Part 2. Synthesis of 4-Substituted *N*-Methyl-l,2,3,4-tetrahydroisoquinolines *via* Regio- and
     Stereo-selective Elaboration of Tricarbonyl(*N*-methyl-1,2,3,4-tetrahydroisoquinoline)chromium
     J. Blagg, S. J. Coote **S. G. Davies**, B. E. Mobbs, *J. Chem. Soc., Perkin Trans. 1*, **1986**, 2257

96.  Conformational Analysis and X-ray Crystal Structure of [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)CH$_2$CH$_3$].
     **S. G. Davies**, I. M. Dordor-Hedgecock, K. H. Sutton, M. Whittaker, *J. Organometal. Chem*., **1987**, *320*, C19.

97.  Chiral Dienolates: Formation and Stereoselective α-Alkylation of the Lithium Dienolate Derived from (Z)-[(η$^5$-
     C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH=CHMe]. X-Ray Crystal Structure of (RS)-(Z)-[(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)-
     COCH=CHMe].
     **S. G. Davies**, R. J. C. Easton, K. H. Sutton J. C. Walker, R. H. Jones, *J. Chem. Soc., Perkin Trans. 1*, **1987**, 489

98.  Tetrahydroisoquinolines. Part 3. Stereoselective Synthesis of *cis*- and *trans*-1,4-Disubstituted *N*-Methyl-1,2,3,4-
     tetrahydroisoquinolines as their Tricarbonylchromium Complexes.
     J. Blagg, S. J. Coote, **S. G. Davies**, D. Middlemiss, A. Naylor, *J. Chem. Soc., Perkin Trans. 1*, **1987**, 689

99.  Conformational Analysis and X-ray Crystal Structure of [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)CH$_2$SiMe$_3$].
     **S. G. Davies**, I. M. Dordor-Hedgecock, K. H. Sutton, M. Whittaker, *Chem and Ind*., **1987**, 338.

100. Organometallics in Synthesis: Part I "The Transition Elements".
     J. Blagg, **S. G. Davies**, P. F. Gordon, *SPR Gen. and Synth. Methods.* Ed. G. Pattenden, **1987**, *9*, 398.

101. An Approach to the Stereoselective Synthesis of α-Hydroxycarboxylic Acids.
     **S. G. Davies**, M. Wills, *J. Organometal. Chem*., **1987**, *328*, C29

102. The Diastereoselective Functionalisation of Arene Tricarbonylchromium Complexes Containing a Benzylic Heteroatom
     Substituent.
     J. Blagg, **S. G. Davies**, C. L. Goodfellow, K. H. Sutton, *J. Chem. Soc., Perkin Trans. 1*, **1987**, 1805.

103. Synthesis and Stereoselective Reactions of α,β-Unsaturated Acyl Ligands Bound to the Chiral Auxiliary [(η[5]-C$_5$H$_5$)Fe(CO)(PPh$_3$)]: A review.
**S. G. Davies**, I. M. Dordor-Hedgecock, R. J. C. Easton, S. C. Preston, K. H. Sutton, J. C. Walker, *Bull. Soc. Chim. Fr.*, **1987**, 608.

104. Conformational Analysis of [(η[5]-C$_5$H$_5$)Fe(CO)(PPh$_3$)CH$_2$OMe]: Solvent Dependence of Conformer Populations.
B. K. Blackburn, **S. G. Davies**, M. Whittaker, *Chem. Commun.,* **1987**, 1344

105. Conformational Analysis for the Pseudooctahedral Complexes (η[5]-C$_5$H$_5$)Fe(CO)(PPh$_3$)CH$_2$R [R=Me, Et, *i*-Pr, *t*-Bu, SiMe$_3$, (PMe$_3$)[+], (PPh$_3$)[+], Mesityl, Ph, vinyl, l-Naphthyl]: X-Ray Crystal Structures of (η[5]-C$_5$H$_5$)Fe-(CO)(PPh$_3$)CH$_2$R (R = Me, SiMe$_3$)
**S. G. Davies**, I. M. Dordor-Hedgecock, K. H. Sutton, M. Whittaker, *J. Am. Chem. Soc.,* **1987**, *109*, 5711

106. The Highly Stereoselective Conversion of *N*,*N*-Dimethylamphetamine into *N*-Methylpseudoephedrine; a Mimic of the Enzyme Mediated Stereospecific Benzylic Hydroxylation of 2-Arylethylamines.
J. Blagg, **S. G. Davies**, *Tetrahedron*, **1987**, *43*, 4463

107. Nucleophilic Attack on Unsaturated Hydrocarbons Coordinated to Transition Metals.
**S. G. Davies**, M. L. M. Green, D. M. P. Mingos in "Reactions of Coordinated Ligands" Ed. P. S. Braterman, Plenum, New York, **1986**, *1*, 897

108. Stereospecificity of the Rearrangement of the α-Alkoxy Iron Acyl [(η[5]-C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH$_2$OCH$_2$Ph] to the α-Metalla-ester [(η[5]-C$_5$H$_5$)Fe(CO)(PPh$_3$)CH$_2$CO$_2$CH$_2$Ph].
**S. G. Davies**, M. Wills, *Chem. Commun.,* **1987**, 1647

109. The Asymmetric Synthesis of (-)-Captopril utilising the Iron Chiral Auxiliary [(η[5]-C$_5$H$_5$)Fe(CO)(PPh$_3$)].
G. Bashiardes, **S. G. Davies**, *Tetrahedron Lett.,* **1987**, *28*, 5563

110. Substituted 4*H*-l-Benzopyran-4-ones (Chromones): Synthesis *via* Palladium Catalysed Coupling of their Halogeno Derivatives with Alkenes
**S. G. Davies**, B. E. Mobbs, C. J. Goodwin, *J. Chem. Soc., Perkin Trans. 1*, **1987**, 2597

111. The Stereospecific Synthesis of (-)-(8R) and (-)-(8S)-Methylcanadine.
P. D. Baird, **S. G. Davies**, J. Blagg, K. H. Sutton, *Tetrahedron*, **1988**, *44*, 171

112. Asymmetric Synthesis via the Iron Chiral Auxiliary [(η[5]-C$_5$H$_5$)Fe(CO)(PPh$_3$)].
**S. G. Davies**, *Pure and Applied Chemistry*, **1988**, *60*, 13

113. Asymmetric Synthesis of (1*R*,8*S*)- and (l*S*,8*S*)-l-Hydroxypyrrolizidin-3-ones from Boc-L-Prolinal and (*S*)- and (*R*)-[(η[5]-C$_5$H$_5$)Fe(CO)(PPh$_3$)(Ac)], respectively.
R. P. Becket, **S. G. Davies**, *Chem. Commun.,* **1988**, 160

114. Stereoselective Synthesis of Arenechromium Tricarbonyl Complexes: Origins of the Benzylic Oxygen Directing Effects for l-Tetralol Derivatives
**S. G. Davies**, C. L. Goodfellow, *J. Organometal. Chem*., **1988**, *340*, 195

115. Stereochemical Studies on Marine Cyclic Peroxides: An Unequivocal Assignment of Absolute Stereochemistry by Asymmetric Synthesis.
R. J. Capon, J. K. Macleod, S. J. Coote, **S. G. Davies**, G. L. Gravatt, I. M. Dordor-Hedgecock, M. Whittaker, *Tetrahedron*, **1988**, *44*, 1637

116. Complementary Stereoselective Cyclisations of *N*-(3,4-Dimethoxy-benzyl)ephedrine and its Chromium Tricarbonyl Complex to *trans*- and *cis*-2,3-Dimethyl-4-phenyl-6,7-dimethoxy-1,2,3,4-tetrahydroisoquinolines  Respectively.
S. J. Coote, **S. G. Davies**, *Chem. Commun.,* **1988**, 648

117. Tetrahydroisoquinolines. Part 4. Enantioselective Conversion of (+)-Amphetamine into (+)-(l*R*,3*S*,4*S*)- and (-)-(l*S*,3*S*,4*R*)-1,2,3,4-Tetramethyl-1,2,3,4-tetrahydroisoquinoline *via* Tricarbonyl(arene)chromium Methodology.
S. J. Coote, **S. G. Davies**, K. H. Sutton, *J. Chem. Soc., Perkin Trans. 1*, **1988**, 1481

118. Asymmetric Synthesis of Phenyl Alkyl Sulphoxides *via* the Non-destructive Mediation of the Chiral Iron Acyl [(η[5]-C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH$_2$Me].
**S. G. Davies**, G. L. Gravatt, *Chem. Commun.,* **1988**, 780

119.  "Organometallics in Synthesis: I: The Transition Elements"
      **S. G. Davies**, *SPR: General and Synthetic Methods*, **1988**, *10*, 320

120.  Preparation and Characterisation of Organotransition Metal Langmuir-Blodgett Films.
      T. Richardson, G. G. Roberts, M. E. C. Polywka, **S. G. Davies**, *Thin Solid Films*, **1988**, *160*, 231

121.  A Conformational Analysis of Transition Metal $\eta^1$-Acyl Complexes: Steric Interactions and Stereoelectronic Effects
      B. K. Blackburn, **S. G. Davies**, K. Sutton, M. Whittaker, *Chem. Soc. Rev.,* **1988**, *17*, 147

122.  Asymmetric Synthesis via Chiral Transition Metal Auxiliaries.
      **S. G. Davies**, G. Bashiardes, R. P. Beckett, S. J. Coote, Isabelle M. Dordor-Hedgecock, C. L. Goodfellow, G. L. Gravatt, J. P. McNally, M. Whittaker. *Phil. Trans. R. Soc. Lond. A*, **1988**, *326*, 619.

123.  "Organometallic Chemistry and Organic Synthesis", Ed.
      **S. G. Davies**, M. L. H. Green, *The Royal Society, London*, **1988**.

124.  "Organometallic Chemistry: The Transition Elements"
      **S. G. Davies**, I. M. Dordor-Hedgecock, *Ann. Reports B*, **1987**, 211.

125.  The Asymmetric Synthesis of (-)-Actinonin using the Iron Chiral Auxiliary [($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_3$)].
      G. Bashiardes, **S. G. Davies**, *Tetrahedron Lett.,* **1988**, *29*, 6509

126.  The Asymmetric Synthesis of *cis*-substituted cyclopropanecarboxylic Acid Derivatives.
      P. W. Ambler, **S. G. Davies**, *Tetrahedron Lett.,* **1988**, *29*, 6979

127.  The Asymmetric Synthesis of *trans*-substituted Cyclopropanecarboxylic Acid Derivatives.
      P. W. Ambler, **S. G. Davies**, *Tetrahedron Lett.,* **1988**, *29*, 6983

128.  Chiral Recognition in the Reaction of the Enolate Derived from [($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_3$)COCH$_2$OCH$_2$Ph] with *cis*-
      and *trans*-2,3-Epoxybutane: The Stereoselective Synthesis of *cis*- and *trans*-βγ-Disubstituted-γ-lactones.
      **S. G. Davies**, D. Middlemiss, A. Naylor, M. Wills, *Tetrahedron Lett.,* **1989**, *30*, 587

129.  Asymmetric Synthesis of α-Substituted o-Methoxybenzyl Alcohols *via* Stereoselective Additions to Kinetically
      Resolved o-Anisaldehyde(tricarbonyl)chromium.
      **S. G. Davies**, C. L. Goodfellow. *J. Chem. Soc., Perkin Trans. 1*, **1989**, 192

130.  Synthesis of l-Substituted Derivatives of Codeine from l-Bromocodeine *via* Palladium Catalysed Coupling  Reactions.
      **S. G. Davies**, D. Pyatt, *Heterocycles*, **1989**, *28*, 163

131.  Asymmetric Synthesis - Meeting the Challenge.
      **S. G. Davies**, J. M. Brown, G. W. J. Fleet, A. J. Pratt *Chem. in Brit.,* **1989**, 259

132.  Chiral Auxiliaries.
      **S. G. Davies**, *Chem. in Brit*., **1989**, 268

133.  Asymmetric Synthesis of Differentially Protected α-alkyl Succinates.
      G. Bashiardes, S. P. Collingwood, **S. G. Davies**, S. C. Preston. *J. Organometal. Chem*., **1989**, *364*, C29.

134.  Chiral Succinate Enolate Equivalents for the Asymmetric Synthesis of α-Alkyl Succinic Acid Derivatives.
      G. Bashiardes, S. P. Collingwood, **S. G. Davies**, S. C. Preston, *J. Chem. Soc., Perkin Trans. 1*, **1989**, 1162.

135.  Asymmetric Synthesis of N-Acetyl-1-Phenylethylamine.
      **S. G. Davies**, R. F. Newton, J. M. J. Williams, *Tetrahedron Lett.,* **1989**, *30*, 2967

136.  Application of the Iron Acyl Complex (*R*)-(-)-[($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_3$)COCH$_2$O({1*R*,2*S*,5*R*}Menthyl)] as a
      Homochiral Formyl Anion Equivalent.
      **S. G. Davies**, D. Middlemiss, A. Naylor, M. Wills, *Tetrahedron Lett.,* **1989**, *30*, 2971

137.  Asymmetric synthesis of *R*-α-methyl-o-methybenzyl methyl ether *via* the diastereoselective functionalisation of (+)-(*o*-
      methoxybenzyl methyl ether)chromium tricarbonyl.
      **S. G. Davies**, C. L. Goodfellow, *J. Organometal. Chem.,* **1989**, *370*, C5

138. Enantiospecific Synthesis of (+)-(R)-1-Phenyl-3-methyl-1,2,4,5-Tetrahydrobenz[d]azepine from (+)-(S)-N-Methyl-1-Phenyl Ethanolamine (Halostachine) *via* Arene Chromium Tricarbonyl Methodology.
S. J. Coote, **S. G. Davies**, D. Middlemiss, A. Naylor, *Tetrahedron Lett.,* **1989**, *30*, 3581

139. Preparation and Reactivity of $\eta^6$-Pyridine Tricarbonyl Chromium Complexes.
**S. G. Davies**, M. R. Shipton, *Chem. Commun.,* **1989**, 995.

140. Conformational Analysis for the Ligands $CH_2OR$ (R=Me,$CH_2$Ph, and Menthyl) and $CH_2SR$ (R=Me, Et, $CH_2$Ph, and Ph) Attached to the Iron Chiral Auxiliary [($C_5H_5$)Fe(CO)(PPh$_3$)].
B. K. Blackburn, L. Bromley, **S. G. Davies**, M. Whittaker, R. H. Jones, *J. Chem. Soc., Perkin Trans. 2*, **1989**, 1143.

141. Asymmetric Synthesis of $\alpha$-Substituted Benzyl Alcohols *via* the Stereoselective Addition of Nucleophiles to Homochiral Tricarbonyl($\eta^6$-o-triisopropylsilylbenzaldehyde)chromium(0).
**S. G. Davies**, C. L. Goodfellow, *Synlett*, **1989**, *1*, 59.

142. Conformational Analysis for Ligands Bound to the Chiral Auxiliary [($C_5H_5$)Fe(CO)(PPh$_3$)].
**S. G. Davies**, B. K. Blackburn, M. Whittaker, "Stereochemistry of Organometallic and Inorganic Compounds", Ed. I. Bernal, Elsevier, Amsterdam, **1989**, *3*, 141.

143. Stereoselective $\alpha$-Methylation of *N*-Methyl Benzylamine *via* a Combination of Chromium Tricarbonyl and Chiral Formamidine Methodologies.
J. Albert, **S. G. Davies**, *Tetrahedron Lett.,* **1989**, *30*, 5945.

144. Pyroelectric Organometallic Langmuir-Blodgett films.
R. Colbrook, B. Holcroft, G. G. Roberts, M. E. C. Polywka, **S. G. Davies**, *Ferroelectrics*, **1989**, *92*, 381.

145. Chemical Asymmetric Synthesis.
J. M. Brown, **S. G. Davies**, *Nature*, **1989**, *342*, 631.

146. Enantiospecific Synthesis of (+)-(R)-6,7-Dimethoxy-2-methyl-4-phenyl-1,2,3,4-tetrahydroisoquinoline from (+)-(S)-2-Methylamino-1-phenyl-ethanol (Halostachine)
S. J. Coote, **S. G. Davies**, D. Middlemiss, A. Naylor, *J. Chem. Soc., Perkin Trans. 1*, **1989**, 2223.

147. Tricarbonylchromium(0) Promoted Stereoselective Cyclisations of the *N*-3,4-Dimethoxyphenethyl Derivatives of the 1-Phenyl Ethanolamines Halostachine, Ephedrine and Pseudoephedrine to 1-Phenyl-*N*-Methyl-7,8-Dimethoxy-1,2,4,5-Tetrahydrobenzazepines.
S. J. Coote, **S. G. Davies**, D. Middlemiss, A. Naylor, *Tetrahedron: Asymmetry*, **1990**, *1*, 33.

148. "Organometallic Chemistry: The Transition Elements"
**S. G. Davies**, I. M. Dordor-Hedgecock, *Ann. Reports B*, **1988**, 225.

149. Stereoselective synthesis of *cis*-1,3-disubstituted-1,3-dihydroisobenzofurans via arene chromium tricarbonyl methodology.
S. J. Coote, **S. G. Davies**, D. Middlemiss, A. Naylor, *J. Organometal. Chem.,* **1989**, *379*, 81

150. Asymmetric Synthesis with Transition Metals
**S. G. Davies**, G. Bashiardes, S. J. Coote, C. L. Goodfellow, J. P. McNally, "New Aspects of Organic Chemistry" ed. Z. Yoshida, T. Shiba, Y. Ohshiro, V. C. H. Basel, **1990**, *1*, 81

151. Asymmetric Synthesis of Alpha Substituted Benzyl Alcohols *via* the Stereoselective Addition of Nucleophiles to Homochiral Tricarbonyl($\eta^6$-o-trialkylsilylbenzaldehyde)chromium(0) Complexes
**S. G. Davies**, C. L. Goodfellow, *J. Chem. Soc., Perkin Trans. 1*, **1990**, 393

152. The Characterisation of Organoruthenium Complexes.
T. Richardson, G. G. Roberts, M. E. C. Polywka, **S. G. Davies**, *Thin Solid Films*, **1989**, *179*, 405

153. Regioselective Nucleophilic Additions to Tricarbonyl($\eta^6$-arene)chromium(0) complexes: Electronic *vs.* Chelation Control.
J. Blagg, **S. G. Davies**, C. L. Goodfellow, K. H. Sutton, *J. Chem. Soc., Perkin Trans. 1*, **1990**, 1133

154. The Use of [Fe(CO)$_3$NO]$^-$ for the Carbonylation of primary, secondary and allylic halides.
**S. G. Davies**, A. Ibbotson, A. J. Smallridge, *J. Organometal Chem.,* **1990**, *386*, 195

155.    Assignment of the Absolute Configuration to Winterstein's Acid, R-3-Dimethylamino-3-phenyl Propionic Acid, by the Asymmetric Synthesis of Homochiral (S)-(+)-Ethyl 3-Dimethylamino-3-phenyl Propionate.
**S. G. Davies**, J. Dupont, R. J. C. Easton, *Tetrahedron: Asymmetry*, **1990**, *1*, 279

156.    Chemistry of the Cyclopentadienyl Bisphosphine Ruthenium Auxiliary.
**S. G. Davies**, J. P. McNally, A. J. Smallridge, *Adv. in Organometal. Chem.*, **1990**, *30*, 1

157.    Synthesis of 6-substituted-3,4-dihydro-2*H*-1-benzopyran-2-ones (dihydrocoumarins) via palladium catalysed coupling reactions.
**S. G. Davies**, D. Pyatt, C. Thomson, *J. Organometal. Chem.*, **1990**, *387*, 381

158.    Chiral organometallic NADH mimics: Preparation of homochiral (*R*)-(-)-[($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_2$O-(*l*)-menthyl)]-1-methyl-1,4-dihydronicotinoyl and asymmetric reduction of ethyl benzoylformate.
**S. G. Davies**, R. T. Skerlj, M. Whittaker, *Tetrahedron Lett.,* **1990**, *31*, 3213

159.    Chiral Recognition in the Reaction of the Enolate Derived from [($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_3$)COCH$_2$OCH$_2$Ph] with 1-Phenylethyl Bromide.
**S. G. Davies**, D. Middlemiss, A. Naylor, M. Wills, *Chem. Commun.,* **1990**, 797

160.    Asymmetric Synthesis of 2,4-disubstituted Butyrolactones Using the Iron Chiral Auxiliary [($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_3$)]
**S. G. Davies**, R. Polywka, P. Warner, *Tetrahedron*, **1990**, *46*, 4847

161.    Chiral Recognition in the S$_N$2 Reaction of t-Butyl 2-Bromopropionate with the Enolate derived from [($\eta^5$-$C_5H_5$)Fe(CO)CPPh$_3$)COCH$_3$]
S. P. Collingwood, **S. G. Davies**, S. C. Preston, *Tetrahedron Lett.,* **1990**, *31*, 4067

162.    The Chiral Auxiliary [(C$_5H_5$)Fe(CO)(PPh$_3$)] For Asymmetric Synthesis
**S. G. Davies**, *Aldrichimica Acta*, **1990**, *23*, 31

163.    The Stereoselective reaction of sodium cyanide with the cationic ruthenium vinylidene complex [($\eta^5$-$C_5H_5$)-(PMe$_3$)$_2$Ru=C=C(Me)Ph]$^+$.
**S. G. Davies**, A. J. Smallridge, *J. Organometal Chem.,* **1990**, *395*, C39

164.    Chiral Organometallic NADH mimics: Stereoselective reduction of ethyl benzoylformate utilising the homochiral auxiliary [($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_3$)].
**S. G. Davies**, R. T. Skerlj, M. Whittaker, *Tetrahedron: Asymmetry*, **1990**, *1*, 725

165.    Chirality Recognition in Synthesis.
**S. G. Davies** in "Chirality in Drug Design and Synthesis": Ed. C. Brown, Academic Press, London, **1990**, 181

166.    Chiral Recognition in the Michael Addition Reaction between Lithium *N*-3,4-Dimethoxybenzyl α-Methyl-benzylamide and the Chiral Iron Crotonoyl Complex [(C$_5H_5$)Fe(CO)(PPh$_3$)(COCH=CHMe)].
**S. G. Davies**, O. Ichihara, *Chem. Commun.,* **1990**, 1554

167.    Conformational Analyses for Acetyl and Formyl Ligands Bound to Transition Metal Auxiliaries.
**S. G. Davies**, A. J. Smallridge, *J. Organometal Chem.,* **1990**, *397*, C13

168.    Pyroelectric Organo-ruthenium Langmuir-Blodgett Superlattices.
R. Colbrook, T. Richardson, M. W. Poulter, G. G. Roberts, M. E. C. Polywka, **S. G. Davies**, *Materials Science and Engineering*, **1990**, *B7*, 189

169.    Tricarbonylchromium(0) Promoted Stereoselective Transformations of Ephedrine and Pseudoephedrine Derivatives
S. J. Coote, **S. G. Davies**, C. L. Goodfellow, K. H. Sutton, D. Middlemiss, A. Naylor, *Tetrahedron: Asymmetry*, 1990, *1*, 817.

170.    Chiral Organometallic NADH Mimics: Stereoselective Reduction of Ethyl Benzoylformate utilising the homo-chiral auxiliary [($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_3$)] at C-3 and a chiral β-hydroxy-carboxamide derived from valinol at C-5.
V. A. Burgess, **S. G. Davies**, R. T. Skerlj, *Chem. Commun.,* **1990**, 1759

171.    Pyridine Chromium Tricarbonyl Complexes: Completely Stereoselective α,α-Dialkylation of 2-Methylpyridine Tricarbonylchromium
**S. G. Davies**, M. R. Shipton, *Chem. Commun.,* **1990**, 1780

172.  Stereocontrolled synthesis of *N*-methyl-1,2,3,4-tetrahydroisoquinoline derivatives via chromium tricarbonyl methodologies,
**S. G. Davies**, *J. Organometal Chem.,* **1990**, *400*, 223

173.  Pyridine Chromium Tricarbonyl Complexes: Completely Stereoselective Aldol-Type Reactions Between 2-Ethylpyridine Chromium Tricarbonyl and Non-Enolisable Aldehydes,
**S. G. Davies**, M. R. Shipton, *Synlett*, **1991**, 25

174.  The Preparation of novel ruthenium complexes for use in Langmuir-Blodgett films.
**S. G. Davies**, A. J. Smallridge, R. Colbrook, T. Richardson, G. G. Roberts *J. Organometal Chem.*, **1991**, *401*, 181.

175.  Stereoselective Synthesis of Homochiral Alpha Substituted *o*-Methoxybenzyl Alcohols *via* Nucleophilic Additions to Kinetically Resolved Homochiral Tricarbonyl ($\eta^6$-*o*-anisaldehyde)chromium(0).
L. A. Bromley, **S. G. Davies**, C. L. Goodfellow, *Tetrahedron: Asymmetry*, **1991**, *2*, 139

176.  Self Recognition by the iron chiral auxiliary [($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_3$)] in the formation of (*RR*,*SS*)-[($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_3$)COCH$_2$]$_2$CH$_2$.
G. J. Bodwell, **S. G. Davies**, S. C. Preston, *J. Organometal. Chem.*, **1991**, *402*, C56

177.  Preparation of Tricarbonyl($\eta^6$-pyridine)chromium(0) Complexes.
**S. G. Davies**, M. R. Shipton, *J. Chem. Soc., Perkin Trans. 1*, **1991**, 501

178.  Asymmetric Synthesis of (*R*)-β-Amino Butanoic Acid and (*S*)-β-Tyrosine: Homochiral Lithium Amide Equivalents for Michael Additions to α,β-Unsaturated Esters
**S. G. Davies**, O. Ichihara, *Tetrahedron: Asymmetry*, **1991**, *2*, 183

179.  Tricarbonyl(pyridine)chromium Complexes: Conversion into Tricarbonyl(dihydropyridine)chromium Complexes *via* Regio- and Stereo-selective Nucleophilic Addition Reactions.
**S. G. Davies**, M. R. Shipton, *J. Chem Soc., Perkin Trans. 1*, **1991**, 757

180.  Conformational Analysis and Dynamics of the Triphenylphosphine Ligand in [($\eta^5$-$C_5H_5$)Fe(CO)(PPh$_3$)COCH$_3$]
**S. G. Davies**, A. E. Derome, J. P. McNally, *J. Am. Chem. Soc.*, **1991**, *113*, 2854

181.  Tricarbonylpyridinechromium Complexes: Stereoselective Alkylations and Aldol type Reactions involving α-Carbanions Derived from η-Tricarbonyl(2-alkylpyridine)chromium Complexes.
**S. G. Davies**, A. J. Edwards, M. R. Shipton, *J. Chem. Soc., Perkin Trans. 1*, **1991**, 1009

182.  Stereoselective and Regioselective Functionalisation of Protopine Alkaloids: The Synthesis of 1-Substituted O-Methyldihydrocryptopines
**S. G. Davies**, C. L. Goodfellow, J. M. Peach, A. Waller, *J. Chem. Soc., Perkin Trans. 1*, **1991**, 1019

183.  Chiral Organometallic NADH Mimics: Preparation and X-ray Crystal Structure of Racemic (*RS*)-[Fe($\eta^5$-$C_5H_5$)(CO)(PPh$_3$)(1-methyl-1,4-dihydronicotinoyl)] and Homochiral (*R*)-(–)-[Fe($\eta^5$-$C_5H_5$)(CO){PPh$_2$(O-[(–)-menthyl†])}(1-methyl-1,4-dihydronicotinoyl)] and Asymmetric Redution of Ethyl Benzoylformate.
**S. G. Davies**, A. J. Edwards, R. T. Skerlj, K. H. Sutton, M. Whittaker, *J. Chem. Soc., Perkin Trans. 1*, **1991**, 1027

184.  Metallacyclobutanes from Nucleophilic Attack on π-Allyl-Metal Complexes.
**S. G. Davies** in Inorganic Reactions and Methods. Eds. J. J. Zuckerman and A. P. Hagan, VCH Publishers Inc., **1991**, *12a*, 132

185.  NADH Mimics for the Stereoselective Reduction of Benzoylformates to the Corresponding Mandelates
V. A. Burgess, **S. G. Davies**, R. T. Skerlj, *Tetrahedron: Asymmetry*, **1991**, *2*, 299

186.  Kinetic Resolution Strategies I: Enhanced Product Enantiomeric Excesses and Yields in Sharpless Epoxidations
S. M. Brown, **S. G. Davies**, J. A. A. de Sousa, *Tetrahedron: Asymmetry*, **1991**, *2*, 511

187.  Synthetic Applications of Chromium Tricarbonyl Stabilised Benzylic Carbanions.
S. J. Coote, **S. G. Davies**, C. L. Goodfellow, Advances in Metal-Organic Chemistry, **1991**, *2*, 1-57. Ed. L. S. Liebeskind, JAI Press, London.

188. Organometallic Langmuir-Blodgett Multilayers: Pyroelectric and Dielectric Properties.
M. W. Pouler, T. Richardson, G. G. Roberts, A. Smallridge, **S. G. Davies**, *Proc. Int. Symp. on Applied Ferroelectrics*, IEEE Proc., (CH2 800-1), **1990**, *90*, 395.

189. The Stereoselective Nucleophilic Addition of Cyanide to the Cationic Ruthenium Complexes $[(\eta^5\text{-}C_5H_5)\text{-}L_2Ru=C=C(Me)Ph]^+$ ($L_2 = (PMe_3)_2$ or $(PPh_2CH_2)_2$)
**S. G. Davies**, A. J. Smallridge, *J. Organometal Chem.,* **1991**, *413*, 313

190. Bifunctional Chiral Auxiliaries 1: The Aldol Reaction between Dialkylboron Enolates of 1,3-Dipropionyl-trans-4,5-tetramethyleneimidazolidin-2-one and Aldehydes.
**S. G. Davies**, A. A. Mortlock, *Tetrahedron Lett.,* **1991**, *32*, 4787

191. Bifunctional Chiral Auxiliaries 2: The Synthesis of 1,3-Diacylimidazolidin-2-ones from 1,2-Diamines.
**S. G. Davies**, A. A. Mortlock, *Tetrahedron Lett.,* **1991**, *32*, 4791

192. Towards the Optimisation of Pyroelectric Organo-Metallic Superlattices.
R. Colbrook, R. Richardson, G. G. Roberts, A. Smallridge, **S. G. Davies**, *Ferroelectrics*, **1991**, *118*, 209

193. Stereoselective Alkylations of Enolates Derived from Ligands Attached to the Indenyl Iron Chiral Auxiliary $[(\eta^5\text{-}C_9H_7)Fe(CO)(PPh_3)]$: X-ray Crystal Structure and Conformational Analysis of $[(\eta^5\text{-}C_9H_7)Fe(CO)(PPh_3)COCH_3]$
**S. G. Davies**, K. S. Holland, K. H. Sutton, J. P. McNally, *Israel J. Chem.,* **1991**, *31*, 25

194. Bifunctional Chiral Auxiliaries 3: Synthesis of Homochiral 1,3-Diols *via* Asymmetric Aldol Reactions of Dialkylboron Enolates of 1,3-Dipropionyl-*trans*-4,5-diphenylimidazolidin-2-one and Aldehydes.
**S. G. Davies**, A. A. Mortlock, *Tetrahedron: Asymmetry*, **1991**, *2*, 1001

195. Asymmetric Syntheses of Ethyl (S)-(+)-2-Methylhept-4-ynoate Using Both Enantiomers of the Chiral Iron Auxiliary $[(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)]$.
G. J. Bodwell, **S. G. Davies**, *Tetrahedron: Asymmetry*, **1991**, *2*, 1075

196. Asymmetric Synthesis of Homochiral β-Lactones via the Iron Chiral Auxiliary $[(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)]$.
S. C. Case-Green, **S. G. Davies**, C. J. R. Hedgecock, *Synlett*, **1991**, 779

197. Asymmetric Synthesis of (-)-Tetrahydrolipstatin.
S. C. Case-Green, **S. G. Davies**, C. J. R. Hedgecock, *Synlett*, **1991**, 781

198. Asymmetric Synthesis of 2-Aryl Tetrahydropyrans *via* Arene Chromium Tricarbonyl Methodology 1: *cis*-2-aryl-4-Chloro-Tetrahydropyrans
**S. G. Davies**, T. J. Donohoe, M. A. Lister, *Tetrahedron: Asymmetry*, **1991**, *2*, 1085

199. Asymmetric Synthesis of 2-Aryltetrahydropyrans *via* Arene Chromium Tricarbonyl Methodology 2: 2-Aryl-3-Ethyl-4-Chloro-Tetrahydropyrans.
**S. G. Davies**, T. J. Donohoe, M. A. Lister, *Tetrahedron: Asymmetry*, **1991**, *2*, 1089

200. A Study of the Aldol Reaction between Enolates derived from the Iron Acetyl Complex $[(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)COCH_3]$ and 2,3-O-Isopropylidene-D-glyceraldehyde
G. J. Bodwell, **S. G. Davies**, A. A. Mortlock, *Tetrahedron*, **1991**, *47*, 10077

201. Stoicheiometric Chiral Auxiliaries - Potential for Large Scale Synthesis.
M. E. C. Polywka, **S. G. Davies**, *Pharm. Manuf. Rev.*, **1991**, *3*, 13

202. Asymmetric Synthesis of (1R,8S)- and (1S,8S)-1-hydroxypyrrolizidin-3-ones *via* the aldol reaction between N-Boc-(S)-prolinal and chiral acetate enolate equivalents derived from (S)- and (R)- $[(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)COCH_3]$.
R. P. Beckett, **S. G. Davies**, A. A. Mortlock, *Tetrahedron: Asymmetry*, **1992**, *3*, 123

203. Bifunctional Chiral Auxiliaries 4: Alkylation of Enolates Derived from 1,3-Diacyl-*trans*-4,5-tetramethylene-imidazolidin-2-one.
**S. G. Davies**, A. A. Mortlock, *Tetrahedron Lett.*, **1992**, *33*, 1117

204. Stereoselective manipulation of acetals derived from *o*-substituted benzaldehyde chromium tricarbonyl complexes.
**S. G. Davies**, T. J. Donohoe, J. M. J. Williams, *Pure and Applied Chem.,* **1992**, *64*, 379

205.  Asymmetric Synthesis *via* Homochiral *o*-Anisaldehyde Chromium Tricarbonyl.
**S. G. Davies**, T. J. Donohoe, in "Selective Reactions of Metal-Activated Molecules". Eds: H. Werner, A. G. Griesbeck, W. Adam, G. Bringmann and W. Kiefer, Vieweg, Braunschweig, **1992**, 9.

206.  Pyroelectric organo-ruthenium Langmuir-Blodgett films.
M. W. Poulter, G. G. Roberts, J. F. Costello, **S. G. Davies**, A. J. Edwards, *Thin Solid Films*, **1992**, *210/211*, 427

207.  Chiral organometallic NADH mimics: Highly stereoselective reductions of ethyl benzoylformate with a 1,4-dihydronicotinoyl fragment attached to the homochiral auxiliary [($\eta^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)] and possessing a homochiral β-hydroxy-carboxamide at C-5.
V. A. Burgess, **S. G. Davies**, R. T. Skerlj, M. Whittaker, *Tetrahedron: Asymmetry*, **1992**, *3*, 871

208.  Asymmetric Synthesis of (*R*)-(+)-α-Methyl-*o*-methoxybenzyl Methyl Ether *via* the Stereoselective Benzylic Elaboration of Tricarbonyl ($\eta^6$-*o*-methoxybenzyl methyl ether)chromium(0).
**S. G. Davies**, C. L. Goodfellow, K. H. Sutton, *Tetrahedron: Asymmetry*, **1992**, *3*, 1303

209.  Organometallic Photoelectrochemistry: The Photo-Oxidation of an (Arene)Chromium Tricarbonyl System.
R. G. Compton, R. Barghout, J. C. Eklund, A. C. Fisher, **S. G. Davies**, M. R. Metzler, *J. Chem. Soc., Perkin Trans. 2.*, **1993**, 39

210.  Asymmetric Synthesis of (-)-Actinonin and (-)-*epi*-Actinonin.
G. Bashiardes, G. J. Bodwell, **S. G. Davies**, *J. Chem. Soc., Perkin Trans. 1,* **1993**, 459

211.  Photolabilisation of the Triphenylphosphine Ligand in the Aminocarbene Complex [($\eta^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)=C-(NHCH$_2$Ph)CH$_3$]$^+$BF$_4$-.
**S. G. Davies**, M. R. Metzler, K. Yanada, R. Yanada, *Chem. Commun.,* **1993**, 658

212.  Arene Chromium Tricarbonyl Stabilised Benzylic Carbocations.
**S. G. Davies**, T. J. Donohoe, *Synlett*, **1993**, 323

213.  Advanced Technologies for Asymmetric Synthesis.
**S. G. Davies**, M. E. C. Polywka. *Pharm. Manuf. Int*., **1993**, 133

214.  Kinetic Resolution Strategies II: Enhanced Enantiomeric Excesses and Yields for the Faster Reacting Enantiomer    in Lipase Medicated Kinetic Resolutions.
S. M. Brown, **S. G. Davies**, J. A. A. de Sousa, *Tetrahedron: Asymmetry*, **1993**, *4*, 813

215.  Asymmetric Synthesis with Stoicheiometric Chiral Auxiliaries.
M. E. C. Polywka, **S. G. Davies**, *Pharm. Tech. Int.,* **1993**, *5*, 28

216.  Bifunctional Chiral Auxiliaries 5: The Synthesis of 1,3-Diacylimidazolidine-2-thiones and 1,3-Diacylimidazolidin-2-ones from 1,2-Diamines.
**S. G. Davies**, A. A. Mortlock, *Tetrahedron*, **1993**, *49*, 4419

217.  Stereoselective Formation of 4-Substituted-1,4-Dihydronicotinoyl Complexes Utilizing the Chiral Auxiliary [($\eta^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)].
R. P. Beckett, V. A. Burgess, **S. G. Davies**, M. Whittaker, *Tetrahedron Lett.,* **1993**, *34*, 3617

218.  Photolabilisation of Phosphine Ligands Bound to Iron: Photofragmentation Voltammetry Analysis,
**S. G. Davies**, M. R. Metzler, C. Watkins, R. G. Compton, J. Booth, J. C. Eklund, *J. Chem Soc., Perkin Trans. 2*, **1993**, 1005

219.  Asymmetric Synthesis of (*S*)-(-)-Methyl Tropinate: Application of the Iron Acyl Complex (*S*)-(+)-[($\eta^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH$_2$Ph] as a Homochiral Phenylacetate Enolate Equivalent.
T. M. Baker, G. J. Bodwell, **S. G. Davies**, A. J. Edwards, M. R. Metzler, *Tetrahedron*, **1993**, *49*, 5635

220.  Resolution of the Chiral Iron Acetyl Complex [(C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH$_3$]
R. W. Baker, **S. G. Davies**, *Tetrahedron: Asymmetry*, **1993**, *4*, 1479

221.  An Expeditious Asymmetric Synthesis of (-)-(1R,2S)-Cispentacin.
**S. G. Davies**, O. Ichihara, I. A. S. Walters, *Synlett*, **1993**, 461

222. Asymmetric Syntheses of β-Phenylalanine, α-Methyl-β-phenylalanines and Derivatives.
**S. G. Davies**, N. M. Garrido, O. Ichihara, I. A. S. Walters, *Chem. Commun.,* **1993**, 1153

223. Asymmetric Synthesis of Homochiral *syn* and *anti*-3-Phenylisoserine Derivatives: A Practical Strategy for the synthesis of the Taxol C-13 Side Chain.
M. E. Bunnage, **S. G. Davies**, C. J. Goodwin, *J. Chem. Soc., Perkin Trans. 1*, **1993**, 1375

224. Stereoselective Synthesis of (3$R$,4$S$)-Statine Utilising the Iron Acetyl Complex [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)COMe] as a Chiral Acetate Enolate Equivalent.
J. W. B. Cooke, **S. G. Davies**, A. Naylor, *Tetrahedron*, **1993**, *49*, 7955

225. Photofragmentation Voltammetry Studies of the Aminocarbene Complexes [(η$^5$-C$_5$H$_5$)Fe(CO)(L)-{=C(NHR$^1$)(R$^2$)}]BF$_4$ [L = PPh$_3$, P($p$Tol)$_3$; R$^1$ = Me, CH$_2$Ph; R$^2$ = Me, Bu].
**S. G. Davies**, M. R. Metzler, W. C. Watkins, R. G. Compton, J. Booth, J. C. Eklund, *J. Chem. Soc., Perkin Trans. 2*, **1993**, 1603

226. Asymmetric Synthesis of Allophenylnorstatine.
M. E. Bunnage, **S. G. Davies**, C. J. Goodwin, *Synlett*, **1993**, 731

227. Kinetic Resolution of the Chiral Iron Acetyl [(Fe(η$^5$-C$_5$H$_5$)(CO)(PPh$_3$)COMe]
S. C. Case-Green, J. F. Costello, **S. G. Davies**, N. Heaton, C. J. R. Hedgecock, J. C. Prime, *Chem. Commun.,* **1993**, 1621

228. Synthesis and Reactivity of the Pentamethylcyclopentadienyl Iron Acetyl Complex [(η$^5$- C$_5$Me$_5$)Fe(CO)(PPh$_3$)COMe].
J. -P. Barras, **S. G. Davies**, M. R. Metzler, A. J. Edwards, V. M. Humphries, K. Prout, *J. Organometal. Chem.,* **1993**, *461*, 157

229. Base induced C-5 Epimerisation of 4-Methyl-5-phenyl Oxazolidinones: Chiral Auxiliaries Derived from Norephedrine and Norpseudoephedrine
**S. G. Davies**, G. J. -M. Doisneau, *Tetrahedron: Asymmetry*, **1993**, *4*, 2513

230. Photoelectrochemistry of some Organochromium Carbonyl Compounds
R. G. Compton, R. Barghout, J. C. Eklund, A. C. Fisher, **S. G. Davies**, M. R. Metzler, A. M. Bond, R. Colton, J. N. Walker, *J. Chem. Soc., Dalton*, **1993**, 3641

231. Asymmetric Michael Additions of Homochiral Magnesium Amides
M. E. Bunnage, **S. G. Davies**, C. J. Goodwin, I. A. S. Walters, *Tetrahedron: Asymmetry*, **1994**, *5*, 35

232. A Succinct Asymmetric Synthesis of (2S,3R)-2-Methyl-3-aminopentanoic Acid Hydrochloride.
**S. G. Davies**, O. Ichihara, I. A. S. Walters, *Synlett*, **1994**, 117

233. Asymmetric Synthesis of (2$S$,3$R$)-3-Amino-2-Hydroxydecanoic Acid: The Unknown Amino Acid Component of Microgenin.
M. E. Bunnage, A. J. Burke, **S. G. Davies**, C. J. Goodwin, *Tetrahedron: Asymmetry*, **1994**, *5*, 203

234. Contrasting Ligand Photolabilisations in the Acetyl Complexes [(η$^5$-C$_5$R$_5$)Fe(CO)(PPh$_3$)COMe] (R=H, Me).
**S. G. Davies**, W. C. Watkins, *Chem. Commun.*, **1994**, 491

235. Synthesis of 5-substituted-3,3,-Dimethyl-2-Pyrrolidinones: "Quat" Chiral Auxiliaries.
**S. G. Davies**, G. J. -M. Doisneau, J. C. Prodger, H. J. Sanganee, *Tetrahedron Lett.,* **1994**, *35*, 2369

236. Asymmetric Aldol and Alkylation Reactions Mediated by the "Quat" Chiral Auxiliary (*R*)-(-)-5-Methyl-3,3-Dimethyl-2-Pyrrolidinone.
**S. G. Davies**, G. J. -M. Doisneau, J. C. Prodger, H. J. Sanganee, *Tetrahedron Lett.,* **1994**, *35*, 2373

237. An Expeditious Asymmetric Synthesis of Allophenylnorstatine.
M. E. Bunnage, **S. G. Davies**, C. J. Goodwin, O. Ichihara, *Tetrahedron*, **1994**, *50*, 3975

238. Bifunctional Chiral Auxiliaries 6: Alkylations of Enolates Derived from 1,3-Diacylimidazolidine-2-thiones and 1,3-Diacylimidazolidin-2-ones.
**S. G. Davies**, G. B. Evans, A. A. Mortlock, *Tetrahedron: Asymmetry*, **1994**, *5*, 585

239. Kinetic Resolution of the Chiral Iron Acetyl Complexes [Fe(CO)($\eta^5$C$_5$H$_5$)(L)COCH$_3$] [L=PPh$_3$, P($p$-tolyl)$_3$] $via$ Aldol Reactions with Camphor.
S. C. Case-Green, J. F. Costello, **S. G. Davies**, N. Heaton, C. J. R. Hedgecock, V. M. Humphries, M. R. Metzler and J. C. Prime, *J. Chem. Soc., Perkin Trans. 1*, **1994**, 933

240. Asymmetric Synthesis of anti-$\alpha$-Alkyl-$\beta$-amino Acids.
**S. G. Davies**, I. A. S. Walters, *J. Chem. Soc., Perkin Trans. 1*, **1994**, 1129

241. Asymmetric Synthesis of syn-$\alpha$-Alkyl-$\beta$-amino Acids.
**S. G. Davies**, O. Ichihara, I. A. S. Walters, *J. Chem. Soc., Perkin Trans. 1*, **1994**, 1141

242. Bifunctional Chiral Auxiliaries 7: Aldol Reactions of Enolates Derived from 1,3-Diacylimidazolidine-2-thiones and 1,3-Diacylimidazolidin-2-ones.
**S. G. Davies**, A. J. Edwards, G. B. Evans, A. A. Mortlock, *Tetrahedron*, **1994**, *50*, 6621

243. Asymmetric Synthesis of (-)-(1$R$,2$S$)-Cispentacin and Related $cis$- and $trans$-2-Amino Cyclopentane- and its Cyclohexane-1-carboxylic Acid.
**S. G. Davies**, O. Ichihara, I. Lenoir, I. A. S. Walters, *J. Chem. Soc., Perkin Trans. 1*, **1994**, 1411

244. Bifunctional Chiral Auxiliaries 8: Utilisation of Tartaric Acid Derived Auxiliaries in Aldol and Alkylation Reactions.
**S. G. Davies**, G. B . Evans, S. Pearce, *Tetrahedron*, **1994**, *50*, 7521

245. A Novel One-pot Synthesis of Homochiral ($R$)-(-)- and ($S$)-(+)-Fe(CO)($\eta^5$-C$_5$H$_5$)(PPh$_3$)COCH$_3$.
S. J. Cook, J. F. Costello, **S. G. Davies**, H. T. Kruk, *J. Chem. Soc., Perkin Trans. 1*, **1994**, 2369

246. Asymmetric Synthesis of $\beta$-Amino-$\alpha$-Hydroxy Acids via Diastereoselective Hydroxylation of Homochiral $\beta$-Amino Enolates.
M. E. Bunnage, A. N. Chernega, **S. G. Davies**, C. J. Goodwin, *J. Chem. Soc., Perkin Trans. 1*, **1994**, 2373

247. Asymmetric Synthesis of the Taxol and Taxotère C-13 Side Chains.
M. E. Bunnage, **S. G. Davies**, C. J. Goodwin, *J. Chem. Soc., Perkin Trans. 1*, **1994**, 2385

248. Origins of the High Stereoselectivity in the Conjugate Addition of Lithium ($\alpha$-methylbenzyl) benzylamide to $t$-butyl Cinnamate.
J. F. Costello, **S. G. Davies**, O. Ichihara, *Tetrahedron: Asymmetry*, **1994**, *5*, 1999

249. Opening of Carbohydrate 5,6-Epoxides with Chiral Acetate and Propionate Enolate Equivalents Attached to the Iron Chiral Auxiliary [(C$_5$H$_5$)Fe(CO)(PPh$_3$)].
**S. G. Davies**, H. M. Kellie, R. Polywka, *Tetrahedron: Asymmetry*, **1994**, *5*, 2563

250. How to sugar the pill
J. M. Brown, **S. G. Davies**, *Nature*, **1994**, *370*, 418

251. Asymmetric Synthesis of the $N$-terminal component of Microginin: (2$S$,3$R$)-3-Amino-2-Hydroxydecanoic Acid, (2$R$,3$R$)-Epimer and (3$R$)-3-Aminodecanoic Acid.
M. E. Bunnage, A. J. Burke, **S. G. Davies**, C. J. Goodwin, *Tetrahedron: Asymmetry*, **1995**, *6*, 165

252. $\alpha$-Stereoselective Tandem Additions to ($ortho$-Methoxystyrene)Chromium Tricarbonyl
**S. G. Davies**, O. M. L. R. Furtado, D. Hepworth, T. Loveridge, *Synlett*, **1995**, 69

253. Asymmetric Synthesis of the Enantiomers of the Diarylcarbinol (1$R$)- and (1$S$)-1-(1-Hydroxyphenylmethyl)-2-hydroxybenzene.
**S. G. Davies**, W. E. Hume, *Chem. Commun.,* **1995**, 251

254. Enantiospecific Conversion of ($S$)-Alanine to ($R$)-$\alpha$-Methyl Phenylalanine.
F. Alonso, **S. G. Davies**, *Tetrahedron: Asymmetry*, **1995**, *6*, 353

255. 4-Substituted-5,5-Dimethyl Oxazolidin-3-ones as Effective Chiral Auxiliaries for Enolate Alkylations and Michael Additions
**S. G. Davies**, H. J. Sanganee, *Tetrahedron: Asymmetry*, **1995**, *6*, 671

256. Smiles Rearrangements Promoted by Complexation to Chromium Tricarbonyl
**S. G. Davies**, W. E. Hume, *Tetrahedron Lett.,* **1995**, *36*, 2673

257. A Stereocontrolled Approach to 1β-Methylcarbapenem
**S. G. Davies**, C. J. R. Hedgecock, J. M. Mckenna, *Tetrahedron: Asymmetry*, **1995**, *6*, 827

258. Regioselective *ortho* Substitution of Diphenyl Sulfoxide Chromium Tricarbonyl: Complementary Stereoselectivities for the Mono- and Di-anions.
**S. G. Davies**, T. Loveridge, J. M. Clough, *Chem. Commun*, **1995**, 817

259. Voltammetry Under High Mass Transport Conditions: A High Speed Channel Electrode for the Study of Ultra-fast kinetics.
N. V. Rees, R. A. W. Dryfe, J. A. Cooper, B. A. Coles, R. G. Compton, **S. G. Davies**, T. McCarthy, *J. Phys. Chem*, **1995**, *99*, 7096

260. Asymmetric Synthesis of anti-α-Alkyl-β-Amino Carboxamides.
**S. G. Davies**, Alison J. Edwards, I. A. S. Walters, *Recl. Trav. Chim. Pays-Bas*, **1995**, *114*, 175

261. Lithium (α-Methylbenzyl)allylamide: A Differentially Protected Chiral Ammonia Equivalent for the Asymmetric Synthesis of β-Amino Acids and β-Lactams.
**S. G. Davies**, D. R. Fenwick, *Chem. Commun.,* **1995**, 1109

262. An Asymmetric Synthesis of *N*-Protected β-Amino Aldehydes and β-Amino Ketones.
**S. G. Davies**, T. D. McCarthy, *Synlett*, **1995**, 700

263. A Formal Total Asymmetric Synthesis of (+)-Thienamycin
**S. G. Davies**, C. J. R. Hedgecock, J. M. McKenna, *Tetrahedron: Asymmetry*, **1995**, *6*, 2507

264. Transition Metal Arene Complexes: Side-chain Activation and Control of Stereochemistry
**S. G. Davies**, T. D. McCarthy, *Comprehensive Organometallic Chemistry II*, Pergamon Press, Oxford, **1995**, *12*, 1039

265. Asymmetric Synthesis of (*R*)-Hexane-1,5-diol and (*R*)-Hex-3-ene-1,5-diol *via* a Tandem Asymmetric Conjugate Addition/Stereospecific Meisenheimer Rearrangement Protocol.
**S. G. Davies**, G. D. Smyth, *Tetrahedron: Asymmetry*, **1996**, *7*, 1001

266. Asymmetric Synthesis of (*R*)-Sulcatol
**S. G. Davies**, G. D. Smyth., *Tetrahedron: Asymmetry*, **1996**, *7*, 1005

267. Asymmetric Synthesis of Methyl α-L-Daunosaminide Hydrochloride.
**S. G. Davies**, G. D. Smyth., *Tetrahedron: Asymmetry*, **1996**, *7*, 1273

268. A Formal Synthesis of (-)-Pumiliotoxin C.
**S. G. Davies**, G. Bhalay, *Tetrahedron: Asymmetry*, **1996**, *7*, 1595

269. Asymmetric Synthesis of (+)-Negamycin
**S. G. Davies**, O. Ichihara, *Tetrahedron: Asymmetry*, **1996**, *7*, 1919

270. Asymmetric Synthesis of Moiramide B
D. J. Dixon, **S. G. Davies**, *Chem. Commun.,* **1996**, 1797

271. Asymmetric Synthesis of benzaldehyde- and o-Anisaldehyde-methyl isopropyl acetals.
**S. G. Davies**, L. M. A. R. B. Correia, *Chem. Commun.,* **1996**, 1803

272. Asymmetric Synthesis of (2*S*,3*S*)- and (2*R*,3*S*)-2,3-Diaminobutanoic Acids, Non-Protein Amino-Acid Diastereomers Found in a Number of Peptide Antibiotics.
A. J. Burke, **S. G. Davies**, C. J. R. Hedgecock, *Synlett*, **1996**, 621

273. Voltammetry under high mass transport conditions. The application of the high speed channel electrode to the reduction of pentafluoronitrobenzene
B. A. Coles, R. A. W. Dryfe, N. V. Rees, R. G. Compton, **S. G. Davies**, T. D. McCarthy, *J. Electroanalytical Chem.,* **1996**, *411*, 121

274. Asymmetric Synthesis of (*R*)-Hexane-1,5-diol, (*R*)-Hex-3-ene-1,5-diol and (*R*)-6-Methylhept-5-en-2-ol (Sulcatol) Employing a Tandem Asymmetric Conjugate Addition and Stereospecific Meisenheimer Rearrangement Protocol.

**S. G. Davies**, G. D. Smyth, *J. Chem. Soc., Perkin Trans. 1*, **1996**, 2467

275.   Application of the Chiral Auxiliary [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)] to the Stereoselective Formation of 4-Substituted-1,4-dihydronicotinoyl complexes.
R. P. Beckett, V. A. Burgess, **S. G. Davies**, G. Y. Krippner, K. H. Sutton, M. Whittaker, *Inorg. Chim. Acta*, 1996, *251*, 265

276.   Structure of Organoruthenium-Derived Langmuir Monolayers at the Air-Water Interface: A Molecular Modelling Approach
J. F. Costello, **S. G. Davies**, R. M. Highcock, M. E. C. Polywka, M. W. Poulter, T. Richardson, G. G. Roberts, *J. Chem. Soc., Dalton*, **1997**, 105

277.   Asymmetric Synthesis of β-Amino Acids via the Michael Addition of Chiral Metal Amides
**S. G. Davies**, O. Ichihara, *Yuki Gosei Kagaku Kyokaishi (J. Synth. Org. Chem. Jpn.)*, **1997**, *55*, 26

278.   Stereoselective Methodology for 1-Aryl-1-alkyl Epoxides via Chromium Tricarbonyl Complex
**S. G. Davies**, T. Loveridge, J. M. Clough, *Synlett*, **1997**, 66

279.   Use of Lithium (α-methylbenzyl)allylamide) for a Formal Asymmetric Synthesis of Thienamycin.
**S. G. Davies**, D. R. Fenwick, *Chem. Commun.,* **1997**, 565

280.   Ultrasound-assisted Electrochemical Reduction of Emulsions in Aqueous Media.
F. Marken, R. G. Compton, S. D. Bull, **S. G. Davies**, *Chem. Commun.,* **1997**, 995

281.   Homogeneous and heterogeneous catalytic redox processes: solution and solid state voltammetry of lead complexes at carbon electrodes.
W. F. Leslie, R. G. Compton, M. G. Maloney, E. Sanders, **S. G. Davies**, S. D. Bull, *J. Electroanalytical Chem.,* **1997**, *424*, 25

282.   Asymmetric Synthesis of (*R*)- and (*S*)-methyl (2-methoxycarbonylcyclopent-2-enyl)acetate and (*R*)- and (*S*)-2-(2-hydroxymethyl-cyclopent-2-enyl)ethanol.
J. G. Urones, N. M. Garrido, D. Diez, S. H. Dominguez, **S. G. Davies**, *Tetrahedron: Asymmetry*, **1997**, *8*, 2683

283.   Electrolysis in the presence of ultrasound: cell geometries for the application of extreme rates of mass transfer in electrosynthesis.
F. Marken, R. G. Compton, **S. G. Davies**, S. D. Bull, T. Thiemann, M. L. Sa e Melo, A. C. Neves, J. Castillo, C. G. Jung, A. Fontana, *J. Chem. Soc., Perkin Trans. 2*, **1997**, 2055

284.   The use of lithium (α-methylbenzyl)allylamide for the asymmetric synthesis of unsaturated β-amino acid   derivatives.
**S. G. Davies**, D. R. Fenwick, O. Ichihara, *Tetrahedron: Asymmetry*, **1997**, *8*, 3387

285.   Redox processes in microdroplets studied by voltammetry, microscopy and ESR spectroscopy: Oxidation of *N,N,N',N'*-tetrahexylphenylene diamine deposited on solid electrode surfaces and immersed in aqueous electrolyte solution.
F. Marken, R. D. Webster, S. D. Bull, **S. G. Davies**, *J. Electroanal. Chem.*, **1997**, *437*, 209

286.   Enantiospecific alkylations of alanine
F. Alonso, **S. G. Davies**, A. S. Elend, J. L. Haggitt, *J. Chem. Soc., Perkin Trans. 1*, **1998**, 257

287.   A Highly Acid Labile Silicon Linker for Solid Phase Synthesis.
N. D. Hone, **S. G. Davies**, N. J. Devereux, S. L. Taylor, A. D. Baxter, *Tetrahedron Lett.,* **1998**, *39*, 897

288.   Practical Synthesis of Schollkopf's bis-lactim ether chiral auxiliary: (3*S*)-3,6-dihydro-2,5-dimethoxy-3-isopropyl-pyrazine.
S. D. Bull, **S. G. Davies**, W. O. Moss, *Tetrahedron: Asymmetry*, **1998**, *9*, 321

289.   Chiral relay auxiliary for the synthesis of enantiomerically pure α-amino acids
S. D. Bull, **S. G. Davies**, S. W. Epstein, J. V. A. Ouzman, *Chem. Commun.,* **1998**, 659

290.   Photoinduced Configurational Instability at Iron in the Aminocarbene Complexes [(C$_5$H$_5$)Fe(CO)(L){=C(NHR$^2$)-(CH$_2$R$^1$)}]$^+$BF$_4^-$
S. Jones, **S. G. Davies**, M. R. Metzler, K. Yanada, R. Yanada, *J. Chem. Soc., Perkin Trans. 2*, **1998**, 1147

291.    A Practical Procedure for the Multigram Synthesis of the SuperQuat Chiral Auxiliaries.
        S. D. Bull, **S. G. Davies**, S. Jones, M. E. C. Polywka, R. S. Prasad, H. J. Sanganee, *Synlett*, **1998**, 519

292.    Chiral relay effects influence the facial selectivity of *N*-alkylated 5-phenylmorpholin-2-one enolates.
        S. D. Bull, **S. G. Davies**, D. J. Fox, T. G. R. Sellers, *Tetrahedron: Asymmetry*, **1998**, *9*, 1483

293.    Synthesis and reactivity of a range of 2-ferrocenyl-3-pivaloyl-1,3-oxazolidin-5-ones
        F. Alonso, **S. G. Davies**, C. A. P. Smethurst, *J. Organometal. Chem.*, **1998**, *553*, 463

294.    Synthesis and Characterisation of the aminocarbene complexes [(C$_5$H$_5$)Fe(CO)(L){=C(NHR$^2$)-(CH$_2$R$^1$)}]$^+$BF$_4^-$. [R$^1$ = H, Me or Pr; R$^2$ = H, Me, Et, CHMe$_2$, CH$_2$Ph, CH(Me)PH, CH$_2$CH=CH$_2$ or CH$_2$CH$_2$OH]
        **S. G. Davies**, A. J. Edwards, S. Jones, M. R. Metzler, K. Yanada, R. Yanada, *J. Chem. Soc., Dalton*, **1998**, 1587

295.    The Conformational Analysis of Phosphine Ligands in Organometallic Complexes. Part 1. Triphenylphosphine Coordinated to an Achiral Metal Centre.
        J. F. Costello, **S. G. Davies**, *J. Chem. Soc., Perkin Trans. 2*, **1998**, 1683

296.    Mechanisms of nucleophilic substitutions of acetals
        S. D. Bull, L. M. A. R. B. Correia, **S. G. Davies**, *J. Chem. Soc., Perkin Trans. 1*, **1998**, 2231

297.    The Biosynthetic Origin of Diketopiperazines Derived from D-proline.
        S. D. Bull, **S. G. Davies**, R. M. Parkin, F. Sanchez-Sancho, *J. Chem. Soc., Perkin Trans. 1*, **1998**, 2313

298.    A Chiral Relay Auxiliary for the Synthesis of Homochiral α-Amino Acids.
        S. D. Bull, **S. G. Davies**, S. W. Epstein, M. A. Leech, J. A. V. Ouzman, *J. Chem. Soc., Perkin Trans. 1*, **1998**, 2321

299.    Selective Deprotection Strategies to *N*-(α-methylbenzyl)-β-amino esters and derived β-lactams
        **S. G. Davies**, O. Ichihara, *Tetrahedron Lett.*, **1998**, *39*, 6045

300.    Asymmetric Synthesis of (2*R*,5*R*)-2,5-Diamino-1,6-dioic Acid
        S. D. Bull, A. N. Chernega, **S. G. Davies**, W. O. Moss, R. M. Parkin, *Tetrahedron*, **1998**, *54*, 10379

301.    Deracemisation of α-amino acids – (*R*)- and (*S*)-phenylalanine from the same enantiomer of a homochiral auxiliary.
        **S. G. Davies**, S. D. Bull, S. W. Epstein, J. A. V. Ouzman, *Tetrahedron: Asymmetry*, **1998**, *9*, 2795

302.    First asymmetric synthesis of the Kelatorphan-like enkephalinase inhibitor (1*S*,2*R*,2'*S*)-2-[2'-(*N*-hydroxycarbamoylmethyl)-3'-phenylpropionylamino]cyclohexane-1-carboxylic acid.
        **S. G. Davies**, D. J. Dixon, *J. Chem. Soc., Perkin Trans. 1*, **1998**, 2629

303.    Asymmetric syntheses of moiramide B and andrimid.
        **S. G. Davies**, D. J. Dixon, *J. Chem. Soc., Perkin Trans. 1*, **1998**, 2635

304.    N-Acyl 'Quat" Pyrrolidinone Auxiliary as a Chiral Amide Equivalent *via* Direct Aminolysis.
        **S. G. Davies**, D. J. Dixon, *Synlett*, **1998**, 963

305.    A novel [2,3] intramolecular rearrangement of *N*-benzyl-*O*-allylhydroxylamines.
        **S. G. Davies**, S. Jones, M. A. Sanz, F. C. Teixeira, J. F. Fox, *Chem. Commun.*, **1998**, 2235

306.    Stereoselective conjugate addition of organocuprates to a dehydroalanine derived diketopiperazine.
        S. D. Bull, **S. G. Davies**, M. D. O'Shea, *J. Chem. Soc., Perkin Trans. 1*, **1998**, 3657

307.    Anion Detection by Electro-Insertion into *N,N,N',N'*,-Tetrahexylphenylenediamine (THPD) Microdroplets Studied by Voltammetry, EQCM and SEM Techniques.
        F. Marken, R. G. Compton, C. H. Goeting, J. S. Foord, S. D. Bull, **S. G. Davies**, *Electroanalysis*, **1998**, *10*, 821

308.    Chiral Relay Auxiliaries.
        S. D. Bull, **S. G. Davies**, D. J. Fox, A. C. Garner, T. G. R. Sellers, *Pure & Appl. Chem.*, **1998**, *70*, 1501

309.    Asymmetric Synthesis of *N*-protected *syn* and *anti* (*E*)-3-amino-2-hydroxy-4-hexenoate: A Practical Method for the C-α Epimerisation of *anti* β-amino-α-hydroxy acids.
        I. Brackenridge, **S. G. Davies**, D. R. Fenwick, O. Ichihara, M. E. C. Polywka, *Tetrahedron*, **1999**, *55*, 533

310. Asymmetric alkylations using SuperQuat auxiliaries – an investigation into the synthesis and stability of enolates derived from 5,5-disubstituted oxazolidin-2-ones.
S. D. Bull, **S. G. Davies**, S. Jones, H. J. Sanganee, *J. Chem. Soc., Perkin Trans. 1*, **1999**, 387

311. The SuperQuat (*R*)-4-Phenyl-5,5-Dimethyl Oxazolidin-2-one as an Effective Chiral Auxiliary for Conjugate Additions: Asymmetric Synthesis of (-)-Aplysillamide B
**S. G. Davies**, H. J. Sanganee, P. Szolcsanyi, *Tetrahedron*, **1999**, *55*, 3337

312. The conformational analysis of phosphine ligands in organometallic complexes. Part 2. Triphenylphosphine coordinated to achiral and prochiral octahedral metal complexes.
J. F. Costello, **S. G. Davies**, D. McNally, *J. Chem. Soc., Perkin Trans. 2*, **1999**, 465

313. Phosphine photolabilisation studies of ($\eta^5$-$C_5H_5$)Fe(PPh$_3$)(CO)COR (R = Me, Ph, 2,6-$C_6H_3F_2$) and ($C_5Me_5$)Fe(PPh$_3$)-(CO)COR (R = Me, 2,6-$C_6H_3F_2$) utilising NMR, laser desorption FT ICR MS and photofragmentation voltammetry analysis
R. T. Aplin, J. Booth, R. G. Compton, **S. G. Davies**, S. Jones, J. P. McNally, M. R. Metzler, W. C. Watkins, *J. Chem. Soc., Perkin Trans. 2*, **1999**, 913

314. Conjugate addition to (α,β)(α',β')-diendioate esters by lithium (α-methylbenzyl)benzylamide: tandem addition-cyclisation versus double addition
J. G. Urones, N. M. Garrido, D. Diez, S. H. Dominguez, **S. G. Davies**, *Tetrahedron: Asymmetry*, **1999**, *10*, 1637

315. *N*-Acyl-5,5-dimethyl-oxazolidin-2-ones as latent aldehyde equivalents
J. Bach, S. D. Bull, **S. G. Davies**, R. L. Nicholson, H. J. Sanganee, A. D. Smith, *Tetrahedron Lett.,* 1999, *40*, 6677

316. A simple desymmetrisation approach to unsymmetric *N,N'*-disubstituted ureas.
S. P. Bew, S. D. Bull, **S. G. Davies**, J. Eames, A. D. Baxter, J. Mykytiuk, *Tetrahedron Lett.,* **1999**, *40*, 7143

317. Sulfide accumulation and sensing based on electrochemical processes in microdroplets of $N^1$-[4-(dihexylamino)phenyl]-$N^1$,$N^4$,$N^4$-trihexyl-1,4-phenylenediamine.
F. Marken, A. Blythe, R. G. Compton, S. D. Bull, **S. G. Davies**, *Chem. Commun.,* **1999**, 1823

318. A highly diastereoselective [2,3]-sigmatropic N,O-rearrangement
S. D. Bull, **S. G. Davies**, S. Jones, J. V. A. Ouzman, A. J. Price, D. J. Watkin, *Chem Commun.,* **1999**, 2079

319. Syntheses of derivatives of L-Daunosamine and its C-3 epimer employing as the key step the asymmetric conjugate addition of a homochiral lithium amide to tert-butyl (E,E)-hexa-2,4-dienoate
**S. G. Davies**, G. D. Smyth, A. M. Chippindale, *J. Chem. Soc., Perkin Trans. 1*, **1999**, 3089

320. Asymmetric synthesis of β-lactams and pseudopeptides *via* stereoselective conjugate additions of lithium (α-methylbenzyl)allylamide to α,β-unsaturated iron acyl complexes
**S. G. Davies**, N. M. Garrido, P. A. McGee, J. P. Shilvock, *J. Chem. Soc., Perkin Trans. 1*, **1999**, 3105

321. Asymmetric synthesis of a highly functionalised β-amino acid: the key amino acid of sperabillins B and D
**S. G. Davies**, O. Ichihara, *Tetrahedron Lett.,* **1999**, *40*, 9313

322. Asymmetric synthesis of sulfinyl substituted arene chromium tricarbonyl complexes
**S. G. Davies**, T. Loveridge, M. F. C. C. Teixeira, J. M. Clough, *J. Chem. Soc., Perkin Trans. 1*, **1999**, 3405

323. Stereoselective Michael addition of benzylamines to homochiral methylenebutanedioates
A. N. Chernaga, **S. G. Davies**, C. N. Lewis, R. S. Todd, *J. Chem. Soc., Perkin Trans. 1*, **1999**, 3603

324. Sonoelectrochemical and sonochemical effects of cavitation: correlation with interfacial cavitation induced by 20 kHz ultrasound
J. L. Hardcastle, J. C. Ball, Q. Hong, F. Marken, R. G. Compton, S. D. Bull, **S. G. Davies**, *Ultrasonics Sonochemistry*, **2000**, *7*, 7

325. Chemoselective oxidative debenzylation of tertiary *N*-benzylamines
S. D. Bull, **S. G. Davies**, G. Fenton, A. W. Mulvaney, R. S. Prasad, A. D. Smith, *Chem. Commun.,* **2000**, 337

326. Kinetic Resolution of α-Acetoxy Carboxylic Acids with Homochiral SuperQuats
S. P. Bew, **S. G. Davies**, S.-I. Fukuzawa, *Chirality*, **2000**, *12*, 483

327.  Asymmetric synthesis of homochiral Baylis-Hillman products employing (*R*)-*N*-methyl-*N*-α-methylbenzylamide
      **S. G. Davies**, C. A. P. Smethurst, A. D. Smith, G. D. Smyth, *Tetrahedron: Asymmetry*, **2000**, *11*, 2437

328.  Novel synthesis of indazoles from (η$^6$-arene)tricarbonylchromium complexes
      M. R. G. da Costa, M. J, M. Curto, **S. G. Davies**, M. T. Duarte, C. Resende, F. C. Teixeira, *J. Organometal. Chem.*, **2000**, *604*, 157

329.  Photochemical and electrochemical behaviour of thiophene-S-oxides
      T. Thiemann, D. Ohira, K. Arima, T. Sawada, S. Mataka, F. Marken, R. G. Compton, S. D. Bull, **S. G. Davies**, *J. Phys. Org. Chem.*, **2000**, *13*, 648

330.  The asymmetric synthesis of β-haloaryl-β-amino acid derivatives
      S. D. Bull, **S. G. Davies**, S. Delgado-Ballester, G. Fenton, P. Kelly, A. D. Smith, *Synlett*, **2000**, 1257

331.  Conformational control in the SuperQuat chiral auxiliary 5,5-dimethyl-4-*iso*-propyloxazolidin-2-one induces the *iso*-propyl group to mimic a *tert*-butyl group
      S. D. Bull, **S. G. Davies**, M-S. Key, R. L. Nicholson, E. D. Savory, *Chem. Commun.,* 2000, 1721

332.  Polymer supported oxazolidin-2-ones derived from L-serine – a cautionary tale
      S. P. Bew, S. D. Bull, **S. G. Davies**, *Tetrahedron Lett.,* **2000**, *41*, 7577

333.  Voltammetry of electroactive oil droplets. Part II: comparsison of experimental and simulation data for coupled ion and electron insertion processes and evidence for microscale convection
      J. C. Ball, F. Marken, Q. Fulian, J. D. Wadhawan, A. N. Blythe, U. Schroder, R. G. Compton, S. D. Bull, **S. G. Davies**, Electroanalysis, **2000**, 12, 1017

334.  SuperQuat, (*S*)-4-benzyl-5,5-dimethyl-oxazolidin-2-one for the asymmetric synthesis of α-substituted aldehydes
      S. D,Bull, **S. G. Davies**, R. L. Nicholson, H. J. Sanganee, A. D. Smith, *Tetrahedron: Asymmetry*, **2000**, *11*, 3475

335.  Cardiac chloride channels: physiology, pharmacology and approaches for identifying novel modulators of activity
      A. W. Mulvaney, C. I. Spencer, S. Culliford, J. J. Borg, **S. G. Davies**, R. Z. Kozlowski, *Drug Discovery Today*, **2000**, *5*, 492

336.  Chemoselective debenzylation of *N*-benzyl tertiary amines with ceric ammonium nitrate
      S. D. Bull, **S. G. Davies**, G. Fenton, A. W. Mulvaney, R. S. Prasad, A. D. Smith, *J. Chem. Soc., Perkin Trans. 1*, **2000**, 3765

337.  Voltammetry of electroactive liquid redox systems: anion insertion and chemical reactions in microdroplets of *para*-tetrakis(6-methoxyhexyl)phenylenediamine, *para*- and *meta*-tetrahexylphenylenediamine
      F. Marken, **S. G. Davies**, A. N. Blythe, J. D. Wadhawan, R. G. Compton, S. D. Bull, R. T. Aplin, *J. Solid State Electrochem.*, **2001**, *5*, 17

338.  Sono-emulsion electrosynthesis: electrode-insensitive Kolbe reactions
      J. D. Wadhawan, F. Marken, R. G. Compton, S. D. Bull, **S. G. Davies**, *Chem. Commun.,* **2001**, 87

339.  Fast electrochemical triple-interface processes at boron-doped diamond electrodes
      F. Marken, R. G. Compton, C. H. Goeting, J. S. Foord, S. D. Bull, **S. G. Davies**, *J. Solid State Electrochem.*, **2001**, *5*, 88

340.  A practical asymmetric synthesis of homochiral α-arylglycines
      C. Mellin-Morliere, D. J. Aitken, S. D. Bull, **S. G. Davies**, H-P. Husson, *Tetrahedron: Asymmetry*, **2001**, *12*, 149

341.  Electrochemically driven ion insertion processes across liquid/liquid boundaries: neutral versus ionic redox liquids
      U. Schroder, R. G. Compton, F. Marken, S. D. Bull, **S. G. Davies**, S. Gilmour, *J. Phys. Chem. B*, **2001**, *105*, 1344

342.  The asymmetric synthesis of (2*R*,3*R*)- and (2*R*,3*S*)-3-methyl-aspartates via an enantiodiscrimination strategy
      S. D. Bull, **S. G. Davies**, A. C. Garner, N. Mujtaba, *Synlett*, **2001**, 781

343.  Photochemically driven processes at the *N,N,N',N'*,-tetrahexylphenylenediamine microdroplet/electrode/aqueous electrolyte triple interface
      J. D. Wadhawan, R. G. Compton, F. Marken, S. D. Bull, **S. G. Davies**, *J. Solid State Electrochem.*, **2001**, *5*, 301

344.  Palladium-catalysed elaboration of codeine and morphine
      **S. G. Davies**, C. J. Goodwin, D. Pyatt, A. D. Smith, *J. Chem. Soc., Perkin Trans. 1*, **2001**, 1413

345.  Conformational diastereoisomers of PPh₃ co-ordinated to stereogenic metal centres as molecular optical switches
      A. P. Ayscough, J. F. Costello, **S. G. Davies**, *Tetrahedron: Asymmetry*, **2001**, *12*, 1621

346.  Asymmetric synthesis of α-amino carbonyls (aldehydes, ketones and acids) using lithium (*R*)-*N*-benzyl-*N*-α-methylbenzylamide
      **S. G. Davies**, S. W. Epstein, O. Ichihara, A. D. Smith, *Synlett*, **2001**, 1599

347.  Emulsion electrosynthesis in the presence of power ultrasound biphasic Kolbe coupling processes at platinum and boron-doped diamond electrodes
      J. D. Wadhawan, F. J. D. Campo, R. G. Compton, J. S. Foord, F. Marken, S. D. Bull, **S. G. Davies**, D. J. Walton, S. Ryley, *J. Electroanal. Chem.*, **2001**, *507*, 135

348.  Low-temperature sonoelectrochemical processes Part 2: Generation of solvated electrons and Birch reduction processes under high mass transport conditions in liquid ammonia
      F. J. D. Campo, A. Neudeck, R. G. Compton, J. S. Foord, F. Marken, S. D. Bull, **S. G. Davies**, *J. Electroanal. Chem.*, **2001**, *507*, 144

349.  Synthesis of (*R*)-{η⁶-[*O*-methyl-*N*-(α-methylbenzyl)hydroxyamino]benzene} chromium tricarbonyl *via* nucleophilic aromatic substitution of (η⁶-fluorobenzene) chromium tricarbonyl
      M. R. G. da Costa, M. J. M. Curto, **S. G. Davies**, J. Sanders, F. C. Teixeira, *J. Chem. Soc., Perkin Trans. 1*, **2001**, 2850

350.  Asymmetric synthesis of β-aminoacid scaffolds
      S. D. Bull, **S. G. Davies**, A. D. Smith, *J. Chem. Soc., Perkin Trans. 1*, **2001**, 2931

351.  Orthogonal *N,N*-deprotection strategies of β-amino esters
      S. D. Bull, **S. G. Davies**, P. M. Kelly, M. Gianotti, A. D. Smith, *J. Chem. Soc., Perkin Trans. 1*, **2001**, 3106

352.  Asymmetric synthesis of β-haloaryl β-amino acid derivatives
      S. D. Bull, **S. G. Davies**, S. Delgado-Ballester, P. M. Kelly, L. J. Kotchie, M. Gianotti, M. Laderas, A. D. Smith, *J. Chem. Soc., Perkin Trans. 1*, **2001**, 3112

353.  Conjugate additions of organocuprates to a 3-methylene-6-isopropyldiketopiperazine acceptor for the asymmetric synthesis of homochiral α-amino acids
      S. D. Bull, **S. G. Davies**, A. C. Garner, M. D. O'Shea, *J. Chem. Soc., Perkin Trans. 1*, **2001**, 3281

354.  Asymmetric synthesis of a homochiral differentially protected pseudo-*meso* bis-β-amino acid scaffold
      S. D. Bull, **S. G. Davies**, A. D. Smith, *Tetrahedron: Asymmetry*, **2001**, *12*, 2941

355.  Synthesis and utility of the 3,3-dimethyl-5-substituted-2-pyrrolidinone 'Quat' chiral auxiliary
      **S. G. Davies**, D. J. Dixon, G. J. -M. Doisneau, J. C. Prodger, H. J. Sanganee, *Tetrahedron: Asymmetry*, **2002**, *13*, 647

356.  Asymmetric synthesis of homochiral differentially protected bis-β-amino acid scaffolds
      S. D. Bull, **S. G. Davies**, P. M. Roberts. E. D. Savory, A. D. Smith, *Tetrahedron*, **2002**, *58*, 4629

357.  Ring-closing metathesis for the asymmetric synthesis of (*S*)-homopipecolic acid, (*S*)-homoproline and (*S*)-coniine
      **S. G. Davies**, K. Iwamoto, C. A. P. Smethurst A. D. Smith, H. Rodríguez-Solla, *Synlett*, **2002**, 1146

358.  The [2,3]-sigmatropic rearrangement of *N*-benzyl-*O*-allylhydroxylamines
      **S. G. Davies**, J. F. Fox, S. Jones, A. J. Price, M. A. Sanz, T. G. R. Sellers, A. D. Smith, F. C. Teixeira, *J. Chem. Soc., Perkin Trans. 1*, **2002**, 1757

359.  Asymmetric synthesis of β-pyridyl-β-amino acid derivatives
      S. D. Bull, **S. G. Davies**, D. J. Fox, M. Gianotti, P. M. Kelly, C. Pierres, E. D. Savory, A. D. Smith, *J. Chem. Soc., Perkin Trans. 1*, **2002**, 1858

360.  *N*-Acyl 'Quat' pyrrolidinone auxiliary as a chiral amide equivalent *via* direct aminolysis
      **S. G. Davies**, D. J. Dixon, *J. Chem. Soc., Perkin Trans. 1*, **2002**, 1869

361.  Asymmetric synthesis of α-amino carbonyl derivatives using lithium (*R*)-*N*-benzyl-*N*-α-methylbenzylamide
      **S. G. Davies**, S. W. Epstein, A. C. Garner, O. Ichihara, A. D. Smith, *Tetrahedron: Asymmetry*, **2002**, *13*, 1555

362.  Diastereoselective [2,3]-sigmatropic rearrangements of lithium *N*-benzyl-*O*-allylhydroxylamides bearing a stereogenic centre adjacent to the migration terminus
      S. D. Bull, **S. G. Davies**, S. H. Domingez, S. Jones, A. J. Price, T. G. R. Sellers, A. D. Smith, *J. Chem. Soc., Perkin Trans. 1*, **2002**, 2141

363.  The asymmetric synthesis of D-galactose via an iterative *syn*-glycolate aldol strategy
      **S. G. Davies**, R. L. Nicholson, A. D. Smith, *Synlett*, **2002**, 1637

364.  Chiral glycine cation equivalents: *N*-acyliminium species derived from diketopiperazines
      S. D. Bull, **S. G. Davies**, A. C. Garner, M. D. O'Shea, E. D. Savory, E. J. Snow, *J. Chem. Soc., Perkin Trans. 1*, **2002**, 2442

365.  Rearrangements and racemisation during the synthesis of L-serine derived oxazolidin-2-ones
      S. P. Bew, S. D. Bull, **S. G. Davies**, E. D. Savory, D. J. Watkin, *Tetrahedron*, **2002**, *58*, 9387

366.  Asymmetric synthesis of (1*R*,2*S*,3*R*)-γ-methyl-*cis*-pentacin by a kinetic resolution protocol
      S. Bailey, **S. G. Davies**, A. D. Smith, J. M. Withey, *Chem. Commun.*, **2002**, 2910

367.  Phosphine incorporation and exchange in mononuclear η$^5$-cyclopentadienyl iron carbonyl complexes
      **S. G. Davies**, S. Jones, A. D. Smith, *Trends in Organometallic Chemistry*, **2002**, *4*, 59

368.  An Approach to Identifying Novel Substrates of Bacterial Arylamine *N*-Acetyltransferases
      E. W. Brooke, **S. G. Davies**, A. W. Mulvaney, F. Pompeo, E. Sim, R. J. Vickers, *Bioorg. Med. Chem.*, **2003**, *11*, 1227

369.  Asymmetric synthesis of cyclic β-amino acids and cyclic amines via sequential diastereoselective conjugate addition and ring closing metathesis
      A. M. Chippendale, **S. G. Davies**, K. Iwamoto, R. M. Parkin, C. A. P. Smethurst, A. D. Smith, H. Rodríguez-Solla, *Tetrahedron*, **2003**, *59*, 3253

370.  *N*-Acyl-5,5-dimethyloxazolidin-2-ones as latent aldehyde equivalents
      J. Bach, S. D. Bull, **S. G. Davies**, R. L. Nicholson, P. D. Price, H. J. Sanganee, A. D. Smith, *Org. Biomol. Chem.*, **2003**, *1*, 2001

371.  Synthesis and in vitro evaluation of novel small molecule inhibitors of bacterial arylamine *N*-acetyltransferases (NATs)
      E. W. Brooke, **S. G. Davies**, M. Okada, F. Pompeo, E. Sim, R. J. Vickers, I. M. Westwood, *Bioorg. Med. Chem. Lett.*, **2003**, *13*, 2527

372.  Asymmetric synthesis of substituted 1-aminocyclopropane-1-carboxylic acids via diketopiperazine methodology
      E. Buñuel, S. D. Bull, **S. G. Davies**, A. C. Garner, E. D. Savory, A. D. Smith, R. J. Vickers, D. J. Watkin, *Org. Biomol. Chem.*, **2003**, *1*, 2531

373.  SuperQuat *N*-acyl-5,5-dimethyloxazolidin-2-ones for the asymmetric synthesis of α-alkyl and β-alkyl aldehydes
      S. D. Bull, **S. G. Davies**, R. L. Nicholson, H. J. Sanganee, A. D. Smith, *Org. Biomol. Chem.*, **2003**, *1*, 2886

374.  Total asymmetric synthesis of sperabillins B and D
      **S. G. Davies**, R. J. Kelly, A. J. Price-Mortimer, *Chem. Commun.*, **2003**, 2132

375.  Double diastereoselective [3,3]-sigmatropic aza-Claisen rearrangements
      **S. G. Davies**, A. C. Garner, R. L. Nicholson, J. Osborne, E. D. Savory, A. D. Smith, *Chem. Commun.*, **2003**, 2134

376.  Oxidative functionalisation of SuperQuat enamides: asymmetric synthesis of homochiral 1,2-diols
      **S. G. Davies**, H. Rodríguez-Solla, H. J. Sanganee, E. D. Savory, A. D. Smith, M-S. Key, *Synlett*, **2003**, 1659

377.  Preparation of methyl (1*R*,2*S*,5*S*)- and (1*S*,2*R*,5*R*)-2-amino-5-*tert*-butyl-cyclopentane-1-carboxylates by parallel kinetic resolution of methyl (*RS*)-5-*tert*-butyl-cyclopentene-1-carboxylate
      **S. G. Davies**, D. Díez, M. M. El Hammouni, A. C. Garner, N. M. Garrido, M. J. C. Long, R. M. Morrison, A. D. Smith, M. J. Sweet, J. M. Withey, *Chem Commun*, **2003**, 2410

378.  Asymmetric synthesis of (1*R*,2*S*,3*R*)-3-methylcispentacin and (1*S*,2*S*,3*R*)-3-methyltranspentacin by kinetic resolution of *tert*-butyl (±)-3-methylcyclopentene-1-carboxylate
      **S. G. Davies**, M. E. Bunnage, A. M. Chippendale, R. M. Parkin, A. D. Smith, J. M. Withey,
      *Org. Biomol. Chem.,* **2003**, *1*, 3698

379.  Asymmetric synthesis of *anti*-(2*S*,3*S*)- and *syn*-(2*R*,3*S*)-diaminobutanoic acid
      **S. G. Davies**, M. E. Bunnage, A. J. Burke, N. L. Millican, R. L. Nicholson, P. M. Roberts, A. D. Smith,
      *Org. Biomol. Chem.,* **2003**, *1*, 3708

380.  Iodine-mediated ring closing alkene iodoamination with *N*-debenzylation for the asymmetric synthesis of polyhydroxylated pyrrolidines
      **S. G. Davies**, R. L. Nicholson, P. D. Price, P. M. Roberts, A. D. Smith, *Synlett*, **2004**, 901

381.  Asymmetric synthesis of the stereoisomers of 2-amino-5-carboxymethyl-cyclopentane-1-carboxylate
      **S. G. Davies**, J. G. Urones, N. M. Garrido, D. Diez, M. M. El Hammoumi, S. H. Dominguez, J. A. Casaseca, A. D. Smith, *Org. Biomol. Chem.,* **2004**, *2*, 364

382.  Double asymmetric induction as a mechanistic probe: conjugate addition for the asymmetric synthesis of a pseudotripeptide
      **S. G. Davies**, G. J. Hermann, M. J. Sweet, A. D. Smith, *Chem. Commun*, **2004**, 1128

383.  Asymmetric synthesis and applications of β-amino Weinreb amides: asymmetric synthesis of (*S*)-coniine
      **S. G. Davies**, A. J. Burke, A. C. Garner, T. D. McCarthy, P. M. Roberts, A. D. Smith, H. Rodríguez-Solla, R. J. Vickers, *Org. Biomol. Chem.,* **2004**, *2*, 1387

384.  Asymmetric synthesis of (4*R*,5*R*)-cytoxazone and (4*R*,5*S*)-*epi*-cytoxazone
      **S. G. Davies**, D. G. Hughes, R. L. Nicholson, A. D. Smith, A. J. Wright, *Org. Biomol. Chem.,* **2004**, *2*, 1549

385.  Cyclic voltammetry at microdroplet modified electrodes. A comparison of the reaction of vicinal dibromides with vitamin $B_{12s}$ at the liquid/liquid interface with the corresponding homogeneous process: evidence for polar-solvent effects at the liquid/liquid interface
      **S. G. Davies**, T. J. Davies, A. C. Garner, R. G. Compton, *J. Electroanal. Chem.,* **2004**, *570*, 171

386.  *N*-α-Benzyloxyacetyl derivatives of (*S*)-4-benzyl-5,5-dimethyloxazolidin-2-one for the asymmetric synthesis of differentially protected α,β-dihydroxyaldehydes
      **S. G. Davies**, I. A. Hunter, R. L. Nicholson, P. M. Roberts, E. D. Savory, A. D. Smith, *Tetrahedron*, **2004**, *60*, 7553

387.  Asymmetric synthesis of 3,4,5,6-tetrasubstituted piperidin-2-ones by three component coupling
      **S. G. Davies**, A. D. Smith, A. R. Cowley, *Synlett*, **2004**, 1957

388.  Asymmetric total synthesis of sperabillins B and D via lithium amide conjugate addition
      **S. G. Davies**, J. R. Haggitt, O. Ichihara, R. J. Kelly, M. A. Leech, A. J. Price Mortimer, P. M. Roberts, A. D. Smith, *Org. Biomol. Chem.,* **2004**, *2*, 2630

389.  Asymmetric synthesis of the *cis*- and *trans*-stereoisomers of 4-aminopyridine-3-carboxylic acid and 4-aminotetrahydrofuran-3-carboxylic acid
      **S. G. Davies**, M. E. Bunnage, P. M. Roberts, A. D. Smith, J. M. Withey, *Org. Biomol. Chem*., **2004**, *2*, 2763

390.  Diastereoselective conjugate reduction with samarium diiodide: asymmetric synthesis of methyl (2*S*,3*R*)-*N*-acetyl-2-amino-2,3,-dideuterio-3-phenyl propionate
      **S. G. Davies**, H. Rodríguez-Solla, J. A. Tamayo, A. C. Garner, A. D. Smith, *Chem. Commun.,* **2004**, 2502

391.  Kinetic resolution of *tert*-butyl (*RS*)-3-alkylcyclopentene-1-carboxylates for the synthesis of homochiral 3-alkyl-cispentacin and 3-alkyl-transpentacin derivatives
      **S. G. Davies**, M. E. Bunnage, R. M. Parkin, P. M. Roberts, A. D. Smith, J. M. Withey,
      *Org. Biomol. Chem*., **2004**, *2*, 3337

392.  Parallel kinetic resolution of *tert*-butyl (*RS*)-3-alkylcyclopentene-1-carboxylates for the asymmetric synthesis of 3-alkylcispentacin derivatives
      **S. G. Davies**, A. C. Garner, M. J. C. Long, A. D. Smith, M. J. Sweet, J. M. Withey, *Org. Biomol. Chem*., **2004**, *2*, 3355

393. Double diastereoselective SuperQuat glycolate aldol reactions: application to the asymmetric synthesis of polyfunctionalised lactones
**S. G. Davies**, R. L. Nicholson, A. D. Smith, *Org. Biomol. Chem.*, **2004**, *2*, 3385

394. Stereoselective conjugate addition reactions of lithium amides to α,β-unsaturated chiral iron acyl complexes [(η⁵-C₅H₅)Fe(CO)(PPh₃)(COCH=CHR)]
**S. G. Davies**, J. Dupont, R. J. C. Easton, O. Ichihara, J. M. McKenna, A. D. Smith, J. A. A. de Sousa, *J. Organometal. Chem.*, **2004**, *689*, 4184

395. Asymmetric synthesis of 2-alkyl- and 2-aryl-3-aminopropionic acids (β²-amino acids) from (*S*)-*N*-acryloyl-5,5-dimethyloxazolidinone SuperQuat derivatives
**S. G. Davies**, J. E. Beddow, A. D. Smith, A. J. Russell, *Chem. Commun.,* **2004**, 2778

396. 2-Halo-diketopiperazines as chiral glycine cation equivalents
**S. G. Davies**, S. D. Bull, A. C. Garner, E. D. Savory, E. J. Snow, A. D. Smith, *Tetrahedron: Asymmetry*, **2004**, *15*, 3989

397. A SuperQuat glycolate aldol approach to the asymmetric synthesis of hexose monosaccharides
**S. G. Davies**, R. L. Nicholson, A. D. Smith, *Org. Biomol. Chem.* **2005**, *3*, 348

398. Cyclic β-amino acid derivatives: synthesis via lithium amide promoted tandem asymmetric conjugate addition–cyclisation reactions
**S. G. Davies**, D. Diez, S. H. Dominguez, N. M. Garrido, D. Kruchinin, P. D. Price, A. D. Smith, *Org. Biomol. Chem.*, **2005**, *3*, 1284

399. Asymmetric conjugate reductions with samarium diiodide: asymmetric syntheses of (2*S*,3*R*)- and (2*S*,3*S*)-[2-²H,3-²H]-leucine-(*S*)-phenylalanine dipeptides and (2*S*,3*R*)-[2-²H,3-²H]-phenylalanine methyl ester
**S. G. Davies**, H. Rodríguez-Solla, J. A. Tamayo, A. R. Cowley, C. Concellon, A. C. Garner, A. L. Parkes, A. D. Smith, *Org. Biomol. Chem.*, **2005**, *3*, 1435

400. Kinetic resolution and parallel kinetic resolution of methyl (±)-5-alkyl-cyclopentene-1-carboxylates for the asymmetric synthesis of 5-alkyl-cispentacin derivatives
**S. G. Davies**, A. C. Garner, M. J. C. Long, R. M. Morrison, P. M. Roberts, A. D. Smith, M. J. Sweet, J. M. Withey, *Org. Biomol. Chem.*, **2005**, *3*, 2762

401. Highly enantioselective organocatalysis of the Hajos-Parrish-Eder-Sauer-Wiechert reaction by the β-amino acid cispentacin
**S. G. Davies**, R. L. Sheppard, A. D. Smith, J. E. Thomson, *Chem. Commun.,* **2005**, 3802

402. The conjugate addition of enantiomerically pure lithium amides as homochiral ammonia equivalents: scope, limitations and synthetic applications
**S. G. Davies**, A. D. Smith, P. D. Price, *Tetrahedron: Asymmetry*, **2005**, *16*, 2833

403. A comparative electrochemical study of diffusion in room temperature ionic liquid solvents versus acetonitrile
R. G. Evans, O. V. Klymenko, P. D. Price, **S. G. Davies**, C. Hardacre, R. G. Compton, *Chem. Phys. Chem*, **2005**, *6*, 526

404. Ammonium directed dihydroxylation of *N*,*N*-dibenzylaminocyclohex-2-ene: metal free syntheses of the diastereoisomers of 3-benzylamino-1,2-dihydroxycyclohexane
**S. G. Davies**, M. J. C. Long, A. D. Smith, *Chem. Commun.,* **2005**, 4536

405. Insights into the role of the liquid-liquid interface in biphasic reactions: the reaction of vitamin B12s(aq) with vicinal dibromides(oil)
T. J. Davies, A. C. Garner, **S. G. Davies**, R. G. Compton, *Chem. Phys. Chem.,* **2005**, *6*, 2633

406. Asymmetric synthesis of α-mercapto-β-amino acid derivatives: application to the synthesis of polysubstituted thiomorpholines
J. I. Candela-Lena, **S. G. Davies**, P. M. Roberts, B. Roux, A. J. Russell, E. M. Sanchez-Fernandez, A. D. Smith, *Tetrahedron: Asymmetry*, **2006**, *17*, 1135

407. Lithium amide conjugate addition for the asymmetric synthesis of 3-aminopyrrolidines
**S. G. Davies**, A. C. Garner, E. C. Goddard, D. Kruchinin, P. M. Roberts, H. Rodríguez-Solla, A. D. Smith, *Chem. Commun.*, **2006**, 2664

408.    Oxazinanones as chiral auxiliaries: synthesis and evaluation in enolate alkylations and aldol reactions
**S. G. Davies**, A. C. Garner, P. M. Roberts, A. D. Smith, M. J. Sweet, J. E. Thomson, *Org. Biomol. Chem.,* **2006**, *4*, 2753

409.    Enantiodiscrimination of racemic electrophiles by diketopiperazine enolates: asymmetric synthesis of methyl 2-amino-3-aryl-butanoates and 3-methyl-aspartates
S. D. Bull, **S. G. Davies**, S. W. Epstein, A. C. Garner, N. Mujtaba, P. M. Roberts, E. D. Savory, A. D. Smith, J. A. Tamayo, D. J. Watkin, *Tetrahedron*, **2006**, *62*, 7911

410.    SuperQuat 5,5-dimethyl-4-*iso*-propyl-oxazolidin-2-one as a mimic of Evans 4-*tert*-butyl-oxazolidin-2-one
S. D. Bull, **S. G. Davies**, A. C. Garner, D. Kruchinin, M. -S. Key, P. M. Roberts, E. D. Savory, A. D. Smith, J. E. Thomson, *Org. Biomol. Chem.,* **2006**, *4*, 2945

411.    Homochiral lithium amides for the asymmetric synthesis of β-amino acids
**S. G. Davies**, N. M. Garrido, D. Kruchinin, O. Ichihara, L. J. Kotchie, P. D. Price, A. J. Price Mortimer, A. J. Russell, A. D. Smith, *Tetrahedron: Asymmetry*, **2006**, *17*, 1793

412.    Asymmetric synthesis of pent-3-yl (*R*)-6-methyl-cyclohex-1-ene carboxylate
N. M. Garrido, D. Diez, S. H. Dominguez, M. Garcia, M. R. Sanchez, **S. G. Davies**, *Tetrahedron: Asymmetry*, **2006**, *17*, 2183

413.    Structure and mechanism of arylamine *N*-acetyltransferases
I. M. Westwood, A. Kawamura, E. Fullam, A. J. Russell, **S. G. Davies**, E. Sim, *Current Topics in Medicinal Chemistry*, **2006**, *6*, 1641

414.    On the origins of diastereoselectivity in the alkylation of diketopiperazine enolates
S. D. Bull, **S. G. Davies**, A. C. Garner, A. L. Parkes, P. M. Roberts, T. G. R. Sellers, A. D. Smith, J. A. Tamayo, J. E. Thomson, R. J. Vickers, *New J. Chem.*, **2007**, *31*, 486

415.    Inhibition of mycobacterial arylamine N-acetyltransferase contributes to anti-mycobacterial activity of Warburgia salutaris
V. E. Madikane, S. Bhakta, A. J. Russell, W. E. Campbell, T. D. W. Claridge, B. G. Elisha, **S. G. Davies**, P. Smith, E. Sim, *Bioorg. Med. Chem.,* **2007**, *15*, 3579

416.    Asymmetric three- and [2 + 1]-component conjugate addition reactions for the stereoselective synthesis of polysubstituted piperidinones
**S. G. Davies**, P. M. Roberts, A. D. Smith, *Org. Biomol. Chem.,* **2007**, *5*, 1405; **S. G. Davies**, P. M. Roberts, A. D. Smith, *Org. Biomol. Chem.,* **2007**, *5*, 3717.

417.    Asymmetric synthesis of 4-amino-γ-butyrolactones via lithium amide conjugate addition
E. Abraham, J. W. B. Cooke, **S. G. Davies**, A. Naylor, R. L. Nicholson, P. D. Price, A. D. Smith, *Tetrahedron*, **2007**, *63*, 5855

418.    Asymmetric synthesis of β-substituted Baylis-Hillman products via lithium amide conjugate addition
A. Chernega, **S. G. Davies**, D. L. Elend, C. A. P. Smethurst, P. M. Roberts, A. D. Smith and G. D. Smyth, *Tetrahedron*, **2007**, *63*, 7036

419.    Asymmetric synthesis of 3,4-*anti*- and 3,4-*syn*-substituted aminopyrrolidines via lithium amide conjugate addition
**S. G. Davies**, A. C. Garner, E. C. Goddard, D. Kruchinin, P. M. Roberts, A. D. Smith, H. Rodríguez-Solla, J. E. Thomson, S. M. Toms, *Org. Biomol. Chem.*, **2007**, *5*, 1961

420.    Diastereoselective synthesis of quaternary α-amino acids from diketopiperazine templates
**S. G. Davies**, A. C. Garner, J. V. A. Ouzman, P. M. Roberts, A. D. Smith, E. J. Snow, J. E. Thomson, J. A. Tamayo, R. J. Vickers, *Org. Biomol. Chem.,* **2007**, *5*, 2138

421.    Asymmetric synthesis of β²-amino acids: 2-substituted-3-aminopropanoic acids from *N*-acryloyl SuperQuat derivatives
J. E. Beddow, **S. G. Davies**, K. B. Ling, P. M. Roberts, A. J. Russell, A. D. Smith, J. E. Thomson, *Org. Biomol. Chem.*, **2007**, *5*, 2812

422.    Parallel synthesis of homochiral β-amino acids
**S. G. Davies**, A. W. Mulvaney, A. J. Russell, A. D. Smith, *Tetrahedron: Asymmetry*, **2007**, *18*, 1554

423. Evaluating β-amino acids as enantioselective organocatalysts of the Hajos-Parrish-Eder-Sauer-Wiechert reaction
**S. G. Davies**, A. J. Russell, R. L. Sheppard, A. D. Smith, J. E. Thomson, *Org. Biomol. Chem.,* **2007**, *5*, 3190

424. Electrochemical Kinetics of Ag|Ag+ and TMPD|TMPD+· in the Room-Temperature Ionic Liquid [C4mpyrr][NTf₂]; toward Optimizing Reference Electrodes for Voltammetry in RTILs
E. I. Rogers, D. S. Silvester, S. E. Ward Jones, L. Aldous, C. Hardacre, A. J. Russell, **S. G . Davies**, R. G. Compton, *J. Phys. Chem. C*, **2007**, *111*, 13957

425. Diastereoselective Simmons-Smith cyclopropanations of allylic amines and carbamates
**S. G. Davies**, K. B. Ling, P. M. Roberts, A. J. Russell, J. E. Thomson, *Chem. Commun.,* **2007**, 4029

426. Asymmetric synthesis of β-amino-γ-substituted-γ-butyrolactones: double diastereoselective conjugate addition of homochiral lithium amides to homochiral α,β-unsaturated esters
T. Cailleau, J. W. B. Cooke, **S. G. Davies**, K. B. Ling, A. Naylor, R. L. Nicholson, P. D. Price, P. M. Roberts, A. J. Russell, A. D. Smith, J. E. Thomson, *Org. Biomol. Chem.,* **2007**, *5*, 3922

427. Asymmetric synthesis of N,O,O,O-tetra-acetyl D-*lyxo*-phytosphingosine, jaspine B (pachastrissamine) and its C(2)-epimer
E. Abraham, J. I. Candela-Lena, **S. G. Davies**, M. Georgiou, R. L. Nicholson, P. M. Roberts, A. J. Russell, E. M. Sánchez-Fernández, A. D. Smith, J. E. Thomson, *Tetrahedron: Asymmetry*, **2007**, *18*, 2510

428. An oxidatively-activated safety catch linker for solid phase synthesis
**S. G. Davies**, D. A. B. Mortimer, A. W. Mulvaney, A. J. Russell, H. Skarphedinsson, A. D. Smith, R. J. Vickers, *Org. Biomol. Chem.,* **2008**, *6*, 1625

429. Asymmetric synthesis of vicinal amino alcohols: xestoaminol C, sphinganine and sphingosine
E. Abraham, **S. G. Davies**, N. L. Millican, R. L. Nicholson, P. M. Roberts and A. D. Smith, *Org. Biomol. Chem.,* **2008**, *6*, 1655

430. Asymmetric synthesis of N,O,O,O-tetra-acetyl D-*lyxo*-phytosphingosine, jaspine B (pachastrissamine), 2-*epi*-jaspine B, and deoxoprosophylline *via* lithium amide conjugate addition
E. Abraham, E. A. Brock, J. I. Candela-Lena, **S. G. Davies**, M. Georgiou, R. L. Nicholson, J. H. Perkins, P. M. Roberts, A. J. Russell, E. M. Sánchez-Fernández, P. M. Scott, A. D. Smith, J. E. Thomson, *Org. Biomol. Chem.,* **2008**, *6*, 1665

431. Parallel kinetic resolution of *tert*-butyl (*RS*)-3-oxy-substituted cyclopent-1-ene-carboxylates for the asymmetric synthesis of 3-oxy-substituted cispentacin and transpentacin derivatives
Y. Aye, **S. G. Davies**, A. C. Garner, P. M. Roberts, A. D. Smith, J. E. Thomson, *Org. Biomol. Chem.*, **2008**, *6*, 2195

432. Jaspine B (pachastrissamine) and 2-epi-jaspine B: synthesis and structural assignment
E. Abraham, **S. G. Davies**, P. M. Roberts, A. J. Russell, J. E. Thomson, *Tetrahedron: Asymmetry*, **2008**, *19*, 1027

433. Parallel kinetic resolution of methyl (*RS*)-5-tris(phenylthio)methyl-cyclopent-1-ene-carboxylate for the asymmetric synthesis of (1*R*,2*S*,5*S*)- and (1*S*,2*R*,5*R*)-5-methyl-cispentacin
E. Abraham, **S. G. Davies**, A. J. Docherty, K. B. Ling, P. M. Roberts, A. J. Russell, J. E. Thomson, S. M. Toms, *Tetrahedron: Asymmetry*, **2008**, *19*, 1356

434. Stereoselective functionalisation of SuperQuat enamides: asymmetric synthesis of homochiral 1,2-diols and α-benzyloxy carbonyl compounds
C. Aciro, **S. G. Davies**, A. C. Garner, Y. Ishii, M. -S Key, K. B. Ling, R. S. Prasad, P. M. Roberts, H. Rodríguez-Solla, C. O'Leary-Steele, A. J. Russell, H. J. Sanganee, E. D. Savory, A. D. Smith, J. E. Thomson, *Tetrahedron*, **2008**, *64*, 9320

435. Ammonium directed dihydroxylation of 3-amino-cyclohex-1-enes: development of a metal-free dihydroxylation protocol
C. Aciro, T. D. W. Claridge, **S. G. Davies**, P. M. Roberts, A. J. Russell, J. E. Thomson, *Org. Biomol. Chem.*, **2008**, *6*, 3751

436. Ammonium directed dihydroxylation: metal-free synthesis of the diastereoisomers of 3-amino-cyclohexane-1,2-diol
C. Aciro, **S. G. Davies**, P. M. Roberts, A. J. Russell, A. D. Smith, J. E. Thomson, *Org. Biomol. Chem.*, **2008**, *6*, 3762

437. "Pure by NMR"?
T. D. W. Claridge, **S. G. Davies**, M. E. C. Polywka, P. M. Roberts, A. J. Russell, E. D. Savory, A. D. Smith, *Org. Lett.*, **2008***, 10*, 5433

438. Highly (*E*)-selective Wadsworth-Emmons reactions promoted by methylmagnesium bromide
T. D. W. Claridge, **S. G. Davies**, J. A. Lee, R. L. Nicholson, P. M. Roberts, A. J. Russell, A. D. Smith, S. M. Toms,
*Org. Lett.*, **2008**, *10*, 5437

439. Asymmetric synthesis of tetrahydrolipstatin and valilactone
S. C. Case-Green, **S. G. Davies**, P. M. Roberts, A. J. Russell, J. E. Thomson, *Tetrahedron: Asymmetry*, **2008**, *19*, 2620

440. Parallel kinetic resolution of *tert*-butyl (*RS*)-6-alkyl-cyclohex-1-ene-carboxylates for the asymmetric synthesis of 6-alkyl-substituted cishexacin and transhexacin derivatives
**S. G. Davies**, M. J. Durbin, S. J. S. Hartman, A. Matsuno, P. M. Roberts, A. J. Russell, A. D. Smith, J. E. Thomson, S. M. Toms, *Tetrahedron: Asymmetry*, **2008**, *19*, 2870

441. Kinetic and thermodynamic control in the stereoselective formation of *trans*- and *cis*-2-ferrocenyl-3-pivaloyl-4-alkyl-1,3-oxazolidin-5-ones
F. Alonso, **S. G. Davies**, A. S. Elend, A. D. Smith, *Org. Biomol. Chem.*, **2009**, *7*, 518

442. Stereoselective functionalisation of *cis*- and *trans*-2-ferrocenyl-3-pivaloyl-1,3-oxazolidin-5-ones: asymmetric synthesis of (*R*)- and (*S*)-2-alkyl-2-aminopent-4-enoic acids and (2*R*,3*S*)-2-amino-2-methyl-3-hydroxy-3-phenylpropanoic acid
F. Alonso, **S. G. Davies**, A. S. Elend, M. A. Leech, P. M. Roberts, A. D. Smith, J. E. Thomson,
*Org. Biomol. Chem.*, **2009**, *7*, 527

443. Doubly diastereoselective conjugate addition of homochiral lithium amides to homochiral α,β-unsaturated esters containing *cis*- and *trans*-dioxolane units
**S. G. Davies**, M. J. Durbin, E. C. Goddard, P. M. Kelly, W. Kurosawa, J. A. Lee, R. L. Nicholson, P. D. Price, P. M. Roberts, A. J. Russell, P. M. Scott, A. D. Smith, *Org. Biomol. Chem.*, **2009**, *7*, 761

444. Selective small molecule inhibitors of the potential breast cancer marker, human arylamine *N*-acetyltransferase 1, and its murine homologue, mouse arylamine N-acetyltransferase 2
A. J. Russell, I. M. Westwood, M. H. J. Crawford, J. Robinson, A. Kawamura, C. Redfield, N. Laurieri, E. D. Lowe, **S. G. Davies**, E. Sim, *Bioorg. Med. Chem.*, **2009**, *17*, 905

445. Carbon Nanotube-Ionic Liquid Composite Sensors and Biosensors
R. T. Kachoosangi, M. M. Musameh, I. Abu-Yousef, J. M. Yousef, S. M. Kanan, L. Xiao, **S. G. Davies**, A. J. Russell, R. G. Compton, *Anal. Chem.*, **2009**, *81*, 435

446. Highly diastereoselective *anti*-dihydroxylation of 3-*N*,*N*-dibenzylamino-cyclohex-1-ene *N*-oxide
C. Aciro, **S. G. Davies**, W. Kurosawa, P. M. Roberts, A. J. Russell, J. E. Thomson, *Org. Lett.*, **2009**, *11*, 1333

447. A tandem conjugate addition/cyclisation protocol for the asymmetric synthesis of 2-aryl-4-aminotetrahydroquinoline-3-carboxylic acid derivatives
**S. G. Davies**, N. Mujtaba, P. M. Roberts, A. D. Smith, J. E. Thomson, *Org. Lett.*, **2009**, *11*, 1959

448. Syntheses of the racemic jaborandi alkaloids pilocarpine, isopilocarpine and pilosinine
**S. G. Davies**, P. M. Roberts, P. T. Stephenson, J. E. Thomson, *Tetrahedron Lett.*, **2009**, *50*, 3509

449. Iodine-mediated ring closing iodoamination with concomitant *N*-debenzylation for the asymmetric synthesis of polyhydroxylated pyrrolidines
**S. G. Davies**, R. L. Nicholson, P. D. Price, P. M. Roberts, E. D. Savory, A. D. Smith, J. E. Thomson
*Tetrahedron: Asymmetry*, **2009**, *20*, 758

450. Doubly diastereoselective [3,3]-sigmatropic aza-Claisen rearrangements
**S. G. Davies**, A. C. Garner, R. L. Nicholson, J. Osborne, P. M. Roberts, E. D. Savory, A. D. Smith, J. E. Thomson
*Org. Biomol. Chem.*, **2009**, *7*, 2604

451. A structural study of the interaction between the Dr haemagglutinin DraE and derivatives of chloramphenicol
D. M. Pettigrew, P. Roversi, **S. G. Davies**, A. J. Russell, S. M. Lea, *Acta Cryst. D*, **2009**, D65, 513

452. Hedgehog and Bmp Polarize Hematopoietic Stem Cell Emergence in the Zebrafish Dorsal Aorta
R. N. Wilkinson, C. Pouget, M. Gering, A. J. Russell, **S. G. Davies**, D. Kimelman, R. Patient
*Developmental Cell*, **2009**, *16*, 909

453.   The chiral auxiliary *N*-1(1'-naphthyl)ethyl-*O-tert*-butylhydroxylamine: a chiral Weinreb amide equivalent
A. N. Chernega, **S. G. Davies**, C. J. Goodwin, D. Hepworth, W. Kurosawa, P. M. Roberts, J. E. Thomson
*Org. Lett.*, **2009**, *11*, 3254

454.   The dienolate aldol reaction of (*E*)-*N*-crotonoyl C(4)-isopropyl SuperQuat: asymmetric synthesis of α-vinyl-β-hydroxycarboxylic acid derivatives and conversion to α-ethylidene-β-hydroxyesters (β-substituted Baylis-Hillman products)
**S. G. Davies**, D. L. Elend, S. Jones, P. M. Roberts, A. D. Smith, J. E. Thomson, *Tetrahedron*, **2009**, *65*, 7837

455.   A practical and scaleable total synthesis of the jaborandi alkaloid (+)-pilocarpine
**S. G. Davies**, P. M. Roberts, P. T. Stephenson, H. R. Storr, J. E. Thomson, *Tetrahedron*, **2009**, *65*, 8283

456.   Ammonium-directed oxidation of cyclic allylic and homoallylic amines
C. W. Bond, A. J. Cresswell, **S. G. Davies**, A. M. Fletcher, W. Kurosawa, J. A. Lee, P. M. Roberts, A. J. Russell, A. D. Smith, J. E. Thomson, *J. Org. Chem.*, **2009**, *74*, 6735

457.   Asymmetric synthesis of *Sedum* alkaloids via lithium amide conjugate addition
**S. G. Davies**, A. M. Fletcher, P. M. Roberts, A. D. Smith, *Tetrahedron*, **2009**, *65*, 10192

458.   Abrogation of E-cadherin mediated cell-cell contact in mouse embryonic stem cells results in reversible LIF-independent self-renewal
F. Soncin, L. Mohamet, D. Eckardt, S. Ritson, A. M. Eastham, H. Spencer, N. Bobola, A. J. Russell, **S. G. Davies**, R. Kemler, C. L. R. Merry, C. M. Ward, *Stem Cells*, **2009**, *27*, 2069

459.   An oxidation and ring-contraction approach to the synthesis of (±)-1-deoxynojirimycin and (±)-1-deoxyaltronojirimycin
S. K. Bagal, **S. G. Davies**, J. A. Lee, P. M. Roberts, A. J. Russell, P. M. Scott, J. E. Thomson, *Org. Lett.*, **2010**, *12*, 136

460.   On the origins of diastereoselectivity in the alkylation of enolates derived from *N*-1-(1'-naphthyl)ethyl-*O-tert*-butylhydroxamates: chiral Weinreb amide equivalents
**S. G. Davies**, C. J. Goodwin, D. Hepworth, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2010**, *75*, 1214

461.   Enantiospecific stereodivergent synthesis of *trans*- and *cis*-*N*(2),3-dimethyl-4-phenyl-1,2,3,4-tetrahydroisoquinolines
S. J. Coote, **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Chem. Asian J.*, **2010**, *5*, 589

462.   Asymmetric synthesis piperidines and octahydroindolizines
**S. G. Davies**, D. G. Hughes, P. D. Price, P. M. Roberts, A. J. Russell, A. D. Smith, J. E. Thomson, O. M. H. Williams, *Synlett*, **2010**, 567

463.   Small Molecule Colorimetric Probes for Specific Detection of Human Arylamine *N*-Acetyltransferase 1, a Potential Breast Cancer Biomarker
N. Laurieri, M. H. J. Crawford, A. Kawamura, I. M. Westwood, J. Robinson, A. M. Fletcher, **S. G. Davies**, E. Sim, A. J. Russell, *J. Am. Chem. Soc.*, **2010**, *132*, 3238

464.   Alkylation and aldol reactions of acyl derivatives of *N*-1-(1'-naphthyl)ethyl-*O-tert*-butylhydroxylamine: asymmetric synthesis of α-alkoxy-, α-substituted-β-alkoxy- and α,β-dialkoxyaldehydes
A. N. Chernega, **S. G. Davies**, A. M. Fletcher, C. J. Goodwin, D. Hepworth, R. S. Prasad, P. M. Roberts, E. D. Savory, A. D. Smith, J. E. Thomson, *Tetrahedron*, **2010**, *66*, 4167

465.   Conjugate addition of lithium *N-tert*-butyldimethylsilyloxy-*N*-(α-methylbenzyl)amide: asymmetric synthesis of β$^{2,2,3}$-trisubstituted amino acids
S. A. Bentley, **S. G. Davies**, J. A. Lee, P. M. Roberts, A. J. Russell, J. E. Thomson, S. M. Toms, *Tetrahedron*, **2010**, *66*, 4604

466.   β-Fluoroamphetamines via the stereoselective synthesis of benzylic fluorides
A. J. Cresswell, **S. G. Davies**, J. A. Lee, P. M. Roberts, J. E. Thomson, M. J. Tyte, *Org. Lett.*, **2010**, *12*, 2936

467.   Syntheses of *trans*-SCH-A and *cis*-SCH-A via a stereodivergent cyclopropanation protocol
K. Csatayová, **S. G. Davies**, J. A. Lee, K. B. Ling, P. M. Roberts, A. J. Russell, J. E. Thomson, *Org. Lett.*, **2010**, *12*, 3152

468.    Doubly diastereoselective conjugate addition of enantiopure lithium amides to enantiopure *N*-enoyl oxazolidin-2-ones: a mechanistic probe
**S. G. Davies**, A. M. Fletcher, G. J. Hermann, G. Poce, P. M. Roberts, A. D. Smith, M. J. Sweet, J. E. Thomson
*Tetrahedron: Asymmerty*, **2010**, *21*, 1635

469.    A systematic study of the solid state and solution phase conformational preferences of β-peptides derived from transpentacin
E. Abraham, C. W. Bailey, T. D. W. Claridge, **S. G. Davies**, K. B. Ling, B. Odell, T. L. Rees, P. M. Roberts, A. J. Russell, A. D. Smith, L. J. Smith, H. R. Storr, M. J. Sweet, A. L. Thompson, J. E. Thomson, G. E. Tranter, D. J. Watkin, *Tetrahedron: Asymmetry*, **2010**, *21*,1797

470.    The stereodivergent aziridination of allylic carbamates, amides and sulfonamides
**S. G. Davies**, K. B. Ling, P. M. Roberts, A. J. Russell, J. E. Thomson, P. A. Woods,
*Tetrahedron*, **2010**, *66*, 6806

471.    The stereodivergent asymmetric synthesis of a range of 2-(1'-hydroxyalkyl)phenols
**S. G. Davies**, W. E. Hume, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2010**, *66*, 8076

472.    Chemo- and diastereoselective cyclopropanation of allylic amines and carbamates
K. Csatayová, **S. G. Davies**, J. A. Lee, K. B. Ling, P. M. Roberts, A. J. Russell, J. E. Thomson,
*Tetrahedron*, **2010**, *66*, 8420

473.    One-pot conversion of olefins to cyclic carbonates and secondary allylic and homoallylic amines to cyclic carbamates
**S. G. Davies**, A. M. Fletcher, W. Kurosawa, J. A. Lee, G. Poce, P. M. Roberts, J. E. Thomson, D. M. Williamson
*J. Org. Chem.*, **2010**, *75*, 7745

474.    Syntheses of the enantiomers of 1-deoxynojirimycin and 1-deoxyaltronojirimycin via chemo- and distereoselective olefinic oxidation of unsaturated amines
S. K. Bagal, **S. G. Davies**, J. A. Lee, P. M. Roberts, P. M. Scott, J. E. Thomson, *J. Org. Chem.*, **2010**, *75*, 8133

475.    Identification of arylamine N-acetyltransferase inhibitors as an approach towards novel anti-tuberculars
I. M. Westwood, S. Bhakta, A. J. Russell, E. Fullam, M. C. Anderton, A. Kawamura, A. W. Mulvaney, R. J. Vickers, V. Bhowruth, G. S. Besra, A. Lalvani, **S. G. Davies**, E. Sim, *Protein & Cell*, **2010**, *1*, 82

476.    Lithium amides as homochiral ammonia equivalents for Michael additions to α,β-unsaturated esters: asymmetric synthesis of (*S*)-β-leucine
**S. G. Davies**, A. M. Fletcher, P. M. Roberts, *Org. Synth.*, **2010**, *87*, 143

477.    Ammonium-directed oxidation of cyclic allylic and homoallylic amines
W. Kurosawa, P. M. Roberts, **S. G. Davies**, *Yuki Gosei Kagaku Kyokaishi (J. Synth. Org. Chem. Jpn.)*, **2010**, *68*, 1295

478.    Concise and selective asymmetric synthesis of acosamine from sorbic acid
S. K. Bagal, **S. G. Davies**, A. M. Fletcher, J. A. Lee, P. M. Roberts, P. M. Scott, J. E Thomson, *Tetrahedron Lett.*, **2011**, *52*, 2216

479.    Asymmetric syntheses of (+)-negamycin, (+)-3-*epi*-negamycin and sperabillin C via lithium amide conjugate addition
**S. G. Davies**, O. Ichihara, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2011**, *67*, 216

480.    A systematic study of the solid state and solution phase conformational preferences of β-peptides derived from C(3)-alkyl substituted  transpentacin derivatives
E. Abraham, T. D. W. Claridge, **S. G. Davies**, B. Odell, P. M. Roberts, A. J. Russell, A. D. Smith, L. J. Smith, H. R. Storr, M. J. Sweet, A. L. Thompson, J. E. Thomson, G. E. Tranter, D. J. Watkin, *Tetrahedron: Asymmetry*, **2011**, *22*, 69

481.    Asymmetric synthesis of polyhydroxylated pyrrolidines via transannular iodoamination with concomitant *N*-debenzylation
E. A. Brock, **S. G. Davies**, J. A. Lee, P. M. Roberts, J. E. Thomson, *Org. Lett.*, **2011**, *13*, 1594

482.    Chemical Biology of Stem Cell Modulation *in New Frontiers in Chemical Biology: Enabling Drug Discovery*
**S. G. Davies**, A. J. Russell; The Royal Society of Chemistry, Cambridge, UK, **2011**, pp. 97-150

483.    Stereochemical assignment of substituted 2-aminobicyclo[3.1.0]hexane and 2-aminobicyclo[5.1.0]octane derivatives via single crystal X-ray diffraction
K. E. Christensen, K. Csatayová, **S. G. Davies**, J. A. Lee, P. M. Roberts, A. L. Thompson, J. E. Thomson, *J. Chem. Crystallogr.*, **2011**, *41*, 1007

484.    Highly diastereoselective and stereodivergent dihydroxylations of acyclic allylic amines: application to the asymmetric synthesis of 3,6-dideoxy-3-amino-L-talose
K. Csatayová, **S. G. Davies**, J. A. Lee, P. M. Roberts, A. J. Russell, J. E. Thomson, D. L. Wilson, *Org. Lett.*, **2011**, *13*, 2606

485.    Conjugate addition of lithium *N*-phenyl-*N*-(α-methylbenzyl)amide: application to the asymmetric synthesis of (*R*)-(−)-angustureine
S. A. Bentley, **S. G. Davies**, J. A. Lee, P. M. Roberts, J. E. Thomson, *Org. Lett.*, **2011**, *13*, 2544

486.    Ring opening hydrofluorination of α- and β-amino epoxides by HBF$_4$: application to the asymmetric synthesis of (*S,S*)-3-deoxy-3-fluorosafingol
A. J. Cresswell, **S. G. Davies**, J. A. Lee, M. J. Morris, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2011**, *76*, 4617

487.    Double asymmetric induction as a mechanistic probe: the doubly diastereoselective conjugate addition of enantiopure lithium amides to enantiopure α,β-unsaturated esters and enantiopure α,β-unsaturated hydroxamates
**S. G. Davies**, J. A. Lee, P. M. Roberts, J. E. Thomson, J. Yin, *Tetrahedron*, **2011**, *67*, 6382

488.    Asymmetric synthesis of *syn*- and *anti*-α-deuterio-β$^3$-phenylalanine derivatives
**S. G. Davies**, E. M. Foster, C. R. McIntosh, P. M. Roberts, T. E. Rosser, A. D. Smith, J. E. Thomson
*Tetrahedron: Asymmetry*, **2011**, *22*, 1035

489.    Analysis of β-amino alcohols as inhibitors of the potential anti-tubercular target N-acetyltransferase
E. Fullam, A. Abuhammad, D. L. Wilson, M. C. Anderton, **S. G. Davies**, A. J. Russell, E. Sim
*Bioorg. Med. Chem. Lett.*, **2011**, *21*, 1185

490.    Novel small-molecule inhibitors of arylamine N-acetyltransferases: drug discovery by high throughput screening
I. M. Westwood, A. Kawamura, A. J. Russell, S. Sandy, **S. G. Davies**, E. Sim
*Combinatorial Chemistry & High Throughput Screening*, **2011**, *14*, 117

491.    Crystal structures of dipeptides derived from (1*R*,2*S*)-2-aminocyclopentanecarboxylic acid and (1*S*,2*R*,3*S*)-2-amino-3-methylcyclopentane-carboxylic acid
E. Abraham, **S. G. Davies**, P. M. Roberts, J. E. Thomson, *J. Chem. Crystallogr.*, **2011**, *41*, 1722

492.    Concise, efficient and highly selective asymmetric synthesis of (+)-(3*S*,4*R*)-cisapride
**S. G. Davies**, R. Huckvale, T. J. A. Lorkin, P. M. Roberts, J. E. Thomson, *Tetrahedron: Asymmetry*, **2011**, *22*, 1591

493.    Asymmetric synthesis of (−)-codonopsinine
**S. G. Davies**, J. A. Lee, P. M. Roberts, J. E. Thomson, C. J. West, *Tetrahedron Lett.*, **2011**, *52*, 6477

494.    Asymmetric synthesis of piperidines and octahydroindolizines using a one-pot ring-closure/*N*-debenzylation procedure
**S. G. Davies**, A. M. Fletcher, D. G. Hughes, J. A. Lee, P. D. Price, P. M. Roberts, A. J. Russell, A. D. Smith, J. E. Thomson, O. M. H. Williams, *Tetrahedron* **2011**, *67*, 9975

495.    Parallel kinetic resolution of acyclic γ-amino-α,β-unsaturated esters: application to the asymmetric synthesis of 4-aminopyrrolidin-2-ones
**S. G. Davies**, J. A. Lee, P. M. Roberts, J. E. Thomson, J. Yin, *Org. Lett.*, **2012**, *14*, 218

496.    Asymmetric synthesis of (−)-(*S,S*)-homaline
**S. G. Davies**, J. A. Lee, P. M. Roberts, J. P. Stonehouse, J. E Thomson, *Tetrahedron Lett.*, **2012**, *53*, 1119

497.    Asymmetric synthesis of 3,4-*syn*- and 3,4-*anti*-4-amino-3-alkylpiperidines and 4-hydroxy-3-alkylpiperidines: application to the asymmetric synthesis of (+)-(3*S*,4*R*)-cisapride
**S. G. Davies**, R. Huckvale, J. A. Lee, T. J. A. Lorkin, P. M. Roberts, J. E. Thomson *Tetrahedron*, **2012**, *68*, 3263

498.    Polysubstituted piperidines via iodolactonisation: application to the asymmetric synthesis of pseudodistomin D
**S. G. Davies**, A. M. Fletcher, J. A. Lee, P. M. Roberts, A. J. Russell, R. J. Taylor, A. D. Thomson, J. E. Thomson, *Org. Lett.*, **2012**, *14*, 1672

499.   The asymmetric synthesis of (–)-(*R*)-sitagliptin
       **S. G. Davies**, A. M. Fletcher, L. Lv, P. M. Roberts, J. E. Thomson, *Tetrahedron Lett.*, **2012**, *53*, 3052

500.   Ring-closing iodoamination of homoallylic amines for the synthesis of polysubstituted pyrrolidines: application to the asymmetric synthesis of (–)-codonopsinine
       **S. G. Davies**, J. A. Lee, P. M. Roberts, J. E. Thomson, C. J. West, *Tetrahedron*, **2012**, *68*, 4302

501.   An electrochemical thermometer: voltammetric measurement of temperature and its application to amperometric gas sensing
       L. Xiong, A. M. Fletcher, S. Ernst, **S. G. Davies**, R. G. Compton, *Analyst*, **2012**, *137*, 2567

502.   On the origins of diastereoselectivity in the conjugate additions of the antipodes of lithium *N*-benzyl-*N*-(α-methyl-benzyl)amide to enantiopure *cis*- and *trans*-dioxolane containing α,β-unsaturated esters
       **S. G. Davies**, E. M. Foster, A. B. Frost, J. A. Lee, P. M. Roberts, J. E. Thomson, *Org. Biomol. Chem.*, **2012**, *10*, 6186

503.   Tuning solute redox potentials by varying the anion component of room temperature ionic liquids
       L. Xiong, A. M. Fletcher, **S. G. Davies**, S. E. Norman, C. Hardacre, R. G. Compton, *Chem. Commun.*, **2012**, *48*, 5784

504.   The asymmetric synthesis of β-fluoroaryl-β-amino acids
       **S. G. Davies**, A. M. Fletcher, L. Lv, P. M. Roberts, J. E. Thomson, *Tetrahedron: Asymmetry*, **2012**, *23*, 910

505.   Asymmetric synthesis of the tropane alkaloid (+)-pseudococaine via ring-closing iodoamination
       E. A. Brock, **S. G. Davies**, J. A. Lee, P. M. Roberts, J. E. Thomson, *Org. Lett.*, **2012**, *14*, 4278

506.   Asymmetric syntheses of the homalium alkaloids (–)-(*S,S*)-homaline and (–)-(*R,R*)-hopromine
       **S. G. Davies**, J. A. Lee, P. M. Roberts, J. P. Stonehouse, J. E. Thomson, *J. Org. Chem.*, **2012**, *77*, 7028

507.   (–)-(*S*)-Nakinadine B: first asymmetric synthesis
       **S. G. Davies**, J. A. Lee, P. M. Roberts, R. S. Shah, J. E. Thomson, *Chem. Commun.*, **2012**, *48*, 9236

508.   Ammonium-directed olefinic oxidation: kinetic and mechanistic insights
       M. B. Brennan, T. D. W. Claridge, R. G. Compton, **S. G. Davies**, A. M. Fletcher, M. C. Henstridge, D. S. Hewings, W. Kurosawa, J. A. Lee, P. M. Roberts, A. K. Schoonen, J. E. Thomson, *J. Org. Chem.*, **2012**, *77*, 7241

509.   Diastereodivergent hydroxyfluorination of allylic amines: application to the synthesis of 4-deoxy-4-fluoro-phytosphingosines
       A. J. Cresswell, **S. G. Davies**, J. A. Lee, M. J. Morris, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2012**, *77*, 7262

510.   The conjugate addition of enantiomerically pure lithium amides as chiral ammonia equivalents part II: 2005–2011
       **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Tetrahedron: Asymmetry*, **2012**, *23*, 1111

511.   Interview with Steve Davies
       ChemComm Profile, *Chem. Commun.*, **2012**, 10068

512.   Absolute configuration assignment by asymmetric syntheses of the homalium alkaloids (–)-(*R,R,R*)-hoprominol and (–)-(4'*S*,4"*R*,2'"*R*)-hopromalinol
       **S. G. Davies**, J. A. Lee, P. M. Roberts, J. P. Stonehouse, J. E. Thomson, *J. Org. Chem.*, **2012**, *77*, 9724

513.   A simultaneous voltammetric temperature and humidity sensor
       L. Xiong, A. M. Fletcher, **S. G. Davies**, S. E. Norman, C. Hardacre, R. G. Compton, *Analyst*, **2012**, *137*, 4951

514.   Piperidinols that show anti-tubercular activity as inhibitors of arylamine *N*-acetyltransferase: an essential enzyme for mycobacterial survival inside macrophages
       A. Abuhammad, E. Fullam, E. D. Lowe, D. Staunton, A. Kawamura, I. M. Westwood, S. Bhakta, A. C. Garner, D. L. Wilson, P. T. Seden, **S. G. Davies**, A. J. Russell, E. F. Garman, E. Sim, *PLoS One*, **2012**, *7*, e52790

515.   Asymmetric synthesis of (–)-absouline
       **S. G. Davies**, A. M. Fletcher, C. Lebée, P. M. Roberts, J. E. Thomson, J. Yin, *Tetrahedron*, **2013**, *69*, 1369

516.   Asymmetric syntheses of APTO and AETD: the β-amino acid fragments within microsclerodermins C, D and E
       **S. G. Davies**, A. M. Fletcher, E. M. Foster, J. A. Lee, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2013**, *78*, 2500

517.   Asymmetric syntheses of (–)-1-deoxymannojirimycin and (+)-1-deoxyallonojirimycin via a ring-expansion approach
       **S. G. Davies**, A. L. A. Figuccia, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Org. Lett.*, **2013**, *15*, 2042

518. Asymmetric synthesis of (–)-martinellic acid
S. G. Davies, A. M. Fletcher J. A. Lee, T. J. A. Lorkin, P. M. Roberts, J. E. Thomson, *Org. Lett.*, **2013**, *15*, 2050

519. Polyhydroxylated pyrrolizidine alkaloids from transannular iodoaminations: application to the asymmetric syntheses of (–)-hyacinthacine A1, (–)-7a-*epi*-hyacinthacine A1, (–)-hyacinthacine A2 and (–)-1-*epi*-alexine
E. A. Brock, **S. G. Davies**, J. A. Lee, P. M. Roberts, J. E. Thomson, *Org. Biomol. Chem.*, **2013**, *11*, 3187

520. Design, synthesis and structure-activity relationships of 3,5-diaryl-1*H*-pyrazoles as inhibitors of arylamine N-acetyltransferase
E. Fullam, J. Talbot, A. Abuhammed, I. Westwood, **S. G. Davies**, A. J. Russell, E. Sim, *Bioorg. Med. Chem. Lett.*, **2013**, *23*, 2759

521. Stereochemical aspects of nucleophilic addition reactions to alkoxycarbene cations of the iron chiral auxiliary [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)]
**S. G. Davies**, A. M. Fletcher, T. R. Maberly, J. E. Thomson, *New J. Chem.*, **2013**, *37*, 3406

522. Asymmetric syntheses of enantiopure C(5)-substituted transpentacins via diastereoselective Ireland-Claisen rearrangements
**S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, C. M. Zammit, *Chem. Commun.*, **2013**, *49*, 7037

523. Solution phase structures of enantiopure and racemic lithium *N*-benzyl-*N*-(α-methylbenzyl)amide in THF: low temperature $^6$Li and $^{15}$N NMR spectroscopic studies
T. D. W. Claridge, **S. G. Davies**, D. Kruchinin, B. Odell, P. M. Roberts, A. J. Russell, J. E. Thomson, S. M. Toms, *Tetrahedron: Asymmetry*, **2013**, *24*, 947

524. Synthesis and crystal structures of *N*-aryl-*N*-methylaminocyclohexanols
A. J. Cresswell, **S. G. Davies**, D. S. Hewings, W. Kurosawa, J. A. Lee, M. J. Morris, P. M. Roberts, J. E. Thomson, *J. Chem. Crystallogr.*, **2013**, *43*, 646

525. Asymmetric syntheses of dihydroxyhomoprolines via doubly diastereoselective lithium amide conjugate addition reactions
**S. G. Davies**, E. M. Foster, J. A. Lee, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2013**, *69*, 8680

526. Trading *N* and *O*: asymmetric syntheses of β-hydroxy-α-amino acids via α-hydroxy-β-amino esters
**S. G. Davies**, A. M. Fletcher, A. B. Frost, J. A. Lee, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2013**, *69*, 8885

527. Direct asymmetric syntheses of chiral aldehydes and ketones via *N*-acyl chiral auxiliary derivatives including chiral Weinreb amide equivalents
**S. G. Davies**, A. M. Fletcher, J. E. Thomson, *Chem. Commun.*, **2013**, *49*, 8586

528. Asymmetric synthesis of the marine alkaloid (–)-(*S*)-nakinadine C
**S. G. Davies**, P. M. Roberts, R. S. Shah, J. E. Thomson, *Tetrahedron Lett.*, **2013**, *54*, 6423

529. A diastereodivergent strategy for the synthesis of (–)-martinellic acid and (–)-4-*epi*-martinellic acid
**S. G. Davies**, A. M. Fletcher, J. A. Lee, T. J. A. Lorkin, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2013**, *69*, 9779

530. Asymmetric syntheses of methyl *N,O*-diacetyl-D-3-*epi*-daunosaminide and methyl *N,O*-diacetyl-D-ristosaminide
K. Csatayová, **S. G. Davies**, J. G. Ford, J. A. Lee, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2013**, *78*, 12397

531. Synthesis and crystal structures of (*RS,RS,RS*)- and (1*RS,2RS,3SR*)-3-(*N*-methylamino)cyclohexane-1,2-diol
**S. G. Davies**, D. S. Hewings, J. A. Lee, W. Kurosawa, P. M. Roberts, A. L. Thompson, J. E. Thomson, *J. Chem. Crystallogr.*, **2014**, *44*, 30

532. Asymmetric syntheses of (–)-isoretronecanol and (–)-trachelantamidine
M. Brambilla, **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2014**, *70*, 204

533. Regio- and stereoselective derivatisation of an aporphine scaffold
J. D. M. Atkinson, **S. G. Davies**, J. E. Thomson, *Heterocycles*, **2014**, *88*, 765

534. Extending the Curtin-Hammett principle: the relative rates of intramolecular cyclisation versus intermolecular processes
M. C. Henstridge, **S. G. Davies**, J. E. Thomson, R. G. Compton, *Tetrahedron Lett.*, **2014**, *55*,1886

535. Asymmetric and enantiospecific syntheses of 1-hydroxymethyl pyrrolidine alkaloids
M. Brambilla, **S. G. Davies**, A. M. Fletcher, J. E. Thomson, *Tetrahedron: Asymmetry*, **2014**, *25*, 387

536.   Doubly diastereoselective conjugate additions of the antipodes of lithium *N*-benzyl-*N*-(α-methylbenzyl)amide to enantiopure ε-*O*-protected α,β-unsaturated esters derived from D-ribose
**S. G. Davies**, E. M. Foster, J. A. Lee, P. M. Roberts, J. E. Thomson, *Tetrahedron: Asymmetry*, **2014**, *25*, 534

537.   (−)-(2*S*,3*R*,*Z*)-Nakinadine A: first asymmetric synthesis and absolute configuration assignment
**S. G. Davies**, A. M. Fletcher, P. M. Roberts, R. S. Shah, A. L. Thompson, J. E. Thomson, *Org. Lett.*, **2014**, *16*, 1354

538.   The synthesis and crystal structure of Cbz-[(1*R*,2*S*)-ACPC]₃-OH: a tripeptide derived from the β-amino acid (1*R*,2*S*)-cispentacin
**S. G. Davies**, E. Siddall, A. L. Thompson, J. E. Thomson, *J. Chem. Crystallogr.*, **2014**, *44*, 205

539.   Asymmetric syntheses of methyl *N*-Boc-2-deoxy-2-amino-L-erythroside, methyl *N*-Boc-2-deoxy-2-amino-D-threoside and methyl *N*-Boc-2,3-dideoxy-3-amino-L-arabinopyranoside
M. Brambilla, **S. G. Davies**, A. M. Fletcher, L. Hao, L. Lv, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2014**, *70*, 3491

540.   Diastereoselective Ireland–Claisen rearrangements of substituted allyl β-amino esters: applications in the asymmetric synthesis of C(5)-substituted transpentacins
**S. G. Davies**, A. M. Fletcher, J. A. Lee, P. M. Roberts, M. Y. Souleymanou, J. E. Thomson, C. M. Zammit, *Org. Biomol. Chem.*, **2014**, *12*, 2702

541.   Asymmetric syntheses of the methyl glycosides of 2-deoxy-2-aminohexoses: D-allosamine, D-mannosamine, D-idosamine and D-talosamine
**S. G. Davies**, E. M. Foster, J. A. Lee, P. M. Roberts, J. E. Thomson, M. A. Waul, *Tetrahedron*, **2014**, *70*, 7016

542.   Asymmetric syntheses of 2,5-dideoxy-2,5-imino-D-glucitol [(+)-DGDP] and 1,2,5-trideoxy-1-amino-2,5-imino-D-glucitol [(+)-ADGDP]
**S. G. Davies**, A. L. A. Figuccia, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2014**, *70*, 3601

543.   Hydrogen bond directed epoxidation: diastereoselective olefinic oxidation of allylic alcohols and amines
**S. G. Davies**, A. M. Fletcher, J. E. Thomson, *Org. Biomol. Chem.*, **2014**, *12*, 4544

544.   Trading *N* and *O*. Part 2: Exploiting aziridinium intermediates for the synthesis of β-hydroxy-α-amino acids
**S. G. Davies**, A. M. Fletcher, A. B. Frost, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2014**, *70*, 5849

545.   An efficient asymmetric synthesis of (−)-lupinine
**S. G. Davies**, A. M. Fletcher, E. M. Foster, I. T. T. Houlsby, P. M. Roberts, T. M. Schofield, J. E. Thomson, *Chem. Commun.*, **2014**, *50*, 8309

546.   Stereospecific cyclisation strategies for α,ε-dihydroxy-β-amino esters: asymmetric syntheses of 1-deoxyimino and 1-deoxyamino sugars
**S. G. Davies**, E. M. Foster, J. A. Lee, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2014**, *79*, 9686

547.   Stereoselective syntheses of substituted succinic acid derivatives of the iron chiral auxiliary [(η⁵-C₅H₅)Fe(CO)(PPh₃)]
G. Bashiardes, G. J. Bodwell, S. P. Collingwood, J. F. Costello, **S. G. Davies**, A. M. Fletcher, A. Garner, S. C. Preston, J. E. Thomson, *Tetrahedron*, **2014**, *70*, 8938

548.   The asymmetric syntheses of pyrrolizidines, indolizidines and quinolizidines via two sequential tandem ring-closure/ *N*-debenzylation processes
**S. G. Davies**, A. M. Fletcher, E. M. Foster, I. T. T. Houlsby, P. M. Roberts, T. M. Schofield, J. E. Thomson, *Org. Biomol. Chem.*, **2014**, *12*, 9223

549.   The synthesis and crystal structures of two hydrogen-bonded *N*-oxides
E. A. Brock, **S. G. Davies**, D. S. Hewings, J. A. Lee, A. L. Thompson, J. E. Thomson, *J. Chem. Crystallogr.*, **2014**, *44*, 548

550.   Asymmetric syntheses of (−)-3-*epi*-fagomine, (2*R*,3*S*,4*R*)-dihydroxypipecolic acid and several polyhydroxylated homopipecolic acids
K. Csatayová, **S. G. Davies**, A. M. Fletcher, J. G. Ford, D. J. Klauber, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2014**, *79*, 10932

551.   Selective electrochemical determination of cysteine with a cyclotricatechylene modified carbon electrode
P. T. Lee, J. E. Thomson, A. Karina, C. Salter, C. Johnston, **S. G. Davies**, R. G. Compton, *Analyst*, **2014**, *140*, 236

552. The homalium alkaloids: isolation, synthesis and absolute configuration assignment
S. G. Davies, J. E. Thomson, In *The Alkaloids: Chemistry and Biology*; H.-J. Knölker, Ed.; Elsevier: London, U.K., 2015; Vol. 74, pp 121–158

553. Beyond the Balz-Schiemann reaction: the growing utility of tetrafluoroborates and boron trifluoride as nucleophilic fluorine sources
A. J. Cresswell, **S. G. Davies**, P. M. Roberts, J. E. Thomson, *Chem. Rev.*, **2015**, *115*, 566

554. Epoxidation of *trans*-4-aminocyclohex-2-en-1-ol derivatives: competition of hydroxyl-directed and ammonium-directed pathways
M. B. Brennan, **S. G. Davies**, A. M. Fletcher, J. A. Lee, P. M. Roberts, A. J. Russell, J. E. Thomson, *Aust. J. Chem.*, **2015**, *68*, 610

555. Concise total asymmetric syntheses of (–)-fagomine, two of its epimers, and two seven-membered ring congeners
K. Csatayová, **S. G. Davies**, A. M. Fletcher, J. G. Ford, D. J. Klauber, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2015**, *71*, 7170

556. Pinacolatoboron fluoride (pinBF): an efficient fluorine transfer agent for the synthesis of benzylic fluorides
A. J. Cresswell, **S. G. Davies**, A. L. A. Figuccia, A. M. Fletcher, D. Heijnen, J. A. Lee, M. J. Morris, A. M. R. Kennett, P. M. Roberts, J. E. Thomson, *Tetrahedron Lett.*, **2015**, *56*, 3373

557. Stemistry: The Control of Stem Cells in Situ Using Chemistry
**S. G. Davies**, P. D. Kennewell, A. J. Russell, P. T. Seden, R. Westwood, G. M. Wynne, *J. Med. Chem.*, **2015**, *58*, 2863

558. Diastereoselective conjugate additions to alkoxycarbene cations of the iron chiral auxiliary $[(\eta^5\text{-}C_5H_5)Fe(CO)(PPh_3)=C(OMe)CH=CHR]^+$
**S. G. Davies**, R. J. C. Easton, J. M. McKenna, M. E. C. Polywka, J. E. Thomson, *J. Organomet. Chem.*, **2015**, *792*, 66

559. Conformational analysis of triphenylphosphine ligands in stereogenic monometallic complexes: tools for predicting the preferred configuration of the triphenylphosphine rotor
J. F. Costello, **S. G. Davies**, E. T. F. Gould, J. E. Thomson, *Dalton Trans.*, **2015**, *44*, 5451

560. Asymmetric syntheses of nakinadine D, nakinadine E and nakinadine F: confirmation of their relative (*RS,SR*)-configurations and proposal of their absolute (*2S,3R*)-configurations
**S. G. Davies**, A. M. Fletcher, R. S. Shah, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2015**, *80*, 4017

561. Asymmetric synthesis of substituted *anti*-β-fluorophenylalanines
**S. G. Davies**, A. M. Fletcher, A. B. Frost, P. M. Roberts, J. E. Thomson, *Org. Lett.*, **2015**, *17*, 2254

562. Enantiopure 3-amino substituted 1-indanones, 1-tetralones and 1-benzosuberones via Friedel-Crafts cyclisation of ω-aryl-β-benzamido acids
**S. G. Davies**, E. C. Goddard, P. M. Roberts, A. J. Russell, J. E. Thomson, *Synlett*, **2015**, *26*, 1541

563. Syntheses of dihydroconduramines (±)-B-1, (±)-E-1 and (±)-F-1 via diastereoselective epoxidation of *N*-protected 4-aminocyclohex-2-en-1-ols
M. B. Brennan, K. Csatayová, **S. G. Davies**, A. M. Fletcher, W. D. Green, J. A. Lee, P. M. Roberts, A. J. Russell, J. E. Thomson, *J. Org. Chem.*, **2015**, *80*, 6609

564. Second-generation compound for the modulation of utrophin in the therapy of DMD
S. Guiraud, S. E. Squire, B. Edwards, H. Chen, D. T. Burns, N. Shah, A. Babbs, **S. G. Davies**, G. M. Wynne, A. J. Russell, D. Elsey, F. X. Wilson, J. M. Tinsley, K. E. Davies, *Hum. Mol. Genet.*, **2015**, *24*, 4212

565. Synthesis and crystal structures of 2-azido-4-aminocyclohexane-1,3-diols
M. B. Brennan, **S. G. Davies**, J. A. Lee, A. L. Thompson, J. E. Thomson, *J. Chem. Crystallogr.*, **2015**, *45*, 401

566. Asymmetric syntheses of polysubstituted homoprolines and homoprolinols
K. Csatayová, **S. G. Davies**, A. L. A. Figuccia, A. M. Fletcher, J. G. Ford, J. A. Lee, P. M. Roberts, H. Song, J. E. Thomson, *Tetrahedron*, **2015**, *71*, 9131

567. Syntheses of (*R*)-sitagliptin
**S. G. Davies**, A. M. Fletcher, J. E. Thomson, *Tetrahedron: Asymmetry*, **2015**, *26*, 1109

568.   Asymmetric syntheses of the methyl 3-deoxy-3-amino-glycosides of D-*glycero*-L-*gulo*-heptose,
       D-*glycero*-D-*galacto*-heptose, D-*glycero*-L-*allo*-heptose and D-*glycero*-D-*allo*-heptose
       M. Brambilla, **S. G. Davies**, W. T. Diment, A. M. Fletcher, J. A. Lee, P. M. Roberts, J. E. Thomson, M. A. Waul,
       *Tetrahedron: Asymmetry*, **2016**, *27*, 31

569.   The asymmetric synthesis of enantiopure C(5)-substituted transpentacins via diastereoselective conjugate additions to a
       β'-amino-α,β-unsaturated ester
       **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, C. M. Zammit, *Tetrahedron: Asymmetry*, **2016**, *27*, 208

570.   Asymmetric synthesis of *N,O*-diacetyl-3-*epi*-xestoaminol C: structure and absolute configuration confirmation of
       3-*epi*-xestoaminol C
       S. G. Archer, K. Csatayová, **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Tetrahedron Lett.*, **2016**,
       *57*, 1270

571.   Trading N and O. Part 3: Synthesis of 1,2,3,4-tetrahydroisoquinolines from α-hydroxy-β-amino esters
       **S. G. Davies**, A. M. Fletcher, A. B. Frost, M. S. Kennedy, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2016**, *72*, 2139

572.   Strategies for the construction of morphinan alkaloid AB-rings: regioselective Friedel-Crafts-type cyclisations of
       γ-aryl-β-benzoylamido acids with asymmetrically substituted γ-aryl rings
       **S. G. Davies**, E. C. Goddard, P. M. Roberts, A. J. Russell, A. D. Smith, J. E. Thomson, J. M. Withey,
       *Tetrahedron: Asymmetry*, **2016**, *27*, 274

573.   Asymmetric syntheses of (+)-preussin B, the C(2)-epimer of (−)-preussin B, and 3-deoxy-(+)-preussin B
       M. Buchman, K. Csatayová, **S. G. Davies**, A. M. Fletcher, I. T. T. Houlsby, P. M. Roberts, S. Rowe, J. E. Thomson,
       *J. Org. Chem.*, **2016**, *81*, 4907

574.   Asymmetric syntheses of (−)-hastanecine, (−)-turneforcidine and (−)-platynecine
       M. Brambilla, **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2016**, *72*, 4523

575.   Asymmetric syntheses of (−)-ADMJ and (+)-ADANJ: 2-deoxy-2-amino analogs of (−)-1-deoxymannojirimycin and
       (+)-1-deoxyallonojirimycin
       **S. G. Davies**, A. L. A. Figuccia, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2016**, *81*, 6481

576.   Pyrrolizidines, indolizidines and quinolizidines via a double reductive cyclisation protocol: concise asymmetric
       syntheses of (+)-trachelanthamidine, (+)-tashiromine and (+)-epilupinine
       M. Brambilla, **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, D. Zimmer, *Tetrahedron*, **2016**, *72*, 7417

577.   Asymmetric syntheses of the 1-hydroxymethyl-2-hydroxy substituted pyrrolizidines (−)-macronecine, (−)-petasinecine,
       (−)-1-*epi*-macronecine, (+)-1-*epi*-petasinecine and (+)-2-*epi*-rosmarinecine
       M. Brambilla, **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2016**, *72*, 7449

578.   (−)-Pseudodistomin E: first asymmetric synthesis and absolute configuration assignment
       **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, D. Zimmer, *Org. Lett.*, **2017**, *19*, 1638

579.   Thiazolidine derivatives as potent and selective inhibitors of the PIM kinase family
       C. J. R. Bataille, M. B. Brennan, S. Byrne, **S. G. Davies**, M. Durbin, O. Fedorov, K. V. M. Huber, A. M. Jones,
       S. Knapp, G. Liu, A. Nadali, C. E. Quevedo, A. J. Russell, R. G. Walker, R. Westwood, G. M. Wynne
       *Bioorg. Med. Chem.*, **2017**, *25*, 2657

580.   Asymmetric synthesis of the tetraponerine alkaloids
       **S. G. Davies**, A. M. Fletcher, I. T. T. Houlsby, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2017**, *82*, 6689

581.   Asymmetric synthesis of pyrrolizidines, indolizidines and quinolizidines via a double reductive cyclisation protocol
       **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Synlett*, **2017**, *28*, 2697

582.   Regenerative Medicine
       **S. G. Davies**, P. D. Kennewell, A. J. Russell, L. Silpa, R. Westwood, G. M. Wynne, In *Comprehensive Medicinal
       Chemistry, III*; Chackalamannil, S.; Rotella, D.; Ward, S. Eds.; Elsevier: London, U.K., 2017; 3rd Edn., pp 379–435

583.   Asymmetric *ortho*-deprotonation of (η⁶-arene) chromium tricarbonyl complexes substituted with a chiral hydroxylamine
       M. R. G. da Costa, M. J. M. Curto, **S. G. Davies**, F. C. Teixeira, J. E. Thomson, *Tetrahedron*, **2017**, *73*, 5411

584.  Solid state conformations of α,β-unsaturated hydroxamates derived from the 'chiral Weinreb amide' auxiliary (*S*)-*N*-1-(1′-naphthyl)ethyl-*O*-*tert*-butylhydroxylamine
S. G. Davies, J. A. Lee, P. M. Roberts, J. E. Thomson, J. Yin, *Tetrahedron: Asymmetry*, **2017**, *28*, 1337

585.  Tetrafluoroborate salt fluorination for preparing alkyl fluorides
**S. G. Davies**, Roberts P. M. In *Synthetic Organofluorine Chemistry. Fluorination*; Hu, J.; Umemoto, T., Eds.; Springer, 2017; in press

586.  Structural revision of the Hancock alkaloid (−)-galipeine
**S. G. Davies**, A. M. Fletcher, I. T. T. Houlsby, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2017**, *82*, 10673

587.  Probing competitive and co-operative hydroxyl and ammonium hydrogen-bonding directed epoxidations
M, Brambilla, M. B. Brennan, K. Csatayová, **S. G. Davies**, A. M. Fletcher, A. M. R. Kennett, J. A. Lee, P. M. Roberts, A. J. Russell, J. E. Thomson, *J. Org. Chem.*, **2017**, *82*, 10297

588.  Asymmetric synthesis of the N-terminal α-hydroxy-β-amino acid components of microginins 612, 646 and 680
**S. G. Davies**, A. M. Fletcher, A. R. Hanby, P. M. Roberts, J. E. Thomson, *Tetrahedron: Asymmetry*, **2017**, *28*, 1756

589.  Asymmetric syntheses of 3-deoxy-3-aminosphingoid bases: approaches based on parallel kinetic resolution and double asymmetric induction
K. Csatayová, **S. G. Davies**, A. M. Fletcher, T. R. Fowler, M. S. Kennedy, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2017**, *82*, 12447

590.  The conjugate addition of enantiomerically pure lithium amides as chiral ammonia equivalents part III: 2012-2017
Davies, S. G.; Fletcher, A. M.; Roberts, P. M.; Thomson, J. E. *Tetrahedron: Asymmetry*, **2017**, *28*, 1842

591.  Stereoselective ammonium-directed epoxidation in the asymmetric syntheses of dihydroconduramines (−)-A-2, (−)-B-2, (−)-C-3 and (+)-F-3
S. Da Silva Pinto, **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Synthesis*, **2018**, *50*, 64

592.  Trading N and O. Part 4: Asymmetric synthesis of *syn*-β-substituted-α-amino acids
**S. G. Davies**, A. M. Fletcher, C. J. Greenaway, M. S. Kennedy, C. Mayer, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2018**, 74, 5049

593.  Asymmetric syntheses of (2*R*,3*S*)-3-hydroxyproline and (2*S*,3*S*)-3-hydroxyproline
**S. G. Davies**, A. M. Fletcher, S. M. Linsdall, P. M. Roberts, J. E. Thomson, *Org. Lett.*, **2018**, *20*, 4135

594.  Diastereoselective ammonium-directed epoxidation in the asymmetric syntheses of dihydroconduramines (+)-C-2, (−)-C-2, (+)-D-2, (+)-E-2, (+)-F-2 and (−)-F-2
S. Da Silva Pinto, **S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *J. Org. Chem.*, **2018**, *83*, 9939

595.  Asymmetric synthesis of secondary benzylic alcohols via arene chromium tricarbonyl complexes
M. R. G. da Costa, M. J. M. Curto, **S. G. Davies**, F. C. Teixeira, J. E. Thomson, *Tetrahedron*, **2018**, *74*, 5965

596.  The Dimroth rearrangement as a probable cause for structural misassignments in imidazo[1,2-*a*]pyrimidines: a $^{15}$N-labelling study and an easy method for the determination of regiochemistry
M. Chatzopoulou, R. F. Martínez, N. J. Willis, T. D. W. Claridge, F. X. Wilson, G. M. Wynne, **S. G. Davies**, A. J. Russell, *Tetrahedron*, **2018**, *74*, 5280

597.  The Hancock alkaloids (−)-cuspareine, (−)-galipinine, (−)-galipeine and (−)-angustureine: asymmetric syntheses and corrected $^1$H and $^{13}$C NMR data
**S. G. Davies**, A. M. Fletcher, I. T. T. Houlsby, P. M. Roberts, J. E. Thomson, D. Zimmer, *J. Nat. Prod.*, **2018**, *81*, 2731

598.  Asymmetric synthesis of D-fagomine and its diastereoisomers
**S. G. Davies**, A. M. Fletcher, M. S. Kennedy, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2018**, *74*, 7261596.

599.  Rapid stereoselective syntheses of heteroarene-fused azacycles via diastereoselective conjugate addition of heteroaryl substituted lithium amides
**S. G. Davies**, A. M. Fletcher, K. E. Holder, P. M. Roberts, J. E. Thomson, D. Zimmer, *Heterocycles*, **2019**, *99*, 919

600.  SuperQuat chiral auxiliaries: design, synthesis, and utility
**S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Org. Biomol. Chem.*, **2019**, *17*, 1322

601. Lithium amides as homochiral ammonia equivalents for conjugate additions to α,β-unsaturated esters: asymmetric synthesis of (*S*)-β-leucine
S. G. Davies, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Org. Synth.* **2019**, *96*, 53

602. The Hancock alkaloids angustureine, cuspareine, galipinine and galipeine a review of their isolation, synthesis and spectroscopic data
S. G. Davies, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Euro. J. Org. Chem.*, **2019**, 5093

603. *N*-Acetylcolchinol methyl ether – a natural product: suhailamine – a phantom natural product
S. G. Davies, A. M. Fletcher, P. M. Roberts, J. E. Thomson, A. Yeung, *J. Nat. Prod.*, **2019**, *82*, 2659

604. Synthesis of (−)-conduramine A1, (−)-conduramine A2 and (−)-conduramine E2 in six steps from cyclohexa-1,4-diene
S. Da Silva Pinto, S. G. Davies, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Org. Lett.*, **2019**, *21*, 7933

605. Asymmetric synthesis of the allocolchicinoid natural product *N*-acetylcolchinol methyl ether (suhailamine), solid state and solution phase conformational analysis
S. G. Davies, A. M. Fletcher, P. M. Roberts, J. E. Thomson, A. Yeung, *Tetrahedron*, **2019**, *75*, 130694

606. The asymmetric synthesis of (*S*,*S*)-methylphenidate hydrochloride via ring-opening of an enantiopure aziridinium intermediate with phenylmagnesium bromide
S. G. Davies, A. M. Fletcher, M. E. Peters, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2019**, *75*, 130713

607. Isolation, structural identification, synthesis, and pharmacological profiling of 1,2-*trans*-dihydro-1,2-diol metabolites of the utrophin modulator ezutromid
M. Chatzopoulou, T. D. W. Claridge, K. E. Davies, S. G. Davies, D. Elsey, E. Emer, A. M. Fletcher, S. Harriman, N. Robinson, J. Rowley, A. J. Russell, J. Tinsley, R. Weaver, I. Wilkinson, N. Willis, F. Wilson, G. M. Wynne, *J. Med. Chem.*, **2020**, *63*, 2547

608. Asymmetric syntheses of fagomine and its stereoisomers
S. G. Davies, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Tetrahedron*, **2019**, *76*, 130727

609. Chemical proteomics and phenotypic profiling identifies the aryl hydrocarbon receptor as a molecular target of the utrophin modulator ezutromid
I. V. L. Wilkinson, K. J. Perkins, H. Dugdale, L. Moir, A. Vuorinen, M. Chatzopoulou, S. E. Squire, S. Monecke, A. Lomow, M. Geese, P. D. Charles, P. Burch, J. M. Tinsley, G. M. Wynne, S. G. Davies, F. X. Wilson, F. Rastinejad, S. Mohammed, K. E. Davies, A. J. Russell, *Angew Chem. Int. Ed.*, **2020**, *59*, 2

610. Synthesis of SMT022357 and its enantiomers and in vivo evaluation in mdx mice
A. Babbs, A. Berg, M. Chatzopoulou, K. E. Davies, S. G. Davies, B. Edwards, D. Elsey, E. Emer, A. L. A. Figuccia, A. M. Fletcher, S. Guiraud, S. Harriman, L. Moir, N. Robinson, J. A. Rowley, A. J. Russell, S. Squire, J. E. Thomson, J. M. Tinsley, F. X. Wilson, G. M. Wynne, *Tetrahedron*, **2020**, *76*, 130819

611. A semiautomated, phenotypic, in vitro scratch assay for assessing retinal pigment epithelial cell wound healing
T. Storm, I. Wilson, R. Campbell, A. Bolinches-Amorós, A. J. Russell, S. G. Davies, A. R. Barnard, R. E. MacLaren, *J. Ocul. Pharmacol. Ther.*, **2020**, *36*, 257

612. 2-Arylbenzo[d]oxazole phosphinate esters as second-generation modulators of utrophin for the treatment of duchenne muscular dystrophy
A. Babbs, A. Berg, M. Chatzopoulou, K. E. Davies, S. G. Davies, B. Edwards, D. J. Elsey, E. Emer, S. Guiraud, S. Harriman, C. Lecci, L. Moir, D. Peters, N. Robinson, J. A. Rowley, A. J. Russell, S. E. Squire, J. M. Tinsley, F. X. Wilson, G. M. Wynne, *J. Med. Chem.*, **2020**, *63*, 7880

613. Aminothiazolones as potent, selective and cell active inhibitors of the PIM kinase family
C. E. Quevedo, C. J. R. Bataille, S. Byrne, M. Durbin, J. Elkins, A. Guillermo, A. M. Jones, S. Knapp, A. Nadali, R. G. Walker, I. V. L. Wilkinson, G. M. Wynne, S. G. Davies, A. J. Russell, *Bioorg. Med. Chem.*, **2020**, *28*, 115724

614. Decreasing HepG2 cytotoxicity by lowering the lipophilicity of benzo[d]oxazolephosphinate ester utrophin modulators
M. Chatzopoulou, E. Emer, C. Lecci, J. A. Rowley, A.-S. Casagrande, L. Moir, S. E. Squire, S. G. Davies, S. Harriman, G. M. Wynne, F. X. Wilson, K. E. Davies, A. J. Russell, *ACS Med. Chem. Lett.*, **2020**, *11*, 2421

615.   Microconine [*N*-methyl-2-methyl-3-methoxy-6-(deca-l',3',5'-trienyl)piperidine, an alkaloid from *Microcos paniculata*]: synthesis, stereochemistry and spectroscopic data
**S. G. Davies**, A. M. Fletcher, P. M. Roberts, C. E. Taylor, J. E. Thomson, *Tetrahedron*, **2020**, *79*, 131860

616.   Short asymmetric syntheses of sphinganine [(2*S*,3*R*)-2-aminooctadecane-1,3-diol] and its C(2)-epimer
S. Da Silva Pinto; **S. G. Davies**, A. M. Fletcher, S. K. Newton, P. M. Roberts, J. E. Thomson, *Tetrahedron Lett.*, **2021**, 66, 152743

617.   Mutual kinetic resolution: probing enantiorecognition phenomena and screening for kinetic resolution with racemic reagents
**S. G. Davies**, A. M. Fletcher, P. M. Roberts, J. E. Thomson, *Org. Biomol. Chem.*, **2021**, *19*, 2847

618.   Microcosamine A, Microgrewlapine B: three homochiral alkaloids?
**S. G. Davies**, A. M. Fletcher, P. M. Roberts, C. E. Taylor, J. E. Thomson, *Tetrahedron*, **2021**, *89*, 132056

619.   Discovery and Machanism of Action Studies of 4,6-diphenylpyrimidine-2-carbohydrazides as Utrophin Modulators for t he Treatment of Duchenne Muscular Dystrophy
A. Vuorinen, I.V.L. Wilkinson, M. Chatzopoulou, B. Edwards, S.E. Squire, R.J. Fairclough, N.A. Bazan, J.A. Milner, D. Canole, J.R. Donald, N. Shah, N.J. Willis, R.F. Martinez, F.X. Wilson, G.M. Wynne, **S.G. Davies**, K.E. Davies, A.J.Russell, *Eur.J. Med. Chem.,* **2021**, 10.1016/j.ejmech.2021.113431

620.   A Phenotypic Screen Identifies a Compound Series That Induces Differentiation of Acute Myeloid Leukemia Cells In Vitro and Shoes Antitumour Effects In Vivo
L. Josa-Cullere, K.S. Madden, T.J. Cogswell, T.R. Jackson, T.S. Carter, D.Z. Zhang, G. Trevitt, **S.G. Davies**, P. Vyas, G.M.Wynne, T.A. Milne, A.J. Russell, *J. Med. Chem.*, **2021**, *64*, 15608.

621.   Synthesis and Configuration of *O*-Acetyl Microgrewiapine A: Phantomisation of *O*-Acetyl 6-epi- Microgrewiapine A
**S. G. Davies**, A. M. Fletcher, P. M. Roberts, C. E. Taylor, J. E. Thomson, *J. Nat. Prod.*, **2021**, 85, 306.

622.   Identification and Preliminary Structure-Activity Relationship Studies of 1,5-Dihydrobenzo[*e*][1,4]oxazepin-2(3*H*)-ones That Induce Differentiation of Acute Myeloid Leukemia Cells In Vitro
L. Josa-Cullere, T.J. Coswell, I. Georgiou, M. Jay-Smith, T.R. Jackson, C.J.R. Bataille, **S.G. Davies**, P. Vyas, T.A. Milne, G.M. Wynne, A.J. Russell, *Molecules*, **2021**, *26*, 6648.

623.   Structure-activity relationships of 2-pyrimidinecarbohydrazides as utrophin modulators for the potential treatment of Duchenne muscular dystrophy
M. Chatzopoulou, D. Conole, E. Emer, J.A. Rowley, N.J. Willis, S.E. Squire, B. Gill, S. Brough, F.X. Wilson, G.M. Wynne, **S.G. Davies**, K.E. Davies, A.J. Russell, *Bio. Med. Chem.*, **2022**, *69*, 116812.

624.   Microgrewiapine C: Asymmetric Synthesis, Spectroscopic Data and Configurational Assignment
**S.G. Davies**, A. M. Fletcher, P. M. Roberts, C. E. Taylor, J. E. Thomson, *J. Nat. Prod.*, **2022**, *85*, 1872

625.   Evaluating the efficacy and safety of a novel prophylactic nasal spray in the prevention of SARS-CoV-2 infection: A multi-centre, double blind, placebo-controlled, randomised trial
D. Balmforth, J.A. Swales, L. Silpa, A. Dunton, K.E. Davies, **S.G. Davies**, A. Kamath, J. Gupta, S. Gupta, M.A. Masood, A. McKnight, D. Rees, A.J. Russell, M. Jaggi, R. Uppal, *J. Clin. Virology*, **2022**, 155, 105248.

626.   A tubulin binding molecule drives differentiationof acute myeloid leukemia cells
T.R. Jackson, A. Vuorinen, L. Josa-Cullere, K.S. Madden, D. Comcole, T.J. Cogswell, I.V.L. Wilkinson, L.M.Kettyle, D. Zhang, A. O'Mahony, D. Gracias, L. McCall, R. Westwood, G.C. Terstappen, **S.G. Davies**, E.W. Tate, G.M. Wynne, P. Vyas, A.J. Russell, T.A. Milne, *iScience*, **2022**, *25*, 104787.

627.   General Approach to Enantiopure 1-Aminopyrrolidinines: Application to the Asymmetric Synthesis of the Loline Alkaloids.
S.G.Davies, A.M.Fletcher, S.M.Linsdall, P.M.Roberts and J.E.Thomson, *J. Org. Chem.*, **2023**, *88*, 8093

628.   Phenotypic screening identifies a trisubstituted imidazo[1,2-α]pyridine series that induces differentiation in multiple AML cell lines.
L.Josa-Cullere, S.R.G.Galan, T.J.Cogswell, T.R.Jackson, M.Jay-Smith, L.Mola, C.R.Greaves, T.S.Carter, K.S.Madden, S.Trott, D.Zhang, C.J.R.Bataille, **S.G.Davies**, P.Vyas, T.A.Milne, A.Naylor, G.M.Wynne,A.J.Russell, *Eur. J. Med. Chem.*, **2023**, *258*, 115509.

629    Development Expression of the cell Cycle Regulator p16 [INK4a] in Retinal Glial Cells: A Novel Marker of Immature Ocular Astrocytes?
De la Camara, T. Storm, A. Salman, T. Burgoyne, M.Q. Rasmussen, H.O. Orlans, A.J. Russell, **S.G.Davies**, A.R. Barnard and R.E. MacLaren, *J. Hist. Cytochem.*, **2023**, *71*, 301.

630    β-Peptides incorporating polyhydroxylated cyclohexane β-aminoacid: Synthesis and conformational study.
D. Reza, R. Balo, J.M. Otero, A.I. Fletcher, R. Garcoa-Fandino, V.M. Sanchez-Pedregal, **S.G.Davies**, R.J.Estevez, and J.C. Estevez, *Org. Biomol. Chem.*, **2023**, *21*, 8535.

631    Lead optimisation of OXS007417: in vivo PK profile and hERG liability modulation to optimise a small molecule differentiation agent for the potential treatment of acute myeloid leukaemia.
T.J. Cogswell, L. Josa-Cullere, D. Zimmer, S.R.G. Galan, M. Jay-Smith, K.S. Harris, C.J.R. Bataille, T.R. Jackson, D. Zhang, **S.G. Davies**, P. Vyas, T.A. Milne, G.M. Wynne, and A.J. Russell, *RSC Med. Chem.*, **2024**, *15*, 3495.

632    Spontaneous Immortalised Nonhuman Primate Muller Glia Cell Lines as Source to Explore Retinal Reprogramming Mechanisms for Cell Therapies.
A. Salman, A. Bolinches-Amoros, T. Storm, D. Moralli, P. Bryika, A.J.Russell, **S.G. Davies**, A.R. Barnard, and R.E.MacLaren, *J. Cell Phys.*, **2025**, *240*, e31482. https://doi.org/10.1002/jcp.31482



## Europass Curriculum Vitae



### Personal information

| | |
|---|---|
| First name(s) / Surname(s) | **Fabia Gozzo** |
| Address(es) | 33, Avenue du Léman, 1005 Lausanne - Switzerland |
| Telephone(s) | Personal: +41(0)21 311 11 76<br>Professional:<br>Mobile: +41(0)79 830 32 01<br>Skype: fabia.gozzo |
| E-mail | Personal: fabia.gozzo@gmail.com<br>Professional : fabia.gozzo@excelsus2S.com |
| Website | www.excelsus2S.com |
| Linkedin profile | **http://www.linkedin.com/in/fabiagozzo** |
| Nationality | Italian, Swiss |
| Date of birth | 22.09.1964 |

### Work experience

| | |
|---|---|
| Dates | **From February 2014 to present** |
| Occupation or position held | Founder, CEO and managing director of:<br>Excelsus Structural Solutions (Swiss) AG, PARK INNOVAARE, 5234 Villigen, Switzerland |
| Main activities and responsibilities | CEO and managing director of Excelsus Structural Solutions company that offers synchrotron radiation based analytical services and scientific consulting to industry in the field of structural characterization of materials and quantitative phase analysis. |
| Dates | **From November 2011 to September 2023** |
| Occupation or position held | Founder, CEO and managing director of:<br>Excelsus Structural Solutions SPRL, Rue de la Cambre, 1200 Brussels - Belgium |
| Main activities and responsibilities | CEO and managing director of Excelsus Structural Solutions company that offers synchrotron radiation based analytical services and scientific consulting to industry in the field of structural characterization of materials and quantitative phase analysis. |
| Dates | **From June 2001 to August 2011** |
| Occupation or position held | Senior Researcher – Beamline Scientist |

For more information on Europass go to http://europass.cedefop.europa.eu<br>© European Union, 2004-2010   24082010 – last update June 2025

| | |
|---|---|
| Main activities and responsibilities | Construction, start-up, development and management of the synchrotron X-ray Powder Diffraction lab<br>Planning, management, and monitoring of calls-for-proposals for beamtime assignment<br>Technical evaluation of research proposals<br>Coordination and support of academic and industrial users<br>Development, coordination and management of long-term research and pre-competitive R&D projects<br>Publication of results in peer-reviewed journals and reviews in specialized scientific books, presentation at international conferences and schools<br>Organization of international schools, workshops and conferences |
| Name and address of employer | Paul Scherrer Institute – Swiss Light Source – 5232 Villigen PSI, Switzerland |
| Type of business or sector | National Research Laboratory |
| | |
| Dates | **From November 1998 to May 2001** |
| Occupation or position held | Project Leader |
| Main activities and responsibilities | Promotion of industrial use of synchrotron radiation techniques<br>Coordination of an external team working on marketing concept, business plan and marketing kits<br>Development of databank of industrial customers<br>Public relations with company shareholders<br>Interface activities between SLS-TT AG and the Paul Scherrer Institute |
| Name and address of employer | Swiss Light Source Technology Transfer AG (SLS-TT AG) c/0 Paul Scherrer Institute, 5232 Villigen PSI, Switzerland<br><br>Technology-transfer private company |
| | |
| Dates | **From August 1996 to July 1998** |
| Occupation or position held | Research scientist |
| Main activities and responsibilities | Development of X-Ray spectromicroscopy for chemical analyses of semiconductor microstructures<br>Construction of an *on-purpose* spectromicroscope for industrial applications |
| Name and address of employer | Intel Corporation, Components Research, Santa Clara, California, USA |
| Type of business or sector | Semiconductor Industry |
| | |
| Dates | **From August 1995 to July 1996** |
| Occupation or position held | Postdoctoral Researcher |
| Main activities and responsibilities | Development of X-Ray spectromicroscopy for industrial applications |
| Name and address of employer | Lawrence Berkeley National Laboratories, Berkeley, California, USA |
| Type of business or sector | National Research Laboratory |
| | |
| Dates | **From November 1989 to December 1990** |
| Occupation or position held | Graduate Research Fellow of the Italian Istituto Nazionale Fisica della Materia (INFM) |
| Main activities and responsibilities | Set-up of a new laboratory for radio-frequency sputtering deposition. |
| Name and address of employer | Universita' degli Studi di Camerino  -  Camerino, Italy |
| Type of business or sector | Public University |
| COMMENT | BETWEEN 1991 AND 1995, I OBTAINED MY PHD IN PHYSICS AT THE ECOLE POLYTECHNIQUE FEDERALE DE LAUSANNE (SEE EDUCATION AND TRAINING) |

**Education and training**

| | |
|---|---|
| Dates | **From January 1991 to July 1995** |
| Title of qualification awarded | PhD in Physics (Docteur es sciences, obtained on February 2nd, 1995) |
| Principal subjects/occupational skills covered | Principal subjects:<br>Solid state physics<br>Photoemission spectroscopy and spectromicroscopy of semiconductor interfaces<br><br>Occupational skills covered:<br>Graduate research assistant (PhD candidate)<br>Teaching assistant for mechanics, thermodynamics and optics for chemists, mechanical and civil engineers |
| Name and type of organisation providing education and training | ECOLE POLYTECHNIQUE FEDERALE DE LAUSANNE |
| Level in national or international classification | ISCED 7 (International Standard Classification of Education) |
| | |
| Dates | **From November 1983 to October 1989** |
| Title of qualification awarded | Laurea in Physics (obtained on October 10th,1989 with 110/110 cum Laude) |
| Principal subjects/occupational skills covered | General:<br>Mathematics, Physics, English and French<br><br>Occupational skills covered:<br>Undergraduate research assistant at the radio-frequency sputtering laboratory at the University of Bari as part of the diploma thesis. |
| Name and type of organisation providing education and training | Universita' degli Studi di Bari  -  Bari, Italy |
| Level in national or international classification | |
| | |
| Dates | **From September 1978 to July 1983** |
| Title of qualification awarded | Scientific Bachelor degree obtained with score 60/60 |
| Principal subjects/occupational skills covered | General:<br>Literature, Latin, History, Geography, Mathematics, Physics, Chemistry, Biology, English |
| Name and type of organisation providing education and training | Liceo Scientifico « Enrico Fermi »  -  Bari, Italy |
| Level in national or international classification | ISCED 5 (International Standard Classification of Education) |

For more information on Europass go to http://europass.cedefop.europa.eu
© European Union, 2004-2010   24082010 – last update June 2025

**Personal skills and competences**

Mother tongue(s) | **Italian**

Other language(s) | **English, French, German**

Self-assessment

*European level (\*)*

| Understanding | | Speaking | | Writing |
|---|---|---|---|---|
| Listening | Reading | Spoken interaction | Spoken production | |
| C2 | C2 | C2 | C2 | C2 |
| C2 | C2 | C2 | C2 | B2 |
| B1 | B1 | B2 | B1 | B1 |

**English**
**French**
**German**
Zertifikat Deutsch – Goethe-Institut (Grad GUT)

*(\*) Common European Framework of Reference for Languages*

Social skills and competences | Team player and coaching skills, capable of interacting with people from different cultures, background and professional experiences, as acquired through teamwork in international and multicultural environments at industry (Intel) and international labs (Lawrence Berkeley Labs and the Paul Scherrer Institute).

Organisational skills and competences | Capable of following more than one project/task at once and of working under deadline pressure, as routine at synchrotron facilities.
Capable of efficiently manage collaboration between industry and academia, as demonstrated during the leadership of the SLS-TT AG technology-transfer company (see *Work Experience*) and as beamline scientist and coordinator at the Swiss Light Source at Paul Scherrer Institute (see *Work Experience*).
Capable of efficiently and optimally manage and coordinate the experiments of a very large number of academic and industrial user groups as demonstrated at the Swiss Light Source.
Capable of successfully organize international schools, conferences and workshops.
Capable of conceiving a spin-off company idea, realize it and bring it to a success with no initial external funds or any kind of support

Technical skills and competences | Materials science, synchrotron radiation, spectroscopy and spectromicroscopy, industrial applications of synchrotron radiation, high-resolution and time-resolved powder diffraction, semiconductors, polymorphism of pharmaceutical compounds (structural and quantitative phase analysis, method development, quality control), Advanced Powder Diffraction Instrumentation.

Computer skills and competences | Office (e.g. Word, PowerPoint, Excel, Outlook, Frontpage etc), General software for the analysis and presentation of data (OriginLab, Excel), Several data analysis software for diffraction data (e.g. Topas, Expo, FullProf), video and picture editing, chemical structure drawing package (Chemsketch).

Artistic skills and competences | Photography and video editing (Brussels Academy of Photography, 2 years completed)

Awards | Double Gold Education/Research Development Award
2019 GWIIN (Global Women Inventors and Innovators) Awards
London, UK
https://globalwiin.com/research-and-development/

**References**

Prof. Dr. Joël Mesot
President of ETH Zurich
Rämistrasse 101,    8092 Zürich,  Switzerland
joel.mesot@sl.ethz.ch

Dr. Christoph Quitmann,
Director / Head of Division Project LightHouse
RI Research Instruments GmbH
Friedrich-Ebert-Str. 75
51429 Bergisch Gladbach, Germany
christoph.quitmann@research-instruments.de

Prof. Giorgio Margaritondo
 Professor Emeritus, Ecole Polytechnique Fédérale de
 Lausanne (EPFL), Lausanne, Switzerland
 Vice-president, Council of the University of Lugano, Switzerland
Giorgio.margaritondo@epfl.ch

Additional references upon request.

For more information on Europass go to http://europass.cedefop.europa.eu
© European Union, 2004-2010   24082010 – last update June 2025

## ANNEXE

List of Publications

**Books**

**F. Gozzo**

***Synchrotron Radiation X-Ray Powder Diffraction for the Study of Materials at the Nanoscale***, in Diffraction at the Nanoscale: Nanocrystals, Defective & Amorphous Materials, editors. A. Guagliardi & N. Masciocchi, Insubria University Press (2010), Part.B, pp. 67-81.

**F. Gozzo**

***Synchrotron Radiation X-Ray Powder Diffraction***, in "Uniting Electron Crystallography and Powder Diffraction" (after "The Power of Powder Diffraction: 44th crystallographic course at Ettore Majorana Centre, Erice, Italy), editors U. Kolb, K. Shankland, L. Meshi, A. Avilov & W. David, Nato Science for Pease and Security Series – B: Physics and Biophysics, Springer June 2011.

**Articles**

1. **F. Gozzo**, R.Murri, N.Pinto and L. Schiavulli, "*The Density of States in the Mobility Gap of a-Si$_{1-x}$Ge$_x$ Films*", Il Nuovo Cimento, Vol.13D, N.3,273-280 (**1991**).

2. A.Carbone, F.DeMichelis, G.Kaniadakis, **F.Gozzo**, R.Murri, N.Pinto, L.Schiavulli, G.Della Mea, A.Drigo and A.Paccagnella, "*Physical Properties of Hydrogenated Amorphous Gallium Arsenide*", Il Nuovo Cimento, **Vol.13D**, N.5, 571-577 (**1991**).

3. R. Murri, **F. Gozzo**, N. Pinto and L. Schiavulli, "*Structural Characterization of unhydrogenated Amorphous GaAs*", J. Non-Crystalline Solids, Vol.127, N.1, 12-18 (**1991**).

4. Y. Hwu, L. Lozzi, S. La Rosa, M. Marsi, M. Onellion, H. Berger, **F. Gozzo**, F. Lévy and G. Margaritondo: "*BiCaSrCuO-Semiconductor Interface Formation Processes*", Solid State Commun. 78, 869 (**1991**).

5. Y. Hwu, L. Lozzi, S. La Rosa, M. Onellion, H. Berger, **F. Gozzo**, F. Lévy and G. Margaritondo: "*Evidence for Surface Chemical Reactions between Gold and BiCaSrCuO*", Appl. Phys. Letters **59**, 1979 (**1991**).

6. Y. Hwu, L. Lozzi, S. La Rosa, M. Marsi, M. Onellion, H. Berger, **F. Gozzo**, F. Lévy and G. Margaritondo: "*Substitutional Reactions in the Surface Chemistry of BiCaSrCuO*", Solid State Commun. **80** (9), 701 (**1991**).

7. Y. Hwu, L. Lozzi, M. Marsi, S. La Rosa, M. Winokur, P. Davis, M. Onellion, H. Berger, **F. Gozzo**, F. Lévy and G. Margaritondo: "*The Electronic Spectrum of the High-Temperature Superconducting State*", Phys. Rev. Letters **67**, 2573 (**1991**).

8. M. Marsi, S. La Rosa, Y. Hwu, **F. Gozzo**, C. Coluzza, A. Baldereschi, G. Margaritondo, J. T. McKinley, S. Baroni and R. Resta: "*Microscopic Manipulation of Homojunction Band Lineups*", J. Appl. Phys. **71** (4), 2048 (**1992**).

9. Y. Hwu, L. Lozzi, S. La Rosa, M. Onellion, P. Almeras, **F. Gozzo**, F. Lévy, H. Berger, and G. Margaritondo: "*Photoemission Broadening of Fermi-Liquid Systems, and its Relevance to High-Temperature Superconductors*", Phys. Rev. **B 45** (10), 5438 (**1992**).

10. **F. Gozzo**, C. Coluzza, G. Margaritondo and F. Flores: "*Intrinsic and Extrinsic Charge Neutrality Levels in semiconductors: an Empirical Approach*", Solid. State Commun. **81** (7), 553 (**1992**).

11. J. Ortega, F. J. García-Vidal, R. Peréz, R. Rincón, F. Flores, C. Coluzza, **F. Gozzo** and G. Margaritondo: "*Early Stages of the Schottky Barrier Formation for Al Deposited on GaAs(110)*", Phys. Rev. **B46** (16), 10277-83 (**1992**).

12. C. Coluzza, H. Berger, P. Alméras, **F. Gozzo**, G. Margaritondo, G. Indlekofer, L. Forro and Y. Hwu: "*High-Resolution Tests of Low-Dimensionality Effects in Photoemission*", Phys. Rev. **B47** (11), 6625 (**1993**).

13. M. Marsi, R. Houdré, A. Rudra, M. Ilegems, **F. Gozzo**, C. Coluzza and G. Margaritondo: "*Artificial Band Discontinuities at GaAs Homojunctions*", Phys. Rev. **B47**(11), 6455 (**1993**).

14. G. Margaritondo, **F. Gozzo** and C. Coluzza: "*Band Bending at Semiconductor Interfaces and its Effects on Photoemission Lineshapes*", Phys. Rev. **B47**, 9907 (**1993**).

15. R. Sanjinés, C. Coluzza, D. Rosenfeld, **F. Gozzo**, P. Alméras, F. Lévy and G. Margaritondo: "*Photoemission Spectromicroscopy: A New Insight in the Chemistry of SnOx films for Gas Sensors*", J. Appl. Phys. **73**(8), 3997 (**1993**).

16. Y. Hwu, L. Lozzi, S. La Rosa and M. Onellion, P. Alméras, **F. Gozzo**, F. Lévy, H. Berger and G. Margaritondo: "*Reply to 'Lifetime Broadening in Bulk Photoemission  Spectroscopy'*", Phys. Rev. **B48**, 624 (**1993**).

17. G. De Stasio, P. Perfetti, W. Ng, A. K. Ray-Chaudhuri, S. H. Liang, S. Singh, R. K. Cole, Z. Y. Guo, J. Wallace, C. Capasso, F. Cerrina, D. Mercanti, M. T. Ciotti, **F. Gozzo** and G. Margaritondo: "*Scanning Photoemission Spectromicroscopy of Neurons*", Phys. Rev. **E 48**, 1478 (**1993**).

18. J. T. McKinley, R. G. Albridge, A. V. Barnes, A. Ueda, N. H. Tolk, C. Coluzza, **F. Gozzo**, G. Margaritondo, D. Martin, F. Morier-Genoud, C. Dupuy, A. Rudra and M. Ilegems: "*Free Electron Laser Internal Photoemission Measurements of Heterojunction Band Discontinuities*", J. Vac. Sci. Technol. **B 11** (4), 1614-16 (**1993**).

19. **F. Gozzo**, M. Marsi, H. Berger, G. Margaritondo, A. Ottolenghi, A. K. Ray-Chaudhuri, W. Ng, S. Liang, S. Singh, J. T. Welnak, J. P. Wallace, C. Capasso and F. Cerrina: "*Microscopic-Scale Lateral Inhomogeneities of the Schottky Barrier Formation Process*", Phys. Rev. **B48** (23), 17163 (**1993**).

20. R. Sanjinés, D. Rosenfeld, **F. Gozzo**, Ph. Alméras, L. Perez, F. Lévy, G. Margaritondo and W. H. Schreiner: "*ESCA Investigation of SnOx Films Used as Gas Sensors*", Surface and Interface Analysis, Vol.**22**, 372 (**1994**).

For more information on Europass go to http://europass.cedefop.europa.eu
© European Union, 2004-2010   24082010 – last update June 2025

21. Abrami, D. Alfè, S. Antonini, M. Bernardini, C.J. Bocchetta, D. Bulfone, F. Carniello, F. Daclon, S. Di Fonzo, S. Fontana, A. Galimberti, M. Giannini, W. Jark, A. Massarotti, F. Mazzolini, M. Puglisi, R. Richter, A. Rindi, R.Rosei, C. Rubbia, D. Tommasini, A. Savoia, G. Viani, R.P. Walker, A. Wrulich, C. Coluzza,T. dell'Orto, **F. Gozzo**, G. Margaritondo, G. DeStasio, P. Perfetti, M. Gentili, M.T. Ciotti and D. Mercanti: "*First Experimental Tests at the New Synchrotron Radiation Facility ELETTRA in Trieste*", Nucl. Instr. Meth.Phys. Res. A **349** (**1994**) 609-613.

22. Coluzza, J. Almeida, T. dell'Orto, **F. Gozzo**, P. Alméras, H. Berger, D. Bouvet, M. Dutoit, S. Contarini and G. Margaritondo: "*Spatially Localized Energy Shifts in Photoemission Spectroscopy of Insulators*", J. Appl. Phys. **76** , 3710 (**1994**).

23. J. T. McKinley, R. G. Albridge, A. V. Barnes, G. C. Chen, J. L. Davidson, M.L.Languell,P.L.Polavarapu, J.F.Smith, X.Yang, A. Ueda, N. H. Tolk, C. Coluzza, P.A.Baudat, C. Dupuy, **F. Gozzo**, M. Ilegems, D. Martin, F. Morier-Genoud, A. Rudra, E.Tuncel and G. Margaritondo, "*Free Electron Laser Spectroscopy of Semiconductor Interfaces*", J. Vac. Sci. Technol. **A12** (4), 2323 (**1994**).

24. Gelsomina De Stasio, Tiziana dell'Orto, **F.Gozzo**, D.Alfè, M.Bertolo, S.Fontana, M.T.Ciotti, D. Mercanti, C.Coluzza, P.Perfetti and G. Margaritondo: "*Imaging Photoelectron Spectromicroscopy: Biological and Materials Science Applications*", Synchrotron Radiation News, **Vol.7**, No.5, 18 (**1994**).

25. R. Sanjinés, H. Tang, H. Berger, **F. Gozzo** and F. Lévy: "*Electronic Structure of Anatase TiO2 Oxide*", J. Appl. Physics, **V75** (6), 2945-2951 (**1994**).

26. J. T. McKinley, R.G. Albridge, A.V. Barnes, P.A. Baudat, C. Coluzza, **F. Gozzo**, E. Tuncel, N. Tolk and G. Margaritondo: "*Free-Electron Lasers and Semiconductor Physics: First Results on Nonlinear Optics, Interfaces and Desorption*", Nuclear Instr.Meth.Phys.Res. A, **Vol. 341**(1-3), 156-161 (**1994**).

27. **F. Gozzo**, H. Berger, I.R.Collins, G. Margaritondo, W. Ng, A. K. Ray-Chaudhuri, S. Liang, S. Singh and F. Cerrina: "*Microscopic-Scale Lateral Inhomogeneities of the GaSe-Ge Heterojunction Energy Lineup*", Phys. Rev. **B51** (8), 5024-5027 (**1995**).

28. Y. Hwu, C.Y. Tung, J.Y. Pieh, S.D. Lee, **F. Gozzo**, Ph. Alméras and G. Margaritondo: "*First Spectromicroscopy Tests at the Taiwan Synchrotron Radiation Research Center (SRRC)- Chemical and Topographic Microimaging of Layered Systems*", Nuclear Instr. Methods Phys. Res.A **361**, (1-2), 349-353 (**1995**).

29. G. Faraci, A. R. Pennisi, **F. Gozzo**, S. La Rosa and G. Margaritondo: "*Cs bonding at the Cs/GaAs(110) interface*", Phys. Rev. **B53**(7), 3987 (**1996**).

30. **F.Gozzo**, K.Franck, M.R.Howells, Z.Hussain, B.B. Triplett, A.Warwick and H.A.Padmore: "*Soft X-Ray Spectromicroscopy and its Application to Semiconductor Microstructure Characterization*", Acta Physica Polonica A (**1997**), **91**(4), 697-705.

31. **F. Gozzo**, A. Cossy-Favre, B. Triplett, H. Fujimoto and H.Padmore: "*Exploring Synchrotron Radiation Capabilities: the ALS-Intel CRADA*", Advanced Light Source 1997 Annual Compendium, June **1997**.

32. A.L. Johnson, G. D. Ackerman, M. R. Howells, Z. Hussain, H. A. Padmore, T. R. Renner, W. Steele, **F. Gozzo**, B. Triplett, R. Ynzunza, P. D. Kinney, R. Odom, E. Principe: "*Comparison Between the XPS Endstation and the PHI Quantum 2000*", Advanced Light Source **1997** Annual Compendium.

33. G.D. Ackerman, R. Duarte, K. Franck, M.R. Howells, Z.Hussain, S. Irick, A.L.Johnson, G. Morrison, H.A. Padmore, S.-Y. Rah, T.R. Renner, B. Sheridan, W.F. Steele, C. Ayre, H. Fujimoto, **F.Gozzo**, B. Triplett, R.X. Ynzunza, P.D. Kinney, Y.S. Uritsky: "*A high-throughput bending magnet beamline for soft x-ray spectromicroscopy at the ALS: Design and performance*", Advanced Light Source **1997** Annual Compendium.

34. A.L. Johnson, G.D. Ackerman, M.R. Howells, Z. Hussain, H.A. Padmore, T.R. Renner, W.F. Steele, **F. Gozzo**, B. Triplett, R.X. Ynzunza, P.D. Kinney, R. Odom: "*Imaging on micro-XPS beamline 7.3.1.2: Resolution and contrast*", Advanced Light Source **1997** Annual Compendium.

35. B. Schmitt, Ch. Broennimann, E.F. Eikenberry, **F. Gozzo**, C. Hoermann, R. Horisberger and B. Patterson: "*Mython detector system*", Nucl. Instr. and Meth A (**2003**), **501** (1), 267-272.

36. B. Schmitt, Ch. Broennimann, E.F. Eikenberry, G. Huelsen, H. Toyokawa, R. Horisberger, **F. Gozzo**, B.D. Patterson, C. Schulze-Briese, and T.Tomikazi, *Development of single photon counting detectors at the Swiss Light Source*, Nucl. Instr. and Meth. A **518**, 436 (**2004**).

37. **F. Gozzo**, B. Schmitt, Th. Bortolamedi, C. Giannini, A. Guagliardi, M. Lange, D. Meister, D. Maden, P. Willmott and B. Patterson: "*First Experiments at the Swiss Light Source Materials Science Beamline Powder Diffractometer*", J. Alloys Compounds, **362** (**2004**) 206-217.

38. Patterson, B. D., Ch. Broennimann, Maden, D., **Gozzo F.**, Groso A., Schmitt, B., Stampanoni, M. & Willmott, P. R.: "*The materials science beamline at the Swiss Light Source"*, Nucl. Instr. and Meth. **B 238** (**2005**) 224-228.

39. Patterson, B. D., Abela, R., Auderset, H., Chen, Q., Fauth, F., **Gozzo F.**, Ingold, G., Kuehne, H., Lange, M., Maden, D., Meister, D., Pattison, P., Schmidt, Th., Schmitt, B., Schulze-Briese, C., Shi, M., Stampanoni, M. & Willmott, P. R.: „*The Materials Science Beamline at the Swiss Light Source: design and realization"*, Nucl. Instr. and Meth. **A 540** (**2005**), 42-67.

40. **F. Gozzo**, L. De Caro, C. Giannini, A. Guagliardi, B. Schmitt and A. Prodi: "*The instrumental resolution function of synchrotron radiation powder diffractometers in the presence of focusing optics*", J. Appl. Cryst. **39** (**2006**), 347-357.

41. P.D. Cozzoli, E. Snoeck, M. A. Garcia, C. Giannini, A. Guagliardi, A. Cervellino, **F. Gozzo**, A. Hernando, K. Achterhold, N. Ciobanu, F. G. Parak, R. Cingolani and L. Manna: "*Colloidal Synthesis and Characterization of Tetrapod-Shaped Magnetic Nanocrystals*", Nano Letters (**2006**), **6** (9), 1966-1972.

42. I. Margiolaki, J. P Wrigh, A. N. Fitch, G. C. Fox, A. Labrador, R. B. von Dreele, K. Miura, **F. Gozzo**, , M. Schiltz, C. Besnard, F. Camus, P. Pattison, D. Beckers and T. Degen: "*Powder diffraction studies on proteins: An overview of data collection approaches*", Z. Kristallogr. Suppl. **26** (**2007**) 1-13.

43. M. Casavola, V. Grillo, E. Carlino, C. Giannini, **F. Gozzo**, E. Fernandez Pinel, M. A. Garcia, L. Manna, R. Cingolani and P. D. Cozzoli: " *Topologically Controlled Growth of Magnetic-Metal-Functionalized Semiconductor Oxide Nanorods*", Nano Letters (**2007**), **7** (5), 1386-1395.

44. Taubert, C. Palivan, O. Casse, **F. Gozzo** and B. Schmitt: "*Ionic Liquid-Crystal Precursors (ILCPs) for CuCl Platelets: The Origin of the Exothermic Peak in the DSC Curves*", J. Phys. Chem. C (**2007**), **111**, 4077-4082.

45. C. Tealdi, L. Malavasi, **F. Gozzo**, C. Ritter, M. C. Mozzati, G. Chiodelli and G. Flor: "*Correlation between transport properties and lattice effects in the NdCoO3-based catalysts and sensor materials*", Chem. Mater. **2007**, **19**, 4741-4750.

46. C. Giannini, A. Cervellino, A. Guagliardi, **F. Gozzo**, D. Zanchet, T. Rocha and M. Ladisa: "*A Debye function based powder diffraction data analysis method*", Z. Kristallogr. Suppl. **26** (**2007**), 105-110.

47. Seongsu Lee, A. Pirogov, Misun Kang, Kwang-Hyun Jang, M. Yonemura, T. Kamiyama, S.-W. Cheong, **F. Gozzo**, Namsoo Shin, H. Kimura, Y. Noda & J.-G. Park, " *Giant magneto-elastic coupling in multiferroic hexagonal manganites*" Nature, Vol. 451, 14 February **2008**, 805-808.

48. Bergamaschi, A., Broenimann Ch., Dinapoli R., Eikenberry E., **Gozzo F.**, Henrich B., Kobas M., Kraft P., Patterson B. and Schmitt B., „Performance of a single photon counting microstrip detector for strip pitches down to 10 □m:, Nuclear Inst. and Methods in Physics Research A, **591** (**2008**), 163-166.

49. Mantion A., **Gozzo F**., Schmitt B., Stern W. B., Gerber Y., Robin A. Y., Fromm K. M. & Taubert A., „Amino Acids in Iron Oxide Mineralization: (Incomplete) Crystal Phase Selection is achieved even with Single Amino Acids", J. Phys. Chem. C, **2008**, **112**(32), 12104-12110.

50. Djerdj I, Sheptyakov D., **Gozzo F**., Arcon D., Nesper R. & Niederberger M., "Oxygen Self-Doping in Hollandite-Type Vanadium Oxyhydroxide Nanorods", J. Am. Chem. Soc., **2008**, **130** (34), 11364-11375.

51. Niederwanger V., **Gozzo F.** & Griesser U. J., „Characterization of four Polymorphs and a Monohydrate of S-Bupivacaine Hydrochloride (Levobupivacaine Hydrochloride), Journal of Pharmaceutical Sciences, **98**(3) , 1064-1074 (**2009**).

52. Altomare A., Belviso B. D., Burla M.C., Ciampi G., Cuocci C., Giacovazzo C., **Gozzo F**., Moliterni A., Polidori G. & Rizzi R., "Multiple-wavelength anomalous dispersion techniques applied to powder data: a probabilistic approach for finding the substructure via joint probability distribution functions", J. Appl. Cryst. (**2009**). **42**, 30-35.

53. Rasch J.C.E., Sheptyakov D. V., Schefer J., Keller L., Boehm M., **Gozzo F.**, Volkov N.V., Sablina K.A., Petrakovskii G. A., Grimmer H., Conder K. & Loeffler J.F., "Structural properties of Pb3Mn7O15 determined from high-resolution synchrotron powder diffraction", J. Solid State Chemistry **182** (**2009**) 1188-1192.

54. Schmidt M. U., Bruehne S., Wolf A. K., Rech A., Bruening J., Alig E., Fink L., Buchsbaum C., Glinnemann J., van de Streek J., **Gozzo F**., Brunelli M., Stowasser F., Gorelik T., Mugnaioli E. and Kolb U., „Electron diffraction, X-ray powder diffraction and pair distribution function analyses to determine the crystal structures of Pigment Yellow 213, C₂₃H₂₁N₅O₉" , Acta Cryst. (**2009**). **B65**, 189-199.

55. Bergamaschi, A., Cervellino A., Dinapoli R., **Gozzo F**., Henrich B., Johnson I., Kraft P., Mozzanica A., Schmitt B. and Shi X., " Photon counting microstrip detector for time resolved powder diffraction experiments", Nucl. Instr. and Meth A, **604** (1), 136-139 (**2009**).

56. A. Mozzanica, A. Bergamaschi, R. Dinapoli, **F. Gozzo**, B. Henrich, P. Kraft, B.Patterson, B. Schmitt: "*MythenII: A 128 channel single photon counting readout chip*", Nucl. Instr. and Meth **A 607** (1): 250-252 (**2009**).

57. Altomare A., Burla M.C., Cuocci C., Giacovazzo C., **Gozzo F**., Moliterni A., Polidori G. & Rizzi R., "MAD techniques applied to powder data: finding the structure given the substructure", Acta Cryst. (**2009**). A**65**, 291-299.

58. Buonsanti R., Snoeck E., Giannini C., **Gozzo F**., Garcia-Hernandez M., Garcia M. A., Cingolani R. And Cozzoli P. D., "Colloidal semiconductor/magnetic heterostructures based on iron-oxide-functionalized brookite TiO2 nanorods", Phys. Chem. Chem. Phys. **11**, 3680-3691 (**2009**).

59. Hase M., Doenni A., Pomjakushin V. Y., Keller L., **Gozzo F**., Cervellino A and Kohno M., "Magnetic structure of Cu2CdB2O6 exhibiting a quantum-mechanical magnetization plateau and classical antiferromagnetic long-range order", Phys. Rev. B **80**, 104405 (**2009**).

60. Djerdj I., Cao M., Rocquefelte X., Černý R., Jagličić Z., Arčon D., Potočnik A., **Gozzo F.** and Niederberger M., "Structural Characterization of a Nanocrystalline Inorganic−Organic Hybrid with Fiberlike Morphology and One-Dimensional Antiferromagnetic Properties", Chem. Mater.21, 3356-3369 (**2009**).

61. Jürgen Grässlin, Lynne B. McCusker, Christian Baerlocher, **Fabia Gozzo**,Bernd Schmitt, "Preferred orientation and the structure analysis of polycrystalline materials", Acta Crystallographica Section A Foundations of Crystallography 08/**2009**; 65(a1):s323-s323. DOI:10.1107/S0108767309093118.

62. Bellusci A., Ghedini M., Giorgini L., **Gozzo F**., Szerb E. I., Crispini A. And Pucci D., "Anion dependent mesomorphism in coordination networks based on 2,2'-bipyridine silver(I) complexes",  Dalton Trans., **2009**, 7381-7389.

63. Raffaella Buonsanti, Vincenzo Grillo, Elvio Carlino, Cinzia Giannini, **Fabia Gozzo**, Mar Garcia-Hernandez, Miguel Angel Garcia, Roberto Cingolani and P. Davide Cozzoli, "Architectural Control of Seeded-Grown Magnetic−Semicondutor Iron Oxide−TiO2 Nanorod Heterostructures: The Role of Seeds in Topology Selection", J. Am. Chem. Soc. **2010**, 132 (7), 2437-2464.

64. Jürgen Grässlin, Lynne B. McCusker, Christian Baerlocher,  Fabia Gozzo, Bernd Schmitt, Luca Lutterotti, "New developments in structure analysis of powders using preferred orientation", Acta Crystallographica Section A Foundations of Crystallography 08/**2010**; 66(a1):s318-s318. DOI:10.1107/S010876731009269X.

65. Tsurkan V, Zaharko O, Schrettle M, Kant CH, Deisenhofer J, Krug von Nidda H-A, Felea V, Lemmens P, Groza JR, Quach DV, **Gozzo F**, Loidl A , "Structural anomalies and the orbital ground state in FeCr2S4", PHYSICAL REVIEW B 81, 184426 (**2010**).

For more information on Europass go to http://europass.cedefop.europa.eu © European Union, 2004-2010  24082010 – last update June 2025

66. Hase M, Doenni A, Pomjakushin V, Keller L, **Gozzo F**, Cervellino A, Kohno M., Magnetic structure of Cu2CdB2O6 having magnetization plateau and antiferromagnetic long-range order. JOURNAL OF PHYSICS: CONFERENCE SERIES 200, 022015 (**2010**).

67. Nygard K, Gorelick S, Vila-Comamala J, Farm E, Bergamaschi A, Cervellino A, **Gozzo F**, Patterson BD, Ritala M, David C, Beam-induced damage on diffractive hard X-ray optics, JOURNAL OF SYNCHROTRON RADIATION 17, 786 (**2010**).

68. Bergamaschi A, Cervellino A, Dinapoli R, **Gozzo F,** Henrich B, Johnson I, Kraft P, Mozzanica A, Schmitt B, Shi XT , The MYTHEN detector for X-ray powder diffraction experiments at the Swiss Light Source, JOURNAL OF SYNCHROTRON RADIATION 17, 653 (2010).

69. **Gozzo F**, Cervellino A, Leoni M, Scardi P, Bergamaschi A, Schmitt B, Instrumental profile of MYTHEN detector in Debye-Scherrer geometry, ZEITSCHRIFT FUR KRISTALLOGRAPHIE 225, 616 (**2010**).

70. Bruni G, **Gozzo F**, Capsoni D, Bini M, Macchi P, Simoncic P, Berbenni V., Milanese C., Girella A., Ferrari S. and Marini A., "Thermal, Spectroscopic, and Ab Initio Structural Characterization of Carprofen Polymorphs", J. Pharm. Sciences **100**(6), 2321 (**2011**).

71. Malavasi L, Tealdi C, Ritter C, Pomjakushin V, **Gozzo F**, Diaz-Fernandez Y., "Combined Neutron and Synchrotron X-ray Diffraction Investigation of the BaCe0.85-xZrY0.15O3-d Proton Conductors", Chemistry of Materials *23, 1323-1330* (**2011**).

72. Petra Simoncic, Thomas Bennett, **Fabia Gozzo**, Piero Macchi, "New high pressure X-ray powder diffraction capabilities at the SLS-Material Science Beamline", SGK/SSCr NEWSLETTER, No. 83, April **2011**, p.6.

73. Thomas D. Bennett, Petra Simoncic, Stephen A. Moggach, **Fabia Gozzo**, Piero Macchi, David A. Keen, Jin-Chong Tan, and Anthony K. Cheetham, "Reversible Pressure-Induced Amorphization of a Zeolitic Imidazolate Framework (ZIF-4)", Chem. Commun., **2011**, 47, 7983-7985.

74. Junghwan PARK, Sang-Hyun LEE, Seongsu LEE, **Fabia GOZZO**, Hiroyuki KIMURA, Yukio NODA, Young Jai CHOI, Valery KIRYUKHIN, Sang-Wook CHEONG, Younjung JO,Eun Sang CHOI, Luis BALICAS, Gun Sang JEON and Je-Geun PARK, « Magnetoelectric Feedback among Magnetic Order, Polarization and Lattice in Multiferroic BiFeO3 », J. Phys. Soc. Jap. 80 (**2011**), 114714.

75. P. Macchi, N. Casati, **F. Gozzo**, P. Simoncic, D. Tiana, "High-pressure structure of Mn 2 (CO) 10 : an off-axis M - M bond", Acta Crystallographica Section A Foundations of Crystallography 67(a1):C506-C506 · August **2011**.

76. Elena Marelli,  Nicola Casati, **Fabia Gozzo**, Piero Macchi, Petra Simoncic, Angelo Sironi, "High pressure modification of organic NLO materials: Large conformational re-arrangement of 4-aminobenzophenone", CrystEngComm 11/**2011**; 13(22-22):6845-6849. DOI:10.1039/c1ce05742a.

77. O. I. Lebedev,  V. Caignaert, N. Pop, **F. Gozzo**, G. Van Tendeloo, V. Pralong, "HRTEM and Neutron Diffraction Study of LixMo5O17 : From the Ribbon (x=5) Structure to the Rock Salt (x=12) Structure", Journal of Solid State Chemistry 04/**2011**; DOI:10.1016/j.jssc.2011.02.00.

78. K. Ishizaki, M. Stir, **F. Gozzo**, J. M. Catala-Civera, S. Vaucher, R. Nicula, "Magnetic microwave heating of magnetite-carbon black mixtures", Materials Chemistry and Physics 06/**2012**; 134(2-3):1007-1012. DOI:10.1016/j.matchemphys.2012.03.104.

79. Davide Altamura,  Václav Holý, Dritan Siliqi, Chaitanya Indira Lekshimi,  Concetta Nobile,  Giuseppe Maruccio, P. Davide Cozzoli, Lixin Fan, **Fabia Gozzo**  and Cinzia Giannini, « Exploiting GISAXS for the Study of a 3D Ordered Super lattice of Self-Assembled Colloidal Iron Oxide Nanocrystals", Crystal Growth & Design 11/**2012**; 12:5502. DOI:10.1021/cg3010739.

80. Jurgen Grasslin, Lynne B. McCusker, Christian Baerlocher, **Fabia Gozzo**, Bernd Schmitt and Luca Lutterotti, "Advances in exploiting preferred orientation in the structure analysis of polycrystalline materials", J. Appl. Crystallogr. **2012**, 46, 173-180.

81. Willmott, P.R., Meister, D., Leake, S.J., Lange, M., Bergamaschi, A., Böge, M., Calvi, M., Cancellieri, C., Casati, N., Cervellino, A., Chen, Q., David, C., Flechsig, U., **Gozzo, F**., Henrich, B., Jäggi-Spielmann, S., Jakob, B., Kalichava, I., Karvinen, P., Krempasky, J., Lüdeke, A., Lüscher, R., Maag, S., Quitmann, C., Reinle-Schmitt, M.L., Schmidt, T., Schmitt, B., Streun, A., Vartiainen, I., Vitins, M., Wang, X., Wullschleger, R., "The Materials Science beamline upgrade at the Swiss Light Source", Journal of Synchrotron Radiation, Vol.20, issue 5, **2013**, pp. 667 – 682.

82. Gauzzi A., Sellam A., Rousse G., Klein Y., Taverna D., Giura P., Calandra M. Loupias, **Gozzo F**., Gilioli E. and Bolzoni F., « Electron localization and possible phase separation in the absence of a charge density wave in single-phase 1T-VS₂", Physical Review B 06/**2014**; 89(23). DOI:10.1103/PhysRevB.89.235125.

83. Macchi P., Casati N., Evans S.R., **Gozzo F.**, Simoncic P., Tiana D., An "off-axis" Mn-Mn bond in Mn2(CO)10 at high pressure. Chem Commun (Camb),  **2014** Nov 4;50(85):12824-7. doi: 10.1039/c4cc04152f.

84. A. Prodi, A. Daoud-Aladine, **F. Gozzo**, B. Schmitt, O. Lebedev, G. van Tendeloo, E. Gilioli, F. Bolzoni, H. Aruga-Katori, H. Takagi, M. Marezio, and A. Gauzzi, Phys. Rev. B 90, 180101(R) , **2014** Nov.10. "Commensurate structural modulation in the charge- and orbitally ordered phase of the quadruple perovskite (NaMn3)Mn4O12".

85. Wharmby M.T., Henke S., Bennett T.D., Bajpe S.R., Schwedler I., Thompson S .P., **Gozzo F**., Simoncic  P, Mellot-Draznieks C, Tao H, Yue Y, Cheetham A.K., "Extreme Flexibility in a Zeolitic Imidazolate Framework: Porous to Dense Phase Transition in Desolvated ZIF-4", Angew Chem Int Ed Engl. **2015** May 26;54(22):6447-51. doi: 10.1002/anie.201410167. Epub 2015 Apr 14.

86. A. Valmas, K. Magiouf, S. Fili, M. Norrman, G. Schluckebier, D. Beckers, T.Degen, J. Wright, A. Fitch**, F. Gozzo**, A. E. Giannopoulou, F. Karavassili and I. Margiolaki, "Novel crystalline phase and first-order phase transitions of human insulin complexed with two distinct phenol derivatives", Acta Cryst. (**2015**). D71, 819–828.

87. S. Vaucher · A. Cervellino · N. Casati · R. Mokso · K. Ishizaki · M. Stir · J.M. Catala-Civera · **F. Gozzo** · R. Nicula, "Real-time material's response to high power microwave irradiation revealed by in-situ synchrotron radiation methods". Conference: 2015 1st URSI Atlantic Radio Science Conference (URSI AT-RASC), May **2015**. DOI: 10.1109/URSI-AT-RASC.2015.7303067.

For more information on Europass go to http://europass.cedefop.europa.eu
© European Union, 2004-2010   24082010 – last update June 2025

88.  S. Fili, A. Valmas, M. Norrman, G. Schluckebier, D. Beckers, T. Degen, J. Wright, A. Fitch, **F. Gozzo**, A. E. Giannopoulou, F. Karavassili and I. Margiolaki, "Human insulin polymorphism upon ligand binding and pH variation: the case of 4-ethylresorcinol', IUCrJ (**2015**), 1-11. http://dx.doi/org/10.1107/S2052252515013159

89.  F. Gozzo, "The Power of Synchrotron X-Ray Powder Diffraction for the Characterization of Pharmaceuticals", Pharmaceutical Technology, Feb 02, **2018**,  Volume 42, Issue 2, pg 18 http://www.pharmtech.com/power-synchrotron-x-ray-powder-diffraction-characterization-pharmaceuticals

90.  Dimitris-Panagiotis Triandafillidis, Nikolaos Parthenios, Maria Spiliopoulou, Alexandros Valmas, Christos Kosinas, **Fabia Gozzo**, Mathilde Reinle-Schmitt, Detlef Beckers, Thomas Degen, Mihaela Pop, Andrew N. Fitch, Jan Wollenhaupt, Manfred S. Weiss, Fotini Karavassili, Irene Margiolaki, "Insulin polymorphism induced by two polyphenols: new crystal forms and advances in macromolecular powder diffraction", Acta Cryst. (**2020**). D76, 1065-1079.

91.  Maria Spiliopoulou, Fotini Karavassili, Dimitris-Panagiotis Triandafillidis, Alexandros Valmas, Christos Kosinas, Kleomenis Barlos, Kostas K. Barlos, Mickael Morin, Mathilde L. Reinle-Schmitt, **Fabia Gozzo** and Irene Margiolaki, "New perspectives in macromolecular powder diffraction using single photon counting strip detectors: High resolution structure of the pharmaceutical peptide, Octreotide", Acta Cryst. (**2021**). A77 - https://scripts.iucr.org/cgi-bin/paper?S2053273321001698

92.  Maria Spiliopoulou,  Alexandros Valmas,  Dimitris-Panagiotis, Triandafillidis,  Stavroula Fili,  Magdalini Christopoulou,  Aikaterini, J. Filopoulou,  Anastasia Piskopou,  Polyxeni Papadea,  Andrew N. Fitch,  Detlef Beckers,  Thomas Degen,  **Fabia Gozzo**,  Mickael Morin, Mathilde L.  Reinle-Schmitt,  Fotini Karavassili,  Eleftheria Rosmaraki, Christos T.  Chasapis and  Irene Margiolaki, "High throughput macromolecular polymorph screening via NMR and X-ray powder diffraction synergistic approach: The case of human insulin co-crystallized with resorcinol derivatives", J. Appl. Cryst. (**2021**). 54, 963–975.

93.  C.J. Benmore, S.R. Benmore, A.D. Edwards, C.D. Shrader, M.H. Bhat, B.R. Cherry, P. Smith, F. Gozzo, C. Shi, D. Smith, J.L. Yarger, S.R. Byrn & J.K.R. Weber, "A high energy x-ray diffraction study of amorphous Indomethacin", J. Pharm Sci .Published: December 06, 2021. DOI:https://doi.org/10.1016/j.xphs.**2021**.12.003

94.  L. De Caro, A. Del Giudice, M. Morin, M. Reinle-Schmitt, A. Grandeury, F.Gozzo, C.Giannini, "Small Angle X-Ray Scattering Data Analysis and Theoretical Modelling for the Size and Shape Characterization of Drug Delivery Systems Based on Vitamin E TPGS Micelles", J Pharm Sci. **2022** Oct 4:S0022-3549(22)00449-X. doi: 10.1016/j.xphs.2022.09.029. Epub ahead of print. PMID: 36202249.

95.  M. Reinle-Schmitt, D. Šišak Jung, M. Morin, F.N. Costa, N. Casati, F. Gozzo, "Exploring high-throughput synchrotron X-Ray powder diffraction for the structural analysis of pharmaceuticals", International Journal of Pharmaceutics: X 6 (**2023**) 10022 - https://doi.org/10.1016/j.ijpx.2023.100221

96.  L. De Caro, Th. Stoll, A. Grandeury, F. Gozzo and C. Giannini, "Characterization of Surfactant Spheroidal Micelle Structure for Pharmaceutical Applications: A Novel Analytical Framework", Pharmaceutics **2024**, 16, 604. https://doi.org/10.3390/pharmaceutics16050604

97.  X. Zhu, A. W. Kelly, T.Cao, L. Iuzzolino, F. Gozzo, M. Reinle-Schmitt, L. Robison, A. Patel and A. lee, "Interrogating the Solid–Solid Phase Transition Behavior of a Molecular Crystal with a Diverse Range of Solid-State Analytical Techniques and Computational Predictions", Crystal Growth & Design, **2024**, 24(20), 8174-8180.

98.  L. De Caro, Th. Stoll, A. Grandeury, F. Gozzo and C. Giannini, "Characterization of VitE-TPGS Micelles Linked to Poorly Soluble Pharmaceutical Compounds Exploiting Pair Distribution Function's Moments", *Pharmaceutics* **2025**, *17*(4), 431.

**Uselful links and general:**

https://www.parkinnovaare.ch/park-innovaare-welcomes-excelsus-structural-solutions
https://www.parkinnovaare.ch/dr-fabia-gozzo-our-customers-come-from-all-over-the-world
https://www.parkinnovaare.ch/from-academia-to-industry-successful-recruiting%20at-park-innovaare
https://www.parkinnovaare.ch/pharmaceutical-mixtures-excelsus-achieves-an-unprecedented-level-of-detection
https://www.parkinnovaare.ch/womens-passion%E2%80%93the-new-frontier-of-innovation
https://www.parkinnovaare.ch/pharmaceutical-formulations-excelsus-quantifies-amorphous-drug-forms
https://www.rsi.ch/play/tv/il-quotidiano/video/20-02-2019-tecnopolo-sotto-la-lente?id=11456810

**CORRIERE DELLA SERA – LA VENTISETTESIMA ORA**
https://27esimaora.corriere.it/17_luglio_17/fabia-scienziata-luce-sincrotrone-controllare-farmaci-c50f6004-6b09-11e7-afa3-4cce8aed4559.shtml

**Profile of a scientist entrepreneur** : « Celle qui fonce à 200 kilomètres à l'heure » by writer Joël Benetti (pag 34-37) : https://issuu.com/paul-scherrer-institute/docs/5232_3-2018_f?e=4356603/64770101

**DECTRIS Newsroom**: « Synchrotron X-Ray Powder Diffraction (XRPD) for pharmaceutical R&D»
https://www.dectris.com/company/news/blog/news/x-ray-powder-diffraction-xrpd-for-pharmaceutical-r-d/

**ACCELERATE 2020 Webinars, 7th Edition**: « The development of Synchrotron-XRPD analytical services to best meet the needs of the pharmaceutical industry» by Fabia Gozzo: https://vimeo.com/371649612

**AARGAUER ZEITUNG 18 December 2019:** « Karriere und Familie : Eine Pionierin auf der Überholspur» by writer Sebastian Lavoyer:
https://www.aargauerzeitung.ch/aargau/kanton-aargau/karriere-und-familie-eine-pionierin-auf-der-ueberholspur-136121549

**GERARD JOSEPH MESKILL, MD, FAASM**

14873 Southwest Freeway
Sugar Land, Texas 77478
O: 832-210-3850        C: ███████        F: 866-473-0346

---

## RELEVANT EMPLOYMENT HISTORY

| | |
|---|---|
| Aug 2020-Present | CEO/Sleep Laboratory Director/Physician, Tricoastal Narcolepsy and Sleep Disorders Center, Sugar Land, TX |
| Jul 2013-Oct 2020 | Physician, Comprehensive Sleep Medicine Associates, Houston, Sugar Land, and Austin, TX |
| Aug 2023-Present | Lumryz Speakers' Bureau, Avadel Pharmaceuticals, Dublin, Ireland |
| Jun 2022-Jan 2023 | Quviviq Speakers' Bureau, Idorsia Pharmaceuticals, Radnor, PA |
| Sep 2020-Present | Xywav Speakers' Bureau, Jazz Pharmaceuticals, Palo Alto, CA |
| Aug 2019-Present | Wakix Speakers' Bureau, Harmony Biosciences, Philadelphia, PA |
| Jul 2019-Present | Sunosi Speakers' Bureau: Jazz Pharmaceuticals, Palo Alto, CA and Axsome Therapeutics, New York, NY |
| Mar 2018-Sep 2020 | Xyrem Speakers' Bureau, Jazz Pharmaceuticals, Palo Alto, CA |
| Feb 2018-Oct 2020 | Director, Sugar Land Narcolepsy and Hypersomnolence Support Group |
| Aug 2014-Oct 2020 | Director, A.W.A.K.E. Greater Houston sleep education program |

## POST-GRADUATE MEDICAL TRAINING

| | |
|---|---|
| 2012-2013 | Sleep Medicine Fellow: Stanford University School of Medicine, Redwood City, California |
| 2011-2012 | Chief Resident, Adult Neurology: Hofstra North Shore/LIJ School of Medicine, Manhasset, New York |
| 2009-2012 | Adult Neurology Resident: Hofstra North Shore/LIJ School of Medicine, Manhasset, New York |
| 2008-2009 | Internal Medicine Intern: New York Medical College/Westchester Medical Center, Valhalla, New York |

**EDUCATION**

| | |
|---|---|
| 2004-2008 | M.D. Degree: State University of New York (SUNY) Downstate College of Medicine, Brooklyn, New York |
| 1999-2003 | B.A. Psychology: University of Notre Dame, South Bend, Indiana |
| 1995-1999 | H.S. Diploma: Chaminade High School, Mineola, New York |

**CERTIFICATIONS**

| | |
|---|---|
| 2015 | Diplomate: Sleep Medicine, American Board of Internal Medicine |
| 2013 | Diplomate: American Board of Psychiatry and Neurology |

**MEDICAL LICENCES**

| | |
|---|---|
| 2013-Present | Texas |

**PROFESSIONAL ORGANIZATIONS**

| | |
|---|---|
| 2011-Present | American Academy of Sleep Medicine |
| 2017-2020 | Texas Medical Association |
| 2009-2013 | American Academy of Neurology |
| 2004-2008 | American Medical Student Association |
| 2004-2008 | American Medical Association |
| 2004-2008 | Medical Society of the State of New York |

**HONORS AND AWARDS**

| | |
|---|---|
| 2023-2025 | Texas Super Doctors (Texas Monthly magazine) |
| 2018-2022 | Texas Super Doctors Rising Stars (Texas Monthly magazine) |
| 2018 | Named fellow of the American Academy of Sleep Medicine |
| 2015 | H-Texas Magazine – Houston's Top Doctors |
| 2012 | Chosen by peers to be the adult neurology graduation commencement speaker |
| 2008 | American Academy of Neurology Medical Student Prize for Excellence in Neurology |
| 2003 | Graduated *cum laude* from the University of Notre Dame |
| 2002 | Alpha Epsilon Delta inductee (national premedical honor society) |
| 2001 | Indiana Collegiate Press Association – First Place, Best Sports Story (Scholastic Magazine, University of Notre Dame) |
| 2001-2002 | Indiana Collegiate Press Association – Second Place, Best Sports Story (two occurrences, Scholastic Magazine, University of Notre Dame) |
| 2000 | Columbia Scholastic Press Association Gold Circle Award, Sports News |
| 1999-2003 | Dean's List, University of Notre Dame (seven occurrences) |
| 1999 | Appointment to the United States Naval Academy |
| 1999 | Athletic Director's Award, Chaminade High School |
| 1998-1999 | Seven high school varsity letters for cross country and track and field |
| 1998-1999 | National Honor Society inductee (two-year member) |

**PRESENTATIONS**

1. Meskill GJ. Zepbound Product Theater. American Academy of Sleep Medicine (AASM) annual meeting, Seattle, Washington. Scheduled for June 2025.
2. Meskill GJ. Sunosi Product Theater. Mayo Clinic Annual Sleep Medicine Update. Vancouver, BC, Canada, July 2024.
3. Meskill GJ. Patient and Clinician Perspectives: the Multisymptom Nature of Idiopathic Hypersomnia. American Academy of Sleep Medicine (AASM) annual meeting, Indianapolis, Indiana, June 2023.
4. Meskill GJ. Upper Airway Resistance Syndrome (UARS) and Narcolepsy: Conditions of Excessive Daytime Sleepiness That Pose Diagnostic Challenges. American Academy of Dental Sleep Medicine (AADSM) annual meeting, Dallas, Texas, May 2022.
5. Meskill GJ. "Sleep Disorders: Identifying and Addressing the Dangers of Sleepiness." INGAA Foundation Fatigue Management Workshop, December 2021.

6. Gatto, K, Meskill G, Lukin L, Karotkin, J. "Collaboration for Complex Care: Working Together to Make an Impact." IAOM Conference, Virtual, October 2021.
7. Meskill G: Presentation, "Sleep Medicine as a Private Practice." Baylor College of Medicine Sleep Medicine Fellowship Didactic Conference, Houston, Texas, June 2021.
8. Meskill G: Presentation, "Managing Narcolepsy: Integrating New Therapies into Treatment Strategy." Houston City-Wide Sleep Medicine Conference, Houston, Texas, March 2021.
9. Meskill G: Presentation, "Narcolepsy and Other Disorders of Hypersomnolence." Sleep Education Consortium, Houston, Texas, January 2020.
10. Meskill G: Presentation, "Things That Go Bump in the Night: Parasomnia and its Association with Other Conditions." Sleep Education Consortium, Houston, Texas, January 2020.
11. Meskill G: Presentation, "Ethical Issues, Special Considerations, and the Responsibility of Healthcare Professionals with Patients with Sleep Disorders." Sleep Education Consortium, Houston, Texas, January 2020.
12. Meskill G: Presentation, "Narcolepsy in 2019: Integrating New Therapies into Treatment Strategy." Houston City-Wide Sleep Medicine Conference, Houston, Texas, September 2019.
13. Meskill G: Presentation, "Narcolepsy and Other Disorders of Hypersomnolence." Sleep Education Consortium, Houston, Texas, October 2018.
14. Meskill G: Presentation, "Things That Go Bump in the Night: Parasomnia and its Association with Other Conditions." Sleep Education Consortium, Houston, Texas, October 2018.
15. Meskill G: Presentation, "Ethical Issues, Special Considerations, and the Responsibility of Healthcare Professionals with Patients with Sleep Disorders." Sleep Education Consortium, Houston, Texas, October 2018.
16. Meskill G: Presentation, "Using Telemedicine to Assist in the Assessment and Management of Patients with Sleep Disorders." Sleep Education Consortium, Houston, Texas, October 2018.
17. Meskill G: Presentation, "Narcolepsy and Other Disorders of Hypersomnolence." Sleep Education Consortium, Houston, Texas, October 2017.
18. Meskill G: Presentation, "Things That Go Bump in the Night: Parasomnia and its Association with Other Conditions." Sleep Education Consortium, Houston, Texas, October 2017.
19. Meskill G: Presentation, "Ethical Issues, Special Considerations, and the Responsibility of Healthcare Professionals with Patients with Sleep Disorders." Sleep Education Consortium, Houston, Texas, October 2017.
20. Meskill G: Presentation, "Using Telemedicine to Assist in the Assessment and Management of Patients with Sleep Disorders." Sleep Education Consortium, Houston, Texas, October 2017.
21. Meskill G: Presentation, "Pharmacology in the Treatment of Insomnia." North Texas Nurse Practitioners Annual Continuing Education Conference, Dallas, Texas, April 2017.
22. Meskill G: Presentation, "Pharmacology in the Treatment of Restless Legs Syndrome." North Texas Nurse Practitioners Annual Continuing Education Conference, Dallas, Texas, April 2017.

23. Meskill G: Presentation, "Living the Dream: Narcolepsy and Other Disorders of REM Sleep." North Texas Nurse Practitioners Annual Continuing Education Conference, Dallas, Texas, April 2017.

24. Meskill G: Presentation, "Let Me Sleep on It: How We Decide Which Sleep Test to Use." North Texas Nurse Practitioners Annual Continuing Education Conference, Dallas, Texas, April 2017.

25. Meskill G: Presentation, "Sleep Health Status in the U.S. Responsibilities of the Healthcare Community to Respond." Sleep Education Consortium, Houston, Texas, April 2016.

26. Meskill G: Presentation, "Things That Go Bump in the Night: Parasomnia and its Association with Other Conditions." Sleep Education Consortium, Houston, Texas, April 2016.

27. Simmons JH, Meskill GJ. "Some Common Sleep Disorders That Can Affect Work and Job Performance." UBS lunch education lecture. Houston, Texas, March 2016.

28. Chambers, J, Simmons, JH, Meskill G. "Houston and Beyond – Sleep Disorders." *Houston and Beyond*, 1070 AM (Houston, TX) radio show. November 22, 2015.

29. Meskill G: Presentation, "Nuances of Polysomnography in the Diagnosis and Treatment of Obstructive Sleep Apnea." A.W.A.K.E. Greater Houston Sleep Disorders Support Group, Sugar Land, Texas, May 2015.

30. Meskill G: Presentation, "Things That Go Bump in the Night: Parasomnia and its Association with Other Conditions." Sleep Education Consortium, Houston, Texas, March 2015.

31. Meskill G: Presentation, "Insomnia: Sleep Disorders Confused for Insomnia or That Make Insomnia Worse." A.W.A.K.E. Greater Houston Sleep Disorders Support Group, Sugar Land, Texas, February 2015.

32. Meskill G: Presentation, "Sleep Deprivation, Shift Work, and Shift Work Disorder." Texas Children's Hospital Department of Pediatric Emergency Medicine, January 2015.

33. Meskill G: Presentation, "Use of Continuous Positive Airway Pressure to Treat Obstructive Sleep Apnea and the Upper Airway Resistance Syndrome." A.W.A.K.E. Greater Houston Sleep Disorders Support Group, Sugar Land, Texas, August 2014.

34. Meskill G: Presentation, "Basics of Polysomnography." Local dentists' monthly journal club, Katy, Texas, May 2014.

35. Meskill G: Presentation, "When Sleep Won't Come – A Talk About Insomnia." Stanford A.W.A.K.E. Support Group, Stanford Hospital and Clinics Department of Sleep Medicine, Redwood City, California, January 2013.

36. Meskill G: Presentation, "Kleine-Levin Syndrome." Stanford Hospital and Clinics Department of Sleep Medicine, Redwood City, California, January 2013.

37. Meskill G: Presentation, "Case Conference." Stanford Hospital and Clinics Department of Sleep Medicine, Redwood City, California, November 2012.

38. Belisova Z, Meskill G, Osias J, and Fleming M: Presentation, "Neurologic Manifestations of HIV." Hofstra North Shore/Long Island Jewish School of Medicine, New Hyde Park, New York, May 2012.

39. Meskill G: Journal Article Presentation, "High- and Low-Risk Profiles for the Development of Multiple Sclerosis Within 10 Years After Optic Neuritis: Experience of the Optic Neuritis Treatment Trial." Hofstra North Shore/Long Island Jewish School of Medicine, New Hyde Park, New York, March 2012.

40. Belisova Z, Meskill G, Osias J, and Fleming M: Presentation, "The Facial Nerve and the Blink Reflex." Hofstra North Shore/Long Island Jewish School of Medicine, New Hyde Park, New York, March 2012.
41. Meskill G: Presentation, "Visual Pathways." Hofstra North Shore/Long Island Jewish School of Medicine, New Hyde Park, New York, August 2011.
42. Meskill G: Presentation, "Anti-Epileptic Drugs." Hofstra North Shore/Long Island Jewish School of Medicine, Manhasset, New York, April 2011.
43. Meskill G: Presentation, "Anti-Epileptic Drugs for Board Review." Hofstra North Shore/Long Island Jewish School of Medicine, Manhasset, New York, April 2011.
44. Meskill G, Oller-Cramsie M: North Shore/Long Island Jewish Adult Neurology Grand Rounds Presentation, "Morbidity and Mortality Conference." Hofstra North Shore/Long Island Jewish School of Medicine, Manhasset, New York, January 2011.
45. Meskill G: Presentation, "Psychopharmacology." Hofstra North Shore/Long Island Jewish School of Medicine, New Hyde Park, New York, November 2010.
46. Meskill G, Natanzon C: North Shore/Long Island Jewish Adult Neurology Grand Rounds Presentation, "Morbidity and Mortality Conference." Hofstra North Shore/Long Island Jewish School of Medicine, Manhasset, New York, November 2010.
47. Meskill G: Presentation, "Psychiatry for the Neurology Boards." Hofstra North Shore/Long Island Jewish School of Medicine, Manhasset, New York, May 2010.
48. Meskill G: Presentation, "Electromyography Board Review." Hofstra North Shore/Long Island Jewish School of Medicine, Manhasset, New York, April 2010.
49. Meskill G: North Shore/Long Island Jewish Adult Neurology Grand Rounds Presentation, "Clinical Case Presentation." Hofstra North Shore/Long Island Jewish School of Medicine, Manhasset, New York, April 2010.
50. Meskill G: Presentation, "Pediatric Brain Tumors." Hofstra North Shore/Long Island Jewish School of Medicine, New Hyde Park, New York, January 2010.
51. Meskill G: Presentation, "Lesions of the Peripheral Nervous System." Hofstra North Shore/Long Island Jewish School of Medicine, New Hyde Park, New York, October 2009.


**MEDICAL PUBLICATIONS**

1. Meskill GJ, Boren P, Flores J, Patel P, Meskill SD. Real-world experience switching from twice nightly to once nightly oxybate therapy in the treatment of narcolepsy. Sleep, Volume 47, Issue Supplement_1, May 2024, Pages A274–A275.
2. Meskill SD, Flores J, Boren P, Richardson SE, Patel P, Meskill GJ. Update on observational restrospective study of the efficacy of oral appliance therapy for obstructive sleep apnea. Sleep, Volume 47, Issue Supplement_1, May 2024, Page A259.
3. Nguyen K, Amico F, Meskill GJ, Ruan CH, Meskill SD. Assessing the predictive accuracy of quantitative electroencephalography in the diagnosis of narcolepsy. Sleep, Volume 47, Issue Supplement_1, May 2024, Pages A283–A284.
4. Meskill SD, Rege R, Kincheloe K, Meskill GJ. An observational retrospective study of the efficacy of oral appliance therapy (OAT) in treating obstructive sleep apnea (OSA). Sleep, Volume 46, Issue Supplement_1, May 2023, Page A226.

5. Meskill GJ, Rege R, Meskill SD. An observational retrospective study of the prevalence of comorbid postural orthostatic tachycardia syndrome (POTS) in narcolepsy. Sleep, Volume 46, Issue Supplement_1, May 2023, Pages A257–A258.

6. Meskill GJ, Davis CW, Zarycranski D, Doliba M, Schwartz JC, Dayno JM. "Clinical Impact of Pitolisant on Excessive Daytime Sleepiness and Cataplexy in Adults With High Burden of Narcolepsy Symptoms." *Sleep*, Volume 45, Issue Supplement_1, June 2022, Page A172.

7. Meskill GJ, Zarycranski D, Causse C, Finance O, Ligneau X, Davis C. Pitolisant for the Treatment of Cataplexy in Adults with Narcolepsy. *Expert Opinion on Orphan Drugs*, published online: Jan 25, 2022.

8. Meskill GJ, Davis C, Zarycranski D, Doliba M, Schwartz JC, Dayno J. Clinical Impact of Pitolisant on Excessive Daytime Sleepiness and Cataplexy in Adults with Narcolepsy: An Analysis of Randomized Placebo-Controlled Trials. *CNS Drugs*,36(1),61-69.

9. Meskill GJ, Davis C, Zarycranski D, Doliba M, Schwartz JC, Dayno J. Assessment of the Clinical Benefits of Pitolisant on Excessive Daytime Sleepiness and Cataplexy in Adults With Narcolepsy. *Sleep*, Volume 44, Issue Supplement_2, May 2021, Pages A198-199.

10. Meskill GJ, Kicheloe K, Simmons JH, Meskill SD. An Easy Maneuver to Screen for Moderate-to-Severe Obstructive Sleep Apnea: the Simmons Chin Press and Tongue Curl. *Sleep Science*, ahead of print DOI: 10.5935/1984-0063.20200000 (accepted for print January 8, 2021).

11. Meskill GJ. Pitolisant (Wakix) is an Effective Anti-Cataplexy Agent in Narcolepsy Type 1. *Sleep*, Volume 43, Issue Supplement_1, April 2020, Page A287.

12. Meskill GJ, Meskill SD. Analysis Of The Effect On Blood Pressure And Heart Rate When Adding Solriamfetol (Sunosi) To Stimulant Therapy. *Sleep*, Volume 43, Issue Supplement_1, April 2020, Page A291.

13. Meskill GJ, Kicheloe K, Simmons JH, Meskill SD. Simmons Chin Press and Tongue Curl (SCPTC) Maneuver is a Reproducible Objective Physical Exam Finding to Screen for Obstructive Sleep Apnea (OSA) Associated with Cardiovascular Morbidities and All-Cause Mortality. *Sleep*, Volume 42, Issue supplement_1, 12 April 2019, Pages A181-182. (https://doi.org/10.1093/sleep/zsz067.451)

14. Meskill GJ, Simmons JH, Meskill SD. Asymmetric And/or Atypical Dosing of Sodium Oxybate May Lead to Increased Compliance and Efficacy. *Sleep*, Volume 42, Issue Supplement_1, April 2019, Page A241. (https://doi.org/10.1093/sleep/zsz067.604)

15. Meskill GJ, Simmons JH. Patients Whose Multiple Sleep Latency Tests (MSLTs) Have Fewer Than Two Sleep-onset Rem Periods (soremps) Respond Well to Sodium Oxybate. *Sleep*, Volume 42, Issue Supplement_1, April 2019, Pages A241–A242. (https://doi.org/10.1093/sleep/zsz067.605)

16. Simmons JH, Ali M, Meskill GJ. Sleep Bruxism Protects the Airway. *Sleep*, Volume 42, Issue Supplement_1, April 2019, Page A178. (https://doi.org/10.1093/sleep/zsz067.441)

17. Meskill GJ, Kicheloe K, Simmons JH, Meskill SD. Simmons Chin Press and Tongue Curl (SCPTC) Maneuver is a Reproducible Objective Physical Exam Finding to Screen for Obstructive Sleep Apnea (OSA) Associated with Cardiovascular Morbidities and All-Cause Mortality. *Sleep*, Volume 41, Issue suppl_1, 27 April 2018, Page A187. (https://doi.org/10.1093/sleep/zsy061.497)

18. Simmons JH, Meskill GJ. Full Facemask Induced Upper Airway Obstruction During PAP Titrations: A Common Phenomenon Hindering PAP Treatment When Unrecognized and Indication for Combination Therapy with Oral Appliance Mandibular Stabilization.

*Sleep*, Volume 41, Issue suppl_1, 27 April 2018, Page A198. (https://doi.org/10.1093/sleep/zsy061.528)

19. Meskill GJ, Simmons JH, Legan A, Weiss T, Bastida A, Peters BR. Are We Underselling Positive Airway Pressure (PAP) Compliance and Confounding Sleep Research? Large Multi-Center Analysis Shows PAP Compliance Data That Is Much Higher Than Previously Reported. *Sleep*, Volume 40, Issue suppl_1, 28 April 2017, Pages A197–A198. (https://doi.org/10.1093/sleepj/zsx050.529)

20. Simmons, JH, Meskill GJ. Routine Utilization of Esophageal Pressure Monitoring (Pes) Can Be Done Reliably with Good Patient Acceptance and Can Enhance The Quality Of Care for Sleep Centers Committed to Gain the Necessary Experience. *Sleep*, Volume 40, Issue suppl_1, 28 April 2017, Page A232. (https://doi.org/10.1093/sleepj/zsx050.627)

21. Meskill GJ, Guilleminault C. Sleep and Stroke. In: Miglis MG, ed. *Sleep and Neurologic Disease*. San Diego: Academic Press, 2017: 115-127.

22. Meskill G. CPAP Doesn't Prevent Cardiovascular Events in Sleep Apnea, According to the NEJM, But Can That Be True? *The Huffington Post*, September 2, 2016.

23. Meskill GJ, Simmons JH. Analysis of Polysomnogram Data Demonstrates that Home Sleep Testing has Poor Diagnostic Sensitivity in Certain Patient Populations. *Sleep*, Volume 39, Issue Abstract Supplement, 2016, Page A126.

24. Simmons JH, Meskill GJ, White M, Ty S. Outcome Data Support the 2012 AASM Scoring Criteria of Hypopneas in the Absence of SaO2 Desaturation (Rule 1A). It is Unjustified to Withhold Treatment from Patients Who Do Not Desaturate. *Sleep*, Volume 39, Issue Abstract Supplement, 2016, Page A131.

25. Meskill G. Medicare Regulations Are Driving a Wedge Between Obstructive Sleep Apnea Patients and Their Providers. *The Huffington Post*, January 11, 2016.

26. Arora N, Meskill G, Guilleminault C. The role of flow limitation as an important diagnostic tool and clinical finding in mild sleep-disordered breathing. *Sleep Science* 2015 (8), 134-42.

27. Meskill GJ, Simmons JH. The use of DaTscan in idiopathic REM Sleep Behavior Disorder (iRBD) as a screening tool to identify patients at risk for developing parkinsonism syndromes (PS). *Sleep*, Volume 38, Issue Abstract Supplement, 2015, Page A281.

28. Meskill G. Chronic Pain and Poor Sleep: A Vicious Cycle. *Community Pain Center*. May 11, 2015.

29. Meskill G. Stealthy Insomnia Cause? Upper Airway Resistance Syndrome Subtly Disturbs Breathing in Sleep. *The Huffington Post*, February 13, 2015.

30. Meskill G. Is Fibromyalgia a Myth? No, But it Just Might Be a Sleep Disorder. *The Huffington Post*, February 9, 2014.

31. Meskill G. Nocturnal Teeth Grinding May Suggest a Sleep Disorder. *The Huffington Post*, October 24, 2013.

32. Meskill G. Episodic Excessive Sleepiness in Teens May Represent Kleine-Levin Syndrome. *The Huffington Post*, April 9, 2013.

**NON-MEDICAL PUBLICATIONS**
1. Floyd, L. A Sleep Doctor Shared Exactly How He Treats His Sleep Apnea. *Men's Health*, November 25, 2020.
2. Meskill G, Warfield, B: Let's Go Irish (You'll Never Beat the Irish). Irish folk song recorded and performed by The Wolfe Tones, 2012.
3. Meskill G: How's That Feel? *The Sporting News*, August 12, 2005.

**RESEARCH**

| | |
|---|---|
| 2025-Present | Principal Investigator, SOL-SWD 301 (Phase 3) |
| 2025-Present | Principal Investigator, ALKS 2680 301 (Phase 2) |
| 2025-Present | Principal Investigator, ALKS 2680 203 (Phase 2) |
| 2025-Present | Principal Investigator, ALKS 2680 202 (Phase 2) |
| 2024-2025 | Principal Investigator, JZP 258-407 (Phase 3) |
| 2024-2025 | Principal Investigator, Refresh (Phase 3) |
| 2022-2023 | Investigator: An observational retrospective study of the efficacy of oral appliance therapy (OAT) in treating obstructive sleep apnea (OSA) |
| 2019-2020 | Principal Investigator, Houston site: pitolisant expanded access clinical evaluation (PEACE) |
| 2017-2020 | Principal Investigator: assessing whether the chin press and/or chin press/tongue curl maneuver can be used to predict cardiovascular risk from undiagnosed obstructive sleep apnea |
| 2014-2015 | Principal Investigator: enrolling patients with idiopathic REM Sleep Behavior Disorder to investigate if DaT SPECT imaging shows a pattern consistent with what is found in patients with Parkinson's disease (abstract presented at Sleep 2015) |
| 2011-2013 | Research Associate, Feinstein Institute for Medical Research: assisted with enrollment of patients with idiopathic REM Sleep Behavior Disorder for a prospective study looking at the role of FDG PET imaging to establish if there is an imaging pattern similar to what is found in Parkinson's disease |

**CONFERENCES ATTENDED**

- American Academy of Neurology (AAN):            2012
- American Academy of Dental Sleep Medicine (AADSM):  2022
- American Professional Sleep Societies (APSS):   2013-14, 2016-24
- Cyberonics VNS conference:                      2015
- Hospital for Special Surgery neurophysiology conference:  2012
- North Texas NP CE conference:                   2017
- Sleep Education Consortium:                      2014-20

ALLAN S. MYERSON                           Date of Birth:  November 17, 1952
                                           Place of Birth:  Brooklyn, New York


I.      EDUCATION

        Columbia University, B.S., 5/73, Chemical Engineering
        University of Virginia, M.S., 1/75, Chemical Engineering
        University of Virginia, Ph.D., 1/77, Chemical Engineering

II.     ACADEMIC APPOINTMENTS

        Professor of the Practice of Chemical Engineering, Department of Chemical
        Engineering, Massachusetts Institute of Technology (9/10-present)

        Philip Danforth Armour Professor of Engineering, Department of Chemical
        and Biological Engineering, Illinois Institute of Technology (6/08-9/10).

        Visiting Professor, Department of Chemical Engineering, Massachusetts
        Institute of Technology (8/08-7/09).

        Provost and Senior Vice President and Philip Danforth Armour Professor of
        Engineering, Illinois Institute of Technology (1/03-6/08).

        Dean, Armour College of Engineering and Science and Professor of Chemical
        Engineering, Illinois Institute of Technology (1/00-1/03).

        Joseph J. and Violet J. Jacobs Professor, Department of Chemical
        Engineering, Polytechnic University (Tandon School of Engineering NYU)
        (Brooklyn, NY) (7/95-1/00).

        Vice Provost, Research and Graduate Studies and Joseph J. and Violet J.
        Jacobs Professor of Chemical Engineering, Polytechnic University (Tandon
        School of Engineering NYU) (1/95-7/95).

        Dean, School of Chemical and Materials Science and Joseph J. and Violet J.
        Jacobs Professor of Chemical Engineering, Polytechnic University (Tandon
        School of Engineering NYU) (6/92-1/95).

        Head, Department of Chemical Engineering and Joseph J. and Violet J. Jacobs
        Professor of Chemical Engineering, Polytechnic University (Tandon School
        of Engineering NYU) (9/90-6/92).

        Head Department of Chemical Engineering and Professor, Polytechnic
        University (Tandon School of Engineering NYU) (1/88-9/90).

1

Head, Department of Chemical Engineering and Associate Professor, Polytechnic University (Tandon School of Engineering NYU) (1/85-1/88).

Associate Professor, School of Chemical Engineering, Georgia Institute of Technology (6/83-1/85).

Assistant Professor, School of Chemical Engineering, Georgia Institute of Technology (9/79-6/83).

Assistant Professor, Department of Chemical Engineering, University of Dayton (1/77-9/79).

III.    AWARDS and  HONORS

1. Distinguished Faculty Research Award, Sigma XI (Polytechnic Chapter), 1992.

2. Virginia Engineering Foundation Engineering Achievement Award, 2000.

3. Louise W. Busse Pharmacy Lectures, College of Pharmacy, University of Wisconsin, Madison, 2006.

4. American Chemical Society (ACS) Award in Separation Science and Technology, 2008.

5. Senior Visiting Research Fellow,  Department of Chemistry and Chemical Engineering, Queens University, Belfast Northern Ireland (11/2007-11/2010)

6. American Chemical Society (ACS) Division of Industrial and Engineering Chemistry Fellow Award, 2010.

7. Council of Chemical Research, Research Collaboration Award (part of  team), 2014.

8. American Institute of Chemical Engineers (AICHE) Separations Division, Clarence G. Gerhold Award, 2015.

9. American Institute of Chemical Engineers (AICHE) Process Development Division, Excellence in Process Development Research Award, 2015.

IV.    EDITORIAL

1.    Associate Editor, *Crystal Growth & Design,* published by the American Chemical Society (1/2001-12/2019).

V.    RESEARCH & CREATIVE SCHOLARSHIP

Books

1.    *Crystallization as a Separations Process* ACS Symposium Series, No. 438, **Myerson, A.S.** and Toyokura, K., editors, ACS Books (Washington D.C., 1990).

2.    *The Handbook of Industrial Crystallization* **Myerson**, **A.S.** editor, Butterworth-Heinemann (Stoneham, MA. 1992).

3.    *Crystal Growth of Organic Materials* **Myerson**, **A.S.,** D. Green and P. Meenan, editors, ACS Books (Washington, D.C. 1996).

4.    *Molecular Modeling Applications in Crystallization* **Myerson, A.S.** editor, Cambridge University Press (New York, 1999).

5.    *The Handbook of Industrial Crystallization, 2ⁿᵈ edition* **Myerson, A.S.,** editor, Butterworth-Heinemann (Stoneham, MA. 2001).

6.    *The Handbook of Industrial Crystallization, 3rd edition* **Myerson, A.S.**, Lee, A and Erdemir, D., editors , Cambridge Press (2019)

Publications

1.    Hall, K.R., Eubank, P.T., **Myerson, A.S** and Nixon, W.E. (1976). A new technique for collecting vapor liquid equilibrium data without measuring compositions.  *AIChE Journal*, **21**, 1111.

2.    Hall, K.R., Eubank, P.T., **Myerson, A.S.** and Nixon, W.E. (1976). Multicomponent multiphase vapor liquid equilibrium data from the method of intersecting isochors.  *AIChE Journal*, **22**, 339.

3.    **Myerson, A.S.** and Kirwan, D.J. (1977).  Impurity trapping during dendritic crystal growth.  Part I.  Computer simulation.  *Industrial and Engineering Chemistry Fundamentals*, **16**, 414.

3

4.    **Myerson, A.S.** and Kirwan, D.J. (1977). Impurity trapping during dendritic crystal growth.  Part II.  Correlation of experimental data. *Industrial and Engineering Chemistry Fundamentals,* **16**, 420.

5.    **Myerson, A.S.** and Harris, C.F. (1979).  Fuel development for open-loop combustion driven MHD power generation. *Journal of Energy*, **3**, 120.

6.    **Myerson, A.S.** and Rolinski, E.J. (1979). The measurement of in-depth and surface temperatures of transparent materials exposed to intense radiation. *High Temperature High Pressures*, **11**, 103.

7.    **Myerson, A.S.** (1980). Condensation of aluminum when used as an additive in MHD power generation. *Journal of Energy*, **4**, 44.

8.    **Myerson, A.S.** and Sandy, C. (1981). Nitric oxide gas absorption in a limestone packed column. *AIChE Journal*, **27**, 518.

9.    Slaminko, P. and **Myerson, A.S.** (1981). The crystal size dependence of occlusion formation during crystallization from solution. *AIChE Journal*, **27**, 1029.

10.   **Myerson, A.S.** (1981). Oxygen mass transfer requirements during the growth of thiobacillus ferrooxidans on iron pyrite. *Biotechnology and Bioengineering*, **23**, 1413.

11.   Harris, C.F. and **Myerson, A.S.** (1982). Optimization of fuel composition in open cycle magnetohydrodynamic power generation. *Journal of Energy*, **6**, 155.

12.   Sorell, L. and **Myerson, A.S.** (1982).  Diffusivity of urea in concentrated, saturated and supersaturated solutions. *AIChE Journal*, **28**, 772.

13.   Chang, Y.C. and **Myerson, A.S.** (1982).  Growth models of the continuous leaching of iron pyrite by t. ferrooxidans, *Biotechnology and Bioengineering*, **24**, 889.

14.   Senol, D. and **Myerson, A.S.** (1982).  Effect of impurities on occlusion formation during crystallization from solution. *AIChE Symposium Series*, **78**, No. 215, 37.

15.   Gaines, S. and **Myerson, A.S.** (1982).  Removal of impurities through crystal aging. *AIChE Symposium Series*, **78**, No. 215, 42.

16.    Saska, M. and **Myerson, A.S.** (1983). The solubility of faceted crystals. *AIChE Journal*, **29**, 350.

17.    Saska, M. and **Myerson, A.S.** (1983). The theoretical shape of sucrose crystals from energy calculations. *J. Crystal Growth*, **61**, 546.

18.    **Myerson, A.S.** and Kline, P. (1983). The adsorption of thiobacillus ferrooxidans on solid particles. *Biotechnology and Bioengineering*, **25**, 1669.

19.    **Myerson, A.S.** and Gaines, S. (1983). The agglomeration and aging of terephthalic acid particles. *Particulate Science and Technology*, **1**, 409.

20.    **Myerson, A.S.** (1983). Concepts of energy and work. In *Modular Instruction in Material and Energy Balance*, ed. D.M. Himmelblau, Series F, Volume 3, page 1. American Institute of Chemical Engineers.

21.    Saska, M. and **Myerson, A.S.** (1984). Formation of inclusions in terephthalic acid crystals. *AIChE Journal*, **30**, 865.

22.    **Myerson, A.S.** and Kline, P. (1984). Continuous bacterial coal desulfurization employing thiobacillus ferrooxidans. *Biotechnology and Bioengineering*, **26**, 92.

23.    **Myerson, A.S.** and Senol, D. (1984). Diffusion coefficients near the spinodal curve. *AIChE Journal*, **30**, 1004.

24.    Saska, M. and **Myerson, A.S.** (1984). A crystal growth model with concentration dependent diffusion. *Journal of Crystal Growth*, **67**, 380.

25.    Saska, M. and **Myerson, A.S.** (1984). Crystal growth and dissolution of terephthalic acid crystals. *AIChE Symposium Series*, **80**, No. 240, p. 98.

26.    Chang, Y.C. and **Myerson, A.S.** (1984). Diffusion coefficients in supersaturated solutions. In *Industrial Crystallization*, **84**, eds. Jancek, S.J. and DeJong, E.J., p. 27, Elsevier (Amsterdam).

27.    Saska, M. and **Myerson, A.S.** (1985). Polymorphism in terephthalic acid crystals. *Crystal Growth and Technology*, **20**, 201.

28.    Chang, Y.C. and **Myerson, A.S.** (1985). The diffusivity of sodium chloride and potassium chloride in concentrated, saturated and supersaturated aqueous solutions. *AIChE Journal*, **31**, 890.

29.    Weiping, F. and **Myerson, A.S.** (1985).  The formation of solvent inclusions during continuous MSMPR crystallization.  *AIChE Journal*, **31**, 1718.

30.    Bagdigian, R. and **Myerson, A.S.** (1986). The adsorption of thiobacillus ferrooxidans to coal.  *Biotechnology and Bioengineering,* **28**, 467.

31.    Saska, M. and **Myerson, A.S.** (1986).  Vapor phase growth forms and purification of 1, 4 benzenedicarboxylic acid. *J. Cryst. Growth,* **74**,217.

32.    Chang, Y.C. and **Myerson, A.S.** (1986). Diffusivity of glycine in concentrated, saturated and supersaturated aqueous solution.  *AIChE Journal,* **32**, 1567.

33.    **Myerson, A.S.** and Chang, Y.C. (1986).  Diffusional separation in ternary systems.  *AIChE Journal,* **32**, 1747.

34.    **Myerson, A.S.**, Decker, S., and Weiping, F. (1986).  Solvent selection and batch crystallization.  *Ind. Eng. Chem. Proc. & Prod Devel.,* **25**, 925.

35.    Tillet, D.M. and **Myerson, A.S.** (1987).  The removal of pyritic sulfur from coal employing thiobacillus ferroxidans in a packed column reactor.  *Biotechnology and Bioengineering,* **29**, 146.

36.    Franke, M., Ernst, W., and **Myerson, A.S.** (1987).  Kinetics of dissolution of alumina in acidic solution.  *AIChE Journal,* **23**, 267.

37.    Saska, M. and **Myerson, A.S.** (1987).  Crystal aging and crystal habit of terephthalic acid.  *AIChE Journal*, **33**, 848.

38.    Ernst, W.R., Hiltzik, L.H., Garing, A.R., Franke, M.D., **Myerson, A.S.** and  Carrathers, J.D., (May, 1987).  The GTRC process for the removal of inorganic impurities from spent hydrodesulfurization catalysts.  *Minerals and Metallurgical Processing,* p. 78.

39.    Chang, Y.C. and **Myerson, A.S.** (1987).  Cluster diffusion in metastable solutions.  *AIChE Journal*, **33**, 697.

40.    Johnson, J.L., Schork, F.J. and  **Myerson, A.S.** (1987).  Multivariable control of the crystal size distribution in an MSMPR crystallizer. *Separation Process Engineering (Japan)*, **17**, 68.

41.    Lo, P.Y. and **Myerson, A.S.** (1989).  Ternary diffusion coefficients in metastable solutions of glycine-valine-H$_2$0.  *AIChE Journal*, **35**, 676.

42.    Brown, P.M. and **Myerson, A.S.** (1989).  The growth dissolution and aging of terephthalic acid crystals.  *AIChE Journal*, **35**, 1749.

43.    **Myerson, A.S.** and Lo, P.Y. (1990).  Aging, cluster formation and diffusion in supersaturated solutions.  In *Proceedings of VII in European Symposium on Materials and Fluid Sciences in Microgravity,* ed. Hurle, T.J., p. 7, ESA publications.

44.    **Myerson, A.S.**, and Lo, P.Y., (1990).  Diffusion and cluster formation in supersaturated solutions.  *J. Cryst. Growth*, **99**, 1048.

45.    **Myerson, A.S.** (1990).  Crystallization research in the 1990's an overview. In *Crystallization as a Separations Process*, ACS Symposium Series, #438, p. 1.

46.    **Myerson, A.S.**  and Saska, M. (1990).  Calculation of crystal habit and solvent accessible areas of sucrose and adipic acid crystals.   In C*rystallization as a Separations Process*, ACS Symposium Series #438, p. 55.

47.    Brown, P. and **Myerson, A.S.** (1990).  Purification of terephthalic acid by crystal aging.  *I & EC Research*, **29**, 2089.

48.    **Myerson, A.S.** and Lo, P.Y. (1991).  Cluster formation and diffusion in supersaturated binary and ternary acid solutions.  *J. Cryst. Growth*, **110**, 26.

49.    Nunez, E., **Myerson, A.S.**  and Kwei, T.K. (1991).  Diffusion of benzene vapor in blends of poly (vinyl acetate) and poly (methyl acrylate).  *Polymer Engineering and Science*, **31**, 1172.

50.    Ginde, R. and **Myerson, A.S.** (1991).  Viscosity and diffusivity in metastable solutions.  In *AIChE Symposium Series*, **87**, No. 284, p. 124.

51.    Ginde, R. and **Myerson, A.S.** (1992).  Cluster size estimation in binary supersaturated solutions.  *J. Cryst. Growth*, **116**, 41.

52.    Lee, H.K., **Myerson, A.S.** and Levon, K. (1992).  Non equilibrium liquid-liquid phase separation in crystallizable polymer solutions. *Macromolecules*, **25**, 4002.

53.    Izmailov, A., and **Myerson, A.S.** (1992).  Concentration gradient formation in supersaturated vertical columns.  I. Fokker-Planck Approximation, *J. Cryst. Growth*, **121**, 723.

54.    Hsu, W.P., Lo, P.Y., **Myerson, A.S.** and Kwei, T.K. (1992).  Water diffusion in crosslinked polymers.  *AIChE J.*, **38**, 1481.

55.    Izmailov, A. and **Myerson, A.S.** (1992).  Metastable state relaxation in a gravitational field.  *Physica A*, **183**, 549.

56.    **Myerson, A.S.** (1992).  Solution and solution properties.  *Handbook of Industrial Crystallization,* Butterworth, Montvale, MA.

57.    Ginde, R. and **Myerson, A.S.** (1992).  Crystals, crystal growth and nucleation.  *Handbook of Industrial Crystallization,* Butterworth, Montvale, MA.

58.    Hsu, W.P., Li, R.J., **Myerson, A.S.** and Kwei, T.K., (1993).  Sorption and diffusion of water vapor in hydrogen bonded polymer blends.  *Polymer,* **34**, 597.

59.    Izmailov, A.F. and **Myerson, A.S.** (1993).  Theory of metastable state relaxation for non-critical binary systems with non-conserved order parameter.  *Physica A*, **192**, 85.

60.    **Myerson, A.S.** and Izmailov, A.F.  (1993).  Nucleation in non-critical binary systems.  *J. Cryst. Growth*, **128**, 139.

61.    Izmailov, A.F. and **Myerson, A.S.** (1993).  Structure of supersaturated Solutions.  In *Handbook of Crystal Growth*, Volumes 1, ed. Hurle, D., pp. 251-303, Amsterdam.

62.    Izmailov, A.F. and **Myerson, A.S.** (1993).  Theory of metastable state relaxation in a gravitational field for non critical binary systems with non conserved order parameter.  *J. Physics A.*, **26**, 2709.

63.    **Myerson, A.S.** and Izmailov, A.F. (1993).  Statistics of experiments on cluster formation and transport in a gravitational field.  *J. Physics D.*, **26**, B123.

64.    Hsu, W.P., Levon, K., Ho, K.S., **Myerson, A.S.** and Kwei, T.K. (1993).   Side chain order in poly (3-Alkyl Thiophanes).  *Macromolecules*, **26**, 1318.

65.    Ginde, R. and **Myerson, A.S.** (1993).  Effect of impurities on cluster growth and nucleation.  *J. Cryst. Growth,* **126**, 216.

66.     Hsu, W.P., Xu, Z.S., Okamoto, Y., **Myerson, A.S.** and Kwei, T.K., (1993).  Structural effects on the vapor diffusivity in rigid polymers. *J. Applied Polymer Science,* **50**, 271.

67.     **Myerson, A.S.** and Ginde, R. (1993).  Effect of impurities on nucleation with applications to sodium chloride.  Seventh Symposium on Salt, Vol. II, 171, Elsevier Science Publisher, Amsterdam.

68.     Hsu, W.P., Kwei, T.K., Li, R.J. and **Myerson, A.S.** (1993).  Diffusion and permeation of gases in miscible poly (methy/methacrylate) and poly (styrene-stat-acrylonitrile) above and below the glass transition region.  *AIChE J.*, **39**, 1509.

69.     Hsu, W.P., **Myerson, A.S.** and Kwei, T.K. (1993).  Concentration dependence of water vapor in hydrogen bonded polymer blends. *European Polymer Journal,* **29**, 1601.

70.     Lee, H.K., Levon, K. and **Myerson, A.S.** (1993).  Structure formation due to non equilibrium liquid-liquid phase separation in polypropylene solution.  In *New Advances in Polyolefins,* ed. Chang, T.C., p. 209.

71.     Vadalia, H.C., Lee, H.K., **Myerson, A.S.** and Levon, K. (1994). Thermally induced phase separation in ternary crystallizable polymer solutions.  *J. Membrane Sci.,* **89**, 37.

72.     Na, H.S., Arnold, S., and **Myerson, A.S.** (1994).  Cluster formation in highly supersaturated solution droplets.  *J. Crystal Growth,* **139**, 104.

73.     Hsu, M., Lo, P.Y., Kwei, T.K., and **Myerson, A.S.** (1994).  Parameter estimation for analysis of vapor diffusion in polymers.  *Polymer Engineering and Science,* **34**, 1250.

74.     Kim, Y.C. and **Myerson, A.S.** (1994).  Diffusion in concentrated, saturated and supersaturated lysozyme solutions.  *J. Crystal Growth,* **143**, 79.

75.     Izmailov, A., Arnold, S., and **Myerson, A.S.** (1994).  Parametrically driven microparticle in the presence of a stationary zero-mean source, model for thermal equilibrium in the paul trap.  *Phys. Rev. E.,* **50**, 702.

76.     Li, R., Kwei, T.K., and **Myerson, A.S.** (1995).  Diffusion of gases in polymer blends near the lower critical solution temperature.  *AIChE J.,* **41**, 166.

77.     Na., H.S., Arnold, S., and **Myerson, A.S.** (1995).  Water activities in

9

supersaturated aqueous solutions of organic solutes. *J. Cryst. Growth,* **149**, 229.

78.    **Myerson, A.S.** and Jang, S. (1995).  A comparison of binding energy and metastable zone width for adipic acid with various impurities.  *J. Cryst. Growth,* **156**, 459.

79.    Izmailov, A.F. and **Myerson, A.S.** (1995).  Concentration dependence of solution shear viscosity and solute mass diffusivity in crystal growth from solution.  *Phys. Rev. E.,* **52**, 805.

80.    Izmailov, A.F., **Myerson, A.S.,** and Na, H.S. (1995).  Supersaturated electrolyte solutions, theory and experiment. *Phys. Rev. E.,* **52**, 3923.

81.    Izmailov, A.F., Arnold, S., Holler, S. and **Myerson, A.S.** (1995).  Microparticle driven by parametric and random forces, theory and experiment. *Physical Review E.,* **52**, 1325.

82.    Izmailov, A.F. and **Myerson, A.S.** (1996).  Gravity induced formation of concentration gradients in supersaturated binary solutions. *Physica, A.,* **224**, 503.

83.    **Myerson, A.S.,** Izmailov, A.F., and Na, H.S.  (1996).  Thermodynamic studies of levitated microdroplets of highly supersaturated electrolyte solutions. *J. Cryst. Growth,* **166**, 981.

84.    Izmailov, A.F. and **Myerson, A.S.**  (1996).  Relationship between solution shear viscosity and density at the saturation point. *J. Cryst. Growth,* **166**, 261.

85.    Kim, S., and **Myerson, A.S.**  (1996).  Metastable solution thermodynamics and crystal growth kinetics. *Ind. Eng. Chem Research,* **35**, 1078.

86.    Kim, S. and **Myerson, A.S.**  (1996).  Thermodynamic properties of supersaturated solutions and their use in determination of crystal growth kinetics. In *Crystal Growth of Organic Materials,* eds. **Myerson, A.S.,** Green D., and Meenan P.,  p.157-162, Washington, D.C., ACS Books.

87.    **Myerson, A.S.** and Izmailov, A.F., (1996).  Supersaturated organic solutions: theory and experiment.  In *Crystal Growth of Organic Materials,* eds. **Myerson, A.S.,** Green D., and Meenan P.,  pp. 222-230, Washington, D.C., ACS Books.

88.   Kessel, A., Temnikov, A.N., Izmailov, A.F. and **Myerson, A.S.** (1996). A new technique for the study of supersaturated solution by pulsed (spin echo) NMR. In *Crystal Growth of Organic Materials,* eds. **Myerson, A.S.,** Green D., and Meenan P.,  pp. 266-272, Washington, D.C., ACS Books.

89.   Sun, W.M. and **Myerson, A.S.** (1996).  The effect of chromium ion (III) on the nucleation of supersaturated ammonium sulfate solutions. In *Crystal Growth of Organic Materials,* eds.  **Myerson, A.S.,** Green D., and Meenan P.,  pp. 249-255, Washington, D.C., ACS Books.

90.   Bohenek, M. and **Myerson, A.S.**  (1996).  Diffusion, viscosity and crystal growth in microgravity.  In *Crystal Growth of Organic Materials,* eds. **Myerson, A.S.,** Green D., and Meenan P.,  pp. 273-278, Washington, D.C., ACS Books.

91.   Jang, S. and **Myerson, A.S.**  (1996).  A comparison of binding energies, metastable zone width and nucleation induction time of succinic acid with various additives.  In *Crystal Growth of Organic Materials,* eds. **Myerson, A.S.,** Green D., and Meenan P.,  pp. 53-58, Washington, D.C., ACS Books.

92.   Garetz, B.A., Aber, J., Goddard, N., Young, R. and **Myerson, A.S.** (1996).  Non-photochemical, polarization-dependent, laser-induced nucleation in supersaturated aqueous urea solutions. *Phys. Rev Letters,* **77**, 3475.

93.   Chang, M.J., Liao, Y.H., **Myerson, A.S.** and Kwei, T.K. (1996).  Gas transport properties of polyaniline membranes.  *J. Applied Polymer Science,* **62**, 1427.

94.   Bohenek, M., **Myerson, A.S.** and Sun, W.  (1997).  Thermodynamics, cluster formation and crystal growth in highly supersaturated solutions of KDP, ADP and TGS. *J. Crystal Growth,* **179**, 213.

95.   Kim, S., **Myerson, A.S.** and Kohl, M.  (1997).  Diffusion and cluster formation in aqueous solutions of potassium aluminum sulfate. *J. Crystal Growth,* **181**, 61.

96.   Izamilov, A.F. and **Myerson, A.S.**  (1997).  Momentum and mass transfer in supersaturated solutions and crystal growth from solution. *J. Crystal Growth,* **174**, 362.

97.   **Myerson, A.S.** and Izmailov, A.F. (1997).  Relationship between diffusivity and viscosity for supersaturated electrolyte solutions. *J. Crystal Growth*, **174**, 369.

98.   Chang, M.J., **Myerson, A.S.** and Kwei, T.K.  (1997).  Gas transport in ring substituted polyanilines.  *Polymer Eng. & Sci.,* **37**, 868.

99.   Chang, M.J., **Myerson, A.S.** and Kwei T.K. (1997).  The effect of hydrogen bonding on vapor diffusion in water soluble polymer blends. *J. of Applied Polymer Sci.,* **66**, 279.

100.  Izmailov, A.F. and **Myerson, A.S.**  (1997).  The influence of centrifugation on cluster formation and nucleation.  In *Centrifugal Materials Processing,* eds. Regal, L. and Wilcox, W., p 189.

101.  Garetz, B., Aber, J., Goddard, N., Young, R. and **Myerson, A.S.** (1997).  Laser induced nucleation of supersaturated urea solutions. *Optics and Photonics News,* **8**, 32.

102.  Hsu, W.P., **Myerson, A.S.** and Kwei, T.K. (1998).  Desorption of water vapor in hydrogen-bonded polymer blends.  *J. Applied Polymer Science,* **70**, 39.

103.  Doxsee, K.M., Chang, R.C., Chen, E., **Myerson, A.S.** and Huang, D. (1998).  Crystallization of solid-state materials in non-aqueous gels. I. Silver Bromide.  *J Am. Chem. Soc.,* **120**, 585.

104.  Hsu, W.P., **Myerson, A.S.**  and Kwei, T.K. (1998). Calculation of the interaction parameters in hydrogen-bonded polymer blends.  *Int. J. of Polymeric Materials,* **40**, 81.

105.  **Myerson, A.S.**  (1999). Crystallization basics.  In *Mol. Model. Appl. Cryst,* ed. Myerson, A.S., pp. 55-105, Cambridge, UK, Cambridge University Press.

106.  Izmailov, A.F and **Myerson, A.S.**  (1999).  A statistical understanding of nucleation.  *J. Crystal Growth,* **196**, 234.

107.  Izmailov, A.F. and **Myerson, A.S.**  (1999).  Thermodynamic and statistical studies of supersaturated ternary solutions.  *Physical Review E.,* **60**, 3211.

108.  Deverakonda, S., Groysman, A. and **Myerson, A.S.**  (1999).  THF-water hydrates: an experimental study.  *J. Crystal Growth,* **204**, 525.

109.  Mohan, R. and **Myerson, A.S.**  (1999).  The effect of additives on the water activity of supersaturated solutions of $\beta$-succinic acid.  *J. Crystal Growth,* **206**, 99.

110. Izmailov, A.F. and **Myerson, A.S.** (1999). Fluctuation-dissipation theorem for supersaturated electrolyte solutions. *Physica A,* **267**, 34.

111. Mohan, R., Boateng, K., and **Myerson, A.S.** (2000). Measuring crystal growth kinetics using a differential scanning calorimeter. *J. Crystal Growth,* **212**, 489.

112. Nagarajan, K., Levon, K., and **Myerson, A.S.** (2000). Nucleating agents in polpropylene. *Journal of Thermal Analysis and Calorimetry,* **59**, 497.

113. Mohan, R., Kaytancioglu, O. and **Myerson, A.S.** (2000). Diffusion and cluster formation in supersaturated solutions of ammonium sulfate at 298K. *J. Crystal Growth*, **217**, 393-403.

114. Izmailov, A.F. and **Myerson, A.S.** (2000). Diffusion in supersaturated solutions: application to the case of supersaturated protein solutions. *J. Chem. Phys.*, **112**, 4357.

115. Kang, J., Zaccaro, J., Ulman, A. and **Myerson, A.S.** (2000). Nucleation and growth of glycine crystals on self assembled monolayers on gold. *Langmuir,* **16**, 3791.

116. Ulman, A., Kang, J.F., Shnidman, Y., Liao, S., Jordan, R., Choi, G., Zaccaro, J. and **Myerson, A.S.** (2001). Self-assembled monolayers of rigid thiols. *Rev. Mol. Biotechnol,* **74,** 175-188.

117. Zaccaro, J., Matic, J., **Myerson, A.S.** and Garetz, B.A. (2001). Nonphotochemical, laser-induced nucleation of supersaturated aqueous glycine produces unexpected γ-polymorph. *Crystal Growth & Design,* **1**, 5-8.

118. Nagarajan, K. and **Myerson, A.S.** (2001). Molecular dynamics of nucleation and crystallization of polymers. *Crystal Growth & Design,* **1,** 131-142.

119. Evans, J., Lee, A.Y. and **Myerson, A.S.** (2001). Applications of molecular modeling. In *Crystallization and Solidification Properties of Lipids,* eds. Widlak, N., Hartel, R. and Narine, S., pp. 17-33, Champaign, IL, AOCS Press.

120. Koo, K., Hsu, W. and **Myerson, A.S.** (2002). The gel crystallization of L-Phenylalanine and aspartame from aqueous solution. *Chemical Engineering Communications*, **189,** 1079-1090.

121 Mohan, R., Koo, K., Strege, C. and **Myerson, A.S.** (2001). Effect of

additives on the transformation behavior of ι-Phenylalanine in aqueous solution. *Industrial Engineering Chemistry Research,* **40,** 6111-6117.

122.    Mohan, R. and **Myerson, A.S.** (2002). Crystal growth kinetics: a thermodynamic approach. *Chemical Engineering Science,* **57,** 4277-4285.

123.    Lee, A.Y., Ulman, A. and **Myerson, A.S.** (2002). Crystallization of amino acids on self-assembled monolayers of rigid thiols on gold. *Langmuir,* **18,** 5886-5898.

124.    Mohan, R., Lorenz, H. and **Myerson, A.S.** (2002). Solubility measurement using differential scanning calorimetry. *Industrial and Engineering Chemistry Research,* **41,** 4854-4862.

125.    Garetz, B., Matic, J. and **Myerson, A.S.** (2002). Polarization switching of crystal structure in nonphotochemical light-induced nucleation of supersaturated aqueous glycine solutions. *Physical Review Letters*, **89,** 175501.1-175501.4.

126.    Devarakonda, S., Evans, J.M.B., and **Myerson, A.S.** (2003). Impact of ultrasonic energy on the crystallization of dextrose monohydrate. *Crystal Growth & Design,* **3,** 741-746.

127.    Park, K., Evans, J.M.B., and **Myerson, A.S.** (2003). Determination of Solubility of Polymorphs Using Differential Scanning Calorimetry. *Crystal Growth & Design,* **3**, 991-995.

128.    Knezic, D., Zaccaro, J. and **Myerson, A.S.** (2004). Thermodynamic Properties of Supersaturated Protein Solutions. *Crystal Growth & Design,* **4**, 199-208.

129.    Devarakonda, S., Evans, J.M.B., Lee, A.Y., and **Myerson, A.S.** (2004). Molecular dynamics study of the interactions of ice inhibitors on the ice {001} surface. *Langmuir*, *20*, 5353-5357.

130.    Devarakonda, S., Evans, J.M.B., and **Myerson, A.S.** (2004). Impact of ultrasonic energy on the flow crystallization of dextrose monohydrate. *Crystal Growth & Design,* **4**, 687-690.

131.    Knezic, D., Zaccaro, J. and **Myerson, A.S.** (2004). Nucleation induction time in levitated droplets. *J. Physical Chemistry B*, 108, 10672-10677.

132.    Chattopadhyay, S., Erdemir, D., Evans, J.M.B., Ilavsky, J., Amenitsch, H., Segre, C.U., and **Myerson, A.S.** (2005). SAXS Study

14

of the Nucleation of Glycine Crystals from a Supersaturated Solution. *Crystal Growth & Design,* **5**, 523-527.

133.  Hu, Y., Liang, J.K., **Myerson, A.S.**, and Taylor, L.S. (2005). Crystallization Monitoring by Raman Spectroscopy:  Simultaneous Measurement of Desupersaturation Profile and Polymorphic Form in Flufenamic Acid Systems.  *Industrial and Engineering Chemistry Research,* **44**, 1233-1240.

134.  Aber, J.E., Arnold, S., Garetz, B.A., and **Myerson, A.S.** (2005).  Strong dc Electric Field Applied to Supersaturated Aqueous Glycine Solution Induces Nucleation of the γ Polymorph.  *Physical Review Letters*, **94**, 145503.

135.  Mukuta, T., Lee, A.Y., Kawakami, T., and **Myerson, A.S.** (2005).  Influence of Impurities on the Solution-Mediated Phase Transformation of an Active Pharmaceutical Ingredient.  *Crystal Growth & Design*, **5**, 1429-1436.

136.  Yi, Y., Hatziavramidis, D., **Myerson, A.S.**, Waldo, M., Beylin, V.G., and  Mustakis, J. (2005).  Development of a Small-Scale Automated Solubility Measurement Apparatus.  *Industrial Engineering Chemistry Research*, **44**, 5427-5433.

137.  Matic, J., Sun, X., Garetz, B.A., and **Myerson, A.S.** (2005).  Intensity, Wavelength, and Polarization Dependence of Nonphotochemical Laser-Induced Nucleation in Supersaturated Aqueous Urea Solutions.  *Crystal Growth & Design*, **5**, 1565-1567.

138.  Lee, A.Y., Lee, I., Dette, S.S., Boerner, J. and **Myerson, A.S.** (2005).  Crystallization on Confined Engineered Surfaces:  A Method to Control Crystal Size and Generate Different Polymorphs.  *Journal of the American Chemical Society*, **127**, 14982-14983.

139.  Sun, X., Garetz, B.A., **Myerson, A.S.** (2006).  Supersaturation and Polarization Dependence of Polymorph Control in the Nonphotochemical Laser-Induced Nucleation (NPLIN) of Aqueous Glycine Solutions.  *Crystal Growth & Design*, **6**, 684-689.

140.  Lee, A.Y., Lee, I.S., **Myerson, A.S.** (2006).  Factors Affecting the Polymorphic Outcome of Glycine Crystals Constrained on Patterned Substrates.  *Chemical Engineering & Technology*, **29**, 281-285.

141.  Liu, X.,Hatziavramidis, D., Arastoopour,H., **Myerson, A.S.** (2006).  CFD Simulations for Analysis and Scale-up of Anti-Solvent Crystallization.  *AIChE Journal,* **52**, 3621-3625.

142. Yi, Y.J., and **Myerson, A.S.,** (2006). Laboratory Scale Batch Crystallization and the Role of Vessel Size. *Chemical Engineering Research and Design,* **84**, 721-728.

143. Lee, A.Y., and **Myerson, A.S.,** (2006). Particle Engineering: Fundamentals of Particle Formation and Crystal Growth. *MRS Bulletin,* **31,** 881-886.

144. Erdemir, D., Chattopadhyay, S., Guo, L., Ilavsky, J., Amentitsh, H., Segre, and **Myerson**, A.S. (2007). Relationship Between Self-Association of Glycine Molecules in Supersaturated Solutions and Solid State Outcome. *Physical Review Letters,* **99**, 115702.

145. Lee, I.S., Lee, A.Y., and **Myerson, A.S.,** (2008). Concomitant Polymorphism in Confined Environment: Implication to Crystal Form Screening. *Pharmaceutical Research,* **25**, 960-968.

146. Erdemir, D., Lee, A.Y., and **Myerson, A.S.,** (2007). Polymorph Selection: The Role of Nucleation, Crystal Growth and Molecular Modeling. *Current Opinion in Drug Discovery and Development,* **10,** 746-755.

147. Lee, I.S., Kim, K.T., Lee, A.Y. and **Myerson, A.S**., (2008). Concomitant Crystallization of Glycine on Patterned Substrates: The Effect of pH on the Polymorphic Outcome. *Crystal Growth and Design,* **8,** 108-113.

148. Sun, X., Garetz, B.A., and **Myerson, A.S.,** (2008). Polarization Switching of Crystal Structure in the Non-Photochemical Laser Induced Nucleation of Supersaturated Aqueous L-Histidine. *Crystal Growth and Design* **8**, 1720-1722.

149. Lee, I.S., Evans, J.M.B., Erdemir, D., Lee, A.Y., Garetz, B.A and **Myerson, A.S.,** (2008). Non-Photochemical Laser Induced Nucleation of Hen White Lysozyme Crystals. *Crystal Growth and Design* **8**, 4455-4461.

150. Konkel, J.T., and **Myerson, A.S.** (2008). Empirical Molecular Modeling of a Suspension Stabilization Using Polysorbate 80. *Molecular Simulation* **34**, 1353-1357.

151. Singh, A., Lee, I.S., and **Myerson, A.S.** (2009). Concomitant Crystallization of ROY on Patterned Substrates: Using a High Throughput Method to Improve the Chances of Crystallization of Different Polymorphs. *Crystal Growth and Design*

16

**9,** 1182-1185.

152. Erdemir, D, Lee, A.Y., and **Myerson, A.S.** (2009). Nucleation of Crystals From Solution: Classical and Two Step Models. *Accounts of Chemical Research* **42**, 621-629.

153. Aldabaibeh, N., Jones, M., **Myerson, A.S.,** Ulrich, J. (2009). The Solubility of Orthorhombic Lysozyme Crystals Grown at Low pH. *Crystal Growth and Design* **9**, 3313-3317.

154. Alvarez, A., Sing, A., and **Myerson, A.S. (**2009). Polymorph Screening: Comparing a Semi-Automated Approach with a High Throughput Method. *Crystal Growth and Design* **9**, 4181-4188.

155. Kim, K, Lee, I.S., Centrone, A., Hatton, T.A. and **Myerson, A.S.** (2009). Formation of Nanosized Organic Molecular Crystals on Engineered Surfaces. *Journal of the American Chemical Society* **131**, 18212-18213.

156. Alvarez, A., and **Myerson, A.S.** (2010). Plug Flow Crystallization of Pharmaceutical Compounds. *Growth and Design* **10**, 2219-2228.

157. Singh, A., and **Myerson, A.S.** (2010). Chiral Self Assembled Monolayers as Resolving Auxiliaries in the Crystallization of Valine. *Journal of Pharmaceutical Science* **99**, 3931-3940.

158. Singh, A, Lee, I.S., Kim, K. and **Myerson, A.S.** (2011). Crystal Growth on Self Assembled Monolayers. *Cryst. Eng. Comm.* **13**, 24-32.

159. Kim, K, Centrone, A., Hatton, T.A., and **Myerson, A.S.** (2011). Control of Nano-sized Concomitant Crystallization of Glycine on Engineered Surfaces. *Cryst. Eng. Comm*. **13**, 1127-1131.

160. Sarma, B., Chen, J, Hsi, H., and **Myerson, A.S.** (2011). Solid Forms Pharmaceuticals: Polymorphs, Salts and CoCrystals. *Korean Journal of Chemical Engineering* **28,** 315-322.

161. Chen, J., Sarma, B., Evans, J.M.B., and **Myerson, A.S.** (2011). Pharmaceutical Crystallization. *Crystal Growth and Design* **11**, 887-895.

162. Diao, Y., **Myerson, A.S**., Hatton, T.A., and Trout, B. L. (2011). Surface Design for Controlled Crystallization: The Role of Surface Chemistry and Nanoscale Pores in Heterogeneous Nucleation. *Langmuir* **27**, 5324-5334.

163. Diao, Y., Hegelson, M.E., **Myerson, A. S**., Hatton, T. A., Doyle, P. S., and Trout, B.L. (2011). Controlled Nucleation from Solution Using

Polymer Microgels. *Journal of the American Chemical Society* **133,** 3756-3759.

164. Lee, A.Y., Erdemir, D, **Myerson, A.S.** (2011). Crystal Polymorphism in Chemical Process Development. *The Annual Review of Chemical and Biomolecular Engineering* **2,** 259-280.

165. Diao, Y., Harada, T., **Myerson, A.S.**, Hatton, T.A., and Trout. B.L. (2011). The Role of Pore Shape on Surface-Induced Crystallization. *Nature Materials* **10**, 867-871.

166. Antwi, M., **Myerson, A.S.**, and Zurawsky, W. (2011). Diffusion of Lysozyme in Buffered Salt Solutions. *Industrial and Engineering Chemistry Research* **50**, 10313-10319.

167. Alvarez, A, Singh, A., and **Myerson, A.S.** (2011). Crystallization of Cyclosporine in a Continuous Multistage MSMPR Crystallizer. *Crystal Growth and Design* **11**, 4392-4400.

168. Chadwick, K, **Myerson, A.S.,** and Trout, B.L. (2011). Polymorph Control by Heterogeneous Nucleation- A New Method of Selecting Crystalline Substrates. *Cryst. Eng. Comm.* **13**, 6625-6627.

169. Lee, S., Choi, A., Kim, W.S., and **Myerson, A.S.,** (2011). Phase Transformation of Sulfamerazine using a Taylor Vortex. *Crystal Growth and Design* **11**, 5019-5029.

170. Wang, M., Rutledge, G.C**., Myerson, A.S.**, and Trout, B.L. (2012). Production and Characterization of Carbamezapine Nanocrystals by Electrospraying. *J. Pharm. Sci.* **101**, 1178-1188.

171. Chadwick, K, Chen, J, **Myerson, A.S.**, and Trout, B.L. (2012). Rational Design of Crystalline Surfaces for Heteroepitaxy: The Role of Molecular Functionality. *Crystal Growth and Design* **12,** 1159-1166.

172. Diao, Y., Hegelson, M.E., Siam, Z.A., Doyle, P.S., **Myerson, A.S.**, ,Hatton, T. A., and Trout, B.L. (2012). Nucleation under Soft Confinement: Role of Polymer-Solute Interactions. *Crystal Growth and Design* **12**, 508-517.

173. Diao, Y., Whaley, K.E., Helgeson, M.E., Woldeyes, M.A., Doyle, P.S., **Myerson, A.S.**, Hatton, T.A., and Trout, B.L. (2012). Gel Induced Selective Crystallization of Polymorphs. *JACS* ***134,*** 673-684.

174. Brettman, B., Bell, E., **Myerson, A.S.**, and Trout, B.L. (2012). Solid

state NMR characterization of high-loading solid solutions of API and excipients formed by electrospinning. *J. Pharm. Sci*. **101**, 1538-1545.

175. Zhang, H., Quon, J., Alvarez, A., ; Evans, J.M., **Myerson, A.S**., and Trout, B.L. (2012**).** Development of Continuous Anti-solvent-cooling Crystallization Process Using Cascaded MSMPR Crystallizer. *Organic Research Process and Development* **16**, 915-924.

176. Hsi, H.Y., Chadwick, K., Fried, A, Kenny, M., and **Myerson, A.S.** (2012). Separation of Impurities from Solution by Selective Co-Crystal Formation. *Cryst. Eng. Comm.* **14**, 2386-2388.

177. Brettmann, B.K., Tsang, S., Forward, K.M., Rutledge, G.C., **Myerson, A.S.**, and Trout, B.L. (2012). Free Surface Electrospinning of Nanoparticles. *Langmuir* **28**, 9714-9721.

178. Brettmann, B.K., **Myerson, A.S**., and Trout, B.L. (2012). Solid State NMR study of the physical stability of electrospun drug and polymer solid solutions. *J. Pharm. Sci.* **101**, 2185-2193.

179. Quon, J.L., Zhang,H., Alvarez, A., Evans, J.M., **Myerson, A.S.**, Trout, B.L., (2012). Continuous Crystallization of Aliskiren Hemifumarate. *Crystal Growth and Design* **12**, 3036-3044.

180. Zaworotko, M.J., Aitipamula, S., Banerjee, R., Bansal, A.K., Biradha, K., Cheney, M. Roychoudhury, A., Desiraju, D., Dikundwar, A., Dubey, R., Duggirala, N., Ghogale, P., Ghosh, S., Goswami, P.K. Goud, R., Jetti, R., Karpinski, P., Kaushik, P., Shukla, D.S., Kumar, V., Moulton, B., Mukherjee, A., Mukherjee, G., **Myerson, A,S,** Rajamannar, T., Ramanan, A., Reddy, C.M., Rodríguez-Hornedo, N., Rogers, R.D., Narasingarao, T., Row, T., Sanphui, P., Shan, N., Shete, G., Singh, A., Sun, C.C., Swift, J.A., Thaimattam, R., Singh, Thakur, T.S., Thaper, R.K., Thomas, S.P., Tothadi, S., Vangala, V.R., Variankaval, N., Peddy, V., Weyna, D. (2012). Polymorphs Salts and Cocrystals: What's in a Name? *Crystal Growth and Design* **12,** 2147-2152.

181. Brettmann, B.K., Cheng, K., **Myerson, A.S.**, Trout, B.L., (2013). Design and characterization of electrospun formulations containing crystalline active pharmaceutical ingredients. *Pharmaceutical Research* **1,** 238-246*.*

182. Chen, J., and **Myerson, A.S.** (2012). Pasteur Revisited: Chiral Separation by Crystallization on Self-Assembled Monolayers. *Cryst Eng Communications* **14**, 8326-8329.*.*

183. Yang, X., Sarma, B., and **Myerson, A.S**., (2012).  Polymorph Control of Micro/Nano Sized Mefenamic Acid Crytals on Patterned Self Assembled Monolayers. *Crystal Growth and Design* **12,** 5521-5528.

185. Wong, S.Y., Tatusko, A., Trout, B.L., and **Myerson, A.S.**  (2012).  Development of Continuous Crystallization Processes Using a Single Stage MSMPR Crystallizer with Recycle.  *Crystal Growth and Design* **12**, 5701-5707.

186. Zhou, L., Su, M., Benyahia, B., Singh, A.,  Barton, P.I., Trout, B.L., **Myerson, A.S**.,and Braatz, R.L. (2013).Modeling Mass and Heat Transfer for Layer Crystallization in a Concentric Annulus with Recirculation.  *AICHE J*  **59,** 1308-1321.

187. Quon, J.L., Chadwick, K., Wood, G.P.F., Sheu, I., Brettmann, B.K ., **Myerson, A.S**., Trout, B.L. (2013).  Templated Nucleation of Acetaminophen on Spherical Excipient Agglomerates. *Langmuir* **29**, 3292-3300,

188. Hsi, K.,  Kenny, M., Simi, A., **Myerson, A.S**., (2013).  Purification of Structurally Similar Compounds by the Formation of Impurity Co – former Complexes in Solution. *Crystal Growth and Design* **13**, 1577-1582.

189. Wong, S.Y., Chen, J., Forte, L and **Myerson, A.S**., (2013).  Compact Crystallization, Filtration and Drying for the Production of Active Pharmaceutical Ingredients. *Organic Process Research and Development* **17**, 684-692.

190. Wong, S.Y., Cui, Y., and **Myerson, A.S**., (2013).  Contact Secondary Nucleation as a Means of Creating Seeds for Continuous Tubular Crystallizers. *Crystal Growth and Design* **13,** 2514-2521..

191. López-Mejías, V., **Myerson, A.S**., Trout, B.L., (2013).  Geometric Design of Heterogeneous Nucleation Sites on Biocompatible Surfaces. *Crystal Growth and Design* **13**. 3835-3841.

192. Hsi, K., Concepcion , A.J., Kenny, M., Magzoub, A.A, **Myerson, A.S.**, (2013).   Purification of Amoxicillin Trihydrate by Impurity-Coformer Complexation in Solution. *CrystEng Comm.*  **15**, 6776-6781.

193. Wang, H., Gurau, G.,  Kelley, S.P., **Myerson, A.S**.,  Rogers, R.D., (2013).  Hydrophobic vs. Hydrophilic Ionic Liquid Separations Strategies in Support of Continuous Pharmaceutical Manufacturing.

20

*RSC Advances* **3**, 10019-10026.

194.   Atkinson,, M.B.J.,  Bwambok, B.K., Chen, J., Chopode, P.D., Thuo, M.M., Mace, C.R., Mirica, K.A., Kumar, A.A., **Myerson, A.S**., Whitesides, G.M., (2013).  Using Magnetic Levitation to Separate Crystals of Polymorphs.  *Angewantte Chemie International Edition* **52**, 10208-10211.

195.   Mascia, S., Heider, P.L., Zhang, H., Lakerveld, R., Benyahia, B., Barton, P.I., Braatz, R.D., Cooney, C.L., Evans, J.M.B., Jamison, T.F. Jensen, K.F.,   **Myerson, A.S**., and Trout, B.L., (2013).  End-to-End Continuous Manufacturing of Pharmaceuticals: Integrated Synthesis, Purification, and Final Dosage Formation.  *Angewantte Chemie International Edition* **52**, 12359-12363.

196.   Shi, X., Wong, S.Y., Yang, X., and **Myerson, A.S.**, (2013).  Concomitant Cocrystallization on Engineered Surfaces.  *CrystEngComm* **15**, 7450-7455.

197.   **Myerson, A.S**., and Trout, B.L., (2013).  Nucleation from Solution. *Science* **341**, 855-856.

198.   Ferguson S., Ortner, F., Quon, J., Peeva, L., Livingston, A., **Myerson**, **A.S.**, (2014).  Use of Continuous MSMPR Crystallization with Integrated Nanofiltration Membrane Recycle For Enhanced Yield and Purity in API Crystallization.  *Crystal Growth and Design* **14**, 617-627.

199.   Curcio, E.,  López-Mejías, V.,  Di Profio, G., Fontananova, E.,  Drioli, E.,  Trout, B., L.,  **Myerson, A.S**., (2014).  Regulating Nucleation Kinetics Through Molecular Interactions at the Polymer-Solute Interface, *Crystal  Growth and Design* **14**, 678-686.

200.   Zhang, H.,  Lakerveld, R.,  Heider, P. L., Tao, M., Su, M., Testa, C.J., D'Antonio, A.N., Barton, P.I., R.D., Braatz, Trout, B.L., **Myerson, A.S**., Jensen, K.V., Evans, J.M.B. (2014).  Application of Continuous Crystallization in an Integrated Continuous Pharmaceutical Pilot Plant.  *Crystal  Growth and Design* **14**, 2148-2157.

201.   Eral, H.,  López-Mejías, V.,  Trout, B.L.,  **Myerson, A.S.**, Doyle, P. (2014).  Towards Control of Nucleation and Encapsulation with Alginate Hydrogels: A Biocompatible Vehicle for Hydrophilic and Hydrophobic Drugs. *Crystal Growth and Design* **14**, 2073-2082..

202.   Yang, X., Wong, S.Y., ,Bwambok, D.,  Atkinson, M.,  Whitesides, G.M**., Myerson, A.S**., (2014).  Separation of Enantiomers from Racemic Compounds Using Magnetic Levitation.  *Chem Comm*. **50**, 7548-7551**.**

203. Wang, H., Pereira J**, Myerson, A.S.,** Rogers, R.D., (2014). Double Salt Ionic Liquids Prepared by Mixing Partially Miscible Ionic Liquids: Tuning the Solubility of Lipophilic Molecules New IL/MS and Mixtures. *ECS Trans.* **64**, 33-44

204. Weber C.C., Wood, G.P.F. Kunov-Kruse, A.J., Nmagu D. E., Trout, B. L., **Myerson, A.S**., (2014). Quantitative Solution Measurement for the Selection of Complexing Agents to Enable Purification by Impurity Complexation. *Crystal Growth and Design* **14**, 3649-3657.

205. Lai, T.C., Ferguson , S., Palmer, L., Trout, B.L., **Myerson, A.S.,** (2014). Continuous Crystallization and Polymorph Dynamics in the L-Glutamic Acid System. *Organic Research Process Development* **18**, 1382-13

206. Eral, B.H., O'Mahony , M., Shaw, R., Trout, B.L., **Myerson, A.S**, Doyle, P.S., (2014). Biocompatible Composite Hydrogels Laden with Crystalline Active Pharmaceutical Ingredients of Controlled Size and Loading . *Chemistry of Materials* **26,** 6213-6220.

207. Kulkarni, S.A., Weber, C.C., **Myerson, A.S**., ter Horst, J.H., (2014). Self-Association During Heterogeneous Nucleation onto Well-Defined Templates. *Langmuir* **30,** 1238-12375

208. Cui., Y and **Myerson, A.S.,** (2014). An Experimental Evaluation of Contact Secondary Nucleation Mechanisms. *Crystal Growth and Design 14*, 5152–5157,

209. Cui, Y. and **Myerson, A. S**., (2014). Statistical Design of Experiment on Contact Secondary Nucleation as a Means of Creating Seed Crystals for Continuous Tubular Crystallizers. *Organic Research Process Development* **19,** 1101-1108.

210. Yang, X., and **Myerson, A. S**., (2015). Nanocrystal Formation and Polymorphism of Glycine. *Crystal Engineering Communications* **17,** 723-728.

211. Yang, X., Ong, T.C. Michaelis, V.K., Heng, S., Griffin, R.G., **Myerson, A.S.,** (2014). Formation of Organic Nanocrystals Under Rigid Confinement With Analysis by Solid State NMR Analysis. *Crystal Engineering Communications* **16**, 9345-9352.

212. O'Mahony, M., Leung, A.K., Ferguson, S., Trout, B.L., **Myerson,A.S**., (2015). A Process for the Formation of Nanocrystals of Active Pharmaceutical Ingredients with Poor Aqueous Solubility in a Nanoporous Substrate. *Organic Research Process Development*

**19,** 1109-1118.

213.   **Myerson, A.S.**,  Krumme, M., Nasr, M., Thomas, H., Braatz, R.D., (2015).  Control Systems Engineering in Continuous Pharmaceutical Manufacturing. May 20–21, 2014 Continuous Symposium. *Journal of Pharmaceutical Sciences* **104**, 832-839.

214.   Byrn, S., Futran, M., Hayden, T., Jayjock, E., Maron, N., Meyer, R.F., **Myerson, A.S.**, Thien, M.P., Trout, B.L., (2015).  Achieving Continuous Manufacturing for Final Dosage Formation: Challenges and How to Meet Them. May 20–21, 2014 Continuous Symposium. *Journal of Pharmaceutical Sciences* **104**, 792-802.

215.   Weber, C.C.,  Kunov-Kruse, A.J., Rogers, R.D., **Myerson, A.S.** (2015). Manipulation of Ionic Liquid Anion–Solute–Antisolvent Interactions for the Purification of Acetaminophen. *Chemical Communications* **51,** 4294-4297.

216.   Wang, H., Kelley, S.P.,  Brantley, J.W., Chatel, G., Shamshima, J., Pereira, J.F.B., Debbeti, V.,  **Myerson, A.S.**, Rogers, R.D. (2015). Ionic Fluids Containing Both Strongly and Weakly Interacting Ions Of the Same Charge Have Unique Ionic and Chemical Environments As a Function of Ion Concentration. *ChemPhysChem* **16,** 993-1002.

217.   Tan, L., Davis, R., **Myerson, A.S.**, Trout, B.L. (2015).  Control of Heterogeneous Nucleation via Rationally Designed Biocompatible Polymer Surfaces with Nanoscale Features. *Crystal Growth and Design* **15,** 2176-2186.  .

218.   Lai, C., Cornevin, J., Ferguson, S., Li, N., Trout, B.L., **Myerson, A.S.** (2015).  Control of Polymorphism in Continuous Crystallization via MSMPR Cascade Design. *Crystal Growth and Design* **15,** 3374-3382.

219.   **Myerson, A. S.** (2015).  Concluding Remarks:  Nucleation. *Faraday Discussions* **179**, 543-547.

220.   Peng, Y., Zhou, Z., Braatz, R**., Myerson, A.S.** (2015).  Gypsum Crystallization During Phosphoric Acid Production: Modeling And Experiments Using the MSE Thermodynamic Model. *I&EC Research* **54**, 7914-7924

221.   Wang, X., Ong, T., Michaelis, V.K., Heng, S., Griffin, R.G., **Myerson, A.S.** (2015).  Formation of Organic Molecular Nanocrystals under Soft

Confinement. *CrystEng Comm.* **17**, 6044-6052.

222.  Dwyer, L.M., Michaelis, V.K., Griffin, R.G., **Myerson, A.S**. (2015). Confined Crystallization of Fenofibrate in Nanoporous Silica. *CrystEng Comm.* **17,**7922-7929.

223.  Weber, C., Kulkarni, S., Kunov-Kruse, A., Rogers, R.D., **Myerson, A.S**. (2015). The Use of Cooling Crystallization in an Ionic Liquid System for the Purification of Pharmaceuticals. *Crystal Growth and Design* **15**, 4946-4951.

224.  Tahara, K, O'Mahoney, M., **Myerson, A.S**. (2015). Continuous Spherical Crystallization of Albuterol Sulfate with Solvent Recycle System. *Crystal Growth and Design* **15,** 5149-5156.

225.  Shimizu, S., Agrawal,K.V., O'Mahony, M., Drahushuk, W.L., Manohar, N., **Myerson, A.S**., Strano, M.S. (2015). Understanding and Analyzing Freezing Point Transitions of Confined Fluids Within Nanopores. Langmuir **31,** 10113-10118.

226.  Chopade, P.D., Sarma, B., Santiso, E.E., Simpson, J., Fry, J.C., Yurttas, N., Biermann, K.L., Chen, J., Trout, B.L., **Myerson, A.S**. (2015). On the Connection Between Nonmonotonic Taste Behavior And Molecular Conformation in Solution: The Case of Rebaudioside-A. *J. Chem. Phys.* **143**, 244301.

227.  Li, J., Trout, B.L., **Myerson, A.S**. (2015). Multistage Continuous Mixed-Suspension, Mixed-Product Removal (MSMPR) Crystallization with Solids Recycle. *Org. Process Res. Dev.*, **20,** 510-516.

228.  Yazdanpanah, N., Ferguson, S.T., **Myerson, A.S.**, Trout, B.L.(2015). Novel Technique for Filtration Avoidance in Continuous Crystallization. *Crystal Growth and Design,* **16**, 285-296

229.  Adamao, A., Beingessner, R.L., Behnam, M., Chen, J., Jamison, T.F., Jensen, K.F., Montbaliu, J.M., **Myerson, A.S**., Revalor, E., Snead, D.R., Stelzer, T., Weeranoppanant, N., Wong, S.Y., Zhang, P. (2016) On Demand Continuous Flow Production of Pharmaceuticals In A Compact Reconfigurable System. *Science* **352**, 61-67.

230.  Shim, H., **Myerson, A.S**., and Koo, K. (2016). Molecular Modeling on the Role of Local Concentration in the Crystallization of L-Met

from Aqueous Solution. *Crystal Growth and Design,* **16**, 3454-3464.

.

231. Yazdanpanah, N., **Myerson, A.S.**, Trout, B.L. (2016). Mathematical Modeling of Layer Crystallization on a Cold Column with Recirculation. *Ind. Eng. Chem. Res.* **55**, 5019–5029.

232. Cui, Y., O'Mahony, M., Jaramillo, J., Stelzer, T., **Myerson, A.S.** (2016). Custom Built Miniature Continuous Crystallization System With Pressure Driven Suspension Transfer. *OPR&D* **20,** 1276-1282

233. Badruddoza, A., Godfin, P.D., **Myerson, A.S.,** Trout, B.L., Doyle, P.S. (2016). Core–Shell Composite Hydrogels for Controlled Nanocrystal Formation and Release of Hydrophobic Active Pharmaceutical Ingredients. *Advanced Healthcare Materials* **5,** 1960-1968.

234. Monbaliu, J.C., Stelzer, T., Revalor, E., Weeranoppanant, N., Jensen, K.F., **Myerson, A.S.** (2016). Compact and Integrated Approach for Advanced End-to-End Production, Purification, and Aqueous Formulation of Lidocaine Hydrochloride. *OPR&D* **20,** 1347-1353

235. Stelzer, T., Wong, S.Y., Chen, J., **Myerson, A.S.** (2016). Evaluation of PAT Methods for Potential Application in Small-Scale, Multi-purpose Pharmaceutical Manufacturing Platforms. *OPR&D* **20**, 1431-1438.

236. Matheys, C.,Tumanova, N.,Leyssens,T., **Myerson,A.S**. (2016). Magnetic Levitation as a Tool for Separation: Separating Cocrystals from Crystalline Phases of Individual compounds. *Crystal Growth and Design* **16**, 5549-5553.

237. Pons-Siepermann C.A., Huang, S., **Myerson, A.S.** (2016). Purification of Nitrophenols Using Complex-Assisted Crystallization. *CrysEngComm* **18,** 7487-7493.

238. Cui, Y., Stojakovic, J., Kijima, H., **Myerson, A.S.** (2016). Mechanism Of Contact-Induced Heterogeneous Nucleation. *Cryst.Growth Des.* **16**, 6131-6138.

239. Wang, H., Berton, P., **Myerson, A.S**., Rogers, R.D. (2016). Double Salt Ionic Liquids Containing the Trihexyl(tetradecyl)phosphonium Cation: The Ability to Tune the Solubility of Aromatics, Ethers, and Lipophilic Compounds. *ECS Transactions* **75,** 451-465.

240. Li, J. Lai, T., Trout, B.L., **Myerson, A.S.**, (2017). : Continuous Crystallization of Cyclosporine: the Effect of Operating Conditions on Yield and Purity. *Crystal Growth and Design* **17,** 1000-1007.

241. Stojakovic, J.,  Baftizadeh, F.,  **Myerson, A.S.**,  Trout, B.L.  (2017). Angle-directed Nucleation of Paracetamol on Biocompatible Nano-Imprinted Polymers *Crystal Growth and  Design* **17**, 2955-2963.

242. Kulkarni, S.A., **Myerson, A.S.**  (2017). Reversible Control of Solubility Using Functionalized Nanoparticles.  *ChemComm* **53**, 1429-1432.

243. Vartak, S., **Myerson, A.S.**, (2017).  Continuous Crystallization with Impurity Complexation and Nanofiltration Recycle.  OPR&D **21,** 253-261.

244. Kunov-Kruse, A.J., Weber, C.C., Rogers, R.D., **Myerson, A.S**.  (2017). The a priori Design and Selection of Ionic Liquids as Solvents For Active Pharmaceutical Ingredients. *Chemistry-A European Journal* **23,** 5498-5508.

245. Siepermann, C.A., Huang, S.,**Myerson, A.S**.  (2017). Nucleation Inhibition Of Benzoic Acid Through Complex Formation. *Crystal Growth and Design*  **17,** 2646-2653.

246. Capellades, G., Kiil, S., Dam-Johansen,  K., Mealy, M.J.,Christensen,T.V., **Myerson, A.S**.  (2017).  Effect of Air Injection on Nucleation Rates: An Approach from Induction Time Statistics. *Crystal Growth and Design* **17**, 3287-3294.

247. Dwyer, L., Kulkarni, S., Ruelas, L., **Myerson, A.S.**  (2017).  Two-Stage Crystallizer Design for High Loading of Poorly Water Soluble Pharmaceuticals in Porous Silica Matrices.  *Crystals* **7***, 131-139.*

248. Yazdanpanah, N.,  Testa, C., Perala, S.,  Jensen, K., Braatz, R., **Myerson, A.S.,** Trout, B.L.  (2017).  Continuous Heterogeneous Crystallization on Excipient Surfaces. *Crystal Growth and Design*  **17***, 3321-3330.*

249. Wijethunga, T.,  Baftizadeh, F., Stojakovic, J.,  **Myerson, A.S.**,  Trout, B.L.  (2017).  Experimental and Mechanistic Study of the Heterogeneous Nucleation and Epitaxy of Acetaminophen with Biocompatible Crystalline Substrates.  *Crystal Growth and Design*  **17,** 3783-3795.

250. Puri, V., Brancazio, D., Desai, P.M., Jensen, K.D., Chun, J.H., **Myerson, A.S.,** Trout, B.L. (2017).  Development of Maltodextrin Based Immediate Release Tablets using an Integrated Twin-Screw Hot Melt Extrusion and Injection Molding Continuous Manufacturing Process. *J. Pharm. Sci.* **106,** 3328-3336.

251.   Lakerveld, R., Heider, P.L., Jensen, K.D., Braatz, R.D., Jensen, K.F., **Myerson, A.S.**, Trout, B.L. (2017). End to End Continuous Manufacturing: *Integration of Unit Operations . Continuous Manufacturing Pharmaceuticals,* edited by Peter Kleinebudde, Johannes Khinast, Jukka Rantanen (Wiley).

252.   Vartak, S., **Myerson, A.S.** (2017). Complexation-assisted Continuous Crystallization of Isomeric System with Nanofiltration Recycle. *Crystal Growth and Design 17,* 5506-5516

253.   Desai, P.M., Hogan, R.C., Brancazio, D., Puri, V., Jensen, K.D., Chun, J.H., **Myerson, A.S.**, Trout, B.L. (2017). Integrated hot-melt extrusion – injection molding continuous tablet manufacturing platform: Effects of critical process parameters and formulation attributes on product robustness and dimensional stability. *Int. J. Pharmaceutics* **531,** 332-342**.**

254.   Berton, P., Kelley, S.P., Wang, H., **Myerson, A.S.**, Rogers, R.D. (2017). Separate Mechanisms of Ion Oligomerization Tune the Physicochemical Properties of n-Butylammonium Acetate: Cation-Base Clusters vs. Anion-Acid Dimers. *Physical Chemistry Chemical Physics.* **19,** 25544-25554.

255.   Kulkarni, S.A., **Myerson, A.S.** (2017). Methods for Nano-Crystal Preparation.. in K.J. Roberts et al. (eds.), Engineering Crystallography: From Molecule to Crystal to Functional Form, NATO Science for Peace and Security Series A: Chemistry and Biology, DOI 10.1007/978-94-024-1117-1_16

256.   Puri, V., Brancazio, D., Harinath, E., Martinez, A.R., Desai, P.M., Jensen, K.D., Chun, J.H., Braatz, R.D., **Myerson, A.S.**, Trout, B.L. (2018). Demonstration of Pharmaceutical Tablet Coating Process by Injection Molding Technology *International Journal of Pharmaceutics* **535**,106-112.

257.   Zeng, Q., Mikherjee, A., Muller, P., Rogers, R.D., **Myerson, A.S.** (2018). Exploring the Role of Ionic Liquids to Tune the Polymorphic Outcome of Organic Compounds. *Chemical Sciences* **9,** 1510-1520.

258.   Azad, M.A., J.G, Osorio, Brancazio, D., Hammersmith, G., Klee,D.M., Rapp, K., **Myerson, A.S**. (2018). A compact, portable, re-configurable, and automated system for on-demand pharmaceutical tablet manufacturing. *International Journal of Pharmaceutics* **539,** 157-164.

259.   Zhang, P., Weeranoppanant, N., Thomas, D.A., Tahara, K., Stelzer, T.,

Russel, M.G., O'Mahony, M., **Myerson, A.S.**, Lin, H., Kelly, L.P., Jensen, K.F., Jamison, T.F., Dai, C., Cui, Y., Briggs, N., Beingessner, R., Adamo, A. (2018). Advanced Continuous Flow Platform for ON-Demand Pharmaceutical Manufacturing. *Chemistry: A European Journal* **24,** 2776-2784,

260. Schall, J.M., Mandur, J.S., Braatz, R.D., **Myerson, A.S**. (2018). Nucleation and Growth Kinetics for Combined Cooling and Antisolvent Crystallization in an MSMPR System – Estimating Solvent Dependency. *Crystal Growth and Design* **18,** 1560-1570.

261. Choudhary, H., Berton, P., Gurau, G., **Myerson, A.S.**, Rogers, R.D. (2018). Ionic Liquids in Cross-Coupling Reactions: ''Liquid''Solutions to a ''Solid'' Precipitation Problem. *Chemical Communications* **24,** 2056-2059.

262. Badruddoza, A.Z., Gupta, A., **Myerson, A.S.**, Trout, B.L., Doyle, P.S. (2018) Low Energy Nanoemulsions as Templates for the Formulation of Hydrophobic Drugs. *Advanced Therapeutics  DOI: 10.1002/adtp.201700020*

263.. Bolla, G., **Myerson, A.S**. (2018). SURMOF induced polymorphism and crystal morphological engineering of the acetaminophen polymorphs: Advantage of heterogeneous nucleation. *CrystEngComm ,* **20**, 2084-2088.

264. Tow, E.W., Warsinger, D.M., Trueworthy, A.M., Swaminathan, J., Thiel, G.P., **Myerson, A.S.**, Lienhard, J.H. (2018). Comparison of Fouling Propensity Between Reverse Osmosis, Forward Osmosis and Membrane Distillation. *J. Membrane Science,* **556**, 352-364.

264. Zhu, Z., Peng, Y., Samrane, K., **Myerson, A.S.,** Braatz, R. (2018). A Multidimensional Population Balance Model of the Continuous Crystallization of Gypsum with Growth Rate Dispersion. *Crystal Growth and Design (in review)*

266. Siepermann, C.**, Myerson, A.S.** (2018). Inhibition of Nucleation Using , A Dilute Weakly Hydrogen-Bonding Molecular Additive. *Crystal Growth and Design.* **18**, 3584-3595

*267.* Mukherjee, A., **Myerson, A.S.** (2018). Co-Crystal Formation by Ionic Liquid Assisted Grinding. *CrystEngComm* **20***,* 3817-3821.

268. Tahara, K., Kono, Y., **Myerson, A.S**., Takeuchi, H. (2018). Development of Continuous Spherical Crystallization of Fenofibrate with Impurity Complexation using MSMPR Crystallizer. *Crystal Growth and Design* **18** , 6448-6454.

269.  Bolla. G., **Myerson, A.S.** (2018).  SURFMOF Induced Morphological Crystal Engineering of Substituted Benzamides.  *Crystal Growth and Design* **18** , 7048-7058.

270.  Nicoud, L., Licordari, F., **Myerson, A.S.** (2018).  Estimation of the Solubility of Metastable Polymorphs.  A Critical Review .  *Crystal Growth and Design* **18** , 7228-7237.

271.  Vartkak, S., Dwyer, L., **Myerson, A.S.** (2018).  Surface Functionalization in Combination with Confinement for Crystallization from Undersaturated Solutions. *CrystEngComm*, 2018,  **20** , 6136-6139

272.  Tahara, K., Kono, Y., **Myerson, A.S.**, Takeuchi, H. (2018).  Development of Continuous Spherical Crystallization to Prepare Fenofibrate Agglomerates With Impurity Complexation Using MSMPR Crystallizer. *Crystal Growth & Design* **18 ,** 6448-6454.

273.  Nicoud, L., Licordari, F., **Myerson, A.S.** (2019).  Polymorph control in batch seeded crystallizers.  A case study with paracetamol.  *CrystEngComm* **21**, 2105-2118.

274.  O_Mahony, M., Ferguson, S., Stelzer, T., **Myerson, A**., Science of Synthesis: Flow Chemistry in Organic Synthesis, (2018), 51.  Georg Thieme Verlag KG Stuttgart · New York.

275.  Wijethunga, T.,  Chen, X., **Myerson A.S.**, Trout, B.L.  (2019).  The Use of Biocompatible Crystalline Substrates for the Heterogeneous Nucleation and Polymorphic Selection of Indomethacin. *CrystEngComm* **21**, 2193-2202.

276.  Nicoud, L., Licordari, F., **Myerson, A.S.**  (2019).  Polymorph control in MSMPR Crystallizers.  A Case Study with Paracetamol. *Organic Research Process Development* **23**, 794-806.

277.  Berton, P., Mishra, M.K., Choudhary, H. **Myerson, A.S.**, Rogers, R.D.  (2019).  Solubility Studies of Cyclosporine Using Ionic Liquids. *ACS Omega* **4,** 7938-7943.

278.  Capellades, G., Wiemeyer, H**., Myerson, A.S.** (2019).  MSMPR Studies of Ciprofloxacin From Pure API and From Crude API:  The Role of Impurities On Solubility and Kinetics. *Crystal Growth & Design* **19**,  4008-4018.

279.  Schall, J., Capellades, G., Mandur, J., Braatz, R.D., **Myerson, A.S.** (2019).  Incorporating  Solvent Dependent Kinetics to Design a Multi-Stage Continuous Combined Cooling/Antisolvent Crystallization Process. *Organic Research Process Development*  **23,** 1960-1969.

280.  Schall, J., Capellades, G. **Myerson, A.S**. (2019).  Methods for Estimating Supersaturation in Antisolvent Crystallization Systems.  *CrystEngComm* **21**, 5811-5817.

281.  Azad, M.A., Osorio, J.G., Wang, A., Klee, D. M., Eccles, M.E., Grela, E., Sloan, R., Hammersmith, G.,  Rapp, K., Brancazio, D.,  **Myerson, A.S.** (2019).  On-demand Manufacturing of Direct Compressible Tablets: Can Formulation be Simplified? *Pharmaceutical Research*  **36**, 167-181

282.  Capellades, G., Neurohr, C., Azad, M., Brancazio, D., Rapp, K, Hammersmith, G.,  **Myerson, A.S.**  (2020).  A Compact Device For the Integrated Filtration, Drying and Mechanical Processing of Active Pharmaceutical Ingredients. *Journal of Pharmaceutical Sciences* **109,** 1365-1372

283.  Stelzer, T., Lakerveld, R., **Myerson, A.S**. (2020).  Process Intensification in Continuous Crystallization.  The Handbook of Continuous Crystallization , (Royal Society of Chemistry) 266-320.

284.  Rogers, L., Briggs, N., Achermann, R.,  Adamo, A., Azad, M., Brancazio, D., Capellades, G.,  Hammersmith, G., Hart, T., Imbrogno, J.,  Kelly, L. P., Liang, G., Neurohr, C.,  Rapp, K.,  Russell, M. G.,  Salz, C., ; Thomas, D. A., Weimann, L.,  Jamison, T., **Myerson, A.S.**,  Jensen, K.F. (2020).  Continuous Production of Five APIs in Flexible Plug-and-Play Modules - A Demonstration Campaign. *Organic Research Process Development*  **24** , 2183-2196

285.  Azad, M.A., Capellades, G., Wang, A., Klee, D.M., Hammersmith, G., Rapp, K., Brancazio, D., **Myerson, A.S.**  (2021). Impact of Critical Material Attributes (CMAs)-Particle Shape on Miniature Pharmaceutical Unit Operations.  *AAPS PharmSciTech* **22,** 1-11.

286.  Dela Cruz, I.J.C.,Perez, J.C., Alamani, B.G., Capellades, G.,**Myerson, A.S.** (2021) Influence of Volume on the Nucleation of Model Organic Molecular Crystals Through an Induction Time Approach. *Crystal Growth and Design*  **21** , 2932-2941

287.  Mozdzierz, N.J., Lee, Y.,Hong, M.S., Benisch, M., Rasche,M.L.,Tropp, E.U., Jiang, M., **Myerson, A.S.**, Braatz, R.D. (2021).   Mathematical Modelling and Experimental Validation of Continuous Slug Flow Crystallization with Ultrasonic Induced Nucleation and  Spatially Varying Temperature. *Chem. Eng Research and Design*  **169**, 275-287

288.  Capellades G., Neurohr C.,  Briggs N.,  Rapp K., Hammersmith, G., Brancazio, D.,  Derksen, B.,  **Myerson A.S.** (2021).  On-Demand Continuous Manufacturing of Ciprofloxacin in Portable Plug-and-Play Factories: Implementation and *In Situ* Control of Downstream Production. *Organic Research Process Development*

**25**, 1534-1546.

289.  Bagi, S.D., **Myerson, A.S**., Román-Leshkov Y. (2021). Solvothermal Crystallization Kinetics and Control of Crystal Size Distribution of MOF-808 In a Continuous Flow Reactor. *Crystal Growth and Design* **21**, 6529-6536.

290.  Mozdzierz, N.J., Hong, M.S., Lee, Y. Benisch,, M Jiang, M., **Myerson, A.S**., Braatz, R.D. (2021). Tunable Protein Crystal Size Distribution via Continuous Slug Flow Crystallization with Spatially Varying Temperature. *CrytEngComm* **23**, 6495-6505.

291.  Capellades,G., Bonsu, J.O., **Myerson, A.S.** (2022). Impurity Incorporation in Solution Crystallization: Diagnosis, Prevention and Control. *CrytEngComm* **24**, 1989-2001.

292.  Zhang, Q., Gamekkanda, J.C., Tang, W.,Papageorgiou,C., Mitchell C.,Yang, Y., Schwaerzler, M., Oyetunde T.,Braatz, R.D.,**Myerson, A.S**.,Barbastathis G. (2023). From Laser Speckle to Particle Size Distribution in drying powders: A Physics Enhanced AutoCorrelation-based Estimator (PEACE). *Nature Communications* **14***, 1159-1168*

293.  Eren, A., Civati,F., Ma, W., Gamekanda, J.C., **Myerson, A.S.**, (2022). Continuous Crystallization and Its Potential Use in Drug Substance Manufacture: A Review. *J.Crystal Growth* **601,** 126958

294.  Scott, D., Briggs, N.E.B., Formosa, A., Burnett, A., Desai, B., Hammersmith, G., Rapp, K., Capellades, G., **Myerson, A.S.**, Roper, T.D., (2023). Impurity Purging through Systematic Process Development of a Continuous Two-Stage Crystallization. *Organic Process Research and Development* **24**, 148-158.

295.  de Moraes, M.G.F., Barreto, A.G.,Secchi, A.R., de Souza, M.B., . Lage C., **Myerson, A. S**. (2023). Polymorphism of Praziquantel: Role of Cooling Crystallization in Access to Solid Forms and Discovery of New Polymorphs. *Crystal Growth and Design* **23**, 1247-1258.

296.  Srisuma, S., Pandit, A., Zhang, Q., Hong, M.S., Gamekkanda, F., Fachin, F., Moore, N., Djordjevic, D., Schwaerzler, M., Oyetunde, T., Tang, W., **Myerson, A.S.**, Barbastathis, B., Braatz R.D. (2023). Thermal Imaging Based State Estimation of a Stefan Problem with Application to Cell Thawing. *Computers & Chemical Engineering* https://doi.org/10.1016/j.compchemeng.2023.108179

297.  Barbastathis, G., Zhang, Q., Pandit, A., Tang, W., Papageorgiou, C., Braatz, R.D., **Myerson, A.S.**, Tan, B., Schmetterer, L. (2023). On the Use of Physics in Machine Learning for Manufacturing Process Inspection. Proc. SPIE 12622, Optical Methods for Inspection, Characterization, and Imaging of Biomaterials VI, 126220Y. https://doi.org/10.1117/12.2678259

298.  Aprile, G., Pandit, A.V.,Albertazzi, J., Eren, A., Capellades, G., Thorat, A.A., Gamekkanda, J.C., Vetter, T., Skovby, T., Sin, G., Wu, H., Dam-Johansen, K., **Myerson, A.S** (2023).  Loop-Configuration for Plug Flow Crystallization Process Development.  *Crystal Growth and Design* **11**, 8052–8064.

299.  Bolla, G.,  Nayak, *A.,*  Chatel, *G.,* Debbeti, *V.,* Hines, *C.C.,*  Kelley, *S.P.,*Vaida, P., **Myerson,** *A.S.,*  Rogers, R.D. (2024).  Novel Strategies for Terephthalic Acid Processing Under Soft Conditions Using Ionic Liquids.  *J. Ionic Liquids* **4,** 10079

300.  Eren,A., Ali, J.A., Ma, W., Ferndandes , M.G., Ranasinghe , D.R., **Myerson, A.S**.(2024). Influence of Volume on the Nucleation of Polymorphic Molecules Through an Induction Time Approach − Part II.  *Crystal Growth and Design* **24,** 2452-2451.

301.  Fellah, N., Dela Cruz, J.C., Alamani, J.C., Shtukenberg, A., Pandit, A., Ward, M.D., **Myerson, A.S.** (2024).  Crystallization and Polymorphism Under Nanoconfinement..  *Crystal Growth and Design* *https://doi.org/10.1021/acs.cgd3c01082*

302.  Madsen, J.O., Topalian, S.O.N., Jacobsen, M.F.,Skovby, T., K, Gernaey, K.V., **Myerson, A.S**.,  Woodley , J. (2024).  Raman spectroscopy and one-dimensional convolutional neural network modeling as a real-time monitoring tool for in vitro transaminase-catalyzed synthesis of a pharmaceutically relevant amine precursor.  *Biotechnology Progress*  **https://doi.org/10.1002/btpr.3444**

303.  Zimmermann, L.,  Lee, H.L., Koishybay, A.,  Vlaar, C.P.,  Monbaliu, J.C. Romañach, R., Alam, N., **Myerson, A.S.**, Stelzer  T. (2024).  Measurements and Correlation of Timolol Maleate Solubility in Biobased Neat and Binary Solvent Mixtures. *J. Chem. Eng. Data* 2024, **69**, 2369–2379

304.  Zhang, Q.,  Pandit, A.,  Liu,Z., Guo, Z., Muddu, S., Wei, Y.,  Pereg, D., Nazemifard, N.,  Papageorgiou, C., Yang, Y., Tang, W.,  Braatz, R.D., **Myerson, A.S**., Barbastathis, G. (2024).  Non-invasive estimation of the powder size distribution from a single speckle image.  *Light:  Science and Applications* https://doi.org/10.1038/s41377-024-01563-6

305.  Devos, D., Mukherjee, S., Inguva, P., Singh, S., Wei, Y., Mondal, S., Yu, H., Barbastathis, G.,  Stelzer, T., Braatz, R.D., **Myerson, A.S.** (2024).  Impinging Jet Mixers:  A Review of Their Mixing Characteristics , Performance Considerations, and Applications.  *AICHE Journal*   https://doi.org/10.1002/aic.18595

306.  Aprile, G., Pandit, A.V., Albertazzi, J.,Vetter, T., Viano, R., Milani, L., Adamo, A., **Myerson, A.S.,**  Stelzer T. (2024).  Residence Time Distribution Characterization and Proof-of-Concept of a Novel Stacked 7-Stage Continuous Crystallizer Cascade with Diaphragm-Driven Slurry Transfer.  *I &EC Research* **63**, 18,199-18,211.

307.  Inguva, P.K., Mukherjee, S., Walker, P.J., Kanso, M.A., Wang, J., Wu, Y., Tenberg, V., Santra, S., Singh, S., Kim, S.H., Trout, B.L., Bazant, B.Z., **Myerson, A.S**., Braatz, R.D. (2025).  Mechanistic Modeling of Lipid Nanoparticle Formation for the Delivery of Nucleic Acid Therapeutics.  *ACS Nano (in review)*

308.  Yadav, J.,  Uddin, S., Civati, F., Ma, W., Liebminger, L, Teschner, W., André, G.,Trout, B.L., Braatz,R.D., **Myerson , A.S**. (2025).  Developing ultra-high concentration formulations of human immune globulins for subcutaneous injectables*. J. Pharm Sci. <u>https://doi.org/10.1016/j.xphs.2025.01.028</u>*

309. Rogers, R.D., **Myerson, A.S**.(2025).  *Crystal Growth & Design* at 25: Still Building and Serving the Solid State Research Communities.  *Crystal Growth and Design* **25**, 874-877.

310. Chattaraj, K.G., Ferreira, J., **Myerson , A.S**.,  Trout, B.L. (2025).  Investigating Structural Biophysical Features for Antigen-Binding Fragment Crystallization via Machine Learning. *Molecular Systems Design & Engineering DOI: <u>10.1039/D4ME00187G</u>*

311. Hellwig, H.,Bovy,  L.,Van Hecke,  L.,Vlaar, C.,Romañach,  R.,E-Alam, N., **Myerson, A.S.,**Stelzer, T.,Monbaliu, J.C. (2025).  Continuous Flow Synthesis of Nitrofuran Pharmaceuticals using Acetyl Nitrate.  *Angewandte Chemie International Edition*  https://doi.org/10.1002/anie.202501660

312. Shin, S., Devos, C., Udepurkar, A.P.,Inguva, P.K,**Myerson, A.S**, Braatz, R.D., (2025). Mechanistic Modeling of Lipid Nanoparticle (LNP) Precipitation via Population Balance Equations (PBEs). (in review)

313. Stover, N.M.,De Bock, M.,Chen, C.,Rosenfeld, J., Pons Royo, M.C.,Myerson, A.S., Braatz, R.D. (2025).  Emergent kinetics of in vitro transcription from interactions of T7 RNA polymerase and DNA (in review)

314. Udepurkar, A., Devos, C., Sagmeister, P., Destro, F., Inguva, P., Ahmadi,S.,Boulais, E., Quan, Y., Braatz, R.D., **Myerson  A.S**. (2025).  Structure and Morphology of Lipid Nanoparticles for Nucleic Acid Drug Delivery: A Review.  *ACS Nano <u>https://doi.org/10.1021/acsnano.4c18274</u>*

315.  Pons Royo, C., Arnold, T.,  Perez Rodriguez, I., Ostrovsky, N., Al-Jazrawe, M., Hatas, A.,  Tenberg, V., **Myerson, A.S.,**  Braatz R.D. (2025).  Purification of messenger RNA directly from crude IVT using polyethylene glycol and NaCl precipitation.  *Process Biochemistry* **156,** 263-273.

 Presentations

1.  *Multicomponent multiphase liquid equilibrium data from the method of interacting isochors.*  68th Annual Meeting of the American Institute of Chemical Engineers, Washington, D.C., (November, 1975).

2.  *Computer simulation of crystal growth.*  American Institute of Aeronautics and Astronautics Symposium on Affordable Systems, Wright Patterson Air Force Base, Ohio, (March, 1977).

3.  *Occlusion formation during crystal growth.*  70th Annual Meeting of the American Institute of Chemical Engineers, New York, N.Y., (November, 1977).

4.  *The measurement of in-depth and surface temperatures of transparent materials exposed to intense laser radiation.*  Sixth European Conference on Thermophysical Properties of Materials, Dubrovnik, Yugoslavia, (June, 1978).

5.  *Mechanism of bacterial attack on sulfide minerals.*  Sixth National Conference on Energy and Environment, Pittsburgh, PA., (May, 1979).

6.  *Size dependence of occlusion formation.*  72nd Annual Meeting of the American Institute of Chemical Engineers, San Francisco, CA., (November, 1979).

7.  *Effect of impurities on occlusion formation.*  74th Annual Meeting of American Institute of Chemical Engineers, New Orleans, LA., (November 1981).

8.  *Diffusion of supersaturated solutions of non-electrolytes.*  74th Annual Meeting of American Institute of Chemical Engineers, New Orleans, LA., (November 1981).

9.  *Removal of impurities by crystal aging.*  Spring National Meeting of the American Institute of Chemical Engineers, Orland, Fl., (February, 1983).

10.    *The agglomeration and aging of terephthalic acid particles.*  Pacific Region Meeting Fine Particle Society, Honolulu, Hawaii, (August, 1983).

11.    *Continuous fermentation and product recovery with liquid-liquid extraction,* annual Meeting of American Institute of Chemical Engineers, Washington, D.C., (November, 1983).

12.    *Crystal growth of terephthalic acid.*  Spring National Meeting of American Institute of Chemical Engineers, Atlanta, GA., (February, 1984).

13.    *Solvent effects during the batch crystallization of organics.*  Spring National Meeting of American Institute of Chemical Engineers, Atlanta, GA., (February, 1984).

14.    *Diffusion in supersaturated solutions.*  International Symposium on Industrial Crystallization, The Hague, Netherlands, (September, 1984).

15.    *Diffusion in supersaturated solutions.*  Annual Meeting of American Institute of Chemical Engineers, Chicago, IL., (November, 1985).

16.    *Multivariable control of a MSMPR crystallization.*  Annual Meeting of American Institute of Chemical Engineers, Chicago, IL., (November, 1985).

17.    *Aging of terephthalic acid.*  World Congress III of Chemical Engineering, Tokyo, Japan, (September, 1986).

18.    *On line control of crystallization processes.*  International Symposium on Separations, Waseda University, Tokyo, Japan, (September, 1986).

19.    *Precipitation of iron salts during the growth of thiobacillus ferrooxidans.*  Annual Meeting of AIChE, Miami, FL., (November, 1986).

20.    *Attachment of thiobacillus ferrooxidans to coal surfaces.*  Ninth Symposium on Biotechnology for Fuels and Chemicals, Boulder, CO., (May, 1987).

21.    *Diffusive separation of amino acids.*  ACS National Meeting, New Orleans, LA., (September, 1987).

22.    *Diffusion in supersaturated solutions.*  Symposium on Industrial Crystallization, Bechnye Castle, Czechoslovakia, (September, 1987).

23.  *On-line control of crytallization processes.*  Symposium on Industrial Crystallization, Bechnye Castle, Czechoslovakia, (September, 1987).

24.  *Structure of supersaturated solutions.*  Gordon Conference on Crystal Growth, Colby Sawyer College, New Hampshire, (July, 1988).

25.  *Crystal growth and crystal aging of terephthalic acid.*  Summer National Meeting of AIChE, Denver, CO., (August, 1988).

26.  *Cluster formation in ternary systems.*  Annual Meeting at AIChE, Washington, D.C., (December, 1988).

27.  *Purification of terephthalic acid by crystal aging.*  Invited Lecture, Symposium on Industrial Crystallization, Osaka, Japan, (August, 1989).

28.  *Diffusion and cluster formation in metastable solutions.*  Invited Lecture, International Conference on the Crystallization of Biological Macromolecules, College Park, MD., (August, 1989).

29.  *Diffusion and cluster formation in supersaturated solutions.*  Invited Lecture, Ninth International Conference on Crystal Growth, Sendai, Japan (August, 1989).

30.  *Structure of supersaturated solutions.*  Invited Lecture, European Conference on Materials and Microgravity, Oxford, England, (September, 1989).

31.  *Prediction of crystal shape from surface energy calculations.*  Annual Meeting AIChE, Washington, D.C., (November, 1989).

32.  *Liquid-liquid phase separation in TIPS process.*  International Conference on Membranes, Chicago, IL., (August, 1990).

33.  *Diffusion, viscosity and cluster formation in metastable solutions.*  10th Symposium on Industrial Crystallization, Garmish, West Germany, (September, 1990).

34.  *Solvent effects and crystal habits.*  10th Symposium on Industrial Crystallization, Garmish, West Germany, (September, 1990).

35.  *Diffusion and viscosity in Metastable solutions.*  Annual Meeting of the AIChE, Chicago, IL, (November, 1990).

36. *Cluster formation in supersaturated solutions and its effect on crystal growth and nucleation.* Opportunities and Challenges in Crystallization Research, Ames, IA., (March, 1991).

37. *The effect of impurities on cluster growth and nucleation.* Annual Meeting of the AIChE, Los Angeles, CA., (November, 1991).

38. *The effect of solvent on crystal shape.* Annual Meeting of the AIChE, Los Angeles, CA., (November, 1991).

39. *Effect of impurities on nucleation.* Seventh International Symposium on Salt, Kyoto, Japan, (April, 1992).

40. *Diffusion, viscosity and cluster formation in supersaturated solutions.* Symposium on Industrial Crystallization, Osaka, Japan, (April, 1992).

41. *Metastable state relaxation.* International Conference on Crystal Growth, San Diego, CA., (August, 1992).

42. *Diffusion, viscosity and cluster formation in protein solutions.* Crystal Growth of Organic Materials, Glasgos, Scotland, (September, 1992).

43. *Cluster formation in a gravitational field.* Crystal Growth of Organic Materials, Glasgow, Scotland, (September, 1992).

44. *Diffusion of gases in polymer blends.* AIChE Annual Meeting, Miami, FL., (November, 1992).

45. *Cluster formation in highly supersaturated droplets.* AIChE Annual Meeting, Miami, FL., (November, 1992).

46. *Diffusion of proteins in supersaturated solutions.* 11th Symposium on Industrial Crystallization, Warsaw, Poland, (September, 1993).

47. *Cluster formation in supersaturated droplets.* 11th Symposium on Industrial Crystallization, Warsaw, Poland, (September, 1993).

48. *Diffusion, viscosity and crystal growth in microgravity.* NASA Microgravity Materials Conference, Huntsville, AL., (May, 1994).

49. *Crystal shape, the role of solvents and impurities.* Summer National Meeting, AIChE, Denver, CO., (August, 1994).

50. *Crystallization summary paper.* Summer National Meeting, AIChE, Denver, CO., (August, 1994).

51.  *New results for crystal growth from solutions.*  The Fifth Eastern Regional Conference on Crystal Growth, Atlantic City, N.J., (October, 1994).

52.  *Nucleation in crystallization.*  Invited paper, Annual Meeting, AIChE, San Francisco, CA., (November, 1994).

53.  *Supersaturated electrolyte solutions: theory and experiment.* International Conference on Crystal Growth, The Hague, Netherlands, (June, 1995).

54.  *The role of concentration dependence on solute mass diffusivity.* International Conference on Crystal Growth, The Hague, Netherlands, (June, 1995).

55.  *Thermodynamic properties of highly supersaturated solutions.*  Invited lecture at Third International Workshop of Crystal Growth of Organic Materials,Washington, D.C., (August, 1995).

56.  *Influence of gravity on cluster formation and nucleation.*  46th International Astronautical Congress, Oslo Norway, (October, 1995).

57.  *Molecular modeling applications in crystallization.*  Association of Crystallization Technology Annual Meeting, Wilmington, DE., (March, 1996).

58.  *The role of impurities in nucleation.*  World Congress of Chemical Engineering, San Diego, CA., (July, 1996).

59.  *Momentum and mass transfer in supersaturated solutions.*  American Conference on Crystal Growth, Vail, CO., (August, 1996).

60.  *Fluctuation-dissipation theorem for supersaturated electrolyte solutions.*  Invited lecture, American Conference on Crystal Growth, Vail, CO., (August, 1996).

61.  *Impurities and Nucleation.*  Symposium on Industrial Crystallization, Toulouse, France, (September, 1996).

62.  *Fluctuation-dissipation theorem for supersaturated electrolyte solutions.*  Annual Meeting of the AIChE, Chicago, IL., (November, 1996).

63.  *Thermodynamic and spectroscopic properties of supersaturated solutions.*  4th International Workshop on Crystal Growth of Organic Materials, Bremen, Germany, (September, 1997).

64.    *Thermodynamic and spectroscopic studies of supersaturated solutions.* Annual Meeting of the AIChE, Los Angeles, CA., (November, 1997).

65.    *Thermodynamic and spectroscopic studies of supersaturated solutions.* Invited lecture, Pharmaceutical Development Consortium and International Modeling Conference, San Diego, CA., (February, 1998).

66.    *Thermodynamic studies of supersaturated solutions.* Invited lecture, Association of Crystallization Technology Annual Meeting, Naperville, IL., (April, 1998).

67.    *A Statistical Understanding of Nucleation.* International Conference on the Crystallization of Biological Macromolecules, Granada, Spain, (May, 1998).

68.    *Crystallization as a separations process-application of fundamental principles to industrial problems.* Invited lecture, Gordon Conference on separations, New London, NH., (August, 1998).

69.    *Thermodynamics of supersaturated solutions.* Invited lecture, International Symposium of Industrial Crystallization, Tokyo, Japan, (September, 1998).

70.    *A statistical understanding of nucleation.* Annual Meeting of the AIChE, Miami, FL., (November, 1998).

71.    *Experimental and modeling studies of nucleation.* Invited lecture, Molecular Simulations Pharmaceutical Development Consortium Meeting, Cambridge, UK, (March, 1999).

72.    *Novel method to induce nucleation and crystal growth.* Recovery of Biological Products IX, Whister, British Columbia, (May, 1999).

73.    *Laser induced nucleation.* 14th International Symposium on Industrial Crystallization, Cambridge, UK, (September, 1999).

74.    *Laser induced nucleation.* Annual Meeting of the AIChE, Dallas, TX., (November, 1999).

75.    *Crystallization from solution: application of fundamental principles to the solution of industrial problems.* Invited lecture, ApsenWorld 2000, Orlando, FL., (February, 2000).

76.    *Thermodynamic properties of highly supersaturated protein solutions.* International Conference on the Crystallization of Biological

Macromolecules, Sandestin, FL., (May, 2000).

77. *Applications of molecular modeling in crystallization.* Invited lecture, International Conference on Crystallization of Fats and Lipids, Toronto, Canada, (October, 2000).

78. *Nucleation and thermodynamic properties of supersaturated solutions.* Invited Lecture, Symposium on Particulate Processes, Magdeburg, Germany, (October, 2000).

79. *Novel methods for the study and control of nucleation.* Invited Lecture, Molecular Simulations Molecular Crystallization Consortium, Amsterdam, The Netherlands, (March, 2000).

80. *Polymorphism in pharmaceuticals: the role of thermodynamics and kinetics.* Invited Lecture, Ninth International Conference on Properties and Phase Equilibria for Product and Process Design, Kurashiki, Japan, (May, 2001).

81. *Statistics of nucleation induction time in protein solutions.* Ninth International Conference on the Crystallization of Biological Macromolecules, Jena, Germany, (March, 2002).

82. *Identification of new polymorphs using experimental and calculational methods.* Invited lecture, Accelrys Molecular Crystallization Consortium Meeting, Toronto, Canada, (April, 2002).

83. *Crystal structure control in the non-photochemical laser induced nucleation of supersaturated aqueous glycine solutions.* Invited lecture, American Chemical Society National Meeting, Orlando, FL., (April, 2002).

84. *Thermodynamic studies of highly supersaturated lysozyme solutions.* American Chemical Society National Meeting, Orlando, FL., (April, 2002).

85. *Formation of nano-crystals of organic molecular materials.* Invited Lecture, 44th International Industrial Pharmaceutical Research and Development Conference, Merrimac, WI., (June, 2002).

86. *Novel methods for the study and control of polymorphism in organic molecular crystals.* Invited Lecture, Polymorph and Crystallization Conference, Philadelphia, PA., (June, 2002).

87.   *Nano-Nucleant directed crystallization of amino acids*. 15th International Symposium on Industrial Crystallization, Sorrento, Italy, (September, 2002).

88.   *Impact of process design on pharmaceutical development and manufacturing.* Invited Lecture, AAPS 38th Annual Pharmaceutical Technologies Conference, Harriman, NY., (January, 2003).

89.   *Novel methods for the study and control of nucleation.* Invited Lecture, ACS Prospective Conference on Polymorphism in Crystals: Fundamentals, Prediction and Industrial Practice, Tampa, FL., (February, 2003).

90.   *Determination of solubility of polymorphs using differential scanning calorimetry.* ACS 225th Spring National Meeting: Industrial Crystallization, New Orleans, LA., (March, 2003).

91.   *Influence of impurities on the transformation rate of a pharmaceutical active ingredient.* ACS 225th Spring National Meeting: Industrial Crystallization, New Orleans, LA., (March, 2003).

92.   *Crystallization of organic fine chemicals: current status and future prospects.* Invited Lecture, CST Workshop 2003: Separation technology in organic fine chemicals and in bioprocess industry, Lappeenranta, (August, 2003).

93.   *Nucleation and growth of organic crystals on functionalized surfaces*, Sixth International Workshop on the Crystal Growth of Organic Materials: Fundamentals of Nucleation, Glasgow, Scotland, (August, 2003).

94.   *Getting the right API: who we are and what we do in the particle technology & crystallization center,* Sixth International Workshop on the Crystal Growth of Organic Materials, Glasgow, Scotland, (August, 2003).

95.   *Nucleation induction time in supersaturated solutions*, AIChE 2003 Annual Meeting: Fundamentals of Nucleation and Growth, San Francisco, CA (November, 2003).

96.   *Nonphotochemical laser induced nucleation of small organic molecules & proteins*, AIChE 2003 Annual Meeting: Nucleation and Growth on the Nanoscale, San Francisco, CA, (November 2003).

97.   *A combined quantitative and experimental approach to design and optimize seeding process for controlling product quality of active*

*pharmaceutical ingredients (APIs) in batch crystallization from solutions*, AIChE 2003 Annual Meeting:  Crystallization of Pharmaceutical and Biological Molecules, San Francisco, CA, (November, 2003).

98.    *Novel methods for the study and control of nucleation of organic molecular crystals*, Invited Lecture, Materials Research Society 2004 Spring Meeting, San Francisco, CA, (April, 2004).

99.    *Novel methods for the control of crystal size, shape and solid form,* Invited Lecture, RSC Molecular Modeling Group/Institute of Pharmaceutical Innovation, University of Bradford, United Kingdom, (April, 2004).

100.    *N*ovel *methods for the study and control of nucleation and polymorphism in organic molecular crystals*, Keynote Address, The 10th APCChE Congress:  Asian Pacific Confederation of Chemical Engineering, Kitakyushu, Japan, (October, 2004).

101.    *Particle Engineering: Fundamentals of particle formation and crystal growth*, Invited Lecture, AAPS 40th Annual Pharmaceutical Technologies Conference at Arden House, Harriman, NY (January, 2005).

102.    *Crystallization Science and Technology in the Pharmaceutical Industry*, Invited Lecture, Albany Molecular Research, Inc., Chemical Development Symposium, Albany, NY, (May 2005).

103.    *Particle Design of Organic Molecular Crystals on Nanoengineered Surfaces,* 16th International Symposium on Industrial Crystallization, Dresden, Germany (September, 2005).

104.    *PAT in Crystallization Process Development,* Invited Lecture, The Evolving Role of Process Analytical Technology, Brussels, Belgium (October 2005).

105.    *Crystallization Process Development*, Principal Speaker, International Workshop on Crystallization, Filtration and Drying, Mumbai, India, (February 2006).

106.    *The Role of Nucleation in Crystallization Process Development*, Invited Speaker, ACS ProSpectives Meeting, Process Crystallization in the Pharmaceutical and Chemical Industries, Philadelphia, PA, (April 2006).

107. *Crystallization Process Development in the Chemical and Pharmaceutical Industry,* Plenary Lecture, Mettler Toledo 13th Annual Process Development Conference, Newport, RI, (September 2006).

108. *Crystallization Science and Technology in the Pharmaceutical Industry, Invited Lecture*, Novasep 10 year Anniversary Symposium, Nancy France, (September 2006).

109. *Crystallization on Confined Engineered Surfaces:  A Method to Control Polymorph and Crystal Size,* Invited Lecture, ACS Fall National Meeting, San Francisco, CA (September 2006).

110. *Crystallization on Confined Engineered Surfaces:  A Method to Control Polymorph and Crystal Size,* Invited Lecture, AAPS Annual Meeting, San Antonio, TX, (October 2006).

111. *Crystallization on Confined Engineered Surfaces:  A Method to Control Polymorph and Crystal Size,* Invited Lecture, Symyx Symposium, Boston, MA (May 2007).

112. *Crystallization Research:  Past, Present and Future,* Invited Lecture, AIChE National Meeting, Salt Lake City Utah (November 2007).

113. *Crystallization Research in the United States:  Current Status and Future Prospects,* Invited Lecture, 10th Meeting of The Technical Panel on Crystallization, Tokyo, Japan (January 2008).

114. *Particle Design and Formation,* Invited Lecture, AAPS 43rd Arden House Conference, West Point, NY (February 2008).

115. *Crystallization Science and Technology:  Past, Present and Future,* Invited Lecture,  ACS Spring Meeting, New Orleans, LA (April 2008).

116. *Non-Photochemical Laser Induced Nucleation of Proteins, Invited Plenary Lecture*, International Conference on the Crystallization of Biological Macromolecules (ICCBM 12), Cancun, Mexico (May 2008).

117. *Concomitant Nucleation of Organic Molecular Crystals on Engineered Surfaces,* Invited Plenary Lecture, British Association of Crystal Growth (BACG), Loughborough, UK (September 2008).

118. *Concomitant Nucleation on Molecularly Engineered Surfaces,* International Symposium on Industrial Crystallization (ISIC), Maastricht, The Netherlands (September, 2008).

119. *Concomitant Nucleation on Engineered Surfaces,* Invited Lecture Indo-US Workshop on Co-Crystals and Polymorphs, Mysore India (February, 2009).

120. *Nucleation of Organic Molecular Crystals:  Evidence for the Two Step Nucleation Model,* Invited Lecture, Indian Crystallographic Society Meeting, Mysore India (February, 2009).

121. *Nucleation of Organic Molecular Crystals:  The Two Step Nucleation Model,* Invited Lecture, Molecules, Materials and Medicines (M3) Conference, Santa Barbara, CA (May, 2009).

122. *Methods to Produce Organic Molecular Nano-crystals,* Invited Lecture, Molecules, Materials and Medicines (M3) Conference, Santa Barbara, CA (May, 2009).

123. *Nucleation on Engineered Surfaces:  A Method for High Through-put Screening at Control of Crystal Size,* Invited Lecture, 16th Larson Workshop (ACT), Cambridge, MA(October, 2009).

124. *Crystallization for Energy Savings and Sustainability,* Invited Lecture, Plenary Session, AIChE National Meeting, Nashville, TN (November, 2009).

125. *Continuous Crystallization of Pharmaceuticals,* Invited Lecture, Symposium on Green Processes, Kyoto, Japan (February, 2010).

126. *Nucleation of Organic Molecular Crystals:  Evidence For the Two Step Nucleation Model,* Invited Lecture, ACS National Meeting, San Francisco, CA (March 2010).

127. *Nucleation on Patterned Engineered Surfaces:  Concomitant Nucleation, Nano-crystal Formation and Chiral Separation,* Invited Lecture,  Symposium on Crystal Nucleation, Delft, The Netherlands (June 2010).

128. *Crystallization Process Design and its Role in Controlling Dissolution Rate and Solubility*, Invited Lecture, Solvias Conference on Poorly Water Soluble Compounds, Cambridge, MA (September 2010).

129. *Crystallization and Nucleation Studies in the Novartis-MIT Center for Continuous Manufacturing,* Keynote Lecture, Novartis Science and Technology Day, East Hanover, NJ (May 2011)

130. *Nucleation of Crystals:  The Two Step Nucleation Model*, Invited Lecture, 85th ACS Colloid and Surface  Science Symposium , Montreal, Canada (June 2011).

131. *Nucleation on Engineered Surfaces for the Control of Polymorphism and Formation of Nanocrystals,* ISIC 18, Zurich Switzerland (September 2011).

132. *Nucleation on Surfaces,* Invited Lecture, Indo-US Symposium on Pharmaceutical Solid State, New Delhi India (February 2012).

133. *Continuous Crystallization of Pharmaceuticals,* Invited Lecture, Crystallization 2013, Mumbai India (April 2013).

134. *Continuous Crystallization of Pharmaceuticals,* Invited Lecture Association for Crystallization Technology, Indianapolis, IN (October 2013).

135. *Control Systems in Continuous Pharmaceutical Manufacturing,* Invited Discussion Leader, International Symposium on Continuous Manufacturing of Pharmaceuticals, Cambridge, MA (May 2014).

136. *Nucleation on Surfaces*, Invited Lecture, Gordon Conference on Crystal  Engineering, New Hampshire (June 2014).

137. *Nucleation on Surfaces*, Plenary Lecture, ISIC 19, Toulouse France (September 2014).

138. *Continuous Crystallization of Pharmaceuticals,* Invited Lecture, NESACS Process Chemistry Symposium, Cambridge MA (October 2014)

139. *Nucleation on Surfaces,* Invited Lecture, Bruker Symposium, Cambridge MA (February 2015).

140. *Nucleation, Invited Closing Speaker,* Faraday Discussion –Nucleation Leeds UK (March 2015).

141. *Continuous Crystallization of Pharmaceuticals,* Invited Lecture, SK Life Sciences Symposium on Continuous Manufacturing, Teaneck, NJ (May 2015).

142. *Formation of Organic Nanocrystals*, Invited Lecture, International School in Crystallography, Erice, Italy (June 2015).

143. *Crystallization Science and Technology:  Past, Present and Future,*

Gerhold Award Lecture, AICHE Annual Meeting, Salt Lake City UT (November 2015).

144. *Process Intensification in Pharmaceutical Manufacturing, Invited Lecture ,* Europic Workshop on Process Intensification, Geelen The *Netherlands (January 2016).*

145. *Continuous Crystallization of Pharmaceuticals, Invited Lecture,* International  Symposium on Continuous Manufacturing of Pharmaceuticals, Cambridge MA (September 2016).

146. *Materials Science in Play in Continuous Processing – Nucleation & Crystal Growth, Invited Lecture,* AAPS Annual Meeting, Denver CO (November 2016).

147. *Nucleation on Surfaces and in Nanopores, Invited Lecture, 9th* Workshop on Substrate Mediated Polymorphism in Thin Films, Graz Austria (October 2017).

148. *Continuous Manufacture of Active Pharmaceutical Ingredients, Invited Lecture,* Pharmaceutical Biomaterials and Regenerative Medicine Symposium, Woodbridge, NJ (October 2017).

149. *Solution Complexation:  A Methods to Improve Purity and Yield in Crystallization.  Invited Lecture* ACS National Meeting, New Orleans LA (March  2018).

150. *Nucleation on Surfaces and In Confinement. Plenary Lecture.* British Association of Crystal Growth, London UK (July 2019)

151. *Nucleation of Crystalline Solids:  Theory and Practice.* Invited Lecture Vertex Pharmaceuticals Science and Technology Lecture Series. (July 2020).

152. *Continuous Crystallization and Purification:  The Role of Impurity Incorporation*. Pharmaceutical Crystallization Summit NJ (October 2021)

153. *Continuous Manufacture of API's:  Current Status, Future Prospects.* Invited Keynote Lecture, AAPS Meeting (October 2022)

154. Continuous Crystallization of API's  Invited Lecture ACHEMA 2024 (June 2024)

C. <u>Patents</u>

1.   **Myerson, A.S.** and Ernst, W. (1985).  Removal of inorganic contaminants from catalysts.  U.S. patent 4,559, 313.

2.   **Myerson, A.S.** (1985).  Purification of terephthalic acid by supercritical fluid extraction. U.S. patent 4,550, 198.

3.   **Myerson, A.S.** and Ernst, W. (1987).  Regeneration of HDS catalysts.  U.S. patent, 4,698,321.

4.   **Myerson, A.S.** Method for recovery of zinc oxide.  (1993).  U.S. patent 5,208,004.

5.   **Myerson, A.S.** and Cudahy, M. (1995).  Method for the reclamation of metallic compounds from zinc and lead containing dust.  U.S. patent 5,431,713.

6.   **Myerson, A.S.** and Cudahy, M.  (1995).  Method for separation of metals from a waste stream.  U.S. patent 5,453,111.

7.   **Myerson, A.S.** (1995).  Method for treating waste streams containing zinc.  U.S. patent 5,464,596.

8.   **Myerson, A.S.,** Burrows, C. and DiBella, P. (1996).  Method for producing an enriched iron feedstock from industrial furnace waste streams.  U.S. patent 5,571,306.

9.   **Myerson, A.S.,** Burrows, C., Sanzenbacher, C. and DiBella, P., (1996).  Method for the production of a feedstock containing usable iron constituents from industrial waste streams.  U.S. patent 5,582,631.

10.  **Myerson, A.S.,** Burrows, C., Sanzenbacher, C. and DiBella, P., (1997).  Method for the removal of calcium by products during the production of an iron feedstock.  U.S. patent 5,667,555.

11.    **Myerson, A.S.,** Burrows, C. and DiBella, P. (1997).  Method for producing an iron feedstock from industrial furnace waste streams.  U.S. patent 5,683,488.

12.    **Myerson, A.S.** and Robinson, P.  (1998).  Method for further purification of zinc oxide.  U.S. patent 5,759,503.

13.    Cudahy, M. and **Myerson, A.S.**  (1998).  Method for the production of galvanizing fluxes and flux feedstocks.  U.S. patent 5,810,946.

14.    **Myerson, A.S.,** Sanzenbacher, C., Robinson, P., Burrows, C. and DiBella, P. (1998).  Production of direct reduced iron and/or pig iron from industrial waste streams.  U.S. patent 5,849,063.

15.    **Myerson, A.S.** and Cudahy, M. (1998).  Method for the recovery of Group IA salts during the treatment of industrial waste streams.  U.S. patent 5,846,290.

16.    **Myerson, A.S.** and Cudahy, M. (1998).  Method for utilizing ph control in the recovery of metal and chemical values from industrial waste streams.  U.S. patent 5,851,490.

17.    **Myerson, A.S.,** Sanzenbacher, C., Robinson, P., Burrows, C., and DiBella, P. (1999).  Production of more concentrated iron product from industrial waste material streams.  U.S. patent 5,855,645.

18.    **Myerson, A.S.** and Robinson, P.  (1999).  Beneficiation of furnace dust for the recovery of chemical and metal values.  U.S. patent 5,942,198.

19.    **Myerson, A.S.** (2001). Leaching process for removal of near-surface lead from brass articles for water-supply systems.  U.S. patent 6,197,210.

20.    **Myerson, A.S.** and Robinson, P. (2001).  Method for recycling industrial waste streams containing zinc compounds.  U.S. patent 6,264,903.

21.    **Myerson, A.S.** and Robinson, P. (2002).  Method for reducing the formation of $Zn(NH4)4Cl2$ from $ZnO/NH4Cl$ solutions.  U.S. patent 6,423,281.

22.    **Myerson, A. S.** and Garetz, B.A. (2002).  Method for using laser light to control crystal form.  U.S. patent 6,426,406.

23.    **Myerson, A.S.** and Robinson, P. (2003).  Method for reclaiming

constituents from an industrial waste stream.  U.S. patent 6,517,789.

24.    **Myerson, A.S.** (2003).  Controlled nucleation of protein crystals.  U.S. 6,596,077.

25.    **Myerson, A.S.** (2003).  Molecular crystals of controlled size.  U.S. 6,645,293

26.    **Myerson, A.S.**, Robinson, P. and Tabah, S. (2004).  Method for the purification of zinc oxide controlling particle size.  U.S. 6,696,029.

27.    **Myerson, A.S.** (2004).  High throughput non-photochemical laser induced nucleation.  U.S. 6,733,586.

28.    **Myerson, A.S.** (2004).  Polarization switching to control crystal form.  U.S. 6,759,521.

29.    **Myerson, A.S**. (2004).  Method for the purification of zinc oxide controlling particle size.  U.S. 6,783,744 B2.

30.    **Myerson, A.S.** (2006).  Method for producing crystal polymorphs and crystal polymorphs produced thereby.  US.  7,122,642.

31.    Kozyuk, O.V., **Myerson, A.S.**, and Weinberg, W. (2008).  Hydrodynamic Cavitation Crystallization Design and Process.  US 7,314,516.

32.    **Myerson, A.S.,** and Lee, A.Y. (2008).  Method for Producing Crystals and Screening Crystallization Conditions.  US 7,329,319

33.    **Myerson, A.S.,** and Lee, A.Y. (2008).  Methods for Screening Crystallization Conditions Using Multifunctional Substrates.  US 7,329,592.

34.    Garetz. B.A., **Myerson, A.S.,** Arnold, S.A. and Aber, J.E. (2011).  Method for using a Static Electric Field to Induce Crystallization and Control Crystal Form.  US  7,879,115.

35.    **Myerson, A.S**., and Alvarez , A. (2012).  Continuous Antisolvent Crystallization Process and System Using Plug Flow Reactors.  US 8,216,313

36.    **Myerson, A.S.,** and Lee, A.Y. (2012).  Method for Producing Organic Nanocrystals.  US 8,298,755

37.    Rodgers, R.D., **Myerson, A.S**., and Hines C.C. (2012).  Method for the Purification of Aryl Carboxylic Acids.  US 8,309,760

38.    Rodgers, R.D., **Myerson, A.S**., and Hines C.C. (2014).  Method for the Purification of Aryl Carboxylic Acids.  US 8,859,806

39.    Evans, J.C., Hahn, J.J., **Myerson, A.S**., Oolman, T., Rhonemus, T.A., Storo, K.A, Tyler, C.A. (2015).  Method of producing purified rebaudioside A compositions using solvent/antisolvent crystallization. US  8,937,168.

40.    Erickson, A, Hahn, J.J., **Myerson, A.S**., Ohmes, A.K., Rhomemus, T.A.,  Storo, K.M., Tyler, C.A. (2015).  Methods to treat mixtures of glycosides to obtain one or more of these glycosides in more pure form. US  9024012.

41.    Furlano, B.M., **Myerson, A.S**., Ohmes, A.K., Rhomemus, T.A.,  Tyler, C.A.  (2015).   Crystalline forms of Rebuadioside B.  US 9,090,647.

42.    Trout, B.L., Doyle, P.S., Hatton, T.A., **Myerson, A.S**., Diao, Y., Helgeson, M.E. (2015).  Compositions , Methods and Systems Relating to Controlled Crystallization and/or Nucleation of Molecular Species.  US 9,138,659.

43.    Trout, B.L., Hatton, T.A., Chang, E., Evans, J.M.B., Mascia, S., Kim, W., Slaughter, R.R., Du, Y., Dhamankar, H.H., Forward, K.M.,  Rutledge, G.C., Wang, M., **Myerson, A.S**., Brettman, B.K., Padhye, N., Chun, J.H. (2015).  Layer Processing of Pharmaceuticals. US 9,205,089.

44.    **Myerson, A.S**., Wong, S.Y. (2016).  Devices and Methods for Crystallization. US 9,233,912.

45.    Chadwick, K., Trout, B.L., **Myerson, A.S.** (2017).  Methods and Systems Relating to the Selection of Substrates Comprising Crystalline Templates for the Controlled Crystallization of Molecular Species. US 9,822,467.

46.    *Myerson*; A. S**.,** O'Mahony; M., Stelzer; T., Cui, Y. (2018).  Pressure Driven Flow Crystallizer.  US 10,155,786.

47.    **Myerson, A.S**., Azad, M.A, Hammersmith, G.J., Brancazio, D. Osorio, J.G. (2020). , System and Methods for the Fabrication of Tablets,  Including  Pharmaceutical Tablets.  US 10,702,481.

48.    Jensen; K. F.,  Jamison; T. F. , **Myerson**; A.S., Monbaliu; J. M.,

50

Behnam; M, Wong; S. Y., Weeranoppanant; N., Revalor; E. M., Stelzer; T., Chen; J., Adamo; A., Snead; D. R., Zhang, P.(2020). Systems and Methods for Synthesizing Chemical Products, Including Active Pharmaceutical Ingredients U.S. 10,780,410

49. **Myerson, A.S.**, Kulkarni, S. (2020).  Reversible Control of Solution Solubility using Functionalized Nanoparticles  U.S. 10,828,528

50. Kim, J.W., Lee, I.S., Koo, K.K., Kim, W.S., **Myerson, A.S.**  (2020). Method for Preparing L-Methionine Crystals Using Crystallization Technique   US 10,870,619

51. **Myerson, A.S.**, Azad, M.A.,  Hammersmith G.J., Brancazio, D., Osorio,  J. (2020).  Systems and Methods for the Fabrication of Tablets, Including Pharmaceutical Tablets  US 11,020,352

52. Jensen; K. F.,  Jamison; T. F. , **Myerson**; A.S., Monbaliu; J. M., Behnam; M, Wong; S. Y., Weeranoppanant; N., Revalor; E. M., Stelzer; T., Chen; J., Adamo; A., Snead; D. R., Zhang, P.(2023). Systems and Methods for Synthesizing Chemical Products, Including Active Pharmaceutical Ingredients U.S. 11,565,230.

53. Brancazio,  D.,  Myerson, A.S., Azad, M.A., Hammersmith, G.J., Capellades Mendez, G., Neurohr, C.,  Rapp, K., Briggs , N.E.B. (2024). Devices and Processes for the Integrated Filtration, Drying and Mechanical Processing of Active Pharmaceutical Ingredients.  US. 11,911,719.

54. Brancazio,  D.,  Myerson, A.S., Azad, M.A., Hammersmith, G.J., Capellades Mendez, G., Neurohr, C.,  Rapp, K., Briggs , N.E.B. (2025). Devices and Processes for the Integrated Filtration, Drying and Mechanical Processing of Active Pharmaceutical Ingredients.  US. 12, 251,651

55. Willoughby, J., Su, H.C.,  Barla, G.F, Atwood, T.E., **Myerson, A.S.** (2025).  Method of forming a polyester from a regenerated diacid formed from depolymerization of a waste material.  US 12,331,157

D.  <u>Professional Registration</u>

P.E. Ohio #E-044636
New York 063622-1

<u>Consulting</u>

| | |
|---|---|
| Syre | 2025 |
| Milliken and Co. | 2024-2025 |
| DeNovX | 2023-2025 |
| Mallinckrodt | 2022, 2025 |
| Aesir Technologies | 2022 |
| On Demand Pharmaceuticals | 2022-2025 |
| Alnylam Pharmaceuticals Inc | 2022 |
| Mirati Therapeutics | 2022 |
| Lundbeck | 2021-2022 |
| Horizon Therapeutics | 2021-2022 |
| Circ (Tyton Biosciences ) | 2020-2025 |
| Ono Pharmaceuticals | 2017, 2019 |
| Kalion | 2017-2018 |
| ChromaDex | 2017-2019 |
| Biocon | 2017 |
| Boehringer Ingelheim | 2016 |
| MonosolRX | 2016 |
| Pure Circle | 2016-2017 |
| Continuus Pharmaceuticals | 2016-2025 |
| CJ CheilJedang Corporation | 2015-2016 |
| Metsol | 2015 |
| Takeda | 2015-2019 |
| Greenlight Biosciences | 2013-2016 |
| Genentech | 2013-2015 |
| Genomatica | 2013-2014 |
| Ostara | 2012-2013 |
| Agios | 2012, 2014-2016 |
| Gates Foundation | 2012 |
| WR Grace | 2011-2013 |
| Tennessee Aluminum | 2011 |
| GenSyn Technologies | 2011-2016 |
| Terrabon | 2010 |
| Compact Membrane | 2010—2013 |
| Amgen | 2010, 2014-2015 |
| Lucid Laboratories | 2010 |
| Nippon Chemical | 2010 |

| | |
|---|---|
| Biogen | 2010, 2012-2016, 2019-2022 |
| Dr. Reddys | 2010 |
| Gilead | 2009 |
| Alkermes | 2009-2012, 2016-2017, 2022 |
| Wyeth Pharmaceuticals | 2009 |
| Honeywell | 2008-2009 |
| Aptuit | 2007-2008 |
| Kominox | 2008 |
| Schering Plough | 2007 |
| King Pharmaceuticals | 2006 |
| SABIC | 2006-2007 |
| Cephalon | 2006 |
| Vertex | 2006, 2010, 2012 |
| Bechtel | 2005 |
| Sepracor, Inc. | 2004-2010 |
| Mallinckrodt/Tyco Healthcare | 2004-2005 |
| Eli Lilly | 2003-2004 |
| BP | 2003-2004 |
| Alexza Molecular Delivery | 2003 |
| Pentair | 2002 |
| Westinghouse Savannah River | 1999-2001 |
| SSCI | 2001-2005 |
| Abbott Laboratories | 2001-2002 |
| Baxter Healthcare | 2001-2010, 2020, 2022 |
| Wrigley | 2000-2001 |
| Corn Products International | 2000-2002 |
| DuPont Pharmaceuticals | 2000-2001 |
| BASF | 2000 |
| US Gypsum | 2000, 2009, 2012-2013 |
| Accelrys | 2000-2008 |
| Andrx Pharmaceuticals | 2000-2005 |
| Cargill | 1999-2003, 2006-2013 |
| Alpha Metals | 1999 |
| NATO | 1999 |
| Metallic Power | 1999, 2001 |
| Wasserstein Perella | 1998 |
| Novartis | 1998, 1999 |
| Pfizer, Inc. | 1997, 2001-2004, 2007,2009 |
| Nutrasweet Co. | 1997-2000 |
| Allied Signal | 1997-1999 |
| Reilly Industries | 1997-1998 |
| Globe Valve Co. | 1997-1999 |
| OLI Systems | 1997-1999, 2001-2004 |
| Bristol-Myers Squibb | 1997-2000 |
| Ganes Chemical | 1996-1998 |
| Revlon | 1996 |

| | |
|---|---|
| Akzo-Nobel | 1996-1997 |
| Bayer | 1996 |
| Sandoz | 1996-1997 |
| Amoco | 1995-1998, 2000 |
| Mitsubishi Chemical | 1995, 1997-2002 |
| Lonza | 1994-1996 |
| Noramco | 1994 |
| CPC International | 1994-1996 |
| ISK-Biotech | 1993-1994 |
| Heraeus | 1993 |
| Molecular Simulations | 1992-2000 |
| Refrigeration Sales Co. | 1991-1992 |
| Merck | 1992, 1993, 1997, 1999, 2012 |
| Metals Recycling Corp. | 1991-1997 |
| York International | 1991 |
| Smith Kline Beecham | 1991-1993, 1995, 1998, 1999 |
| Exxon | 1990, 1994, 1995, 1999 |
| Ajinomoto | 1990-1993 |
| Uniroyal Chemical | 1989-1993 |
| Osaka Gas Company | 1990 |
| G. K. Carbonate | 1990-1991 |
| Hitachi/Gas Energy | 1987-1990 |
| DuPont | 1985-1996 |
| Eastman Kodak | 1980-1986 |
| M&T Chemicals | 1986 |
| U.S. Bureau of Standards | 1985-1987 |
| Zinox Inc. | 1984-1991 |
| Ajinomoto USA | 1983 |
| Johnson & Johnson | 1982-1983, 2001-2002, 2004-2008, 2011 |
| AFF Inc. | 1982 |
| Charles Kettering Foundation | 1978-1979 |
| U.S. Air Force Material Lab | 1977-1978 |

E.  Research Grants Funded (since 1985) PI or CoPI

1.    Crystal habit, crystal aging crystal purification.  (8/85-8/87).  NSF, $120,000.

2.    Diffusive separation in ternary systems.  (11/86-11/87).  NSF, $50,000.

3.    Corrosion in chiller-heaters.  (8/86-8/87).  Brooklyn Union Gas, $40,000.

4.      Ice pavement bonding-fundamental study.  (10/87-1/90).  Strategic Highway Research Program, National Research Council, $562,000. (Co-PI).

5.      Thermodynamics and kinetics of some processes.  (1/88-1/89). Proprietary, $907,000.

6.      Cluster diffusion in Metastable solutions.  (1/88-1/90).  NSF, $114,000.

7.      Membranes for water softening systems.  (2/88-2/92).  Minntech Corp., $290,000.

8.      Aging of terephthalic acid crystals.  (1/89-9/92).  DuPont, $130,000.

9.      Thermodynamics and kinetics of some processes.  (1/89-1/90). Proprietary, $900,000.

10.    Thermodynamic and kinetics of some processes.  (1/90-1/91). Proprietary, $562,000.

11.    Diffusion of water vapor in cross linked polymers.  (4/98-4/91).  Mead Imaging, $150,000.

12.    Modeling of wax crystallization.  (11/90-11/92).  Exxon, $61,000.

13.    Solvent effects on crystal habit.  (3/91-3/92).  DuPont, $30,000.

14.    Cluster formation in Metastable solutions.  (5/91-5/93).  NSF, $120,000.

15.    Diffusion, viscosity and cluster formation in aspartame solutions. (8/91-8/93).  Ajinomoto, $140,000.

16.    Crystal habit control.  (6/91-2/92).  Smith Kline Beecham, $16,000.

17.    Diffusion, viscosity and crystal growth in microgravity.  (6/93-6/96). NASA, $360,000.

18.    Wax crystallization in a dichill crystallizer.  (1/93-12/93).  Exxon, $50,000.

19.    Cluster formation nucleation and gel formation in aspartame.  (8/93-7/94).  Ajinomoto, $73,000.

20. Crystallization of an experimental material. (9/93-12/93). Rhone-Poulenc Rorer, $10,000.

21. The use of ultrasonic energy in crystallization processes. (3/94-3/96). CPC International, $98,750.

22. Cluster formation in suspended microdroplets. (5/95-5/96). NASA, $100,000. (Co-PI).

23. Nucleation of organics. (1/95-1/96). Exxon Educational Foundation, $10,000.

24. Prediction of crystal morphology. (1/95-1/96). Merck, Inc., $15,000.

25. Faculty of the future program. (9/94-9/97). GE Foundation, $330,000.

26. Renovation of non metallic material research laboratories. (3/95-3/99). NSF Infrastructure Program, $1,000,000, (1,000,000 NSF Funding, $1,000,000 Cost Sharing).

27. Support of Polytechnic Ph.D. students. (10/96-10/98). Department of Energy, $35,000.

28. Thermodynamic and spectroscopic studies of highly supersaturated solutions. (12/96-12/99). NSF, $260,000.

29. Production of microparticles. (10/96-3/97). Hoffman LaRoche, $50,000. (Co-PI).

30. Thermodynamic properties of supersaturated phenylalanine solutions. (3/97- 3/98). Ajinomoto, Inc., $10,000.

31. Diffusion, viscosity and crystal growth of proteins in microgravity. Model for the hanging drop technique. (5/97-11/00). NASA, $461,000.

32. General electric faculty for the future program. (9/97-9/00). $375,000.

33. Hydration reactions. (9/97-12/97). Cheesbrough-Ponds, $29,000.

34. Thermodynamic and spectroscopic studies of secondary nucleation in microgravity. (1/98-11/01). NASA, $300,000.

35. Neotame polymorphs. (4/98-6/99). Nutrasweet-Kelco, $45,000.

36.     Microbial treatment of oil.  (11/97-1/99).  DOE (subcontract from Brookhaven National Labs), $35,000.

37.     Crystallization of pharmaceutical compounds.  (10/98-10/99). Novartis Pharmaceutical Company, $106,000.

38.     Mettler-Toledo thermal analysis education grant in honor of Professor Edith Turi.  (9/2000).  Mettler-Toledo, $116,000.

39.     Construction of a high pressure high temperature ELT apparatus. (7/01-6/03).  Mitsubishi Chemical Corporation, $150,000.

40.     Crystallization technology development. (1/02-1/04).  Pfizer, Inc., $350,000.

41.     Polymorphism Studies.  (6/02-5/03).  Fujisawa Pharmaceuticals, $20,000.

42.     Non-photochemical laser induced nucleation.  (6/02-5/05).  National Science Foundation, Total Grant $300,000. Subcontract to IIT $135,000.  (Co-PI).

43.     Crystallization Research. (9/02-3/04). Particle Technology and Crystallization Consortium (An Industry Sponsored Consortium) $400,000.

44.     Laser Induced Nucleation of Proteins.  10/01-1/02.  Mitsubishi Chemical Corp.  $25,000

45.     Crystallization of a Pharmaceutical Material.  1/03-6/03.  Schering-Plough, $25,000.

46.     Methods to Produce Nano-Crystalline Organic Materials.  2/03-8/03. Five Star Technology, $25,000.

47.     Crystallization Research 3/04-3/05.  Particle Technology and Crystallization Consortium (An Industry Sponsored Consortium) $400,000

48.     Precipitation Processes. 6/04-11/04.  Baxter Healthcare Corporation, $40,000

49.     Crystallization of Microspheres.  6/04-5/05.  Epic Therapeutics, Inc./Division of Baxter Healthcare Corporation, $84,623.

50.    Rapid Detection and Response Systems for Bio-Defense.  9/04-10/05.
       The US Army Medical Research Acquisition Activity, $903,544.

51.    Rapid Detection and Response Systems for Bio-Defense.  10/1/05-
       9/30/08.  Naval Research Laboratory, $914,000.

52.    Crystallization Process Development.  6/1/05-12/31/05.  Dr. Reddy's
       Laboratories, $30,000.

53.    Nucleation, Crystal Growth and Morphology Research.  9/1/05-
       8/31/06.  Hoffmann-LaRoche Inc., $50,000.

54.    Crystallization of Terepthalic Acid, 4/1/06-6/30/07.  SABIC Inc.,
       $175,000.

55.    Polymorph Screening, 4/1/06-6/20/07.  Barnstead International,
       $150,000.

56.    Crystallization Process Development, 7/1/06-7/1/11.  Cargill,
       $250,000

57.    Crystallization Research, 9/1/06-12/1/09, Particle Technology and
       Crystallization Center, $200,000.

58.    Reprocessing of Ammonium Perchlorate, 1/1/07-3/30/08, Amtec Inc
       (Subcontract from University of Alabama), $75,000.

59.    Continuous Crystallization Studies, 5/1/07-4/30/08, Johnson and
       Johnson, $95,000.

60.    Salt Screening Methods, 6/1/07-12/31/07, Johnson and Johnson,
       $50,000

61.    Continuous Crystallization Process Development, 4/15/09-4/14/10
       Novartis Pharmaceuticals, $120,000.

62.    Continuous Crystallization of API Integrated with Continuous
       Pharmaceutical Manufacturing,  3/15/09-8/31/10 MIT/Novartis,
       $395,000

63.    Development of Laboratory Continuous Crystallization Apparatus,
       Methods and Procedures.  6/1/09-5/31/10 Pfizer, $125,000

64.    Control of Crystal Size and Shape of an API,   9/1/09-1/31/10 Logical

Therapeutics, $40,000

65.  Model development for the re-crystallization of calcium sulfate dihydrate in the wallboard manufacturing process, 5/1/10-4/30/11, United States Gypsum Corp. (USG), $115,000

66.  Novartis-MIT Center for Continuous Manufacturing (Co-PI) 9/1/07-8/31/12, Novartis , $2,000,000

67.  Crystal Engineering for the Control of Polymorphism, Crystal Size Crystal Shape, 2/1/11-3/31/12, Dr. Reddy's Laboratories, $150,000

68.  Compact on Demand Continuous Flow Manufacturing of Pharmaceuticals (Co-PI with K. Jensen and T. Jamison, 10/1/11-9/31/15, DARPA, $5,298,608.

69.  Novartis-MIT Center for Continuous Manufacturing (Co-PI) 9/1/12-8/31/17, Novartis $5,000,000

70.  Crystallization of Terephthalic Acid 4/15/13-4/15/14, SABIC $150,000.

71.  OCP-MIT Program in Phosphate Processing  9/1/13-8/31/16, OCP, $3,080,572 (Co-PI with A. Hatton, D. Blankenschtein, R. Braatz)

72.  Novel Methods for the Production and Purification of Terephthalic Acid  4/1/14-3/31/17,  Reliance Industries, $525,000

73.  Solids Module for  Pharmacy on Demand  4/15/2015-4/14/2017, DARPA, $860,000

74.  Pharmacy on Demand, Phase III and Demonstration  (Co_PI with K. Jensen and T. Jamison)  1/1/2016-  7/1/2017 DARPA  $2,000,000.

75.  **A**utomated **S**ystem for **K**nowledge-based **C**ontinuous **O**rganic **S**ynthesis (ASKCOS) (co-investigator, K. Jensen PI)  2/1/16-1/31/19) DARPA $10,000,000.

76.  Pharmacy on Demand GMP Demonstration (Co-PI with K. Jensen And T. Jamison)  10/1/2016-9/30/2018  DARPA $2,000,000

77.  **A**utomated **S**ystem for **K**nowledge-based **C**ontinuous **O**rganic **S**ynthesis (ASKCOS) supplement for Rapid Crystallization Process Development  9/1/2017-8/31/2019   DARPA $796,000

78.  Nucleation Enhanced Crystallization of Pharmaceuticals in Continuous Flow Manufacturing to Mitigate Therapeutic Drug Shortages.  3/1/2019-2/28/2021 NIH SBIR (Subcontract from DeNovX)  $395,881.

79.  Time Series Analysis From Video Data For Optimizing and Controlling  Unit Operations.   2/1/2020-1/31/2022 Takeda, $600,000

80.  Continuous Manufacturing of API's and Intermediates. 1/4/21-1/3/27, $1,700,000 Millenium (Takeda) Pharmaceuticals

81.  Increasing Concentration of Therapeutic Proteins in Formulated Products.  9/1/2020-8/31/2022  Baxalta/Takeda $938,000.

82.  Controlled Protein Capture for via Continuous Crystallization and Precipitation for Monoclonal Antibody Manufacture.  9/1/2021-8/31/2023, FDA $3,572,685 (Co-Investigator, R. Braatz PI).

83.  Time Series Analysis From Video Data For Optimizing and Controlling  Unit Operations Phase 2. .   4/1/2022-3/31/2024 Takeda, $700,000

84.  Development of an Integrated Continuous cGMP Facility for mRNA Manufacture.  10/1/2022-9//31/2025 FDA $80,000,000 (Associate Director and Co-Investigator, R. Braatz PI).

85.  Continuous Drug Manufacturing From Biomass Derived Building Blocks .  10/1/2022-9/31/2025   FDA   $3,000,000 (Co Investigator, T. Stelzer PI)

86.  Time Series Analysis From Video Data For Optimizing and Controlling  Unit Operations Phase 3 .  4/1/2023-4/31/2025 Takeda, $764,835

87.  Novel Plug flow Continuous Crystallizer with Diaphragm-Driven Suspension Transfer  9/1/2023-8/31/2026 NSF (Subcontract from University of Puerto Rico) $444,000

88.  LNP Modelling and Novel Protein Encapsulation Techniques 12/1/2024 -12/31/2027 Gates Foundation $2,000,000 (with Braatz and Trout)

89.  Time Series Analysis From Video Data For Optimizing and Controlling  Unit Operations Phase 4 .   4/1/2025-3/31/2026 Takeda $200,000.

60

VI.  OTHER ACTIVITIES

1. Member of the Board of Technical Advisors for the Cordova Capital Technology Fund.  (1997-2004).

2. Member of the Technical Advisory Committee, Accelrys (Molecular Simulations) Molecular Crystallization Consortium.  (1997-2003).

4. Member of the Board of Directors of Hartford Research, LLC.  (1998-2003).

5. Member of the Scientific Advisory Committee, SSCI, Inc.  (2001-2006).

6. Co-Founder and Director of the Particle Technology Crystallization Consortium.  An Industry-University Consortium.  (2002-2008).

7. Member, Scientific Advisory Committee, Baxter Global Drug Delivery Business (2004-2007).

8. ACS Prospectives Meeting on Polymorphism Co-Chair (2002, 2003)

9. ACS Prospectives Meeting on Crystallization Processes Co-Chair (2006, 2007)

10. Member of the Scientific Advisory Board, Aptuit Inc.  (2007-2009)

11. Member of Scientific Advisory Board, Solid State Pharmaceutical Center, University of Limerick, Ireland (2008-2012)

12. Chairman Scientific Advisory Board, GenSyn Technologies and member of the Board of Directors  (2011-2017)

13. Member of the Scientific Advisory Board, Blue Spark Technologies (2013-2016)

14. Member of Scientific Advisory Board, Genentech—Small Molecule Development (2014-2015)

15. Member of Scientific Advisory Board—Continuous Pharmaceuticals (2014--)

16.    Member of the International Scientific Advisory Board—Max Planck Institute  For Dynamics of Complex Technical Systems (2017-2023)

17.    Member of Technology Advisory Board— Circ (Tyton Biosciences) (2020-)

18.    Scientific Advisor—On Demand Pharmaceuticals (2022-).

19.    Scientific Advisor—Syre Inc.  (2025).

## CURRICULUM VITAE

# Paul J. Reider, Ph.D.
United States of America Citizenship

**BUSINESS**
Princeton University
Department of Chemistry
Frick Laboratory
Princeton, NJ 08544
(609) 258-5027
e-mail: **preider@princeton.edu**

**HOME**
377 Walnut Lane
Princeton, NJ 08540
(609) 924-4365 (home)
(805) 795-7800 (cell)

## EMPLOYMENT HISTORY

| **PRINCETON UNIVERSITY** | **From – To** |
|---|---|
| Lecturer at the Rank of Professor Department of Chemistry | 7/15 - 6/21 [Retired] |
| Pharmaceutical Specialist & Lecturer Department of Chemistry | 8/08-7/15 |

| **AMGEN, INC.** | **From – To** |
|---|---|
| Vice President, Chemistry Research & Discovery | 4/02 – 11/07 |

| **MERCK/MRL** | **From – To** |
|---|---|
| Vice President, Process Research | 2/95 - 4/02 |
| Executive Director | 2/91 - 1/95 |
| Director | 5/89 - 2/91 |
| Assistant Director | 1/87 - 5/89 |
| Research Fellow | 5/84 - 12/86 |
| Senior Research Chemist | 9/80 - 5/84 |

### EDUCATION

| School | Date | Major/Minor/Courses | Degree |
|---|---|---|---|
| Washington Square College (NYU) | 1972 | Psychology/Chemistry | A. B. |
| University of Vermont | 1978 | Organic Chemistry | Ph.D. |
| Colorado State University | 1978-1980 | NIH Postdoctoral Fellow | |

### ACADEMIC AND PROFESSIONAL HONORS

17. 2011 National Academy of Sciences Award for *Chemistry in Service to Society* (May 2011)
16. B. R. Baker Memorial Lecturer of 2006 – June 2006
15. Earle B. Barnes Award for Leadership in Chemical Research (ACS National Award) -2003
14. Novartis Chemistry Lectureship – 2003
13. Senior Editor – "Science of Synthesis" -- 2003 -- present

12. Prix Galien 2000 Innovative Product Award – June 2000 (Singulair™ )
11. Prix Galien 2000 Research Team Award- June 2000 (Singulair™ )
10. Merck Board of Directors Scientific Award – 1998 (Crixivan™ )
9. Senior Editor - "Current Opinion in Drug Discovery & Development"
8. National Research Council - Board of Chemical Sciences & Technology (1998-2001)
7. Herman S. Bloch Memorial - University of Chicago – 1996
6. Chair - 1996 Gordon Research Conference - Heterocyclic Compounds
5. Vice Chair - 1995 Gordon Research Conference - Heterocyclic Compounds
4. NSF Workshop on Synthesis July 1988
3. MRL Ambassador Program (to Colorado State University) (1982-1990)
2. Merck Speakers List (1982 - 2002)
1. National Research Service Award (NIH Postdoctoral Fellow) 1979-1980

## EDITORIAL AND ADVISORY BOARDS

12. Medicines for Malaria Venture  -- Expert Scientifc Advisory Committee  -2010 -- present
11. TB Alliance  -- Scientific Advisory Committee  - 2010 - present
10. Emory Institute For Drug Discovery – Advisory Board  - 2009 – 2013
9. Tetraphase Pharmaceuticals  --  Scientific Advisor   2009 -- present
8. Satori Pharmaceuticals  -- Advisory Board  -- 2009 – 2013
7. Chemical & Engineering News Advisory Board – 2006 to 2009
6. ACS Executive Directors' 2010 Committee – 2004 to present
5. Steering Committee BCST – Challenges for the Chemical Sciences in the 21st Century – 2003
4. Steering Committee & BCST – Challenges for the Chemical Sciences in the 21st Century – Workshop on Health and Medicine (National Research Council) – 2002
3. Editorial Advisory Board – "Journal Organic Chemistry"
2. Editorial Advisory Board - "Organic Letters"
1. Editorial Advisory Board – Journal of the American Chemical Society

## ACADEMIC VISITING COMMITTEES

3. Chemical Engineering Advisory Board, University of California Santa Barbara
2. Member – California Institute of Technology Division of Chemistry & Chemical Engineering
1. Harvard Overseers' Committee to Visit the Department of Chemistry & Chemical Biology

## PUBLICATIONS

182. **Diastereoselective syntheses of substituted cis-hydrindanones featuring sequential inter-and intramolecular Michael reactions;** **J** Liu, MA Marsini, TA Bedell, PJ **Reider**, EJ Sorensen - Tetrahedron, 72, 3713, 2016

181. **Targeting NAD$^+$ Metabolism in the Human Malaria Parasite *Plasmodium falciparum*** Jessica K. O'Hara, Lewis J. Kerwin, Simon A. Cobbold, Jonathan Tai, Thomas A. Bedell, Paul J. Reider,  Manuel Llinás;  PLoS ONE; 2014 April; 9(4):e94061

180. **Highly Loaded Nanoparticulate formulation of Progesterone for Emergency Traumatic brain Injury Treatment; Carlos E. Figueroa, Paul J. Reider, Panee Burckel, A. Alan Pinkerton & Robert K. Prud'homme; *Therapeutic Delivery;* 2012, 3 (11), p.1269**

179. **A Concise and Convergent Synthesis of PA-824  Maurice A. Marsini, Paul J. Reider*, and Erik**

2

J. Sorensen[*]; *J. Org. Chem.*, 2010, *75* (21), pp 7479–7482

178. **Stereoselective Synthesis of *anti-N*-Protected 3-Amino-1,2-epoxides by Nucleophilic Addition to *N-tert*-Butanesulfinyl Imine of a Glyceraldehyde Synthon**[‡] Scott S. Harried, Michael D. Croghan, Matthew R. Kaller, Patricia Lopez, Wenge Zhong, Randall Hungate and Paul J. Reider *J. Org. Chem.*, 2009, *74* (16), pp 5975–5982

177. "Practical synthesis of the calcimimetic agent, cinacalcet", Tetrahedron Letters, (2008), 49(1), 13, Oliver R. Thiel·, Charles Bernard, Wanda Tormos, Alan Brewin, Shuji Hirotani[a], Kazuo Murakami[a], Kenji Saito[a], Robert D. Larsen[a], Michael J. Martinelli[a] and Paul J. Reider[a]

176. "Design, Synthesis, and Biological Evaluation of Potent c-Met Inhibitors", J. Med.Chem, (2008), *51* (18), 5766–5779, Noel D. D'Angelo[*][‡], Steven F. Bellon[‡], Shon K. Booker[‡], Yuan Cheng[‡], Angela Coxon[§], Celia Dominguez[‡], Ingrid Fellows[‡], Douglas Hoffman[∥], Randall Hungate[‡], Paula Kaplan-Lefko[§], Matthew R. Lee[‡], Chun Li[‡], Longbin Liu[‡], Elizabeth Rainbeau[‡], Paul J. Reider[‡], Karen Rex[§], Aaron Siegmund[‡], Yaxiong Sun[‡], Andrew S. Tasker[‡], Ning Xi[‡], Shimin Xu[‡], Yajing Yang[§], Yihong Zhang[§], Teresa L. Burgess[§], Isabelle Dussault[§] and Tae-Seong Kim

175. "An Integrated High-Throughput Screening Approach for Purification of Solid Organic Compounds by Trituration and Crystallization in Solvents", Organic Process Research & Development (2008), 12, 58–65, Helming Tan,* Maggie Reed, Kyung H. Gahm, Tony King, Mina Dilmeghani Seran, Tracy Bostick, Van Luu, David Semin, Janet Cheetham, Rob Larsen, Mike Martinelli, and Paul Reider

174. "Identification of a Nonpeptidic and Conformationally Restricted Bradykinin B1 Receptor Antagonist with Anti-Inflammatory Activity", J. Med. Chem, (2007), 50, 607-610, D. D'Amico, T. Aya, J. Human, C. Fotsch, J.J. Chen, K. Biswas, B. Riahi, M.H. Norman, C.A. Willoughby, R. Hungate, P.J. Reider, G. Biddlecome, D Lester-Zeiner, C. Van Staden, E. Johnson, A. Kamassah, L. Arik, J. Wang, V.N. Viswanadhan, R.D. Groneberg, J. Zhan, H. Sizuke, A. Toro, D.A. Mareska, D.E. Clarke, D.M. Harvey, L.E. Burgess, E.R. Laird, B. Askew, G. Ng

173. "New Air-Stable Catalysts for General and Efficient Suzuki-Miyaura Cross-Coupling Reactions of Heteroaryl Chlorides", Organic Letters, (2006), 8,9, 1787-1789, A.S. Guram, A.O. King, J.G. Allen, X. Wang, L.B. Schenkel, J. Chan, E.E. Bunel, M.M. Faul, R.D. Larsen, M.J. Martinelli, P.J. Reider

172. A Practical Synthesis of 2-((Pyrrolo[2,3-b]pyridine-4yl)methylamino)-5-fluoronicotinic Acid, J. Org. Chem, 2006, 71, 4021-4023, X Wang, B Zhi, J Baum, Y. Chen, R. Crockett, L. Huang, S. Eisenberg, J. Ng, R. Larsen, M. Martinelli, P.J. Reider

171. "Effect of Microwave Heating on Ullmann-Type Heterocycle-Aryl Ether Synthesis Using Chloro-Heterocycles", Tetrahedron Letters, (2006), 47,29, 5045-5048, N.D. D'Angelo, J.J. Peterson, S.K. Booker, I. Fellows, C. Dominguez, R. Hungate, P.J. Reider, T-S. Kim

170. "A Highly Enantioselective Catalyst for Asymmetric Hydroformylation of [2.2.1]-Bicyclic Olefins", Tetrahedron Letters, (2005), 46,45, 7831-7834, J. Huang, E. Bunel, A. Allgeier, J. Tedrow, T. Storz, J. Preston, T. Correll, D. Manley, T. Soukup, R. Jensen, P.J. Reider

169. "A Soluble Base for the Copper-Catalyzed Imidazole N-Arylations with Aryl Halides", J. Org. Chem., 2005, 70, 10135-10138, L. Liu, M. Frohn, N. Xi, C. Dominguez, R. Hungate, P.J. Reider

3

| 168. | "Synthesis of a Substance P Antagonist: An Efficient Synthesis of 5-Substituted-4-*N*,*N*-dimethylamino-1,2,3-triazoles", <u>Organic Process Research & Development</u>, 2005, 9,4, 490-498, M. Journet, D. Cai, D.L. Hughes, J.J. Kowal, R.D. Larsen, P.J. Reider |
|---|---|
| 167. | "Regio-Controlled Synthesis of *N*-substituted Imidazoles", <u>Tetrahedron Letters</u>, (2005), 46,43, 7315-7319, N. Xi, S. Xu, Y. Cheng, A.S. Tasker, R.W. Hungate, P.J. Reider |
| 166. | "An Efficient Synthesis of an $\alpha_v\beta_3$ Antagonist", <u>J. Org.Chem.</u>, 2004, 69, 1959-1966, N. Yasuda, Y. Hsiao, M.S. Jensen, N.R. Rivera, C. Yang, K.M. Wells, J. Yau, M. Palucki, L. Tan, P.G. Dormer, R.P. Volant, D.L. Hughes, P.J. Reider |
| 165. | "Efficient Synthesis of NK$_1$ Receptor Antagonist Aprepitant Using a Crystallization-Induced Diastereoselective Transformation", <u>J. Am. Chem. Soc.</u>, 2003, 125, 2129-3135, K.M.J. Brands, J.F. Payack, J.D. Rosen, T.D. Nelson, A. Candelario, M.A. Huffman, M.M. Zhao, J. Li, B. Craig, Z.J. Song, D.M. Tschaen, K. Hansen, P.N. Devine, P.J. Pye, K. Rossen, P.G. Dormer, R.A. Reamer, C.J. Welch, D.J. Mathre, N.N. Tsou, J.M. McNamara, P.J. Reider |
| 164. | "Highly Regioselective Friedländer Annulations with Unmodified Ketones Employing Novel Amine Catalysts: Syntheses of 2-Substituted Quinolines, 1,8-Naphthyridines, and Related Heterocycles", <u>J. Org. Chem.</u>, 2003, 68, 467-477, P.G. Dormer, K.K. Eng, R.N. Farr, G.R. Humphrey, J.C. McWilliams, P.J. Reider, J.W. Sager, R.P. Volante |
| 163. | "A Practical Synthesis for the Core Structure of a Family of Selective Prostaglandin D$_2$ Receptor Antagonists", <u>J. Org. Chem.</u>, 2003, 68, 2338-2342, K.R. Campos, M. Journet, D. Cai, J.J. Kowal, S. Lee, R.D. Larsen, P.J. Reider |
| 162. | "Novel synthesis of sulfones from $\alpha$, $\alpha$-dibromomethyl aromatics", <u>Tetrahedron Letters</u> (2003), 44, 1283-1286, Feng Xu, Kimberly Savary, J. Michael Williams, E.J.J. Grabowski, P.J. Reider. |
| 161. | "Practical Routes to the Triarylsulfonyl Chloride Intermediate of a ß$_3$ Adrenergic Receptor Agonist", <u>Tetrahedron Letters</u> (2003), 59,8, 1317-1325, N. Ikemoto, J Liu, K.M.J. Brands, J.M. McNamara and P.J. Reider |
| 160. | "Preparation of a Clinically Investigated Ras Farnesyl Transferase Inhibitor", <u>J of Heterocyclic Chemistry</u>, (2003), 40, 229-241, P.E. Maligres, M.S. Waters, S.A. Weissman, J.C. McWilliams, S Lewis, J Cowen, R.A. Reamer, R.P. Volante, P.J. Reider, D Askin |
| 159. | "An Efficient Synthesis of a Doxorubicin-Peptide Conjugate", <u>Synlett</u> (2003), 05, Y-J Shi, M Cameron, U.H. Dolling, D.R. Lieberman, J.E. Lynch, R.A.Reamer, M.A. Robbins, R.P. Volante, P.J. Reider |
| 158. | "A Stereoselective Aldol Reaction Via Diisopinocampheyl Boron-Enolate in Preparation of Chromane Carboxylate with Quaternary Carbon", <u>Tetrahedron Letters</u>, (2003), 44,28, 5285-5288, F. Lang, D. Zewge, Z.J. Song, B. Mirlinda, P. Dormer, D. Tschaen, R.P. Volante, P.J. Reider |
| 157. | "Asymmetric Synthesis of Cyclic Hydroxy Ketones Derived from Enol Ethers via Sharpless Asymmetric Dihydroxylation. A Study in the Correlation of the Enol Ether Chain Length and Enantioselectivity.", <u>J. Org. Chem.</u> (2003), 68, 8088, Benjamin F. Marcune, Sandor Karady, Paul J. Reider, Ross A. Miller, Mirlinda Biba, Lisa DiMichele, and Robert A. Reamer. |
| 156. | "Stereoselective Synthesis from a Process Research Perspective", <u>Drug Discovery Today</u>, (2002) 7,5, 303-314, M.C. Hillier, P.J. Reider |

4

| 155. | "Efficient One-Pot Synthesis of the 2-Aminocarbonylpyrrolidin-4-ylthio-Containing Side Chain of the New Broad-Spectrum Carbapenem Antibiotic Ertapenem", 2002, J. Org. Chem., 67, 4771-4776, K.M.J. Brands, R.B. Jobson, K.M. Conrad, J.M. Williams, B. Pipik, M. Cameron, A.J. Davies, P.G. Houghton, M.S. Ashwood, I.F. Cottrell, R.A. Reamer, D.J. Kennedy, U-H. Dolling, P.J. Reider |
|---|---|
| 154. | "Solvent-Dependent Dynamic Kinetic Asymmetric Transformation/Kinetic Resolution in Molybdenum-catalyzed Asymmetric Allylic Alkylations", 2002, J. Org. Chem., 67, 2762-2768, D.L. Hughes, M. Palucki, N. Yasuda, R.A. Reamer, P.J. Reider |
| 153. | "Development of a New and Practical Route to Chiral 3,4-Disubstituted Cyclopentanones: Asymmetric Alkylation and Intramolecular Cyclopropanation as Key C-C Bond-Forming Steps", 2002, J. Org. Chem., 67, 5508-5516, M. Palucki, J.M. Um, N. Yasuda, D.A. Conlon, F-R Tsay, F.W. Hartner, Y. Hsiao, B Marcune, S. Karady, D.L. Hughes, P.G. Dormer, P.J. Reider |
| 152. | "Efficient Synthesis of 6-mono-bromo-1,1'-bi-2naphthol", Tetrahedron Letters (2002), 43,22, 4055-4057, D Cai, R.D. Larsen, P.J. Reider. |
| 151. | "Practical Enantioselective Synthesis of a COX-2 Specific Inhibitor", Tetrahedron Letters, (2002), 58,37, 7403-7410, L Tan, C-Y Chen, W Chen, L Frey, A.O. King, R.D. Tillyer, F Xu, D Zhao, E.J.J. Grabowski, P.J. Reider, et al. |
| 150. | "Aza-Diels-Alder/intramolecular Heck Cyclization Approach to the Tetrahydro-ß-Carboline Skeleton of the Ajmaline/Sarpagine Alkaloids", Tetrahedron Letters (2002), 43,21, 3871-3874, J.T. Kuethe, A. Wong, I.W. Davies, P.J. Reider |
| 149. | "Asymmetric Aza-Diels-Alder Reactions of Indole 2-carboxaldehydes", Tetrahedron Letters (2002), 43,1, 29-32, J.T. Kuethe, I.W. Davies, P.G. Dormer, R.A. Reamer, D.J. Mathre, P.J. Reider |
| 148. | "Practical Asymmetric Synthesis of Aprepitant, a Potent Human NK-1 Receptor Antagonist, via a Stereoselective Lewis Acid-Catalyzed Trans Acetalization Reaction, J. Org. Chem. (2002), 67, 6743-6747, M.M. Zhao, J.M. McNamara, G-J Ho, K.M. Emerson, Z.J. Song, D.M. Tschaen, K.M.J. Brands, U-H. Dolling, E J.J. Grabowski, P.J. Reider. |
| 147. | "A general method for the highly diastereoselective, kinetically controlled alkylation of (+)-nopinone", Tetrahedron Letters (2002), 43, 6957-6959, K.R. Campos, S. Lee, M. Journet, J.J. Kowal, D. Cai, R.D. Larsen, P.J. Reider. |
| 146. | "Effective Lithiation of 3-Bromopyridine: Synthesis of 3-Pyridine Boronic Acid and Variously 3-Substituted Pyridines", Tetrahedron Letters (2002), 43, 4285, D. Cai, R.D. Larsen, P.J. Reider. |
| 145. | "Efficient Synthesis of the Optically Active Dihydropyrimidinone of a Potent a1A-Selective Adrenoceptor Antagonist", Can J. Chem (2002), 80, 646, D.R. Sidler, N Barta, W Li, E Hu, L mtty, N. Ikemoto, J.S. Campbell, M. Chartrain, K. Gbewonyo, R. Boyd, E.G., Corley, R.G. Ball, R.D. Larsen, P.J. Reider. |
| 144. | "Asymmetric Synthesis of 1,2,3-Trisubstituted Cyclopentanes and Cyclohexanes as Key Compenents of Substance P Antagonists, J. Org. Chem. (2002), 67, 5993-6000, J.T. Kuethe, A. Wong, J Wu, I.W. Davies, P.G. Dormer, C.J. Welch, M.C. Hillier, D.L. Hughes, P.J. Reider. |
| 143. | "Experimental and Theoretical Studies on the Oxidative Addition of Palladium(0) to ß-chlorovinamidinium salts", Tetrahedron Letters, (2001), 57,24, 5061-5066, I.W. Davies, J Wu, J-F |

|     | Marcoux, M Taylor, D Hughes, P.J. Reider and R.J. Deeth |
| --- | --- |
| 142. | "Asymmetric Synthesis of *cis*-aminochromanol", <u>Tetrahedron Letters,</u> (2001), 42,50, 8743-8745, K.B. Hansen, P. Rabbat, S.A. Springfield, P.N. Devine, E.J.J. Grabowski, P.J. Reider |
| 141. | "Radical Alkylation of *N*-alkyl 1,2,4-triazoles", <u>Tetrahedron Letters,</u> (2001), 42,42, 7353-7355, K.B. Hansen, P.Rabbat, S.A. Springfield, R. Desmond, P.N. Devine, E.J.J. Grabowski, P.J. Reider |
| 140. | "Asymmetric Synthesis of (2S,3S)-3-hydroxy-2-phenylpiperidine Via Ring Expansion", <u>Tetrahedron Letters,</u> (2001), 42,36, 6223-6225, J. Lee, T. Hoang, S. Lewis, S.S. Weissman, D. Askin, R.P. Volante, P.J. Reider |
| 139. | "A Highly Efficient Synthesis of 2-[3-aminopropyl]-5,6,7,8-tetrahydronaphthyridine via a Double Suzuki Reaction and a Chichibabin Cyclization", <u>Tetrahedron Letters</u> (2001), 42, 6811, M. Palucki, D.L. Hughes, N. Yasuda, C. Yang, P.J. Reider. |
| 138. | "Practical Routes Toward the Synthesis of 2-halo- and 2-alkylamino-4-pyridine-carboxaldehydes", <u>Tetrahedron Letters</u> (2001), 42, 6815, L.F. Frey, K. Marcantonio, D.E. Frantz, J.A. Murry, R.D. Tillyer, E.J.J. Grabowski, P.J. Reider. |
| 137. | "A General Preparation of Pyridines and Pyridones via the Annulation of Ketones and Esters", <u>J. Org. Chem.</u> (2001), 66(12), 4194-4199, J-F. Marcoux, F-A. Marcotte, J. Wu, P. Dormer, I.W. Davies, D. Hughes, P.J. Reider. |
| 136. | "Controlled Semihydrogenation of Aminoalkynes Using Ethylenediamine as a Poison of Lindlar's Catalyst", <u>J. Org. Chem.</u> (2001), 66(10), 3634-3635, K.R. Campos, D. Cai, M. Journet, J.J. Kowal, R.D. Larsen, P.J. Reider. |
| 135. | "Highly Regioselective Friedlaender Reaction", <u>Org. Lett.</u> (2001), 3(8), 1101-1103, Y. Hsiao, N.R. Rivera, N. Yasuda, D.L. Hughes, P.J. Reider. |
| 134. | "Molybdenum-catalyzed Asymmetric Allylic Alkylation Reactions Using Mo(CO)6 asPrecatalyst", <u>Adv. Synth. Catal.</u> (2001), 343(1), 46-50, M. Palucki, J.M. Um, D.A. Conlon. N. Yasuda, D.L. Hughes, B. Mao, J. Wang, P.J. Reider. |
| 133. | "A Double Ring Closing Metathesis Reaction in the Rapid, Enantioselective Synthesis of NK-1 Receptor Antagonists", <u>Org. Lett.</u> (2001), 3(5), 671-674, D.J. Wallace, J.M. Goodman, D.J. Kennedy, A.J. Davies, C.J. Cowden, M.S. Ashwood, I.F. Cottrell, U.H. Dolling, P.J. Reider. |
| 132. | "Asymmetric Bioreductions:  Application to the Synthesis of Pharmaceuticals", <u>J. Mol.,  Catal. B: Enzym.</u> (2001), 11(4-6), 503-512, M. Chartrain, R. Greasham, J. Moore,  P.J. Reider, D. Robinson, B. Buckland. |
| 131. | ".beta.-Regioselective Intermolecular Heck Arylation of N,N-disubstituted Allylamines", <u>Tetrahedron Lett.</u> (2001), s42(2), 159-162, J. Wu, J-F. Marcoux, I.W. Davies, P.J. Reider. |
| 130. | "A General [3 + 2 + 1] Annulation Strategy for the Preparation of Pyridine N-oxides", <u>Org. Lett.</u> (2001), 3(2), 209-211, I.W. Davies, J-F. Marcoux, P.J. Reider. |
| 129. | "Preparation and Novel Reduction Reactions of Vinamidinium Salts", <u>J. Org. Chem.</u> (2001), 66(1), 251-255, I.W. Davies, M. Taylor, J-F. Marcoux, J. Wu, P.G. Dormer, D. Hughes, P.J. Reider. |

| 128. | "Improved Method for Rapid Evaluation of Chiral Stationary Phase Libraries", <u>Org. Lett.</u> (2001), 3(1), 95-98, C.J. Welch, S.D. Pollard, D.J. Mathre, P.J. Reider. |
| 127. | "Stereoselective Hydrogen Bromide-promoted Hydrogenation of an .alpha.-hydroxy Oxime", <u>Tetrahedron Lett.</u> (2000), 41(42), 8021-8025, I.W. Davies, M. Taylor, J-F. Marcoux, L. Matty, J. Wu, D. Hughes, P.J. Reider. |
| 126. | "Highly Enantioselective 1,2-Addition of Lithium Acetylide –Ephedrate Complexes: Spectroscopic Evidence for Reaction Proceeding via a 2:2 Tetramer, and X-ray Characterization of Related Complexes", <u>J. Am. Chem. Soc.</u> (2000), 122(45), 11212-11218, F. Xu, R.A. Reamer, R. Tillyer, J.M. Cummins, E.J.J. Grabowski, D.B. Collum, J.C. Huffman, P.J. Reider. |
| 125. | "A Practical Synthesis of a COX-2-Specific Inhibitor", <u>J. Org. Chem.</u> (2000), 65(25), 8415-8420, I.W. Davies, J-F. Marcoux, E.G. Corley, M. Journet, D-W. Cai, M. Palucki, J. Wu, R.D. Larsen, K. Rossen, P.J. Pye, L. DiMichele, P. Dormer, P.J. Reider. |
| 124. | "Hydrogen Iodide-Promoted Reduction of .beta.-Chlorovinamidinium Salts", <u>Org. Lett.</u> (2000), 2(21), 3385-3387, I.W. Davies, M. Taylor, D. Hughes, P.J. Reider |
| 123. | "Practical Modifications and Applications of the Sharpless Asymmetric Aminohydroxy-lation in the One-Pot Preparation of Chiral Oxazolidine-2-Ones", <u>Org. Lett.</u> (2000), 2(18) 2821-2824, N.S. Barta, D.R. Sidler, K.B. Somerville, S.A. Weissman, R.D. Larsen, P.J. Reider. |
| 122. | "Highly Asymmetric Dihydroxylation of 1-aryl-1'-pyridyl alkenes", <u>Tetrahedron Lett.</u> (2000), 41(25), 4865-4869, X. Wang, M. Zak, M. Maddess, P. O'Shea, R. Tillyer, E.J.J. Grabowski, P.J. Reider. |
| 121. | "Annulation of Ketones with Vinamidinium Hexafluorophosphate Salts: An Efficient Preparation of Trisubstituted Pyridines", <u>Org. Lett.</u> (2000), 2(15), 2339-2341, J-F. Marcoux, E.G. Corley, K. Rossen, P. Pye, J. Wu, M.A. Robbins, I.W. Davies, R.D. Larsen, P.J. Reider. |
| 120. | "Selective Monolithiation of 2,5-dibromopyridine with butyllithium", <u>Tetrahedron Lett.</u> (2000), 41(22), 4335-4338, X. Wang, P. Rabbat, P. O'Shea, R. Tillyer, E.J.J. Grabowski, P.J. Reider. |
| 119. | "An Efficient Preparation of Vinamidinium Hexafluorophosphate Salts", <u>J. Org. Chem.</u> (2000), 65(15), 4571-4574, I.W. Davies, J-F. Marcoux, J. Wu, M. Palucki, E.G. Corley, M.A. Robbins, N. Tsou, R.G. Ball, P. Dormer, R.D. Larsen, P.J. Reider. |
| 118. | "Rhodium-carbenoid-mediated Intermolecular O-H Insertion Reactions: A Dramatic Additive Effect. Application in the Synthesis of an Ascomycin Derivative", <u>Tetrahedron Lett.</u> (2000), 41(12), 1877-1881, T. Nelson, Z.J. Song, A.S. Thompson, M. Zhao, DeMarco, R.A. Reamer, M.F. Huntington, E.J.J. Grabowski, P.J. Reider. |
| 117. | "Synthesis of an Anti-Methicillin-Resistant Staphylococcus Aureus (MRSA) Carbapenem via Stannatrane-Mediated Stille Coupling", <u>Org. Lett.</u> (2000), 2(8), 1081-1084, M.S. Jensen, Yang, Y. Hsiao, N. Rivera, K.M. Wells, J.Y. Chung, N. Yasuda, D.L. Hughes, P.J. Reider |
| 116. | "A Practical and Efficient Preparation of the Releasable Naphthosultam Side Chain of a Novel Anti-MRSA Carbapenem", <u>J. Org. Chem.</u> (2000), 65(5), 1399-1406, R.A. Miller, G.R. Humphrey, D.R. Lieberman, S.S. Ceglia, D.J. Kennedy, E.J.J. Grabowski, P.J. Reider. |
| 115. | "Rapid Assembly of Substituted Dihydrocyclohepta[3,4]pyrrolo[1,2-a]indoles via Novel, Carbene-Based, Rearrangement Reaction, <u>J. Am. Chem. Soc.</u> (2000), 122(6), 1215-1216, L.F. Frey, R.D. |

| | Tillyer, S.G. Ouellet, R.A. Reamer, E.J.J. Grabowski, P.J. Reider. |
|---|---|
| 114. | "Bioreactor Systems in Drug Metabolism: Synthesis of Cytochrome P450-Generated Metabolites", <u>Metabolic Engineering</u> (2000), 115-125, T.H. Rushmore, P.J. Reider, D. Slaughter, C. Assang, M. Shou. |
| 113. | "Practical Asymmetric Synthesis of an Endothelin Receptor Antagonist", <u>J. Org. Chem.</u> (1999), 64(26), 9658-9667, Z.J. Song, M. Zhao, R. Desmond, P. Devine, D.M. Tschaen, R. Tillyer, L. Frey, R. Heid, F. Xu, B. Foster, J. Li, R. Reamer, R. Volante, E.J.J. Grabowski U.H. Dolling, S. Okada, Y. Kato, E. Mano, P.J. Reider. |
| 112. | "Efficient and Practical Synthesis of a Potent anti-MRSA.beta.-Methylcarbapenem Containing a Releasable Side Chain", <u>J. Am. Chem. Soc.</u> (1999), 121(49), 11261-11266, G.R. Humphrey, R.A. Miller, P.J. Pye, K. Rossen, R.A. Reamer, A. Maliakal, S.S. Ceglia, E.J.J. Grabowski, R.P. Volante, P.J. Reider. |
| 111. | "Sequential Nitromethane Conjugate Addition/Elimination-Pd-Catalyzed Allylation of .beta.-Trifloxy Acrylates. Application to Carbapenem Synthesis", <u>Org. Lett.</u> (1999), 1(11), 1783-1785, J.Y.L. Chung, E.J.J. Grabowski, P.J. Reider. |
| 110. | "A highly Convergent Synthesis of a Fibrinogen Receptor Antagonist", <u>J. Org. Chem.</u> (1999), 64(21), 7751-7755, F.W. Hartner, R.J. Cvetovich, F-R. Tsay, J.S. Amato, B. Pipik, E.J.J. Grabowski, P.J. Reider. |
| 109. | "Practical Chemoenzymatic Synthesis of a 3-pyridylethanolamino.beta.3 adrenergic receptor Agonist", <u>Tetrahedron Lett.</u> (1999), 40(37), 6739-6743, J.Y.L. Chung, G-J, Ho, M. Chatrain, Roberge, D. Zhao, J. Leazer, R. Farr, M. Robbins, K. Emerson, D.J. Mathre, J.M. McNamara, D.L. Hughes, E.J.J. Grabowski, P.J. Reider. |
| 108. | "Enantioselective Alkynylation of Aromatic Aldehydes Catalyzed by Readily Available Chiral Amino Alcohol-Based Ligands", <u>Synthesis</u> (1999), (Spec. Iss.), 1453-1458, Z. Li, V. Upadhyay, A.E. DeCamp, L. DiMichele, P.J. Reider. |
| 107. | "(1S,2R)-1-aminoindan-2-ol (1H-inden-2-ol, 1-amino-2,3-dihydro-(1S-cis)-)", <u>Org. Synth.</u> (1999), 76, 46-56, J.F. Larrow, E. Roberts, T.R. Verhoeven, K.M. Ryan, C.H. Senanayake, E.N. Jacobsen, P.J. Reider. |
| 106. | "(R )-(+)- and (S)-(-)-2,2'-bis(diphenylphosphino)-1,1'binaphyl (BINAP) (phosphine, [1,1'binaphthalene]-2,2'diylbis[diphenyl-, (R ) and (S))", <u>Org. Synth.</u> (1999), 76, 6-11, D. Cai, J.F. Payack, D.R. Bender, D.L. Hughes, T.R. Verhoeven, P.J. Reider. |
| 105. | "Synthesis of benzofuroquinolizine for .alapha.-2 adrenoceptor antagonsit MK-912: an O-analogue of the Pictet-Spengler reaction", <u>Tetrahedron Lett.</u> (1999), 40(27), 4917-4920, J. Albaneze-Walker, K. Rossen, R.A. Reamer, R.P. Volante, P.J. Reider. |
| 104. | "Resolution of 1,1'-bi-2-naphtol (1,1'-binaphthalene]-2,2'-diol), <u>Org. Synth.</u> (1999), 76, 1-5, Cai, D.L. Hughes, T.R. Verhoeven, P.J. Reider. |
| 103. | "Metabolic Interactions Between Mibefradil and HMG-CoA Reductase Inhibitors: An In Vitro Investigation with Human Liver Preparations", <u>Br. J. Clin. Pharmacol.</u> (1999), 47(3), 291-298, T. Prueksaritanont, M. Bennett, C. Tang, Y. Meng, C. Assang, P. Lu, J.H. Lin, T.A. Baillie, P.J. Reider. |
| 102. | "Efficient Syntheses of 2-(3',5'-difluorophenyl)-3-(4'-methylsulfonylphenyl)cyclopent-2-enone, a |

| | potent COX-2 inhibitor", Tetrahedron (1999), 55(19), 6001-6018, D. Zhao, F. Xu, C-Y. Chen, R.D. Tillyer, E.J.J. Grabowski, P.J. Reider, C Black, N Ouimet and P Prasit |
|---|---|
| 101. | "A Chemical Synthesis of Nicotinamide Adenine Dinucleotide (NAD+), Chem. Commun, (Cambridge) (1999), (8), 729-730, J. Lee, H. Churchill, W-B. Choi, J.E. Lynch, F.E. Roberts R.P. Volante, P.J. Reider. |
| 100. | "A Novel, Highly Enantioselective Ketone Alkynylation Reaction Mediated by Chiral Zinc Aminoalkoxides", Angew. Chem., Int. Ed. (1999), 38(5), 711-713, L. Tan, C-Y. Chen, R.D. Tillyer, E.J.J. Grabowski, P.J. Reider. |
| 99. | "Semisynthesis of an Antifungal Lipopeptide Echinocandin", J. Org. Chem. (1999), 64(7), 2411-2417, M. Journet, D. Cai, L.M. DiMichele, D.L. Hughes, R.D. Larsen, T.R. Verhoeven P.J. Reider. |
| 98. | "Oxidation of Primary alcohols to Carboxylic Acids with Sodium Chlorite Catalyzed by TEMPO and Bleach", J. Org. Chem. (1999), 64(7), 2564-2566, M. Zhao, J. Li, E. Mano, Z. Song, D.M. Tschaen, E.J.J. Grabowski, P.J. Reider. |
| 97. | "Highly Chemoselective Trichloroacetimidate-Mediated Alkylation of Ascomycin: A Convergent, Practical Synthesis of the Imunosuppressant L-733,725, J. Org. Chem. (1999), 64(6), 1859-1867, Z. Song, A. DeMarco, M. Zhao, E.G. Corley, A.S. Thompson, J. McNamara, Y. Li, D. Rieger, P. Sohar, D.J. Mathre, D.M. Tschaen, R.A. Reamer, M.F. Huntington, G-J. Ho, F-R. Tsay, K. Emerson, R. Shuman, E.J.J. Grabowski, P.J. Reider. |
| 96. | "A CLFSE/MM study on the Role of Ligand Bite-Angle in Cu(II)-Catalyzed Diels-Alder Reactions", Tetrahedron Lett. (1999), 40(7), 1233-1236, I.W. Davies, R.J. Deeth, R.D. Larsen, P.J. Reider. |
| 95. | "Crystallization-induced Asymmetric Transformation: Stereospecific Synthesis of L-768,673, Tetrahedron (1999), 55(4), 909-918, Y-J. Shi, K.M. Wells, P.J. Pye, W-B. Choi, H.R.O. Churchill, J.E. Lynch, A. Maliakal, J.W. Sager, K.Rossen, R.P. Volante, P.J. Reider |
| 94. | "Improved Stereoselectivity in the Heterogeneous Catalytic Synthesis of Enalapril Obtained Through Multidimensional Screening", Tetrahedron Lett. (1999), 40(5), 831-834, M. Huffman, P.J. Reider. |
| 93. | "Enantioselective alkynylation of Aromatic Aldehydes Catalyzed by Readily Available Chiral Amino Alcohol-Based Ligands", Synthesis (1999), 1453-1458, Z. Li, V. Upadhyay, A. DeCamp, L. DiMichele, P.J. Reider. |
| 92. | "Enantioselective 1,4-addition of aryllithium reagents to α,β-unsaturated tert-butyl esters in the presence of chiral additives", 1998, Tetrahedron: Asymmetry, 9,10, 1651-1655, F. Xu, R.D. Tillyer, D.M. Tschaen, E.J.J. Grabowski, P.J. Reider |
| 91. | "[2.2]PHANEPHOS-Ruthenium(II) Complexes: Highly active asymmetric catalysts for the hydrogenation of ß-ketoesters", Tetrahedron Letters, (1998), 39/25, 4441-4444, P.J. Pye, K. Rossen, R.A. Reamer, R.P. Volante, P.J. Reider |
| 90. | "An Efficient Asymmetric Synthesis of a Potent COX-2 Inhibitor L-784,512", Tetrahedron Letters, (1998), 39,23, 3961-3964, L. Tan, C-y Chen, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 89. | "A Highly Enantioselective Asymmetric Hydrogenation Route to ß-(2R,3S)-methyltryptophan", |

| | |
|---|---|
| | Tetrahedron Letters, (1998), 39,21, 3455-3458, R.S. Hoerrner, D. Askin, R.P. Volante, P.J. Reider |
| 88. | "An Improved and Practical Procedure for the Synthesis of Substituted Phenylacetylpyridines", Tetrahedron Letters, (1998), 39,13, 1717-1720, M. Journet, C. Dongwei, R.D. Larsen, P.J. Reider |
| 87. | "A Practical Preparation of Diisopropyl Phosphoryl Protected Amino Acids", Tetrahedron Letters, (1998), 39,52, 9583-9586, K.M.J. Brands, K. Wiedbrauk, J.M. Williams, U.-H. Dolling, P.J.Reider |
| 86. | "Efficient Synthesis of N-arylpiperazinones Via a Selective Intramolecular Mitsunobu Cyclodehydration", Tetrahedron Letters, (1998), 39,41, 7459-7462, S.A. Weissman, S. Lewis, D. Askin, R.P. Volante, P.J. Reider |
| 85. | "An Efficient Asymmetric Hydrogenation Approach to the Synthesis of the Crixivan® Piperazine Intermediate", Tetrahedron Letters, (1998), 39,38, 6823-6826, K. Rossen, P.J. Pye, L.M. DiMichele, R.P. Volante, P.J. Reider |
| 84. | "A Novel Chromium Trioxide Catalyzed Oxidation of Primary Alcohols to theCarboxylic Acids", Tetrahedron Letters (1998), 39 5323-5326, M. Zhao, J. Li, Z. Song, R. Desmond, D. Tschaen, E.J.J. Grabowski, P.J. Reider. |
| 83. | "Ni-catalyzed Nucleophilic Conjugate Additions of Grignard and Organozincate Reagents to Substituted 4-Vinylpyridines.  General Synthesis of Phosphodiesterase IV Inhibitors". Tetrahedron, (1998), 54, 1185-1195, I.N. Houpis, J. Lee, I. Dorziotis, A. Molina  R.A. Reamer, R.P. Volante and P.J. Reider. |
| 82. | "Crystallization-Induced Asymmetric Transformation:  Stereospecific Synthesis of L-768,673", Tetrahedron (1998), 909-918, Y-J. Shi, K. Wells, P. Pye, W-B. Choi, H. Churchill, J. Lynch, A. Maliakal, J. Sager, K. Rossen, R. Volante, P.J. Reider. |
| 81. | "Practical Synthesis of Anti-Methicillin-Resistant Staphylococcus Aureus (MRSA) Carbapenem L-742,728", J. Org. Chem. (1998), 63, 5438-5446, N. Yasuda, M. Huffman G-J. Ho, L. Xavier, C. Yang, K. Emerson, F-R. Tsay, Y. Li, M. Kress, D. Rieger, S. Karady  P. Sohar, N. Abramson, A. DeCamp, D. Mathre, A. Douglas, U-H. Dolling, E. Grabowski, P.J. Reider. |
| 80. | "A Stereoselective Synthesis of a 2-functionalized-methyl-1β-methylcarbapenem KeyIntermediate via Decarboxylation, Chem. Commun. (1998), 1817-1818, W-B. Choi, J. Lee, J. Lynch, R. Volante, R. Reamer, P.J. Reider. |
| 79. | "Practical Synthesis of α-Amino Acids Using CIS-Aminoindanol Derived Hippuric Acid Amide as a Glycine Enolate Equivalent", Tetrahedron Letters, (1998), 39(22), 3679-3682, J. Lee, W-B. Choi, J. Lynch, R. Volante, P.J. Reider. |
| 78. | "A Stereospecific Decarboxylation; a Key Reaction to an Intermediate for .beta.-Methyl-carbapenems", Synth. Appl. Isot. Labelled Compd. 1997, W-B. Choi, H.R.O. Churchill, J.E. Lynch, A.S. Thompson, G.R. Humphrey, R.P. Volante, I. Shinkai, P.J. Reider. |
| 77. | "Nickel Catalyzed Addition of Organozincates to Optically Pure Vinylic Sulfoxides.  Synthesis of the Phosphodiesterase IV Inhibitor L-765,527 (CDP-840)", Tetrahedron Letters, (1997), 38,41, 7131-7134, I.N. Houpis, A. Molina, I. Dorziotis, R.A. Reamer, R.P. Volante, P.J. Reider |
| 76. | "A Convenient and Economical Method for the Preparation of DIP-Chloride™  and Its Application |

| | |
|---|---|
| | in the Asymmetric Reduction of Aralkyl Ketones", <u>Tetrahedron Letters</u> (1997), 38(15), 2641-2644. M. Zhao, A.O. King, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 75. | "A Stereospecific Decarboxylation; a Key Reaction to an Intermediate for B-Methylcarba-penems, "W.-B. Choi, H.R.O. Churchill, J.E. Lynch, A.S. Thompson, G.R. Humphrey, R.P. Volante, P.J. Reider, I. Shinkai, D.K. Jones and D.C. Liotta, *Synthesis and Applications of Isotopically Labelled Compounds* Proceedings of the Sixth International Symposium, Phil. PA 14-18 September 1997, Ed. J.R. Heys and D.G. Melillo, John Wiley and Sons, London 1998. |
| 74. | "Advances in AIDS Chemotherapy:  The Asymmetric Synthesis of CRIXIVAN[TM]". <u>Chimia 51</u> (1997), 306, P.J. Reider. |
| 73. | "Synthesis of the Orally Active Spiroindoline-Based Growth Hormone Secretagogue, MK-677". <u>Tetrahedron</u>, (1997), 53(32), 10983-10992.  P.E. Maligres, I. Houpis, Rossen, A. Molina, J. Sager, V. Upadhyay, K.M. Wells, R.A. Reamer, J.E. Lynch, Askin, R.P. Volante, P. Houghton and P.J. Reider. |
| 72. | "Nosylaziridines:  Activated Aziridine Electrophiles".  <u>Tetrahedron Letters</u>, (1997), 38(30), 5253-5256.  P.E. Maligres, M.M. See, D. Askin and P.J. Reider. |
| 71. | "Mechanistic Study of the Jacobsen Asymmetric Epoxidation of Indene", <u>J. Org. Chem.</u> (1997), (62(7), 2222-2229, D.L. Hughes, G.B. Smith, Ji Liu, G.C. Dezeny, C. Senanayake, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 70. | "Syntheses of Indoles via a Palladium-Catalyzed Annulation Between Iodoanilines and Ketones", <u>J. Org. Chem.</u>, (1997), 62(9), 2676-2677, C. Cheng, D.R. Lieberman, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 69. | "A Conformational Toolbox of Oxazoline Ligands", <u>Tetrahedron Letters</u>, (1997), 38(7), 1145-1148, I.W. Davies, L. Gerena, D. Cai, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 68. | "A Highly Diastereoselective Electrochemical Epoxidation", <u>Tetrahedron Letters</u>, (1997) 38(5), 777-778, K. Rossen, R.P. Volante, P.J. Reider |
| 67. | "Practical Asymmetric Synthesis", <u>Chemistry & Industry,</u> (1996)**,** 412, I.W. Davies, P.J. Reider. |
| 66. | "Concise Synthesis of Conformationally Constrained Pybox Ligands", <u>J. Org. Chem.</u>, (1996) 61(26), 9629-9630, I.W. Davies, L. Gerena, N. Lu, R.D. Larsen, P.J. Reider |
| 65. | "Tandem Asymmetric Transformations:  An Asymmetric 1,2-Migration from a Higher  Order Zincate Coupled with a Stereoselective Homoaldol Reaction", <u>J. Am. Chem. Soc.</u> (1996), 118(47), 11970-11971, J.C. McWilliams, J.D. Armstrong, N. Zheng, M. Bhupathy, R.P. Volante, P.J. Reider |
| 64. | "Mechanistic Studies on the Diastereoselective Halohydroxylation of .Gamma.-.Delta. Unsaturated Carboxamides", <u>Tetrahedron Letters,</u> (1996), 37(38), 6843-6846, K. Rossen, R.A. Reamer, R.P. Volante, P.J. Reider |
| 63. | "Regioselective Nucleophilic Substitutions of Fluorobenzene Derivatives", <u>Tetrahedron Letters</u>, (1996), 37(36), 6439-6442, K.M. Wells, Y-J. Shi, J.E. Lynch, G.R. Humphrey, R.P. Volante, P.J. Reider |
| 62. | "Asymmetric Synthesis of Conformationally Constrained cis-1-amino-1-phenyl-2- cyclohexanol", |

11

| | |
|---|---|
| | Tetrahedron: Asymmetry, (1996), 7(5), 1501-1506, C.H. Senanayake, R.D. Larsen, L.M. DiMichele, J. Liu, P.H. Toma, R.G. Ball, T.R. Verhoeven, P.J. Reider |
| 61. | "Practical Asymmetric Synthesis", Chem. Ind. (London), (1996), (11), 412-415, I.W. Davies, P.J. Reider |
| 60. | "Practical Route to a New class of LTD4 Receptor Antagonists", J. Org. Chem., (1996), 61(10), 3398-405, R.D. Larsen, E.G. Corley, A.O. King, J.D. Carroll, P. Davis, T.R. Verhoeven, M. Labelle, J.Y. Gauthier, P.J. Reider |
| 59. | "The Role of 4-(3-phenylpropyl)pyridine N-oxide (P3NO) in the Manganese-Salen-Catalyzed Asymmetric Epoxidation of Indene", Tetrahedron Letters, (1996), 37(19) 3271-3274, C.H. Senanayake, G.B. Smith, K.M. Ryan, L.E. Fredenburgh, J. Liu, Roberts, D.L. Hughes, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 58. | "An Expedient One-Pot Synthesis for Protected 2-thia-5-azabicyclo[2.2.1]heptan-3-ones. Versatile Intermediates in the Synthesis of Carbapenem Sidechains", Tetrahedron Letters, (1996), 37(17), 2919-2, K.M.J. Brands, G. Marchesini, J.M. Williams, U.H. Dolling, P.J. Reider |
| 57. | "Application of Indane-Derived C2-Asymmetric bis(oxazolines) in Two-Point Binding Asymmetric Diels-Alder Reactions", Tetrahdron Letters, (1996), 37(11), 1725-6, I.W. Davies, C.H. Senanayake, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 56. | "Application of a Ritter-Type Reaction to the Synthesis of Chiral Indane-Derived C2- Symmetric bis(oxazolines), Tetrahedron Letters, (1996), 37(6), 813-14, I.W. Davies C.H. Senanayake, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 55. | "Cyclic Imidate Salts in Acyclic Stereochemistry: Diastereoselective Syn-Epoxidation of 2-Alkyl-4-Enamides to Epoxyamides". Tetrahedron, (1996), 52(9), 3327-3338, P.E. Maligres S.A. Weissman, V. Upadhyay, S.J. Cianciosi, R.A. Reamer, R.M. Purick, J. Sager, K. Rossen, K.K. Eng, D. Askin, R.P. Volante and P.J. Reider. |
| 54. | "Practical Route to a New Class of LTD4 Receptor Anagonists", J. Org. Chem., (1996), (61)10, 3398-3405, R.D. Larsen, E.G. Corley, A.O. King, J.D. Carroll, P. Davis, T.R. Verhoeven, P.J. Reider. |
| 53. | "A Mechanistic Study of Ester Olefinations Using Dimethyltitanocene". Organometallics, (1996), 15(2), 663-7. D.L. Hughes, J.F. Payack, D. Cai, T.R. Verhoeven, P.J. Reider. |
| 52. | "A Convergent Synthesis of a Novel Non-Peptidyl Growth Hormone Secretagogue, L-692,429". Tetrahedron Letters, (1995), 36(52), 9445-8. M. Bhupathy, J.J. Bergan, J.M. McNamara, R.P. Volante, P.J. Reider. |
| 51. | "An Unusual Stereoselective Decarboxylation: A Key Reaction to an Important Intermediate for Carbapenem Antibiotics". J. Org. Chem., (1995), 60(26), 8367-70, W. Choi, H.R.O., Churchill, J.E. Lynch, R.P. Volante, I. Shinkai, D.K. Jones, D.C. Liotta, P.J. Reider. |
| 50. | "The Behavior of Indene Oxide in the Ritter Reaction: A Simple Route to cis-aminoindanol", Tetrahedron Letters, (1995), 36,23, 3993-3996, C.H. Senanayake, F.E. Roberts, L.M. DiMichele, K.M. Ryan, J. Liu, L.E. Fredenburgh, B.S. Foster, A.W. Douglas, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 49. | "Simple and Efficient Resolution of 1,1'-bis-2-naphthol". Tetrahedron Letters, (1995), 36(44), |

|  | 7991-4.  D. Cai. D.L. Hughes, T.R. Verhoeven, P.J. Reider. |
|---|---|
| 48. | "Asymmetric Hydrogenation of 3-alkylidene-2-piperidones Using Noyori's Catalyst.  Effect of N-substituents on the Enantioselectivity".  Tetrahedron Letters. (1995), 36(41), 7379-82. J.Y.L. Chung, D. Zhao, D.L. Hughes, J.M. McNamara, E.J.J. Grabowski, P.J.Reider. |
| 47. | "Highly Diastereoselective Diels-Alder Reaction Mediated by a Chiral Auxiliary Derived from Aminoindanol:  The Role of Conformation on Diastereoselectivity".  Tetrahedron Letters, (1995), 36(42), 7619-22.  I.W. Davies, C.H. Senanayake, L. Castonguay, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 46. | "Regio- and Stereocontrolled Syntheses of Cyclic Chiral Cis-Amino Alcohols from 1,2- Diols or Epoxides".  Tetrahedron Letters, (1995), 36(42), 7615-18.  C.H. Senanayake, L.M. DiMichele, J. Liu, L.E. Fredenburgh, K.M. Ryan, F.E. Roberts, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 45. | "Asymmetric Hydrogenation of Tetrahydropyrazines:  Synthesis of (S)-piperazine-2-tert-butylcarboxamide, An Intermediate in the Preparation of the HIV Protease Inhibitor Indinavir".  Tetrahedron Letters, (1995), 36(36), 6419-22.  K. Rossen, S.A. Weissman, J. Sager, R.A. Reamer, D. Askin, R.P. Volante, P.J. Reider. |
| 44. | "A Practical Synthesis of 5-(chloromethyl)furo[2,3-b]pyridine, a Key Intermediate for the HIV Protease Inhibitor, L-754,394".  J. Heterocycl. Chem., (1995), 32(4), 1283-7. M. Bhupathy, D.A. Conlon, K.M. Wells, J.R. Nelson, K. Rossen, J.W. Sager, R.P. Volante, B.D. Dorsey, P.J. Reider. |
| 43. | "A Practical Synthesis of the 5-chloromethylfuro[2,3-b]pyridine pharmacophore".  Tetrahedron Letters, (1995), 36(26), 4571-4.  W-B. Choi, I.N. Houpis, H.R.O. Churchill, A. Molina, J.E. Lynch, R.P. Volante, A.O. King, P.J. Reider. |
| 42. | "Asymmetric Reduction of Keto Oxime Ethers Using Oxazaborolidine Reagents.  The Enantioselective Synthesis of Cyclic Amino Alcohols".  Tetrahedron Letters, (1995), 6(25) 4337-40.  R.D. Tillyer, C. Boudreau, D. Tschaen, U.-H. Dolling, P.J. Reider. |
| 41. | "Michael Additions of 3,3-dimethylacrylamides and Amines:  Synthesis of the Growth Hormone Secretagogue L-692,585".  Synth. Commun., (1995), 25(14), 2197-202.  K.M. Wells, K. Rossen, D. Askin, F.W. Hartner, Jr., R.P. Volante, P.J. Reider. |
| 40. | "Diastereoselective Syn-epoxidation of 2-alkyl-4-enamides to Epoxyamides:  Synthesis of the Merck HIV-1 Protease Inhibitor Epoxide Intermediate".  Tetrahedron Letters, (1995), 36(13), 2195-8.  P.E. Maligres, V. Upadhyay, K. Rossen, S.J. Cianciosi, R.M. Purick, K. Eng, R.A. Reamer, D. Askin, R.P. Volante, P.J. Reider. |
| 39. | "Synthesis of Functionalized Furo[2,3-b]pyridines Via Iodopyridones.  Preparation of a Key Intermediate to a New HIV Protease Inhibitor L-754,394".  Tetrahedron Letters, (1994), 35(50), 9355-8.  I.N. Houpis, W-B. Choi, A. Molina, H. Churchill, J.E. Lynch, R.P. Volante, P.J. Reider. |
| 38. | "Synthesis of Chiral 2,2'-Bis(diphenylphosphino)-1,1'-binaphthyl (BINAP) via a Novel Nickel-Catalyzed Phosphine Insertion". J. Org. Chem., (1994), 59(23), 7180-1.  D. Cai J.F. Payack, D.R. Bender, D.L. Hughes, T.R. Verhoeven, P.J. Reider. |
| 37. | "Synthesis of the 5-HT1D Receptor Agonist MK-0462 via Pd-catalyzed CouplingReaction".  Tetrahedron Letters, (1994), 35(38), 6981-4.  C. Chen, D.R. Lieberman, R.D. Larsen, R.A. Reamer, T.R. Verhoeven, P.J. Reider. |

13

| 36. | "Synthesis of a New Generation Reverse Transcriptase Inhibitor via the BC13/GaC13-Induced Condensation of Anilines with Nitriles (Sugasawa Reaction)". Tetrahedron Letters, (1994), 35(37), 6811-14. I.N. Houpis, A. Molina, A.W. Douglas, L. Xavier, J. Lynch, R.P. Volante, P.J. Reider. |
|---|---|
| 35. | "Nature of N-Bromosuccinimide in Basic Media: The True Oxidizing Species in the Hofmann Rearrangement". J. Am. Chem. Soc., (1994), 116(17), 7947-8. C.H. Senanayake, L.E. Fredenburgh, R.A. Reamer, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 34. | "Highly Diastereoselective Reaction of a Chiral, Non-racemic Amide Enolate with (S)- glycidyl tosylate. Synthesis of the Orally Active HIV-1 Protease Inhibitor L-735,524". Tetrahedron Letters, (1994), 35(5), 673-6. D. Askin, K. Eng., K. Rossen, R.M.Purick, K.M. Wells, R.P. Volante, P.J. Reider. |
| 33. | "Magnesium-assisted Imidazole Formation from Unreactive Ureas." Tetrahedron Letters, (1994), 35(32), 5775-8. C.H. Senanayake, L.E. Fredenburgh, R.A. Reamer, J. Liu, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 32. | "Enantioselective Synthesis of 1,3-dioxygen-substituted Chiral Building Blocks". Synlett, (1994), (3), 199-200. C.H. Senanayake, R.D. Larsen, T.J. Bill, J. Liu, E.G. Corley, P.J. Reider. |
| 31. | "A Stereoselective Synthesis of a Key 1ß-methylcarbapenem Intermediate via a Diastereo- selective Decarboxylation". Tetrahedron Letters, (1994), 35(15), 2275-8. W-B. Choi, H.R.O. Churchill, J.E. Lynch, A.S. Thompson, G.R. Humphrey, R.P. Volante, I. Shinkai, P.J. Reider. |
| 30. | "A Facially-Selective Protonation Controls the Stereochemistry of a Key Intermediate in the Synthesis of 1ß-Methylcarbapenems". J. Org. Chem., (1994), 59(14), 3749-51. D.K. Jones, D.C. Liotta, W-B. Choi, R.P. Volante, I. Shinkai, H.R.O. Churchill, J.E. Lynch, P.J. Reider. |
| 29. | "Improved Fischer Indole Reaction for the Preparation of N,N-Dimethyltryptamines: Synthesis of L-695,894, a Potent 5-HT1D Receptor Agonist". J. Org. Chem., (1994), 59(13), 3738-41. C. Chen, C.H. Senanayake, T.J. Bill, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 28. | "Aluminum-Amine Complexes for the Conversion of Carboxylic Esters to Amides. Application to the Synthesis of LTD4 Antagonist MK-0679". J. Org. Chem., (1994), 59(6), 1231-3. D.R. Sidler, T.C. Lovelace, J.M. McNamara, P.J. Reider. |
| 27. | "Palladium Catalyzed Diastereoselective Addition of Secondary Alcohols to Acyloxy-azetidinones". Bioorg. Med. Chem. Lett., (1993), 3(11), 2393-6. A.M. Madar, G.R. Humphrey, A.S. Thompson, T.R. Verhoeven, P.J. Reider. |
| 26. | "Stereocontrolled Functionalization of the Diene System of Compactin." Tetrahedron Letters, (1993), 34(38), 6021-4. C.H. Senanayake, T.J. Bill, L.M. DiMichele, C. Chen, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 25. | "A Practical Chemoenzymic Synthesis of an LTD4 Antagonist." Tetrahedron: Asymmetry, (1993), 4(5), 865-874. D.L. Hughes, Z. Song, G.B. Smith, J.J. Bergan, G.C. Dezeny, E.J.J. Grabowski, P.J. Reider |
| 24. | "An Efficient Synthesis of LTD4 Antagonist L-699,392". J. Org. Chem., (1993), 58(14), 3731-5. A.O. King, E.G. Corley, R.K. Anderson, R.D. Larsen, T.R. Verhoeven, Y.B. Xiang, M. Belley, lY. Leblanc, P.J. Reider, et al. |
| 23. | "Towards the Synthesis of HIV-protease Inhibitors. Synthesis of Optically Pure 3- carboxyl- |

| | |
|---|---|
| | decahydroisoquinolines". <u>Tetrahedron Letters</u>, (1993), 34(16), 2593-6.  I.N. Houpis, A. Molina, R.A. Reamer, J.E. Lynch, R.P. Volante, P.J. Reider. |
| 22. | "Condensation of 2-methylbenzoxazole with Aromatic Aldehydes Bearing Acidic Protons. A Convenient Coupling in the Synthesis of the HIV-reverse Transcriptase Inhibitor  L-696,229". <u>J. Org. Chem.</u>, (1993), 58(11), 3176-8.  I.N. Houpis, a. Molina, J.E. Lynch, R.A. Reamer, R.P. Volante, P.J. Reider. |
| 21. | "Rabbit Liver Esterase-mediated Enantioselective Synthesis of 2-arylpropanoic acids". <u>Tetrahedron Letters</u>, (1992), 33(40), 5901-4.  C.H. Senanayake, T.J. Bill, R.D. Larsen, J. Leazer, P.J. Reider. |
| 20. | "Friedel-Crafts Cyclization of 2-(3-Indolythio)propionic Acids.  An Unusual Rearrangement Leading to 4-sulfur-substituted tricyclic indoles". <u>Tetrahedron Letters</u>, (1992), 33(33), 4717-20. J.Y. Chung, R.A. Reamer, P.J. Reider. |
| 19. | "Enzymes and Practical Asymmetric Synthesis:, <u>Pure and Applied Chemistry</u>, (1992), 64, 1939. M. Bhupathy, P.J. Reider, et. al. |
| 18. | "A Modified Bischler-Napieralski Procedure for the Synthesis of 3-aryl-3,4-dihydroiso-quinolines". <u>J. Org. Chem.</u>, (1991), 56(21), 6034-8.  R.D. Larsen, R.A. Reamer, E.G. Corley, P. Davis, E.J.J. Grabowski, I. Shinkai, P.J. Reider. |
| 17. | "Regioselective Fischer Indole route to 3-unsubstituted Indoles".  <u>J. Org. Chem.</u>, (1991), 56(9), 3001-6.  D. Zhao, D.L. Hughes, D.R. Bender, A.M. DeMarco, P.J. Reider. |
| 16. | "Lipase-catalyzed Asymmetric Hydrolysis of Esters Having Remote Chiral/Prochiral Centers". <u>J. Org. Chem.</u>, (1990), 55(26), 6252-9.  D.L. Hughes, J.J. Bergan, J.S. Amato, E.J.J. Grabowski, P.J. Reider. |
| 15. | "Synthesis of (5R,10S,11R)-(+)-10,11-dihydro-5-methyl-5H-dibenzo[a,d]cyclohepten-5, 10-imin-11-ol:  A Hydroxylated Metabolite of MK-0801".  <u>J. Org. Chem.</u>, (1990), 55(1),  299-304. R.D. Larsen, P. Davis, E.G. Corley, T.R. Lamanec, E.J.J. Grabowski, P.J. Reider. |
| 14. | "α-Hydroxy Esters as Chiral Reagents:  Asymmetric Synthesis of 2-arylpropionic Acids". <u>J. Am. Chem. Soc.</u>, (1989), 111(19), 7650-1.  R.D. Larsen, E.J.J. Corley, E.J.J.  Grabowski, P.J. Reider. |
| 13. | "Synthesis of Unsymmetrical Dithioacetals:  An Efficient Synthesis of a Novel LTD4 Antagonist, L-660,711".  <u>J. Org. Chem.</u>, (1989), 54(15), 3718-21.  J.J. McNamara, J.L. Leazer, M. Bhupathy, J.S. Amato, R.A. Reamer,, E.J.J. Grabowski, P.J. Reider. |
| 12. | "Synthesis of Chiral Dithioacetals:  a Chemoenzymic Synthesis of a Novel LTD4 Antagonist".  J. Org. Chem., (1989), 54(8), 1787-8.  D.L. Hughes, J.J. Bergan, J.S. Amato, E.J.J. Grabowski, P.J.Reider. |
| 11. | "Chirality and Practical Synthesis".  <u>Chem. Ind.</u> (London), (1988), (12), 394-8. P.J. Reider. |
| 10. | "Synthesis of (*R)-serine-2-d and Its Conversion to the Broad-spectrum Antibiotic Fludalanine". <u>J. Org. Chem.</u>, (1987), 52(15), 3326-34.  R.S. Conn, P. Davis, V.J. Grenda, A.J. Zambito, E.J.J. Grabowski, P.J. Reider |
| 9. | "Crystallization-induced Asymmetric Transformation:  Stereospecific Synthesis of a Potent Peripheral CCK Antagonist".  <u>J. Org. Chem.</u>, (1987), 52(5), 955-7.  P. Davis, D.L. Hughes, |

| | |
|---|---|
| | E.J.J. Grabowski, P.J. Reider. |
| 8. | "A Synthesis of Ibogamine". J. Org. Chem., (1985), 50(9), 1464-7. M.E. Kuehne, P.J. Reider. |
| 7. | "Maytansinoids". Alkaloids (Academic Press), (1984), 23, 71-156. D.M. Roland, P.J. Reider. |
| 6. | "The Mechanism of Serine Fluorodehydroxylation: Carbon-13 and Fluorine-19 NMR Studies". Tetrahedron Letters, (1984), 25(27), 2851-4. A.W. Douglas, P.J. Reider. |
| 5. | "Total Synthesis of (-)Maysine". J. Am. Chem. Soc., (1983), 105, 5015. A.I. Meyers and P.J. Reider. |
| 4. | "Total Synthesis of Thienamycin: A New Approach from Aspartic Acid". Tetrahedron Letters, (1982), 23(22), 2293-6. E.J.J. Grabowski, P.J. Reider. |
| 3. | "Synthetic Approaches to Thienamycin: Carbon-carbon Bond Formation at C-4 of Azetidin-2-ones". Tetrahedron Letters, (1982), 23(4), 379-82. R. Rayford, E.J.J. Grabowski, P.J. Reider. |
| 2. | "Total Synthesis of (+)-maytansinol. The Common Precursor to the Maytansinoids". J. Am. Chem. Soc., (1980), 102(21), 6597-8. A.I. Meyers, A.L. Campbell, P.J. Reider. |
| 1. | "Stereoselective Synthesis of Threo-3-hydroxy-2-methylcarboxylic Acids Using Alkoxyalkyl Propionates", J. Am. Chem. Soc. (1979), 101(9), 2501-2. A.I. Meyers, P.J. Reider. |

## PATENTS

1. "An Improved Method for the Synthesis of Carbapenems Including Thienamycin, Penems and Oxapenem Carboxylic Acids". P.J. Reider and E.J.J. Grabowski. Case #16670IB - Antibiotic Synthesis filed 10/23/81.

2. "Preparation of 2-Deutero-D-Serine". E.J.J. Grabowski and P.J. Reider. US Patent #4,582,931, 4/15/86.

3. "Process for Resolution and Racemization of Amines with Acidic a-Hydrogens". P.J. Reider and E.J.J. Grabowski. Case #17383. US Patent #4,859,771, 8/22/89.

4. "Process for Unsymmetrical Dithioacetals and Dithioketals". P.J. Reider, J. McNamara, J. Amato, J. Leazer, and R. Reamer. US Patent #4,883,878, 11/28/89.

5. "Process for Preparing Leukotriene Antagonists", D.L. Hughes, J.J. Bergan, P.J. Reider, E.J.J. Grabowski, and J.S. Amato, European Patent #89313350.4, January 31, 1990; U.S. Patent #5,070,022, December 3, 1991.

6. "Resolution of a Carboxylic Acid", E.G. Corley, E.J.J. Grabowski, R.D. Larsen, and P.J. Reider, US Patent application 1989.

7. "Racemization of a Carboxylic Acid", R.D. Larsen and P.J. Reider, US Patent Application 1989.

8. "Process for Making an Epoxide", D. Askin, K. Eng., P.E. Maligres, K. Rossen, R.P. Volante, V. Upadhyay, P.J. Reider, PCT Int. Application 1995.

9. "Process for Making HIV Protease Inhibitors Containing N-tert-butyl-2-piperazine-carboxamide Derivative", K. Rossen, D. Askin, R.J. Varsolona, R.P. Volante, P.J. Reider, PCT Int. Application 1995.

10. "Process for Making HIV Protease Inhibitors", D. Askin, K. Rossen, R.J. Varsolona, K.M. Wells, P.J. Reider, PCT Int. Application.

11. "Preparation of ß-methylcarbapenem Intermediates", W-B. Choi, I. Shinkai, G.R. Humphrey, A.S. Thompson, R.P. Volante, P.J. Reider, Eur. Pat. Application.

12. "Racemization of a Carboxylic Acid, e.g., Ibuprofen Enantiomer", R.D. Larsen, P.J. Reider.

13. "Enzymic Preparation of Dithioacetal Quinoline Leukotriene Antagonists", D.L. Hughes, J.J. Bergan, E.J.J. Grabowski, J.S. Amato, P.J. Reider, US Pat Application.

14. "Resolution of a Carboxylic Acid", E.J. Corley, R.D. Larsen, E.J.J. Grabowski, P.J. Reider, US Patent Application.

15. Preparation of Quinolines Containing Unsymmetrical Dithioacetals and Dithioketals", J.S. Amato, J.M. McNamara, J.L. Leazer, R.A. Reamer, P.J. Reider, Eur. Pat. Application.

16. "A Process for the Preparation of 3(S)-amino-1,3-dihydro-1-methyl-2H-1,4-benzodiazepin-2- one from Its Racemate", E.J.J. Grabowski, P.J. Reider, Eur. Pat. Application.

17. "2-Deutero-D-serine", E.J.J. Grabowski, P.J. Reider, US Pat. Application.

18. "Antibiotic Synthesis", E.J.J. Grabowski, P.J. Reider, Eur. Pat. Application.

19. "Method of Synthesizing Furo[2,3-B]Pyridine Carboxylic Acid Esters", I. Houpis, A.Molina, J.E. Lynch, H.R.O. Churchill, R.P. Volante, W-B. Choi, P.J. Reider. Case #19204.  US Patent #5,489,685, 2/6/96.

20. "Conversion of Indene to (IS)-Amino-(2R)-Indanol Free of Any Stereoisomer by Combination of Dioxygenase Bioconversion and Chemical Steps", B.C. Buckland, N.C. Connors, M.C. Chartrain, F.P. Gailliot, R.L. Greasham, B. Jackey, B. Heimbuch, C. Lee, R.C. Olewinski, Jr., F.E. Roberts, T.R. Verhoeven, C.H. Senanayake, P.J. Reider, Case #19464IA, U.S. Patent #5,858,737.

21. "Process for Making HIV Protease Inhibitors", D. Askin, K. Rossen, R. Varsolona, R. Volante, K. Wells, P.J. Reider, Case  #19045CC, U.S. Patent #5,861,512.

22. "Method of Preparing Phosphodiesterase IV Inhibitors", W-B. Choi, H.R.D. Churchill J.E. Lynch, R.P. Volante, P.J. Reider, U.S. Patent #5,808,082.

23. "Controlled-release Pharmaceutical Preparations Containing Dihydroxy Open-acid and Salts of HMG-Co-A Reductase Inhibitors". R.D. Tillyer, P.J. Reider, E.J.J. Grabowski, F. Xu J.M. Vega. U.S. Patent Application

24. "Preparation and Formulation of Crystalline Simvastatin Acid Calcium Salt for Pharmaceutical Use as a HMG-CoA Reductase and CYP3A Inhibitor. R.D. Tillyer, P.J. Reider, E.J.J. Grabowski, F. Xu. U.S. Patent Application.

25. "Manufacture of Pyrazinone Compounds for Thrombin Inhibitors". D. Askin, F.J. Fleitz, R.S. Hoerrner, S. Lewis, P.E. Maligres, P.J. Reider, R.P. Volante, S.A. Weissman. British UK Patent Application

26. "Process for Stereoselective Synthesis of Enalapril". M.A. Huffman, P.J. Reider, Leblond, Y. Sun. U.S. Patent Application

27. "Titanium Catalyzed Preparation of Carbapenem Intermediates". P.J. Pye, P.J. Reider, K. Rossen, R.P. Volante. U.S. Patent Application

28. "Process for Preparing 4-alkoxycarbonyl-N-alkyl-(S)-piperazine-2-carboxamide". P.J. Pye, P.J. Reider, K. Rossen, R.P. Volante. British UK Patent Application

29. "Preparation of .beta.-methyl carbapenem Intermediates". W-B. Choi, J. Lee, J.E. Lynch, P.J. Reider, R.P. Volante. U.S. Patent Application

30. "Process for Enhancing the Optical Purity of 2R-[1-hydroxy-1-trifluoromethyl-3-cyclopropylpropyn-2yl]-4-chloroaniline". C.Y. Chen, P.J. Reider, E.J.J. Grabowski, L. Tan, R.D. Tillyer. U.S. Patent Application

**LECTURES**

1) April 1982 - University of Vermont, Burlington MRL Speakers List Presentation - "Total Synthesis of Thienamycin - A New Approach From Aspartic Acid".

2) Oct. 1982 - Colorado State University – Merck Speakers List Presentation

3) April 1983 - Guelph-Waterloo Research Center for Graduate Work in Chemistry – MRL Speakers List Presentation

4) May 1984 - Middle Atlantic Regional Meeting - ACS Newark, N.J. - MRL Speakers List Presentation

5) February 1985 - Wayne State University
MRL Speakers List Presentation

6) July 1986 - Gordon Research Conference - Organic Reactions and Processes Invited Lecture "The Complex Problem of Small Molecules - Fludalanine".

7) November 1986 - University of Illlnois, Champaign-Urbana MRL Speakers List Presentation:   "Stereospecific Synthesis of a Potent Peripheral CCK Antagonist".

8) March 1987 - Emory University
MRL Speakers List Presentation

9) November 1987 - Colorado State University "Organic Synthesis, Practically".

10) March 1988 - Society for Chemical Industry (London) Symposium: Chirality Recognition in Synthesis. Invited Lecture. "Chirality and Practical Syntheses".

11) September 1988 - Gulf Coast Chemistry Meeting, Invited Lecture Pennsacola,   Florida - "Selective  Synthesis  of  Unsymmetrical Dithioacetals: LTD4 Antagonists".

12) March 1989 - University of Maryland  - MRL Speaker's List Presentation

13) April 1989 - Florida State University  - MRL Speaker's List Presentation

14) July 1989 - Gordon Research Conference - Heterocyclic Chemistry. Invited Lecture "Heterocycles and Practical Asymmetric Synthesis".

15) December 1989 - Invited Lecturer - Pacific Basins Chemical Meeting, Honolulu, Hawaii

16) February 1990 - New York Academy of Science. Invited Lecturer - "Practical Asymmetric Synthesis".

17) February 1990 - University of Florida, Gainesville - MRL Speakers List Presentation

18) March 1990 - Emory University - MRL Speaker's List Presentation

19) January 1991 - French American Chemical Society, Captiva Island, Florida - Invited Lecturer

20) September 1991 - Gulf Coast Chemistry Conference, Invited Lecture "Practical Asymmetric Synthesis"

21) January 1992 - University of Pittsburgh - Invited Lecturer

22) March 1993 - Chiral Technologies Conference, Florida - Invited Lecturer

23) May 1993 - Chiral USA Conference, Washington, DC - Invited Lecturer

24) September 1993 - Gulf Coast Chemistry Conference, Florida - Invited Lecturer

25) October 1993 - University of Illinois at Urbana-Champaign  - Invited Lecturer

26) March 1994 - San Diego ACS Meeting - Invited Lecturer

27) September 1994 - Virginia Tech University - Invited Lecturer

28) December 1994 - Sheffield Stereochemistry Symposium (London) - Invited Lecturer

29) March 1995 - Harvard University - Invited Lecturer

30) March 1995 - Emory University - Invited Lecturer

31) April 1995 - Burroughs Wellcome Company
Invited Lecturer

32) June 1995 - University of Montreal - Invited Lecturer

33) October 1995 - Fine Chemistry Society, London - Invited Lecturer

34) December 1995 - Pacific Basins ACS Meeting (Hawaii) - Invited Lecturer

35) February 1996 - Princeton University - Invited Lecturer

36) March 1996 - University of Buffalo - Invited Lecture

37) April 1996 - Lehigh University - Invited Lecturer

38) May 1996 - Syntex Roche Symposium - University of Colorado at Boulder -
Invited Lecturer

39) September 1996 - Gulf Coast Chemistry Conference, Pensacola Beach, Florida -
Invited Lecturer

40) October 1996 - Engineering Foundation Conference, Boston, Invited Lecturer -
"Opportunities for Biocatalysis in the Pharmaceutical Industry:  Biology as a Chemical
Tool"

41) December 1996 - University of California, Irvine - Invited Lecturer

42) January 1997 - Presentation to the AP Chemistry Class at Nottingham High School -
Hamilton, New Jersey

43) March 1997 - CHIREX - 3rd Intl. Conf. On Process Development Chemistry, Amelia
Island, Florida, Keynote Address - "Opportunities for Biocatalysis in the Pharmaceutical
Industry:  Biology as a Chemical Tool"

44) April 1997 - University of Pennsylvania - Invited Lecturer

45) April 1997 - New Swiss Chemical Society Meeting, Switzerland, Invited Lecturer - "The
Asymmetric Synthesis of CRIXIVAN™ and Other HIV Therapeutical Agents"

46) June 1997 - 35th National Organic Chemistry Symposum , Trinity University, San
Antonio, Texas, Plenary Lecture, "New Therapies for AIDS - The Asymmetric Synthesis
of CRIXIVAN™"

47) August 1997 - 16th International Congress of Heterocyclic Chemistry, Montana State
University, Bozeman, Invited Lecturer, "New Therapies for AIDS - The Asymmetric
Synthesis of CRIXIVAN™"

48) October 1997 - Synthelabo Recherche, Paris, France, Invited Lecturer, "The Asymmetric
Synthesis of CRIXIVAN™, Indinavir, An Orally Active HIV Protease Inhibitor"

49) October 1998 - 8th Brazilian Meeting on Organic Synthesis, Sao Pedro, Brazil,
Invited Lecture "Practical Asymmetric Synthesis:  Reactions Mediated by Chiral
Aminoalkoxides"

50) April 1999 - University of California San Francisco Pharmchem Seminar - Invited
Lecturer

51) May 1999 - Drug Metabolism Annual Meeting, Skytop, PA - Invited Lecturer

52) July 1999 - 16th International Organic Chemistry Symposium, Cambridge, UK, Invited
Lecturer, "Practical Asymmetric Synthesis"

53) October 1999 – Baekeland Award Symposium Honoring Eric Jacobsen, New York City -
Invited Speaker

54) March 2000 - NY Academy of Sciences, Chemical Sciences Section -
Invited Speaker

55) May 2000 - Kohout Lecturer, Penn State University, Invited Lecturer, "Advances in Anti-
Viral Drug Therapies for the Treatment of AIDS"

56) January 2001 – Stanford University - Invited Lecturer

57) August 2001 – Royal Society of Chemistry Annual Conference, Birmingham, UK -
International Highlight Lecture, "Selectivity in Synthesis"

58) July 2002 – Gordon Research Conference – "Synthesis of NK1 Receptor Antagonists --
It's Not Nice to Fool Mother Nature"

59) October 2002 – Frontiers in Organic Chemistry, 7th Biennial Organic Symposium,
University of Illinois, Invited Lecturer, "Synthesis of Carbapenem Antibiotics & NK1
Receptor Antagonists - It's Not Nice to Fool Mother Nature"

60) November 2002 – Invited Lecturer - Colorado State University

61) August 2003 – 19th International Congress of Heterocyclic Chemistry, Colorado State

University - "Chemistry, Selectivity and the Biological Interface"

62) January 2004 – Connecticut Organic Chemistry Symposium – Invited Lecturer, "Chemistry, Selectivity and the Biological Interface"

63) April 2004 – New York University Department of Chemistry – "It's Not Nice To Fool Mother Nature: Synthesis of Pharmaceutically Active Molecules"

64) April 2004 – Department of Chemical Engineering 290 Seminar Series, University of California Santa Barbara - "It's Not Nice To Fool Mother Nature: Synthesis of Pharmaceutically Active Molecules"

65) May 2004 – 2004 Visions in Chemistry Symposium – "Chemistry, Selectivity and the Biological Interface"

66) October 2004 – Lecture, California Institute of Technology – "Chemistry, Selectivity and the Biological Interface"

67) March 2005 – Speaker – Department of Biochemistry, University of Texas Southwestern Medical Center - "Chemistry, Selectivity and the Biological Interface"

68) April 2005 – 2005 Organic Synthesis Lecturer, University of California Irvine - "Chemistry, Selectivity and the Biological Interface"

69) April 2005 – Symposium International en Synthese Organique de L'Universite de Montreal 2005 – Université of Montréal - "Chemistry, Selectivity and the Biological Interface"

70) May 2005 – University of Toronto Symposium - "Chemistry, Selectivity and the Biological Interface"

71) May 2005 – Scripps Distinguished Lectureship Series - "Chemistry, Selectivity and the Biological Interface"

72) February 2006 – Chem 250 Course, California Institute of Technology - "Chemistry, Selectivity and the Biological Interface"

73) July 2006 – Gordon Research Conference on Heterocyclic Compounds - "25 Years of Heterocyclic Chemistry – It's Better To Be Lucky Than Smart"

74) November 2006 – Seaborg Symposium, University of California Los Angeles – "25 Years of Heterocyclic Chemistry – It's Better To Be Lucky Than Smart"

75) November 2006 – Pomona College – "The CRIXIVAN™ Story"

76) December 2006 – University of Melbourne – "Targeted Therapies for Cancer – Discovery and Development of AMG-0706"

77) December 2006 – CSIRO Molecular & Health Technologies - "Targeted Therapies for Cancer – Discovery and Development of AMG-0706"

78) December 2006 – Australian National University - "Targeted Therapies for Cancer – Discovery and Development of AMG-0706"

79)  December 2006 – University of Queensland - "Targeted Therapies for Cancer – Discovery and Development of AMG-0706"

80)  December 2006 – Australian University New South Wales - "Targeted Therapies for Cancer – Discovery and Development of AMG-0706"

81)  April 2007 – University of California, Berkeley – "It's Better To Be Lucky Than Smart"

82)  October 2007 – San Diego State University – "It's Better To Be Lucky Than Smart: Discovery and Development of Novel Anti-Tumor Agents"

83)  October 2007 – Invited Lecturer – Colorado State University

84)  July 2008 -- NINTH TETRAHEDRON SYMPOSIUM Challenges in Organic and Bioorganic Chemistry Berkeley, CA-- Invited Lecturer

85)  March 2014 -  Burack Award Lecture –
"Chemistry in Service to Society: 35 Years of Success and Failure in Bringing New Medicines to the Patients who Need Them"

86)  March 2014 – Invited Lecture – University of Vermont

**CURRICULUM VITAE**

Thomas Roth, Ph.D.
Chief, Division Head
Sleep Disorders and Research Center
Henry Ford Hospital
2799 West Grand Blvd, CFP-3
Detroit, Michigan  48202-2691
Phone:  (313) 916-5171
Fax:     (313) 916-5
Email:  troth1@hfhs.org

Birthdate:       July 17, 1942 (Czechoslovakia)
Citizenship:     U.S.A.

<u>Education and Training</u>

| Ph.D. | 1970 | University of Cincinnati |
|-------|------|--------------------------|
| M.A. | 1969 | University of Cincinnati |
| | 1965-67 | Howard University |
| B.A. | 1960-65 | City University of New York, Hunter College |

<u>Relevant Work Experience</u>

2019-Present     Professor, Department of Internal Medicine, Wayne State University - School of Medicine, Detroit, Michigan

2014-Present     Consulting Professor and Advisor, Division of Public Mental Health and Public Sciences, Stanford Medicine, Stanford, California

2003-Present     Professor, Department of Psychiatry, Wayne State University - School of Medicine, Detroit, Michigan

1979-Present     Clinical Professor, Department of Psychiatry, University of Michigan School of Medicine, Ann Arbor, Michigan

1978-Present     Director, Sleep Disorders and Research Center, Henry Ford Health System, Detroit, Michigan

1995-2003        Director of Research, Henry Ford Health Sciences Center, Detroit, Michigan

1995-2003        Adjunct Professor, Department of Psychiatry, Wayne State University - School of Medicine, Detroit, Michigan

1978-2003        Division Head, Henry Ford Hospital Sleep Disorders and Research Center, Department of Psychiatry, Detroit, Michigan

1977-1978        Co-Director, Sleep Disorders Center, Cincinnati General Hospital, Cincinnati, Ohio

1976-1978        Associate Professor of Psychology, Department of Psychiatry, College of Medicine, University of Cincinnati, Cincinnati, Ohio

1976-1978        Adjunct Associate Professor of Psychology, Department of Psychology, University of Cincinnati, Cincinnati, Ohio

| 1976-1978 | Associate Professor of Psychology, Department of Psychology, Xavier University, Cincinnati, Ohio |
| 1972-1978 | Co-Director, Sleep Research Laboratory, Veterans Administration Hospital, Cincinnati, Ohio |
| 1972-1976 | Assistant Professor of Psychology, Department of Psychiatry College of Medicine, University of Cincinnati, Cincinnati, Ohio |
| 1970-1972 | Research Associate, Department of Psychiatry, College of Medicine, University of Cincinnati, Cincinnati, Ohio |
| 1969-1970 | Research Assistant, Sleep and Dream Laboratory, Department of Psychiatry, Veterans Administration Hospital, Cincinnati, Ohio |
| 1967-1969 | Teaching Assistant, Experimental Psychology, University of Cincinnati, Cincinnati, Ohio |
| 1967-1968 | Research Associate, Department of Community Planning, University of Cincinnati |
| 1965-1967 | Research Assistant, Department of Pharmacology, College of Medicine, Howard University |
| 1965-1967 | Teaching Assistant, Introductory and Experimental Psychology, Howard University |

Elected Offices

Chairman, Advisory Board, National Center on Sleep Disorders Research, NHLBI, 1994-1996

President, Sleep Research Society, 1994-1995

Chairman, 2nd International Congress, World Federation of Sleep Research Societies, 1993-1995

Governing Board, World Federation of Sleep Research Societies, 1990-2002

President-Elect, Sleep Research Society, 1993-1994

President, National Sleep Foundation, 1990-1993

Chairman, Scientific Program Committee, Association of Professional Sleep Societies, 1986-1993

Member, Board of Directors, Association of Professional Sleep Societies, 1986-1992

Member, Executive Committee, Association of Sleep Disorders Centers, 1984-1989

Member, Executive Committee, Sleep Research Society, 1986-1995

Past President, American Academy of Sleep Medicine (formerly Association of Sleep Disorders Centers), 1988-1989

President, American Academy of Sleep Medicine (former Assoc of Sleep Disorders Centers), 1987-1988

President, Sleep Research Society (former Assoc for the Psychophysiological Study of Sleep), 1978-1981

Chairman, Polysomnography Accreditation Committee, American Academy of Sleep Medicine, 1976-1978

Executive Secretary Treasurer, American Academy of Sleep Medicine, 1976-1978

Member, Executive Committee, Association for the Psychophysiological Study of Sleep, 1975-1977

Honors and Awards

British Medical Association Medical Book Award 2017, Principles and Practice of Sleep Medicine, 6th Edition. M. Kryger, T. Roth and W. Dement.

Awarded Annual Lecture, Thomas Roth Lecture of Excellence, Associated Professional Sleep Societies, Sleep 2014.

Mary Carskadon Outstanding Educator Award, Sleep Research Society, Boston, Massachusetts, 2012.

Distinguished Scientist Award, Henry Ford Medical Group Board of Governors, October 2006

Founder Award, Sleep Research Society, Chicago, 2005

American Men & Women of Science: A Biographical Directory of Today's Leaders in Physical, Biological, and related Sciences. Ed. Katherine H. Nemeh, Pamela M. Kalte, and Noah Schusterbauer. Vol. 6. 22nd ed. Detroit: Gale, 2005.

Significant Early Contributor Award of the Sleep Research Society, 2003

Lifetime Achievement Award, National Sleep Foundation, April 2002

Worldwide Service Award, World Federation of Sleep Research Societies,  Third International Congress, Dresden, Germany, 1999.

Distinguished Scientist Award, Sleep Research Society, New Orleans, Louisiana, 1998

C.J. Stringer, M.D., Endowed Memorial Lectureship Speaker, Michigan Thoracic Society Scientific Lessons, 1997.

Nathaniel Kleitman Award of The American Sleep Disorders Association, 1990.

Rush Bronze Award, American Psychiatric Association Meeting, Toronto, May, 1977.  Scientific Exhibit, "Evaluation of Hypnotics in Various Patient Populations".

Committee Memberships – Institutional

Chair, Intellectual Property Committee, 2001

Member, Salary Appeals Committee, 2000-2008

Member, Scientist Tract, Appointments and Promotions Committee, 2000

Vice President Medical Affairs/CEO Medical Group Search, 1999

Chief of Pulmonary Medicine Search, 1999

Chair, Biostatistics Search, 1999

Member, Credentials Committee, Henry Ford Hospital, Detroit, MI, 1998

Member, Chair Search Committee Department of Medicine, 1998

Cancer Steering Committee, Henry Ford Hospital, Detroit, MI 1997-2003

Executive Research Directors, Wayne State University, Detroit, MI 1996-2003

Chairman, Research Committee, Henry Ford Hospital, Detroit, MI  1995-2003

Vice Chairman, Intellectual Property Committee, Henry Ford Hospital, Detroit, MI  1995-2003

Member, Academic Council, Henry Ford Health System, 1995-2000

Member, Health Sciences Center Steering Committee, 1995-2000

Chairman, Promotion and Tenure Committee, Department of Psychiatry, Case Western Reserve University/Henry Ford Health Sciences Center, Detroit, MI, 1994-1996

Member, Research Committee, Henry Ford Hospital, Detroit, Michigan, 1985-1989

Chairman, Research Committee, Department of Psychiatry, Henry Ford Hospital, Detroit, MI, 1978-1988

Member, Executive Committee, Department of Psychiatry, Henry Ford Hospital, Detroit, MI, 1978-2001

Member, General Clinical Research Center Committee, Henry Ford Hospital, Detroit, MI, 1979-1982

Member, Residency Training Committee, Department of Psychiatry, Henry Ford Hospital, Detroit, MI, 1979-1982

Member, Research and Education Committee, Veterans Administration Hospital, Cincinnati, Ohio, 1976-1978

Member, Faculty Committee on Human Research, College of Medicine, University of Cincinnati, 1975-1977

Chairman, Research Committee, Xavier University, Cincinnati, Ohio, 1972-1977

Member, Research Committee, Department of Psychiatry, College of Medicine, University of Cincinnati, 1972-1977

Committee Memberships – National

Member, Editor-in-Chief Search Committee, Journal Sleep & Health, National Sleep Foundation, 2014

Member, Revenue Workgroup, Sleep Research Society, 2014

Member, Awards Committee, Sleep Research Society, 2012-

Advisor, DSM-V Task Force, 2011-

Member, Scientific Program Committee, World Federation of Sleep Research Societies (WFSRS), Third International Congress, 1998-1999

Chairman, Scientific Advisory Committee, National Narcolepsy Registry, National Sleep Foundation, 1997-2002

Chairman, Health and Scientific Advisory Committee, National Sleep Foundation, 1996-2002

Chairman, World Health Organizational Committee, Sleep Disorders Program, 1995-2002

Member, NHTSA/National Center on Sleep Disorders Research Expert Panel on Driver Fatigue and Sleepiness, 1997-1998

Member, National Center on Sleep Disorders Research Expert Panel on Insomnia, 1997-1998

Member, Expert Panel Membership, National Health, Lung, and Blood Institute Special Emphasis Panel, 1997

Chairman, Executive Committee, National Sleep Foundation, 1996-1998

Member, Association of Professional Sleep Societies Program Committee, 1994-1996

Member, Sleep Apnea Association Grant Review Committee, 1993-1995

Member, Research Committee, American Sleep Disorders Association, 1993

Board of Directors, American Sleep Apnea Association, 1990-1993

American Thoracic Society/American Sleep Disorders Association Committee on Sleep Disorders Training, 1990-1993

Member, Education Committee, American Sleep Disorders Association, 1988-1992

Member, Grant Review Committee, Association of Sleep Disorders Centers, 1986-1992

Chairman, Fellowship Trainee Grant Committee, World Federation of Sleep Research Societies, 1990

Member, Diagnostic Classification Steering Committee of the American Sleep Disorders Association, 1987-1990

Chairman, Development Committee, Association of Sleep Disorders Centers, 1982-1985

Chairman, Psychopharmacology Committee, Association for the Psychophysiological Study of Sleep, 1976-1986

Member, Finance Committee, American Sleep Disorders Association, 1985-1988

Chairman-Midwest Region, Accreditation Committee, Association of Sleep Disorders Centers, 1983-1985

Member, Physicians Syllabus Subcommittee, Project Sleep; The National Program on Insomnia and Sleep Disorders.  United States Department of Health, Education and Welfare, 1979-1981

Member, Joint Coordinating Council, Project Sleep; The National Program on Insomnia and Sleep Disorders.  United States Department of Health, Education and Welfare, 1979-1981

Member, Education Committee, Association of Sleep Disorders Centers, 1976-1981

Member, State of Ohio Ethical Review Committee, 1976-1978

<u>Professional Societies</u>

Sleep Research Society (formerly Association for the Psychophysiological Study of Sleep)

American Academy of Sleep Medicine (formerly Association of Sleep Disorders Centers)

American Psychological Association

New York Academy of Sciences

Psychonomic Society

American Association for the Advancement of Science

Clinical Sleep Society

Canadian Sleep Society

International Society for CNS Clinical Trials and Methodology

<u>Scientific Review Activities</u>

**EDITOR-IN-CHIEF**
Journal Sleep, 1997-2002

**ASSOCIATE EDITOR**
Sleep Online

Human Psychopharmacology

International Journal of Sleep and Wakefulness

Sleep Medicine

**EDITORIAL BOARDS**

| | |
|---|---|
| Advances in Therapy | Anxiety |
| Behavioral Sleep Medicine | Clinical Investigation |
| CNS Neuroscience and Therapeutics | European Neurological Journal |

| | |
|---|---|
| International Journal of Sleep Disorders | International Scholarly Research Network Addiction |
| Mind & Brain, the Journal of Psychiatry | Open Sleep |
| Sleep | Sleep Health |
| | Sleep and Hypnosis |
| Sleep Medicine | Sleep Reviews |
| Stress and Health | Stress Medicine |
| Oren CNS Journal | |

**OMBUDSMAN**

Journal of Sleep Health

**ADVISORY BOARDS**

Medscape Neurology

**REVIEWER**

| | |
|---|---|
| Abnormal Psychology | Accident Analysis & Prevention |
| American Review of Respiratory Disease | Archives of General Psychiatry |
| Archives of Internal Medicine | Behavioral Sleep Medicine |
| Biological Psychiatry | British Journal of Pharmacology |
| Chest | ClinicalClinical Psychiatry |
| Comprehensive Psychiatry | Drugs |
| European Journal of Psychiatry | Journal of Biological Rhythms |
| Journal of Clinical Psychopharmacology | Journal of Nervous and Mental Disease |
| Journal of Neuroscience | Journal of the American Geriatric Society |
| Journal of the American Medical Association | Lancet |
| Laryngoscope | Mayo Clinic Proceedings |
| Neuropsychopharmacology | New England Journal of Medicine |
| Pharmacotherapy | Psychopharmacology |
| Sleep | The Medical Letter |

Other Research Activities

Reviewer, European Science Foundation, 2015-2018

Co-Chair, Sleep Research Society Foundation, Sleep and Circadian Research, New Deveopments and Regulatory Issues, Alexandrai, VA, October 11-12, 2018

Member, Advisory Board, Orun CNS Network, 2014-2016

International Forum on Mood and Anxiety Disorders, Member Scientific Committee, 2011-

Presenter: FDA/PERI Workshop on Safety and Efficacy of Hypnotic Drugs, May 10-11, 2011

Director: Sleep Research Society Course on Development of Sleep Promoting Agents, New York, 2008

CDC Special Study Section on Sleep, 2007

Institute of Medicine, Sleep Disorders and Sleep Deprivation: An Unmet Public Health Problem, 2006

Planning Committee NIH, The Assessment of Treatment Efficacy, NIH State-of-the-Science Conference on Manifestations and Management of Chronic Insomnia in Adults, 2005

Co-Chair, National Institute of Health Workshop on Neurobiology of Sleep and Waking, September 10-11, 2001

Sleep Meeting, Abstract reviewer 1995 – present

NIH Peer Review Consultant, 1995-Present

Associate Editor, Time Life Medical, 1995-1997

Office of Motor Carriers' Peer Review of Commercial Driver Fatigue Research, Peer Review Report of Commercial Driver Sleep Apnea Research, 1997

Office of Motor Carriers' Peer Review of Commercial Driver Fatigue Research, US Department of Transportation, 1995

Reviewer, Drug Evaluations, American Medical Association, 1991-1992

Chairperson, World Psychiatric Association Task Force on Hypnotics, 1992

Consultant, U.S. Food and Drug Administration Psychopharmacology Advisory Committee, 1992

Ad Hoc Reviewer, The Wellcome Trust, 1993-Present

Ad Hoc Reviewer, British Columbia Health Research Foundation, 1991

Member, United States Department of Transportation Committee on Psychiatric Disorders and Commercial Drivers, 1990

Member, Special Study Section-NIH, (review sleep research proposals) 1983, '84, '87, '88, '89, '90, '93, '95, 2006, '07, '08

Faculty, National Multi-Site Training Program for Basic Sleep Research, 1987-Present

Member, Grant Review Panel, American Narcolepsy Association, 1987-1991

Member, Scientific Advisory Board, Center for Narcolepsy, 1985-Present

Consultant Member, Orphan Products Development IRG, Food and Drug Administration, 1984-1990, '95

Consultant, Board of Scientific Counselors, NIMH, 1989

Member, VA Merit Review Board for Neurobiology, 1989

Chairman, Special Study Section, NIH, (review of sleep research proposals) 1985, 1986, 1988, 1989

Ad Hoc Reviewer, Medical Research Council of Canada, 1986-1988, 1996

Ad Hoc Reviewer, Ministry of Health, Ontario, Canada, 1986-1988

Ad Hoc Member, Neurology A Study Section, NIH, 1981, 1983

Co-Chairman, Project Sleep Consensus Workshop on Insomnia, 1981


<u>Selected Presentations</u>

Inaugural Thomas Roth Lecture of Excellence, Associated Professional Sleep Societies,  Sleep 2014.

Keynote Lecture, Association of Professional Sleep Society, Baltimore, 2013

The Assessment of Treatment Efficacy, NIH State-of-the-Science Conference on Manifestations and Management of Chronic Insomnia in Adults, 2005

Key Note Lecture, Hellenic Sleep Research Society, Athens, Greece, 1999

Key Note Lecture, Annual Meeting of the South Africa Sleep Society, 1998

Key Note Lecture Sleep Wake Disorders of Canada, 1997

8th International Rappaport Symposium, 2nd Annual Meeting of the Israel Sleep Research Society, Sleep Medicine, Challenges for the 21st Century, Zichron Yaacov, Israel, 1997

Sleep and Sleep Disorders:  From Molecular to Behavior, The 9th Takeda Science Foundation Symposium on Bioscience, Kyota, Japan, 1996

National Institutes of Health Technology Assessment Conference Statement: Assessment and Methodological Problems in the Evaluation of Insomnia Treatment, October, 1995

NTSB/NASA Ames Fatigue Symposium, 1995

NIH Technology Assessment Conference, Integration of Behavioral and Relaxation Approaches into the Treatment of Chronic Pain and Insomnia, Assessment and Methodological Problems Specific to the Evaluation of Insomnia, 1995

Principal Lecture, Founding Congress of Sleep Research Societies, Cannes, France, 1991

Keynote Address, Annual Meeting of Japanese Sleep Society, 1990

Keynote Address, Annual Meeting of British Sleep Society, 1990

National Institute of Neurological Disorders and Stroke, Consensus Workshop on Narcolepsy, 1990

National Institute of Aging Consensus Conference on Sleep Disorders of Older People, 1990

American Thoracic Society Consensus Conference on Indications and Standards for Cardiopulmonary Sleep Studies, 1989

National Institute of Heart, Lung, and Blood Consensus Conference on Sleep Disordered Breathing, 1988

National Institute of Mental Health Consensus Conference on Drugs and Insomnia, 1984

Key Note Lecture, Toronto Pediatric Sleep Day, Toronto, Canado, 2019

<u>Scientific Exhibits</u>

Roth T, Dement W, Buysse D, Walsh J, Simon W, Simon R, Young T: Sleep and Its Influence on Physicians Quality of Life and Treatment Practices, American Family Practice, New Orleans, Louisiana, 1997

Roth T, Zorick F, Roehrs T, and Wittig R:  Insomnia Treatment: A New Pharmacological Approach. American Psychiatric Association Annual Meeting, Toronto, Canada, 1982

Roth T, Zorick F, Brane A, and Wittig R:  Effects of Antidepressant Therapy on Sleep, Depression and Nocturnal Cardiac Functioning.  American Psychiatric Association Annual Meeting, New Orleans, Louisiana, 1981

Kramer M, Roth T, Salis P and Zorick F:  Assessment of Side Effects of Anti-Psychotic Agents, 1978

Roth T, and Kramer M:  Evaluation of Hypnotics in Various Patient Populations, 1977

11

<u>Industry Activities</u>

**GRANTS**

| | |
|---|---|
| Apnex | Aventis |
| Cephalon | Cereve |
| Glaxo Smith Kline | Impax |
| Intec | Merck |
| Neurocrine | Pfizer |
| Sanofi | Schoering Plough |
| Sepracor | Somaxon |
| Syrex | Takeda |
| Transcept | Upjohn |
| Ventus | Wyeth |
| Xenoport | |

**ADVISORY BOARDS**

| | |
|---|---|
| Abbott | Ancel |
| Aventis | BTG |
| Cephalon | Dove |
| Hypnion | Intec |
| Jazz | Lundbeck |
| Merck | Neurocrine |
| Neurogen | Novartis |
| Pharmacia | Pfizer |
| Purdue | Roche |
| Sanofi | Sepracor |
| Shire | Somaxon |
| Somnus | Takeda |
| Teva | Transcept |
| UCB | Wyeth |

**CONSULTANT**

| | |
|---|---|
| Abbott | Accadia |
| Acogolix | Acorda |
| Adare | Addrenex |
| Aerial | Alchemers |
| Alladin | Alza |
| Ancel | Apnex |
| Apptinix | Aptalis |
| Arena | Asante |
| Astra Zenca | Aventis |
| Avera | Balance Theraputics |
| Baxter | Bayer |
| Biotic Therapeutics | BioXcel |

12

| | |
|---|---|
| BMS | BTG |
| Cephalon | Cereve |
| Chattem | Circadian |
| Concerta | Cortex |
| Curo | Cypress |
| Dainippon Sumitomo Pharma | Dove |
| Dowe | Druid Bioventries |
| Eisai | Elan |
| Eli Lilly | Endo |
| Evotec | Ferrer |
| Ferring Pharmaceuticals | Flammel |
| Forest | Galleon |
| Genzyme | Glaxo Smith Kline |
| Heptaris | Hypnion |
| Impax | Insire |
| Intec | Intra-Cellular |
| Jansen | Jazz |
| Johnson & Johnson | King |
| LinguaFlex | Lundbeck |
| Meda | McNeil |
| Medicinus | MedicNova |
| Neurim | Merck |
| Neurogen | Neurocrine |
| Novion | Novadel |
| Ono | Novartis |
| Orexo | Ocera |
| Otsuka | Orexigen Therapeutics |
| Pernix Therapeutics | Organon |
| Pharmacia | Paladin |
| PPRS | Pfizer |
| Proctor & Gamble | Philips |
| Red Med | Prestwick |
| Resteva | Purdue |
| Roche | Respironics |
| Sandoz | Reviva |
| Schoering Plough | Salamandra |
| Sepracor | Sanofi |
| Servier | Scirex |
| Somaxon | SEQ Biotechnologies |
| Steady Sleep Rx | Shire |
| Sumtje bp | Somnus |

13

| | |
|---|---|
| TAI | Sumar |
| Takeda | Syrex |
| Transcept | Taisho |
| UCB | TEVA |
| Vanda | U Watch |
| Vivometics | Upjohn |
| Wyeth | Ventus |
| Xenoport | VSSB Medical |
| ZX Pharma | Yamanuchi |

**SPEAKER**

| | |
|---|---|
| Merck | Purdue |
| Sanofi | Sepracor |
| Somaxon | |

**DATA MONITORING BOARDS**

Neurogen Chair Data Safety Monitoring Board NG2-73-205, 2003

Pharmacia Chair Ropinirole Safety Monitoring Board for Sudden Sleep Onset, 2008

Actelion Chair Data Monitoring Board AC-078A201 and AC-078A202, 2017

## MENTORED THESIS AND DISSERATATIONS

Clark, Russell: An Information-Theoretical Approach to the Adaptive Segmentation and Classification for the Sleeping, Wayne State University, 1988.

Moyles, Thomas: A Statistical Pattern Recongition Model for Sleep Apnea Syndrome, Wayne State University, 1988.

Stepanski, Edward: The Effect of Experimental Sleep Fragmentation on Daytime Sleepiness in Normal Subjects.  Bowling Green State University, 1985.

Geyer, Calvin: A Microprocessor Based System for Recording Periodic Leg Movements in Sleep.  Wayne State University, 1983.

Kribbs, Nancy: The Acute and Cumulative Effects of Flurazepam, Temazepam, and Estazolam on Daytime Sleepiness and Performance.  University of Toledo, 1983.

Kaffeman, Mark: The Acute Effects of Three Hypnotics on Sleep and Performance of Normal Sleepers. Xavier University, 1979.

Lineback, Wilbur: Insomnia and MMPI Abnormalities in Geriatic and Non-Geriatric Populations.  Xavier University, 1979.

Saab, Patrice: The Effects of Triazolam, Flurazepam, Lorazepam, and Placebo on Memory. Xavier University, 1979.

Tietz, Elizabeth: The Acute Effects of Quazepam on the Sleep of Chronic Insomniacs: A Dose Response Study.  Xaxier University, 1978.

Johnson, Bruce: The Subjective and Electrophysiological Evaluation of Ketazolam After Acute Administration. University of Cincinnati, 1977.

Piccione, Paul: The Effects of Hypnotic Medications on Geriatric Patients. Xavier University, 1977.

Jansen, Thomas: The Effects of a Non-REM Suppressing Drug on Rapid Eye Movement Density. Xavier University, 1976.

Sexton, Richard: The Effects of Degree of Sleepiness on Sleep Latenc, Body Temperature and Performance. Xavier University, 1976.

Cisco John: Dream Responsivity to External Psychological Factors. Xavier University, 1975.

Hlasny, Robert: An Empirical Investigation of the Meaningfulness of Dreams. Xavier University, 1974.

Schwartz, John: Hypnotic Drug Action and Mood Change.  Xavier University, 1974.

Palmer, Thomas: A Comparison of the Manifest Content of REM Dream Reports and TAT Responses.  Xavier University, 1973.

Roehrs, Timothy: The Relationship Between Sleep and Mood.  Xavier University, 1973.

# ORIGINAL ARTICLES

1. Pradhan SN, Beer B, Roth T, Dutta SN:  Some Behavioral Effects of Ditran (JB329) in Rats.  Arch Intl Pharm Ther 170:  264-275, 1967. PMID: 6076580

2. Pradhan S, Roth T: Comparative Behavioral Effects of Several Anticholinergic Agents in Rats.  Psychopharm 12:  358-366, 1968. PMID: 5652217

3. Brunner RL, Roth T, Rossi RR:  Age Differences in the Development of the Conditioned Emotional Response.  Psychonomic Sci 21(3):  135-136, 1970.

4. Brunner RL, Rossi RR, Stutz RM, Roth TG:  Memory Loss Following Posttrial Electrical Stimulation of the Hippocampus.  Psychonomic Sci 18(3):  159-160, 1970.

5. Kramer M, Trinder J, Roth T:  Dream Content Analysis of Male Schizophrenic Patients.  Canad Psychiat Association J 17:  SS251-SS257, 1972. PMID: 5052064

6. Roth T, Kramer M, Trinder J:  The Effect of Noise During Sleep on the Sleep Patterns of Different Age Groups.  Canad Psychiat Association J 17:  SS197-SS201, 1972. PMID: 5042899

7. Butcher RE, Brunner RL, Roth T, Kimmel CA:  A Learning Impairment Associated with Maternal Hypervitaminosis-A in Rats.  Life Sci 11(Part I):  141-145, 1972.  PMID: 4675888

8. Orenstein HB, Schumsky DA, Roth T, Brunner R:  Spontaneous Recovery and Generalization of Extinction.  J Gen Psych 86:  173-180, 1972.

9. Kramer M, Blackwell B, Roth T, Wray M:  Metiapine in Acute Schizophrenic Patients.  Curr Ther Res 15(7):  465-469, 1973. PMID: 4198308

10. Kramer M, Roth T:  A Comparison of Dream Content in Laboratory Dream Reports of Schizophrenic and Depressive Patient Groups.  Compr Psychiat 14(4):  325-329, 1973.  PMID: 4353392

11. Roth T, Kramer M, Schwartz JL:  Triazolam:  A Sleep Laboratory Study of a New Benzodiazepine Hypnotic.  Curr Ther Res 16(2):  117-123, 1974.  PMID: 4218805

12. Kramer M, Roth T:  The Sleep Clinic.  Cincinnati J Med 55(9):  173-175, 1974.

13. Schwartz JL, Kramer M, Roth T:  Triazolam:  A New Benzodiazepine Hypnotic and Its Effect on Mood.  Curr Ther Res 16(9):  964-970, 1974.  PMID: 4214671

14. Kramer M, Roth T, Trinder J:  Dreams and Dementia:  A Laboratory Exploration of Dream Recall and Dream Content in Chronic Brain Syndrome Patients.  Intl J Aging and Human Develop 6(2):  169-178, 1975.  PMID: 166041

15. Kramer M, Roth T, Goldstein S, Ryan MS, Blackwell B:  A Double-Blind Evaluation of Metiapine in Hospitalized Acute Schizophrenics.  Curr Ther Res 18(6):  839-848, 1975.  PMID: 2450

16. Kramer M, Roehrs T, Roth T:  Mood Change and the Physiology of Sleep.  Comp Psychiat 17(1):  161-165, 1976.  PMID: 174865

17. Roth T, Kramer M, Lutz T:  The Nature of Insomnia:  A Descriptive Summary of a Sleep Clinic Population.  Compr Psychiat 17(1):  217-220, 1976.  PMID: 1248235

18. Roth T, Kramer M, Lutz T:  Intermediate Use of Triazolam:  A Sleep Laboratory Study.  J Intl Med Res 4(1):  59-63, 1976.  PMID: 16793

19. Kramer M, Hlasny R, Jacobs G, Roth T:  Do Dreams Have Meaning?  An Empirical Inquiry.  Amer J. Psych 133(7):  778-781, 1976. PMID: 180818

20. Roth T, Kramer M, Roehrs T:  Mood Before and After Sleep.  Psych J Univ Ottawa 1(3):  123-127, 1976.

21. Kramer M, Roth T, Palmer T:  The Psychological Nature of the "REM" Dream.  I. A Comparison of the REM Dream Report and T.A.T. Stories.  Psychiat J Univ Ottawa 1(3):  128-135, 1976.

22. Roth T, Kramer M, Lutz T:  The Effects of Sleep Deprivation on Mood.  Psychiat J Univ Ottawa 1:  136-139, 1976.

23. Roth T, Kramer M, Lutz T:  The Effects of Hypnotics on Sleep, Performance and Subjective State.  Drugs Exptl Clin Res 1(1-2):  279-286, 1977.

24. Roth T, Kramer M, Lutz T:  The Effects of Triazolam (.25mg) on the Sleep of Insomniac Subjects.  Drugs Exptl Clin Res 1(1-2):  271-277, 1977.

25. Kramer M, Roth T:  Dream Translation.  Israel Ann Psychiat Rel Disc 15(4): 336-351, 1977. PMID : 273011

26. Roth T, Kramer M, Zorick F:  Disorders of Sleep: Diagnosis and Treatment.  Therap Cons 8(4-6):  1-5, 1977.

27. Karacan I, Orr WC, Roth T, Kramer M, Shurley JT, Thornby JI, Bingham SF, Salis PJ:  Establishment and Implementation of Standardized Sleep Laboratory Data Collection and Scoring Procedures.  Psychophysiol 15(2):  173-179, 1978. PMID: 652912

28. Kramer M, Roth T, Salis PJ, Zorick FA, Blackwell B:  Relative Efficacy and Safety of Loxapine Succinate (Loxitane) and Thioridazine Hydrochloride (Mellaril) in the Treatment of Acute Schizophrenia.  Curr Ther Res 23(5):  619-631, 1978.

29. Sherrick MF, Brunner RL, Roth TG, Dember WN:  Rats' Sensitivity to Their Direction of Movement and Spontaneous Alternation Behaviour.  Quar J Exp Psych 31:  83-93, 1979. PMID: 424507

30. Zorick FJ, Salis PJ, Roth T, Kramer M:  Narcolepsy and Automatic Behavior:  A Case Report.  J Clin Psychiat 40(4):  67-73, 1979. PMID: 422531

31. Kramer M, Roth T:  The Stability and Variability of Dreaming.  Sleep 1:  319-325, 1979. PMID: 228375

32. Roth T, Piccione P, Salis P, Kramer M, Kaffeman M:  Effects of Temazepam, Flurazepam, and Quinalbarbitone, on Sleep, Psychomotor and Cognitive Function.  Brit J Clin Pharmacol 8(1):  47S-54S, 1979.  PMID: 41542

33. Tietz EI, Roth T, Zorick FJ, Saab P, Kramer M:  The Effect of 15 and 20 mg of Quazepam (Sch-16134) on the Sleep of Chronic Insomniacs.  Curr Therap Res 26(6)(1):  894-899, 1979.

34. Roth T, Tietz EI, Kramer M, Kaffeman M:  The Effect of a Single Dose of Quazepam (Sch-16134) on the Sleep of Chronic Insomniacs.  J Intl Med Res 7:  583-587, 1979. PMID: 42593

35. Hartse KM, Roth T, Piccione PM, Zorick FJ:  Rebound Insomnia.  Science 208:  423, 1980. PMID: 6102800

36. Zorick F, Roth T, Kramer M, Flessa H:  Exacerbation of Upper-Airway Sleep Apnea by Lymphocytic Lymphoma.  Chest 77(5):  689-690, 1980. PMID: 6892693

37. Roth T, Hartse KM, Zorick FJ, Kaffeman ME:  The Differential Effects of Short- and Long-acting Benzodiazepines upon Nocturnal Sleep and Daytime Performance.  Drug Res 30(I), 5a:  891-894, 1980. PMID: 6106491

38. Piccione P, Zorick F, Lutz T, Grissom T, Kramer M, Roth T:  The Efficacy of Triazolam and Chloral Hydrate in Geriatric Insomniacs.  J Intl Med Res 8(5):  361-367, 1980. PMID: 6106611

39. Roth T, Hartse KM, Saab PG, Piccione PM, Kramer M:  The Effects of Flurazepam, Lorazepam, and Triazolam on Sleep and Memory.  Psychopharmacology 70:  231-237, 1980.  PMID: 6108588

40. Roth T, Hartse KM, Zorick F, Conway W:  Multiple Naps and the Evaluation of Daytime Sleepiness in Patients with Upper Airway Sleep Apnea.  Sleep 3(3/4):  425-439, 1980. PMID: 6111835

41. Johnson BW, Kramer M, Bonnet M, Roth T, Jansen T:  The Effect of Ketazolam on Ocular Motility during REM Sleep.  Curr Therap Res 28(5):  1980.

42. Roth T, Zorick F:  Pharmacological Approaches to the Treatment of Sleep Disorders.  Psiquiatria Clinica 1(4):  221-224, 1980.

43. Roth T, Zorick F, Sicklesteel J, Stepanski E:  Effects of Benzodiazepines on Sleep and Wakefulness.  Br J Clin Pharmacology 11:  31S-35S, 1981. PMID: 6133532

44. Moore S, Bonnet M, Kramer M, Roth T:  A Dose-Response Study of the Hypnotic Effectiveness of Ketazolam in Normal Subjects.  Curr Ther Res 29(5):  704-713, 1981.

45. Kramer M, Roth T, Arand D, Bonnet M:  Waking and Dreaming Mentation:  A Test of their Interrelationship.  Neuroscience Letters 33: 83-86, 1981. PMID: 7219895

46. Stepanski E, Roehrs T, Saab P, Zorick F, Roth T:  Readaptation to the Laboratory in Long-Term Sleep Studies.  Bull Psychonomic Soc 17(5):  224-226, 1981.

47. Zorick FJ, Roth T, Hartse KM, Piccione PM, Stepanski EJ:  Evaluation and Diagnosis of Persistent Insomnia.  Am J Psychiatry 138(6):  769-773, 1981. PMID: 72464806

48. Piccione P, Tallarigo R, Zorick F, Wittig R, Roth T:  Personality Differences Between Insomniac and Non-Insomniac Psychiatry Outpatients.  J Clin Psychiatry 42(7):  261-263, 1981. PMID: 7240111

49. Conway W, Victor L, Magilligan D, Fujita S, Zorick F, Roth T:  Adverse Effects of Tracheostomy for Sleep Apnea.  J Amer Med Assoc 246(4):  347-350, 1981. PMID: 7241781

50. Karacan I, Orr W, Roth T, Kramer M, Thornby J, Bingham S, Kay D:  Dose-Related Effects of Flurazepam on Human Sleep-Waking Patterns.  Psychopharm 73:  332-339, 1981. PMID: 6789354

51. Karacan I, Orr W, Roth T, Kramer M, Thornby J, Bingham S, Kay D: Dose-Related Effects of Phenobarbitone on Human Sleep-Waking Patterns. Brit J Clin Pharm 12:  303-313, 1981. PMID: 7295460

52. Roth T, Zorick F:  Insomnia: Taking a Rational Approach to an Everyday Problem.  Consultant 21(10): 203-213, 1981.

53. Tietz EI, Roth T, Zorick F, Piccione P, Kramer M:  The Acute Effects of Quazepam on the Sleep of Chronic Insomniacs.  Drug Res 31(II), (11):  1963-1966, 1981. PMID: 6119098

54. Fujita S, Conway W, Zorick F, Roth T:  Surgical Correction of Anatomic Abnormalities in Obstructive Sleep Apnea Syndrome:  Uvulopalatopharyngoplasty.  Otolaryngol Head Neck Surg 89:  923-934, 1981. PMID: 6801592

55. Bonnet M, Kramer M, Roth T:  A Dose Response Study of the Hypnotic Effectiveness of Alprazolam and Diazepam in Normal Subjects.  Psychopharmacology 75:  258-261, 1981. PMID: 6798616

56. Coleman RM, Roffwarg HP, Kennedy SJ, Guilleminault C, Cinque J, Cohn MA, Karacan I, Kupfer DJ, Lemmi H, Miles LE, Orr WC, Phillips ER, Roth T, Sassin JF, Schmidt HS, Weitzman ED, Dement WC:  Sleep-Wake Disorders Based on a Polysomnographic Diagnosis - A National Cooperative Study.  JAMA 247(7):  997-1003, 1982. PMID:7057593

57. Conway WA, Zorick F, Piccione P, Roth T:  Protriptyline in the Treatment of Sleep Apnea.  Thorax 37: 49-53, 1982. PMID: 7071794

58. Roehrs T, Lineback W, Zorick F, Roth T:  Relationship of Psychopathology to Insomnia in the Elderly. J Amer Ger Soc 30(5):  312-315, 1982. PMID: 7077007

59. Roth T, Zorick F, Wittig R, Roehrs T:  Pharmacological and Medical Considerations in Hypnotic Use. Sleep 5(S1):  S46-S52, 1982. PMID: 6125025

60. Blumer D, Zorick F, Heilbronn M, Roth T:  Biological Markers for Depression in Chronic Pain.  J Nervous and Mental Dis 170(7):  425-428, 1982. PMID: 7086402

61. Wittig RM, Zorick FJ, Blumer D, Heilbronn M, Roth T:  Disturbed Sleep in Patients Complaining of Chronic Pain.  J Nervous and Mental Dis 170(7):  429-431, 1982. PMID: 7086403

62. Roehrs T, Zorick F, Kaffeman M, Sicklesteel J, Roth T:  Flurazepam for Short-Term Treatment of Complaints of Insomnia.  J Clin Pharmacol 22:  290-296, 1982. PMID: 7107976

63. Fleetham J, West P, Mexon B, Conway W, Roth T, Kryger M:  Sleep, Arousals and Oxygen Desaturation in Chronic Obstructive Pulmonary Disease.  Am Rev Respir Dis 126:  429-433, 1982. PMID: 7125332

64. Roth T, Zorick F, Wittig R, McLenaghan A, Roehrs T:  The Effects of Doxepin HCl on Sleep and Depression.  J Clin Psychiat 43(9):  366-368, 1982. PMID: 7118845

65. Hartse KM, Roth T, Zorick F:  Daytime Sleepiness and Daytime Wakefulness:  The Effect of Instruction.  Sleep 5(S2):  S107-S118, 1982. PMID: 7156646

66. Roth T. Roehrs T, Zorick F:  Sleepiness:  Its Measurement and Determinants.  Sleep 5(S2):  S128-S134, 1982. PMID: 6760333

67. Zorick F, Roehrs T, Koshorek G, Sicklesteel J, Hartse K, Wittig R, Roth T:  Patterns of Sleepiness in Various Disorders of Excessive Daytime Somnolence.  Sleep 5(S2):  S165-S174, 1982. PMID: 7156651

68. Stepanski E, Zorick F, Kaffeman M, Sicklesteel J, Roth T:  Effets de l'administration chronique de triazolam 0.50mg sur le sommeil des insomniaques.  La Nouvelle Presse Medicale 11(40):  2987-2990, 1982. PMID: 6128721

69. Roth R, Roehrs TA, Zorick FJ:  Pharmacology and Hypnotic Efficacy of Triazolam. Pharmacotherapy 3(3):  137-148, 1983.  PMID: 6136026

70. Bliwise D, Seidel W, Karacan I, Mitler M, Roth T, Zorick F, Dement W:  Daytime Sleepiness as a Criterion in Hypnotic Medication Trials:  Comparison of Triazolam and Flurazepam.  Sleep 6(2):  156-163, 1983. PMID: 6136085

71. Wittig R, Zorick F, Roehrs T, Sicklesteel J, Roth T:  Narcolepsy in a 7-Year Old Child.  J Pediatrics 102(5):  725-727, 1983. PMID: 6842331

72. Roehrs T, Zorick F, Lord N, Koshorek GL, Roth T:  Dose-Related Effects of Estazolam on Sleep of Patients With Insomnia.  J Clin Psychopharm 3(3):  152-156, 1983. PMID: 6135720

73. Roehrs T, Zorick F, Sicklesteel J, Wittig R, Roth T:  Age-Related Sleep-Wake Disorders at a Sleep Disorder Center.  J Amer Geriat Soc 31(6):  364-370, 1983. PMID: 6853947

74. Wittig R, Zorick F, Piccione P, Sicklesteel J, Roth T:  Narcolepsy and Disturbed Nocturnal Sleep.  Clin Electroencephalog 14(3):  130-134, 1983. PMID: 6616886

75. Roehrs T, Zorick FJ, Sicklesteel JM, Wittig RM, Hartse KM, Roth T:  Effects of Hypnot

76. ics on Memory.  J Clin Psychopharmacol 3(5):  310-313, 1983. PMID: 6630591

77. Hauri P, Roth T, Sateia M, Zorick F:  Sleep Laboratory and Performance Evaluation of Midazolam in Insomniacs.  Brit J of Clin Pharm 16:  109S-114S, 1983. PMID: 6138061

78. Zorick F, Roehrs T, Conway W, Fujita S, Wittig R, Roth T:  Effects of Uvulopalatopharyngoplasty on the Daytime Sleepiness Associated With Sleep Apnea Syndrome.  Bull Europe Physiopath Resp 19:  600-603, 1983. PMID: 6652267

79. Roehrs T, Zorick F, Sicklesteel J, Wittig R, Roth T:  Excessive Daytime Sleepiness Associated With Insufficient Sleep.  Sleep 6(4):  319-325, 1983.  PMID: 6665394

80. Ancoli-Israel S, Kripke D, Zorick F, Roth T:  Effects of a Single Dose of Flurazepam on the Sleep of Healthy Volunteers.  Drug Res 34(I):  99-100, 1984.  PMID: 6538429

81. Wittig RM, Romaker A, Zorick FJ, Roehrs TA, Conway WA, Roth T:  Night-to-Night Consistency of Apneas during Sleep.  Am Rev Respir Dis 129:  244-246, 1984. PMID: 6696325

82. Roehrs T, Zorick F, Koshorek GL, Wittig R, Roth T:  Effects of Acute Administration of Brotizolam in Subjects with Disturbed Sleep. Br J Clin Pharmacology 16:  371S-376S, 1983. PMID: 6661383

83. Stepanski E, Lamphere J, Badia P, Zorick F, Roth T:  Sleep Fragmentation and Daytime Sleepiness.  Sleep 7(1):  18-26, 1984. PMID: 6718922

84. Roehrs TA, Tietz EI, Zorick FJ, Roth T:  Daytime Sleepiness and Antihistamines.  Sleep 7(2):  137-141, 1984. PMID: 6146180

85. Seidel WF, Roth T, Roehrs T, Zorick F, Dement WC:  Treatment of a 12-Hour Shift of Sleep Schedule with Benzodiazepines.  Science 224:  1262-1264, 1984.  PMID: 6729454

86. Roehrs T, Zorick F, and Roth T:  Sleep Disorders in the Elderly.  Ger Med Today 3(6):  76-86, 1984.

87. Roehrs T, Lamphere J, Paxton C, Wittig R, Zorick F, Roth T:  Temazepam's Efficacy in Patients with Sleep Onset Insomnia.  Brit J Clin Pharmacology 17:  691-696, 1984. PMID: 6146327

88. Rosenthal L, Roehrs T, Sicklesteel J, Zorick F, Wittig R, Roth T: Periodic Movements during Sleep, Sleep Fragmentation, and Sleep-Wake Complaints. Sleep 7(4):  326-330, 1984. PMID: 6515247

89. Roth T, Roehrs T, Wittig R, Zorick F:  Benzodiazepines and Memory.  Brit J Clin Pharmacology 18: 45S-49S, 1984. PMID: 6151849

90. Fujita S, Conway W, Sicklesteel J, Wittig R, Zorick F, Roehrs T, Roth T:  Evaluation of the Effectiveness of Uvulopalatopharyngoplasty. Laryngoscope 95(1):  70-74, 1985. PMID: 3965833

91. Nicholson AN, Pascoe PA, Roehrs T, Roth T, Spencer MB, Stone BM, Zorick F:  Sustained Performance With Short Evening and Morning Sleeps.  Aviat Space Environ Med 56:  105-114, 1985. PMID: 3985887

92. Roth T, Hauri P, Zorick F, Sateia M, Roehrs T, Kipp J:  The Effects of Midazolam and Temazepam on Sleep and Performance When Administered in the Middle of the Night.  J Clin Psychopharm 5(2):  66-69, 1985. PMID: 2859305

93. Roehrs T, Vogel G, Vogel F, Wittig R, Zorick F, Paxton C, Lamphere J, Roth T:  Eligibility Requirements in Hypnotic Trials.  Sleep 8(1):  34-39, 1985. PMID: 3992107

94. Nicholson AN, Roth T, Stone BM:  Hypnotics and Aircrew.  Aviat Space Environ Med 56:  299-302, 1985. PMID: 3994611

95. Roth T, and Roehrs T:  Determinants of Residual Effects of Hypnotics.  Accid Anal Prev 17(4):  291-296, 1985. PMID: 4096793

96. Wittig R, Zorick F, Roehrs T, Paxton C, Lamphere J, Roth T: Effects of Temazepam Soft Gelatin Capsules on the Sleep of Subjects With Insomnia. Curr Therap Res 38(1):  15-22, 1985.

97. Roth T, Zorick F, Roehrs T, Wittig R:  Sleep Disorders:  Excessive Daytime Sleepiness.  Therapaeia 8:  6-14, 1985.

98. Conway W, Fujita S, Zorick F, Sicklesteel J, Roehrs T, Wittig R, Roth T:  Uvulopalatopharyngoplasty: One Year Followup.  Chest 88:  385-387, 1985. PMID: 4028849

99. Roehrs T, Conway W, Wittig R, Zorick F, Sicklesteel J, Roth T:  Sleep-Wake Complaints in Patients with Sleep-Related Respiratory Disturbances.  Am Rev Respir Dis 132:  520-523, 1985. PMID: 4037527

100. Roehrs T, Zorick F, Wittig R, Roth T:  Efficacy of a Reduced Triazolam Dose in Elderly Insomniacs.  Neurobiology of Aging 6:  293-296, 1985. PMID: 4088425

101. Zorick F, Roehrs T, Wittig R, Lamphere J, Sicklesteel J, Roth T:  Sleep-Wake Abnormalities in Narcolepsy.  Sleep 9(1):  189-193, 1986. PMID: 3704441

102. Roehrs T, Zorick F, Wittig R, Paxton C, Sicklesteel J, Roth T:  Alerting Effects of Naps in Patients with Narcolepsy.  Sleep 9(1):  194-199, 1986. PMID: 3704442

103.    Roehrs T, Kribbs N, Zorick F, Roth T:  Hypnotic Residual Effects of Benzodiazepines with Repeated Administration.  Sleep 9(2):  309-316, 1986. PMID: 2905824

104.    Lamphere J, Roehrs T, Zorick F, Koshorek G, Roth T:  Chronic Hypnotic Efficacy of Estazolam.  Drugs Exptl Clin Res XII(8):  687-692, 1986. PMID: 2875857

105.    Roehrs T, Vogel G, Vogel F, Wittig R, Zorick F, Paxton C, Lamphere J, Roth T:  Dose Effects of Temazepam Tablets on Sleep.  Drugs Exptl Clin Res XII(8):  693-699, 1986. PMID: 2875858

106.    Roehrs T, Zorick F, Wittig R, Roth T:  Dose Determinants of Rebound Insomnia.  Br J Clin Pharmac 22:  143-147, 1986. PMID: 3530302

107.    Lumley M, Roehrs T, Zorick F, Lamphere J, Roth T:  The Alerting Effects of Naps in Sleep-Deprived Subjects.  Psychophysiology 23(4):  403-408, 1986. PMID: 3774925

108.    Seidel WF, Cohen SA, Bliwise NG, Roth T, Dement WC.  Dose-Related Effects of Triazolam and Flurazepam on a Circadian Rhythm Insomnia.  Clin Pharmacol Ther 40(3):  314-320, 1986. PMID: 3742936

109.    Nicholson AN, Pascoe PA, Spencer MB, Stone BM, Roehrs T, Roth T:  Sleep After Transmeridian Flights.  The Lancet:  1205-1208, Nov 1986. PMID: 2877336

110.    Carskadon M, Dement WC, Mitler MM, Roth T, Westbrook PR, Keenan S:  Guidelines For The Multiple Sleep Latency Test (MSLT):  A Standard Measure of Sleepiness.  Sleep 9(4):  519-524, 1986. PMID: 3809866

111.    Wittig RM, Zorick FJ, Roth T:  A Cure for Santa's Sleep Apnea.  The Lancet No. 8521/22, Vol II: 1464, 1986. PMID: 2878315

112.    Roth T, Roehrs TA, Stepanski EJ, Zorick FJ:  Antihistamines and Daytime Sleepiness.  J of Resp Dis 7, March 1987.

113.    Cameron OG, Curtis GC, Zelnik T, McCann D, Roth T, Guire K, and Huber-Smith, M:  Circadian Fluctuation of Plasma Epinephrine in Supine Humans.  Psychoneuroendocrinology 12(1):  41-51, 1987. PMID: 3588812

114.    Perez-Padilla R, Conway W, Roth T, Anthonisen N, George C, Kryger M:  Hypercapnia and Sleep 02 Desaturation in Chronic Obstructive Pulmonary Disease.  Sleep 10(3):  216-223, 1987. PMID: 3629083

115.    Stepanski EJ, Lamphere J, Roehrs T, Zorick F, Roth T:  Experimental Sleep Fragmentation in Normal Subjects.  Intern J Neurosci  33:  207-214, 1987. PMID: 3596950

116.    Lumley M, Roehrs T, Asker D, Zorick F, Roth T:  Ethanol and Caffeine Effects on Daytime Sleepiness/Alertness.  Sleep 10(4):  306-312, 1987. PMID: 3659729

117.    Roth T, Roehrs T, Koshorek G, Sicklesteel J, Zorick F:  Sedative Effects of Antihistamines.  J Allergy Clin Immunol 80(1):  94-98, 1987. PMID: 2885356

118.    Roth T, Zorick F, Roehrs T:  The Interaction of Daytime Sleepiness and Sedative Properties of Drugs.  Psychopharm Bulletin 23(3):  440-443, 1987. PMID: 3432513

119.    Levine B, Roehrs T, Stepanski E, Zorick F, Roth T:  Fragmenting Sleep Diminishes its Recuperative Value.  Sleep 10(6):  590-599, 1987. PMID: 3432859

120.    Levine B, Roehrs T, Zorick F, Roth T:  Daytime Sleepiness in Young Adults.  Sleep 11(1):  39-46, 1988. PMID: 3363268

121.    Stepanski EJ, Zorick FJ, Roehrs TA, Young DK, Roth T:  Daytime Alertness in Patients with Chronic Insomnia Compared with Asymptomatic Control Subjects.  Sleep 11(1):  54-60, 1988. PMID: 3363270

122.    Young D, Zorick F, Wittig R, Roehrs T, Roth T:  Narcolepsy in a Pediatric Population.  Am J Dis Children 142:  210-213, 1988. PMID: 3341326

123.    Wittig RM, Roth T, Keenum AJ, Sarnaik S:  Snoring, Daytime Sleepiness, and Sickle Cell Anemia.  Am J Dis Children 142:  589, 1988. PMID: 3369389

124.    Stepanski EJ, Conway WA, Young DK, Zorick FJ, Wittig RM, Roth T:  A Double-Blind Trial of Protriptyline in the Treatment of Sleep Apnea Syndrome.  Henry Ford Hosp Med J 36(1):  5-8, 1988. PMID: 3294213

125.    Ton D, Zorick FJ, Roehrs TA, Wittig RM, Sicklesteel JM, Roth T:  Sleep-Wake Complaints and Their Relation to Sleep Disturbance.  Henry Ford Hosp Med J 36(1):  9-12, 1988. PMID: 3397302

126.    Wittig RM, Zorick FJ, Roehrs TA, Sicklesteel JM, Roth T:  Familial Childhood Sleep Apnea.  Henry Ford Hosp Med J 36(1):  13-15, 1988. PMID: 3397291

127.    Hartse KM, Zorick FJ, Sicklesteel JM, Roth T:  Isolated Cataplexy:  A Familial Study.  Henry Ford Hosp Med J 36(1):  24-27, 1988. PMID: 3397292

128.    Zammit GK, Rosenbaum AH, Stokes P, Davis J, Zorick F, Roth T:  Biological Differences in Endogenous Depressive Placebo Responders Versus Nonresponders:  Dexamethasone Suppression Test and Sleep EEG Data.  Biol Psych 24:  97-101, 1988. PMID: 3370281

129.    He J, Kryger MH, Zorick FJ, Conway W, Roth T:  Mortality and Apnea Index in Obstructive Sleep Apnea:  Experience in 385 Male Patients.  Chest 94(1):  9-14, 1988. PMID: 3289839

130.    Roth T, Roehrs T:  Sleepiness and Motor Vehicle Accidents.  Int Clin Psychopharm 3(1):  111-116, 1988. PMID: 3042858

131.    Roth T, Roehrs T, Conway W:  Behavioral Morbidity of Apnea.  Seminars in Resp Med 9(6):  554-559, 1988.

132.    Zwyghuizen-Doorenbos A, Roehrs T, Schaefer M, Roth T:  Test-Retest Reliability of the MSLT.  Sleep 11(6):  562-565, 1988. PMID: 3238258

133.    Zwyghuizen-Doorenbos A, Roehrs T, Lamphere J, Zorick F, Roth T:  Increased Daytime Sleepiness Enhances Ethanol's Sedative Effects.  Neuropsychopharmacology 1(4):  279-286, 1988. PMID: 3251507

134.    Levine B, Lumley M, Roehrs T, Zorick F, Roth T:  The Effects of Acute Sleep Restriction and Extension on Sleep Efficiency.  Intern J Neurosci 43(3-4):  139-143, 1988. PMID: 3243670

135.    Lamphere J, Young D, Roehrs T, Wittig RM,  Zorick F, Roth T:  Fragmented Sleep, Daytime Somnolence and Age in Narcolepsy.  Clinical Electroencephalography 20(1):  49-54, 1989. PMID: 2924427

136.  Merlotti L, Roehrs T, Koshorek G, Zorick F, Lamphere J, Roth T:  The Dose Effects of Zolpidem on the Sleep of Healthy Normals. J of Clin Psychopharm 9(1):  9-14, 1989. PMID: 2651493

137.  Lamphere JK, Roehrs TA, Zorick FJ, Koshorek G, Roth T:  The Dose Effects of Zopiclone.  Human Psychopharmacology 4:  41-46, 1989.

138.  Roehrs T, Zorick F, Wittig R, Conway W, Roth T:  Predictors of Objective Level of Daytime Sleepiness in Patients with Sleep-Related Breathing Disorders.  Chest 95(6):  1202-1206, 1989.  PMID: 2721252

139.  Roehrs T, Timms V, Zwyghuizen-Doorenbos A, Roth T:  Sleep Extension in Sleepy and Alert Normals.  Sleep 12(5):  449-457, 1989. PMID: 2799218

140.  Phillipson EA, Remmers JE, Cohn MA, Edelman N, Fletcher E, Goldstein R, Guilleminault C., Hudgel D, Kryger MH, Martin RJ, McGinty D, Orr WC, Pack AI, Rapoport DM, Roth T, Shephard JW, Skatrud JB, Smith PL, Strohl K, Suratt PM, Weil J, Westbrook PR, Zwillich CW.  American Thoracic Society, Medical Section of the American Lung Association, Indications and Standards for Cardiopulmonary Sleep Studies.  American Review of Respiratory Disease 139(2):  559-568, 1989.

141.  Stepanski E, Koshorek G, Zorick F, Glinn M, Roehrs T, Roth T:  Characteristics of Individuals Who Do or Do Not Seek Treatment for Chronic Insomnia.  Psychosomatics 30(4):  421-427, 1989. PMID: 2798735

142.  Roehrs T, Zwyghuizen-Doorenbos A, Timms V, Zorick F, Roth T:  Sleep Extension, Enhanced Alertness and the Sedating Effects of Ethanol.  Pharm Biochem and Behav 34:  321-324, 1989.  PMID: 2622988

143.  Lamphere J, Roehrs T, Wittig R, Zorick F, Conway W, Roth T:  Recovery of Alertness after CPAP in Apnea.  Chest 96(6):  1364-1367, 1989. PMID: 2684554

144.  Zwyghuizen-Doorenbos A, Roehrs TA, Lipschutz L, Timms V, Roth T:  Effects of Caffeine on Alertness.  Psychopharmacology 100:  36-39, 1990. PMID: 2296626

145.  Rosenthal LD, Merlotti L, Young DK, Zorick FJ, Wittig RM, Roehrs TA, Roth T:  Subjective and Polysomnographic Characteristics of Patients Diagnosed with Narcolepsy.  Gen Hosp Psych 12:  191-197, 1990. PMID: 2335305

146.  Rosenthal LD, Zorick FJ, Merlotti L, Wittig RM, Roehrs TA, Roth T:  Signs and Symptoms Associated with Cataplexy in Narcolepsy Patients.  Biol Psychiat 27:  1057-1060, 1990. PMID: 2334746

147.  Lamphere J, Roehrs T, Vogel G, Koshorek G, Fortier J, Roth T:  The Chronic Efficacy of Midazolam. Intl Clin Psychopharm 5:  31-39, 1990. PMID: 2332606

148.  Roehrs T, Zwyghuizen-Doorenbos A, Zwyghuizen H, Roth T:  Sedating Effects of Ethanol after a Nap.  Alcohol, Drugs & Driving 5(4)/6(1):  351-356, 1989/90.

149.  Roth T, Roehrs T, Merlotti L:  Ethanol and Daytime Sleepiness.  Alcohol, Drugs & Driving 5(4)/6(1):  357-362, 1989/90.

150.  Zwyghuizen-Doorenbos A, Roehrs T, Timms V, Roth T:  Individual Differences in the Sedating Effects of Ethanol.  Alcohol Clin Exp Res 14(3):  400-404, 1990. PMID: 2378424

151.  Roehrs T, Vogel G, Sterling W, Roth T:  Dose Effects of Temazepam in Transient Insomnia.  Drug Research 40(II)8:  859-862, 1990. PMID: 2242077

152.    Roth T, Roehrs T, Linnoila M, Judd LL:  Characteristics of Chronic Insomniacs Examined in a Multicenter 14-Day Study of Flurazepam and Midazolam.  J of Clin Psychopharm 10(4):  24S-27S, 1990. PMID: 2229461

153.    Kripke DF, Hauri P, Ancoli-Israel S, Roth T:  Sleep Evaluation in Chronic Insomniacs during 14-Day Use of Flurazepam and Midazolam. J Clin Psychopharm 10(4):  32S-43S, 1990. PMID: 2229462

154.    Zammit GK, Pollak C, Rosenbaum AH, Roth T:  Early Onset and Accumulation of REM Sleep in Depression:  A Study of the Phase-Advance Hypothesis.  Chronobiology International 7(2):  165-169, 1990.  PMID: 2242510

155.    Roehrs TA, Timms V, Zwyghuizen-Doorenbos A, Buzenski R, Roth T:  Polysomnographic, Performance, and Personality Differences of Sleepy and Alert Normals.  Sleep 13(5):  395-402, 1990. PMID: 2287851

156.    Stepanski EJ, Markey JJ, Zorick FJ, Roth T:  Psychometric Profiles of Patient Populations with Excessive Daytime Sleepiness. Henry Ford Hosp Med J 38(4):  219-222, 1990. PMID: 2086547

157.    Zorick FJ, Roehrs T, Conway W, Potts G, Roth T:  Response to CPAP and UPPP in Apnea.  Henry Ford Hosp Med J 38(4):  223-226, 1990. PMID: 2086548

158.    Rosenthal L, Roehrs TA, Zwyghuizen-Doorenbos A, Plath D, Roth T:  Alerting Effects of Caffeine After Normal and Restricted Sleep.  Neuropsychopharmacology 4(2):  103-108, 1991. PMID: 2025377

159.    Schweitzer PK, Koshorek G, Muehlbach MJ, Morris DD, Roehrs T, Walsh JK, Roth T:  Effects of Estazolam and Triazolam on Transient Insomnia Associated with Phase-Shifted Sleep.  Human Psychopharm 6:  99-107, 1991.

160.    Roth T, Roehrs TA:  A Review of the Safety Profiles of Benzodiazepine Hypnotics.  J Clin Psychiatry 52(9,Supp)l:  38-41, 1991. PMID: 1680124

161.    Rosenthal L, Roehrs TA, Hayashi H, Zorick FJ, Wittig RM, Rosenthal J, Roth T:  HLA DR2 in Narcolepsy with Sleep-Onset REM Periods but Not Cataplexy.  Biol Psych 30:  830-836, 1991. PMID: 1751625

162.    Rosenthal L, Merlotti L, Roehrs TA, Roth T:  Enforced 24-Hour Recovery Following Sleep Deprivation.  Sleep 14(5):  448-453, 1991. PMID: 1759097

163.    Roehrs T, Yoon J, Roth T:  Nocturnal and Next-day Effects of Ethanol and Basal Level of Sleepiness. Human Psychopharm 6:  307-311, 1991.

164.    Merlotti L, Roehrs T, Zorick F, Roth T:  Rebound Insomnia: Duration of Use and Individual Differences.  J of Clin Psychopharmacol 11(6):  368-373, 1991. PMID: 1770156

165.    Roehrs T, Roth T:  Multiple Sleep Latency Test:  Technical Aspects and Normal Values.  J of Clin Neurophysiology 9(1):  63-67, 1992. PMID: 1552009

166.    Roth T, Richardson GR, Sullivan JP, Lee RM, Merlotti L, Roehrs T:  Comparative Effects of Pravastatin and Lovastatin on Nighttime Sleep and Daytime Performance.  Clin Cardiol 15:  426-432, 1992. PMID: 1617822

167.  Salin-Pascual RJ, Grandos-Fuentes D, Galicia-Polo L, Nieves E, Roehrs TA, Roth T:  Biperiden Administration During REM Sleep Deprivation Diminished the Frequency of REM Sleep Attempts. Sleep 15(3):  252-256, 1992. PMID: 1621026

168.  Roehrs T, Merlotti L, Zorick F, Roth T:  Rebound Insomnia and Hypnotic Self-Administration. Psychopharmacology 107:  480-484, 1992.  PMID: 1603890

169.  Roth T, Roehrs TA:  Issues in the Use of Benzodiazepine Therapy.  J Clin Psychiatry 53(6 Suppl): 14-18, 1992. PMID: 1613014

170.  Salin-Pascual RJ, Roehrs TA, Merlotti LA, Zorick F, Roth T:  Long-Term Study of the Sleep of Insomnia Patients with Sleep State Misperception and Other Insomnia Patients.  Am J Psychiatry 149(7):  904-908, 1992. PMID: 1609869

171.  Roehrs T, Zwyghuizen-Doorenbos A, Knox M, Moskowitz H, Roth T:  Sedating Effects of Ethanol and Time of Drinking.  Alcoholism: Clin & Exper Resch 16(3):  553-557, 1992.  PMID: 1626655

172.  Roehrs T, Merlotti L, Zorick F, Roth T:  Rebound Insomnia in Normals and Patients with Insomnia after Abrupt and Tapered Discontinuation.  Psychopharmacology 108: 67-71, 1992.  PMID: 1410148

173.  Orenstein HB, Schumsky DA, Roth T, and Trinder J:  The Reinforcing Signal as a Conditioned Stimulus in Human Operant Discrimination Training.  Bulletin of the Psychonomic Society 30(5):  381-384, 1992.

174.  Roth T, Roehrs TA, Moskowitz H:  Issues in Drug-Related Performance Impairment.  Clinical Therapeutics 14(5):  654-666, 1992.  PMID: 1468085

175.  Rosenthal L, Roehrs TA, Rosen A, Roth T:  Level of Sleepiness and Total Sleep Time Following Various Time in Bed Conditions.  Sleep 16(3):  226-232, 1993. PMID: 8506455

176.  Roehrs T, Zwyghuizen-Doorenbos A, Roth T:  Sedative Effects and Plasma Concentrations Following Single Doses of Triazolam, Diphenhydramine, Ethanol and Placebo.  Sleep 16(4):  301-305, 1993. PMID: 8341890

177.  Roehrs T, Claiborue D, Knox M, Roth T:  Effects of Ethanol, Diphenhydramine, and Triazolam after a Nap.  Neuropsychopharm 9(3):  239-245, 1993.  PMID: 8280348

178.  Rosenthal L, Roehrs TA, Roth T:  The Sleep-Wake Activity Inventory:  A Self-Report Measure of Daytime Sleepiness.  Biol Psychiatry 34:  810-820, 1993.  PMID: 8292685

179.  Roehrs T, Merlotti L, Rosenthal L, Roth T:  Benzodiazepine Associated Reversal of the Effects of Experimental Sleep Fragmentation.  Human Psychopharmacology 8:  351-356, 1993.

180.  Roehrs T, Beare D, Zorick F, Roth T:  Sleepiness and Ethanol Effects on Simulated Driving.  Alcohol Clin Exp Res 18(1):  154-158, 1994.  PMID: 8198213

181.  Scharf M, Roth T, Vogel G, Walsh J: A Multicenter, Placebo-Controlled Study Evaluating Zolpidem in the Treatment of Chronic Insomnia.  J Clin Psychiatry 55:5:  192-199, 1994.  PMID: 8071269

182.  Roehrs T, Merlotti L, Petrucelli N, Stepanski E, Roth T:  Experimental Sleep Fragmentation.  Sleep 17(5):  438-443, 1994.  PMID: 7991955

183.  Roehrs T, Claiborue D, Knox M, Roth T:  Residual Sedating Effects of Ethanol.  Alcohol Clin Exp Res 18(4):  831-834, 1994.  PMID: 7978092

184.    Rosenthal L, Folkerts M, Roehrs T, Zorick F, Roth T:  Sleepiness and Sleep Onset REM Periods in the Absence of Clinical Symptomatology.  Biological Psychiatry 36:  341-343, 1994. PMID: 7993961

185.    Stepanski E, Glinn M, Zorick F, Roehrs T, Roth T:  Heart Rate Changes in Chronic Insomnia.  Stress Medicine 10:  261-266, 1994.

186.    Roehrs T, Merlotti L, Zorick F, Roth T:  Sedative, Memory, and Performance Effects of Hypnotics.  Psychopharmacology 116:  130-134, 1994. PMID: 7862941

187.    Buysse DJ, Reynolds CF, Kupfer DJ, Thorpy MJ, Bixler E, Manfredi R, Kales A, Vgontzas A, Stepanski E, Roth T, Hauri P, Mesiano D:  Clinical Diagnoses in 216 Insomnia Patients Using the International Classification of Sleep Disorders (ICSD), DSM-IV and ICD-10 Categories:  A Report From the APA/NIMH DSM-IV Field Trial.  Sleep 17(7):  630-637, 1994.  PMID: 7846462

188.    Buysse D, Reynolds C, Hauri P, Roth T, Stepanski E, Thorpy M, Bixler E, Kales A, Manfredi R, Vgontzas A, Mesiano D, Kupfer D: Interrater Agreement for Sleep Disorders Using Proposed DSM-IV and ICD-10 Diagnoses: A Report from the APA/NIMH DSM-IV Field Trial.  American Journal of Psychiatry 151(9):  1351-1360, 1994. PMID: 8067492

189.    Roehrs T, Merrion M, Pedrosi B, Stepanski E, Zorick F, Roth T:  Neuropsychological Function in Obstructive Sleep Apnea Syndrome (OSAS) Compared to Chronic Obstructive Pulmonary Disease (COPD).  Sleep 18(5):  382-388, 1995. PMID: 7676173

190.    Roth T, Roehrs TA, Vogel G:  Zolpidem in the Treatment of Transient Insomnia:  A Double-Blind, Randomized Comparison With Placebo.  Sleep 18(4):  246-251, 1995. PMID: 7618022

191.    Roehrs T, Merlotti L, Halpin D, Rosenthal L, Roth T:  Effects of  Theophylline on Nocturnal Sleep and Daytime Sleepiness/Alertness.  Chest 108(2):  382-387, 1995. PMID: 7634871

192.    Stepanski E, Faber M, Zorick F, Basner R, Roth T:  Sleep Disorders in Patients on Continuous Ambulatory Peritoneal Dialysis.  Journal of the American Society of Nephrology 6(2):  192-197, 1995. PMID: 7579084

193.    Roehrs T, Roth T:  Alcohol-Induced Sleepiness and Memory Function.  Alcohol Health & Research World 19(2):  130-135, 1995.

194.    Breslau N, Roth T, Rosenthal L, Andreski P:  Sleep Disturbance and Psychiatric Disorders:  A Longitudinal Epidemiological Study of Young Adults.  Biological Psychiatry 39:  411-418, 1996. PMID: 8679786

195.    Rosenthal L, Bishop C, Helmus T, Krstevska S, Roehrs T, Roth T:  Auditory Awakening Thresholds in Sleepy and Alert Individuals.  Sleep 19(4):  290-5, 1996. PMID: 8776786

196.    Folkerts M, Rosenthal L, Roehrs T, Krstevska S, Murlidhar A, Zorick F, Wittig F, Roth T:  The Reliability of the Diagnostic Features in Patients with Narcolepsy.  Biological Psychiatry 40:  208-214, 1996.  PMID: 8830954

197.    Roehrs T, Petrucelli N, Roth T:  Sleep Restriction, Ethanol Effects and Time of Day.  Human Psychopharmacology 11:  199-204, 1996.

198.    Silva JACE, Chase M, Sartorius N, Roth T:  Special Report from a Symposium Held by the World Health Organization and the World Federation of Sleep Research Societies:  An Overview of

Insomnias and Related Disorders - Recognition, Epidemiology, and Rational Management.  Sleep 19(5):  412-416, 1996. PMID: 8843532

199.   Roehrs T, Salin-Pascual, R, Merlotti L, Rosenthal L, Roth T:  Phase Advance in Moderately Sleepy and Alert Normals.  Sleep 19(5):  417-422, 1996. 8843533

200.   Roth T, T Roehrs:  Etiologies and Sequelae of Excessive Daytime Sleepiness.  Clinical Therapeutics 18(4):  562-576, 1996. PMID: 8879887

201.   Helmus T, Rosenthal L, Bishop C, Roehrs T, Krsevska S, Roth T:  Nocturnal Sleep Latencies among Alert, Alert-Deprived and Sleepy Subjects.  Electroencephalography and Clinical Neurophysiology 99: 10-15, 1996. PMID: 8758965

202.   Bishop C, Rosenthal L, Helmus T, Roehrs T, Roth T:  Sleep Onset—REM and NREM Sleep. The Frequency of Multiple Sleep Onset REM Periods among Subjects with No Excessive Daytime Sleepiness.  Sleep 19(9):  727-730, 1996.  PMID: 9122560

203.   Roehrs T, Shore E, Papineau K, Rosenthal L, Roth T:  A Two-Week Sleep Extension in Sleepy Normals.  Sleep 19(7):  576-582, 1997. PMID: 8899937

204.   Roehrs T, Pedrosi B, Rosenthal L, Roth T:  Hypnotic Self-Administration and Dose Escalation. Psychopharmacology 127:  150-154, 1997. PMID: 8888381

205.   Ware JC, Walsh JK, Scharf MB, Roehrs T, Roth T, Vogel GW:  Minimal Rebound Insomnia After Treatment with 10-mg Zolpidem.  Clinical Neuropharmacology 20(2):  116-125, 1997. PMID: 9099463

206.   Helmus T, Rosenthal L, Bishop C, Roehrs T, Syron ML, Roth T:  The Alerting Effects of Short and Long Naps in Narcoleptic, Sleep-Deprived, and Alert Individuals.  Sleep 20(4):  251-257, 1997. PMID: 9231950

207.   Buysse D, Reynolds C, Kupfer D, Thorpy M, Bixler E, Kales A, Manfredi R, Vgontzas A, Stepanski E, Roth T, Hauri P, Stapf D:  Effects of Diagnosis on Treatment Recommendations in Chronic Insomnia - A Report from the APA/NIMH DSM-IV Field Trial.  Sleep 20(7):  542-552, 1997. PMID: 9322270

208.   Breslau N, Roth T, Rosenthal L, Andreski P: Daytime Sleepiness: An Epidemiological Study of Young Adults.  American Journal of Public Health 87(10):  1649-1653, 1997. PMID: 9357347

209.   Roth TG, Roehrs TA, Koshorek GL, Greenblatt DJ, Rosenthal LD: Hypnotic Effects of Low Doses of Quazepam in Older Insomniacs.  Journal of Clinical Psychopharmacology 17(5):  401-406, 1997. PMID: 9315991

210.   Bishop C, Roehrs T, Rosenthal L, Roth T: Alerting Effects of Methylphenidate under Basal and Sleep-Deprived Conditions.  Experimental and Clinical Psychopharmacology 5(4):  344-352, 1997. PMID: 9386961

211.   Roehrs T, Pedrosi B, Rosenthal L, Zorick F, Roth T:  Hypnotic Self Administration:  Forced-Choice Versus Single-Choice.  Psychopharmacology 133:  121-126, 1997.  PMID: 9342777

212.   Roth T, Richardson G: Commentary: Is Melatonin Administration an Effective Hypnotic?  Journal of Biological Rhythms 12(6):  666-669, 1997. PMID: 9406043

213.   Rosenthal L, Bishop C, Helmus T, Roehrs T, Roth T:  Letter to the Editor - Response to Rye and Bliwise.  Sleep 20(9):  814, 1997.

214.  Rosenthal L, Bishop C, Guido P, Syron ML, Helmus T, Rice FM, Roth T: The Sleep/Wake Habits of Patients Diagnosed as Having Obstructive Sleep Apnea. Chest 111: 1494-1499, 1997. PMID: 9187162

215.  Nowell PD, Buysse DJ, Reynolds CF, Hauri PJ, Roth T, Stepanski EJ, Thorpy MJ, Bixler E, Kales A, Manfredi R, Vgontzas A, Stapf D, Houck P, Kupfer DJ: Clinical Factors Contributing to the Differential Diagnosis of Primary Insomnia and Insomnia Related to Mental Disorders. American Journal of Psychiatry 154(10): 1412-1416, 1997. PMID: 9326824

216.  Johnson E, Roehrs T, Roth T, Breslau N: Epidemiology of Alcohol and Medication as Aids to Sleep in Early Adulthood. Sleep 21(2): 178-186, 1998. PMID: 9542801

217.  Papineau K, Roehrs T, Petrucelli N, Rosenthal LD, Roth T: Electrophysiological Assessment (The Multiple Sleep Latency Test) of the Biphasic Effects of Ethanol in Humans. Alcoholism: Clinical and Experimental Research 22(1): 231-235, 1998. PMID: 9514312

218.  Bishop C, Rosenthal L, Folkerts M, Nykamp K, Helmus T, Guido P, Syron ML, Roehrs T, Rice M, Roth T: The Perception of Sleep as a Function of the Level of Daytime Sleepiness among Patients with Obstructive Sleep Apnea. Comprehensive Psychiatry 39(5): 312-317, 1998. PMID: 9777285

219.  Nykamp K, Rosenthal L, Folkerts M, Roehrs T, Guido P, Roth T: The Effects of REM Sleep Deprivation on the Level of Sleepiness/Alertness. Sleep 21(6): 609-614, 1998. PMID: 9779520

220.  Rosenthal L, Nykamp K, Guido P, Syron ML, Day R, Rice FM, Roth T: Daytime CPAP Titration – a Viable Alternative for Patients with Severe Obstructive Sleep Apnea. Chest 114: 1056-1060, 1998. PMID: 9792577

221.  Walsh J, Fry J, Erwin CW, Scharf M, Roth T, Vogel GW: Efficacy and Tolerability of 14-day Administration of Zaleplon 5mg and 10mg for the Treatment of Primary Insomnia. Clin Drug Invest 16(5): 347-354, 1998.

222.  Roehrs T, Papineau K, Rosenthal L, Roth T: Ethanol as a Hypnotic in Insomniacs: Self Administration and Effects of Sleep and Mood. Neuropsychopharmacology 20(3): 279-286, 1999. PMID: 10063488

223.  Johnson EO, Breslau N, Roth T, Roehrs T, Rosenthal L: Psychometric Evaluation of Daytime Sleepiness and Nocturnal Sleep Onset Scales in a Representative Community Sample. Biol Psychiatry 45: 764-770, 1999. PMID: 10188007

224.  Ancoli-Israel A, Roth T: Characteristics of Insomnia in the United States: Results of the 1991 National Sleep Foundation Survey I. Sleep 22(2): S347-353, 1999. PMID: 10394606

225.  Roth T, Ancoli-Israel: Daytime Consequences and Correlates of Insomnia in the United States: Results of the 1991 National Sleep Foundation Survey. II. Sleep 22(2): S354-358, 1999. PMID: 10394607

226.  Johnson EO, Roehrs T, Roth T, Breslau N: Epidemiology of Medication as Aids to Alertness in Early Adulthood. Sleep 22(4): 485-488, 1999. PMID: 10389224

227.  Roehrs T, Papineau K, Rosenthal L, Roth T: Sleepiness and the Reinforcing and Subjective Effects of Methylphenidate. Experimental and Clinical Psychopharmacology 7(2): 145-150, 1999. PMID: 10340154

228.    Rosenthal L, Nykamp K, Day R, Syron ML, Roehrs T, Fortier J, Roth T: The Detection of Brief Daytime Sleep Episodes.  Sleep 22(2):  211-214, 1999. PMID: 10201065

229.    Roth T, Roehrs T, Costa e Silva JA, Chase MH: Public Health and Insomnia: Consensus Statement Regarding its Status and Needs for Future Actions.  Sleep 22(3):  S417-S420, 1999.

230.    Nykamp K, Rosenthal L, Helmus T, Gerhardstein R, Day R, Roehrs T, Syron ML, Roth T: Repeated Nocturnal Sleep Latencies in Narcoleptic, Sleepy and Alert Subjects.  Clinical Neurophysiology 110: 1531-1534, 1999.  PMID: 10479019

231.    Walsh JK, Vogel GW, Scharf M, Erman M, Erwin CW, Schweitzer PK, Mangano RM, Roth T: A Five Week, Polysomnographic Assessment of Zaleplon 10 mg for the Treatment of Primary Insomnia. Sleep Medicine 1(1):  41-49, 2000. PMID: 10733619

232.    Stepanski E, Zorick F, Roehrs T, Roth T: Effects of Sleep Deprivation on Daytime Sleepiness in Primary Insomnia.  Sleep 23(2):  215-219, 2000. PMID: 10737338

233.    Roehrs T, Roth T: Sleep-Wake State and Memory Function.  Sleep 23(3):  S64-S68, 2000. PMID: 10809188

234.    Roth T: Diagnosis and Treatment of Insomnia.  Clinical Cornerstone 2(5):  28-38, 2000. PMID: 10875044

235.    Rosenthal L, Gerhardstein R, Lumley A, Guido P, Day R, Syron ML, Roth T: Compliance with CPAP in Elderly Patients with OSA.  Sleep Medicine 1(3):  215-220, 2000.

236.    Roehrs T, Turner L, Roth T: Effects of Sleep Loss on Waking Actigraphy. Sleep 23(6):  793-797, 2000. PMID: 11007446

237.    Walsh, Roth T, Randazzo A, Erman M, Jamieson A, Scharf M, Schweitzer P, Catesby Ware J: Eight Weeks of Non-Nightly use of Zolpidem for Primary Insomnia.  Sleep 23(8):  1087-1096, 2000. PMID: 11145323

238.    Roth T, Roehrs T: An Overview of Normal Sleep and Sleep Disorders.  European Journal of Neurology 7(4):  3-8, 2000.

239.    Drake CL, Rice MF, Roehrs TA, Rosenthal L, Guido P, Roth T: Scoring Reliability of the Multiple Sleep Latency Test in a Clinical Population.  Sleep 23(7):  911-913, 2000. PMID: 11083600

240.    Drake CL, Roehrs TA, Mangano RM, Roth T: Dose-Response Effects of Zaleplon as Compared with Triazolam (0.25mg) and Placebo in Chronic Primary Insomnia.  Human Psychopharmacology Clin. Exp. 15:  595-604, 2000.  PMID: 12404612

241.    Drake CL, Roehrs TA, Royer H, Koshorek G, Turner RB, Roth T: Effects of an Experimentally Induced Rhinovirus Cold on Sleep, Performance, and Daytime Alertness.  Physiology and Behavior 71:  75-81, 2000. PMID: 11134688

242.    Roth T, Hajak G, Ustun TB: Consensus for the Pharmacological Management of Insomnia in the New Millennium.  International Journal of Clinical Practice 55(1):  1-11, 2001. PMID: 11219318

243.    Roth T, Roehrs T: Sleep- Wake Variations and Drug Self-Administration.  Archives Italiennes de Biologie 139:  243-252, 2001. PMID: 11330204

244.    Day R, Guido P, Helmus T, Fortier J, Roth T, Koshorek G, Rosenthal L: Self-Reported Levels of Sleepiness Among Subjects with Insomnia.  Sleep Medicine 2:  153-157, 2001.  PMID: 11226864

245.    Roehrs T, Bonahoom A, Pedrosi B, Rosenthal L, Roth T: Treatment Regimen and Hypnotic Self-Administration.  Psychopharmacology 155:  11-17, 2001. PMID: 11374329

246.    Rosenthal L, Day R, Gerhardstein R, Meixner R, Roth T, Guido P, Fortier J: Sleepiness/Alertness Among Healthy Evening and Morning Type Individuals.  Sleep Medicine 2: 243-248, 2001.  PMID: 11311688

247.    Roehrs T, Rosenthal L, Koshorek G, Mangano RM, Roth T: Effects of Zaleplon or Triazolam with or without Ethanol on Human Performance.  Sleep Medicine 2: 323-332, 2001.  PMID: 11438249

248.    Roehrs T, Roth T: Sleep, Sleepiness, Sleep Disorders and Alcohol Use and Abuse.  Sleep Medicine Reviews 5(4):  287-297, 2001. PMID: 12530993

249.    Roehrs T, Roth T: Sleep, Sleepiness, and Alcohol Use.  Alcohol Research & Health 25(2):  101-109, 2001. PMID: 11584549

250.    Drake C, Roehrs T, Burduvali E, Bonahoom A, Rosekind M, Roth T: Effects of Rapid Versus Slow Accumulation of Eight Hours of Sleep Loss.  Psychophysiology 38:  979-987, 2001. PMID: 12240674

251.    Ohayon MM, Roth T: What are the Contributing Factors for Insomnia in the General Population? Journal of Psychosomatic Research 51:  745-755, 2001. PMID: 11750297

252.    Erman MK, Erwin CW, Gengo FM, Jamieson AO, Lemmi H, Mahowald MW, Regestein QR, Roth T, Roth-Schechter B, Scharf MB, Vogel GW, Walsh JK, Ware JC: Comparative Efficacy of Zolpidem and Temazepam in Transient Insomnia.  Hum Psychopharmacol 16:  169-176, 2001. PMID: 12404587

253.    Roehrs T, Bonahoom A, Pedrosi B, Rosenthal L, Roth T: Disturbed Sleep Predicts Hypnotic Self-Administration.  Sleep Medicine 3:  61-66, 2002. PMID: 14592256

254.    Roth T, Zammit G, Kushida C, Doghramji K, Mathias SD, Wong JM, Buysse DJ: A New Questionnaire to Detect Sleep Disorders.  Sleep Medicine 3:  99-108, 2002. PMID: 14592227

255.    Roehrs T, Bonahoom A, Pedrosi B, Zorick F, Roth T: Nighttime Versus Daytime Hypnotic Self-Administration.  Psychopharmacology 161:  137-142, 2002.  PMID: 11981593

256.    Richardson GS, Roehrs TA, Rosenthal L, Koshorek G, Roth T: Tolerance to Daytime Sedative Effects of H1 Antihistamines.  Journal of Clinical Psychopharmacology 22(5):  511-515, 2002. PMID: 12352276

257.    Richardson GS, Roth T, Kramer JA:  Management of Insomnia: The Role of Zaleplon.  Gen Med 4(9), 2002. PMID: 11965211

258.    Ohayon MM, Roth T: Prevalence of Restless Legs Syndrome and Periodic Limb Movement Disorder in the General Population.  Journal of Psychosomatic Research 53:  547-554, 2002. PMID: 12127170

259.    Roehrs T, Hollebeek E, Drake C, Roth T:  Substance Use for Insomnia in Metropolitan Detroit. Journal of Psychosomatic Research 53:  571-576, 2002. PMID: 12127173

260.    Drake CL, Mason KM, Bowyer SM, Roth T, Barkley GL, Tepley N: Topographic Distribution of Sleep Spindles Using 2DII.  In: Biomag: Proceedings of the 13th International Conference on Biomagnetism, (eds: H. Nowak, J. Haueisen, F. Giebler, R. Huonker) Verlag: Berlin:  152-154, 2002.

261.    Drake CL, Mason KM, Bowyer SM, Roth T, Barkley GL, Tepley N: Vertex Sharp Waves during Sleep Localized by 2DII.  In: Biomag: Proceedings of the 13th International Conference on Biomagnetism, (eds: H. Nowak, J. Haueisen, F. Giebler, R. Huonker) Verlag: Berlin:  164-166, 2002.

262.    Ohayon MM, Roth T: Place of Chronic Insomnia in the Course of Depressive and Anxiety Disorders. Journal of Psychiatric Research 37:  9-15, 2003.  PMID: 12482465

263.    Drake CL, Roehrs T, Turner L, Scofield HM, Roth T: Caffeine Reversal of Ethanol Effects on the Multiple Sleep Latency Test, Memory, and Psychomotor Performance.  Neuropsychopharmacology 28:  371-378, 2003. PMID: 12589390

264.    Drake CL, Day R, Hudgel D, Stefadu Y, Parks M, Syron ML, Roth T: Sleep During Titration Predicts Continuous Positive Airway Pressure Compliance. Sleep May 1;26(3):  308-311, 2003. PMID: 12749550

265.    Drake CL, Nickel C, Burduvali E, Roth T, Jefferson C, Badia P: The Pediatric Daytime Sleepiness Scale (PDSS): Sleep Habits and School Outcomes in Middle-School Children.  Sleep 26(4):  1-4, 2003. PMID: 12841372

266.    Roth T, Rye DB, Borchert LD, Bartlett C, Bliwise DL, Cantor C, Gorell JM, Hubble JP, Musch B, Olanow CW, Pollak C, Stern MB, Watts RL:  Assessment of Sleepiness and Unintended Sleep in Parkinson's Disease Patients Taking Dopamine Agonists.  Sleep Medicine 4:  275-280, 2003. PMID: 14592299

267.    Brodsky MA, Godbold J, Roth T, Olanow CW: Sleepiness in Parkinson's Disease:  A Controlled Study.  Movement Disorders 18(6):  668-672, 2003. PMID: 12784270

268.    Krystal AD, Walsh JK, Laska E, Caron J, Amato DA, Wessel TC, Roth T:  Sustained Efficacy of Eszopiclone Over 6 Months of Nightly Treatment:  Results of a Randomized, Double-Blind, Placebo-Controlled Study in Adults with Chronic Insomnia.  Sleep 26(7):  793-799, 2003. PMID: 14655910

269.    Drake CL, Roehrs T, Roth T:  Insomnia Causes, Consequences, and Therapeutics:  An Overview. Depression and Anxiety 18:  163-176, 2003. PMID: 14661186

270.    Roehrs T, Burduvali E, Bonahoom A, Drake C, Roth T:  Ethanol and Sleep Loss:  A "Dose" Comparison of Impairing Effects.  Sleep 26(8):  981-985, 2003. PMID: 14746378

271.    Drake C, Richardson G, Roehrs T, Scofield H, Roth T:  Vulnerability to Stress-related Sleep Disturbance and Hyperarousal.  Sleep 27(2):  285-291, 2004. PMID: 15124724

272.    Atkinson MJ, Allen RP, DuChane J, Murray C, Kushida C, Roth T:  Validation of the Restless Legs Syndrome Quality of Life Instrument (RLS-QLI): Findings of a Consortium of National Experts and the RLS Foundation.  Quality of Life Research 13:  679-693, 2004. PMID: 15130030

273.    Breslau N, Roth T, Burduvali E, Kapke A, Schultz L, Roehrs T:  Sleep Lifetime Posttraumatic Stress Disorder.  A Community-Based Polysomnographic Study.  Arch Gen Psychiatry 61:  508-516, 2004. PMID: 15123496

274.    Mendelson WB, Roth T, Cassella J, Roehrs T, Walsh JK, Woods JH, Buysse DJ, Meyer RE:  The Treatment of Chronic Insomnia: Drug Indications, Chronic Use and Abuse Liability.  Summary of a 2001 New Clinical Drug Evaluation Unit Meeting Symposium.  Sleep Medicine Reviews 8:  7-17, 2004. PMID: 15062207

275.   Roehrs T, Johanson CE, Meixner R, Turner L, Roth T:  Reinforcing and Subjective Effects of Methylphenidate: Dose and Time in Bed.  Experimental and Clinical Psychopharmacology 12(3): 180-189, 2004. PMID: 15301635

276.   Roehrs T, Greenwald M, Roth T: Risk-Taking Behavior: Effects of Ethanol, Caffeine, and Basal Sleepiness.  Sleep 27(5):  887-893, 2004.  PMID: 15453546

277.   Roehrs T, Roth T: 'Hypnotic' Prescription Patterns in a Large Managed-Care Population:  Sleep Medicine 5:  463-466, 2004. PMID: 15341891

278.   Roth T, Drake C: Evolution of Insomnia: Current Status and Future Direction.  Sleep Medicine 5(1): S23-S30, 2004. PMID: 15301994

279.   Drake CL, Roehrs T, Richardson G, Walsh JK, Roth T:  Shift Work Sleep Disorder: Prevalence and Consequences Beyond that of Symptomatic Day Workers.  Sleep 27(8): 1453-1462, 2004. PMID: 15683134

280.   Zammit GK, McNabb LJ, Caron J, Amato DA, Roth T:  Efficacy and Safety of Eszopiclone Across 6-Weeks of Treatment for Primary Insomnia.  Current Medical Research and Opinion 20(12):  1979-1991, 2004. PMID: 15701215

281.   Rosenberg R, Caron J, Roth T, Amato D:  An Assessment of the Efficacy and Safety of Eszopiclone in the Treatment of Transient Insomnia in Healthy Adults.  Sleep Medicine 6: 15-22, 2005. PMID: 15680290

282.   Roth T, Stubbs C, Walsh JK:  Ramelteon (TAK-375), a Selective MT1/MT2-Receptor Agonist, Reduces Latency to Persistent Sleep in a Model of Transient Insomnia Related to a Novel Sleep Environment.  Sleep 28(3):  303-307, 2005. PMID: 16173650

283.   Roehrs T, Roth T:  Sleep And Pain:  Interaction of Two Vital Functions.  Seminars in Neurology 25(1): 106-116, 2005. PMID: 15798943

284.   Jefferson CD, Drake CL, Scofield HM, Myers E, McClure T, Roehrs TA, Roth T:  Sleep Hygiene Practices in a Population-Based Sample of Insomniacs. Sleep 28(5):  611-615, 2005. PMID: 16171275

285.   Walsh JK, Randazzo AC, Frankowski S, Shannon K, Schwietzer, PK, Roth T:  Dose Response Effects of Tiagabine on the Sleep of Older Adults.  Sleep 28(6):  673-676, 2005. PMID: 16477953

286.   Johnson DA, Orr WC, Crawley JA, Traxler B, McCullough J, Brown KA, Roth T:  Effect of Esomeprazole on Nighttime Heartburn and Sleep Quality in Patients with GERD: A Randomized, Placebo-Controlled Trial.  Am J Gastroenterol 100(9):  1914-1922, 2005. PMID: 16128933

287.   Czeisler CA, Walsh JK, Roth T, Hughes RJ, Wright KP, Kingsbury L, Arora A, Schwartz JRL, Neibler GE, Dinges DF:  Modafinil for Excessive Sleepiness Associated with Shift-Work Sleep Disorder.  N Engl J Med 353(5):  26-36, 2005. PMID: 16079371

288.   Roth T, Walsh JK, Krystal A, Wessel T, Roehrs TA.:  An Evaluation of the Efficacy and Safety of Eszopiclone Over 12 Months in Patients with Chronic Primary Insomnia.  Sleep Medicine 6:  487-495, 2005. PMID: 16230048

289.   Singh M, Drake CL, Roehrs T, Hudgel DW, Roth T:  The Association Between Obesity and Short Sleep Duration:  A Population-Based Study.  Journal of Clinical Sleep Medicine 1(4):  357-363, 2005. PMID: 17564401

290.    Shepard JJW, Buysse DJ, Chesson JAL, Dement WC, Goldberg R, Guilleminault C, Harris CD, Iber C, Mignot E, Mitler MM, Moore KE , Phillips BA, Quan SF, Rosenberg RS, Roth T, Schmidt HS, Silber MS, Walsh JK, White DP. History of the Development of Sleep Medicine in the United States. Journal of Clinical Sleep Medicine 1(1):  61-82, 2005. PMID: 17561617

291.    Roehrs T, Kapke A, Roth T, Breslau N:  Sex Differences in the Polysomnographic Sleep of Young Adults:  A Community-Based Study.  Sleep Medicine 7:  49-53, 2006. PMID: 16194623

292.    Walsh JK, Perlis M, Rosenthal M, Krystal A, Jiang J, Roth T:  Tiagabine Increases Slow-Wave Sleep in a Dose-Dependent Fashion Without Affecting Traditional Efficacy Measures in Adults with Primary Insomnia.  Journal of Clinical Sleep Medicine 2(1):  35-41, 2006. PMID: 17557435

293.    Johnson EO, Roth T, Schultz L, Breslau N:  Epidemiology of DSM-IV Insomnia in Adolescence: Lifetime Prevalence, Chronicity, and an Emergent Gender Difference.  Pediatrics 117: e247 - e256, 2006. PMID: 16452333

294.    Roehrs TA, Hyde M, Blaisdell B, Greenwald M, Roth T:  Sleep Loss and REM Sleep Loss are Hyperalgesic.  Sleep 29(2):  145-151, 2006. PMID: 16494081

295.    Roth T, Wright KP, Walsh J:  Effect of Tiagabine on Sleep in Elderly Subjects with Primary Insomnia: A Randomized, Double-Blind, Placebo-Controlled Study.  Sleep 29(3):  335-341, 2006. PMID: 16553019

296.    Walsh JK, Zammit G, Schweitzer PK, Ondrasik J, Roth T. Tiagabine Enhances Slow Wave Sleep and Sleep Maintenance in Primary Insomnia.  Sleep Medicine 6: 155-161, 2006. PMID: 16260179

297.    Mindell JA, Emslie G, Blumer J, Genel M, Glaze D, Ivanenko A, Johnson K, Rosen C, Steinberg F, Roth T, Banas B.  Pharmacologic Management of Insomnia in Children and Adolescents:  Consensus Statement.  Pediatrics 117:  1223-1232, 2006. PMID: 16740821

298.    Walsh JK, Randazzo AC, Stone K, Eisenstein R, Feren SD, Kajy S, Dickey P, Roehrs T, Roth T, Schweitzer PK.  Tiagabine is Associated with Sustained Attention During Sleep Restriction: Evidence for the Value of Slow Wave Sleep Enhancement?  Sleep 29(4):  433-443, 2006. PMID: 16676776

299.    Fava M, McCall WV, Krystal A, Wessel T, Rubens R, Caron J, Amato D, Roth T. Eszopiclone Co-Administered with Fluoxetine in Patients with Insomnia Coexisting with Major Depressive Disorder. Biol Psychiatry 59:  1052-1060, 2006. PMID: 16581036

300.    Roth T, White D, Schmidt-Nowara W, Wesnes KA, Niebler G, Arora S, Black J.  Effects of Armodafinil in the Treatment of Residual Excessive Sleepiness Associated with Obstructive Sleep Apnea/Hypopnea Syndrome:  A 12-Week, Multicenter, Double-Blind, Randomized, Placebo-Controlled Study in nCPAP-Adherent Adults.  Clinical Therapeutics 28(5):  689-706, 2006. PMID: 16861091

301.    Roth T, Soubrane C, Titeux L, Walsh JK.  Efficacy and Safety of Zolpidem-MR: A Double-Blind, Placebo-Controlled Study in Adults with Primary Insomnia.  Sleep Medicine 7: 397-406, 2006.  PMID: 16815744

302.    Roth T, Seiden D, Sainati S, Wang-Weigand S, Zhang J, Zee P.  Effects of Ramelteon on Patient-Reported Sleep Latency in Older Adults with Chronic Insomnia.  Sleep Medicine 7: 312-318, 2006. PMID: 16709464

303.  Johnson EO, Roth T.  An Epidemiologic Study of Sleep-Disordered Breathing Symptoms Among Adolescents.  Sleep 29(9):  1135-1142, 2006. PMID: 17040001

304.  Harsh JR, Hayduk R, Rosenberg R, Wesnes KA, Walsh JK, Arora S, Niebler GE, Roth T.  The Efficacy and Safety of Armodafinil as Treatment for Adults with Excessive Sleepiness Associated with Narcolepsy.  Curr Med Res Opin 22(4):  761-774, 2006. PMID: 16684437

305.  Roth T, Jaeger S, Jin R, Kalsekar A, Stang P, Kessler RC.  Sleep Problems, Comorbid Mental Disorders, and Role Functioning in the National Comorbidity Survey Replication (NCS-R).  Biol Psychiatry 60(12):  1364-1371, 2006.  PMID: 16952333

306.  Roehrs T, Roth T.  Safety of Insomnia Pharmacotherapy.  Sleep Med Clinics 1:  399-407, 2006.

307.  Drake CL, Jefferson C, Roehrs T, Roth T.  Stress-Related Sleep Disturbance and Polysomnographic Response to Caffeine.  Sleep Med 7:  567-572, 2006. PMID: 16996309

308.  Johnson EO, Roth T, Breslau N.  The Association of Insomnia with Anxiety Disorders and Depression:  Exploration of the Direction of Risk.  Journal of Psychiatric Research 40:  700-708, 2006. PMID: 16978649

309.  Soares CN, Joffe H, Rubens R, Caron J, Roth T, Cohen L:  Eszopiclone in Patients with Insomnia During Perimenopause and Early Postmenopause.  Obstetrics & Gynecology 108(6):  1402-1410, 2006. PMID: 17138773

310.  Harsh JR, Hayduk R, Rosenberg R, Wesnes KA, Walsh JK, Arora S, Niebler GE, Roth T:  The Efficacy and Safety of Armodafinil as Treatment for Adults with Excessive Sleepiness Associated with Narcolepsy.  Current Medical Research and Opinion Vol. 22, No. 4:  761-774, 2006. PMID: 16684437

311.  Singh M, Drake CL, Roth T:  The Prevalence of Multiple Sleep-Onset REM Periods in a Population-Based Sample.  Sleep, Vol. 29, No. 7, 890-895, 2006.  PMID: 16895255

312.  Hirshkowitz M, Black JE, Wesnes K, Niebler G, Arora S, Roth T.  Adjunct Armodafinil Improves Wakefulness and Memory in Obstructive Sleep Apnea/Hypopnea Syndrome.  Respiratory Medicine 101(3):  616-627, 2007. PMID: 16908126

313.  Krystal A, Fava M, Rubens R, Wessel T, Caron J, Wilson P, Roth T, McCall WV:  Evaluation of Eszopiclone Discontinuation after Cotherapy with Fluoxetine for Insomnia with Coexisting Depression.  Journal of Clinical Sleep Medicine 3(1):  48-55, 2007. PMID: 17557453

314.  Kryger M, Wang-Weigand S, Roth T:  Safety of Ramelteon in Individuals with Mild to Moderate Obstructive Sleep Apnea.  Sleep Breath 11: 159-164, 2007. PMID: 17294232

315.  Budhiraja R, Parthasarathy S, Drake C, Roth T, Sharief I, Budhiraja P, Saunders V, Hudgel D:  Early CPAP Use Identifies Subsequent Adherence to CPAP Therapy.  Sleep 30(3): 320-324, 2007. PMID: 17425228

316.  Roth T, Seiden D, Wang-Weigand S, Zhang J:  A 2-Night, 3-Period, Crossover Study of Ramelteon's Efficacy and Safety in Older Adults with Chronic Insomnia.  Current Medical Research and Opinion 23(5): 1005-1014, 2007. PMID: 17519067

317.  Roth T, Krystal AD, Lieberman JA III. Long-Term Issues in the Treatment of Sleep Disorders. CNS Spectr. 2007;12(7 suppl 10):1-16.

318.  Walsh JK, Krystal AD, Amato DA, Rubens R, Caron J, Wessel TC, Schaefer K, Roach J, Wallenstein G, Roth T:  Nightly Treatment of Primary Insomnia with Eszopiclone for Six Months:  Effect on Sleep, Quality of Life and Work Limitations.  Sleep 30(8):  959-968, 2007.  PMID: 17702264

319.  Zammit G, Erman M, Wang-Weigand S, Sainati S, Zhang J, Roth T:  Evaluation of the Efficacy and Safety Ramelteon in Subjects with Chronic Insomnia.  Journal of Clinical Sleep Medicine 3(5):  495-504, 2007.  PMID: 17803013

320.  Roth T, Rippon GA, Arora S: Armodafinil Improves Wakefulness and Long-Term Episodic Memory in nCPAP-Adherent Patients with Excessive Sleepiness Associated with Obstructive Sleep Apnea.  Sleep Breath 10, 2007.

321.  Walsh JK, Moscovitch A, Burke J, Farber R, Roth T:  Efficacy and Tolerability of Indiplon in Older Adults with Primary Insomnia.  Sleep Medicine 8(7-8): 753-759, 2007. PMID: 17825616

322.  Roth T, Schwartz JRL, Hirshkowitz M, Erman MK, Dayno JM, Arora S:  Evaluation of the Safety of Modafinil for Treatment of Excessive Sleepiness.  Journal of Clinical Sleep Medicine 3(6):  595-602, 2007. PMID: 17993041

323.  Roth T, Rogowski R, Hull S, Schwartz H, Koshorek G, Corser B, Seiden D, Lankford A:  Efficacy and Safety of Doxepin 1mg, 3mg and 6mg in Adults with Primary Insomnia.  Sleep 30(11): 1555-1561, 2007.  PMID: 18041488

324.  Roth T, Zammit GK, Scharf MB, Farber R:  Efficacy and Safety of As-Needed, Post Bedtime Dosing with Indiplon in Insomnia Patients with Chronic Difficulty Maintaining Sleep.  Sleep 30(12):  1731-1738, 2007.  PMID: 18246982

325.  Kryger M, Wang-Weigand S, Zhang J, Roth T. Effect of Ramelteon, a Selective MT1/MT2-Receptor Agonist, on Respiration during Sleep in Mild to Moderate COPD.  Sleep Breath 10, 2007.

326.  Villareal A, Hudgel D, Roth T.  Improvement of Obstructive Sleep Apnea after Radiation Therapy of Vocal Cord Carcinoma.  Sleep Medicine Dec;9(1):  96-97, 2007. PMID: 17825614

327.  Rosenberg R, Roth T, Scharf MB, Lankford DA, Farber R:  Efficacy and Tolerability of Indiplon in Transient Insomnia. Journal of Clinical Sleep Medicine, Jun 15; Vol. 3 No. 4: 374-379, 2007. PMID: 17694726

328.  Walsh JK, Soubrane C, Roth T.  Efficacy and Safety of Zolpidem Extended Release in Elderly Primary Insomnia Patients.  Am J Geriatr Psychiatry Jan;16(1): 44-57, 2008. PMID: 18165461

329.  Roth T, Mayleben D, Corser BC, Singh NN.  Daytime Pharmacodynamic and Pharmacokinetic Evaluation of Low-Dose Sublingual Transmucosal Zolpidem Hemitartrate.  Human Psychopharmacology Clinical and Experimental Jan;23(1): 13-20, 2008. PMID: 17907263

330.  Krystal AD, Erman M Zammit G, Soubrane C, Roth T.  Long-Term Efficacy and Safety of Zolpidem Extended-Release 12.5 mg, Administered 3 to 7 Nights Per Week for 24 Weeks, in Patients with Chronic Primary Insomnia:  a 6-month, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study.  Sleep Jan;31(1): 79-90, 2008.  PMID: 18220081

331.  Krystal AD, Thakur M, Roth T.  Sleep Disturbance in Psychiatric Disorders:  Effects on Function and Quality of Life in Mood Disorders, Alcoholism and Schizophrenia.  Annals of Clinical Psychiatry Jan-Mar; 20(1): 39-46, 2008. PMID: 18297585

332.    Roehrs T, Roth T: Caffeine: Sleep And Daytime Sleepiness. Sleep Medicine Reviews Apr; 12(2): 153-162, 2008. PMID: 17950009

333.    Drake CL, Scofield H, Roth T: Vulnerability to Insomnia: The Role of Familial Aggregation.  Sleep Medicine Mar; 9(3): 297-302, 2008. PMID: 17825612

334.    Pollack M, Kinrys G, Krystal A, McCall V, Roth T, Schaefer K, Rubens R, Roach J, Huang H, Krishnan R:  Eszopiclone Coadministered With Escitalopram in Patients With Insomnia and Corborbid Generalized Anxiety Disorder.  Arch Gen Psychiatry Vol 65 (5):  551-562, 2008. Also available at www.archgenpsychiatry.com  PMID:  18458207

335.    Schwartz JRL, Hughes RJ, Roth T:  Pharmacologic Therapy for Sleep-Related Breathing Disorders.  Expert Rev Clin Pharmacol I(3):  441-455, 2008.  Also available at www.expert-reviews.com

336.    Valentina G, Robinson S, Jefferson C, Roth T, Tepley N, Drake C:  Brain-changes During Transition from Awake to Sleep:  (MEG) Study.  Biomagnetism-Transdisciplinary Research and Exploration: 200-202, 2008.

337.    Scofield H, Roth T, Drake C:  Periodic Limb Movements During Sleep:  Population Prevalence, Clinical Correlates, and Racial Differences.  Sleep, Vol 31, No 9: 1221-1227, 2008. PMID: 18788647

338.    Roth T, Hull SG, Lankford DA, Rosenberg R, Scharf MB, Intermezzo Study Group:  Low-Dose Sublingual Zolpidem Tartrate is Associated with Dose-Related Improvement in Sleep Onset and Duration in Insomnia Characterized by Middle-of-the-Night (MOTN) Awakenings.  Sleep, Vol 31, No 9: 1277-1284, 2008.  PMID: 18788653

339.    Scharf M, Rogowski R, Hull S, Cohn M, Mayleben D, Feldman N, Ereshefsky L, Lankford A, Roth T: Efficacy and Safety of Doxepin 1 mg, 3 mg, and 6 mg in Elderly Patients with Primary Insomnia: A Randomized Double-Blind, Placebo-Controlled Crossover Study.  J Clin Psychiatry Oct; 69(10): 1557-1564, 2008. PMID: 19192438

340.    Rajaratnam SMW, Polymeropoulos MH, Fisher DM, Roth T, Scott C, Birznieks G, Klerman EB: Melatonin Agonist Tasimelteon (VEC-162) for Transient Insomnia after Sleep-Time Shift: Two Randomised Controlled Multicentre Trials.  Lancet 373(9662): 482-491. www.thelancet.com Published on line DOI:10.1016/S0140-6736(08)61812-7: 1-10, Dec 2, 2008. PMID: 19054552

341.  Rosenberg R, Seiden DJ, Hull SG, Erman M, Schwartz H, Anderson C, Prosser W, Shanahan W, Sanchez M, Chuang E, Roth T:  APD125, a Selective Serotonin 5-HT Receptor Inverse Agonist, Significantly Improves Sleep Maintenance in Primary Insomnia.  Sleep, Vol 31, No 12: 1663-1671, 2008. PMID: 19090322

342.  Roth T, Rippon GA, Arora S:  Armodafinil Improves Wakefulness and Long-Term Episodic Memory in nCPAP-Adherent Patients with Excessive Sleepiness Associated with Obstructive Sleep Apnea. Sleep Breath, Mar; 12: 53-62, 2008. PMID: 17874255

343.  Krystal AD, Goforth H, Roth T. Effects of antipsychotic medications on sleep in schizophrenia. Intl Clinical Psychopharmacology,  2008;65:551-62.

344.  Kryger M, Roth T, Wang-Weigand S, Zhang J:  The Effects of Remelteon on Respiration During Sleep in Subjects with Moderate to Severe Chronic Obstructive Pulmonary Disease.  Sleep Breath, Mar; 13(1):  79-84, 2009. PMID: 18584227

345.  Roth T:  Hypnotic use for Insomnia Management in Chronic Obstructive Pulmonary Disease.  Sleep Medicine 10:  19-25, 2009. PMID: 18693067

346.  Staner L, Eriksson M, Cornette F, Santoro F, Muscat N, Luthinger R, Roth T:  Sublingual Zolpidem is More Effective than Oral Zolpidem in Initiating Early Onset of Sleep in the Post-Nap Model of Transient Insomnia:  A Polysomnographic Study.  Sleep Medicine 10(6): 616-620, 2009. PMID: 18996742

347.  Kushida CA, Walters AS, Becker P, Thein SG, Perkins AT, Roth T, Canafax D, Barrett RW:  A Randomized, Double-Blind, Placebo-Controlled, Crossover Study of XP13512/GSK1838262 in the Treatment of Patients with Primary Restless Legs Syndrome.  Sleep 32 (2): 159-168, 2009. PMID: 19238802

348.  Zammit G, Schwartz H, Roth T, Wang-Weigand S, Sainati S, Zhang J:   The Effects of Ramelteon in a First-Night Model of Transient Insomnia.  Sleep Medicine, Jan;10(1):  55-59, 2009. PMID: 18691937

349.  Gumenyuk V, Roth T, Moran JE, Jefferson C, Bowyer SM, Tepley N, Drake CL:  Cortical Locations of Maximal Spindle Activity: Magnetoencephalography (MEG) Study.  Journal of Sleep Research 18(2): 245-253, 2009. PMID: 19645968

350.  Fava M, Asnis GM, Shrivastava R, Lydiard B, Bastani B, Sheehan D, Roth T:  Zolpidem Extended-Release Improves Sleep and Next-Day Symptoms in Comorbid Insomnia and Generalized Anxiety Disorder.  Journal of Clinical Psychopharmacology, Jun; Vol 29, Number (3):  222-230, 2009.  PMID: 19440075

351.  Chhangani BS, Roehrs TA, Harris EJ, Hyde M, Drake C, Hudgel DW, Roth T:  Pain Sensitivity in Sleepy Pain-Free Normals.  Sleep,  Aug, 32, No. 8:  1011-1017, 2009. PMID: 19792573

352.  Adler LA, Goodman D, Weisler R, Hamdani M, Roth T:  Effect of Lisdexamfetamine Dimesylate on Sleep in Adults with Attention-Deficit/Hyperactivity Disorder.  Behavioral and Brain Functions, Aug; 5:34, 2009. www.behavioralandbrainfunctions.com/content/5/1/34. PMID: 19650932

353.  Czeisler CA, Walsh JK, Wesnes KA, Arora S, Roth T:  Armodafinil for Treatment of Excessive Sleepiness Associated With Shift Work Disorder: A Randomized Controlled Study.  Mayo Clinic Proceedings 84(11):  958-972, November 2009.  PMID: 19880686

354.  Palesh OG, Roscoe JA, Mustian KM, Roth T, Savard J, Ancoli-Israel S, Heckler C, Purnell JQ,
Janelsins MC, Morrow, GR:  Prevalence, Demographics and Psychological Associations of Sleep
Disruption in Patients with Cancer:  University of Rochester Cancer Center-Community Clinical
Oncology Program.  Journal of Clinical Oncology (27):  1-7, November, 2009.

355.  Roth T, Price JM, Amato DA, Rubens RP, Roach JM, Schnitzer TJ:  The Effect of Eszopiclone in
Patients with Insomnia and Coexisting Rheumatoid Arthritis:  A Pilot Study.  Prim Care Companion J
Clin Psychiatry, 11(6):  292-301, 2009. PMID: 20098520

356.  Roth T, on Behalf of the Workshop Participants:  Does Effective Management of Sleep Disorders
Reduce Substance Dependence?  Drugs, Vol. 69, Suppl. 2:  65-75, 2009. PMID: 20047351

357.  Ancoli-Israel S, Krystal AD, McCall WV, Schaefer,  K, Wilson A, Claus R, Rubens R, Roth T:  A 12-
Week, Randomized, Double-Blind, Placebo-Controlled Study Evaluating the Effect of Eszopiclone 2
mg on Sleep/Wake Function in Older Adults with Primary and Comorbid Insomnia. Sleep, Vol 33, No.
2, pp 225-234, 2010.  PMID: 20175406

358.  Roth T, Lines C, Vandormael K, Ceesay P, Anderson D, Snavely D:  Effect of Gaboxadol on Patient-
reported Measures of Sleep and Waking Function in Patients with Primary Insomnia: Results from
Two Randomized, Controlled, 3-month Studies.  Journal of Clinical Sleep Medicine, Feb; 15, Vol. 6,
No. 1, 30-39, 2010. PMID: 20191935

359.  Ohayon MM, Krystal A, Roehrs TA, Roth T, Vitiello MV:  Using Difficulty Resuming Sleep to Define
Nocturnal Awakenings. Sleep Medicine, Mar; 11(3), 236-241, 2010. PMID: 20075004

360.  Roth T, Zammit G, Lankford A, Mayleben D, Stern T, Pitman V, Clark D, Werth JL:  Nonrestorative
Sleep as a Distinct Component of Insomnia.  Sleep, Apr; Vol. 33, No. 4, 449-458, 2010. PMID:
20394313

361.  Gumenyuk V, Roth T, Korzyukov O, Jefferson C, Kick A, Spear L, Tepley N, Drake CL:  Shift Work
Sleep Disorder is Associated with an Attenuated Brain Response of Sensory Memory and an
Increased Brain Response to Novelty: An ERP Study.  Sleep, May; Vol. 33, No. 5, 703-713, 2010.
PMID: 20469813

362.  Drake C, Roehrs T, Breslau N, Johnson E, Jefferson C, Scofield H, Roth T:  The 10-Year Risk of
Verified Motor Vehicle Crashes in Relation to Physiologic Sleepiness. Sleep, Jun; Vol. 33, No. 6, 745-
752, 2010. PMID: 20550014

363.  Zee PC, Wang-Weigand S, Wright Jr KP, Peng X, Roth T:  Effects of Ramelteon on Insomnia
Symptoms Induced by Rapid, Eastward Travel.  Sleep Medicine, Jun; 11, 525-533, 2010. PMID:
20483660

364.  Steinmiller CL, Roehrs TA, Harris E, Hyde M, Greenwald MK, Roth T:  Differential Effect of Codeine
on Thermal Nociceptive Sensitivity in Sleepy Versus Nonsleepy Healthy Subjects.  Experimental and
Clinical Psychopharmacology, Jun; Vol. 18, No.3, 277-283, 2010.

365.  Roth, T, Durrence HH, Jochelson P, Peterson G, Ludington E, Rogowski R, Scharf M, Lankford A:
Efficacy and Safety of Doxepin 6 mg in a Model of Transient Insomnia.  Sleep Medicine, 11, 843-847,
2010.  PMID: 20817598

366.  Stroe, AF, Roth T, Jefferson C, Hudgel DW, Roehrs T, Moss K, Drake CL:  Comparative Levels of
Excessive Daytime Sleepiness in Common Medical Disorders.  Sleep Medicine, Oct; 11, 890-896,
2010. PMID: 20817600

367. Roth T, van Seventer R, Murphy TK:  The Effect of Pregabalin on Pain-Related Sleep Interference in Diabetic Peripheral Neuropathy or Postherpetic Neuralgia: A Review of Nine Clinical Trials.  Current Medical Research & Opinion, Vol. 26, No. 10, 2411-2419, 2010.  PMID: 2081279

368. Krystal AD, Durrence HH, Scharf M, Jochelson P, Rogowski R, Ludington E, Roth T:  Long-Term Safety and Efficacy of Doxepin for Elderly Insomnia. Efficacy and Safety of Doxepin 1mg and 3mg in a 12-week Sleep Laboratory and Outpatient Trial of Elderly Subjects with Chronic Primary Insomnia. Sleep, Vol. 33, No. 11, 1553-1561, 2010.  PMID: 21102997

369. Kessler RC, Coulouvrat C, Hajak G, Lakoma MD, Roth T, Sampson N, Shahly V, Shillington A, Stephenson JJ, Walsh JK, Zammit GK:  Reliability and Validity of the Brief Insomnia Questionnaire. Reliability and Validity of the Brief Insomnia Questionnaire in the America Insomnia Survey.  Sleep, Nov; Vol. 33, No. 11, 1539-1549, 2010. PMID: 21102996

370. Ohayon MM, Smolensky MH, Roth T:  Consequences of Shiftworking on Sleep Duration, Sleepiness and Sleep Attacks.  Chronobiol Int. May; 27(3), 575-589. PMID: 20524802 (PubMed-indexed for MEDLINE) Related citations. 2010. PMID: 20524802

371. Hayes S, Cytryn K, Johnson M, Roth T, Murray S:  Sleep-Wake Disorders: Can CME Panel Discussion Activity Improve Clinical Practice? CD Meas. Volume 4, Issue 4: 68-73, 2010.

372. Rosenberg RP, Bogan RK, Tiller JM, Yang R, Youakim JM, Earl CQ, Roth T:  A Phase 3, Double-Blind, Randomized, Placebo-Controlled Study of Armodafinal for Excessive Sleepiness Associated With Jet Lag Disorder. Mayo Clin Proc., July; 85(7): 630-638. doi: 10.4065/mcp.2009.0778, 2010. PMID: 20530317

373. Roehrs TA, Randall S, Harris E, Maan S, Roth T:  Twelve Months of Nightly Zolpidem Does Not Lead to Dose Escalation:  A Prospective Placebo-Controlled Study.  Sleep, Vol. 34, No. 2, 207-212, 2011. PMID: 21286241

374. Roth T, Coulouvrat C, Hajak G, Lakoma MD, Sampson NA, Shahly V, Shillington AC, Stephenson JJ, Walsh JK, Kessler RC:  Prevalence and Perceived Health Associated with Insomnia Based on  DSM-IV-TR; International Statistical  Classification of Diseases and Related Health Problems, Tenth Revision; and Research Diagnostic Criteria/International Classification of Sleep  Disorders, Second Edition Criteria: Results from the America Insomnia Survey.  Biol Psychiatry, 69: 592-600, 2011.

375. Verster JC, Roth T:  Standard Operation Procedures for Conducting the On-The-Road Driving Test, and Measurement of the Standard Deviation of Lateral Position (SDLP). International Journal of General Medicine, 4: 359-371, 2011. PMID: 21625472

376. Yaremchuk K, Tacia B, Peterson E, Roth T:  Change in Epworth Sleepiness Scale after Surgical Treatment of Obstructive Sleep Apnea. The Laryngoscope, 121, July:  1590-1593, July, 2011. PMID: 21671233

377. Fava M, Asnis GM, Shrivastava RK, Lydiard B, Bastani B, Sheehan DV, Roth T:  Improved Insomnia Symptoms and Sleep-Related Next-Day Functioning in Patients with Comorbid Major Depressive Disorder and Insomnia Following Concomitant Zolpidem Extended-Release 12.5 mg and Escitalopram Treatment: A Randomized Controlled Trial. J Clin Psychiatry, Jul; 72(7): 914-928. Epub Dec. 28, 2010, July, 2011.  PMID: 21208597

378. Kessler RC, Berglund PA, Coulouvrat C, Hajak G, Roth T, Shahly V, Shillington AC, Stephenson JJ, Walsh JK:  Insomnia and the Performance of US Workers: Results from the America Insomnia Survey.  Sleep, Vol. 34, No. 9, 1161-1171, 2011. PMID: 21886353

379. Surman CBH, Roth T:  Impact of Stimulant Pharmacotherapy on Sleep Quality: Post Hoc Analyses of 2 Large, Double-Blind, Randomized, Placebo-Controlled Trials.  J Clin Psychiatry, 72:7, 903-908, July, 2011.  PMID: 21824454

380. Budhiraja R, Roth T, Hudgel DW, Budhiraja P, Drake, CL:  Prevalence and Polysomnographic Correlates of Insomnia Comorbid with Medical Disorders.  Sleep, Jul 1; Vol. 34, No. 7, 859-867, 2011. PMID: 21731135

381. Drake CL, Friedman NP, Wright Jr KP, Roth T:  Sleep Reactivity and Insomnia: Genetic and Environmental Influences.  Sleep, Sep 1; Vol. 34, No. 9, 1179-1188, 2011. PMID: 21886355

382. Walsh JK, Coulouvrat C, Hajak G, Lakoma MD, Petukhova M, Roth T, Sampson NA, Shahly V, Shilllington A, Stephenson JJ, Kessler RC:  Nighttime Insomnia Symptoms and Perceived Health in the America Insomnia Survey (AIS). Sleep, Aug 1; Vol. 34, No. 8, 997-1011, 2011. PMID: 21804662

383. Krystal AD, Lankford A, Durrence HH, Ludington E, Jochelson P, Rogowski R, Roth T:  Efficacy and Safety of Doxepin 3 and 6 mg in a 35-day Sleep Laboratory Trial in Adults with Chronic Primary Insomnia. Sleep, Vol. 34, No. 10, 1433-1442, 2011.  PMID: 21966075

384. Wang-Weigand S, Watissee M, Roth T:  Use of a Post-Sleep Questionnaire-Interactive Voice Response System (PSQ-IVRS) to Evaluate the Subjective Sleep Effects of Ramelteon in Adults with Chronic Insomnia. Sleep Medicine 12, 920-923, 2011. PMID: 21925941

385. Hajak G, Petukhova M, Lakoma MD, Coulouvrat C, Roth T, Sampson NA, Shahly V, Shillington AC, Stephenson JJ, Walsh JK, Kessler RC:  Days-Out-of-Role Associated with Insomnia and Comorbid Conditions in the America Insomnia Survey. Biological Psychiatry 70 (11), 1063-1073, 2011.  PMID: 21962491

386. Roehrs TA, Randall S, Harris E, Maan R, Roth T:  MSLT in Primary Insomnia: Stability and Relation to Nocturnal Sleep. Sleep, Dec 1; Vol. 34, No. 12, 1647-1652, 2011. PMID: 22131601

387. Gumenyuk V, Roth T, Korzyukov O, Jefferson C, Bowyer S, Drake CL:  Habitual Short Sleep Impacts Frontal Switch Mechanism in Attention to Novelty.  Sleep, Vol. 34, No. 12, 1659-1670, 2011.

388. Khalid I, Roehrs TA, Hudgel DW, Roth T:  Continuous Positive Airway Pressure in Severe Obstructive Sleep Apnea Reduces Pain Sensitivity.  Sleep, Vol. 34, No. 12, 1687-1691, 2011.

389. Verster JC, Spence DW, Shahid A, Pandi-Perumal SR, Roth T:  Zopiclone as Positive Control in Studies Examining the Residual Effects of Hypnotic Drugs on Driving Ability. Current Drug Safety, Vol. 6, No. 4, 209-218, 2011.

390. Kollins SH, Lopez FA, Vince BD, Turnbow JM, Farrand K, Lyne A, Wigal SB, Roth T: Psychomotor Functioning and Alertness with Guanfacine Extended Release in Subjects with Attention-Deficit/Hyperactivity Disorder. Journal of Child and Adolescent Psychopharmacology, Volume 21, Number 2, 111-120. DOI: 10.1089/cap.2010.0064, 2011. PMID: 21476931

391. Verster JC, Roth T:  Thirty Years of Dutch Drugs and Driving Research:  Strengths and Limitations of the On-The-Road Highway Driving Test and Future Challenges.  Current Psychopharmacology, Vol. 1, No. 1, 97-102, 2012.

392. Verster JC, Roth T:  Drivers Can Poorly Predict Their Own Driving Impairment: A Comparison Between Measurements of Subjective and Objective Driving Quality.  Psychopharmacology, 219 (3), 775-781, 2012.  PMID: 21750898

393.    Verster JC, Roth T:  The Prevalence and Nature of Stopped On-The-Road Driving Tests and the Relationship with Objective Performance Impairment.  Accident Analysis & Prevention, 45:  498-506, 2012.  PMID: 22269535

394.    Verster JC, Roth T:  Predicting Psychopharmacological Drug Effects on Actual Driving Performance (SDLP) from Psychometric Tests Measuring Driving-Related Skills. Psychopharmacology, Volume 220, Number 2, 293-301, 2012.  PMID: 21922169

395.    Lankford A, Rogowski R, Essink B, Ludington E, Durrence HH, Roth T:  Efficacy and Safety of Doxepin 6mg in a Four-Week Outpatient Trial of Elderly Adults with Chronic Primary Insomnia. Sleep Medicine, Volume 13, Issue 2, 133-138, 2012.  PMID: 22197474

396.    Roth T, Lankford DA, Bhadra P, Whalen E, Resnick EM:  Effect of Pregabalin on Sleep in Patients With Fibromyalgia and Sleep Maintenance Disturbance: A Randomized, Placebo-Controlled, 2-Way Crossover Polysomnography Study. Arthritis Care & Research, Vol. 64, No. 4, pp 597-606, April 2012.  PMID: 22232085

397.    Roth T:  Appropriate Therapeutic Selection for Patients with Shift Work Disorder.  Sleep Medicine, Volume 13, Issue 4, April, 335-341, 2012. PMID: 22353444

398.    Verster JC, Roth T:  Gender Differences in Highway Driving Performance After Administration of Sleep Medication: A Review of the Literature. Traffic Injury Prevention, 13(3), 286-292, May, 2012. PMID: 22607251

399.    Kessler RC, Berglund PA, Coulouvrat C, Fitzgerald T, Hajak G, Roth T, Shahly V, Shillington AC, Stephenson JJ, Walsh JK:  Insomnia, Comorbidity, and Risk of Injury Among Insured Americans: Results from the America Insomnia Survey. Sleep, Jun; (1), Vol. 35, No. 6, 825-834, 2012. PMID: 22654202

400.    Roehrs TA, Randall S, Harris E, Maan R, Roth T:  Twelve Months of Nightly Zolpidem Does Not Lead to Rebound Insomnia or Withdrawal Symptoms: A Prospective Placebo-Controlled Study. Journal of Psychopharmacology, 26(8), 1088-1095, 2012. PMID: 22004689

401.    Gumenyuk V, Roth T, Drake CL:  Circadian Phase, Sleepiness, and Light Exposure Assessment in Night Workers With and Without Shift Work Disorder. Chronobiology International, 29 (7), 928-936, 2012. PMID: 22823876

402.    Greenblatt D, Roth T: Zolpidem for Insomnia. Expert Opinon on Pharmacotherapy, 13(6), 879-893, 2012. PMID: 22424586

403.    Steinmiller CL, Diederichs C, Roehrs TA, Hyde-Nolan M, Roth T, Greenwald MK:  Postsurgical Patient-Controlled Opioid Self-Administration is Greater in Hospitalized Abstinent Smokers than Nonsmokers.  Journal of Opioid Management 8:4, July/August, 227-235, 2012. PMID: 22941850

404.    Babajani-Feremi A, Gumenyuk V, Roth T, Drake CL, Soltanian-Zadeh H:  Connectivity Analysis of Novelty Process in Habitual Short Sleepers.  NeuroImage 63, 1001-1010, 2012.  PMID: 22906789

405.    Roehrs T, Roth T:  Insomnia Pharmacotherapy. Neurotherapeutics, The Journal of the American Society for Experimental NeuroTherapeutics ISSN 1933-7233, Volume 9, Number 4, 728-738, 2012. PMID: 22976558

406.    Randall S, Roehrs TA, Roth T: Efficacy of Eight Months of Nightly Zolpidem: A Prospective Placebo-Controlled Study. Sleep, Vol. 35, No. 11, 1551-1557, 2012. PMID: 23115404

407.   Shahly V, Berglund PA, Coulouvrat C, Fitzgerald T, Hajak G, Roth T, Shillington AC, Stephenson JJ,
       Walsh JK, Kessler RC: The Associations of Insomnia with Costly Workplace Accidents and Errors:
       Results from the America Insomnia Survey. Arch Gen Psychiatry, Vol 69 (No. 10), 1054-1063, Oct
       2012. PMID: 23026955

408.   Roehrs TA, Harris E, Randall S, Roth T:  Pain Sensitivity and Recovery from Mild Chronic Sleep
       Loss. Sleep, Vol. 35, No. 12, 1667-1672. PMID: 23204609

409.   Herring WJ, Snyder E, Budd K, Hutzelmann J, Snavely D, Liu K, Lines C, Roth T, Michelson D:
       Orexin Receptor Antagonism for Treatment of Insomnia: A Randomized Clinical Trial of Suvorexant.
       Neurology, 2012. PMID: 23197752

410.   Palesh OG, Mustian KM, Peppone LJ, Janelsins M, Sprod LK, Kesler S, Innominato PF, Roth T,
       Manber R, Heckler C, Fiscella K, Morrow GR:  Impact of Paroxetine on Sleep Problems in 426
       Cancer Patients Receiving Chemotherapy: A trial from the University of Rochester Cancer Center
       Community Clinical Oncology Program. Sleep Medicine, Oct;13 (9), 1184-1190, 2012. PMID:
       22858235

411.   Roehrs T, Diederichs C, Gillis M, Burger AJ, Stout RA, Lumley MA, Roth T:  Nocturnal Sleep,
       Daytime Sleepiness and Fatigue in Fibromyalgia Patients Compared to Rheumatoid Arthritis Patients
       and Healthy Controls: A Preliminary Study. Sleep Medicine, Jan;14(1), 109-115, 2013. PMID:
       23149217

412.   Kleinman L, Buysse DJ, Harding G, Lichstein K, Kalsekar A, Roth T:  Patient-Reported Outcomes in
       Insomnia: Development of a Conceptual Framework and Endpoint Model. Behavioral Sleep Medicine,
       Jan;11(1): 23-36, 2013. PMID: 23347114

413.   Roth T, Krystal A, Steinberg FJ, Singh NN, Moline M: Novel Sublingual Low-Dose Zolpidem Tablet
       Reduces Latency to Sleep Onset Following Spontaneous Middle-of-the-Night Awakening in Insomnia
       in a Randomized, Double-Blind, Placebo-Controlled, Outpatient Study. Sleep, Vol. 36, No. 2: 189-
       196, 2013. PMID: 23372266

414.   Verster JC, Roth T: Blood Drug Concentrations of Benzodiazepines Correlate Poorly with Actual
       Driving Impairment. Sleep Medicine Reviews: 17: 153-159, 2013. PMID: 22884949

415.   Gumenyuk V, Korzyukov O, Roth T, Bowyer SM, Drake CL: Sleep Extension Normalizes ERP of
       Waking Auditory Sensory Gating in Healthy Habitually Short Sleeping Individuals. PLoS One, 8(3),
       e59007. 2013. PMID: 23520548

416.   Jobert M, Wilson FJ, Roth T, Ruigt GeSF, Anderer P, Drinkenburg WHIM,The IPEG Pharmaco-EEG
       Guidelines Committee: Guidelines for the Recording and Evaluation of Pharmaco-Sleep Studies in
       Man: The International Pharmaco-EEG Society (IPEG). Neuropsychobiology; 67: 127-167, 2013.
       PMID: 23548759

417.   Greenblatt DJ, Harmatz JS, Roth T, Singh NN, Moline ML, Harris SC, Kapil RP: Comparison of
       Pharmacokinetic Profiles of Zolpidem Buffered Sublingual Tablet and Zolpidem Oral Immediate-
       Release Tablet: Results from a Single-Center, Single-Dose, Randomized, Open-Label Crossover
       Study in Healthy Adults. Clinical Therapeutics. 35(5), 604-611, 2013. PMID: 23541711

418.   Krystal AD, Richelson E, Roth T: Review of the histamine system and the clinical efforts of H1
       antagonists: Basis for a new model for understanding the effects of insomnia medications. Sleep
       Medicine Reviews. 17, 263-272, 2013. PMID: 23357028

43

419.   Roth T, Berglund P, Shahly Vi, Shillington AC, Stephenson JJ, Kessler RC: Middle-of-the-night use in a large national health plan.  Journal of Clinical Sleep Medicine.  9(7), 661-668, 2013. PMID: 23853559

420.   Andlauer O, Moore H, Jouhier L, Drake C, Peppard PE, Fang H, Hong SC, Poli F, Plazzi G, O'Hara R, Haffen E, Roth T, Young T, Mignot E. Norturnal rapid eye movement sleep latency for identifying patients with narcolepsy/hypocretin deficiency.  JAMA Neurol. 70(7): 891-902, 2013. PMID: 23649748

421.   Verster JC, Roth T. Vigilance decrement during the on-the-road driving tests: the importance of time-on-task in psychopharmacological research. Accident Analysis and Prevention 58: 244-248, 2013. PMID: 23176755

422.   Roth T, Dauvilliers Y, Mignot E, Montplaisir J, Paul J, Swick T, Zee P.  Disrupted Nighttime Sleep in Narcolepsy. Journal of Clinical Sleep Medicine 9(9): 955-965, 2013. PMID: 23997709

423.   Herring WJ, Liu K, Hutzelmann J, Snavely D, Snyder E, Ceesay P, Lines C, Michelson D, Roth T. Alertness and psychomotor performance effects of the histamine-3 inverse agonist MK-0249 in obstructive sleep apnea patients on continuous positive airway pressure therapy with excessive daytime sleepiness:  a randomized adaptive crossover study.  Sleep Medicine 14(10): 955-963, 2013. PMID: 23920422

424.   Drake C, Roehrs T, Shambroom J, Roth T. Caffeine Effects on Sleep Taken 0, 3, or 6 hours before going to bed.  Journal of Clinical Sleep Medicine 9(11): 1195-1200, 2013. PMID: 24235903

425.   Greenblatt DJ, Harmatz JS, Singh NN, Roth T, Harris SC, Kapil RP.  Influence of food on pharmacokinetics of zolpidem from fast dissolving sublingual zolpidem tartrate tablets. The Journal of Clinical Pharmacology 53(11): 1194-1198, 2013. PMID: 23939537.

426.   Verster JC, Bervoets AC, de Klerk S.  Lapses of attention as outcome measure of the on-the-road driving test.  Psychopharmacology 231: 283-292, 2014.  PMID: 23975036.

427.   Nakajima S, Okajima I, Sasai T, Kobayashi M, Furudate N, Drake C, Roth T, Inoue Y.  Validation of the Japanese versionof the Ford Insomnia Response to Street Test and the association of sleep reactivity with trait anxiety and insomnia.  Sleep Medicine 15: 196-202, 2014. PMID: 24380783.

428.   Verster JC, Roth T.  Effects of central nervous system drugs on driving:  speed variability versus standard deviation of lateral position as outcome measure of the on-the-road driving test.  Human Psychopharmacology 29: 19-24, 2014.  PMID: 24375715.

429.   Roth T, Steinberg F, Singh NN, Moline M.  Gender influences on efficiary and safety of sublingual zolpidem tartrate for middle-of-the-night awakening in insomnia.  Human Psychopharmacology 29: 25-30: 545-556, 2014.  PMID:  24424704

430.   Gumenyuk V, Howard R, Roth T, Korzyukov O, Drake C.  Sleep loss, circadian mismatch, and abnormalties in reorienting of attention in night workers with shift work disorders.  Sleep 37(3):489-496, 2014.  PMID:

431.   Vermeeren A, Vuurman E, Leufkens TRM, Van Leeuwen CJ, Van Oers ACM, Laska E, Rico S, Steinberg F, Roth T.  Residual effects of low-dose sublingual zolpidem on highway driving performance the morning after middle-of-the-night use. Sleep 37(3), 2014.

432.   Roth T, Arnold LM, Garcia-Borreguero D, Resnick M, Clair AG.  A review of the effects of pregabalin on sleep disturbance across multiple clinical conditions.  Sleep Medicine Reviews 18:241-251, 2014.

433.    Roth T, Eklov SD, Drake CL, Verster JC.  Meta-analysis of on-the-road experimental studies of hypnotics:  effects of time after intake, dose and half-life.  Traffic Injury Prevention 15:5, 439-445, 2014.

434.    Miguel GS, Yaremchuck K, Roth T, Peterson E.  The effect of insomnia on Tinnitus.  Annals of Otology, Rhinology & Laryngology.  May 9, 2014. http://aor.sagepub.com/content/early/2014/05/09/0003489414532779:  PMID: 24816421

435.    Roth T, Steinberg F, Singh NN, Moline M.  Gender influences on efficacy and safety of sublingual zolpidem tartrate for middle-of-the-night awakening in insomnia.  Human Psychopharmacology 29(1):25-30, 2-14, 2014.  PMID: 24424704

436.    Howard R, Roth T, Drake CL.  The effects of armodafinil on objective sleepiness and performance in a shift work disorder sample unselected for objective sleepiness.  Journal of Clinical Psychopharmacology 34(3): 369-373, 2014. PMID:  24717254

437.    Pillai V, Steenburg LA, Ciesla JA, Roth T, Drake CL.  A seven day actigraphy-based study of rumination and sleep distburbance among young adults with depressive symptoms.  Journal of Psychosomatic Research 77:70-75, 2014.  PMID: 24913345

438.    Michelson D, Paradis E, Chengan-Liu M, Snavely DB, Hutzelmann J, Walsh JK, Krystal AD, Benca RM, Cohn M, Lines C, Roth T, Herring WJ.  Safety and efficacy of suvorexant during 1-year treatment of insomnia with subsequent abrupt treatment discontinuation:  a phase 3 randomised, double-blind, placebo-controlled trial.  Lancet Neurol 13:461-71. 2014. PMID: 24680372

439.    Horoszok L, Baleeiro T, Aniello F, Gropper S, Santos B, Guglietta A, Roth T.  A single-dose, randomized, double-blind, double dummy, placebo and positive-controlled, five-way cross-over study to assess the pharmacodynamics effects of lorediplon in a phase advance model of insomnia in healthy Cuacasian adult male subjects.  Human Psychopharmacology 29: 266-273, 2014. PMID: 24911577

440.    Pillai V, Roth T, Mullins H, Drake C.  Moderators and mediators of the relationship between stress and insomnia: stressor chronicity, cognitive intrusion and coping. Sleep 37(7), 2014. PMID:

441.    Verster JC, Roth T.  Methylphenidate significantly reduces lapses of attention during on-road highway driving in patients with ADHD.  Journal of Clinical Psychopharmacology 34(5), 2014, PMID: 24978156

442.    Drake CL, Hays RD, Morlock R, Wang F, Shikiar R, Frank L, Downey R, Roth T.  Development and evaluation of a measure to assess restorative sleep.  Journal of Clinical Sleep Medicine 10(7), 2014. PMID:  25024650

443.    Greenblatt DJ, Harmatz JS, Singh NN, Steinberg F, **Roth T**, Moline ML, Harris SC, and Kapil RP.  Gender differences in pharmacokinetics and pharmacodynamics of zolpidem following sublingual administration. J Clin Pharmacol 54(3):282-290, 2014. PMID: 24203450

444.    Drake CL, Pillai V, Roth T.  Stress and sleep reactivity:  a prospective investigation of the stress-diathesis model of insomnia.  Sleep 37(8): 1295-1304, 2014. PMID: 25083009

445.    Kalmbach D, Pillai V, Roth T, Drake C.  The interplay between daily affect and sleep: a 2-week study of young women.  J Sleep Res, 2014.

446.    Verster JC, Bervoets AC, de Klerk S, Vreman RA, Olivier B, Roth T, Brookhuis KA.  Effects of alcohol hangover on simulated highway driving performance.  Psychopharmacology 231:2999-3008, 2014. PMID: 24563184

447.   Verster JC, Roth T.  Excursions out-of-lane versus standard deviation of lateral position as outcome measure of the on-the-road driving test.  Human Psychopharmacology 29: 322-329, 2014.  PMID: 24753058

448.   Roth T, Freeman J, Zammit G, Donnelly P, Gao J, Ferreira-Cornwell C, Gasior M.  A generalized estimating equation approach to analysis of maintenance of wakefulness testing in a study of Lisdexamfetamine dimesylate, armodafinil, and placebo in sleep-deprived adults.  Journal of Clinical Psychopharmacology 34(5), 2014.  PMID: 25180798

449.   Greenblatt DJ, Harmatz JS, Singh NN, Steinberg F, Roth T, Harris SC, Kapil RP.  Pharmacokinetics of zolpidem from sublingual zolpidem tartrate tablets in health elderly versus non-elderly subjects.  Drugs Aging 31: 731-736, 2014.  PMID: 25246162

450.   Ma J, SvetnikV, Snyder E, Lines C,Roth T, Herring, J.  Electroencephalographic power spectral density profile of the orexin receptor antagonist suvorexant in patients with primary insomnia and healthy subjects.  Sleep 37(10): 1609-xxx, 2014. PMID: 25197807

451.   Kleinman L, Mannix S, Arnold LM, Burbridge C, Howard K, McQuarrie K, Pitman V, Resnick M, Roth T, Symonds T.  Assessment of sleep in patients with fibromyalgia: qualitative development of the fibromyalgia sleep diary.  Health and Quality of Life Outcomes 12:1-11, 2014. PMID: 25017458

452.   Drake CL, Vargas I, Roth T, Friedman NP.  Quantitative measures of nocturnal insomnia symptoms predict greater deficits across multiple daytime impairment domains.  Behavioral Sleep Medicine 12:1-15, 2014.  PMID: 24617964

453.   Furey SA, Hull SG, Leibowitz MT, Jayawardena S, Roth T.  A randomized, double-blind, placeo-controlled, multicenter, 28-day, polysomnographic study of Gabapetin in transient insomnia induced by sleep phase advance.  Journal of Clinical Sleep Medicine 10(10):1101-1100. PMID: 25317091

454.   Rosenberg RP, Hull SG, Lankford DA, Mayleben DW, Seiden DJ, Furey SA, Jayawardena S, Roth T.  A randomized, double-blind, single-dose, placeo-controlled, multicenter, polysomnographic study of Gabapetin in transient insomnia induced by sleep phase advance.  Journal of Clinical Sleep Medicine 10(10):1093-1100, 2014.  PMID: 25317090

455.   Verster JC, van de Loo AJ, Moline ML, Roth T.  Middle-of-the-night administration of sleep medication: a critical review of the effects of next morning ability.  Current Drug Safety 9: 205-211, 2014. PMID: 24909576

456.   Drake C, Gumenyuk V, Roth T, Howard R.  Effects of Armodafinil on similated driving and alertness in shift work disorder.  Sleep 37(12):1987-1994, 2014.  PMID: 25325498

457.   Gumenyuk V, Belcher R, Drake CL, Roth T.  Differential sleep, sleepiness, and neurophysiology in the insomnia phenotypes of shift work disorder.  Sleep 38(1): 119-126, 2015, PMID: 25325466

458.   Pillai V, Roth T, Drake CL.  The nature of stable insomnia phenotypes.  Sleep 38(1): 127-138, 2015. PMID: 25325468

459.   Roth T, Nir T, Zisapel N.  Prolonged release melatonin for improving sleep in totally blind subjects:  a pilot placebo-controlled multicenter trial.  Nature and Science of Sleep 7: 13-23, 2015. PMID: 25678831

460.    Pillai V, Anderson JR, Cheng P, Bazan L, Bostock S, Espie CA, Roth T, Drake CL.  The Anxiolytic Effects of Cognitive Behavior Therapy for Insomnia: Preliminary Results from a Web-delivered Protocol. J Sleep Med Disord 2(2): 1017.2015 PMID

461.    Cheng P, Pillai V, Mengel H, Roth T, Drake CL. Sleep Maintenance Difficulties in Insomnia are Associated with Increased Incidence of Hypertension. Sleep Health 1:1 50-54, 2015. PMID:

462.    Verster JC, Aurora JAE, van de Loo AJ, Roth T. Mirtazepine as a Positive Control Drug in Studies Examining the Effects of Antidepressans on Driving Ability. European Journal of Pharmacology 753, 252-256, 2015. PMID:

463.    Belcher, R, Gumenyuk, V, Roth,T.  Insomnia in Shift Work Disorder Relates to Occupational and Neurophysiological Impairment. J ClinSleep Med 11(4):457-465, 2015.

464.    Bogan, R, Roth,T, Schwartz, J, Miloslavsky M. Time to Response with Sodium Oxybate for the Treatment of Excessive Daytime Sleepiness and Cataplexy in Patients with Narcolepsy. J Clin Sleep Med 2015; 11(4):427-432.

465.    Drake, CL, Vargas, I, Roth, T, Friedman, NP. Quantitative Measures of Nocturnal Insomnia Symptoms Predict Greater Deficits Across Multiple Daytime Impairment Domains. Behavioral Sleep Medicine; 73-87, 2015.

466.    Miller, Y, Roth, T, Roehrs, T, Yaremchuk, K. Correlation between Sleep Disruption on Postoperative Pain. Otolaryngology-Head and Neck Surgery; 152(5) 964-968, 2015.

467.    Drake, CL Belcher, R. Howard, R Toth, T Levin, AM Gumenyuk, V.Lenghth of Polymorphism in the Period 3 Gene is Associated with Sleepiness and Maladaptive Circadian Phase in Night-Shift Workers. J.Sleep Res. 24, 254-261 2015.

468.    Roehrs T, Diederichs C, Gillis M, Burger AJ, Stout RA, Lumley MA, Roth T. Effects of Reduced Time in Bed on Daytime Sleepiness and Recovery Sleep in Fibromyalgia and Rheumatoid Arthritis.  J. of Psychosomatic Research.   2015.

469.    Cooper S. Laurora I, Wang Y,Venkartaraman An R, Roth T. Efficacy and Tolerability Studies Evaluating a Sleep Aid and Analgesic Combination of Naproxen Sodium, and Diphenhydramine in Dental Imapction Pain Model in Subjects with Induced Transient Insomnia.  Int. J Clin Pract.  2015.

470.    Ivgy-May N, Roth T, Ruwe F, Walsh F. Esmirtazepine in Non-Elderly Adult Patients with Primary Insomnia: Efficacy and Safety from a 2-Week Randomized Outpatient Trial. Sleep Medicine 16,   831-837, 2015.

471.    Albert, S. M., Roth, T., Toscani, M., Vitiello, M. V., & Zee, P. Sleep Health and Appropriate Use of OTC Sleep Aids in Older Adults—Recommendations of a Gerontological Society of America Workgroup. The Gerontologist, Vol. 57, No. 02, 163-170, 2015.

472.    Verster JC, Van DeLoo AJAE, Roth T. Mirtazepine as Positive Control Drug in Studies examining the Effects of Antidepressants on Driving Ability.European Journal of Pharmacology 753, 252-256 2015.

473.     Ivgy-May N, Ruwe F, Krystal A, Roth T. Esmirtazepine in Non-Elderly Adult Patients with Primary Insomnia: Efficacy and Safety from a Randomized, 6-Week Sleep Laboratory Trial. Sleep Medicine 16, 838-844, 2015.

474. Donners, A M T D, Tromp M D P, Garssen J, Roth T, Verster JC. Perceived Immune Status and Sleep: A Survey among Dutch Students. Sleep Disorders, Vol 2015 Article ID 721607 5 pages. 2015.

475. Ondo W, Grieger F, Stat D, Moran K, Kohnen R, Roth T. Post Hoc Analysis of Data from Two Clinical Trials Evaluating the Minimal Clinically Important Change in International Restless Legs Syndrome Sum Score in Patients with Restless Legs Syndrome (Willis-Ekbom Disease). Journal of Clinical Sleep Medicine, 12 (1):63-70. 2016.

476. Herring, W. J., Connor, K. M., Ivgy-May, N., Snyder, E., Liu, K., Snavely, D. B.,.... & Roth, T. Suvorexant in patients with insomnia: results from two 3-month randomized controlled clinical trials. Biological Psychiatry, 79: 136-148. 2016.

477. Roth T, Rhadra-Brown P, Pitman VW, Roehrs TA, Resnick EM. Characteristics of Disturbed Sleep In Patients With Fibromyalgia Compared With Insomnia or With Healthy Volunteers. Clinical Journal of Pain, 32:302-307. 2016.

478. Roth T, Rhadra-Brown P, Pitman VW, Resnick EM. Pregabalin Improves Fibromyalgia-Related Sleep Disturbance. Clinical Journal of Pain, 32:308-312. 2016.

479. Roehrs T, Roth T. Gender Differences in the Efficacy and Safety of Chronic Nightly Zolpidem. Journal of Clinical Sleep Medicine, 12 (3):319-325. 2016.

480. Wickwire, E. M., Williams, S. G., Roth, T., Capaldi, V. F., Jaffe, M., Moline, M.,... Lettieri, C. J. Sleep, Sleep Disorders and Mild Traumatic Brain Injury. What We Know and What We Need to Know: Findings from a National Working Group. Neurotherapeutics, The Journal of the American Society for Experimental NeuroTherapeutics, 1-15. 2016.

481. Albert, S.M., Roth, T., Toscani, M., Vittielo, M., Zee, P. Need for Care in Use of Over-the-Counter Sleep Aids in Older Adults. Todays Geriatric Medicine, 9(2): 20-23. 2016.

482. Pillai, V., Cheng, P., Kalmbach, D.A., Roehrs, T., Roth, T., Drake, C.L. Prevalence and Predictors of Prescription Sleep Aid Use Among Individuals with DSM-5 Insomnia: The Role of Hyperarousal. SLEEP, 39(4):825–832. 2016.

483. Muzet, A., Werner, S., Fuchs, G., Roth, T., Saoud, J.B., Viola, A.U., .. Luthringer R. Assessing Sleep Architecture and Continuity Measures through the Analysis of Heart Rate and Wrist Movement Recordings in Healthy Subjects: Comparison with Results Based on Polysomnography. Sleep Medicine, 21: 47-56. 2016.

484. Herring, W. J., Connor, K. M., Snyder, E., Snavely, D. B., Zhang, Y., Hutzelmann, J., ... & Michelson, D. Suvorexant in Patients with Insomnia: Pooled Analyses of Three-Month Data from Phase-3 Randomized Controlled Clinical Trials. Journal of Clinical Sleep Medicine, 12(9): 1215-1225. 2016.

485. Roehrs, T. A., & Roth, T. Hyperarousal in insomnia and hypnotic dose escalation. Sleep Medicine, 23, 16-20. 2016.

486. Ruwe, F., IJzerman-Boon, P., Roth, T., Zammit, G., & Ivgy-May, N. A Phase 2 Randomized Dose-Finding Study With Esmirtazapine in Patients With Primary Insomnia. Journal of Clinical Psychopharmacology, 36(5), 457-464. 2016

487. Connor, K. M., Mahoney, E., Jackson, S., Hutzelmann, J., Zhao, X., Jia, N., ... & Herring, W. J. A Phase II Dose-Ranging Study Evaluating the Efficacy and Safety of the Orexin Receptor Antagonist Filorexant (MK-6096) in Patients with Primary Insomnia. International Journal of Neuropsychopharmacology, 19(8). 2016.

488.  Pillai, V., Roth, T., & Drake, C. L. Towards quantitative cutoffs for insomnia: how current diagnostic criteria mischaracterize remission. Sleep medicine, 26, 62-68. 2016.

489.  Pillai, V., Roth, T., Roehrs, T., Moss, K., Peterson, E., Drake, C.L. Effectiveness of Benzodiazepine Receptor Agonists in the Treatment of Insomnia: An Examination of Response and Remission Rates. Sleep, 40 (2). 2017.

490.  Roth, T., Black, J., Cluydts, R., Charef, P., Cavallaro, M., Kramer, F…. & Walsh, J. Dual Orexin Receptor Antagonist, Almorexant, in Elderly Patients with Primary Insomnia: A Randomized, Controlled Study. Sleep, 40 (2). 2017.

491.  Roehrs, T A. & Roth, T. Increasing Presurgery Sleep Reduces Postsurgery Pain and Analgesic Use Following Joint Replacement: A Feasability Study. Sleep Medicine, 33, 109-113. 2017.

492.  Marques, D.R., Gomes, A.A., Drake, C.L., Roth, T., Pinto de Azevedo, M.L. Assessing Stress-Induced Sleep Reactivity in College Students: The European Portuguese Version of the Ford Insomnia Response to Stress Test (FIRST). Behavioral Sleep Medicine. (In press).

493.  Roth, T., Dauvilliers, Y., Guinta, D., Alvarex-Horine, S., Dynin, E., Black, J. Effect of Sodium Oxybate on Disrupted Sleep in Patients with Narcolepsy. Journal of Sleep Research, 26, 407–414. 2017. doi: 10.1111/jsr.12468

494.  van Schrojenstein Lantman, M., Roth, T., Roehrs, T., Verster, J. Alcohol Hangover, Sleep Quality, and Daytime Sleepiness. Sleep Vigilance. 2017. doi:10.1007/s41782-017-0008-7

495.  Herring, W. J., Connor, K. M., Snyder, E., Snavely, D. B., Zhang, Y., Hutzelmann, J., ... & Lines, C. Suvorexant in Elderly Patients with Insomnia: Pooled Analyses of Data from Phase III Randomized Controlled Clinical Trials. The American Journal of Geriatric Psychiatry, 25(7), 791-802. 2017.

496.  Herring, W. J., Connor, K. M., Snyder, E., Snavely, D. B., Zhang, Y., Hutzelmann, J., ... & Lines, C. Clinical profile of suvorexant for the treatment of insomnia over 3 months in women and men: subgroup analysis of pooled phase-3 data. Psychopharmacology, 234(11), 1703-1711. 2017.

497.  van Schrojenstein Lantman, M., Mackus, M., Roth, T., Verster, J. Total sleep time, alcohol consumption, and the duration and severity of alcohol hangover. Nature and Science of Sleep, 9, 181-186. 2017.

498.  Drake, C. L., Durrence, H., Cheng, P., Roth, T., Pillai, V., Peterson, E. L., ... & Tran, K. M. Arousability and fall risk during forced awakenings from nocturnal sleep among healthy males following administration of zolpidem 10 mg and doxepin 6 mg: A randomized, placebo-controlled, four-way crossover trial. Sleep, 40 (7). 2017.

499.  Drake, C. L., Cheng, P., Almeida, D. M., & Roth, T. Familial risk for insomnia is associated with abnormal cortisol response to stress. Sleep, 40 (10), 1-10. 2017.

500.  Dauvilliers, Y., Roth, T., Guinta, D., Alvarez-Horine, S., Dynin, E., & Black, J. Effect of sodium oxybate, modafinil, and their combination on disrupted nighttime sleep in narcolepsy. Sleep Medicine, 40, 53-57. 2017.

501.  Verster, J. C., Mackus, M., van de Loo, A. J., Garssen, J., & Roth, T. Insomnia, Total Sleep Time and the 2D: 4D Digit Ratio. Current Psychopharmacology, 6(2), 158-161. 2017.

502. Verster, J. C., van de Loo, A. J., Bervoets, A. C., Mooren, L., & Roth, T. The Impact of Having a 15-min Break With and Without Consuming an Energy Drink on Prolonged Simulated Highway Driving. Sleep and Vigilance, 1(2), 79-83. 2017.

503. Svetnik, V., Snyder, E. S., Tao, P., Scammell, T. E., Roth, T., Lines, C., & Herring, W. J. Insight into Reduction of Wakefulness by Suvorexant in Patients with Insomnia: Analysis of Wake Bouts. Sleep, 40 (1). 2018.

504. Cheng, P., Tallent, G., Burgess, H. J., Tran, K. M., Roth, T., & Drake, C. L. Daytime Sleep Disturbance in Night Shift Work and the Role of PERIOD3. Journal of Clinical Sleep Medicine 14(3): 393-400. 2018.

505. Roth T, Mayleben D, Feldman N, Lankford A, Grant T, Nofzinger E. A novel forehead temperature regulating device for insomnia: A randomized clinical trial. Sleep, 40 (5). 2018.

506. Verster, J. C., Mooren, L., Bervoets, A. C., & Roth, T. Highway driving safety the day after using sleep medication: the direction of lapses and excursions out-of-lane in drowsy drivers. Journal of Sleep Research 27, 1–4. 2018.

507. Marques, D. R., Allen Gomes, A. C., Drake, C. L., Roth, T., & de Azevedo, M. H. P. Assessing stress-induced sleep reactivity in college students: The European Portuguese version of the Ford insomnia response to stress test (FIRST). Behavioral sleep medicine, 16(4), 337-346. 2018.

508. Kalmbach, K., Cuamatzi-Castelan, A., Tonnu, C., Tran, K., Anderson, J., Roth, T., Drake, C. Hyperarousal and sleep: Current insights. Nature and Science of Sleep 10, 1–9. 2018.

509. Cheng, P., Luik, A. I., Fellman-Couture, C., Peterson, E., Joseph, C. L., Tallent, G., ... & Drake, C. L. Efficacy of digital CBT for insomnia to reduce depression across demographic groups: a randomized trial. Psychological medicine, 1-10. 2018.

510. Roehrs, T., & Roth, T. Insomnia as a Path to Alcoholism: Tolerance Development and Dose Escalation. Sleep, 41 (8). 2018.

511. Huls, H., Abdulahad, S., Mackus, M., Roehrs, T., Roth, T., & Verster, J. C. (2018). Inclusion and Exclusion Criteria of Clinical Trials for Insomnia. Journal of clinical medicine, 7(8). 2018.

512. Balikji, S., Mackus, M., Brookhuis, K., Garssen, J., Kraneveld, A., Roth, T., & Verster, J. (2018). The Association of Insomnia, Perceived Immune Functioning, and Irritable Bowel Syndrome Complaints. Journal of Clinical Medicine, 7(9), 238. 2018.

513. Gupta, A., Roehrs, T., Moss, K., Jaffery, S., Bazan, L., Spear, L., & Roth, T. (2018). Tachypnea Seen During Positive Airway Pressure Titration Studies: A Case Series of Four Patients. Journal of Clinical Sleep Medicine, 14(10), 1801-1804.

514. Herring, W. J., Roth, T., Krystal, A. D., & Michelson, D. (2018). Orexin receptor antagonists for the treatment of insomnia and potential treatment of other neuropsychiatric indications. Journal of sleep research, e12782.

515. Roehrs, T., Verster, J. C., Koshorek, G., Withrow, D., & Roth, T. (2018). How representative are insomnia clinical trials?. Sleep medicine, 51, 118-123.

516. Nardi, A. E., Cosci, F., Balon, R., Weintraub, S. J., Freire, R. C., Krystal, J. H., ... & Starcevic, V. (2018). The Prescription of Benzodiazepines for Panic Disorder: Time for an Evidence-Based Educational Approach.

50

517.    Kalmbach, D. A., Cheng, P., Arnedt, J. T., Anderson, J. R., Roth, T., Fellman-Couture, C., ... & Drake, C. L. (2019). Treating insomnia improves depression, maladaptive thinking, and hyperarousal in postmenopausal women: comparing cognitive-behavioral therapy for insomnia (CBTI), sleep restriction therapy, and sleep hygiene education. *Sleep medicine*, *55*, 124-134.

518.    Withrow, D., Roth, T., Koshorek, G. Roehrs, T. (2019) Relation Between Ambulatory Actigraphy and Laboratory Polysomnography in Insomnia Practice and Research. *Journal Sleep Research, 12854*

519.    Greenblatt, D., Jarmatz, Roth, T. (2019) Zolpidem and Gender: Are Women Really at Risk? *Journal of Clinical Psychopharmacology.*

520.    Abdulahad, S., Huls, H., Balikji S., van de Loo, AJAE, Roth T., Verster J. (2019) Irritable Bowel Syndrome, Immune Fitness, and Insomnia: Results from an Online Survey Among People Reporting Sleep Complaints. *Sleep and Vigilance*

521.    Romano, C. D., Lewis, S., Barrett, A., Andersson, F. L., Williams, V., Ancoli-Israel, S., & Roth, T. (2019). Development of the Nocturia Sleep Quality Scale: A Patient-Reported Outcome Measure of Sleep Impact Related to Nocturia. *Sleep Medicine.*

522.    Roehrs, T., & Roth, T. (2019). Hyperarousal in Insomnia: Pre-sleep and Diurnal Cortisol Levels in Response to Chronic Zolpidem Treatment. *Sleep Medicine.*

523.    Devenney, L. E., Coyle, K. B., Roth, T., & Verster, J. C. (2019). Sleep after heavy alcohol consumption and physical activity levels during alcohol hangover. *Journal of clinical medicine*, *8*(5), 752.

524.    Kalmbach, D. A., Cheng, P., Ong, J. C., Ciesla, J. A., Kingsberg, S. A., Sangha, R., ... & Drake, C. L. (2020). Depression and suicidal ideation in pregnancy: exploring relationships with insomnia, short sleep, and nocturnal rumination. *Sleep medicine*, *65*, 62-73.

525.    Kalmbach, D. A., Kingsberg, S. A., Roth, T., Cheng, P., Fellman-Couture, C., & Drake, C. L. (2019). Sexual function and distress in postmenopausal women with chronic insomnia: exploring the role of stress dysregulation. NATURE AND SCIENCE OF SLEEP, 11, 141-153.

526.    Drake, C. L., Kalmbach, D. A., Cheng, P., Roth, T., Tran, K. M., Cuamatzi-Castelan, A., ... & Fellman-Couture, C. (2019). Can the Orexin Antagonist Suvorexant Preserve the Ability to Awaken to Auditory Stimuli While Improving Sleep?. *Journal of Clinical Sleep Medicine*, *15*(09), 1285-1291.

527.    Roth, T., Brunton, S:  Identification and Management of Insomnia in Alzheimer's Disease. The Journal of Family Practice:  S2-S38, 2019.

528.    Kalmback, D.A., Cheng, P., Sangha, R., O'Brien, L.M., Swanson, L.M., Palagini, L., Bazan, L.F., Roth, T., Drake, C.L. Insomnia, short sleep, and snoring in mid-to-late pregnancy: Disparities related to poverty, race and obesity. Nature and Science of Sleep:11, 301-315. 2019.

529.    Dahl, T., Chen, L. B., Zammit, G., Ahmad, M., & Roth, T. (2019). Efficacy of SM-1 in a transient insomnia model. *Human Psychopharmacology: Clinical and Experimental*, *34*(6).

530.    Dahl, T., Chen, L. B., Scheinin, M., Suopanki-Lalowski, J., Valge, M., Puhakka, A., ... & Roth, T. (2019). Pharmacodynamic and pharmacokinetic profile of SM-1, a triple-drug combination to increase total sleep time. *Human Psychopharmacology: Clinical and Experimental*.

51

531.    Gupta, A., Roth, T., Roehrs, T., & Drake, C. L. (2019). Shift Work: A Perspective on Shift Work Disorder—Is Prevention the Answer?. *Journal of Clinical Sleep Medicine*, *15*(12), 1863-1865.

532.    Svetnik, V., Snyder, E. S., Tao, P., Roth, T., Lines, C., & Herring, W. J. (2019). How Well Can a Large Number of Polysomnography Sleep Measures Predict Subjective Sleep Quality in Insomnia Patients?. *Sleep Medicine*.

533.    Roehrs, T., Withrow, D., Koshorek, G., Verkler, J., Bazan, L., & Roth, T. (2020). Sleep and Pain in Subjects with Fibromyalgia and Comorbid Insomnia: Double-blind, Crossover, Study of Suvorexant 20 mg versus Placebo. *Journal of Clinical Sleep Medicine*, jcsm-8220.

534.    Kalmbach, D. A., Buysse, D. J., Cheng, P., Roth, T., Yang, A., & Drake, C. L. (2019). Nocturnal cognitive arousal is associated with objective sleep disturbance and indicators of physiologic hyperarousal in good sleepers and individuals with insomnia disorder. *Sleep Medicine*.

535.    Kalmbach, D.A., Cheng, P., O'Brien, L.M., Swanson, L.M., Sangha, R., Sen, S., Guille, C., Cuamatzi-Castelan, A., Henry, A.L., Roth, T. and Drake, C.L., 2020. A randomized controlled trial of digital cognitive behavioral therapy for insomnia in pregnant women. *Sleep medicine*, *72*, pp.82-92.

536.    Kalmbach, D. A., Roth, T., Cheng, P., Ong, J. C., Rosenbaum, E., & Drake, C. L. (2020). Mindfulness and nocturnal rumination are independently associated with symptoms of insomnia and depression during pregnancy. *Sleep Health*.

537.    Drake, C. L., Kalmbach, D. A., Cheng, P., Roth, T., Tran, K. M., Cuamatzi-Castelan, A., ... & Fellman-Couture, C. (2019). Can the Orexin Antagonist Suvorexant Preserve the Ability to Awaken to Auditory Stimuli While Improving Sleep?. *Journal of Clinical Sleep Medicine*, *15*(09), 1285-1291.

538.    Kalmbach, D. A., Cheng, P., Roth, T., Sagong, C., & Drake, C. L. (2020). Objective sleep disturbance is associated with poor response to cognitive and behavioral treatments for insomnia in postmenopausal women. *Sleep Medicine*. 73(2020) 82-92

539.    Cheng, P., Kalmbach, D. A., Castelan, A. C., Murugan, N., & Drake, C. L. (2020). Depression prevention in digital cognitive behavioral therapy for insomnia: Is rumination a mediator? *Journal of Affective Disorders*, *273*, 434-441.

540.    Roth, T. (2020) Overcoming Barriers to the Diagnosis and Treatment of Insomnia. Supplement to The Journal of Family Practice:  Volume 69, No 7, S45-S50

541.    Kalmbach, D. A., Cheng, P., Arnedt, J. T., Anderson, J. R., Roth, T., Fellman-Couture, C., ... & Drake, C. L. (2019). Treating insomnia improves depression, maladaptive thinking, and hyperarousal in postmenopausal women: comparing cognitive-behavioral therapy for insomnia (CBTI), sleep restriction therapy, and sleep hygiene education. *Sleep medicine*, *55*, 124-134.

542.    Cheng, P., Walch, O., Huang, Yitong, M., Mayer, C., Sagong, C., Cuamatzi-Catelan, A., Burgess, H., Roth, T., Forger, D., Drake, C. Predicting cicadian misalignment with wearable technology: validation of wrist-worn actigraphy and photometry in night shift workers. Sleep, 2020.

543.    Ivgy-May, N., Hajak, G., van Osta, G., Braat, S., Chang, Q., & Roth, T. (2020). Efficacy and safety of esmirtazapine in adult outpatients with chronic primary insomnia: a randomized, double-blind placebo-controlled study, and open-label extension. *Journal of Clinical Sleep Medicine*, jcsm-8526.

544.    Marques, D., Gomes, A., Clemente, V., Drake, C., Roth, T., Morin, C., & Azevedo, M. H. (2020). Typologies of individuals vulnerable to insomnia: A two-step cluster analysis. *Sleep and Biological Rhythms*

545.    Kalmbach, D. A., Cheng, P., Roth, T., Swanson, L. M., Cuamatzi-Castelan, A., Roth, A., & Drake, C. L. (2021). Examining Patient Feedback and the Role of Cognitive Arousal in Treatment Non-response to Digital Cognitive-behavioral Therapy for Insomnia during Pregnancy. *Behavioral Sleep Medicine*, 1-20.

546.    Roehrs, T., Sibai, M., & Roth, T. (2021). Sleep and alertness disturbance and substance use disorders: A bi-directional relation. *Pharmacology Biochemistry and Behavior*, 173153.

547.    Kushida, C. A., Shapiro, C. M., Roth, T., Thorpy, M. J., Corser, B. C., Ajayi, A. O., ... & Dauvilliers, Y. (2021). Once-Nightly Sodium Oxybate (FT218) Demonstrated Improvement of Symptoms in a Phase 3 Randomized Clinical Trial in Patients with Narcolepsy. *Sleep*.

548.    Dahl, T., Zammit, G., Ahmad, M., Rosenberg, R., Chen, L. B., & Roth, T. (2021). Efficacy of the triple-combination SM-1 in a 5-h phase advance transient insomnia model. *Sleep and Biological Rhythms*, 1-6.

549.    Marques, D. R., Gomes, A. A., Clemente, V., Drake, C. L., Roth, T., Morin, C. M., & de Azevedo, M. H. P. (2021). Typologies of individuals vulnerable to insomnia: A two-step cluster analysis. *Sleep and Biological Rhythms*, *19*(1), 33-44.

550.    Silva, J., Vieira, P., Gomes, A. A., Roth, T., de Azevedo, M. H. P., & Marques, D. R. (2021). Sleep difficulties and use of prescription and non-prescription sleep aids in Portuguese Higher Education students. *Sleep Epidemiology*, 100012.

551.    Kushida, C., Shapiro, C., Roth, T., Thorpy, M., Rosenberg, R., Corser, B., ... & Dauvilliers, Y. (2021). 489 Pivotal Phase 3 Study of FT218, a Once-Nightly Sodium Oxybate Formulation, in Patients With Narcolepsy: REST-ON Primary Results. *Sleep*, *44*(Supplement_2), A193-A193.

552.    Thiesse, L., Staner, L., Bourgin, P., Roth, T., Fuchs, G., Kirscher, D., ... & Viola, A. U. (2022). Validation of Somno-Art Software, a novel approach of sleep staging, compared with polysomnography in disturbed sleep profiles. *Sleep Advances*, *3*(1), zpab019.

553.    Mignot, E., Mayleben, D., Fietze, I., Leger, D., Zammit, G., Bassetti, C. L., ... & Roth, T. (2022). Safety and efficacy of daridorexant in patients with insomnia disorder: results from two multicentre, randomised, double-blind, placebo-controlled, phase 3 trials. *The Lancet Neurology*, *21*(2), 125-139.

554.    Roth, T., Rosenberg, R., Morin, C. M., Yardley, J., Pinner, K., Perdomo, C., ... & Moline, M. (2022). Impact of lemborexant treatment on insomnia severity: analyses from a 12-month study of adults with insomnia disorder. *Sleep Medicine*.

555.    Kalmbach, D. A., Cheng, P., Roth, A., Roth, T., Swanson, L. M., O'Brien, L. M., ... & Drake, C. L. (2022). DSM-5 insomnia disorder in pregnancy: associations with depression, suicidal ideation, and cognitive and somatic arousal, and identifying clinical cutoffs for detection. *Sleep Advances*, *3*(1), zpac006.

556.    Thiesse, L., Staner, L., Fuchs, G., Kirscher, D., Dehouck, V., Roth, T., ... & Viola, A. U. (2022). Performance of Somno-Art Software compared to polysomnography interscorer variability: Aa multi-center study. *Sleep Medicine*.

557.    Roth, T., Dauvilliers, Y., Thorpy, M. J., Kushida, C., Corser, B. C., Bogan, R., ... & Seiden, D. (2022). Effect of FT218, a Once-Nightly Sodium Oxybate Formulation, on Disrupted Nighttime Sleep in Patients with Narcolepsy: Results from the Randomized Phase III REST-ON Trial. *CNS drugs*, *36*(4), 377-387.

558.    Reffi, A. N., Cheng, P., Kalmbach, D. A., Jovanovic, T., Norrholm, S. D., Roth, T., &amp; Drake, C. L.
(In Press.) Is a blunted cortisol response to stress a premorbid risk for insomnia?
Psychoneuroendocrinology

559.    Reffi, A. N., Drake, C. L., Kalmbach, D. A., Jovanovic, T., Norrholm, S. D., Roth, T., Casement, M. D., &
Cheng, P. (In Press.) Pre-pandemic sleep reactivity prospectively predicts distress during the COVID-
19 pandemic: The protective effect of insomnia treatment. *Journal of Sleep Research.*

560.    Robbins, R., Quan, S.F., Buysse, D.J., Weaver, M.D., Walker, M.P., Drake, C.L., Monten, K., Barger,
L.K., Rajaratnam, S.M., Roth, T. and Czeisler, C.A., A Nationally Representative Survey Assessing
Restorative Sleep in US Adults. *Frontiers in Sleep*, p.2.

561.    Balikji, J., Hoogbergen, M. M., Garssen, J., Roth, T., & Verster, J. C. (2022). Insomnia Complaints
and Perceived Immune Fitness in Young Adults with and without Self-Reported Impaired Wound
Healing. *Medicina*, *58*(8), 1049

562.    Reffi, A. N., Drake, C. L., Kalmbach, D. A., Jovanovic, T., Norrholm, S. D., Roth, T., ... & Cheng, P.
(2022). Pre-pandemic sleep reactivity prospectively predicts distress during the COVID-19 pandemic:
The protective effect of insomnia treatment. *Journal of Sleep Research*, e13709.

563.    Rosenberg, R., FAASM, Benca, R., Doghramji, P., FAAAP and Roth, T. A 2023 Update on Managing
Insomnia in Primary Care: Insights From an Expert Consensus Group. *Primary Care Companion
CNS Discord 2023*

564.    Drake, C. L., Kalmbach, D. A., Cheng, P., Ahmedani, B. K., Peterson, E. L., Joseph, C. L., ... &
Sagong, C. (2022). Sleep to Reduce Incident Depression Effectively (STRIDE): study protocol for a
randomized controlled trial comparing stepped-care cognitive-behavioral therapy for insomnia versus
sleep education control to prevent major depression. *Trials*, *23*(1), 1-10.

565.    Kalmbach D, Cheng P, Reffi AN, Ong JC, Swanson LM, Fresco DM, Walch O, Seymour GM,
Fellman-Couture C, Bayoneto AD, Roth T, &amp; Drake CL. (2023). Perinatal Understanding of
Mindful Awareness for Sleep (PUMAS): A single-arm proof-of-concept clinical trial of a mindfulness-
based intervention for DSM-5 insomnia disorder during pregnancy. *Sleep Medicine.*

566.    Kalmbach, D. A., Cheng, P., Roth, T., Fellman-Couture, C., Sagong, C., & Drake, C. L. (2023). A two-
night polysomnography preliminary study in pregnant women with insomnia: suicidal ideation and
nocturnal cognitive arousal prospectively predict objective nocturnal wakefulness. *Sleep
Advances*, *4*(1), zpad016.

567.    Mignot, E., Mayleben, D., Fietze, I., Leger, D., Zammit, G., A Bassetti, C.L., Kinter, D.S. and Roth, T.,
(2023). Key results from two phase 3 trials on the efficacy and safety of daridorexant in patients with
chronic insomnia. *Future Neurology*, (0), p.FNL.

568.    Dauvilliers, Y., Roth, T., Bogan, R., Thorpy, M.J., Morse, A.M., Roy, A., Dubow, J. and Gudeman, J.,
(2023). Efficacy of Once-Nightly Sodium Oxybate (FT218) in Narcolepsy Type 1 and Type 2: Post
Hoc Analysis From the Phase 3 REST-ON Trial. *Sleep*, p.zsad152.

569.    Szabo, S. T., Hopkins, S. C., Lew, R., Loebel, A., Roth, T., & Koblan, K. S. (2023). A multicenter,
double-blind, placebo-controlled, randomized, Phase 1b crossover trial comparing two doses of
ulotaront with placebo in the treatment of narcolepsy-cataplexy. *Sleep Medicine*, *107*, 202-211.

570.   Gonçalves, M. T., Malafaia, S., Dos Santos, J. M., Roth, T., & Marques, D. R. (2023). Epworth sleepiness scale: A meta-analytic study on the internal consistency. *Sleep Medicine*.

571.   Kalmbach DA, Cheng P, Reffi AN, Ong JC, Swanson LM, Fresco DM, Walch O, Seymour GM, Fellman-Couture C, Bayoneto AD, Roth T, and Drake CL. (2023) Perinatal Understanding of Mindful Awareness for Sleep (PUMAS): A single-arm proof-of-concept clinical trial of a mindfulness-based intervention for DSM-5 insomnia disorder during pregnancy. *Sleep Medicine.*

572.   Kalmbach DA, Cheng P, Reffi AN, Ong JC, Swanson LM, Espie CA, Seymour GM, Hirata M, Walch O, Pitts DS, Roth T, and Drake CL. (2023). Reducing cognitive arousal and sleep effort alleviates insomnia and depression in pregnant women with DSM-5 insomnia disorder treated with a mindfulness sleep program. *Sleep Advances.*

573.   Dauvilliers, Y., Roth, T., Bogan, R., Thorpy, M. J., Morse, A. M., Roy, A., Dubow, J., & Gudeman, J. (2023). Efficacy of Once-Nightly Sodium Oxybate (FT218) in Narcolepsy Type 1 and Type 2: Post Hoc Analysis From the Phase 3 REST-ON Trial. *Sleep*, zsad152.

574.   Roth, T., Thorpy, M.J., Kushida, C., Horsnell, M., Gudeman, J. (2023). Once-Nightly Sodium Oxybate (FT218) Improved Symptoms of Disrupted Nighttime Sleep in People With Narcolepsy: A Plain Language Summary of Publications. *Journal of Comparative Effectiveness Research.*

575.   Kushida, C.A., Shapiro, C.M., Roth, T., Thorpy, M.J., Corser, B.C., Ajayi, A.O., Rosenberg, R., Roy, A., Seiden, D., Dubow, J. and Dauvilliers, Y., (2022). Once-nightly sodium oxybate (FT218) demonstrated improvement of symptoms in a phase 3 randomized clinical trial in patients with narcolepsy. *Sleep*, *45*(6), p.zsab200.

576.   Diego, G.B., Jed, B., Stephany, F., Birgit, H., Mauro, M., William, O., Thomas, R., Claudia, T. and International Restless Legs Syndrome Study Group, (2024). Rethinking clinical trials in restless legs syndrome: A roadmap. *Sleep medicine reviews*, p.101978.

577.   Roth, T., Dauvilliers, Y., Thorpy, M.J., Kushida, C., Corser, B.C., Bogan, R., Rosenberg, R., Dubow, J. and Seiden, D., 2022. Effect of FT218, a once-nightly sodium oxybate formulation, on disrupted nighttime sleep in patients with narcolepsy: results from the randomized phase III REST-ON trial. *CNS drugs*, *36*(4), pp.377-387.

578.   Dauvilliers, Y., Roth, T., Bogan, R., Thorpy, M. J., Morse, A. M., Ascencion, F., & Gudeman, J. (2024). Improvements in daytime sleepiness and disrupted nighttime sleep with once-nightly sodium oxybate in people with narcolepsy type 1 and type 2: a plain language summary. *Journal of Comparative Effectiveness Research*, (0), CER.

55

**EDITED VOLUMES**

1. Hindmarch I, Ott H, Roth T (Eds).  <u>Sleep Benzodiazepines and Performance</u>.  Springer-Verlag, Heidelberg, 1984.

2. Kryger MH, Roth T, Dement WC (Eds).  <u>Principles and Practice of Sleep Medicine</u>.  W.B. Saunders Company, Philadelphia, PA, 1989.

3. Roth T, Roehrs T (Eds).  <u>Clinics in Geriatric Medicine Vol 5, No 2</u>.  W.B. Saunders Company, Philadelphia, PA, 1989.

4. Chase MH, Roth T (Eds).  <u>Slow Wave Sleep - Its Measurement and Functional Significance</u>.  Brain Information Service/Brain Research Institute, UCLA, Los Angeles, 1990.

5. Carskadon MA, Rechtschaffen A, Richardson G, Roth T, Siegel JM (Eds).  <u>Encyclopedia of Sleep and Dreaming</u>.  MacMillan, New York, 1993.

6. Morley JE, Roth T (Eds).  <u>Sleep Disorders and Insomnia in the Elderly.  Facts and Research in Gerontology</u>.  Vol 7(S), Springer Publishing, New York, 1993.

7. Kryger MH, Roth T, Dement WC (Eds).  <u>Principles and Practice of Sleep Medicine, 2nd Edition</u>.  W.B. Saunders Company, Philadelphia, PA, 1994.

8. Chase MH, Roth T, O'Connor C (Eds).  <u>Sleep Research</u>.  Vol 24(A), Brain Information Service/Brain Research Institute, UCLA, Los Angeles, 1995.

9. Freeman H, Puech AJ, Roth T (Eds).  <u>Zolpidem:  An Update of its Pharmacological Properties and Therapeutic Place in the Management of Insomnia</u>.  Elsevier, Paris, 1996.

10. Sonnenblick E, Lesch M, Roth T (Eds).  <u>Progress in Cardiovascular Diseases</u>.  W.B. Saunders Company, Philadelphia, PA, March/April 1999.

11. Roth T, Walsh J, Simon R, Zammit G.  <u>Family Practice Recertification</u>.  Dental Learning Systems Co., Jamesburg, NJ, September 1999.

12. Kryger MH, Roth T, Dement WC (Eds).  <u>Principles and Practice of Sleep Medicine, 3rd Edition</u>.  W.B. Saunders Company, Philadelphia, PA, 2000.

13. Kryger MH, Roth T, Dement WC (Eds).  <u>Principles and Practice of Sleep Medicine, 4th Edition</u>.  W.B. Saunders Company, Philadelphia, PA, 2005.

14. Roth T, Dijk DJ (Eds). <u>Slow-wave Sleep:  Beyond Insomnia. The Importance of Slow-Wave Sleep for your Patients</u>. Wolters Kluwer Pharma Solutions, 250 Waterloo Road, London SE1 8RD, UK, 2010.

15. Kryger MH, Roth T, Dement WC (Eds). <u>Principles and Practice of Sleep Medicine, 5th Edition</u>.  Elsevier Saunders, St. Louis, Missouri, 2011.

16. Kryger MH, Roth T, Dement WC (Eds). <u>Principles and Practice of Sleep Medicine, 6th Edition</u>.  Elsevier Saunders, Philadelphia, PA, 2016.

17. Kryger MH, Roth, T, Goldstein, CA, Dement, WC (Eds). <u>Principles and Practice of Sleep Medicine, 7th Edition.  Elsevier Saunders, Philadelphia, PA, 2021.</u>

57

## CHAPTERS

1.    Pradhan S, Beer B, Roth T:  The Effects of Several Anti-Cholinergic Agents on a Multiple Schedule of Reinforcement in Rats.  Proc 5th Intl Cong Neuropsychopharm, Exerpta Medica Foundation, 1967.

2.    Kramer M, Roth T, Trinder J, Cohen A:  Technical Report on Noise Disturbance and Sleep:  The Relationship of Noise-Disturbed Sleep to Post-Sleep Behavior.  Department of Transportation, Federal Aviation Administration, Office of Noise Abatement.  Report No.  FAA-No-70-16, January, 1971.

3.    Kramer M, Roth T:  The Mood-Regulating Function of Sleep.  Proc 1st Europe Congr Sleep Res, Basel 1972, pp 563-571, (Karger, Basel 1973).

4.    Kramer M, Winget C, Roth T:  Problems in the Definition of the REM Dream.  Proc 2nd Europe Congr Sleep Res. Rome 1974, pp 149-156, (Karger, Basel, 1975).

5.    Kramer M, Roth T, Czaya J:  Dream Development Within a REM Period.  Proc 2nd Europe Congr Sleep Res. Rome 1974, pp 406-408, (Karger, Basel, 1975).

6.    Roth T, Kramer M, Roehrs T:  The Consistency of Sleep Measures.  Proc 3rd Europe Congr Sleep Res. Montpelier, 1976, pp 286-288, (Karger, Basel, 1977).

7.    Kramer M, Roth T, Cisco J:  The Meaningfulness of Dreams.  Proc 3rd Europe Congr Sleep Res. Montpelier, 1976, pp 314-316, (Karger, Basel, 1977).

8.    Kramer M, Roth T:  Responsibility and Accountability:  A Look From Within.  World J Psychosyn. 10(3):  29-34, 1978.

9.    Kramer M, Roth T:  Dreams in Psychopathologic Patient Groups:  A Critical Review.  In:  Sleep Disorders:  Diagnosis and Treatment. RL Williams and I Karacan (Eds), Wiley, New York, 323-349, 1978.

10.    Kramer M, Roth T:  Dreams in Psychopathology.  In:  Handbook of Dreams:  Research, Theories and Applications. BB Wolman (Ed), Van Norstrand Reinhold Co, New York, 361-387, 1979.

11.    Roth T, Kramer M, Salis PJ:  Drugs, REM Sleep and Dreams.  In:  Handbook of Dreams: Research, Theories and Applications. BB Wolman (Ed), Van Norstrand Reinhold Co, New York, 203-225, 1979.

12.    Kramer M, Roth T:  The Relationship of Dream Content to Night-Morning Mood Change.  Proc 4th Europe Congr Sleep Res.  Tirgu-Mures, 1978, 621-624, (Karger, Basel, 1980).

13.    Roth T:  Fisiologia del sueno y tratamiento del insomnio.  Revista Dpto Psiquiatria Facult Med Barna, 8(6):  513-516, 1981.

14.    Roth T, Roehrs T, Zorick F, Stepanski E, Wittig R:  Pharmacological and Clinical Considerations in Hypnotic Use.  In:  Benzodiazepine in der Behandlung von Schlafstorungen. H Hippius (Ed), Informed, Munich, 85-92, 1982.

15.    Roth T, Zorick F, Kaffeman M, Stepanski E:  Estudo Controlado, Duplo-Cego, do Estazolam No Tratamento de Insonia.  A Folha Medica 85(2):  625-629, 1982.

16.    Roth T, Zorick F:  The Use of Hypnotics in Specific Disorders of Initiating and Maintaining Sleep (Insomnias).  In:  Sleep Disorders: Basic and Clinical Research. M Chase and E Weitzman (Eds), Spectrum Publications, New York, 255-264, 1983.

17.    Breimer DD, Hyland M, Lader M, MacLeod N, Marks J, Nicholson AN, Oswald I, Roth T, Straw RN:  Experience With Triazolobenzodiazepines as Hypnotics.  Forum Series No 8, The Royal Society of Medicine, 1983.

18.    Roth T:  Hypnotic Use in Clinical Practice.  In: Clinical Aspects of Sleep Disorders. (Eds) JK Walsh, AD Bertelson, and PK Schweitzer.  Deaconess Hospital, St. Louis, Missouri, pp 51-71, 1983.

19.    Zorick F, Kribbs N, Roehrs T, Roth T:  Polysomnographic and MMPI Characteristics of Patients With Insomnia.  In:  Sleep Benzodiazepines and Performance.  I Hindmarch, H Ott, and T Roth (Eds), Springer-Verlag, Berlin Heidelberg, pp 2-10, 1984.

20.    Roehrs T, McLenaghan A, Koshorek G, Zorick F, Roth T:  Amnesic Effects of Lormetazepam.  In: Sleep Benzodiazepines and Performance.  I Hindmarch, H Ott, and T Roth (Eds), Springer-Verlag, Berlin Heidelberg, pp 165-172, 1984.

21.    Roth T, Roehrs T, Zorick F, Conway W:  Pharmacological Effects of Sedative-Hypnotics, Narcotic Analgesics, and Alcohol During Sleep.  Med Clin North Amer 69(6):  1281-1288, 1985.

22.    Roth T, Roehrs T, Zorick F, Stepanski E, Wittig R:  Pharmacological and Patient Considerations in Hypnotic Use.  Presented at the World Psychiatric Association Symposium:  Psychopathology Dreams and Sleeping.  Helsinki, Finland.  Psychiatria Fennica (Supplement): 222-230, 1985.

23.    Roth T, Roehrs T, Zorick F:  Determinants of Adverse Effects of Hypnotics.  In:  Proceedings of the 4th world Congress of Biological Psychiatry.  C Shagass et al., (Ed), Philadelphia, PA, 1985.

24.    Roth T, Roehrs T, Zorick F:  Assessing Patient's Sleep-Wake Complaints.  Mental Health Adviser, Vol. 1(1):  13-14, 1986.

25.    Roth T, Roehrs T, Zorick F:  Sleep Disorders.  In:  Encyclopedia of Neuroscience, Vol. II.  G Adelman (Ed), Arcata Graphics/Halliday, West Hanover, MA, pp 1101-1103, 1987.

26.    Roth T, Roehrs T, Rosenthal L, Zorick F:  Sleep-Wake Function and Age.  Psychogeriatrics 12: 1987.

27.    Stepanski E, Koshorek G, Zorick F, Roehrs T, Roth T:  Sleep and Personality Characteristics of Patients and Subjects With Chronic Complaints of Insomnia.  In:  Imidazopyridines in Sleep Disorders:  A Novel Experimental and Therapeutic Approach.  (Ed) JP Sauvanet et al, Raven Press, New York, NY:  211-217, 1988.

28.    Roth T, Roehrs TA, Zorick FJ:  Pharmacological Treatment of Sleep Disorders.  In:  Sleep Disorders:  Diagnosis and Treatment, Second Edition.  (Ed) RL Williams et al, John Wiley & Sons, NY, pp 373-395, 1988.

29.    Roth T:  Sleep Disorders Medicine (Editorial).  Henry Ford Hosp Med J 36(1):  4, 1988.

30.    Vogel GW, Roth T, Gillin JC, Mendelson WC, Buffenstein A:  REM Sleep and Depression.  In: Neurobiology of Sleep-Wakefulness Cycle.  (Ed) T Oniani.  Metsniereba, Tbilisi, USSR, pp 187-214, 1988.

31.    Roehrs T, Zwyghuizen-Doorenbos A, Smith D, Zorick F, Roth T:  Reversal by Caffeine of Triazolam-Induced Impairment of Waking Function.  In:  Benzodiazepine Receptor Ligands, Memory and Information Processing.  (Eds) I Hindmarch and H Ott.  Psychopharmacology Series, Vol 6:  194-202, Springer-Verlag, Berlin, Heidelberg, 1988. PMID: 3217412

32.    Roth T, Roehrs T, Zwyghuizen-Doorenbos A, Stepanski E, Wittig R:  Sleep and Memory.  In:  Benzodiazepine Receptor Ligands, Memory and Information Processing.  (Eds) I Hindmarch and H Ott.  Psychopharmacology Series, Vol 6:  140-145, Springer-Verlag, Berlin, Heidelberg, 1988.

33.    Roth T, Roehrs TA, Carskadon MA, Dement WC:  Daytime Sleepiness and Alertness.  In:  Principles and Practice of Sleep Medicine.  (Eds) M Kryger, T Roth, and WC Dement.  WB Saunders Co, Philadelphia, PA, pp 14-23, 1989.

34.    Roehrs TA, Zorick F, Roth T:  Transient Insomnias and Insomnias Associated with Circadian Rhythm Disorders:  In:  Principles and Practice of Sleep Medicine.  (Eds) MH Kryger, T Roth, and WC Dement.  WB Saunders Co, Philadelphia, PA, pp 433-441, 1989.

35.    Dinner DS, Erman MK, Roth T:  Help For Geriatric Sleep Problems.  Patient Care (D Whieldon, ed) 23:  74-85, 1989.

36.    Roehrs TA, Roth T:  Drugs, Sleep Disorders, and Aging.  In:  Clinics in Geriatric Medicine, Vol 5, Number 2.  (Eds) T Roth and T Roehrs.  WB Saunders Company, Philadelphia, PA, pp 395-404, 1989.

37.    Roth T, Roehrs TA:  Sleep Disorders in the Elderly (Editorial).  Clinics in Geriatric Medicine, Vol 5, Number 2.  WB Saunders Company, Philadelphia, PA, 1989.

38.    Kryger MH, He J, Roth T, Zorick F, Conway W:  Mortality in Sleep Apnea.  (Letter to the Editor).  Chest 95(6):  1363, 1989.

39.    Roth T, Merlotti L:  Advances in the Diagnosis of Narcolepsy.  (Eds) SA Burton, WC Dement, RK Ristanovic.  In:  Narcolepsy 3rd International Symposium:  Selected Symposium Proceedings.  Matrix Communications, Chicago IL:  3-6, 1989.

40.    Roehrs T, Zwyghuizen-Doorenbos A, Roth T:  Residual Sedating Effects of Ethanol.  In:  Alcohol, Drugs & Traffic Safety:  Proceedings of the 11th International Conference on Alcohol, Drugs and Traffic Safety.  Chicago, IL, October, 1989.

41.    Roth T:  Introduction:  Critical Issues in the Management of Insomnia:  Investigators Report on Estazolam.  Proceedings of a Symposium held June 3, 1989, Dallas, TX.  (Guest Editor).  The American J of Medicine 88(3A):  3A-1S, 1990.

42.    Roehrs T, Vogel G, Roth T:  Rebound Insomnia: Its Determinants and Significance.  In:  Critical Issues in the Management of Insomnia:  Investigators Report on Estazolam.  The American J of Medicine 88(3A):  3A-39S—3A-42S, 1990.

43.    Roth T, Roehrs TA, Stepanski EJ, Rosenthal LD:  Hypnotics and Behavior.  In:  Critical Issues in the Management of Insomnia:  Investigators Report on Estazolam.  The American J of Medicine 88(3A):  3A-43S—3A-46S, 1990.  PMID: 1968720

44.    Roth T:  Summary:  Critical Issues in the Management of Insomnia:  Investigators Report on 0Estazolam.  Proceedings of a Symposium held June, 1989, Dallas, TX.  (Guest Editor).  The American J of Medicine 88(3A):  3A-47S—3A48S, 1990.

45.   Roth T, Roehrs T, Kryger M:  Mortality in Obstructive Sleep Apnea.  In:  Sleep and Respiration: Proceedings of the First International Symposium on Sleep and Respiration.  (Eds) FG Issa, PM Suratt, and JE Remmers.  AJ Wiley & Sons, Inc, New York, NY, pp 347-352, 1990.

46.   Stepanski EJ, Zorick F, Roth T:  Insomnia:  a 24-Hour Problem.  Effects of Sleep Deprivation in Chronic Insomnia.  In:  Insomnie et Imidazopyridines.  Symposium International, Paris, April 1989.  (Ed) P Barthouil.  Excerpta Medica, Amsterdam, pp 180-184, 1990.

47.   Roehrs T, Roth T:  Sedating Drugs and Breathing During Sleep.  In:  Sleep and Aging: Proceedings of the Second Milano International Symposium on Sleep.  (Eds) S Smirne, M Franceschi, L Ferini-Strambi.  Milano, pp 225-232, 1991.

48.   Stepanski EJ, Zorick FJ, Roth T:  Pharmacotherapy of Insomnia.  In:  Case Studies in Insomnia.  (Ed) PJ Hauri.  Plenum Publishing Corporation:  115-129, 1991.

49.   Carskadon MA, Roth T:  Sleep Restriction.  In:  Sleep, Sleepiness and Performance.  (Ed) TH Monk.  John Wiley & Sons, England, pp 155-168, 1991.

50.   Mendelson WB, Roth T:  New York Triplicate Prescription Program Misguided. (Editorial) In:  The Psychiatric Times: Medicine & Behavior Vol. IX, No. 3, p16, March 1992.

51.   Dinner DS, Erman MK, Roth T:  Help For Geriatric Sleep Problems.  Patient Care 26 (11): pp 166-189, 1992.

52.   Roth T, Roehrs TA:  Insomnia: Diagnosic Approaches.  ASEAN J of Psychiatry 2(2):  22-27, 1992.

53.   Roth T:  Drugs for Medical Disorders.  In:  Carskadon MA, Rechtschaffen A, Richardson G, Roth T, Siegel JM (Eds).  Encyclopedia of Sleep and Dreaming.  MacMillan, New York, p 197, 1993.

54.   Roth T:  Early Morning Awakenings.  In:  Carskadon MA, Rechtschaffen A, Richardson G, Roth T, Siegel JM (Eds).  Encyclopedia of Sleep and Dreaming.  MacMillan, New York, pp 199-200, 1993.

55.   Roth T:  Hallucinations.  In:  Carskadon MA, Rechtschaffen A, Richardson G, Roth T, Siegel JM (Eds).  Encyclopedia of Sleep and Dreaming.  MacMillan, New York, p 268, 1993.

56.   Roth T:  Hypersomnia.  In:  Carskadon MA, Rechtschaffen A, Richardson G, Roth T, Siegel JM (Eds).  Encyclopedia of Sleep and Dreaming.  MacMillan, New York, pp 287-288, 1993.

57.   Roth T:  Sleep Extension.  In:  Carskadon MA, Rechtschaffen A, Richardson G, Roth T, Siegel JM (Eds).  Encyclopedia of Sleep and Dreaming.  MacMillan, New York, pp 549-550, 1993.

58.   Roth T:  Sleep in the Elderly.  In:  Morley JE, Roth T (Eds).  Sleep Disorders and Insomnia in the Elderly.  Facts and Research in Gerontology.  Vol 7(S),  p7-9, Springer Publishing, New York, 1993.

59.   Roehrs T, Roth T:  Polysomnographic Assessment of Hypnotic Efficacy in the Elderly.  In:  Morley JE, Roth T (Eds).  Sleep Disorders and Insomnia in the Elderly.  Facts and Research in Gerontology.  Vol 7(S), pp 183-188, Springer Publishing, New York, 1993.

60.   Mendelson WB, Roehrs TA, Roth T:  Replacement of Benzodiazepines with "Old-Fashioned" Hypnotics: A Cause for Concern?  (Guest Editorial) Drug Safety, Vol 9(3): pp 149-150, 1993.

61.    Rosenthal L, Folkerts M,  Roth T:  Estudios Polisomnograficos En Pacientes Con Hipertiroidismo.  In:  Vigilia Sueño (Ed) E Estivill.  Grinver, S.A., Barcelona, Spain, pp 8-10, 1993.

62.    Roth T, Roehrs TA, Carskadon MA, Dement WC:  Daytime Sleepiness and Alertness.  In:  Principles and Practice of Sleep Medicine, 2nd Edition.  (Eds) MH Kryger, T Roth, and WC Dement.  WB Saunders Co, Philadelphia, PA, pp 40-49, 1994.

63.    Kryger MH, Roth T, Carskadon M:  Circadian Rhythms in Humans:  An Overview.  In:  Principles and Practice of Sleep Medicine, 2nd Edition.  (Eds) MH Kryger, T Roth, and WC Dement.  WB Saunders Co, Philadelphia, PA, pp 301-308, 1994.

64.    Roehrs T, Roth T:  Chronic Insomnias Associated with Circadian Rhythm Disorders.  In:  Principles and Practice of Sleep Medicine, 2nd Edition.  (Eds) MH Kryger, T Roth, and WC Dement.  WB Saunders Co, Philadelphia, PA, pp 477-481, 1994.

65.    Roehrs T, Zorick F, Roth T:  Transient and Short-Term Insomnia.  In:  Principles and Practice of Sleep Medicine, 2nd Edition.  (Eds) MH Kryger, T Roth, and WC Dement.  WB Saunders Co, Philadelphia, PA, pp 486-493, 1994.

66.    Roth T, Roehrs T, Rosenthal L:  Measurement of Sleepiness/Alertness:  Multiple Sleep Latency Test.  In:  Sleep Disorders Medicine: Basic Science, Technical Considerations, and Clinical Aspects.  (Ed) S Chokroverty.  Butterworth-Heinemann, Stoneham, MA, pp 133-140, 1994.

67.    Roth T, Roehrs TA, Rosenthal L:  Normative and Pathological Aspects of Daytime Sleepiness.  In:  American Psychiatric Press Review of Psychiatry, Vol 13. (Eds) JM Oldham and MB Riba.  American Psychiatric Press, Washington, DC, pp 707-728, 1994.

68.    Strohl K, Roth T, Redline S:  Cardiopulmonary and Neurological Consequences of Obstructive Sleep Apnea.  In:  Snoring and Obstructive Sleep Apnea. Second Edition, (Eds) D.N.F. Fairbanks, S Fujita.  Raven Press, Ltd., New York, NY, pp 31-43, 1994.

69.    Roth T, Shapiro C, Partinen M, Billiard M:  Sleep and Psychiatric Disorders.  In:  Sleep Disorders in Anxiety and Depression, Vol 38.  (Eds)  R Mayou, C Shapiro.  Elsevier Science Ltd, pp 1-3, 1994.

70.    Roth T, Roehrs TA, Vogel GW, Dement WC:  Evaluation of Hypnotic Medications.  In:  Clinical Evaluation of Psychotropic Drugs, Principles and Guidelines.  (Eds) RF Prien, DS Robinson.  Raven Press, New York, NY, pp 579-592, 1994.

71.    Roth T:  Panel 2 - Narcolepsy and Other Sleep Disturbances, Diagnosis and Treatment, Strategy and Treatment.  Strategy Development Workshop on Sleep Education.  National Center of Sleep Disorders Research, NIH Pub No 95-3800, June 1994.

72.    Strohl KP, Bonnie RJ, Findley L, Fletcher EC, Getsy J, Kryger MH, Millman R, Novak R, Roth T, Walsleben J, Williams A:  Sleep Apnea, Sleepiness, and Driving Risk.  In:  Am J Respir Crit Care Med.  Vol 150, pp. 1463-1473, 1994.

73.    Roth T:  Introduction to Sleep Disorders.  In:  Sleep and Biological Rhythms in Health and Sickness, 1994.

74.  Buysse D, Reynolds C, Hauri P, Roth T, Stepanski E, Thorpy M, Bixler E, Kales A, Manfredi R, Vgontzas A, Mesiano D, Houck P, Kupfer D: Diagnostic Concordance for Insomnia Patients Among Sleep Specialists Using DSM-IV, ICD-10, and ICSD Diagnostic Systems: A Report from the APA/NIMH DSM-IV Field Trial.  In: <u>DSM-IV Source Book</u> (First Edition).  T Widiger et al (Eds.), American Psychiatric Association, 1994.

75.  Roehrs T, Roth T: The Effect of Drugs on Sleep Quality and Architecture:  In: <u>Medicine</u>, Up-To-Date, p 603, 1994.

76.  Pack AI, Remmers JE, Roth T, Phillipson EA, Westbrook PR:  Guidelines for In-Home Testing:  A Need for Reassessment.  Sleep *(Letter to Editor)* 18(2):  136-137, 1995.

77.  Roth T, Roehrs TA, and Rosenthal:  Hypersomnolence and Neurocognitive Performance in Sleep Apnea.  In: <u>Pulmonary Medicine,</u> Vol 1, Rapid Science Publishers, pp 488-490, 1995.

78.  Roth T:  An Overview of the Report of the National Commission on Sleep Disorders Research.  In: <u>European Psychiatry</u>.  Vol 10, Suppl 3.  Elsevier, Paris,  pp109s-113s, 1995.

79.  Roth T:  Normal Sleep Physiology.  In: <u>European Psychiatry</u>, Vol 11, Suppl 4.  Elsevier Publishers, pp 237s-238s, 1996.

80.  Roth T:  Developing Appropriate Strategies:  Clinical Research in Practice Settings.  In: <u>Council on Scientific Affairs</u>, American Medical Association, Washington DC.  pp 103-106, March 1996.

81.  Roth T:  Social and Economic Consequences of Sleep Disorders.  In:  Sleep 19(8): S46-S47, 1996.

82.  Roth T, Roehrs T:  Clinical Development of Hypnotics.  In:  Sleep 19(8): S48-S49, 1996.

83.  Roth T:  Management of Insomniac Patients.  In:  Sleep 19(8): S52-S53, 1996.

84.  Roth T:  Insomnia, Recognition Diagnosis and Public Health Influence.  Sleep Problems Among Psychological Problems in General Health Care:  Form, Frequency, Comorbidity and Related Disability:  WHO Collaborating Center for Research and Training in Mental Health, Tokyo, Japan, pp 19-22, 1996.

85.  Freeman H, Roth T, Guelfi JD:  Insomnia:  Diagnosis, Consequences, and Management.  In: Zolpidem:  An update of its pharmacological properties and therapeutic role in the management of insomnia: (Eds) H Freeman, AJ Puech, T Roth.  Elsevier, Paris:  7-19, 1996.

86.  Roth T, Puech AJ, Paiva T:  Zolpidem - place in therapy.  In:  Zolpidem:  An update of its pharmacological properties and therapeutic place in the management of insomnia: (Eds) H Freeman, AJ Puech, T Roth. Elsevier, Paris:  215-230, 1996.

87.  Roehrs T, Roth T:  Hypnotics, Alcohol, and Caffeine:  Relation to Insomnia.  In: <u>Understanding Sleep - The Evaluation and Treatment of Sleep Disorders</u>, American Psychological Association, pp 339-355, 1997.

88.  Roehrs T, Roth T: Assessing Pharmacotherapy in Insomnia.  In: <u>The Handbook of Psychopharmacology Trials  An Overview of Scientific, Political, and Ethical Concerns</u>. (Eds) Marc Hertzman, Douglas E. Feltner.  New York University Press,  pp 268-284, 1997.

89.     Roth T, Roehrs T, Rosenthal L: Daytime Sleepiness in Normals: Individual Differences in Sleep Need Not Ability to Fall Asleep.  In: Sleep and Sleep Disorders: From Molecule to Behavior. Academic Press, pp 163-175, 1997.

90.     Roth T, Roehrs T: Assessing Sedating and Alerting Drug Effects: The Multiple Sleep Latency Test.  In:  Human Psychopharmacology 6: 57-66, 1997.

91.     Roth T, Roehrs T, Rosenthal L: Measurement of Sleepiness and Alertness: Multiple Sleep Latency Test.  In: Sleep Disorders Medicine. Butterworth-Heinemann, pp 223-229, 1998.

92.     Roehrs T, Roth T:  State-Alerting Actions of Ethanol, Caffeine, and Nicotine.  In:  Handbook of Behavioral State Control – Cellular and Molecular Mechanisms. CRC Press, pp 421-432, 1999.

93.     Day R, Gerhardstein R, Lumley A, Roth T, Rosenthal L: The Behavioral Morbidity Of Obstructive Sleep Apnea.  In: Progress in Cardiovascular Diseases. 41(5): 341-354, 1999.

94.     Roth T: Treating Insomnia in the Depressed Patient: Practical Considerations.  In:  Hospital Medicine. 35(7):  23-28, July 1999.

95.     Roth T, Walsh J, Simon R, Zammit G:  Introduction.  In: Family Practice Recertification. 21(10): 3, September 1999.

96.     Walsh JK, Benca RM, Bonnet M, Buysse DJ, Ricca J, Hauri PJ, Morin C, Roth T, Simon Jr RD, Kiley J, Monjan A, Rogus S:  Insomnia: Assessment and Management in Primary Care.  In: American Family Physician. 59(11):  3029-3038, June 1999.

97.     Gillette MU, Roth T, Kiley JP: NIH Funding of Sleep Research: A Prospective and Retrospective View.  In Sleep. 22(7):  956-958, 1999.

98.     Roth T: Introduction to Management of Sleep Disorders.  In: Family Practice Recertification. 21(10), September 1999.

99.     Roth T: New Trends in Insomnia Management.  In: Journal of Psychopharmacology. 13(4), Suppl 1: S37-S40, 1999.

100.    Roth T, Roehrs T: Disorders of Sleep and Wakefulness.  In: Principles of Neural Science. McGraw-Hill, pp 948-958, 2000.

101.    Olanow CW, Schapira AHV, Roth T: Falling Asleep at the Wheel: Motor Vehicle Mishaps in People Taking Pramipexole and Ropinirole. In: Neurology. 54:  274, January (1 of 2) 2000.

102.    Roth T: Overview of Insomnia for the Primary Care Physician.  In: Insomnia Treatment - A Postgraduate of Medicine Special Report.  5-13, April 2000.

103.    Roehrs T, Carskadon M, Dement W, Roth T: Daytime Sleepiness and Alertness.  In: Principles and Practice of Sleep Medicine, 3rd Edition, pp. 43-52, 2000.

104.    Roehrs T, Roth T: Hypnotics: Efficacy and Adverse Effects.  In:  Principles and Practice of Sleep Medicine, 3rd Edition, pp. 414-418, 2000.

105.    Roehrs T, Zorick F, Roth T: Transient and Short-Term Insomnia.  In: Principles and Practice of Sleep Medicine, 3rd Edition, pp. 624-632, 2000.

106.    Roth T: Practical management of insomnia in primary care: an overview for the busy practitioner. Sleep 23(1): S7-S8, 2000.

107.    Olanow CV, Schapira HV, Roth T: Waking up to sleep episodes in Parkinson's disease.  Mov Disord 15: 212-215, 2000.

108.    Roth T: Zaleplon: Its Unique Role in Insomnia Therapeutics. The Canadian Journal of Diagnosis. November 2000 Suppl, 21-25, 2000.

109.    Roth T, Roehrs T: Sleep Organization and Regulation.  Neurology 54(1):  S2-7, 2000.

110.    Roth T: New Developments for Treating Sleep Disorders. The Journal of Clinical Psychiatry. 62(10), S3-S4, 2001.

111.    Roth T: The relationship between psychiatric diseases and insomnia. International Journal of Clinical Practice 116: S3-S8, January 2001.

112.    Richardson GS, Roth T: Future Directions in the Management of Insomnia.  J Clin Psychiatry 62(10):  39-45, 2001.

113.    Roth T, Costa e Silva JA, Chase MH: Sleep and cognitive (memory) function: research and clinical perspectives. Sleep Medicine.  2(5): 379-387, September 2001.

114.    Roehrs T, Roth T: Sleep-Wakefulness and Drugs of Abuse.  In: Sleep Medicine Chapter 60:  575-585, 2002.

115.    Roehrs T, Roth T: Letter to the Editor – Response to Wessendorf and Teschler.  Sleep Medicine Reviews: 6(1):  73, 2002.

116.    Roehrs T, Roth T: Editorial – Chronic Insufficient Sleep and Its Recovery.  Sleep Medicine 4: 5-6, 2003.

117.    Roehrs T, Roth T: Hypnotics:  An Update.  Curr Neurol Neurosci Rep 3:  181-184, 2003.

118.    Roehrs T, Roth T: Editorial.  Sleep Medicine 4: 169-170, 2003.

119.    Roth T, Roehrs T: Insomnia: Epidemiology, Characteristics, and Consequences.  Clinical Cornerstone 5(3):  5-15, 2003.

120.    Roth T, Buysee D, Hajak G, Levy P:  The Art of Good Sleep.  Sleep Medicine 5(1):  S1, 2004.

121.    Roth T, Drake C: Evolution of Insomnia:  Current Status and Future Direction.  Sleep Medicine 5(1): S23-30, 2004.

122.    Krystal AD, Roth T: Definitions, Measurements and Management in Insomnia.  J Clin Psychiatry 65(8):  5-7, 2004.

123.    Ancoli-Israel S, Benca RM, Edinger JD, Krystal AD, Mendelson W, Moldofsky H, Petrie J, Roth T, Walsh JK, Winkelman J. Panel Discussion: Changing How We Think About Insomnia. J Clin Psychiatry. 2004;65(Supplement 8):44-46.

124.    Krystal AD, Walsh JK, Laska E, Caron J, Amato DA, Wessel TC, Roth T. Sustained efficacy of eszopiclone over six months of nightly treatment: Response to Letter to the Editor. Sleep. 2004;27:346-7.

125.    Roth T: Measuring Treatment Efficacy in Insomnia.  J Clin Psychiatry 65(8):  8-12, 2004.

126.    Roth T, Doghramji K, Doghramji P, Schwartz JR, Walsh JK: Sleepiness Versus Sleeplessness: Shift Work and Sleep Disorders.   J Clin Psychiatry 65(7):  1007-1008, July 2004.

127.    Roth T, Drake C:  Understanding the Effects of Age on "Normal" Human Sleep (Editorial).  Sleep 27(7):  1-2, 2004.

128.    Roth T:  Stress, Anxiety, and Insomnia: What Every PCP Should Know.  Medscape Neurology/Neurosurgery.  December 2004.  Available at: http://www.medscape.com/viewprogram/3686.

129.    Roth T: Characteristics and Determinants of Normal Sleep.  J Clin Psychiatry 65(16):  8-11, 2004.

130.    Roth T, Drake C: Introduction - Improving Function: Assessing and Managing Shift Work Sleep Disorder.  Consultant: (Supplement):  S3-S4, December 2004.

131.    Roth T, Drake C:  The Impact of Shift Work Sleep Disorder: Clinical and Public Health Consequences.  Consultant: (Supplement):  S5-S10, December 2004.

132.    Roehrs T, Roth T:  Behavioral and Environmental Countermeasures.  Sleep Deprivation:  Clinical Issues, Pharmacology, and Sleep Loss Effects 193:  447-454, 2005.

133.    Walsh JK, Roth T:  The Role of Pharmacological Interventions for Sleep Deprivation.  Sleep Deprivation:  Clinical Issues, Pharmacology, and Sleep Loss Effects 193: 539-550, 2005.

134.    Roehrs T, Roth T:  Sleep and Pain:  Interaction of Two Vital Functions.  Sleep in Neurology 25(1):  106-116, 2005.

135.    Roehrs TA, Carskadon MA, Dement WC, Roth T: Daytime Sleep and Alertness. In:  Principles and Practice of Sleep Medicine, 4th Edition.  W.B. Saunders Company, Philadelphia, PA, 2005.

136.    Walsh JK, Roehrs TA, Roth T:  Pharmacologic Treatment of Primary Insomnia. In:  Principles and Practice of Sleep Medicine, 4th Edition.  W.B. Saunders Company, Philadelphia, PA, 2005.

137.    Roth T:  Sedative Hypnotics.  In:  SRS Guide Basics of Sleep. Chapter 15:  143-149, Sleep Research Society, Westchester, IL, 2005.

138.    Roth T:  Advances in Understanding the Nature of Insomnia.  In:  Medscape Neurology & Neurosurgery, July 28, 2005.  Available at:  http://www.medscape.com/viewarticle/508955

139.    Buysse D, Hajak G, Levy P, Roth T: Forum Scientific Committee:  The Art of Good Sleep, Paris, France, September 2004.  Sleep Medicine 6(1):  S1-S2, 2005.

140.    Roth T:  Prevalence, Associated Risks and Treatment Patterns of Insomnia.  J Clin Psychiatry 66(9):  10-13, 2005.

141.    Jefferson C, Roth T, Roehrs T, Drake C:  Sleep Reactivity to Stress in Insomniacs.  In: Proceedings of the World Association of Sleep Medicine, 1st Congress.  Berlin (Germany) October 15-18. 79-82, 2005.

142.    Roth T:  Chapter 15, Sedative Hypnotics.  Sleep Research Society, <u>SRS Basics of Sleep Guide</u>. Sleep Research Society, 143-149, 2005.

143.    Hyde M, Roehrs T, Roth T:  Drugs of Abuse and Sleep.  <u>Sleep: A Comprehensive Handbook</u>. 114: 873-877, 2006.

144.    Hyde M, Roehrs T, Roth T:  Alcohol, Alcoholism and Sleep.  <u>Sleep: A Comprehensive Handbook</u>. 113:  867-871, 2006.

145.    Roth T. Expert Column - The Sleep-Wake Cycle and Its Clinical Implications in Understanding and Managing Insomnia. <u>Medscape Current Perspectives in Insomnia</u> 8: 2006. Available at: http://www.medscape.com/viewarticle/525731

146.    Roth T:  Introduction – Excessive Sleepiness:  What it Means for us All.  <u>Research Review</u>, Supplement to Consultant:  2-21, February 2006.

147.    Roth T, Drake C.  Defining Insomnia:  The Role of Quanitative Criteria.  <u>Sleep</u> 29(4): 2006.

148.    Breslau N, Roth T, Burduvali E, Kapke A, Schultz L, Roehrs T.  Distinguishing Current from Remitted Posttraumatic Stress Disorder - Reply.  <u>Archives of General Psychiatry</u> 63:  940-941, 2006.

149.    Roth T:  Preface.  <u>Sleep Medicine Clinics 1(3)</u>:  xiii-xiv, 2006.

150.    Drake CL, Roth T.  Predisposition in the Evolution of Insomnia:  Evidence, Potential Mechanisms, and Future Decisions.  <u>Sleep Medicine Clinics</u> 1(3):  333-349, 2006.

151.    Schwartz JRL, Roth T.  Shift Work Sleep Disorder:  Burden of Illness and Approaches to Management.  <u>Drugs</u> 66(18):  2357-2370, 2006.

152.    Roth T:  Editorial - Prospects for Insomnia Treatment.  <u>Sleep Medicine</u>; 7(S1):S1-S2, 2006.

153.    Roth T:  Editorial – Conclusion:  Challenges in Insomnia Treatment.  <u>Sleep Medicine</u>; 7(S1);S32, 2006.

154.    Roth T, Roehrs T.  The Physiology of Sleep.  <u>Neurology and Clinical Neuroscience</u> 14: 2007.

155.    Roth T, Roehrs T, Pies R.  Insomnia: Pathophysiology and Implications for Treatment.  <u>Sleep Medicine Reviews</u> 11:  71-79,  2007.

156.    Roth T:  Introduction to Beyond Excessive Sleepiness - Implications for Cognitive Function and Management Strategies.  <u>Journal of Clinical Psychiatry</u> Special Section:  S8, 2007.

157.    Roth T, Harrison N, Mendelson W, Mignot E:  Navigating Neuronal Pathways:  Novel Targets for the Management of Sleep Disorders.  [Electronic version].   <u>Medscape</u>; SciMed:  2007. Available at:  www.medscape.com

158.    Roth T, Buysse DJ, Krystal A, Banas B:  Overview of Insomnia:  Recent Perspectives in the Management of Insomnia.  <u>SMEI Sleep Medicine Education Institute: 2007</u>.

159.    Roth T: Introduction: Understanding Neuronal Pathways: Novel Targets for the Management of Insomnia.  <u>The Journal of Clinical Psychiatry</u>; 68(5):  4-5,  2007.

160.    Roth T: A Physiologic Basis for the Evolution of Pharmacotherapy for Insomnia.  The Journal of Clinical Psychiatry; 68(5):  13-17, 2007.

161.    Roth T:  The Nature of Insomnia.  Long-Term Issues in the Treatment of Sleep Disorders. Clinical Information Supplement CNS Spectra; 12:7(Suppl 10):  3-5, 2007.  PMID: 17603408

162.    Roth T:  Sleep Therapy: New Generation Pharmacologic Agents for Managing Insomnia.  Journal of Clinical Sleep Medicine; 3(5):  S5-S6, 2007.

163.    Roth T: Insomnia: Definition, Prevalence, Etiology and Consequences.  Journal of Clinical Sleep Medicine; 3(5):  S7-S10, 2007.

164.    Roth T:  Introduction:  The Sleepy Patient in the Primary Care Setting.  Consultant Supplement: S4, 2007.

165.    Roth T:  Normal Sleep and Sleep-Wake Hygiene.  Consultant Supplement:  S5-S13, 2007.

166.    Roth T:  Narcolepsy: Treatment Issues.  Journal of Clinical Psychiatry; 68(0):  16-20, 2007.

167.    Roth T:  Introduction: Narcolepsy and Excessive Daytime Sleepiness: From the Bench to the Bedside.  Journal of Clinical Psychiatry; 68(0):  4, 2007.

168.    Roth T:  Editorial:  Introduction – Advances in our Understanding of Insomnia and its Management.  Sleep Medicine 8:  S25-S26, 2007.

169.    Roth T:  Managing Excessive Sleepiness in a Patient with RLS (CME/CE).  Medscape 2007. Available at: www.medscape.com/viewprogram/8278.

170.    Thorpy MJ, Lieberman III JA, Roth T, Owens GS: Patient Identification.  American Journal of Managed Care 13(6):  S132-S139, 2007.

171.    Thorpy MJ, Lieberman III JA, Roth T, Owens GS: Patient-Management Strategies.  American Journal of Managed Care 13(6):  S140-S147, 2007.

172.    Roth T, Franklin M, Bramley TJ:  The State of Insomnia and Emerging Trends.   American Journal of Managed Care 13(6):  S117-S120, 2007.

173.    Thorpy MJ, Lieberman JA, Roth T, Owens GS: Managed Care Considerations.  American Journal of Managed Care 13(6):  S148-S153, 2007.

174.    Roth T:  Editorial – Challenges in the Comorbid Condition. Sleep Medicine 8 (Suppl 4):  S1-S2, 2007.

175.    Roth T, Culpepper L:  Insomnia Management in Primary Care.  Clinical Symposia 58(1):  1-32, 2008.

176.    Roehrs T, Roth T:  Sleep, Alcohol, and Quality of Life. Sleep and Quality of Life in Clinical Medicine:  333-339, 2008.

177.    Culpepper L, Doghramji P, Kornstein S, Roth T:  The Art of Sleep. Recognizing and Treating Insomnia in Primary Care Practice. Supplement to The Journal of Family Practice:  S1-S12, 2008. Available at: www.jfponline.com

178.   Roth T, Roehrs T:  Efficacy and Safety of Sleep-Promoting Agents.  Sleep Med Clin 3:  175-187, 2008.

179.   Randall S, Roehrs T, Roth T:  Over-the-Counter Sleep Aid Medications and Insomnia.  Primary Psychiatry Vol 15 No 5:  52-58, 2008.

180.   Roth T:  Novel Outcome Measures of Sleep, Sleep Loss and Insomnia (Editorial).  Sleep Medicine, 9 Suppl. 1:  S1-S2, 2008.

181.   Roth T:  Conclusion: Directions for Future Research Into Optimizing Outcomes Measurement in Sleep Medicine (Editorial).  Sleep Medicine, 9 Suppl. 1:  S35, 2008.

182.   Roth T: Insomnia and Sleep-related Disorders (Editorial). Psychiatric Annals, September, 575-577, 2008.

183.   Weilburg JB, Stakes JW, Roth T:  Section VIII, Sleep Disorders.  Massachusetts General Hospital Comprehensive Clinical Psychiatry:  Expert Consult. Mosby: 1 Har/Onl edition:  285, April, 2008.

184.   Schwartz JRL, Roth T:  Neurophysiology of Sleep and Wakefulness:  Basic Science and Clinical Implications.  Current Neuropharmacology, 6:  367-378, 2008.

185.   Roehrs TA, Roth T:  Alcohol, Sleep, Sleep Disorders and Consequent Daytime Impairment.  Sleep Disorders Diagnosis and Therapeutics.  Informa UK Ltd, Distributed by Taylor & Francis, 6000 Broken Sound Parkway, NW (Suite 300), Boca Raton, FL 33487,  Chapter 41, pp 480-486, 2008.

186.   Drake CL, Schwartz JRL, Roth T:  The Evolution of Insomnia in Relation to Comorbidity.  Psychiatric Annals, September, 621-626, 2008.

187.   Roth, T:  Comorbid Insomnia:  Current Directions and Future Challenges.  The American Journal of Managed Care 15 (1):  S6-S13, 2009.

188.   Roth T:  Slow Wave Sleep: Does it Matter?  Journal of Clinical Sleep Medicine, Supplement to Vol 5, No 2:  S4-S5, 2009.

189.   Roth T:  Current and Emerging Pharmacotherapies for the Treatment of Insomnia:  Efficacy and Safety.  Psychiatric Times Reporter, Supplement, March:  6-10,  2009.

190.   Roth T:  Sleep Duration, Insomnia and Longevity.  Sleep Medicine (Editorial), pp 1071-1072 2009

191.   Roth T:  Sleep and Society.  Sleep Medicine (Editorial).  2009

192.   Roth T, Roehrs TA:  Measurement of Sleepiness and Alertness:  Multiple Sleep Latency Test.  Sleep Disorders Medicine, Third Edition. (Ed) S Chokroverty. Saunders Elsevier, Philadelphia, PA, pp 218-223, 2009.

193.   Roth T: Forward. Atlas of Clinical Sleep Medicine. Saunders Elsevier, Philadelphia, PA, p. xi, 2009.

194.   Kryger M, Roth T: Insomnia. Atlas of Clinical Sleep Medicine, Chapter 9. Saunders Elsevier, Philadelphia, PA, pp 98-106, 2009.

195.    Schwartz JRL, Roth T, Hirshkowitz M, Wright KP Jr.:  Recognition and Management of Excessive Sleepiness in the Primary Care Setting. Prim Care Companion J Clinical Psychiatry, 11(5), 197-204, 2009.

196.    Culpepper L, Roth T:  Recognizing and Managing Obstructive Sleep Apnea in Primary Care. Prim Care Companion J Clin Psychiatry, 11(6), 330-338, 2009.  PMID: 20098525

197.    Dement WC, Cartwright RD, Roth T, Ware JC:  Ismet (John) Karacan, MD, DSc OBITUARY. Sleep 32(9): 1238-1239. PDF Full-Text, 2009.

198.    Roth T:  Editorial - Conclusion. Sleep Medicine, 10, S26, 2009.

199.    Roth T, Zinsenheim J: Sleep in Adults with ADHD and the Effects of Stimulants. Primary Psychiatry, 16(12): 32-37, 2009

200.    Doghramji K, Zee PC, Roth T: Sleep Disorders Across a Woman's Life Span: A Challenge to Obstetricians and Gynecologists. Monthly Prescribing Reference, www.PrescribingReference.com , 1-22, CME Activity Release Date: October, 2009.

201.    Roth T, Benca RM, Erman M:  An Introduction to the Clinical Correlates of Disrupted Slow-Wave Sleep.  Journal of Clinical Psychiatry, 71(4):e09, 2010.

202.    Schwartz JRL, Roth T, Drake C:  Armodafinil in the Treatment of Sleep/Wake Disorders. Neuropsychiatric Disease and Treatment, (6), 417-427, 2010.

203.    Roth T, Dijk DJ:  Editorial.  Slow-Wave Sleep: Beyond Insomnia. The Importance of Slow-Wave Sleep for your Patients. Publishing Manager: Matt Weitz. Editorial office and editorial inquiries: Wolters Kluwer Pharma Solutions, 250 Waterloo Road, London SE1 8RD, UK, p5,  2010.

204.    Roth T, Walsh JK:  Interventions to Enhance Slow-Wave Sleep. Slow-Wave Sleep: Beyond Insomnia. The Importance of Slow-Wave Sleep for your Patients. Publishing Manager: Matt Weitz. Editorial office and editorial inquiries: Wolters Kluwer Pharma Solutions, 250 Waterloo Road, London SE1 8RD, UK, Chaper 9, p132,  2010.

205.    Roth T, Roehrs T:  Pharmacothrapy for Insomnia.  Medications and Sleep. Sleep Med Clin 5, 529-539, 2010.

206.    Roehrs T, Roth T:  Drug-Related Sleep Stage Changes:  Functional Significance and Clinical Relevance. Sleep Med Clin 5, 559-570, 2010.

207.    Roth T:  What is the Nature of Nonrestorative Sleep? Editorial/Sleep Medicine 11, 963-964, 2010.

208.    Roth T, Bogan RK, Culpepper L, Doghramji K, Doghramji P, Drake C, Grauke JH, Knoepflmacher P, Pagel JF, Sateia M, Silvershein D, Thorpy MJ:  Excessive Sleepiness:  Under-Recognized and Essential Marker for Sleep/Wake Disorder Management. Special supplement to: Current Medical Research & Opinion, Volume 26, Supplement 2, S3-S27, 2010.  PMID: 21077746

209.    Roehrs T, Roth T.  Benzodiazepine Receptor Agonist Safety. In: Sateia MJ, Buysse DJ eds. Insomnia: Diagnosis and Treatment. London: Informa, 387-96, 2010.

210.    Roehrs T, Carskadon MA, Dement WC, Roth T:  Daytime Sleepiness and Alertness. Principles and Practice of Sleep Medicine 5th Edition. Part I, Section 1, 42-53. Elsevier Saunders, St. Louis, Missouri, 2011.

211.  Walsh JK, Roth T:  Pharmacologic Treatment of Insomnia: Benzodiazepine Receptor Agonists. Principles and Practice of Sleep Medicine 5th Edition. Part II, Section 10, 905-915. Elsevier Saunders, St. Louis, Missouri, 2011.

212.  Roehrs T, Roth T:  Medication and Substance Abuse. Principles and Practice of Sleep Medicine 5th Edition. Part II, Section 16, pp 1512-1523.  Elsevier Saunders, St. Louis, Missouri, 2011.

213.  Krystal AD, Roth T, Simon RD: Recognition and Assessment of Shift Work Disorder. Journal of Clinical Psychiatry. 72(2): 248-257, 2011.

214.  Roth T:  Commentary. The Effect of Pregabalin on Pain-Related Sleep Interference in Diabetic Peripheral Neuropathy or Postherpetic Neuralgia: A Review of Nine Clinical Trials. Lee-Chiong, Teofilo. Best of Sleep Medicine 2011, 246-248. ISBN-13: 978-1460993859; ISBN-10: 1460993853, 2011.

215.  Roth T:  Commentary. The Challenges of Interpreting Residual Effects of Hypnotics. Sleep, Vol. 34, No. 10, 1285-1286, 2011.  PMID: 21966057

216.  Roehrs T, Roth T:  The effects of medications on sleep quality and sleep architecture.  Up To Date, Nov 18, 2011.

217.  Roehrs TA, Diederichs C, Roth T:  Pharmacology of Benzodiazepine Receptor Agonist Hypnotics. Therapy in Sleep Medicine, Section 3, Chapter 7, 99-108. ISBN978-1-4377-1703-7, Elsevier Saunders, Philadelphia, PA, 2012.

218.  Gargaro CE, Roth T, Drake CL:  Insomnia: Etiology, Clinical Manifestations, and Morbidity. Essentials of Sleep Medicine: An Approach for Clinical Pulmonology, Respiratory Medicine, DOI 10.1007/978-1-60761-735-8_13, Springer Science+Business Media, LLC, 233-248, 2012.

219.  Bazan L, Roth T, Drake CL:  Management of Insomnia. Essentials of Sleep Medicine: An Approach for Clinical Pulmonology, Respiratory Medicine, DOI 10.1007/978-1-60761-735-8_14, Springer Science+Busines Media, LLC, 249-276, 2012.

220.  Roth T:  Shift Work Disorder: Overview and Diagnosis (Brief Report). J Clin Psychiatry, 73(3):e09. http://www.psychiatrist.com/briefreports/series-1/BRS/index.asp?., 2012.

221.  Foulkes D, Rechtschaffen A, Roth T:  Obituary for Gerald W. Vogel, MD. Sleep, Vol. 35, No. 6, 889, 2012.

222.  Krystal AD, Roth T, Simon RD Jr.  Shift work disorder case studies: applying management principles in clinical practice. J Clin Psychiatry. 2012;73(8):e25.

223.  Roth T:  Investigating Nonrestorative Sleep. Editorial, Sleep Medicine, 13, 557-558, 2012.

224.  Roth T:  Pharmacotherapy of Excessive Sleepiness. Sleep Med  Clin, 7, 333-340, 2012.

225.  Roehrs T, Roth T:  Sleep and Sleep Disorders. Drug Abuse and Addiction in Medical Illness: Causes, Consequences and Treatment, Part III, Chapter 30, 375-384, DOI 10.1007/978-1-4614-3375-0_30, © Springer Science+Business Media, LLC, 2012.

226.  Roth T, Ancoli-Israel S:  Obituary for Peter Hauri. Sleep, Vol. 36, No. 4, 617-618, 2013.

227.   Roth T, Drake C, Roehrs T:  Behavorial Sleep Medicine. Journal of Clinical Sleep Medicine. Vol 9(9), 2013.

228.   Thorpy MJ, Roth T. Toward a Classification of Medications for Sleep and Circadian Rhythm Disorders. Nature of Science of Sleep. 5, 143-145, 2013.

229.   Roth T:  Forward to the Second Edition.  Atlas of Clinical Sleep Medicine, 2nd Edition, xi, 2014.

230.   Edinger JD, Kryger M, Roth T.  Insomnia.  Atlas of Clinical Sleep Medicine, 2nd Edition, 10, 148-158, 2014.

231.   Krystal AD, Doghramji K, Roth T, Scammell, TE. New Insights Into the Sleep-Wake System: The Neurobiology and Pathophysiology of Insomnia. Psychiatric News, May 16, 2014; 49 (10) (Suppl).

232.   Roehrs T, Gumenyuk V, Drake C, Roth T.  Physiological correlates of insomnia.  Curr Top Behav Neuroscio 2014; PMID: 24920447.

233.   Verster JC, Roth T.  Insomnia and driving ability.  Sleep 37(9), 2014; PMID: 25142560.

234.   Krystal AD, Doghramji K, Roth T, & Scammell TE. Targeting neurotransmitters in the management of insomnia. Psychiatric News. October 17, 2014; 49 (20) (Suppl).

235.   Roth T, More on Insomnia Disorders in Older Patients Current Psychiatry Comments and Controversies .  6 February 2015

236.   Roehrs T, Roth T.  Pain and sleep.  In: Babson KA, Feldner MT (eds). Sleep and Affect.   New York: Elsevier 2015, pp 377-397

237.   Roth T. Effects of Daytime Sleepiness and Fatigue On Overall Health and Cognitive Function. J. Clin. Psychiatry ; 76 ( 9); e1145, 2015

238.   Roth T. The Effect of Comorbid Psychiatric and Medical Illnesses on Sleep Disorders Treatment J. Clin. Psychiatry; 76 (9); e 1146, 2015.

239.   Roehrs T, Roth T. The Effects of Medications on Sleep Quality and Sleep Architecture Up To Date October 2015.

240.   Roth T, Rosenberg RP , Managing Excessive Daytime Sleepiness. J Clin. Psychiatry;76:0, 2015.

241.   Roehrs T, Roth T. Sleep Disturbance in Substance Use Disorders. Psychiatr Clin N Am 38: 793-803, 2015.

242.   Roehrs T, Carskadon MA, Dement WC, Roth T:  Daytime Sleepiness and Alertness. Principles and Practice of Sleep Medicine 6th Edition. Part I, Section 1, 39-48. Elsevier Saunders, Philadelphia, PA, 2016.

243.   Roehrs T, Roth T. The Effects of Medications on Sleep Quality and Sleep Architecture Up To Date October 2016.

244.   Verster JC, van de Loo AJ, Roth T:  Effects of Hypnotic Drugs on Driving Performance. Principles and Practice of Sleep Medicine 6th Edition. Part I, Section 6, 499-505. Elsevier Saunders, Philadelphia, PA, 2016.

245.    Walsh JK, Roth T:  Pharmacologic Treatment of Insomnia: Benzodiazepine Receptor Agonists. Principles and Practice of Sleep Medicine 6th Edition. Part II, Section 11, 832-841. Elsevier Saunders, Philadelphia, PA, 2016.

246.    Roehrs T, Roth T:  Medication and Substance Abuse. Principles and Practice of Sleep Medicine 6th Edition. Part II, Section 17, 1380-1389. Elsevier Saunders, Philadelphia, PA, 2016.

247.    Culpepper L, Wright WL, Roth T. Enhancing the Management of Insomnia in Older Patients. myCME Website. http://www.mycme.com/enhacing-the-managemtn-of-insomnia-in-older-patients/activity/4552. March, 2017.

248.    Roth, T., Roehrs, T. Multiple Sleep Latency Test. Sleep Disorders Medicine. 391-398. Springer Publishing, New York. 2017.

249.    Roth, T., Roehrs, T. Pharmacotherapy of Sleep Promoting Agents. Review of Sleep Medicine. 4th edition. Elsevier Saunders, Philadelphia, PA, 2017.

250.    Roth, T., Roehrs T. Clinical Management of Insomnia. In: Black DW, ed. Scientific American Psychiatry. Hamilton: Decker. DOI: 10.2310/7800.13049

251.    Balon R, Chouinard G, Cosci F, Dubovsky SL, Fava GA, Freire RC, Greenblatt DJ, Krystal JH, Nardi AE, Rickels K, Roth T. International Task Force on Benzodiazepines. Psychotherapy and Psychosomatics 22:1 2018.

252.    Nardi, A., Cosci, F., Balon, R., Weintraub, S., Freire, R., Krystal, J., Roth, T. et al. The Prescription of Benzodiazepines for Panic Disorder. Journal of Clinical Psychopharmacology 38:4, 2018.

253.    Roehrs T, Roth T:The Sleep-Wake Cycle: An Overview. Academic Press, Elsevier Inc. 2019.

254.    Roth, T. (2020). Treating EDS in patients with narcolepsy. Journal of Clinical Psychopharmacology, 81(5).

255.    Roth, T., Winkelman, J. (2020). Recognizing and Treating Excessive Daytime Sleepiness in Patients With Narcolepsy. 1 Journal of Clinical Psychopharmacology, 81:0

256.    Roehrs, T., Verkler, J., Koshorek, G., & Roth, T. (2021). Sleep Disorders in Addiction: An Overview. Textbook of Addiction Treatment, 1191-1208.

257.    Singh, M., Drake, C., Workings, M., Roth, T. (2021). Sleep Disorders in Athletes, in Sports Cardiology: Care of the Athletic Heart from the Clinic to the Sidelines:275.

258.    Cheng, P., Roehrs, T., Roth T:  Daytime Sleepiness and Alertness. Principles and Practice of Sleep Medicine 7th Edition. Section 1, 35-46. Elsevier Saunders, Philadelphia, PA, 2021.

259.    Roth T., Krystal, AD:  Introduction to Pharmacology. Principles and Practice of Sleep Medicine 7th Edition. Section 6, 451-452. Elsevier Saunders, Philadelphia, PA, 2021.

260.    Roehrs T, Roth T. The Effects of Medications on Sleep Quality and Sleep Architecture Up to Date January 24, 2022.

261.    Kushida, C., Roth, T., Shapiro, C.M., Roy, A., Rosenberg, R., Ajayi, A.O., Seiden, D., Gudeman, J.  Letter to the Editor: Response to: Once-nightly sodium oxybate (FT218)in the treatment of narcolepsy: a letter to the editor commenting on the recent publication by C. Kushida et al. SLEEPJ, 2022, 1–2

262.    Eldridge-Smith, ED., Edinger, J., Kryger, M., and Roth, T. Insomnia, <u>Atlas of Clinical Sleep Medicine 3rd. Edition</u>, Section 8, Chapter 21. Elsevier, St. Louis, MO, 2024

## ABSTRACTS

1. Pradhan S, Roth T:  Effects of Ditran (JB329) on a Multiple Schedule of Reinforcement in Rats.  The Pharmacologist 8: 1966.

2. Pradhan S, Roth T:  Some Behavioral Effects of Nicotine in Rats.  Federation Proc 26:  1967.

3. Roth T, Pradhan S:  Behavioral Effects of Some Cholinergic Agents in Rats.  The Pharmacologist 9:  1967.

4. Roth T, Kramer M, Trinder J, Sandler L, Riechers M, Fishbein H:  The Effect of Noise on Sleep and Post-Sleep Behavior.  Psychophysiol 7:  357, 1970.

5. Trinder J, Kramer M, Riechers M, Fishbein H, Roth T:  The Effect of Dream Length on Dream Content.  Psychophysiol 7:  333, 1970.

6. Arand D, Trinder J, Kramer M, Roth T:  Trace Decay, Retroactive Interference, and Repression as Determinants of the Recency Effect in Dream Recall.  Psychophysiol 9:  116, 1972.

7. Kramer M, Roth T, Clark J, Trinder J:  The Use of Dreams in Drawing Clinical Inferences.  Psychophysiol 9:  117, 1972.

8. Kramer M, Curtis T, Trinder J, Roth T:  A Comparison of Dream Content in Laboratory Dream Reports of Schizophrenic and Depressive Psychopathological Groups.  Psychophysiol 9:  118, 1972.

9. Brunner R, Kramer M, Clark J, Day N, Trinder J, Roth T:  Dream Recall in Chronic Brain Syndrome Patients.  Psychophysiol 9:  138, 1972.

10. Trinder J, Kramer M, Roth T:  Problems in the Scaling of Sleep Stage Change.  Psychophysiol 9:  148, 1972.

11. Roth T, Kramer M, Trinder J:  Volunteers Versus Non-Volunteers in Dream Research.  Psychophysiol 9:  116, 1972.

12. Kramer M, Roehrs T, Roth T:  The Relationship Between Sleep and Mood.  Sleep Research 1:  92, 1972.

13. Clark J, Trinder J, Kramer M, Roth T, Day N:  An Approach to the Content Analysis of Dream Content Scales. Sleep Research 1: 118, 1972.

14. Kramer M, Roth T, Arand D, Palmer T:  A Psychoregulatory Function of the Dream:  A Preliminary Report of a Pilot Study.  Sleep Research 1:  123, 1972.

15. Arand D, Kramer M, Czaya J, Roth T:  Attitudes Toward Sleep and Dreams in Good Versus Poor Sleepers.  Sleep Research 1:  130, 1972.

16. Palmer T, Roehrs T, Kramer M, Roth T:  A Comparison of the Manifest Content of Dream Reports and TAT Responses.  Sleep Research 1:  144, 1972.

17. Roehrs T, Kramer M, Lefton W, Lutz T, Roth T:  Mood Before and After Sleep.  Sleep Research 2:  95, 1973.

18. Palmer T, Kramer M, Roth T:  A Comparison of the Manifest Content of REM and TAT Reports.  Sleep Research 2:  125, 1973.

19. Czaya J, Kramer M, Roth T:  Changes in Dream Quality as a Function of Time into REM.  Sleep Research 2:  122, 1973.

20. Roth T, Kramer M, Roehrs T:  The Relationship Between Sleep Physiology and Mood.  Sleep Research 2:  96, 1973.

21. Schwartz J, Kramer M, Palmer T, Roth T:  The Relationship of Personality Factors to REM Interruption and Diary Recall of Dreams.  Sleep Research 2:  113, 1973.

22. Roth T, Kramer M, Roehrs T:  The Consistency of Sleep Measures.  Sleep Research 2:  102, 1973.

23. Schwartz J, Roth T, Kramer M, Hlasny R:  A New Benzodiazepine Hypnotic and Its Effect on Mood.  Sleep Research 3:  65, 1974.

24. Roehrs T, Kramer M, Arand D, Roth T:  The Relationship between REM Time and Depressive Affect.  Sleep Research 3:  90, 1974.

25. Kramer M, Czaya J, Arand D, Roth T:  The Development of Psychological Content Across the REM Period.  Sleep Research 3:  121, 1974.

26. Roth T, Kramer M, Schwartz J:  Some Preliminary Observations on the Nature of Insomniac Patients.  Sleep Research 3:  145, 1974.

27. Roth T, Kramer M, Schwartz J:  A Sleep Laboratory Evaluation of a New Benzodiazepine Hypnotic in Insomniac Patients.  Sleep Research 3:  64, 1974.

28. Roth T, Kramer M, Lefton W, Lutz T:  The Effects of Sleep Deprivation on Mood.  Sleep Research 3:  154, 1974.

29. Roth T, Kramer M, Lutz T:  The Nature of Insomnia:  A Descriptive Summary of a Sleep Clinic Population.  Dig Neur Psychiat 68, 1976.

30. Roth T, Kramer M, Lutz T:  Intermediate Use of Triazolam:  A Sleep Laboratory Study.  Sleep Research 4:  117, 1975.

31. Roth T, Kramer M:  The Nature of Insomnia:  A Descriptive Summary of a Sleep Clinic Population.  Sleep Research 4:  234, 1975.

32. Kramer M, Hlasny R, Jacobs G, Roth t:  Do Dreams Have Meaning?  An Empirical Inquiry.  Sleep Research 4:  186, 1975.

33. Lutz T, Kramer M, Roth T:  The Relationship Between Mood and Performance.  Sleep Research 4:  152, 1975.

34. Roth T, Kramer M, Roehrs T, Lutz T:  The Comparative Effects of Three Hypnotic Drugs.  I. Sleep Parameters.  Sleep Research 4:  114, 1975.

35. Roth T, Kramer M, Roehrs T, Lutz T:  The Comparative Effects of Three Hypnotic Drugs.  II. Subjective State.  Sleep Research 4:  115, 1975.

36. Roth T, Kramer M, Roehrs T, Lutz T:  The Comparative Effects of Three Hypnotic Drugs. III. Performance.  Sleep Research 4:  116, 1975.

37. Piccione P, Thomas S, Roth T, Kramer M:  Incorporation of the Laboratory Situation in Dreams. Sleep Research 5:  120, 1976.

38. Lutz T, Roth T, Kramer M, Grissom T:  A Review of Methodologies for the Evaluation of Hypnotics. Sleep Research 5:  202, 1976.

39. Kramer M, Roth T, Cisco J:  The Meaningfulness of Dreams.  Sleep Research 5:  118, 1976.

40. Lysaght R, Roth T, Kramer M, Lutz T:  Sleep in Insomniacs.  Sleep Research 5:  179, 1976.

41. Roth T, Kramer M, Felson J, Grissom T, Lutz T:  Evaluation of Hypnotics in Geriatric Patients.  Sleep Research 5:  77, 1976.

42. Lutz T, Roth T, Kramer M, Felson J:  The Relationship Between Sleepiness and Performance.  Sleep Research 5:  104, 1976.

43. Johnson B, Roth T, Kramer M:  Subjective and Electrophysiological Evaluation of Ketazolam.  Sleep Research 5:  67, 1976.

44. Roth T, Kramer M, Arand D:  Dreams as a Reflection of Immediate Psychological Concern.  Sleep Research 5:  122, 1976.

45. Kramer M, Roehrs T, Roth T:  Mood Change and the Physiology of Sleep.  Psychiat Jan:  36, 1977.

46. Kramer M, Roth T:  Responsibility and Accountability:  A Look From Within.  Proc Amer Psychiat Assn Mtg, May 1977, Toronto.

47. Lysaght R, Roth T, Kramer M, Lutz T:  The Consistency of Subjective and Objective Aspects of Sleep on Drug and Placebo Nights.  Sleep Research 6:  77, 1977.

48. Lundberg P, Roth T, Kramer M, Grissom T, Zorick F:  A Hospital Survey of Prescription Versus Administration of Hypnotics Used.  Sleep Research 6:  75, 1977.

49. Johnson B, Roth T, Jansen T, Kramer M:  The Effects of Drugs on REM Density.  Sleep Research 6:  40, 1977.

50. Zorick F, Roth T, Kramer M, Flessa H:  Intensification of Excessive Daytime Sleepiness by Lymphoma.  Sleep Research 6:  199, 1977.

51. Tietz E, Roth T, Kramer M, Bellus S:  The Effect of a New Hypnotic (Sch-16134) on Chronic Insomniacs.  Sleep Research 6:  86, 1977.

52. Piccione P, Jacobs G, Kramer M, Roth T:  The Relationship Between Daily Activities, Emotions, and Dream Content.  Sleep Research 6:  133, 1977.

53. Lutz T, Roth T, Kramer M, Arand D, Grissom T, Zorick F:  An Overview of Methodologies Used in Research on Hypnotics.  Sleep Research 6:  76, 1977.

54. Lysaght R, Roth T, Kramer M, Lutz T, Zorick F:  A Dose-Response Study of The Acute Effects of Diazepam and Alprazolam on Human Sleep.  Sleep Research 6:  78, 1977.

55. Roth T, Lutz T, Kramer M, Tietz E:  The Relationship Between Objective and Subjective Evaluations of Sleep in Insomniacs.  Sleep Research 6:  178, 1977.

56. Karacan I, Roth T, Orr WC, Kramer M, Shurley JT, Thornby JI, Bingham SF, Salis PJ, Ambuehl RA: VA Cooperative Study on Drugs and Sleep:  Relative Potency Comparisons of Flurazepam and Phenobarbital.  Sleep Research 6:  72, 1977.

57. Lundberg P, Roth T, Kramer M, Zorick F, Piccione P:  The Effects of Terfenadine and Diphenhydramine on Sleep, Performance, and Subjective State.  Sleep Research 7:  105, 1978.

58. Tietz E, Roth T, Kramer M, Saab P, Piccione P:  The Effect of Quazepam (Sch-16134) 15 and 20mg on the Sleep of Chronic Insomniacs.  Sleep Research 7:  116, 1978.

59. Karacan I, Orr WC, Roth T, Kramer M, Shurley JT, Thornby JI, Bingham SF, Ambuehl RA: Flurazepam 45mg and Phenobarbital 240mg in Controls and Insomniacs.  Sleep Research 7:  104, 1978.

60. Lysaght R, Roth T, Kramer M, Salis P:  Variations in Subjective State and Body Temperature across the day.  Sleep Research 7:  308, 1978.

61. Kramer M, Mealey L, Roth T:  The Relationship of Dream Content to Evening-To-Morning Mood Change.  Sleep Research 7:  178, 1978.

62. Roth T, Kramer M, Tallerigo R, Salis P:  Personality Differences Between Insomniacs and Non-Insomniacs in a Psychiatric Outpatient Counseling Clientele.  Sleep Research 7:  203, 1978.

63. Zorick F, Roth T, Salis P, Kramer M, Lutz T:  Insomnia and Excessive Daytime Sleepiness as Presenting Symptoms in Nocturnal Myoclonus.  Sleep Research 7:  256, 1978.

64. Salis P, Roth T, Kramer M, Zorick F, Piccione P:  Enlarged Tonsils in an Adult With Sleep-Apnea Syndrome:  A Case Report.  Sleep Research 7:  245, 1978.

65. Zorick F, Roth T, Kramer M, Grissom T, Saab P:  Automatic Behavior and Narcolepsy:  A Case Report.  Sleep Research 7:  255, 1978.

66. Kaffeman M, Piccione P, Salis P, Kramer M, Roth T:  A Comparison of Three Hypnotics on Sleep and Performance.  Sleep Research 8:  100, 1979.

67. Saab P, Hartse KM, Piccione P, Kramer M, Roth T:  The Effects of Flurazepam, Lorazepam, and Triazolam on Memory.  Sleep Research 8:  105, 1979.

68. Tietz E, Piccione P, Zorick F, Salis P, Roth T, Kramer M:  The Acute Effects of Quazepam on Sleep. Sleep Research 8:  111, 1979.

69. Lysaght R, Kramer M, Roth T:  Dream Adaptation.  Sleep Research 8:  155, 1979.

70. Kramer M, Roth T:  Some Psychological and Physiologic Aspects of Insomnia.  Sleep Research 8:  165, 1979.

71. Lineback W, Zorick F, Salis P, Kaffeman M, Roth T:  Psychopathology in Geriatrics and Non-Geriatrics.  Sleep Research 8:  167, 1979.

72. Lysaght R, Kramer M, Roth T:  Mood Differences Before and After Sleep:  A Test of its Generalizability.  Sleep Research 8:  168, 1979.

73. Conway W, Victor L, Magilligan D, Fujita S, Zorick F, Roth T:  Long-Term Experience with Tracheostomy For Sleep Apnea.  Sleep Research 8:  176, 1979.

74. Conway W, Zorick F, Hartse KM, Piccione P, Roth T:  Protriptyline in the Treatment of Sleep Apnea.  Sleep Research 8:  177, 1979.

75. Hartse KM, Zorick F, Sicklesteel J, Piccione P, Roth T:  Nap Recordings in the Diagnosis of Daytime Somnolence.  Sleep Research 8:  190, 1979.

76. Karacan I, Orr WC, Kramer M, Shurley JT, Thornby JI, Bingham SF, Kay DC, Roth T:  Characteristics of Insomniac Applicants in a Cooperative Study.  Sleep Research 8:  197, 1979.

77. Piccione P, Zorick F, Hartse KM, Kaffeman M, Roth T:  Use of ASDC Nosology With 100 Patients.  Sleep Research 8:  209, 1979.

78. Zorick F, Piccione P, Hartse KM, Zammit G, Roth T:  Disturbed Nocturnal Sleep in Narcolepsy.  Sleep Research 8:  223, 1979.

79. Hartse KM, Roth T, Zorick FJ, Zammit G:  The Effect of Instruction Upon Sleep Latency During Multiple Daytime Naps of Normal Subjects.  Sleep Research 9:  123, 1980.

80. Piccione PM, Zorick FJ, Roth T, Stepanski E:  Sleep and Personality in Subjective Insomniacs.  Sleep Research 9:  176, 1980.

81. Stepanski EJ, Hartse KM, Roth T, Zorick FJ, Piccione PM:  MMPI Evaluations in Different Insomniac Populations.  Sleep Research 9:  182, 1980.

82. Fujita S, Zorick F, Conway W, Roth T, Hartse KM, Piccione PM:  Uvulo-Palato-Pharyngoplasty:  A New Surgical Treatment for Upper Airway Sleep Apnea.  Sleep Research 9:  197, 1980.

83. Hartse KM, Roth T, Zorick FJ, Moyles TP:  REM Sleep Episodes During Multiple Daytime Naps of Narcoleptic Subjects.  Sleep Research 9:  203, 1980.

84. Hartse KM, Zorick FJ, Roth T, Kaffeman ME, Moyles TP:  Daytime Sleep Tendency in Normal, Insomniac and Somnolent Populations.  Sleep Research 204, 1980.

85. Hartse KM, Zorick FJ, Roth T, Sicklesteel JM:  Isolated Cataplexy:  A Familial Study.  Sleep Research 9:  205, 1980.

86. Roth T, Fujita S, Hartse KM, Zorick FJ, Piccione PM:  Upper Airway Sleep Apnea in Three Male Siblings.  Sleep Research 9:  219, 1980.

87. Tietz EI, Zorick FJ, Roth T, Kaffeman ME:  Objective and Subjective Sleep Parameters in Documented and Undocumented Insomniacs.  Sleep Research 9:  227, 1980.

88. Zorick F, Hartse K, Roth T, Stepanski E:  Polysomnographic Characteristics of Diagnosed Insomniacs.  Sleep Research 9:  234, 1980.

89. Karacan I, Bonnet MH, Orr WC, Ware JC, Kramer M, Bingham SF, Thornby JI, Salis PJ, Roth T:  VA Cooperative Study on Drugs Sleep:  Reliability of Baseline Sleep Parameters in Insomniacs.  Sleep Research 9:  292, 1980.

90. Kaffeman M, McLenaghan A, Koshorek GL, Koshorek GJ, Roth T:  The Efficacy of Estazolam.  Sleep Research 10: 87, 1981.

91. Stepanski E, Kaffeman M, Zorick F, Sicklesteel J, Roth T:  The Effects of Chronic Administration of Triazolam 0.5mg on Insomniacs Sleep.  Sleep Research 10:  101, 1981.

92. Tietz E, Zorick F, Sicklesteel J, Kaffeman M, Roth T:  The Acute Efficacy of 15mg of Flurazepam in Insomniacs.  Sleep Research 10:  102, 1981.

93. Saab P, Stepanski E, Roth T, Zorick F, Kaffeman M, Roehrs T:  Readaptation to the Laboratory in Long-Term Sleep Studies.  Sleep Research 10:  142, 1981.

94. Fujita S, Zorick F, Koshorek GJ, Wittig R, Conway W, Roth T:  Treatment of Upper Airway Sleep Apnea With Uvulo-Palato-Pharyngoplasty (UPP): Recent Experience.  Sleep Research 10:  197, 1981.

95. Sicklesteel J, Zorick F, Wittig R, Conway W, Roth T:  Daytime Somnolence and Insufficient Sleep:  A Case Series.  Sleep Research 10:  233, 1981.

96. Wittig R, Zorick F, Roth T, Piccione P, Sicklesteel J:  Narcolepsy and Disturbed Nocturnal Sleep.  Sleep Research 10:  243, 1981.

97. Tietz EI, Berman R, Roth T:  3H Diazepam Binding Following Sleep Deprivation in Rats.  Sleep Research 11:  49, 1982.

98. Koshorek GL, Roth T, Zorick F, Wittig R, Roehrs T:  The Acute Efficacy of Brotizolam.  Sleep Research 11:  61, 1982.

99. Koshorek GL, Roth T, Zorick F, Wittig R, Roehrs T:  Dose Effects of Estazolam on Sleep. Sleep Research 11:  60, 1982.

100. Roehrs T, Zorick F, Wittig R, McLenaghan A, Roth T:  Antidepressant and Hypnotic Effects of Doxepin.  Sleep Research 11: 70, 1982.

101. Roth T, Roehrs T, Zorick F, Sicklesteel J, Wittig R, Hartse K:  Benzodiazepines and Memory.  Sleep Research 11:  72, 1982.

102. Barone N, Sicklesteel J, Zorick F, Roehrs T, Roth T:  Persistent Insomnia Complaint and the MMPI.  Sleep Research 11:  137, 1982.

103. Sicklesteel J, Zorick F, Conway W, Roth T, Wittig R:  Obesity, Sleep & Respiration. Sleep Research 11:  173, 1982.

104. Silvestri R, Guilleminault C, Coleman R, Roth T, Dement WC:  Nocturnal Sleep Versus Daytime Nap Findings in Patients With Breathing Abnormalities During Sleep.  Sleep Research 11:  174, 1982.

105. Wittig R, Zorick F, Conway W, Fujita S, Roth T:  Upper Airway Anatomic Abnormalities Associated With Sleep Apnea Syndrome.  Sleep Research 11:  183, 1982.

106. Zorick F, Conway W, Sicklesteel J, Wittig R, Roth T:  Protriptyline in the Treatment of Upper Airway Sleep Apnea Syndrome: A Controlled Trial. Sleep Research 11:  184, 1982.

107. Zorick F, Koshorek GJ, Conway W, Sicklesteel J, Roehrs T, Wittig R, Roth T:  The Consistency of Apneas During Sleep.  Sleep Research 11:  185, 1982.

108. Moyles TL, Czekaj J, Sicklesteel J, Zorick F, Roth T:  An Oxygen Saturation Data Collection and Analysis System.  Sleep Research 11:  206, 1982.

109. Wittig R, Roehrs T, Roth T, Zorick F, Perks S, McLenaghan A:  Consistency of NPT Evaluations. Sleep Research 11:  209, 1982.

110. Karacan I, Dement WC, Roth T, Seidel W, Zorick F, Thornby J, Koshorek G, Moore C, Bowers P: The Long Term Efficacy of Brotizolam.  Sleep Research 12:  103, 1983.

111. Lamphere J, Paxton C, Roehrs T, Zorick F, Wittig R, Roth T:  Effects of Temazepam on Sleep Latency and Continuity.  Sleep Research 12:  108, 1983.

112. Roehrs T, McLenaghan A, Koshorek GL, Zorick F, Roth T:  Effects of Lormetazepam, Temazepam and Flurazepam on Anterograde Amnesia.  Sleep Research 12:  123, 1983.

113. Stepanski E, Badia P, Lamphere J, Roth T:  Sleep Fragmentation and Daytime Sleepiness.  Sleep Research 12:  165, 1983.

114. Ton D, Sicklesteel J, Koshorek GJ, Zorick F, Wittig R, Roth T:  Different Sleep-Wake Complaints in the Absence of Positive Findings.  Sleep Research 12:  216, 1983.

115. Balkin T, Zorick F, Sicklesteel J, Wittig R, Roehrs T, Roth T:  REM Parameters in Narcoleptic Patients.  Sleep Research 12:  222, 1983.

116. Fujita S, Conway W, Zorick F, Sicklesteel J, Roehrs T, Wittig R, Roth T:  Evaluation of the Effectiveness of Uvulopalatopharyngoplasty.  Sleep Research 12:  248, 1983.

117. Kribbs N, Zorick F, Sicklesteel J, Wittig R, Roehrs T, Roth T:  Patterns of Wakefulness in Patients Complaining of Insomnia.  Sleep Research 12:  256, 1983.

118. Roehrs T, Zorick F, Sicklesteel J, Wittig R, Roth T:  Age-Related Sleep-Wake Disorders at a Sleep Disorders Center.  Sleep Research 12:  278, 1983.

119. Rosenthal L, Roehrs T, Sicklesteel J, Zorick F, Wittig R, Roth T:  Periodic Leg Movements, Sleep Fragmentation and Sleep-Wake Complaints.  Sleep Research 12:  279, 1983.

120. Wittig R, Wolford G, Conway W, Zorick F, Sicklesteel J, Roehrs T, Roth T:  Mandibular Advancement as a Treatment of Sleep Apnea Syndrome.  Sleep Research 12:  296, 1983.

121. Wittig R, Zorick F, Roehrs T, Sicklesteel J, Roth T:  Chronically Insufficient Sleep Complicated by an Irregular Sleep-Wake Schedule:  A Case Report.  Sleep Research 12:  297, 1983.

122. Fortier J, Kribbs N, Thomas L, Koshorek G, Lamphere J, Roehrs T, Roth T:  Efficacy of Chronic (6 weeks) Estazolam in Patients With Insomnia.  Sleep Research 13:  47, 1984.

123. Karacan I, Dement WC Roth T, Seidel W, Zorick F, Thornby J, Koshorek G, Moore C, Bowers P: Investigation of Early Morning and Rebound Insomnia Following Long-Term Use of Brotizolam. Sleep Research 13:  48, 1984.

124. Paxton C, Vogel G, Vogel F, Roehrs T, Lamphere J, Roth T:  Dose Effects of Temazepam on Sleep. Sleep Research 13:  59, 1984.

125. Roehrs T, Koshorek G, Zorick F, Hauri P, Sateia M, Kipp J, Roth T:  Middle-of-the-Night Administration of Midazolam and Temazepam.  Sleep Research 13:  62, 1984.

126.    Seidel WF, Roth T, Roehrs T, Zorick F, Dement WC:  Treatment of Simulated Jet-Lag with Benzodiazepines.  Sleep Research 13:  67, 1984.

127.    Roehrs T, Zorick F, McLenaghan A, Sicklesteel J, Lamphere J, Wittig R, Roth T:  Sleep and MSLT Norms for Middle Age Adults.  Sleep Research 13:  87, 1984.

128.    Nicholson A, Spencer MB, Stone B, Roehrs T, Roth T:  Sustained Performance With Short Evening and Morning Sleeps.  Sleep Research 13:  95, 1984.

129.    Roehrs T, Zorick F, Paxton C, Wittig R, Sicklesteel J, Roth T:  The Refreshing Quality of Naps in Patients With Excessive Daytime Sleepiness.  Sleep Research 13:  160, 1984.

130.    Wittig R, Fujita S, Conway W, Sicklesteel J, Roth T:  Epiglottidectomy as Treatment of Refractory Sleep Apnea Syndrome:  Report of Two Cases.  Sleep Research 13:  174, 1984.

131.    Wittig R, Roth T, Zorick F, Roehrs T:  Sleep Related Ventricular Arrhythmia:  A Case Report.  Sleep Research 13:  175, 1984.

132.    Zorick F, Fujita S, Conway W, Sicklesteel J, Roehrs T, Roth T:  Uvulopalatopharyngoplasty:  One Year Followup.  Sleep Research 13:  176, 1984.

133.    Stepanski E, Salava W, Lamphere J, Roehrs T, Zorick F, Badia P, Roth T:  Experimental Sleep Fragmentation and Sleepiness in Normal Subjects:  A Preliminary Report.  Sleep Research 13:  193, 1984.

134.    Lamphere J, Vogel G, Vogel F, Roehrs T, Zorick F, Roth T:  Eligibility Requirements in Hypnotic Trials.  Sleep Research 13:  209, 1984.

135.    Kribbs N, Sicklesteel J, Roehrs T, Zorick F, Wittig R, Roth T:  Performance and MSLT Measures of Hypnotic Residual Effects.  Sleep Research 14:  38, 1985.

136.    Roehrs T, Koshorek G, Lamphere J, Paxton C, Zorick F, Roth T:  Dose Effects of Zopiclone on Sleep. Sleep Research 14:  53, 1985.

137.    Roehrs T, Zorick F, Wittig R, Sicklesteel J, Fortier J, Roth T:  Dose Determinants of Rebound Insomnia.  Sleep Research 14:  54, 1985.

138.    Sicklesteel J, Koshorek G, Paxton C, Zorick F, Lamphere J, Roehrs T, Roth T:  Efficacy of Reduced Triazolam Dosage in Elderly Insomniacs.  Sleep Research 14:  58, 1985.

139.    Hernandez-Field A, Fortier J, Zorick F, Wittig R, Roehrs T, Roth T:  Relation of Age and Abnormal NPT in Patients Complaining of Impotence.  Sleep Research 14:  74, 1985.

140.    Lumley M, Roehrs T, Zorick F, Lamphere J, Wittig R, Roth T:  Alerting Effects of Naps in Normal Sleep Deprived Subjects.  Sleep Research 14:  99, 1985.

141.    Stepanski E, Lamphere J, Roehrs T, Zorick F, Salava W, Roth T:  The Effect of Experimental Sleep Fragmentation on Daytime Sleepiness in Normal Subjects.  Sleep Research 14:  105, 1985.

142.    Roehrs T, Zorick F, Paxton C, Wittig R, Sicklesteel J, Roth T:  The Refreshing Quality of Naps in Patients With Excessive Daytime Sleepiness.  II.  Sleep Research 14:  202, 1985.

143.    Wittig R, Zorick F, Lamphere J, Roehrs T, Roth T:  Sleep Related Ventricular Ectopy.  Sleep Research 14:  249, 1985.

144.    Seidel WF, Roth T, Cohen SA, Dement WC:  Phase-Shift of REM Distribution with Triazolam.  Sleep Research 14:  311, 1985.

145.    Nicholson AN, Pascoe PA, Spencer MB, Stone BM, Roehrs T, Roth T:  Adaptation to a New Time Zone After An Inter-Continental Flight:  Use Of A Rapidly Eliminated Hypnotic (Brotizolam).  Sleep Research 14:  50, 1985.

146.    Nicholson A, Pascoe P, Spencer M, Stone B, Roehrs T, Roth T:  Sleep After A Transmeridian Flight: Use of a Rapidly Eliminated Hypnotic (Brotizolam).  Proceedings of the British Pharmacological Society: 95, April 1985.

147.    Lamphere J, Roehrs T, Vogel G, Koshorek G, Fortier J, Roth T:  Efficacy of Chronic Midazolam Administration In Insomnia Patients.  Sleep Research 15:  34, 1986.

148.    Roehrs T, Lumley M, Asker D, Zorick F, Roth T:  Ethanol and Caffeine Effects on Daytime Sleepiness.  Sleep Research 15:  41, 1986.

149.    Roth T, Roehrs T, Koshorek G, Sicklesteel J, Zorick F:  Central Effects of Antihistamines.  Sleep Research 15:  43, 1986.

150.    Lumley M, Roehrs T, Levine B, Zorick F, Roth T:  Nocturnal Sleep in Normals After Sleep Restriction or Extension.  Sleep Research 15:  74, 1986.

151.    Roehrs T, Levine B, Stepanski E, Clark R, Wittig R, Roth T:  The Recuperative Value of Fragmented and Non-Fragmented Naps.  Sleep Research 15:  75, 1986.

152.    Zammit G, Rosenbaum A, Stokes P, Davis J, Zorick F, Roth T:  The DST and Sleep EEG in Two Types of Depressed Patients:  Placebo Responders and Persistent Depressives.  Sleep Research 15:  98, 1986.

153.    Stepanski E, Zorick F, Sicklesteel J, Young D, Roth T:  Daytime Alertness-Sleepiness in Patients With Chronic Insomnia.  Sleep Research 15:  174, 1986.

154.    Wittig R, Zorick F, Conway W, Ward J, Roth T:  Normalization of the MSLT After Six Weeks of CPAP for Sleep Apnea Syndrome.  Sleep Research 15:  185, 1986.

155.    Young D, Zorick F, Lamphere J, Roehrs T, Wittig R, Roth T:  Fragmented Sleep, Daytime Somnolence and Age in Narcolepsy.  Sleep Research 15:  186, 1986.

156.    Levine B, Moyles T, Roehrs T, Fortier J, Roth T:  Actigraphic Monitoring and Polygraphic Recording in Determination of Sleep and Wake.  Sleep Research 15:  247, 1986.

157.    Kripke DF, Hauri P, Roth T:  Sleep Evaluation in Chronic Insomniacs During Short- and Long-Term Use of Two Benzodiazepines, Flurazepam and Midazolam.  Sleep Research 16:  99, 1987.

158.    Roth T, Linnoila M, Judd LL:  Characteristics of Chronic Insomniacs Examined in a Multicenter Study of Two Benzodiazepines, Flurazepam and Midazolam.  Sleep Research 16:  122, 1987.

159.    Roth T, Vogel G, Sterling W:  Effects of Temazepam on Transient Insomnia.  Sleep Research 16:  123, 1987.

160.    Zwyghuizen-Doorenbos A, Roehrs T, Lamphere J, Wittig R, Roth T:  Increased Daytime Sleepiness Exacerbates Ethanol's Sedative Effects.  Sleep Research 16:  160, 1987.

161.    Zwyghuizen-Doorenbos A, Roehrs T, Smith D, Tietz E, Roth T:  Caffeine's Reversal of Triazolam-Induced Impairment of Waking Function.  Sleep Research 16:  161, 1987.

162.    Levine B, Roehrs T, Lamphere J, Zorick F, Stepanski E, Roth T:  Daytime Sleepiness in Young Adults.  Sleep Research 16:  207, 1987.

163.    Addison RG, Thorpy MJ, Roth T:  A Survey of the United States Public Concerning the Quality of Sleep.  Sleep Research 16:  244, 1987.

164.    Merlotti L, Roehrs T, Young D, Zorick F, Fortier J, Roth T:  Symptom Patterns of Narcolepsy Patients: A Questionnaire Study.  Sleep Research 16:  391, 1987.

165.    Merlotti L, Young D, Roehrs T, Fortier J, Zwyghuizen-Doorenbos A, Roth T:  Sleepiness Related Daytime Behaviors in Narcoleptics As A Function of Age.  Sleep Research 16:  392, 1987.

166.    Stepanski E, Koshorek G, Zorick F, Roehrs T, Roth T:  Sleep and Personality Characteristics of Patients and Subjects With Chronic Complaints of Insomnia.  Sleep Research 16:  439, 1987.

167.    Stepanski E, Markey J, Young D, Zorick F, Sicklesteel J, Roth T:  MMPI Profiles of Patient Populations With Excessive Daytime Sleepiness.  Sleep Research 16:  440, 1987.

168.    Wittig RM, Conway WA, Zorick F, Sicklesteel J, Roehrs T, Roth T:  CPAP: Reduction in Daytime Sleepiness After One Night's Use.  Sleep Research 16:  459, 1987.

169.    Young D, Zorick F, Wittig R, Roehrs T, Stepanski E, Roth T:  Narcolepsy in a Pediatric Population.  Sleep Research 16:  461, 1987.

170.    Zorick F, Henry K, Russo L, Stepanski E, Roehrs T, Conway WA, Roth T:  Correlates of Daytime Sleepiness in Apnea Patients.  Sleep Research 16:  462, 1987.

171.    Wittig RM, Keenum AJ, Sarnaik S, Roth T:  Snoring, Daytime Sleepiness and Sickle Cell Anemia.  Sleep Research 16:  514, 1987.

172.    Karacan I, Kay DC, Roth T, Orr WC, Kramer M, Williams RL, Salis PJ, Thornby JI, Howell JW, Hirshkowitz M:  Subjective and Objective Rebound Insomnia Resulting From The Use of Flurazepam.  Sleep Research 17:  45, 1988.

173.    Koshorek G, Roehrs T, Sicklesteel J, Merlotti L, Russo L, and Roth T:  Dose Effects of Zolpidem on Transient Insomnia.  Sleep Research 17:  47, 1988.

174.    Lipschutz L, Roehrs T, Spielman A, Zwyghuizen H, Lamphere J, Roth T:  Caffeine's Alerting Effects in Sleepy Normals.  Sleep Research 17:  49, 1988.

175.    Merlotti L, Roehrs T, Koshorek G, Zorick F, Lamphere J, Roth T:  The Dose Effects of Zolpidem on the Sleep of Healthy Normals.  Sleep Research 17:  51, 1988.

176.    Merlotti L, Roehrs T, Zorick F, Stepanski E, Russo L, Roth T:  Rebound Insomnia, Duration of Administration, and Individual Differences.  Sleep Research 17:  52, 1988.

177.    Nicholson AN, Pascoe PA, Roehrs T, Roth T:  Sleep After Transmeridian Flights:  Use Of A Rapidly Eliminated Hypnotic (Brotizolam).  Sleep Research 17:  54, 1988.

178.  Zwyghuizen-Doorenbos A, Roehrs T, Timms V, Lamphere J, Russo L, Roth T:  Level of Sleepiness and Ethanol's Sedating Effects.  Sleep Research 17:  68, 1988.

179.  Roehrs T, Timms V, Zwyghuizen-Doorenbos A, Fortier J, Stepanski E, and Roth T:  Polysomnographic, Performance, and Personality Differences of Sleepy and Alert Subjects.  Sleep Research 17:  87, 1988.

180.  Timms V, Roehrs T, Zwyghuizen-Doorenbos A, Fortier J, Roth T:  Sleep Extension in Sleepy and Alert Individuals.  Sleep Research 17:  92, 1988.

181.  Stepanski E, Glinn M, Zorick F, Markey J, Koshorek G, Roth T:  The Relation Between Sleep on the First Night in the Laboratory and Personality.  Sleep Research 17:  132, 1988.

182.  Zammit G, Pollak C, Rosenbaum A, Roth T:  Early REM Onset and Accumulation in Major Depression:  A Test of the Phase-Advance Hypothesis.  Sleep Research 17:  134, 1988.

183.  Rosenthal L, Moyles T, Zorick F, Conway W, Sicklesteel J, Roth T:  Hypoxemia and Sleep Fragmentation Is Sleep Apnea.  Sleep Research 17:  241, 1988.

184.  Wittig R, Fujita S, Fortier J, Zorick F, Potts G, Roth T:  Results of Uvulopalatopharyngoplasty (UPPP) in Patients With Both Oropharyngeal and Hypopharyngeal Collapse on Mueller Maneuver.  Sleep Research 17:  269, 1988.

185.  Zorick F, Merlotti L, Conway W, Fujita S, Rosenthal L, Roth T:  Patient Response to Various Treatments for Sleep Apnea.  Sleep Research 17:  270, 1988.

186.  Wittig R, Keenum A, Sarnaik S, Roth T:  Obstructive Sleep Apnea And Sickle Cell Anemia:  An Update.  Sleep Research 17:  309, 1988.

187.  Roehrs T, Zwyghuizen-Doorenbos A, Schaefer M, Sicklesteel J, Wittig R, Roth T:  Test-Retest Reliability Of The MSLT.  Sleep Research 17:  348, 1988.

188.  Nicholson AN, Pascoe PA, Roehrs T, Roth T, Spencer MB:  Sleep After Transmeridian Flights.  Sleep Research 17:  390, 1988.

189.  Roehrs T, Zwyghuizen A, Roth T:  Increased Daytime Sleepiness Enhances Ethanol's Sedative Effects.  Alcohol Clin Exp Res 12(2):  326, 1988.

190.  Browman CP, Winslow DH, Starz KE, Roehrs TA, Harris AE, Rosenthal LD, Roth T:  Effects of Triazolam, a New Formulation of Triazolam, and Placebo on the Sleep of Patients With Chronic Insomnia.  Sleep Research 18:  48, 1989.

191.  Karacan I, Roth T, Orr WC, Kramer M, Thornby J, Hirshkowitz M:  Blood Levels of Flurazepam and Phenobarbital.  Sleep Research 18:  57, 1989.

192.  Koshorek GL, Roehrs TA, Lamphere JK, Harris AE, Nahirniak SR, Roth T:  Sedative Effects of the Antihistamine Rocastine.  Sleep Research 18:  58, 1989.

193.  Roehrs TA, Merlotti L, Rosenthal LD, Zorick FJ, Fortier J, Roth T:  Benzodiazepine Self Administration in Insomnia.  Sleep Research 18:  70, 1989.

194.  Roehrs TA, Zwyghuizen-Doorenbos A, Zwyghuizen H, Timms V, Fortier J, Roth T:  Sedating Effects of Ethanol and Time of Drinking.  Sleep Research 18:  71, 1989.

195.   Vogel G, Scharf M, Walsh J, Roth T:  Effects of Chronically Administered Zolpidem on the Sleep of Healthy Insomniacs.  Sleep Research 18:  80, 1989.

196.   Zwyghuizen-Doorenbos A, Roehrs TA, Russo L, Buzenski R, Wittig RM, Lamphere J, Roth T:  Continued Sedation and Decline in Drug Concentrations.  Sleep Research 18:  84, 1989.

197.   Plath D, Roehrs TA, Zwyghuizen-Doorenbos A, Sicklesteel J, Wittig RM, Roth T:  The Alerting Effects of Caffeine After Sleep Restriction.  Sleep Research 18:  124, 1989.

198.   Zwyghuizen H, Roehrs TA, Zwyghuizen-Doorenbos A, Zorick FJ, Koshorek GL, Roth T:  Sedating Effects of Ethanol After A Nap.  Sleep Research 18:  131, 1989.

199.   Merlotti L, Roehrs TA, Clark R, Hilts T, Lamphere J, Roth T:  Adaptation to Experimental Sleep Fragmentation.  Sleep Research 18:  155, 1989.

200.   Merlotti L, Roehrs TA, Stepanski EJ, Zorick FJ, Sicklesteel J, Roth T:  Consistency of Insomnia With No Objective Findings.  Sleep Research 18:  261, 1989.

201.   Rosenthal LD, Zorick FJ, Merlotti L, Wittig RM, Roehrs TA, Roth T:  Signs And Symptoms Associated With Cataplexy In Narcolepsy Patients.  Sleep Research 18:  298, 1989.

202.   Stepanski EJ, Glinn M, Fortier J, Sicklesteel J, Zorick FJ, Roth T:  Physiological Reactivity In Chronic Insomnia.  Sleep Research 18:  306, 1989.

203.   Stepanski EJ, Glinn M, Zorick FJ, Lamphere JK, Roth T:  Predisposition To and Reliability Of The First Night Effect.  Sleep Research 18:  307, 1989.

204.   Zorick FJ, Potts GE, Wittig RM, Roehrs TA, Rosenthal LD, Roth T:  A Comparative Trial of CPAP and UPPP in Alleviating Daytime Sleepiness In Sleep Apnea Patients.  Sleep Research 18:  325, 1989.

205.   Moyles T, Erlandson R, Roth T:  A Statistical Technique for Automatic Apnea Detection.  Sleep Research 18: 396, 1989.

206.   Roehrs TA, Wittig RM, Zorick FJ, Conway WA, Roth T:  Recovery of Alertness After CPAP in Apnea.  Am Rev Respir Dis 139 (4Pt2):  A115, 1989.

207.   Roehrs TA, Potts GE, Zorick FJ, Conway WA, Roth T:  Response to CPAP and UPPP in Apnea.  Am Rev Respir Dis 139 (4Pt2):  A115, 1989.

208.   Merlotti L, Roehrs TA, Hilts T, Stepanski EJ, Roth T:  Reversal of the Effects of Experimental Sleep Fragmentation with Triazolam.  Sleep Research 19:  78, 1990.

209.   Merlotti L, Roehrs TA, Zorick FJ, Lamphere J, Roth T:  Self-Administration of Hypnotics in Different Insomnia Populations and Conditions.  Sleep Research 19:  79, 1990.

210.   Roehrs TA, Koshorek G, Merlotti L, Zorick FJ, Wittig RM, Roth T:  Dose Related Effects on Rebound Insomnia.  Sleep Research 19:  84, 1990.

211.   Schweitzer PK, Koshorek G, Muehlbach MJ, Morris DD, Groves L, Roehrs T, Walsh JK, Roth T:  The Effects of Estazolam 2mg and Triazolam .25mg on Sleep, Performance and Alertness After 180 Degree Sleep/Wake Schedule Reversal.  Sleep Research 19:  91, 1990.

212.   Yoon JS, Roehrs TA, Fortier J, Sicklesteel J, Roth T:  Basal Level of Sleepiness and Nocturnal Effects on Ethanol.  Sleep Research 19:  99, 1990.

213. Roehrs TA, Vogel G, Claiborue D, Lamphere J, Bohannon M, Roth T: Sleepy Versus Alert Subjects in a Phase Advance. Sleep Research 19: 123, 1990.

214. Rosenthal LD, Roehrs TA, Hayashi H, Jasti R, Wittig RM, Zorick FJ, Roth T: HLA Typing in Narcolepsy Without Cataplexy. Sleep Research 19: 275, 1990.

215. Stepanski E, Zorick F, Peters M, Roth T: Effects of Sleep Deprivation on Alertness in Chronic Insomnia. Sleep Research 19: 297, 1990.

216. Zorick FJ, Roehrs TA, Rosenthal LD, Potts G, Conway WA, Wittig RM, Roth T: Natural Course of Sleep Apnea: A Preliminary Report. Sleep Research 19: 312, 1990.

217. Rosenthal LD, Roehrs TA, Merlotti L, Lamphere J, Roth T: Enforced 24-Hour Recovery Sleep Following Sleep Deprivation. Sleep Research 19: 355, 1990.

218. Carlson ML, Addison RG, Roth T, Thorpy MJ, Wagner R: Subjective Reports of Sleep Parameters and Actigraph Data Compared With Ratings of the Characteristics of Two Different Mattresses: A Pilot Study. Sleep Research 19: 363, 1990.

219. Chen D, Chernik DA, Ellinwood E, Hauri P, Johnson LC, Judd LL, Kripke DF, Linnoila M, Moskowitz H, Roth T, Roehrs T, Sateia MJ: A Multicenter Study of Sleep, Performance, and Plasma Levels in Chronic Insomniacs During 14-Day Use of Flurazepam and Midazolam: Executive Summary. J of Clin Psychopharm 10(4): 3S, 1990.

220. Knox M, Roehrs TA, Claiborue D, Stepanski EJ, Roth T: Duration of Residual Sedation After Ethanol. Sleep Research 20: 66, 1991.

221. Merlotti L, Roehrs TA, Halpin D, Zorick FJ, Roth T: Effects of Azelastine on Daytime Function. Sleep Research 20: 70, 1991.

222. Merlotti L, Roehrs TA, Wittig RM, Fortier J, Roth T: Subjective Effects and Benzodiazepine Hypnotic Self Administration. Sleep Research 20: 71, 1991.

223. Norman S, Livesey D, Knox M, Roehrs TA, Roth T: Conditioned Drug Effects and Daytime Sleepiness/Alertness. Sleep Research 20: 73, 1991.

224. Roehrs TA, Claiborue D, Knox M, Fortier J, Roth T: Napping and the Reversal of Drug-Induced Sedation. Sleep Research 20: 77, 1991.

225. Roehrs TA, Merlotti L, Beare D, Rosenthal LD, Stepanski EJ, Roth T: Benzodiazepine Hypnotic Self Administration and Dose Escalation. Sleep Research 20: 78, 1991.

226. Roehrs TA, Merlotti L, Zorick FJ, Sicklesteel J, Salin-Pascual RJ, Roth T: Rebound Insomnia After Abrupt or Tapered Discontinuation. Sleep Research 20: 79, 1991.

227. Salin-Pascual RJ, Granados-Fuentes D, Galicia-Polo L, Nieves E, Roehrs TA, Roth T: Biperiden Administration During REM Sleep Deprivation Diminished Frequency of REM Sleep Attempts. Sleep Research: 20: 82, 1991.

228. Addison RG, Thorpy MJ, Roehrs TA, Roth T: Sleep/Wake Complaints in the General Population. Sleep Research 20: 112, 1991.

229.	Rosenthal LD, Rosen A, Wittig RM, Zorick FJ, Roehrs TA, Roth T:  A Sleep-Wake Activity Inventory to Measure Daytime Sleepiness.  Sleep Research 20:  130, 1991.

230.	Stepanski EJ, Davis T, Sicklesteel J, Zorick FJ, Roth T:  Arousal Threshold in Chronic Insomnia.  Sleep Research 20:  339, 1991.

231.	Zorick FJ, Wittig RM, Rosenthal LD, Potts GE, Roehrs TA, Roth T:  Natural Course of Sleep Apnea: A 2 Year Follow-Up Study.  Sleep Research 20:  354, 1991.

232.	Rosenthal LD, Merlotti L, Rosen A, Jasti RB, Roehrs TA, Roth T:  Total Sleep Time and Level of Sleepiness Following Partial and Total Sleep Deprivation.  Sleep Research 20:  418, 1991.

233.	Merlotti L, Halpin D, Maglio R, Roehrs TA, Rosenthal LD, Roth T:  The Effect of Theophylline on Daytime Sleepiness/ Alertness.  Sleep Research 20A:  158, 1991.

234.	Roehrs TA, Roth T:  Circadian Rhythm of Sleepiness/ Alertness and Drug Effects.  Sleep Research 20A:  171, 1991.

235.	Rosenthal L, Kozler C, Roehrs TA, Roth T:  Nap Behaviors and Subjective Daytime Sleepiness Among College Students.  Sleep Research 20A:  241, 1991.

236.	Rosenthal L, Roehrs TA, Zorick FJ, Roth T, Orenstein HB:  The Frequency of Various Sleep Disorders in Different Age Groups.  Sleep Research 20A:  383, 1991.

237.	Merlotti L, Halpin D, Maglio R, Roehrs TA, Rosenthal LD, Wittig R, Roth T:  Dose Effects of Theophylline on Nocturnal Sleep and Daytime Alertness.  Sleep Research 21:  63, 1992.

238.	Merlotti L, Roehrs TA, Sicklesteel J, Kaffeman M, Ochs-Campbell R, Wittig RM, Roth T:  Sedative, Memory and Performance Effects of Hypnotics.  Sleep Research 21:  64, 1992.

239.	Roehrs TA, Roth T, Scharf M, Vogel G, Walsh J, Ware J, Kaffeman M, Ochs-Campbell R.  Rebound Insomnia Potential of Zolpidem 10mg as Evaluated by Three Different Methods.  Sleep Research 21: 69, 1992.

240.	Roth T, Wittek TJ Jr, Merlotti L, Roehrs TA, Fortier J, Riker DK.  Dose Related Effect of Diphenhydramine on Daytime Sleepiness.  Sleep Research 21:  71, 1992.

241.	Beare DJ, Roehrs TA, Battle D, Waller P, Zorick FJ, Roth T:  Sleepiness and Ethanol Effects on Simulated Driving Performance.  Sleep Research 21:  99, 1992.

242.	Marion J, Roehrs TA, Pedrosi B, Stepanski EJ, Zorick FJ, Roth T.  Neuropsychological Test Performance in Obstructive Sleep Apnea, Chronic Insufficient Sleep and Chronic Obstructive Pulmonary Disease.  Sleep Research 21:  106, 1992.

243.	Rosenthal LD, Krstevska S, Roehrs TA, Kontich D, Fortier J, Roth T:  Nocturnal Sleep Latencies and TST in Sleepy, Sleep Deprived Alert and Alert Subjects.  Sleep Research 21:  110, 1992.

244.	Rosenthal LD, Roehrs TA, Krstevska S, Rosen A, Sicklesteel J, Roth T:  Auditory Awakening Thresholds in Sleepy, Alert, and Sleep Deprived Subjects.  Sleep Research 21:  111, 1992.

245.	Buysse D, Reynolds C, Kupfer D, Hauri P, Stepanski E, Roth T, Manfredi R, Bixler E, Kales A, Thorpy M:  Inter-Rater Agreement in Insomnia Diagnoses:  Preliminary Results From the DSM-IV Field Trial.  Sleep Research 21:  184, 1992.

246.    Rosenthal LD, Krstevska S, Murlidmar A, Wittig RM, Zorick FJ, Roth T:  Reliability of Sleep Onset REM Periods in Narcolepsy.  Sleep Research 21:  254, 1992.

247.    Stepanski EJ, Livesey D, Zorick FJ, Davis T, Roth T:  Partial and Total Sleep Deprivation in Insomnia:  Preliminary Data.  Sleep Research 21:  266, 1992.

248.    Wittig RM, Mastis L, Zorick FJ, Fortier J, Sicklesteel J, Roth T:  Nasal CPAP as a Cause of Central Sleep Apnea.  Sleep Research 21:  279, 1992.

249.    Stepanski EJ, Faber M, Ivey M, Livesey D, Zorick FJ, Wittig RM, Roth T:  Sleep Disorders in Patients on Chronic Abdominal Peritoneal Dialysis (CAPD).  Sleep Research 21:  314, 1992.

250.    Roehrs TA, Roth T:  The Recuperative Capacity of Fragmented Sleep.  J Sleep Research 1(Suppl 1):  198, 1992.

251.    Rosenthal LD, Roehrs TA, Zorick FJ, Wittig RM, Roth T:  Sleep Habits Among Various Sleep Disorder Populations.  J Sleep Research 1(Suppl 1):  200, 1992.

252.    Pedrosi B, Roehrs TA, Stepanski E, Wittig RM, Roth T:  Self-Administration of Hypnotics:  Dose Escalation.  Sleep Research 22:  43, 1993.

253.    Pedrosi B, Roehrs TA, Stepanski E, Zorick F, Roth T:  Hypnotic Self-Administration:  Comparison of Methods.  Sleep Research 22:  44, 1993.

254.    Pedrosi B, Roehrs TA, Rosenthal L, Brouillard L, Roth T:  Sedating Effects of Triazolam After Sleep Extension.  Sleep Research 22:  95, 1993.

255.    Roehrs TA, Beare DJ, Anderson TG, Koshorek G, Roth T:  Ambulatory EEG During Simulated Driving:  Effects of Sleep Restriction and Ethanol.  Sleep Research 22:  98, 1993.

256.    Rosenthal L, Kontich D, Folkerts M, Fortier J, Roehrs T, Roth T:  Total Sleep Time During an Enforced Time in Bed Period in Sleepy and Alert Subjects.  Sleep Research 22:  99, 1993.

257.    Rosenthal L, Krstevska S, Murlidhar A, Sicklesteel J, Roehrs T, Zorick F, Wittig R, Roth T:  The Speed and Nature of Repeated Nocturnal Sleep Onsets in Alert, Sleepy and Narcoleptic Subjects.  Sleep Research 22:  100, 1993.

258.    Roth T, Roehrs TA, Livesey D, Petrucelli N, Shore E:  Nocturnal Sleep and Daytime Sleepiness in Normal Volunteers for Research Studies.  Sleep Research 22:  101, 1993.

259.    Pedrosi B, Roehrs TA, Zorick F, Stepanski E, Roth T:  Treatment Regimen and Subsequent Self-Administration of Benzodiazepine-Hypnotics.  Sleep Research 23:  73, 1994.

260.    Petrucelli N, Roehrs TA, Rosenthal L, Brouillard L, Roth T:  Time of Drinking, Sleep Restriction, and the Sedative Effects of Ethanol.  Sleep Research 23:  74, 1994.

261.    Petrucelli N, Roehrs TA, Wittig RM, Roth T:  The Biphasic Effects of Ethanol on Sleep Latency.  Sleep Research 23:  75, 1994.

262.    Roehrs TA, Pedrosi B, Zorick F, Stepanski E, Roth T:  Benzodiazepine-Hypnotic Preference:  Daytime Versus Nighttime.  Sleep Research 23:  76, 1994.

263.    Roehrs TA, Petrucelli N, Brouillard L, Roth T:  Effect of Ethanol on MSLT, Mood, and Performance as a Function of Ethanol Preference.  Sleep Research 23:  77, 1994.

264.    Roehrs TA, Petrucelli N, Wittig RM, Koshorek G, Roth T:  Nocturnal Sleep, Daytime Sleepiness, and Ethanol Drinking History.  Sleep Research 23:  78, 1994.

265.    Roehrs TA, Shore E, Papineau K, Rosenthal L, Roth T:  A Two-Week Sleep Extension in Sleepy Normals.  Sleep Research 23:  142, 1994.

266.    Rosenthal L, Estivill-Sancho E, Helmus T, Folkerts M, Wittig RM, Roth T:  Exacerbating Factors of Behavioral Morbidity in Sleep Apnea Patients in Spain and the United States.  Sleep Research 23:  144, 1994.

267.    Stepanski E, Zorick F, Wittig RM, Brouillard L, Roth T:  Modified MSLT Procedure.  Sleep Research 23:  164, 1994.

268.    Rosenthal L, Helmus T, Folkerts M, Krstevska S, Zorick F, Roth T:  Auditory Awakening Thresholds in Sleepy and Narcoleptic Subjects.  Sleep Research 23:  313, 1994.

269.    Wittig RM, Zorick F, Fortier J, Kathawalla S, Brouillard L, Roth T:  Extending Sleep in Mild to Moderate Sleep Apnea Syndrome.  Sleep Research 23:  346, 1994.

270.    Rosenthal L, Folkerts M, Fortier J, Sicklesteel J, Roehrs TA, Roth T:  The Effects of Selective REM Deprivation on Daytime Sleepiness.  Sleep Research 23:  422, 1994.

271.    Roth T, Roehrs TA:  Side Effects of Hypnotics□Role of Dose.  Neuropsychopharmacology, Vol 10, No 3S/Part 1, p 422S, May 1994.

272.    Roth T, Roehrs TA:  Benzodiazepine Agonists in Insomnia:  Efficacy and Safety.  Neuropsychopharmacology, Vol 10, No 3S/Part 1, p 861S, May 1994.

273.    Buysse DJ, Reynolds CF 3D, Hauri PJ, Roth T, Stepanski EJ, Thorpy MJ, Bixler EO, Kales A, Manfredi RL, Vgontzas AN, et al:  Diagnostic Concordance for DAM-IV Sleep Disorders:  A report from the APA/NIMH DSM-IV Field Trial.  American Journal of Psychiatry 151(9):  1351-60, 1994.

274.    Roehrs T, Claiborue D, Knox M, Roth T:  Residual sedating effects of ethanol.  Alcohol Clin Exp Res 18(4): 831-4, 1994.

275.    Billiard M, Partinen M, Roth T, Shapiro C:  Sleep and psychiatric disorders.  J Psychosom Res 38 Suppl 1: 1-2, 1994.

276.    Roehrs TA, Merlotti L, Zorick F, Roth T:  Sedative, memory, and performance effects of hypnotics.  Psychopharmacology (Berl) 116(2): 130-4, 1994.

277.    Buysse DJ, Reynolds CF 3rd, Kupfer DJ, Thorpy MJ, Bixler E, Manfredi R, Kales A, Vgontzas A, Stepanski E, Roth T et al:  Clinical diagnoses in 216 insomnia patients using the International Classification of Sleep Disorders (ICSD), DSM-IV and ICD-10 categories:  A report from the APA/NIMH DSM-IV Field Trial.  Sleep 17(7):  630-7, 1994.

278.    Roehrs TA, Merlotti L, Petrucelli N, Stepanski E, Roth T:  Experimental sleep fragmentation.  Sleep 17(5): 438-43, 1994.

279.    Koshorek G, Roehrs TA, Rosenthal L, Brouillard L, Roth T:  Effects of Low Doses of Quazepam in Elderly Insomniacs.  Sleep Research 24:  46, 1995.

280. Pedrosi B, Roehrs TA, Rosenthal L, Fortier J, Roth T:  Daytime Function and Benzodiazepine Effects in Insomniacs Compared to Normals.  Sleep Research 24:  48, 1995.

281. Pedrosi B, Roehrs TA, Rosenthal L, Shore E, Rice M, Roth T:  Subjective Drug Effect and Treatment Regimen.  Sleep Research 24:  49, 1995

282. Roehrs TA, Rosenthal L, Pedrosi B, Papineau K, Roth T:  Predictors of Hypnotic Self Administration.  Sleep Research 24:  51, 1995

283. Rosenthal L, Roehrs TA, Paxton J, Koshorek G, Roth T:  Tolerance to the Sedative Effects of Antihistamines.  Sleep Research 24:  52, 1995.

284. Roth T, Roehrs TA, Fortier J, Koshorek G, Fry J, Vogel G, Nino-Murcia J, Beer B:  Dose Response Effects of a New Hypnotic in Insomniacs.  Sleep Research 24:  53, 1995.

285. Rosenthal L, Folkerts M, Helmus T, Feldkamp C, Brouillard L, Roehrs TA, Roth T:  Administration of Dexamethasone and its Effects on Sleep and Daytime Alertness.  Sleep Research 24:  58, 1995.

286. Breslau N, Roth T, Roehrs TA, Rosenthal L, Andreski P:  Sleep Disturbance and Psychiatric Disorders.  Sleep Research 24:  205, 1995.

287. Erman M, Erwin C, Gengo F, Jamieson A, Lemmi H, Mahowald M, Regestein Q, Roth T, Scharf M, Vogel G, Walsh J, Ware JC:  Efficacy of Zolpidem and Temazepam in Transient Insomnia.  Sleep Research 24:  228, 1995.

288. Guido P, Rosenthal L, Bishop C, Roehrs TA, Michaelson S, Syron M, Roth T:  The Measurement of Sleepiness in a Sleep Apnea Population.  Sleep Research 24:  241, 1995.

289. Helmus T, Rosenthal L, Roehrs TA, Roth T:  Subjective Level of Daytime Alertness Among Insomnia Patients.  Sleep Research 24:  245, 1995.

290. Rosenthal L, Bishop C, Helmus T, Roehrs TA, Brouillard L, Roth T:  The Frequency of Multiple Sleep Onset REM Periods Among Subjects With No EDS.  Sleep Research 24:  331, 1995.

291. Walsh JK, Beer B, Erman M, Erwin CW, Fry J, Karacan I, Neubauer D, Rosenthal L, Vogel G, Zammit G, Nelson B, Baker S, Roth T:  Treatment of Primary Insomnia Comparing Zaleplon, Triazolam and Placebo.  Sleep Research 24:  363, 1995.

292. Roehrs TA, Papineau K, Koshorek G, Roth T:  The Self Administration of Ethanol as a Hypnotic.  Sleep Research 24A:  146, 1995.

293. Roehrs TA, Rosenthal L, Bishop C, Farchione T, Henderson T, Roth T:  The Alerting Effects of Methylphenidate Under Normal and Deprived Sleep Conditions.  Sleep Research 24A:  147, 1995.

294. Rosenthal L, Helmus T, Shore E, Mickelson, S, Roehrs TA, Roth T:  Polysomnographic Characteristics of OSA as a Function of Differing MSLT Scores.  Sleep Research 24A:  360, 1995.

295. Roth T:  Recognition of insomnias, Their Diagnosis and Public Health Importance.  Sleep Research 24A:  361.  1995.

296. Koshorek G, Paxton J, Roehrs TA, Rosenthal L, Roth T:  Effects of Nighttime Cold Preparations on the Sleep of Healthy Normals.  Sleep Research 25: 60, 1996.

297.    Papineau K, Roehrs TA, Rosenthal L, Roth T:  The Self-Administration of Methylphenidate as a Function of Time in Bed.  Sleep Research 25: 66, 1996.

298.    Papineau K, Roehrs TA, Winfuhr K, Tojek T, Rosenthal L, Roth T:  Ethanol Effects on Sleep in Normals and Insomniacs.  Sleep Research 25: 67, 1996.

299.    Roehrs T, Papineau K, Fortier J, Rosenthal L, Roth T:  The Reinforcing and Subjective Effects of Ethanol as a Hypnotic.  Sleep Research 25: 70, 1996.

300.    Roehrs T, Shore E, Papineau K, Rosenthal L, Roth T:  Individual Differences in Response to Sleep Extension:  Preliminary Results.  Sleep Research 25: 110, 1996.

301.    Bishop C, Rosenthal L, Guido P, Mickelson SA, Nasir IA, Roehrs TA, Roth T:  The Sleep-Wake Habits of Patients with Obstructive Sleep Apnea.  Sleep Research 25: 203, 1996.

302.    Helmus T, Rosenthal L, Syron M, Roehrs TA, Roth T:  The Effects of Short and Long Naps Among Narcoleptic, Sleep Deprived and Alert Subjects.  Sleep Research 25: 254, 1996.

303.    Rosenthal L, Folkerts M, Bishop C, Guido P, Syron M, Mickelson SA, Roehrs TA, Roth T:  The Level of Daytime Sleepiness and the Perception of Sleep on the MSLT.  Sleep Research 25:  348, 1996.

304.    Rosenthal L, Helmus T, Syron M, Guido P, Roehrs TA, Roth T:  The Effect of a Structured Environment on the Recovery of Alertness in OSA Patients Treated with CPAP.  Sleep Research 25: 349, 1996.

305.    Rice FM, Roehrs T, Tojek T, Winfuhr K, Rosenthal L, Guido P, Roth T:  MSLT Scoring Reliability in a Patient Population.  Sleep Research 25: 524, 1996.

306.    Bonahoom A, Roehrs TA, Pedrosi B, Rosenthal L, Roth T:  Treatment Regimen and Hypnotic Self Administration:  Capsule Choice and Predictors. Sleep Research 26: 94, 1997.

307.    Koshorek G, Roehrs TA, Rosenthal L, Roth T:  Performance Effects of Zaleplon and Triazolam With and Without Ethanol.  Sleep Research 26:  109, 1997.

308.    Roehrs TA, Bonahoom A, Pedrosi B, Rosenthal L, Roth T:  Treatment Regimen and Hypnotic Self Administration:  Subjective Evaluations Of Sleep.  Sleep Research 26: 124, 1997.

309.    Rosenthal L, Day R, Helmus T, Guido P, Syron ML, Roehrs T, Nykamp K, Roth T:  The Effects of 8 mg of Dexamethasone on Sleep and Daytime Sleepiness.  Sleep Research 26: 125, 1997.

310.    Breslau N, Rosenthal L, Roehrs TA, Roth T:  Factors Associated With Daytime Sleepiness in the General Population.  Sleep Research 26: 183, 1997.

311.    Nykamp K, Rosenthal L, Guido P, Roehrs T, Rice FM, Syron ML, Helmus T, Roth T:  The Effects of Sleepiness on Performance Among Patients With OSA.  Sleep Research 26: 450, 1997.

312.    Rosenthal L, Mickelson S, Day R, Guido P, Syron ML, Bishop C, Fortier J, Altman J, Roehrs T, Roth T:  The Diagnosis of OSA Based on the Pattern of Snoring and Nocturnal Oximetry.  Sleep Research 26: 487, 1997.

313.    Rosenthal L, Nykamp K, Guido P, Day R, Syron ML, Fortier J, Furcron E, Rice FM, Roehrs T, Roth T:  Daytime CPAP Titration Among Patients With Severe OSA.  Sleep Research 26: 488, 1997.

314.    Rosenthal L, Nykamp K, Guido P, Syron ML, Day R, Fortier J, Bishop C, Rice FM, Roehrs T, Roth T: Compliance With CPAP During The First Week of Treatment.  Sleep Research 26: 489, 1997.

315.    Day R, Guido P, Rosenthal L, Syron ML, Nykamp K, Senior B, Roehrs T, Roth T:  Effects of Different CPAP Schedules on EDS.  Sleep 21 Suppl.: 123, 15 Apr 1998.

316.    Guido P, Rosenthal L, Nykamp K, Syron ML, Conway C, Roehrs T, Roth T: Sleep Inertia Following One and Twenty Minute Nap Opportunities.  Sleep 21 Suppl.: 164, 15 Apr 1998.

317.    Benham H, Roehrs T, Koshorek G, Fortier J, Rosenthal L, Roth T: Effects of Rhinovirus Type 23 on Sleep and Daytime Function.  Sleep 21 Suppl.: 176, 15 Apr 1998.

318.    Bonahoom A, Roehrs T, Breslau N, Fortier J, Rosenthal L, Roth T: Sleep and Daytime Function Trauma Patients With and Without PTSD.  Sleep 21 Suppl.: 192, 15 Apr 1998.

319.    Roth T, Roehrs T, Bonahoom A, Rosekind M, Koshorek G, Rosenthal L: Cumulative Effects on Sleep Loss.  Sleep 21 Suppl.: 239, 15 Apr 1998.

320.    Rosenthal L, Nykamp K, Day R, Syron ML, Roehrs T, Roth T: The Perception of Sleep During Brief Daytime Sleep Episodes.  Sleep 21 Suppl.: 259, 15 Apr 1998.

321.    Nykamp K, Rosenthal L, Day R, Furcron E, Lumley A, Roehrs T, Roth T: The Characteristics of Sleep and the Level of Sleepiness/Alertness Across the Menstrual Cycle. Sleep 21Suppl.:260, 15 Apr 1998

322.    Rosenthal L, Nykamp K, Day R, Syron ML, Roehrs T, Roth T: The Level of Sleepiness/Alertness Among Evening Type Healthy Subjects.  Sleep 21 Suppl.: 260, 15 Apr 1998.

323.    Johnson EO, Roehrs T, Rosenthal L, Roth T, Breslau N: Epidemiology of Medication as Aids to Alertness in Early Adulthood.  Sleep 21 Suppl.: 265, 15 Apr 1998.

324.    Roehrs TA, Johanson CE, Schuh K, Warbasse L, Roth T: Effects of Cocaine and its Abstinence on Sleep and Daytime Sleepiness.  Sleep 21 Suppl.: 265, 15 Apr 1998.

325.    Turner L, Roehrs T, Rice FM, Guido P, Rosenthal L, Roth T: Effects of Sleep Loss on Waking Actigraphy.  Sleep 21 Suppl.: 296, 15 Apr 1998.

326.    Johnson E, Breslau N, Roehrs T, Roth T: Insomnia in Adolescence: Epidemiology and Associated Problems. Sleep 22 Suppl.: S22, 15 Apr 1999.

327.    Lumley A, Gerhardstein R, Rosenthal L, Day R, Guido P, Syron ML, Roehrs T, Roth T: The Efficacy of CPAP Treatment in Patients With Mild OSA. Sleep 22 Suppl.: S27, 15 Apr 1999.

328.    Roth T, Roehrs TA, Bonahoom A, Burduvali E, Rosenthal L: Comparative "Dose" Effects of Ethanol and Sleep Loss. Sleep 22 Suppl.: S87, 15 Apr 1999.

329.    Greenwald MK, Roehrs T, Turner L, Furcron E, Roth T: "Living On The Edge":  Effects of Ethanol, Caffeine, and Basal Sleepiness on Risk-Taking Behavior. Sleep 22 Suppl.: S88, 15 Apr 1999.

330.    Day R, Rosenthal L, Guido P, Senior B, Syron ML, Walker N, Gerhardstein R, Roth T: Gender Differences Among Patients With Obstructive Sleep Apnea: Sleep 22 Suppl.: S198, 15 Apr 1999

331.    Roehrs TA, Greenwald MK, Turner L, Koshorek G, Roth T: Effects of Sleep Loss on Risk Taking Behavior. Sleep 22 Suppl.: S244, 15 Apr 1999.

332.    Roehrs T, Turner L, Rosenthal L, Roth T: Caffeine Reversal of Ethanol Effects on MSLT, Mood and Performance.  Sleep 22 Suppl.: S338, 15 Apr 1999.

333.    Turner L, Roehrs T, Rosenthal L, Roth T: Ethanol and Caffeine Effects on the Sleep of Insomniacs. Sleep 23 Abstract Supplement: 2: A48, 15 Apr 2000.

334.    Drake CL, Burduvali E, Bonahoom A, Roehrs T, Roth T: Evidence for an Adaptive Process Associated With Cumulative Sleep Loss.  Sleep 23 Abstract Supplement: 2: A72, 15 Apr 2000.

335.    Rosenthal L, Day R, Guido P, Meixner R, Syron ML, Munro J, Roth T: The Prediction of Suitable Candidates for Split-Night Protocols In OSA Populations.  Sleep 23 Abstract Supplement: 2: A77, 15 Apr 2000.

336.    Walsh JK, Roth T, Jamieson A, Schweitzer PK, Scharf MB, Ware JC, Erman M: Intermittent Use of Zolpidem for the Treatment of Primary Insomnia.  Sleep 23 Abstract Supplement: 2: A86, 15 Apr 2000.

337.    Day R, Rosenthal L, Guido P, Koshorek G, Fortier J, Roehrs T, Roth T: Self-Reported Levels of Sleepiness Among Subjects With Insomnia.  Sleep 23 Abstract Supplement: 2: A89, 15 Apr 2000.

338.    Meixner R, Rosenthal L, Day R, Syron ML, Roehrs T, Fortier J, Roth T: The Alerting Effect of 4 mg of Dexamethasone on a Sleep Deprived Population.  Sleep 23 Abstract Supplement: 2: A121, 15 Apr 2000.

339.    Burduvali E, Roehrs TA, Bonahoom A, Rosenthal L, Roth T: Ethanol and Sleep Loss: A "Dose" Comparison of Their Impairing Effects.  Sleep 23 Abstract Supplement: 2: A159, 15 Apr 2000.

340.    Roehrs TA, Andrews M, Koshorek G, Roth T: Outpatient Prescription Patterns of Hypnotic, Anxiolytics and Antidepressants.  Sleep 23 Abstract Supplement: 2: A168, 15 Apr 2000.

341.    Roth T, Zammit G, Kushida C, Doghramji K, Mathias S, Buysee D: Use of the Global Sleep Assessment Questionnaire to Identify Patients With a Sleep Disorder.  Sleep 23 Abstract Supplement: 2: A323, 15 Apr 2000.

342.    Richardson GS, Kaplan RF, Loparo KA, Johnson SE, Roth T: Very High Frequency Energy (Kappa) in Human Surface EEG: Correlation With Behavioral State.  Sleep 23 Abstract Supplement: 2: A378, 15 Apr 2000.

343.    Roehrs TA, Bonahoom A, Pedrosi B, Fortier J, Rosenthal L, Roth T: Treatment Regimen and Self Administration of Hypnotics. Sleep 24 Abstract Supplement: A65, 15 Apr 2001.

344.    Roehrs TA, Bonahoom A, Pedrosi B, Rossman B, Koshorek G, Rosenthal L, Roth T: Daytime Versus Nighttime Self-Administration of Hypnotics. Sleep 24 Abstract Supplement: A80, 15 Apr 2001

345.    Johnson EO, Breslau N, Roehrs T, Chase G, Drake C, Roth T: Epworth and Daytime Sleepiness Scales: Psychometric Comparison in a Community-Based Sample. Sleep 24 Abstract Supplement: A108, 15 Apr 2001.

346.    Richardson GS, Poe GR, Seymour A, Roth T: Objective and Subjective Sleep Disruption Following Dietary Salt Restriction in Normal Subjects. Sleep 24 Abstract Supplement: A114, 15 Apr 2001.

347.    Meixner RM, Rosenthal L, Gerhardstein R, Day R, Stefadu Y, Syron M, Fortier T, Roehrs T, Roth T: The MSLT Across the Menstrual Cycle in Young Healthy Females. Sleep 24 Abstract Supplement: A116, 15 Apr 2001.

348. Hollebeek E, Drake C, Scofield H, Roehrs T, Johnson E, Breslau N, Roth T: Past-Year Opiate Use and Sleep Problems in the General Population. Sleep 24 Abstract Supplement: A170, 15 Apr 2001.

349. Burduvali E, Richardson G, Roehrs T, Roth T: Habitual Moderate Caffeine Use: MSLT and Vigilance Performance. Sleep 24 Abstract Supplement: A173, 15 Apr 2001.

350. Stefadu Y, Roth T, Roehrs T: Ten-Second Breath Holding in Wake and Overnight Oximetry as a Apnea Screen: A Preliminary Report. Sleep 24 Abstract Supplement: A295, 15 Apr 2001.

351. Stefadu Y, Roth T, Rosenthal L: Severe Obstructive Sleep Apnea During Pregnancy Treated With Cpap and Resolved After Delivery: A Case Study. Sleep 24 Abstract Supplement: A295, 15 Apr 2001.

352. Johnson EO, Breslau N, Roehrs T, Chase G, Drake C, Roth T: The Association of Insomnia and Alcohol Use: Is it Purely Pharmacological? Sleep 24 Abstract Supplement: A342, 15 Apr 2001.

353. Drake C, Johnson EO, Scofield H, Hollebeek E, Roehrs T, Breslau N, Roth T: Insomnia and its Relationship to Sleepiness in a Community-Based Sample. Sleep 24 Abstract Supplement: A348, 15 Apr 2001.

354. Day R, Drake CL, Roehrs TA, Hudgel D, Stefadu Y, Parks M, Syron ML, Fortier J, Roth T: Sleep Efficiency During CPAP Titration Predicts Subsequent Compliance. Sleep 25 Abstract Supplement: A25, 15 April 2002.

355. Roehrs TA, Johanson CE, Meixner R, Asti T, Fortier J, Roth T: Methylphenidate Preference and Subjective Effects: Time-In-Bed and Dose. Sleep 25 Abstract Supplement: A44, 15 April 2002.

356. Rosenberg RP, Jamieson A, Vaickus L, Roth T: Esopiclone, A Novel Non-Benzodiazepine Sedative-Hypnotic: Efficacy and Safety in a Model of Transient Insomnia. Sleep 25 Abstract Supplement: A68, 15 April 2002.

357. Drake CL, Roehrs TA, Richardson GS, Roth T: Epidemiology and Morbidity of Excessive Daytime Sleepiness. Sleep 25 Abstract Supplement A91, 15 April 2002.

358. Scofield H, Jefferson C, Roehrs T, Burduvali E, Roth T: Neuroticism Predicts Lifetime Prevalence of Insomnia. Sleep 25 Abstract Supplement: A96, 15 April 2002.

359. Richardson GS, Drake CL, Roehrs TA, Roth T: Habitual Sleep Time Predicts Accuracy of Self-Reported Alertness. Sleep 25 Abstract Supplement: A145, 15 April 2002.

360. Roehrs TA, Johanson CE, Meixner R, Koshorek G, Blaisdell B, Roth T: Methylphenidate's Alerting Effects: Time-In-Bed and Dose. Sleep 25 Abstract Supplement: A178, 15 April 2002.

361. Burduvali E, Roehrs TA, Drake C, Richardson GS, Roth T: Substance Use for Insomnia: Daytime Symptoms and Disability. Sleep 25 Abstract Supplement: A298, 15 April 2002.

362. Borchert LD, Roth T, Bliwise DL, Cantor C, Gorell JM, Hubbel JP, Pollack C, Rye DB, Stern MB, Watts RL: Unintended Sleep Episodes in Parkinson's Disease Patients Receiving Dopaminergic Agents. Sleep 25 Abstract Supplement: A372, 15 April 2002.

363. Drake CL, Roehrs TA, Scofield H, Myers E, Roth T: Polysomnographic and Health Outcomes in an Epidemiological Sample of Individuals with Restless Leg Symptoms. Sleep 25 Abstract Supplement: A488, 15 April 2002.

364. Jefferson C, Drake CL, Scofield HM, Roehrs TA, Roth T: The Effects of Obesity on Sleep and Daytime Sleepiness in the Absence of Sleep-Related Breathing Disorders. Sleep 25 Abstract Supplement: A499, 15 April 2002.

365. Roth T, Borchert LD, Bartlett C, Math M, Bliwise D, Cantor C, Gorell JM, Hubbel JP, Musch B, Olanow CW, Pollak C, Rye DB, Stern MB, Watts RL: Excessive Daytime Sleepiness in Parkinson's Disease Patients with Unintended Sleep Episodes when Treated with Dopaminergic Agonists. Neurology 58 (Suppl 3): A433, April 2002.

366. Brodsky MA, Godbold J, Roth T, Olanow W: Sleepiness in Parkinson's disease: a Controlled Study. Neurology 58 (Suppl 3): A434, April 2002.

367. Walsh JK, Lankford DD, Krystal A, Roth T, Jochelson P, Garber M, Alexander T, Burke P: Efficacy and Tolerability of Four Doses of Indiplon (NBI-34060) Modified-Release in Elderly Patients with Sleep Maintenance Insomnia.  Sleep 26 Abstract Supplement: A78, May 15, 2003.

368. Blaisdell B, Roehrs TA, Greenwald MK, Roth T: Sedative Effects of Codeine.  Sleep 26 Abstract Supplement: A82, May 15, 2003.

369. Burduvali E, Roehrs TA, Richardson GS, Roth T: Methylphenidate Self Administration and Sampling State of Sleepiness.  Sleep 26 Abstract Supplement: A83, May 15, 2003.

370. Jochelson P, Bozigian H, Garber M, Baron C, Boyd M, Burke J, Roth T, Campbell B: The Activity of Modified Release Indiplon (NBI-34060) in a Transient Nighttime Venipuncture Model.  Sleep 26 Abstract Supplement: A84, May 15, 2003

371. Roth T, Walsh JK, Rogowski R, Farber R, Burke J, Jochelson P: Efficacy and Tolerability of Indiplon (NBI-34060) Solution in Healthy Adults in a Model of Transient Insomnia.  Sleep 26 Abstract Supplement: A87, May 15, 2003.

372. Walsh JK, Hughes R, Czeisler C, Dinges DF, Niebler G, Roth T: Sleepiness on the Night Shift in Shift Work Sleep Disorder.  Sleep 26 Abstract Supplement: A110, May 15, 2003.

373. Czeisler CA, Dinges DF, Walsh JK, Roth T, Niebler G: Modafinil for the Treatment of Excessive Sleepiness in Chronic Shift Work Sleep Disorder.  Sleep 26 Abstract Supplement: A114, May 15, 2003.

374. Czeisler CA, Dinges DF, Walsh JK, Neibler G, Roth T: Absence of Detectable Effect of Modafinil on Daytime Sleep After a Simulated Night Shift in SWSD Patients.  Sleep 26 Abstract Supplement: A115, May 15, 2003.

375. Myers EJ, Drake CL, Roehrs TA, Breslau N, Johnson E, Roth T: Population-Based, Normative Data for the Epworth Sleepiness Scale.  Sleep 26 Abstract Supplement: A194, May 15, 2003.

376. Roehrs TA, Blaisdell B, Greenwald MK, Roth T: Pain Threshold and Sleep Loss.  Sleep 26 Abstract Supplement: A196, May 15, 2003.

377. Roth T, Walsh J: Phase II Study of the Selective ML-1 Receptor Agonist TAK-375 in a First Night Effect Model of Transient Insomnia.  Sleep 26 Abstract Supplement: A294, May 15, 2003.

378. Zammit GK, Gillin JC, McNabb L, Caron J, Roth T: Eszopiclone, a Novel Non-Benzodiazepine Anti-Insomnia Agent:  A Six-Week Efficacy and Safety Study in Adult Patients with Chronic Insomnia. Sleep 26 Abstract Supplement: A297, May 15, 2003.

379.  Drake CL, Scofield HM, Jefferson CD, Roehrs TA, Richardson GS, Roth T: Trait Vulnerability to Stress-Related Sleep Disturbance and Hyperarousal.  Sleep 26 Abstract Supplement: A306, May 15, 2003.

380.  Gillis ME, Roehrs TA, Drake CL, Koshorek G, Roth T: Past-Year Opiate Use and its Correlates in an Age-and-Sex-Matched Sample From the General Population. Sleep 26 Abstract Supplement: A307, May 15, 2003.

381.  Roehrs TA, Blaisdell B, Richardson GS, Roth T:  Insomnia as a Path to Alcoholism:  Dose Escalation. Sleep 26 Abstract Supplement: A307, May 15, 2003.

382.  Krystal A, Walsh J, Roth T, Amato DA, Wessel T: The Sustained Efficacy and Safety of Eszopiclone Over Six Months of Nightly Treatment:  A Placebo-Controlled Study in Patients with Chronic Insomnia.  Sleep 26 Abstract Supplement: A310, May 15, 2003.

383.  McClure TK, Drake CL, Roth T, Richardson GS: Sleep and Endocrine Responses to Psychological Stress in Primary Insomnia.  Sleep 26 Abstract Supplement: A311, May 15, 2003.

384.  Drake CL, Myers EJ, Roehrs TA, Miller J, Hudgel D, Roth T: Racial Differences in the Prevalence of Periodic Limb Movement Disorder.  Sleep 26 Abstract Supplement: A337, May 15, 2003.

385.  Mundel T, Martin S, LaMoreaux L Hotary L, Roth T: Polysomnographic Evaluation of Sleep Disturbance in Neuropathic Pain.  Sleep 26 Abstract Supplement: A354, May 15, 2003.

386.  Roehrs TA, Blaisdell B, Cruz N, Roth T:  Tolerance to Hypnotic Effects of Ethanol in Insomniacs. Sleep 27 Abstract Supplement: A52, June 2004.

387.  Randazzo AC, Roth T, Frankowski S, Shannon K, Walsh JK:  The Effects of Tiagabine on the Sleep of Older Adults.  Sleep 27 Abstract Supplement: A53, June 2004.

388.  Burduvali E, Roehrs TA, Blaisdell B, Fortier J, Roth T:  Codeine, Pain Threshold, and Midday Sleepiness.  Sleep 27 Abstract Supplement: A53, June 2004.

389.  Erman MK, Dinges DF, Czeisler CA, Walsh JK, Roth T:  Patient Functional Status and Tolerability of Long-term Modafinil in Shift Work Sleep Disorder.  Sleep 27 Abstract Supplement: A56, June 2004.

390.  Thorpy MJ, Black J, Erman MK, Roth T, Walsh JK, Czeisler CA, Dinges DF:  Tolerability of Modafinil in Disorders of Sleep and Wakefulness.  Sleep 27 Abstract Supplement: A58, June 2004.

391.  Johnson EO, Roth T, Breslau N:  Epidemiology of DSM-IV Insomnia among a Community-based Cohort of Adolescents.  Sleep 27 Abstract Supplement: A112, June 2004.

392.  Czeisler CA, Roth T, Walsh JK, Schwarz JR, Dinges DF:  Effect of Modafinil During the Night Shift and on the Commute Home in Patients with Excessive Sleepiness Associated with Chronic Shift Work Sleep Disorder.  Sleep 27 Abstract Supplement: A169, June 2004.

393.  Sachdeva P, Budhiraja R, Hudgel DW, Drake CL, Sharief I, Dorazio L, Roth T:  The Gender of Obstructive Sleep Apnea Patients does not determine their Adherence to CPAP Therapy.  Sleep 27 Abstract Supplement: A221, June 2004.

394.  Roehrs TA, Drake CL, Roth T:  Alcohol Used for Sleep and Increased Social Drinking.  Sleep 27 Abstract Supplement: A255, June 2004.

395.   Walsh JK, Zammit G, Roth T:  Sleep-Consolidating Effects of Tiagabine in Patients with Primary Insomnia.  Sleep 27 Abstract Supplement: A256, June 2004.

396.   Walsh JK, Rosenberg R, Roth T, Lankford DA, Jochelson P:  Treatment of Primary Insomnia for Five Weeks with Indiplon-IR.  Sleep 27 Abstract Supplement: A259, June 2004.

397.   Roth T, Krystal A, Walsh J, Roehrs T, Wessel T, Caron J:  Twelve Months of Nightly Eszopiclone Treatment in Patients with Chronic Insomnia:  Assessment of Long-Term Efficacy and Safety.  Sleep 27 Abstract Supplement: A260, June 2004.

398.   Jochelson P, Scharf M, Roth T, Walsh JK, Garber M:  Efficacy of Indiplon in Inducing and Maintaining Sleep in Patients with Chronic Sleep Maintenance Insomnia.  Sleep 27 Abstract Supplement: A262, June 2004.

399.   Meola GM, Roth T, Richardson GS:  Differential Autonomic Response to Audio Stimulation During Sleep in Primary Insomnia.  Sleep 27 Abstract Supplement: A264, June 2004.

400.   Scharf M, Roth T, Rosenberg R, Lankford DA, Theresa A:  Efficacy and Tolerability of Indiplon-IR in the Treatment of Transient Insomnia.  Sleep 27 Abstract Supplement: A267, June 2004.

401.   Drake C, Jefferson C, Roehrs T, Richardson G, Roth T:  Vulnerability to Chronic Insomnia:  A Longitudinal Population-based Prospective Study.  Sleep 27 Abstract Supplement: A270, June 2004.

402.   Jefferson C, Drake CL, Scofield HM, Myers EJ, Roehrs T, Koshorek G, Roth T:  Sleep Hygiene Practices in Insomniacs and Matched Controls in the General Population.  Sleep 27 Abstract Supplement: A273, June 2004.

403.   Drake C, Richardson G, Roehrs T, Walsh JK, Roth T:  Prevalence and Consequences of Disturbed Sleep Among Rotating Shift Workers.  Sleep 27 Abstract Supplement: A274, June 2004.

404.   Scofield H, Drake CL, Jefferson CD, Myers EJ, Roth T:  Gender Differences in Insomnia are Mediated by Co-Morbid Conditions.  Sleep 27 Abstract Supplement: A275, June 2004.

405.   Budhiraja R, Drake CL, Hudgel DW, Sachadeva P, Sharief I, Roth T:  Prevalence of Sleep Disruption is Increased in Subjects with Diverse Medical Disorders even in Absence of Significant Sleep Complaints.  Sleep 27 Abstract Supplement: A276, June 2004.

406.   Budhiraja R, Drake CL, Hudgel DW, Sachdeva P, Sharief I, Roth T:  Presence of Underlying Medical Disorders is Associated with more Disrupted Sleep in Subjects with Insomnia.  Sleep 27 Abstract Supplement: A277, June 2004.

407.   McClure TK, Drake CL, Roth T, Richardson GS:  Sustained Endocrine and Sleep Responses to a Psychological Stressor in Primary Insomnia.  Sleep 27 Abstract Supplement: A283, June 2004.

408.   Koch H, McClure TK, Meola GM, Drake CL, Roth T, Richardson GS:  Prevalence and Correlates of Physiological Hyper-arousal in Patients with Primary Insomnia.  Sleep 27 Abstract Supplement: A284, June 2004.

409.   Hsu T, Roth T, LaMoreaux L, Martin S, Hotary L:  Polysomnographic Profile of Patients with Neuropathic Pain and Self-Reported Sleep Disturbance.  Sleep 27 Abstract Supplement: A333, June 2004.

410.   Roth T, Hsu T, LaMoreaux L, Martin S, Hotary L:  Disturbed Sleep, Insomnia, and Neuropathic Pain.  Sleep 27 Abstract Supplement: A333, June 2004.

411.    Gillis ME, Snyder-Manson A, Root L, Scholten S, Jones E, Roehrs T, Drake C, Roth T:  Diagnosis and Treatment of RLS Among 737 Hemodialysis Patients.  Sleep 27 Abstract Supplement: A334, June 2004.

412.    Johnson D, Orr W, Traxler B, Cuccia A, Marple C, Brown K, Roth T:  Effects of Esomeprazole and Placebo on Relief of Moderate to Severe Nighttime Heartburn, Sleep Disturbance and Sleep Quality in Patients with GERD:  A Multicenter, Randomized, Controlled Trial.  Sleep 27 Abstract Supplement: A335, June 2004.

413.    Stamatakis KA, Roth T, Kaplan GA:  Sleep in the Population:  Socioeconomic and Demographic Predictors of Sleep over 34 Years.  Sleep 27 Abstract Supplement: A414, June 2004.

414.    Hsu T, Rogowski R, Roth T:  Low-Dose Doxepin in the Treatment of Primary Insomnia.  Sleep 28 Abstract Supplement: A50, June 2005.

415.    Johnson EO, Breslau N, Roth T:  Symptoms Of Sleep-Disordered Breathing And Attention Deficit/Hyperactivity Disorder In A Population-Based Sample Of Adolescents.  Sleep 28 Abstract Supplement: A98, June 2005.

416.    Seibold C, Roth T, Johnson EO:  Parent and Child Reports of Children's Insomnia: An Assessment of Their Concurrence.  Sleep 28 Abstract Supplement: A99, June 2005.

417.    Budhiraja R, Drake CL, Koshorek G, Roth T:  Objective Sleep Quality In Midlife In The General Population.  Sleep 28 Abstract Supplement: A112, June 2005.

418.    Hyde ME, Roehrs TA, Blaisdell B, Burduvali E, Roth T:  REM Sleep Deprivation Produces Hyperalgesia.  Sleep 28 Abstract Supplement: A128, June 2005.

419.    Sainati S, Tsymbalov S, Demissie S, Roth T:  Double-Blind, Placebo-Controlled, Two-Way Crossover Study of Ramelteon in Subjects With Mild to Moderate Chronic Obstructive Pulmonary Disease (COPD).  Sleep 28 Abstract Supplement: A162, June 2005.

420.    Sainati S, Tsymbalov S, Demissie S, Roth T:  Double-Blind, Single-Dose, Two-Way Crossover Study of Ramelteon in Subjects With Mild to Moderate Obstructive Sleep Apnea.  Sleep 28 Abstract Supplement: A163, June 2005.

421.    Hirshkowitz M, Roth T, Black J, Wesnes K, Arora S, Niebler G, White D:  Armodafinil as Adjunct Therapy Improves Wakefulness and Fatigue in Patients With Obstructive Sleep Apnea/Hypopnea Syndrome.  Sleep 28 Abstract Supplement: A180, June 2005.

422.    Black J, Wesnes K, Arora S, Niebler G, Roth T:  Efficacy and Safety of Armodafinil 150 or 250 mg as Adjunct Therapy for Residual Excessive Sleepiness and Fatigue Associated With Obstructive Sleep Apnea/Hypopnea Syndrome.  Sleep 28 Abstract Supplement: A212, June 2005.

423.    Singh M, Drake C, Roehrs T, Koshorek G, Roth T:  The Prevalence of SOREMPS in the General Population.  Sleep 28 Abstract Supplement: A221, June 2005.

424.    Seiden D, Zee P, Weigan S, Sainati S, Bayuk J, Zhang J, Roth T:  Double-Blind Placebo-Controlled Outpatient Clinical Trial of Ramelteon for the Treatment of Chronic Insomnia in an Elderly Population.  Sleep 28 Abstract Supplement: A228, June 2005.

425.    Zammit G, Roth T, Erman M, Sainati S, Weigand S, Zhang J:  Double-Blind, Placebo-Controlled Polysomnography and Outpatient Trial to Evaluate the Efficacy and Safety of Ramelteon in Adult Patients With Chronic Insomnia.  Sleep 28 Abstract Supplement: A228, June 2005.

426.    Walsh JK, Roth T, Moscovitch A, Farber R, Jochelson P:  Efficacy and Tolerability of Indiplon-IR in Elderly Patients with Primary Insomnia.  Sleep 28 Abstract Supplement: A229, June 2005.

427.    Roth T, Zammit G, Scharf MB, Boyd M, Jochelson P:  Efficacy And Safety of Indiplon-IR in Adults With Chronic Insomnia Characterized by Prolonged Nighttime Awakenings With Difficulty Returning to Sleep.  Sleep 28 Abstract Supplement: A229, June 2005.

428.    Jefferson C, Drake C, Roehrs T, Roth T, Parker S:  Sleep Habits in Healthy Normal Sleepers.  Sleep 28 Abstract Supplement: A238, June 2005.

429.    Scofield H, Drake C, Myers E, Jefferson C, Roth T:  Familial Vulnerability to Sleep Disturbance.  Sleep 28 Abstract Supplement: A239, June 2005.

430.    Drake CL, Coyle MA, Jefferson C, Myers E, Derchak P, Roth T:  Evidence for Greater Night to Night Variability in Standard Sleep Parameters in Primary Insomniacs Versus Controls in the Naturalistic Setting.  Sleep 28 Abstract Supplement: A242, June 2005.

431.    Roehrs TA, Soubrane C, Roth T:  Zolpidem Modified-Release Objectively and Subjectively Improves Sleep Maintenance and Retains the Characteristics of Standard Zolpidem on Sleep Initiation and Duration in Elderly Patients with Primary Insomnia.  Sleep 28 Abstract Supplement: A244, June 2005.

432.    Rosenberg R, Roth T:  The Effect of Tiagabine on Sleep in Adult and Elderly Patients With Primary Insomnia:  A 30-Day, Placebo-Controlled Study.  Sleep 28 Abstract Supplement: A244, June 2005.

433.    Soubrane C, Walsh J, Roth T:  Zolpidem Modified-Release Improves Sleep Induction, Sleep Maintenance, Sleep Duration, and Quality of Sleep Without Next-Day Residual Effects in Adults With Primary Insomnia.  Sleep 28 Abstract Supplement: A244, June 2005.

434.    Johnson EO, Roth T, Breslau N:  The Association Of Insomnia With Anxiety Disorders:  Exploration of the Direction of Risk Among Adolescents.  Sleep 28 Abstract Supplement: A247, June 2005.

435.    Cruz N, Roehrs TA, Fortier J, Kajy S, Roth T:  Mood Effects of Pre-Sleep Ethanol in Insomniacs.  Sleep 28 Abstract Supplement: A249, June 2005.

436.    Wright KP, Roth T:  The Effects Of Tiagabine In Elderly Patients With Primary Insomnia:  A Double-Blind, Placebo-Controlled Study.  Sleep 28 Abstract Supplement: A250, June 2005.

437.    Hays RD, Morlock RJ, Spritzer K, Drake C, Roth T:  Psychometric Properties of the Restorative Sleep Questionnaire and Daytime Consequences of Sleep Questionnaire.  Sleep 28 Abstract Supplement: A251, June 2005.

438.    McClure TK, Roth T, Richardson GS:  Effects of Induced Sympathetic Arousal on Sleep of Normal Subjects.  Sleep 28 Abstract Supplement: A254, June 2005.

439.    Richardson GS, McClure TK, Meola G, Roth T:  Dex-CRH Test in Primary Insomnia.  Sleep 28 Abstract Supplement: A256, June 2005.

440.    Gillis ME, Roehrs TA, Lumley MA, Roth T:  Unique REM Rebound Following Sleep Restriction in Fibromyalgia Patients Compared to Rheumatoid Arthritis and Healthy Controls.  Sleep 28 Abstract Supplement: A295, June 2005.

441.    McCall V, Fava M, Wessell T, Rubens R, Caron J, Amato D, Roth T:  Eszopiclone Co-Administered With Fluoxetine for Insomnia Associated With Major Depressive Disorder (MDD): An Analysis of the Effects on Depression.  Sleep 28 Abstract Supplement: A310, June 2005.

442.    Buysse D, McCall V, Roach J, Wessel T, Wilson P, Caron J, Roth T:  Eszopiclone Co-Administered With Fluoxetine for Insomnia Associated With Major Depressive Disorder (MDD): Sleep Effects. Sleep 28 Abstract Supplement: A310, June 2005.

443.    Krystal A, Rubens R, Fava M, McCall V, Wessel T, Amato D, Caron J, Roth T:  Eszopiclone Co-Administered With Fluxetine for Insomnia Associated With Major Depressive Disorder (MDD):  Effects Following Eszopiclone Discontinuation.  Sleep 28 Abstract Supplement: A311, June 2005.

444.    Corrigan M, McCall WV, Fava M, Rubens R, Wessel T, Caron J, Amato D, Roth T:  Adjunctive Eszopiclone and Fluoxetine in Major Depressive Disorder and Insomnia:  Effects on Sleep and Depression.  Neuropsychopharmacology 30 Abstract Supplement 1, December 2005.

445.    Roth T, Corser B, Singh N, Roth-Schechter B, Mayleben D, Roth A, Pather I:  Daytime Pharmacokinetic (PK) And Pharmacodynamic (PD) Evaluation of Low-Dose Transmucosal Zolpidem (TMZ).  Sleep 29 Abstract Supplement: A46, June 2006.

446.    Drake C, Walsh J, Roth T:  Armodafinil Improves Sleep Latency in Patients With Shift Work Sleep Disorder.  Sleep 29 Abstract Supplement: A64, June 2006.

447.    Hyde M, Roehrs T, Blaisdell B, Burduvali E, Roth T:  REM Deprivation Effects on Physiologic Sleepiness, Performance and Mood.  Sleep 29 Abstract Supplement: A129, June 2006.

448.    Singh M, Drake C, Koshorek G, Roehrs T, Roth T:  The Association Between Assays of Sleep Drive and Objective Versus Subjective Sleepiness.  Sleep 29 Abstract Supplement: A139, June 2006

449.    Hayduk R, Harsh J, Roth T:  Armodafinil Improves Subjective Measures of Sleepiness in Patients With Excessive Sleepiness Associated With Obstructive Sleep Apnea/Hypopnea Syndrome, Narcolepsy, and Shift Work Sleep Disorder.  Sleep 29 Abstract Supplement: A227, June 2006.

450.    Hull S, Roth T, Roehrs T:  Armodafinil Does Not Affect Intended Sleep as Determined by Polysomnography in Patients With Excessive Sleepiness.  Sleep 29 Abstract Supplement: A228, June 2006.

451.    Roth T, Jaeger S, Jin R, Krishnan A, Stang PE, Kessler RC:  Sleep Problems, Comorbid Mental Disorders, and Role Functioning in the National Cormorbidity Survey Replication (NCS-R).  Sleep 29 Abstract Supplement: A234, June 2006.  PMID: 16952333

452.    Zammit G, Schwartz H, Roth T, Wang-Weigand S, Zhang J:  Effect of Ramelteon, a Selective MT1/MT2 Receptor Agonist, in a First-Night-Effect Model of Transient Insomnia.  Sleep 29 Abstract Supplement: A238, June 2006.

453.    Seiden D, Wang-Weigand S, Zhang J, Sainati S, Roth T:  Sleep-Promoting Effects of Ramelteon, a Selective MT1/MT2 Receptor Agonist, in Older Adults With Chronic Insomnia. Sleep 29 Abstract Supplement: A238, June 2006.

454.    Schnitzer T, Rubens R, Wessel T, Caron J, Amato D, Hayduk R, Roth T:  The Effect of Eszopiclone 3 mg Compared With Placebo in Patients With Rheumatoid Arthritis and Co-Existing Insomnia.  Sleep 29 Abstract Supplement: A238, June 2006.

455.  Roth T, Rogowski R, Hull S, Cohn M, Lankford A, Mayleben D, Scharf M:  Efficacy and Safety of Doxepin 1, 3, and 6 mg in Elderly Adults With Primary Insomnia.  Sleep 29 Abstract Supplement: A239, June 2006.

456.  Krystal A, Walsh J, Fava M, McCall V, Schaefer K, Rubens R, Wessel T, Caron J, Wilson P, Roth T:  Analysis of Individual Items of the Hamilton Depression Scale in a Study of Eszopiclone/Fluoxetine Co-Therapy.  Sleep 29 Abstract Supplement: A240, June 2006.

457.  McCall V, Krystal A, Rubens R, Wessel T, Caron J, Huang H, Anderson A, Roth T:  Two Double-Blind, Placebo-Controlled, 6-Month Trials of Eszopiclone for Insomnia:  Pooled Analysis by Race/Ethnicity.  Sleep 29 Abstract Supplement: A249, June 2006.

458.  McCall V, Krystal A, Fava M, Rubens R, Schaefer K, Huang H, Amato D, Roth T:  Eszopiclone Co-Administered With Fluoxetine for Insomnia Co-Existing With Major Depressive Disorder (MDD):  Analysis by Severity of Insomnia.  Sleep 29 Abstract Supplement: A249, June 2006.

459.  Kyrstal A, Walsh J, Rubens R, Wilson P, Caron J, Wessel T, Roth T:  Efficacy and Safety of Six-Months of Nightly Eszopiclone in Patients with Primary Insomnia:  A Second Long Term Placebo-Controlled Study.  Sleep 29 Abstract Supplement: A249, June 2006.

460.  Doghramji P, Winkelman J, Rubens R, Schaefer K, Claus R, Roach J, Roth T:  Evaluation of Patient Satisfaction:  Regimen of Eszopiclone Sleep Satisfaction Trial (RESST).  Sleep 29 Abstract Supplement: A250, June 2006.

461.  Staner L, Muscat N, Cornette F, Santoro F, Pettersson A, Roth T, Luthringer R:  Sublingual Zolpidem Compared to Oral Zolpidem in the Post-Nap Sleep Model of Insomnia.  Sleep 29 Abstract Supplement: A254, June 2006.

462.  Scharf M, Roth T, Walsh JK, Landin R, Farber R:  Efficacy of Indiplon During the First Treatment Night in Studies of Primary Insomnia.  Sleep 29 Abstract Supplement: A255, June 2006.

463.  Jefferson C, Roth T, Roehrs T, Drake C:  Correlates of Sleep Estimates in Insomniacs and Controls.  Sleep 29 Abstract Supplement: A259, June 2006.

464.  Watson KS, Koch H, Roth T, Richardson GS:  Dexamethasone Attenuates Effects of Sleep Deprivation on Alertness in Primary Insomnia.  Sleep 29 Abstract Supplement: A266, June 2006.

465.  McClure TK, Linn S, Watson KS, Roth T, Richardson GS:  Primary Insomnia With Hyperarousal is Associated With a History of Childhood Stress.  Sleep 29 Abstract Supplement: A267, June 2006.

466.  Scofield H, Roth T, Drake C:  Presence of Sleep/Wake Symptoms in Periodic Leg Movement Disorders.  Sleep 29 Abstract Supplement: A290, June 2006.

467.  Walsh JK, Randazzo AC, Stone K, Dickey P, Feren S, Eisenstein RD, Kajy S, Roth T, Schweitzer PK:  Slow Wave Sleep Enhancement Promotes Sustained Attention Independently From Alertness.  Sleep 29 Abstract Supplement: A364, June 2006.

468.  Schweitzer P, Czeisler C, Dinges D, Roth T, Walsh J:  Individual Differences in Alertness and Performance at Night in Patients With Shift-Work Sleep Disorder.  Sleep 30 Abstract Supplement: A50, June 2007.

469.  Schweitzer P, Griffin K, Roth T, Walsh J:  Intraindividual Decrements in Sleepiness and Performance Following Sleep Restriction are Unrelated.  Sleep 30 Abstract Supplement: A122, June 2007.

470.  Drake C, Scofield H, Jefferson C, Roehrs T, Breslau N, Johnson E, Myers E, Roth T:  MSLT Defined Sleepiness Predicts Verified Automotive Crashes in the General Population.  Sleep 30 Abstract Supplement: A131, June 2007.

471.  Harsh J, Bogan R, Roth T:  Modafinil Improves Patients' Ability to Sustain Wakefulness in Everyday Situations:  An Analysis of Responses to the Individual Questions of the Epworth Sleepiness Scale.  Sleep 30 Abstract Supplement: A171, June 2007.

472.  Kleinman L, Roth T, Buysse D, Kalsekar A, Harding G, Lichstein K, Revicki D:  Patient-Reported Outcomes (PROS) in Insomnia:  An Endpoint Model.  Sleep 30 Abstract Supplement: A231, June 2007.

473.  Anderson D, Roth T, Zheng Y, Vandormael K, Smith A, Li M, Digravio D:  Efficacy and tolerability of Gaboxadol in Adults With Primary Insomnia:  A 3-Month, Randomized, Double-Blind, Placebo-Controlled Trial.  Sleep 30 Abstract Supplement: A234, June 2007.

474.  Hull S, Roth T, Scharf M, Lankford A, Rosenberg R, Rosenthal M, Singh N, Maguire Y:  Dose-Response Effects of Sublingual Transmucosal Zolpidem 3.5mg And 1.75mg in Middle-Of-The-Night (MOTN) Insomnia.  Sleep 30 Abstract Supplement: A240, June 2007.

475.  Erman M, Krystal A, Zammit G, Soubrane C, Roth T:  Long-Term Efficacy of Zolpidem Extended-Release in the Treatment of Sleep Maintenance and Sleep Onset Insomnia with Improvements in Next-Day Functioning.  Sleep 30 Abstract Supplement: A241, June 2007.

476.  Roth T, Scharf M, Hull S, Lankford A, Rosenberg R, Rosenthal M, Maguire Y, Singh N:  Efficacy And Safety of Sublingual Transmucosal Zolpidem 3.5mg And 1.75mg In The Middle-Of-The-Night (MOTN) Insomnia.  Sleep 30 Abstract Supplement: A241, June 2007.

477.  Erman M, Krystal A, Zammit G, Soubrane C, Roth T:  No Evidence of Rebound Insomnia in Patients With Chronic Insomnia Treated With Zolpidem Extended-Release 12.5mg Administered "As Needed" 3-7 Nights/Week for 6 Months.  Sleep 30 Abstract Supplement: A241, June 2007.

478.  Schaefer K, McCall W, Krystal A, Rubens R, Wilson P, Pfleeger K, Roth T:  Relative Effect Sizes of Eszopiclone Treatment for Insomnia in Patients With Primary Insomnia and Insomnia Co-Morbid With Major Depressive Disorder, Generalized Anxiety Disorder, Perimenopausal Transition or Rheumatoid Arthritis.  Sleep 30 Abstract Supplement: A243, June 2007.

479.  Krystal A, Fava M, Pollack M, Rubens R, Schaefer K, Amato D, Roth T:  Sleep Outcomes Following Eszopiclone Discontinuation in Patients With Primary Insomnia and Insomnia Co-Existing With Major Depressive Disorder or Generalized Anxiety Disorder.  Sleep 30 Abstract Supplement: A245, June 2007.

480.  Morin C, Schaefer K, Roach J, Pfleeger K, McCall W, Roth T:  Baseline Sleep Impairment As Assessed by the Insomnia Severity Index in Patients With Primary Insomnia and Insomnia Co-Morbid With Psychiatric or Other Physical Disorders.  Sleep 30 Abstract Supplement: A245, June 2007.

481.  Roth T, Wilson P, Schaefer K. Rubens R, Walsh J, Krystal A:  Baseline Insomnia Severity in Patients With Primary Insomnia and Insomnia Co-Morbid With Major Depressive Disorder, Generalized Anxiety Disorder, Perimenopausal Transition Or Rheumatoid Arthritis.  Sleep 30 Abstract Supplement: A247, June 2007.

482.  Rubens R, Wilson P, Schaefer K, McCall W, Roth T:  Changes in Sleep Outcomes With Placebo Treatment in Patients With Primary Insomnia and Insomnia Co-Morbid With Peri-Menopausal Transition or Rheumatoid Arthritis.  Sleep 30 Abstract Supplement: A247, June 2007.

483.   McClure T, Drake C, Roth T:  Work Productivity in Insomnia.  Sleep 30 Abstract Supplement: A251, June 2007.

484.   Lankford A, Hull S, Scharf M, Schwartz H, Seiden D, Jochelson P, Rogowski R, Roth T, Group S: Efficacy and Safety of Doxepin 3 and 6mg in Adults With Primary Insomnia.  Sleep 30 Abstract Supplement: A256, June 2007.

485.   Drake C, Roehrs T, Schwartz J, Scofield H, Roth T:  Degree and Associations of Sleepiness in Insomniacs and Controls.  Sleep 30 Abstract Supplement: A263, June 2007.

486.   Birznieks G, Scott C, Baroldi P, Polymeropoulos M, Roth T:  Melatonin Agonist VEC-162 Improves Sleep Onset and Maintenance in a Model of Transient Insomnia.  Sleep 30 Abstract Supplement: A264, June 2007.

487.   Schwartz H, Hull S, Seiden D, Rogowski R, Jochelson P, Peterson G, Ludington E, Durrence H, Roth T:  Efficacy and Safety of Doxepin 6mg in a Model of Transient Insomnia.  Sleep 30 Abstract Supplement: A266, June 2007.

488.   Watson K, McClure T, Linn S, Roth T, Richardson G:  ACTH and Cortisol Responses to DEX/CRH in Primary Insomnia.  Sleep 30 Abstract Supplement: A273, June 2007.

489.   Burger A, Stout R, Gillis M, Burduvali E, Lumley M, Roehrs T, Roth T:  Unique REM Rebound Following Sleep Restriction in Fibromyalgia Patients is Not Related To a Prior History of Depression. Sleep 30 Abstract Supplement: A322, June 2007.

490.   Stout R, Burger A, Villareal A, Gillis M, Lumley M, Roehrs T, Roth T:  Objective Sleepiness Following Sleep Restriction in Rheumatoid Arthritis and Fibromyalgia.  Sleep 30 Abstract Supplement: A323, June 2007.

491.   Hyde M, Roehrs T, Greenwald M, Roth T:  Post-Surgical Analgesia Predicted by Pre-Surgical Self Reported Sleep.  Sleep 30 Abstract Supplement: A327, June 2007.

492.   Pollack M, Rubens R, Amato D, Schaefer K, Pfleeger K, Hayduck R, Roth T:  Effects of Eszopiclone Co-Therapy With Escitalopram on Measures of Anxiety and Mood Outcomes in Patients With Insomnia and Comorbid Generalized Anxiety Disorder.  Sleep 30 Abstract Supplement: A330, June 2007.

493.   McCall W, Schaefer K, Rubens R, Huang H, Pfleeger K, Hayduk R, Roth T:  Effects Of Eszopiclone Co-Therapy With Escitalopram On Sleep Outcomes In Patients With Insomnia And Comorbid Generalized Anxiety Disorder.  Sleep 30 Abstract Supplement: A330, June 2007.

494.   Amato D, McCall W, Roth T, Schaefer K, Rubens R, Wilson P, Walsh J:  A Comparison of Nightly and Weekly Patient Reports of Sleep by Insomniacs Using Integrated Voice Response System (IVRS). Sleep 30 Abstract Supplement: A344, June 2007.

495.   Linn S, McClure T, Monaghan K, Bluhm D, Watson K, Roth T, Richardson G:  Association of Serotonin Transporter (5HTT) Gene Polymorphism With Amount of Slow-Wave Sleep in Human Subjects.  Sleep 30 Abstract Supplement: A365, June 2007.

496.   Gumenyuk V, Robinson S, Jefferson C, Roth T, Barkley GL, Tepley N, Drake C:  Brain Micro-Changes during the Transition to Sleep:  Evidence from Magnetoencephalographic (MEG) Localization of Differences between 8-11Hz and 12-15Hz Frequency.  Sleep 31 Abstract Supplement: A12, 2008.

497.  Roehrs T, Harris E, Hyde M, Roth T:  Codeine Effects in Sleepy Versus Alert Healthy Normals.  Sleep 31 Abstract Supplement:  A33, 2008.

498.  Randall S, Maan R, Roehrs T, Roth T:  Pre-Sleep Salivary Cortisol Levels in Insomniacs Using Zolpidem Long-Term.  Sleep 31 Abstract Supplement:  A37, 2008.

499.  Roth T, Lankford A, Accomando WP, Sprenger KJ, Aneiro L:  Sleep Onset and Maintenance in Patients with Chronic Insomnia Treated with Adipiplon in a Cross-Over Study.  Sleep 31 Abstract Supplement:  A40, 2008.

500.  Rosenberg R, Seiden DJ, Hull SG, Erman M, Schwartz H, Anderson C, Prosser W, Sanchez M, Chuang E, Roth T:  APD125, a Selective Serotonin 5-HT2A Receptor Inverse Agonist, Significantly Improves the Key Parameters of Sleep Maintenance in Patients with Primary Insomnia.  Sleep 31 Abstract Supplement:  A224, 2008.

501.  Mayleben D, Lankford A, Pitman V, Clark DJ, Werth J, Stern T, Roth T:  A Non-Interventional Study to Objectively Validate Non-Restorative Sleep as a Component of Insomnia Distinct from Difficulty Initiating or Maintaining Sleep.  Sleep 31 Abstract Supplement:  A230, 2008.

502.  Roth T, Durrence H, Gotfried M, Hull S, Corser B, Scharf M, Orr W, Buddharaju V, Schwartz H, Jochelson P:  Efficacy and Safety of Doxepin 1 and 3 mg in a 3-Month Trial of Elderly Adults with Chronic Primary Insomnia.  Sleep 31 Abstract Supplement:  A230, 2008.

503.  Friedman NP, Roth T, Wright KP, Drake CL:  Sleep Reactivity to Stress and Insomnia: Genetic and Environmental Contributions.  Sleep 31 Abstract Supplement:  A231, 2008.

504.  Linn S, McClure TK, Monaghan K, Bluhm D, Roth T, Richardson G:  Serotonin Transporter (5HTT) Gene Polymorphisms and Risk of Primary Insomnia.  Sleep 31 Abstract Supplement:  A233, 2008.

505.  Roth T, Krystal AD, Maguire Y, Singh N, Maytom M:  Pharmacokinetics of the Sublingual Zolpidem Tartrate 3.5 mg Lozenge Compared to the Oral Zolpidem Tartrate 10 mg Tablet.  Sleep 31 Abstract Supplement:  A235, 2008.

506.  Chhangani B, Roehrs T, Cruz N, Roth T:  Effects of Ethanol on Sleep in Insomniacs: An Analysis by Halves of the Night.  Sleep 31 Abstract Supplement:  A246, 2008.

507.  Lankford A, Segal S, Borders J, Anderson D, Durrence H, Rogowski R, Ludington E, Roth T:  Efficacy and Safety of Doxepin 6 mg in a 4-Week Outpatient Trial of Elderly Adults With Primary Insomnia.  Sleep 31 Abstract Supplement:  A256, 2008.

508.  Lankford A, Krystal A, Durrence H, Jochelson P, Rogowski R, Kittrelle J, Roth T:  Doxepin 3 and 6 mg in a 35-Day Trial of Adults with Primary Insomnia: Effects Following Discontinuation.  Sleep 31 Abstract Supplement:  A256, 2008.

509.  Krystal A, Lankford A, Durrence H, Jochelson P, Rogowski R, Kittrelle J, Roth T:  Efficacy of Doxepin 3 and 6 mg on Early Morning Awakenings in Adults with Primary Insomnia.  Sleep 31 Abstract Supplement:  A257, 2008.

510.  Ancoli-Israel S, Krystal A, Durrence H, Jochelson P, Rogowski R, Roth T:  Consistency of Symptom Improvement in Elderly Adults with Chronic Insomnia Treated with Doxepin 1,3, and 6 mg.  Sleep 31 Abstract Supplement:  A257, 2008.

511.    Stroe AF, Roth T, Jefferson C, Gajos K, Hudgel DW, Drake C:  Excessive Sleepiness Predicted by Specific Medical Disorders and Depression: A Population-Based Study.  Sleep 31 Abstract Supplement:   A298, 2008.

512.    Harris E, Roehrs T, Hyde M, Roth T: Pain Sensitivity in Sleepy Versus Alert Healthy Normals.  Sleep 31 Abstract Supplement:   A300, 2008.

513.    Vernon MK, O'Quinn S, McQuarrie K, Norquist JM, Dinges D, Roth T, Herring W, Brodovicz K: Development of a Excessive Sleepiness Diary.  Sleep 31 Abstract Supplement:   A308, 2008.

514.    Fava M, Asnis G, Shrivastava R, Lydiard RB, Bastani B, Sheehan D, Roth T:  Improved Insomnia Symptoms and Daily Functioning in Patients with Comorbid Major Depressive Disorder and Insomnia Following Zolpidem Extended-Release 12.5 mg and Escitalopram Co-Treatment.  Sleep 31 Abstract Supplement:   A324, 2008.

515.    Sheehan D, Asnis G, Shrivastava R, Lydiard RB, Bastani B, Roth T, Fava M:  Zolpidem Extended-Release 12.5 mg Co-Administered with Escitalopram Improves Insomnia Symptoms and Next-Day Functioning in Generalized Anxiety Disorder Comorbid with Chronic Insomnia.  Sleep 31 Abstract Supplement:   A325, 2008.

516.    Gumenyuk V, Spear L, Jefferson C, La-Rose C, Roth T, Korzyukov O, Drake C:  Armodafinil Improves Brain Activity Related to Sensory Memory and Pre-Attentive Novelty Detection in Patients with Shift Work Disorder.  Sleep 32 Abstract Supplement:  A5, 2009.

517.    Drake C, Gumenyuk V, Jefferson C, La-Rose C, Spear L, Kick A, Roth T: Armodafinil in Shift Work Disorder: Normalization of the MSLT.  Sleep 32 Abstract Supplement:  A34, 2009.

518.    Randall S, Roehrs T, Maan R, Roth T:  Chronic Hypnotic Use: Risk of Rebound Insomnia.  Sleep 32 Abstract Supplement:  A34, 2009.

519.    Randall S, Roehrs T, Maan R, Roth T:  Chronic Hypnotic Use:  Its Abuse Liability.  Sleep 32 Abstract Supplement:  A34-A35, 2009.

520.    Diederichs C, Roehrs T, Hyde M, Greenwald M, Roth T:  Post Surgery Patient Controlled Analgesia in Smokers and Non Smokers.  Sleep 32 Abstract Supplement:   A41-A42, 2009.

521.    Wright KP, Dinges DF, Roth T, Walsh JK, Czeisler CA:  Circadian Phase in Patients with Shift-Work Disorder (SWD): Influence on Nighttime Sleepiness, Performance and Daytime Sleep.  Sleep 32 Abstract Supplement:  A46, 2009.

522.    Zee P, Wang-Weigand S, Ogrinc F, Roth T:  The Use of Ramelteon to Advance Sleep Timing and Melatonin Phase in Delayed Sleep Phase Disorder.  Sleep 32 Abstract Supplement:  A48-A49, 2009.

523.    Rosenberg R, Bogan RK, Yang R, Tiller J, Youakim JM, Roth T:  Sleep Characteristics in Subjects Recruited for a Jet Lag Study.  Sleep 32 Abstract Supplement:   A51, 2009.

524.    Bogan R, Tiller J, Yang R, Youakim J, Roth T:  Armodafinil for Excessive Sleepiness Associated with Jet Lag Disorder.  Sleep 32 Abstract Supplement:   A52, 2009.

525.    Hirshkowitz M, Lankford A, Roth T, Yang R, Rippon GA:  Adjunctive Armodafinil Improves Wakefulness Throughout the Day in CPAP-Treated Patients With Excessive Sleepiness Associated with Obstructive Sleep Apnea.  Sleep 32 Abstract Supplement:   A194-A195, 2009.

526.    Roth T, Harsh J, Walsh J, Rosenberg R, Yang R, Rippon G:  Armodafinil Improves Wakefulness Throughout the Day in Patients with Excessive Sleepiness Associated with Narcolepsy.  Sleep 32 Abstract Supplement:  A245, 2009.

527.    Richardson GS, Renier K, Kristin M, Shapiro L, Roth T:  CRH Type 1 Receptor (CRHR1) Polymorphisms and Risk for Primary Insomnia.  Sleep 32 Abstract Supplement:  A253, 2009.

528.    Friedman NP, Roth T, Wright KP, Drake CL:  Genetic and Environmental Relations Between Insomnia and Intrusive Thinking: The Contribution of Sleep Reactivity to Stress.  Sleep 32 Abstract Supplement:  A255, 2009.

529.    Kessler RC, Coulouvrat C, Hajak G, Roth T, Shillington AC, Walsh JK, Vita AJ:  American Insomnia Survey: Methodology.  Sleep 32 Abstract Supplement:  A265-A266, 2009.

530.    Morin C, Krystal A, McCall V, Schaefer K, Claus R, Wilson A, Friedman M, Roth T, Ancoli-Israel S:  A Responder Analysis Using the Insomnia Severity Index in Older Adults Treated for 12 Weeks with Eszopiclone 2 MG or Placebo.  Sleep 32 Abstract Supplement:  A-266-A267, 2009.

531.    Krystal A, Cooper J, Schaefer K, Friedman M, Roth T:  Weight Changes in Patients with Primary Insomnia Following Long-Term Eszopiclone Treatment.  Sleep 32 Abstract Supplement:  A280-A281, 2009.

532.    Roth T, Rosenberg R, Seiden D, Singh N, Steinberg F, Sakai S, Krystal A:  As-Needed Treatment of Insomnia Following MOTN Awakening:  Clinical Efficacy of Low-Dose Zolpidem Tartrate Sublingual Lozenge.  Sleep 32 Abstract Supplement:  A282, 2009.

533.    Rosenberg R, Roehrs T, Singh N, Steinberg F, Roth T:  Absence of Rebound Effects with Low-Dose Zolpidem Tartrate Sublingual Lozenge 3.5 MG (ZSL) PRN Use: Preliminary Analysis.  Sleep 32 Abstract Supplement:  A282-A283, 2009.

534.    Randall S, Maan R, Drake C, Roehrs T, Roth T:  Elevated MSLTs in Insomniacs Compared to Population Controls.  Sleep 32 Abstract Supplement:  A283, 2009.

535.    Diederichs C, Roehrs T, Stout R, Burger A, Lumley M, Roth T:  Sleepiness and Fatigue in Fibromyalgia and Rheumatoid Arthritis Patients.  Sleep 32 Abstract Supplement:  A336, 2009.

536.    Kleinman L, Harding G, Van Brunt DL, Sarsour K, Kalsekar A, Lichstein KL, Buysse DJ, Roth T:  Psychometric Validation of the Assessment of Sleep Questionnaire.  Sleep 32 Abstract Supplement:  A369-A370, 2009.

537.    Kleinman L, Harding G, Van Brunt DL, Sarsour K, Kalsekar A, Lichstein KL, Buysse DJ, Roth T:  Psychometric Validation of the Daytime Consequences of Insomnia Questionnaire.  Sleep 32 Abstract Supplement:  A371, 2009.

538.    Harris E, Roehrs T, Hyde M, Roth T:  Extended Sleep in Sleepy Normals is Analgesic.  Sleep 32 Abstract Supplement:  A410, 2009.

539.    Harris E, Roehrs T, Hyde M, Roth T:  A Four-Night Sleep Extension Normalizes MSLT in Sleepy Normals.  Sleep 32 Abstract Supplement:  A410-A411, 2009.

540.    Drake C, Jefferson C, Kick A, Roth T:  The Effects of Caffeine Given 0, 3, or 6 Hours Before Bed on Objective Sleep Parameters Measured in the Home.  Sleep 33 Abstract Supplement:  A107, 2010.

541.    Drake C, Gumenyuk V, Jefferson C, Kick A, Coaker M, Roth T:  Extending Time in Bed in Short Sleepers: Effects on Objective Sleep Parameters Measured in the Home.  Sleep 33 Abstract Supplement:  A113, 2010.

542.    Khalid I, Roehrs T, Li SM, Cruz N, Hudgel D, Roth T:  CPAP in Severe Obstructive Sleep Apnea Reduces Pain Sensitivity.  Sleep 33 Abstract Supplement: A170-A171, 2010.

543.    Gumenyuk V, Roth T, Spear L, Jefferson C, Kick A, Drake C:  Impairment of Neurophysiological Markers of Attention Captured in Shift Work Disorder Patients: Effects of Armodafinil.  Sleep 33 Abstract Supplement:  A184, 2010.

544.    Walsh JK, Coulouvrat C, Kessler RC, Sampson N, Hajak G, Roth T:  Impairment and Disability Associated with Insomnia Diagnosed by DSM-IV, RDC and ICD Criteria and Associated with Insomnia Symptoms: Results from the American Insomnia Survey.  Sleep 33 Abstract Supplement: A192, 2010.

545.    Richardson GS, Cassidy-Bushrow A, Roth T:  Correlation Between Urine Norepinephrine and Cortisol in Insomnia:  Evidence for Central Dysregulation.  Sleep 33 Abstract Supplement: A195-A196, 2010.

546.    Herring WJ, Budd KS, Hutzelmann J, Snyder E, Snavely D, Liu K, Lines C, Michelson D, Roth T: Efficacy and Tolerability of the Dual Orexin Receptor Antagonist MK-4305 in Patients with Primary Insomnia:  Randomized, Controlled, Adaptive Crossover Polysomnography Study.  Sleep 33 Abstract Supplement:  A199, 2010.

547.    Randall S, Roehrs T, Harris E, Maan R, Roth T:  Twelve Months of Nightly Zolpidem Does Not Enhance the Likelihood of Rebound Insomnia:  A Prospective Placebo Controlled Study.  Sleep 33 Abstract Supplement:  A199-A200, 2010.

548.    Roehrs T, Randall S, Harris E, Maan R, Roth T:  Twelve Months of Nightly Zolpidem Does Not Lead to Dose Escalation:  A Prospective Placebo Controlled Study.  Sleep 33 Abstract Supplement:  A200, 2010.

549.    Roth T, Kessler RC, Hajak G, Coulouvrat C, Walsh JK:  Prevalence and Risk Factors for Insomnia Symptoms and Diagnoses.  Sleep 33 Abstract Supplement:  A202, 2010.

550.    Randall S, Roehrs T, Harris E, Maan R, Roth T:  Chronic Use of Zolpidem is not Associated with Loss of Efficacy.  Sleep 33 Abstract Supplement:  A221, 2010.

551.    Herring WJ, Hutzelmann J, Liu K, Ceesay P, Snavely D, Snyder E, Michelson D, Dinges DF, Roth T: Alerting and Performance Effects of the Histamine Inverse Agonist MK-0249 in Obstructive Sleep Apnea Patients on CPAP With Excessive Daytime Sleepiness:  A Randomized, Controlled, Adaptive Crossover Study.  Sleep 33 Abstract Supplement:  A272, 2010.

552.    Gumenyuk V, Roth T, Jefferson C, Drake C:  Electrophysiological Evidence of Impact on Auditory Pre-Attentive Brain Mechanism in Habitual Short Sleepers: Study I.  Sleep, 34, Abstract Supplement: A82-A83, 2011.

553.    Gumenyuk V, Roth T, Jefferson C, Drake C:  Electrophysiological Evidence of Improvement of the Brain Mechanism of Auditory Pre-Attentive Processing in Habitual Short Sleepers After Sleep Extension:  Study II.  Sleep, 34, Abstract Supplement:  A99, 2011.

554.    Drake C., Gumenyuk V, Jefferson C, Roth T:  Circadian Phase Differences in Patients with Shift Work Disorder Relative to Asymptomatic Shift Workers.  Sleep, 34, Abstract Supplement:  A164, 2011.

555.  Mamedov O, Roth T, Jefferson C, Drake C:  Cortisol Responsivity to a Cold Pressor Challenge in Insomniacs.  Sleep, 34, Abstract Supplement:  A170, 2011.

556.  Roehrs T, Randall S, Harris E, Maan R, Roth T:  MSLT and Total Sleep Time in Primary Insomniacs. Sleep, 34, Abstract Supplement:  A170, 2011.

557.  Dasgupta R, Randall S, Roehrs E, Harris E, Maan R, Roth T:  Greater Total Sleep Time is Associated with Lower Pre-Sleep Salivary Cortisol During Chronic Zolpidem Use.  Sleep, 34, Abstract Supplement:  A174, 2011.

558.  Lankford A, Krystal AD, Dorsey B, Rogowski R, Ludington E, Durrence H, Davis CS, Roth T:  Patient-Reported Symptom Improvement in Sleep Maintenance Endpoints in Adult and Elderly Patients with Insomnia Treated with Doxepin 3 and 6 MG.  Sleep, 34, Abstract Supplement:  A175, 2011.

559.  Roehrs T, Randall S, Harris E, Maan R, Roth T:  Twelve Months of Nightly Zolpidem does not Produce Withdrawal Symptoms on Drug Discontinuation: A Prospective Placebo Controlled Study. Sleep, 34, Abstract Supplement:  A178, 2011.

560.  Krystal AD, Lankford A, Dorsey B, Rogowski R, Ludington E, Durrence H, Roth T:  Improvement in Sleep Maintenance and Early Morning Awakenings in Adult and Elderly Patients with Insomnia Treated with Doxepin 3 and 6 MG. Sleep, 34, Abstract Supplement:  A182, 2011.

561.  Randall S, Roehrs T, Harris E, Maan R, Roth T:  Individual Differences in the Likelihood of Rebound Insomnia. Sleep, 34, Abstract Supplement:  A182, 2011.

562.  Davuluri S, Drake C, Roth T:  Identification of Natural Short Sleepers Based on Bout Length Data Obtained from Polysomnography. Sleep, 34, Abstract Supplement:  A264, 2011.

563.  Norquist J, Liao J, Dinges DF, Roth T, Herring WJ, Brodovicz K:  Validation of an Excessive Sleepiness Diary (ESD). Sleep, 34, Abstract Supplement: A328, 2011.

564.  Ontiveros CS, Kappler JA, Clark DF, Thorpy MJ, Roth T:  Sleep/Wake Medicine Among Self-Identified Sleep Specialists and Primary Care Providers: Gaps in Knowledge and the Effectiveness of Continuing Education. Sleep, 34, Abstract Supplement: A336, 2011.

565.  Roth T:  New Directions in Insomnia Therapeutics. International Journal of Psychiatry in Clinical Practice, 15, 11-11, 2011.

566.  Roth T, Berglund P, Shahly V, Shillington AC, Stephenson JJ, Cooke D, Singh N, Kessler R:  The Nature and Prevalence of Middle-of-the-Night use of Prescription Hypnotics.  Sleep Medicine 12, Suppl. 1, S6, 2011.

567.  Vermeeren A, Leufkens TRM, VanLeeuwen C, VanOers A, Vuurman E, Singh NN, Steinberg F, Rico S, Laska E, Roth T:  Effect of Middle-of-the-Night Doses of Zolpidem Sublingual Tablet 3.5 MG on Next-Morning Driving Performance. Sleep Medicine 12, Suppl. 1, S7, 2011.

568.  Wilson FJ, Resnick EM, Freeman J, Pitman V, Bhadra P, Roth T:  Effect of Pregabalin on Quantitative Electroencephalography (QEEG) During Non-REM Sleep in Patients with Fibromyalgia and Sleep Maintenance Difficulties.  Sleep Medicine 12, Suppl. 1, S22, 2011.

569.  Roth T, Singh NN, Steinbert FJ, Rosenberg R, Krystal A:  Absence of Tolerance, Dependence Potential, and Rebound during PRN Treatment of Middle-of-the-Night Awakening with Zolpidem Tartrate Sublingual Tablet 3.5 MG.  Sleep Medicine 12, Suppl. 1, S58, 2011.

570.    Roth T, Cooke D, Singh NN:  Treatment of Middle-Of-The-Night Insomnia: Current Medical Practice. Sleep Medicine 12, Suppl.1, S66, 2011.

571.    Resnick EM, Lankford DA, Bhadra P, Whalen E, Roth T:  Objective and Subjective Benefits of Pregabalin on Measures of Sleep and Pain in Patients with Fibromyalgia and Sleep Maintenance Disturbance.  Sleep Medicine 12, Suppl. 1, S92, 2011.

572.    Gumenyuk V, Roth T, Korzyukov O, Drake C:  Sleep Extension Normalizes Waking Auditory Sensory Gating in Short Sleepers. Sleep, Volume 35, Abstract Supplement: A99, 2012.

573.    Babajani-Feremi A, Gumenyuk V, Roth T, Drake C, Soltanian-Zadeh H:  Brain Connectivity Analysis to Study Chronic Short Sleep. Sleep, Volume 35, Abstract Supplement: A114, 2012.

574.    Koshorek J, Roth T, Eklov S, Kluck S, Drake C:  Dose-Related Effects of Caffeine: Sensitivity of a Portable Sleep Monitoring Device. Sleep, Volume 35, Abstract Supplement: A129, 2012.

575.    Roehrs T, Randall S, Roth T:  Daytime Urinary Norepinepherine Levels in Hyperaroused Insomniacs. Sleep, Volume 35, Abstract Supplement: A213, 2012.

576.    Kessler RC, Berglund P, Shahly V, Shillington AC, Stephenson JJ, Roth T:  A Population-Based Study of the Nature and Prevalence of Off-Label MOTN Use of Prescription Hypnotics.  Sleep, Volume 35, Abstract Supplement: A216-A217, 2012.

577.    Herring WJ, Snyder E, Paradis E, Liu M, Snavely D, Roth T, Michelson D:  Long Term Safety and Efficacy of Suvorexant in Patients with Primary Insomnia.  Sleep, Volume 35, Abstract Supplement: A217, 2012.

578.    Friedman H, Navon N, Koshorek G, Reinberg R, Roth T:  Double Blind, Polysomnographic, Two-Way Crossover Study with a Gastric Retentive Accordion-Pill Zaleplon, in Subjects with Insomnia.  Sleep, Volume 35, Abstract Supplement: A218, 2012.

579.    Roehrs T, Randall S, Roth T:  Chronic Hypnotic Self-Administration and Hyperarousal in Insomnia. Sleep, Volume 35, Abstract Supplement: A219, 2012.

580.    Randall S, Roehrs T, Roth T: Chronic Zolpidem: Correlation of Subjective and Objective Efficacy Measures and Daytime Function.  Sleep, Volume 35, Abstract Supplement: A219, 2012.

581.    Randall S, Roehrs T, Roth T: Age Effects on Zolpidem Efficacy. Sleep, Volume 35, Abstract Supplement: A220, 2012.

582.    Herring WJ, Ma J, Snyder E, Svetnik V, Hutzelmann J, Liu K, Lines C, Roth T, Michelson D:  EEG Power Spectral Profile of the Orexin Receptor Antagonist Suvorexant (MK-4305) in Patients with Primary Insomnia and in Healthy Subjects.  Sleep, Volume 35, Abstract Supplement: A222, 2012.

583.    Krystal AD, Roth T, Pong A, Stet L, Ivgy-May N:  Efficacy and Safety of Esmirtazapine in Elderly Patients with Primary Insomnia in a 2-Week Sleep Laboratory Trial. Sleep, Volume 35, Abstract Supplement: A222, 2012.

584.    Ivgy-May N, Roth T, Amari N, Pathiraja K, Walsh JK:  Efficacy and Safety of Esmirtazapine in Non-Elderly Adult Patients with Primary Insomnia: A 2-Week Outpatient Trial. Sleep, Volume 35, Abstract Supplement: A222-A223, 2012.

585. Ivgy-May N, Amari N, Pathiraja K, Rowe E, Roth T:  Efficacy and Safety of Esmirtazapine in a Six-Week Sleep Laboratory in Patients with Primary Insomnia. Sleep, Volume 35, Abstract Supplement: A224, 2012.

586. Ruwe F, Ivgy-May N, IJzerman-Boon P, Roth T, Zammit G:  A Phase II Randomized, 4-Way Cross-Over, Double-Blind, Placebo-Controlled, Multicenter Dose-Finding Trial with Esmirtazapine in Patients with Primary Insomnia. Sleep, Volume 35, Abstract Supplement: A224, 2012.

587. Roth T, Hull SG, Singh NN, Steinberg F, Krystal AD: Gender Effects of 1.75 mg and 3.5 mg Zolpidem Tartrate Sublingual Tablets Formulated with a Carbonate-Bicarbonate Buffer on Sleep Onset Following Middle-Of-The-Night Awakening and On Next-Day Residual Effects. Sleep, Volume 35, Abstract Supplement: A225-A226, 2012.

588. Baleeiro T, Horoszok L, D'Aniello F, Staner L, Lindauer A, Santos B, Gropper S, Roth T, Guglietta A: Objective and Subjective Dose Effects of Lorediplon and Zolpidem in a Phase Advance Model of Insomnia. Sleep, Volume 35, Abstract Supplement: A227, 2012.

589. Drake C, Koshorek J, Gable M, Rojas A, Roth T: Cortisol Responsivity in Individuals Vulnerable to Insomnia. Sleep, Volume 35, Abstract Supplement: A239, 2012.

590. Mansoor E, Koshorek J, Roth T, Seto J, Drake C:  Hypertension Prevalence and Severity in Relation to Insomnia Symptom Pattern. Sleep, Volume 35, Abstract Supplement: A241-A242, 2012.

591. Andlauer O, Moore HE, Han F, Hong S, Plazzi G, Haffen E, Roth T, Young T, Mignot E:  Short REM Latency as a Screening Tool for Narcolepsy. Sleep, Volume 35, Abstract Supplement: A269, 2012.

592. Roth T, Bhadra P, Pitman V, Roehrs T, Resnick M:  Disturbed Sleep in Patients with Fibromyalgia Compared with Insomnia or with Healthy Normal Subjects. Sleep, Volume 35, Abstract Supplement: A301, 2012.

593. Johnson M, Roth T:  CME on Excessive Sleepiness and Sleep-Wake Disorders can Address Gaps in Clinical Knowledge and Competence. Sleep, Volume 35, Abstract Supplement: A443, 2012.

594. Cheung CW, van Seyen M, Olivier B, Roth T, Verster JC:  Methylphenidate Significantly Reduces Lapses of Attention During On-Road Highway Driving and Improves Vehicle Control (SDLP). Supplement to Journal of Psychopharmacology, Volume 26, Supplement to Issue 8, A73, 2012.

595. Herring WJ, Ma JS, Snyder E, Svetnik V, Hutzelmann J, Liu K, Lines C, Roth T, Michelson D: Power Spectral Profile of the Orexin Receptor Antagonist Suvorexant (MK-4305) in Primary Insomnia Patients and Healthy-Subjects. Biological Psychiatry 71(8): 297S-298S, 2012.

596. Ivgy-May N, Leibensperger H, Froman S, Hutzelmann J, Snavely D, Snyder E, Liu K, Walsh J, Roth T, Michelson D, Herring WJ: Efficacy and Safety of Suvorexant, an Orexin Receptor Antagonist, in Patients with Primary Insomnia: a 3-month Phase 3 Trial (Trial #2). Journal of Sleep Research, 21: 351-352, 2012.

597. Nejad-Davarani SP, Gumenyuk V, Drake C, Bagher-Ebadian H, Budaj J, Peltier S, Noll D, Roth T, Chopp M, Jiang Q:  Circuits in the Resting State FMRI Brian Connectivity Network Correlated with MSLT Score, a Study in Night Shift Workers.  Sleep, Volume 36, Abstract Supplement: A103, 2013.

598. Popat C, Parikh N, Bazan L, Roth T: Differences in Automated Computerized Scoring Versus Manual Scoring of Portable Ambulatory Sleep Studies.  Sleep, Volume 36, Abstract Supplement: A126, 2013.

599.   Popat C, Bazan L, Drake C, Roth T:  Clinical and Demographic Characteristics of Patients with REM-Specific and REM-Dominant Obstructive Sleep Apnea.  Sleep, Volume 36, Abstract Supplement: A171, 2013.

600.   Drake C, Howard R, Levin A, Roth T, Gumenyuk V:  Period 3 Polymorphism Predicts Sleepiness and Circadian Phase in Night Workers.  Sleep, Volume 36, Abstract Supplement: A181, 2013.

601.   Howard R, Gumenyuk V, Roth T, Gable M, Drake C:  Armodafinil Improves Creativity Performance on the Remote Associates Test in Night Workers with Shift Work Disorder.  Sleep, Volume 36, Abstract Supplement: A182, 2013.

602.   Parikh N, Howard R, Spear L, Popat C, Moss K, Roth T, Drake C:  Armodafinil Improves Driving Simulator Performance in Night Workers with Shift Work Disorder (SWD). Sleep, Volume 36, Abstract Supplement: A185, 2013.

603.   Howard R, Drake C, Roth T, Gumenyuk V:  Sensitivity of a Brief Questionnaire to Circadian Phase in Night Workers.  Sleep, Volume 36, Abstract Supplement: A188, 2013.

604.   Ivgy-May N, Snavely D, Minigh J, Wu M, Hutzelmann J, Snyder E, Connor KM, Walsh JK, RothT, Herring WJ:  Efficacy of Suvorexant, An Orexin Receptor Antagonist, in Patients with Primary Insomnia: Integrated Results from 2 Smiliarly Designed Phase 3 Trials.  Sleep, Volume 36, Abstract Supplement: A192, 2013.

605.   Gumenyuk V, Howard R, Roth T, Roehrs T, Drake C: Cortical Excitability in Night Workers with Insomnia is Attenuated Following a Night Shift: An ERP Study.  Sleep, Volume 36, Abstract Supplement: A194, 2013.

606.   Mullins H, Mengel H, Roth T, Drake C: Specific Life Evetns as Risk Factors for the Development of Chronic Insomnia: A Prospective Popluation-Based Study.  Sleep, Volume 36, Abstract Supplement: A196-197, 2013.

607.   Drake C, Mullins H, roth T, Alexander G, Mengel H: Sleep Reactivity as a Risk Factor for the Development of Chronic Imsonia and Depression in a Large Community-Based Sample.  Sleep, Volume 36, Abstract Supplement: A197, 2013.

608.   Gumenyuk V, Howard R, Roth T, Roehrs T, Drake C: Insomnia in Shift Work Disorder (SWD) Associated with Cortical Excitability: An ERP Study Prior to a Night Shift.  Sleep, Volume 36, Abstract Supplement: A199, 2013.

609.   Singh NN, Steinberg F, Roth T, Moline M: Factors Determining Ratings of Sleep Quality and Daytime Sleepiness/Alertness Following Treament of Insomnia Characterized by Middle-of-the-Night Awakening.  Sleep, Volume 36, Abstract Supplement: A206, 2013.

610.   Mengel H, Roth T, Roehrs T, Singh M, Drake C:  Famililar Risk of Insomnia is Associated with a Blunted Cortisol Response to Stress.  Sleep, Volume 36, Abstract Supplement: A216, 2013.

611.   Verster J, Eklov S, Drake C, Roth T: The Effects of Benzodiazepine Receptor Agonists on Driving Performance as Assessed by Standard Deviation of Lateral Position.  Sleep, Volume 36, Abstract Supplement: A221, 2013.

612.   Hull SG, Leibowitz MT, Furey SA, Jayawardena S, Roth T:  A Randomized, Double-Blind, Placebo-Controlled, Multicenter, 28-Day, Polysomnographic Study of Gabapetin in Transient Insomnia Induced by Sleep Phase Advance.  Sleep, Volume 36, Abstract Supplement: A221, 2013.

613.   Rosenberg R, Hull SG, Lankford A, Mayleben D, Seiden D, Furey SA, Jayawardena S, Roth T: A Randomized, Double-Blind, Single-Dose, Placebo-Controlled, Multicenter, Polysomnographic Study of Gabapentin in Transient Insomnia Induced by Sleep Phase Advance.  Sleep, Volume 36, Abstract Supplement: A222, 2013.

614.   Conner KM, Matzura-Wolfe D, Zhang Y, Ivgy-May N, Snavely D, Snyder E, Benca R, Roth T, Herring WJ: Safety of Suvorexant, an Orexin Receptor Antagonist, in Patients with Primary Insomnia: Integrated Phase 3 Results.  Sleep, Volume 36, Abstract Supplement: A223, 2013.

615.   Herring WJ, Ivgy-May N, Conner KM, Wu M, Liu K, Snyder E, Snavely D, Walsh JK, Krystal AD, Roth T: Effect of Suvorexant, an Orexin Receptor Antagonist, on Patient-Reported Outcomes in Patients with Primary Insomnia: Integrated Results from Two Phase-3 Trials. Sleep, Volume 36, Abstract Supplement: A223, 2013.

616.   Kohnen R, Roth T, Grieger F, Moran K, Ondo W, Trenkwalder C:  Minimal Clinically Important Improvement in IRLS Total Score in Patients with Restless Legs Syndrome Treated with the Rotgotine Transdermal System.  Sleep, Volume 36, Abstract Supplement: A244-245, 2013.

617.   Roth T, Black J, Dauvilliers Y, Skowronski R, Steininger T: Effect on Sodium Oxybate on Sleep Stage Shifts and Sleep Quality in Patients with Narcolepsy. Sleep, Volume 36, Abstract Supplement: A255, 2013.

618.   Roehrs T, Randall S, Roth T: Increasing Preoperative Sleep Reduces Postoperative Pain and Analgesic Use.  Sleep, Volume 36, Abstract Supplement: A294, 2013.

619.   Roehrs T, Lundahl L, Steinmiller C, Roth T: Marijuana Normalizes Sleep Efficiency in Marijuana Dependent Volunteers. Sleep, Volume 36, Abstract Supplement: A308, 2013.

620.   Roth T, Mengel H, Koshorek G: Hypnotics and the Risk of Falls:  A Review.  Sleep, Volume 36, Abstract Supplement: A429, 2013.

621.   Eklov S, Drake C, Verster J, Roth T: Risk of Automobile Accidents Associated with the Use of Benzodiazepine Receptor Agonists Hypnotics. Sleep, Volume 36, Abstract Supplement: A429, 2013.

622.   Parikh N, Roth T: Sleep Related Eating Disorder and Situational Stress. Sleep, Volume 36, Abstract Supplement: A441, 2013.

623.   Kohnen R, Roth T, Grieger F, Moran K, Ondo W. Determination of the minimal clinically important improvement in irls total score in patients with moderate to severe restless legs syndrome treated with rotigotine transdermal system: A post HOC analysis from a 6-month placebo-controlled european study. Neurology. 2013;80(1).

624.   Ondo W, Roth T, Grieger F, Moran K, Kohnen R. Minimal clinically important improvement in irls total score in patients with restless legs syndrome: A post HOC analysis from a 6-month placebo-controlled us-based study with rotigotine transdermal system. Neurology. 2013;80(1).

625.   Abboud R, Mengel HJ, Roth T, Bazan L. Differential prevalance of OSA comorbidities as a function of age and gender.  Sleep, Volume 37, Abstract Supplement: A446, 2014.

626.   Roth T, Belcher R, Drake CL, Mengel HJ, Koshorek GL, Gable M, Gumenyuk V.  Differential sleep disturbances in two phenotypes of shift work disorder.  Sleep, Volume 37, Abstract Supplement: A468, 2014.

627.    Belcher R, Roth T, Gumenyuk V, Mengel HJ, Philport J, Drake CL. Occupational and neurophysiological deficits in shift work disorder relate to insomnia, not sleepiness.  Sleep, Volume 37, Abstract Supplement: A486, 2014.

628.    Gumenyuk V, Belcher R, Roth T, Bazan L, Larose C, Drake CL.  Attentional brain responses in night shift workers are sensitive to occupational impairment.  Sleep, Volume 37, Abstract Supplement: A487, 2014.

629.    Roehrs T, Roth T.  Effects of gender on zolpidem efficacy and safety.  Sleep, Volume 37, Abstract Supplement: A492, 2014.

630.    Pillai V, Roth T, Mengel HJ, Drake CL.  The interaction between stress and sleep-reactivity: a prospective investigation of the stress-diathesis model of insomnia.  Sleep, Volume 37, Abstract Supplement: A505, 2014.

631.    Gumenyuk V, Belcher R, Drake CL, Spear L, Roth T. Cortical arousal is present in alert insomnias but absent in sleep insomniacs within shift work disorder;  an ERP study.  Sleep, Volume 37, Abstract Supplement: A508, 2014.

632.    Mengel HJ, Pillai V, Roth T, Belcher R, Drake CL.  Moderators and mediators of the relationship between stress and insomnia: stressor chronicity, cognitive intrusion and coping behaviors.  Sleep, Volume 37, Abstract Supplement: A511, 2014.

633.    Drake CL, Mengel HJ, Roth T, Belcher R, Pillai V.  The differential contribution of insomnia symptoms to hypertension.  Sleep, Volume 37, Abstract Supplement: A515, 2014.

634.    Roehrs T, Roth T.  Ethnicity and zolpidem sleep effects in insomnia.  Sleep, Volume 37, Abstract Supplement: A523, 2014.

635.    Roth T, Singh N, Waldron A, Moline M.  Sex influence on sleep architecture following treatment of patients with middle-of-the-night insomnia with buffered sublingual zolpidem or placebo.  Sleep, Volume 37, Abstract Supplement: A524, 2014.

636.    Vargas I, Drake CL, Roth T, Friedman NP. Vulnerability to stress-related sleep disturbance and insomnia:  investigating the link with comorbid depressive symptoms.  Sleep, Volume 37, Abstract Supplement: A528, 2014.

637.    Mengel HJ, Drake CL, Pillai V, Belcher R, Roth T.  Distribtuion and stability of insomnia phenotypes.  Sleep, Volume 37, Abstract Supplement: A557, 2014.

638.    Verster JC, van de Loo AJ, Moline M, Roth T.  Next-morning driving performance after middle-of-the-night administration of hypnotic drugs:  evidence from dutch on-road driving studies.  Sleep, Volume 37, Abstract Supplement: A558, 2014.

639.    Levin AM, Howard R, Derringer JL, Mengel HJ, Datta I, Friedman NP, Roth T, Drake CL.  A multi-phenotype genome-wide association study of insomnia-related sleep traits.  Sleep, Volume 37, Abstract Supplement: A568, 2014.

640.    Belcher R, Roth T, Drake CL, Mengel HJ, Bazan L, Gumenyuk V.  Belcher R, Roth T, Drake CL, Mengel HJ, Gumenyuk V.  Seperated insomnia severity index (ISI) distinguishes two phenotypes of shift work disorder.  Sleep, Volume 37, Abstract Supplement: A586, 2014.

641. Bogan RK, Roth T, Schwartz J, Miloslavsky M, Scharf M. Time to response with sodium oxybate for the treatment of excessive daytime sleepiness (EDS) and cataplexy in patients with narcolepsy. Sleep, Volume 37, Abstract Supplement: A667, 2014.

642. Pillai V, Kalmbach D, Roth T, Drake CL. A seven-day actigraphy based study of sleep disturbance in high trait ruminators. Sleep, Volume 37, Abstract Supplement: A771, 2014.

643. Kalmbach DA, Roth T, Drake CL, Pillai V. Different affect states target distinct actigraphy-based sleep parameters. Sleep, Volume 37, Abstract Supplement: A815, 2014.

644. Verster JC, Bervoets AC, de Klerk S, Vreman RA, Brookhuis KA, Roth T. The impact of alcohol hangover and total sleep time on simulated highway driving. Sleep, Volume 37, Abstract Supplement: A818, 2014.

645. Drake CL, Belcher R, Roehrs TA, Koshorek GL, Roth T. Nocturnal wakebout during predicts daytime sleepiness. Sleep, Volume 37, Abstract Supplement: A1028, 2014.

646. Mamelak M, Swick T, Emsellem H, Montplaisir J, Lai C, Black J. A 12-week, open-label study evaluating sodium oxybate (SXB) in patients with narcolepsy. Ann Neurol. 2014;76(Suppl S18):in press. Abstract 350121.

647. Verster JC, Roth T. Total sleep time, alcohol consumption, and the duration and severity of alcohol hangover. Journal of Psychopharmacology 2014, 28 (supplement to #8): A19.

648. Gordon V C, Bradley P, Bazan L, Mordis C, Roth T, Roehrs TA. Pre Operative Stop Bang Screening Predicts Post Opertive Painand Opioid Use.Sleep Vlume 38, Abstract Supplement A172, 2015.

649. Anderson JR, Fellman-Couture C, Koshorek G, Roehrs TA , Roth T, Arnedt JT, Drake CL, Efficacy of Cognitive Behavioral Therapy For  Insomnia and Sleep Restriction Therapy for Post-Menopausal Insomnia and Comorbid Vasomotor Symptoms. Sleep Vlume 38, Abstract Supplement A230, 2015.

650. Donners AAMT, Cheng P, Verster JC, Roth T, Drake CL, Pillai V, Ciesla JA. Nocturnal rumination as a mediator between sleep disturbance and negative affect. Sleep Medicine 2015, 16 (supplement 1): S247.

651. Donners AAMT, Bury D, Fernstrand AM, Garssen J, Roth T, Verster JC. The association between insomnia and perceived health status. Sleep Medicine 2015, 16 (supplement 1): S191.

652. Fernstrand, AM, Bury D, Garssen J, Roth T, Verster JC. Insomnia and the dietary intake of typotophan and niacin. Pharma Nutrition, 2015.

653. Van de Loo AJAE, Bervoets AC, Mooren L, Garssen J, Roth T, Verster JC. The impact of having a 15-minute break with and without consuming an energy drink on prolonged simulated highway driving. Sleep Medicine, 16 (supplement 1): S201, 2015

654. Verster JC, Fernstrant AM, Bury D, Roth T, Garssen J. The association of sleep quality and insomnia with dietary intake of tryptophan and niacin. Sleep Medicine, 16 (supplement 1): S191, 2015.

655. Van de Loo AJAE, Roth T, Verster JC. Lapses during on road driving: determining a cut-off value for clinically relevant driving impairment. European Neuropsychopharmacology, 25 (Supplement 2): S616-S617, 2015.

656. Roehrs T, Koshorek G, Withrow D, Tancer M, Roth T. How representative are insomnia clinical trials? Sleep, Volume 39, Abstract Supplement: A198, 2016.

657.    Pillai V, Tran KM, Roth T, Drake CL. Limitations of current diagnostic criteria for insomnia: a case for quantitative cut-offs. Sleep, Volume 39, Abstract Supplement: A198, 2016.

658.    Fellman-Couture C, Pillai V, Arnedt J, Anderson J, Moss K, Roth T, Drake C. Long term efficacy of cognitive behavior therapy for menopausal insomnia. Sleep, Volume 39, Abstract Supplement: A198, 2016.

659.    Roehrs T, Koshorek G, Withrow D, Roth T. Cortisol and hyperarousal in insomnia. Sleep, Volume 39, Abstract Supplement: A201, 2016.

660.    Durrence H, Roth T, Tran KM, Singh M, Cheng P, Pillai V, Drake C. Arousability of insomnia patients and healthy volunteers is not impacted by the sleep-specific doses of doxepin (3mg and 6mg), but is impacted in healthy volunteers using zolpidem 10mg. Sleep, Volume 39, Abstract Supplement: A201, 2016.

661.    Durrence H, Drake CL, Tran KM, Bazan L, Cheng P, Pillai V, Roth T. Double-blind, placebo-controlled, 4-way crossover study comparing the effects of doxepin 6mg and zolpidem 10mg on gait, balance, and cognitive performance in healthy volunteers. Sleep, Volume 39, Abstract Supplement: A206, 2016.

662.    Verster JC, Bouwmeester NH, van de Loo AJ, Peters LV, Tiplady B, Alford C, Roth T. Meta-analysis on the next-morning effects of hypnotic drugs on psychomotor speed and motor control in healthy subjects. Sleep, Volume 39, Abstract Supplement: A210, 2016.

663.    Verster JC, Peters LV, van de Loo AJ, Bouwmeester NH, Tiplady B, Alford C, Roth T. Meta-analysis on the next-morning effects of hypnotic drugs on short- and long-term memory functioning in healthy adults and elderly. Sleep, Volume 39, Abstract Supplement: A210, 2016.

664.    Carr AN, Ramsey DL, Brum JM, Thomas P, Kappler G, Chan K, Koshorek G, Roth T. Diphenhydramine hcl improves both objective and subjective sleep parameters in an occasional sleeplessness population. Sleep, Volume 39, Abstract Supplement: A212, 2016.

665.    Withrow D, Koshorek G, Roth T, Roehrs T. At-home actigraphy vs. in-laboratory PSG in insomnia. Sleep, Volume 40, Abstract Supplement: A122, 2017.

666.    Koshorek G, Withrow D, Roth T, Roehrs T. Actigraphy in insomnia with and without event-marking. Sleep, Volume 40, Abstract Supplement: A122, 2017.

667.    Drake C, Cheng P, Luik A, Peterson E, Joseph C, Tallent G, Tran K, Ahmedani B, Roehrs T, Roth T. Preliminary data for the sleep to prevent evolving affective disorders (SPREAD) trial. Sleep, Volume 40, Abstract Supplement: A131, 2017.

668.    Hyde-Nolan ME, Arnedt JT, Cheng P, Fellman-Couture C,Tallent G, Kalmbach D, Singh M, Roth T, Drake CL. Efficacy of behavioral insomnia treatment on post-menopausal quality of life. Sleep, Volume 40, Abstract Supplement: A133, 2017.

669.    Roth T, Mayleben D, Feldman N, Lankford A, Grant T, Nofzinger E. A novel forehead temperature regulating device for insomnia: A randomized clinical trial. Sleep, Volume 40, Abstract Supplement: A142, 2017.

670.    Verster J, van de Loo AJ, Roehrs T, Roth T. Are clinical trial participants representative for patients with insomnia? Sleep, Volume 40, Abstract Supplement: A148, 2017.

671.    Van de Loo AJ, Mackus M, Knipping K, Kraneveld AD, Garssen J, Roth T, Verster JC. Cytokines, sleep and daytime sleepiness. Sleep, Volume 40, Abstract Supplement: A291, 2017.

672.    Cheng P, Fellman-Couture C, Ahmedani B, Tallent G, Arnedt J, Roehrs T, Roth T, Drake C. CBT-I for menopause related insomnia also reduces depression severity. Sleep, Volume 40, Abstract Supplement: A405, 2017.

673.    Dowd, S., O'Daly, S., Monteith, D., Nixon, A., Withrow, D., Koshorek, G., Roth, T. Narcolepsy: Validation of a Daily Electronic Diary. Sleep Medicine 40, Abstract e81, 2017.

674.    Roehrs, T., Roth, T. Markers for Hypnotic Abuse Liability: Cortisol in Insomnia. Sleep Medicine 40, Abstract e280, 2017.

675.    Balikji, S., Mackus, M., Brookhuis, K., Garssen, J., Roth, T., Verster, J. Irritable Bowel Syndrome, Sleep and Daytime Sleepiness. Sleep Medicine 40, Abstract e22, 2017.

676.    Roehrs, T., Verster, J., Roth, T. How Representative are Insomnia Clinical Trials? Sleep Medicine 40, Abstract e22, 2017.

677.    Verster, J., van de Loo, A., Mackus, M., Knipping, K., Kraneveld, A., Garssen, J., Roth, T. Cytokines and Sleep: Effects on Daytime Sleepiness. Sleep Medicine 40, Abstract e338, 2017.

678.    Roth, T., O'Daly, S., Fenton, M., Dowd, S., Caddisy, N., Allen, J., Monteith, D., Klassen, S. Effectiveness of Recruiting Type 1 Narcolepsy Patients via Internet Based Pre-Selection System. Sleep Medicine 40, Abstract e283, 2017.

679.    O'Daly, S., Dowd, S., Cassidy, N., Monteith, D., Roth, T. Incorporating Patient Input into Clinical Trials. Sleep Medicine 40, Abstract e243, 2017.

680.    Dahl, T., Roth, T., Zammit, G., Ahmad, M., Chen L. Efficacy of SM-1 in a Transient Insomnia Model. Sleep, Volume 41, Abstract Supplement: A2, 2018.

681.    Dahl, T., Roth, T., Scheinin, M., Suopanki-Lalowski, J., Valge, M., Puhakka, A., Mikola, H., Lovró, Z., Meierjohann, A., Vuorilehto, L., Chen, L. The Pharmacokinetics and Pharmacodynamics of SM-1. Sleep, Volume 41, Abstract Supplement: A2, 2018.

682.    Roth T, O'Daly S, Fenton M, Dowd S, Cassidy N, Allen J, Monteith D, Klassen S. Effectiveness of Recruiting Type 1 Narcolepsy Patients via Internet Based Pre-selection System. Sleep, Volume 41, Abstract Supplement: A129, 2018.

683.    Cheng P, Tallent G, Luik A, Peterson E, Tran K, Ahmedani B, Adler D, Roth T, Drake C. Digital Cognitive Behavioral Therapy for Insomnia Reduces Incident Depression at One Year Follow Up. Sleep, Volume 41, Abstract Supplement: A142, 2018.

684.    Roehrs T, Koshorek G, Withrow D, Roth T. Markers for Hypnotic Abuse Liability: Cortisol in Insomnia? Sleep, Volume 41, Abstract Supplement: A143, 2018.

685.    Arnedt JT, Cheng P, Fellman-Couture C, Tallent G, Kalmbach D, Singh M, Roth T, Drake CL. Efficacy of Cognitive Behavioral Therapy for Insomnia on Post-Menopausal Quality of Life. Sleep, Volume 41, Abstract Supplement: A150, 2018.

686.    Koshorek G, Withrow D, Roth T, Roehrs T. Inability to Discontinue Chronic Hypnotic Use. Sleep, Volume 41, Abstract Supplement: A158, 2018.

687.  Withrow D, Koshorek G, Roth T, Roehrs T. Self Reported Sleep During Discontinuation of Chronic Hypnotic Use. Sleep, Volume 41, Abstract Supplement: A158, 2018.

688.  Verster JC, Palagini L, Mackus M, van de Loo AJ, Garssen J, Roth T. Insomnia and Stress: Associations with Mental Resilience and Mood. Sleep, Volume 41, Abstract Supplement: A162, 2018.

689.  Verkler J, Koshorek G, Roth T, Roehrs T. Polysomnography in Insomnia Disorder. Sleep, Volume 42, Abstract Supplement: A137, 2019.

690.  Kalmbach D, Cuamatzi-Castelan A, Tonnu C, Sangha R, O'Brien L, Swanson L, Roth T, Drake C. Insomniacs in Late Pregnancy are Clinically Depressed: Exploring the Role of Nocturnal Rumination. Sleep, Volumne 42, Abstract Supplement: A138, 2019.

691.  Cuamatzi-Castelan A, Kalmbach D, Atkinson R, Sangha R, Bazan L, O'Brien L, Swanson L, Roth T, Drake C. Isomnia in Late Pregnancy: Characterizing Phenotypes and Identifying Associated Factors. Sleep, Volume 42, Abstract Supplement: A138, 2019.

692.  Roth T, Rosenberg R, Murphy P, Yardley J, Kumar D, Pinner K, Perdomo C, Moline M. Lemborexant Treatment for Insomnia in Phase 3: Impact on Disease Severity. Sleep, Volume 42, Abstract Supplement: A151, 2019.

693.  Drake C, Cuamatzi-Castelan A, Kalmbach D, Cheng P, Roth T, Singh M, Tran M, Tonnu C, Atkinson R, Fellman-Couture C. Arousabiltiy of Insomnia Patients is Not Impacted by the Orexin Antagonist Suvorexant (10mg and 20mg). Sleep, Volume 42, Abstract Supplement: A151, 2019.

694.  Koshorek G, Verkler J, Withrow D, Roth T, Roehrs T. Effects of Suvorexant on Sleep in Firbomyalgia. Sleep, Volume 42, Abstract Supplement: A152, 2019.

695.  Withrow D, Verkler J, Koshorek G, Roth T, Roehrs T. Effects of Suvorexant on Pain Sensitivity in Fibromyalgia. Sleep, Volume 42, Abstract Supplement: A152, 2019.

696.  Koshorek G, Verkler J, Withrow D, Roth T, Roehrs T. Are People With Severe Insomnia Able to Discontinue Hypnotics After Chronic Use? Sleep, Volume 42, Abstract Supplement: A153, 2019.

697.  Monteith D, Grassot J, Castellan C, Roth T. Pharmacokinetics and Formulation Selection of FT218, An Investigational Controlled Release Sodium Oxybate Formulation Designed For Once Nightly Dosing. Sleep, Volume 42, Abstract Supplement: A242, 2019.

698.  Monteith D, Grassot J, Castellan C, Roth T. Pharmacokinetics and Dose Proportionality of FT218, an Invesgational controlled Release Formulation of Sodium Oxybate for Once Nightly Dosing. Sleep, Volume 42, Abstract Supplement: A243, 2019.

699.  Thorpy, M., Dubow, J., Monteith, D., Grassot, J., Roth, T., Winkelman, J., & Corser, B. (2019). The pharmacokinetics of once-nightly controlled-release Sodium Oxybate (FT218): overview of results from four phase 1 studies. *Sleep Medicine*, *64*, S385.

700.  Finnegan, T., Murray, CF., Huges, S., Roth, T. (2019). Online Medical Education Improves Knowledge of Phsiologic Mechanisms of Sleep Among Neurologists and Primary Care Clinicians. *Sleep Medicine, 64,* S163.

701.  Roth, T., Dorenbaum, A., Jaros, M., & Lam, M. (2019). Are reports of mental fog from patients with idiopathic hypersomnia mediated by objective measures of daytime sleepiness?. *Sleep Medicine*, *64*, S328.

702.  Roth, T., Rosenthal, L., Avidan, A., Baio, N., Dorenbaum, A., Lam, M., & Thorpy, M. (2019). Baseline characteristics of idiopathic hypersomnia subjects enrolled in a clinical trial (ARISE2). *Sleep Medicine*, 64, S328.

703.  Roth, T., Rosenthal, L., Dorenbaum, A., Baio, N., Lam, M., & Avidan, A. (2019). Characteristics of subjects excluded form an idiopathic hypersomnia randomized clinical trial (ARISE2). *Sleep Medicine*, 64, S327-S328.

704.  Roth, T., Rosenberg, R., Murphy, P., Yardley, J., Kumar, D., Pinner, K., ... & Moline, M. (2019). Lemborexant treatment for insomnia in phase 3: Impact on disease severity. *Sleep Medicine, 64*, S325

705.  Schaap, E., Sagong, C., Cuamatzi Castelan, A. S., Sayed, J., Roth, T., Drake, C. L., & Cheng, P. (2020). 0006 The Role of Stress in Sleep in Night Shift Workers: Going Beyond Circadian Misalignment. *Sleep*, 43(Supplement_1), A2-A3.

706.  Drake, C.L., Cheng, P., Kalmbach, T., Sagong, C., Arnett, L. (2020). 0465 Association Between Physical or Sexual Abuse and Sleep Reactivity in Patients with Insomnia. *Sleep, 43* (Supplement_1), A178-A179

707.  Roth, T., Koshorek, G., Verkler, J., Roehrs, T. (2020). 0494 Ability to Discontinue Chronic Hypnotic Use: An Update. *Sleep, 43* (Supplement_1). A189

708.  Murugan, N., Sagong, C., Cuamatzi Castelan, A.S., Moss, K., Roth, T., Drake, C.L., Cheng, P. (2020). To and From the Night Shift: Risky On-the-Road Driving in Night Shift Workers. *Sleep, 43* (Supplement_1) A79-A80

709.  Zammit, G., Seboek Kinter, D., Bassetti, C., Leger, D., Hermann, V., Pain, S., & Roth, T. (2020). 0521 Daridorexant (ACT-541468), A Dual Orexin Receptor Antagonist for the Treatment of Insomnia Disorder: Double Blind, Randomized, Phase 3 Studies for Efficacy and Safety in Adult and Elderly Patients. *Sleep*, 43 (Supplement_1), A199-A200.

710.  Mann, E., Sagong, C., Cuamatzi Castelan, A., Singh, M., Roth, T., Drake, C.L., Cheng, P. (2020). 0007 Daytime Sleep in Night Shift Workers: Quantifying the Role of Circadian Misalignment. *Sleep 43*, (Supplement_1). A3

711.  Roehrs, T., Koshorek, G., Verkler, J., Roth, T. (2020). 0492 Sleep and Hyperarousal: Inability to Discontinue Chronic Hypnotic Use. *Sleep 43*, (Supplement_1). A188-A189.

712.  Verkler, J., Koshorek, G., Roth, T., Roehrs, T. (2020). 0496 Self Reported Sleep During Discontinuation of Chronic Hypnotic Use. *Sleep 43*, (Supplement_1) A190

713.  Zammit, G., Roth, T., Kumar, D., Perdomo, C., Atkins Jr., N., & Moline, M. (2021). 336 Effect of Lemborexant Versus Placebo and Zolpidem on REM Sleep by Quarter Night Intervals in Older Adults with Insomnia Disorder. *Sleep, 44*(Supplement_2), A134-A134.

714.  Thorpy, M., Roth, T., Dauvilliers, Y., Kushida, C., Shapiro, C., Corser, B., ... & Rosenberg, R. (2021). Daytime Sleepiness, Sleep Quality, Hallucinations, and Sleep Paralysis in Patients with Narcolepsy: Results From the REST-ON Trial, a Pivotal Phase 3 Study of FT218, a Once-Nightly Sodium Oxybate Formulation (2445).

715.  Kushida, C., Shapiro, C., Roth, T., Thorpy, M., Rosenberg, R., Corser, B., ... & Dauvilliers, Y. (2021). 489 Pivotal Phase 3 Study of FT218, a Once-Nightly Sodium Oxybate Formulation, in Patients with Narcolepsy: REST-ON Primary Results. *Sleep*, 44(Supplement_2), A193-A193.

716. Dauvilliers, Y., Thorpy, M., Roth, T., Rosenberg, R., Corser, B., Shapiro, C., ... & Kushida, C. (2021). Polysomnographic Measures of Sleep Continuity in Patients with Narcolepsy: Results From the REST-ON Trial, a Pivotal Phase 3 Study of FT218, a Once-Nightly Sodium Oxybate Formulation (2461).

717. Ravi, A., Bryans, H., Ruprich, M., Burgeess, H., Roth, T., Drake, C., Cheng, P. (2022). 0336 Sleep Time and Risk Taking Behaviour in Night Shift-Workers. *Sleep, 45*, (Supplement_1), A151

718. Dauvilliers, Y., Roth, T., Bogan, R., Thorpy, M., Morse, A.M., Roy, A., Seiden, D., Dubow, J., Gudeman, J. (2022). 0401 Efficacy of Once-Nightly Sodium Oxybate (on-SXB; FT218) by Narcolepsy Type: Post-Hoc Analyses From the Rest-On Trial. *Sleep, 45*, (Supplement_1), A179

719. Kushida, C., Roth, T., Thorpy, M., Seiden, D., Dubow, J., Gudeman, J. (2022) 0402 Efficacy of FT218, a Once-Nightly Sodium Oxybate Formulation in Patients with Narcolepsy: Post-Hoc Analyses From the Rest-On Trial. *Sleep, 45*, (Supplement_1), A180

720. Thorpy, M., Roth, T., Kushida, C., Seiden, D., Dubow, J., Gudeman, J. (2022) 0403 Efficacy of Once-Nightly Sodium Oxybate (on-SXB; FT218) for Excessive Daytime Sleepiness and Cataplexy: Post-Hoc Number Needed to Treat and Effect Size Analyses from Rest-On. *Sleep, 45*, (Supplement_1), A180

721. Thorpy, M., Dauvilliers, Y., Roth, T., Morse, A.M., Roy, A., Bogan, R., Seiden, D., Dubow, J., Gudeman, J.  (2022) 0406 Efficacy of Once-Nightly Sodium Oxybate (on-SXB; FT218) Across Stimulant Use Subgroups: Post-hoc Analyses from the Rest-On Trial. *Sleep, 45*, (Supplement_1), A182

722. Roth, T., Moline, M., Pinner, K., Yardley, J., Pappadopulos, E., Halhotra, M. (2022) 0440 Subjective Sleep Outcomes With Lemborexant Among Subjects With Insomnia and Clinically Meaningful Decreases on the Insomnia Severity Index. *Sleep, 45*, (Supplement_1), A195

723. Moline, M., Roth, T., Pinner, K., Yardley, J., Pappadopulos, E., Malhotra, M. (2022) 0449 Correlations Between Sleep Parameters and ISI Total Score in Subjects with Moderate to Severe Insomnia Treated With Lemborexant. *Sleep, 45*, (Supplement_1), A199

724. Koshorek, G., Parashar, V., Roth, T., Roehrs, T. (2022) 0462 Baseline Sleep Disturbance and Inability to Discontinue Chronic Hypnotic Use. *Sleep, 45*, (Supplement_1), A204-A205

725. Parashar, V., Koshorek, G., Roth, T., Roehrs, T. (2022) 0463 Sleep Assessed by Actigraphy During Disontinuation of Chronic Hypnotic Use. *Sleep, 45*, (Supplement_1), A205

726. Cheng, P., Walch, O., Hannay, K., Roth, T., Drake, C. (2023) 0004. Using Apple Watch to Predict Circadian Phase in Night Shirft Workers. SLEEP, Volume 46, (Supplement_ 1), A2

727. Seymore, G., Kalmbach, D., Cheng, P., Ong, J., Reffi, A., Walch, O., Fellman-Couture, C., Bayoneto, A., Roth, T., Drake, C.  (2023) 0317. A Single-Arm Proof-of-Concept Clinical Trial of a Mindfulness-Based Intervention for Prenatal Insomnia. SLEEP, Volume 46, (Supplement_ 1), A141

728. Iqal, J., Sagong, C., Kalmbach, D., Cheng, P., Fellman-Couture, C., Ruprich, M., Petrson, e., Roth, T., Drake, C.  (2023) 0325. Reducing Nocturnal Cognitive Arousal and Rumination Mediate Treatment Effecrs of Digital Cognitive Behavioral Therapy for Insomnia. SLEEP, Volume 46, (Supplement_ 1), A144

729. Roehrs, T., Koshorek, G., Roth, T. (2023) 0345. BZRA Hypnotic Receptor Specificity andAbility to Discontinue Chronic Hypnotic Use. SLEEP, Volume 46,(Supplement_ 1),A153

730.	Roth, T., Cheng, J., Kumar, D., Moline, M. (2023) Differential Effect of Lemborexant and Zolpidem on Wake Across the Night in Patients With Insomnia Disorder. SLEEP, Volume 46, (Supplement_ 1),A155

731.	Kalmbach, D., Cheng, P., Ong, J., Reffi, A., Fellman-Couture, C., Seymour, G., Bayoneto, A., Roth, T., Drake, C. (2023). 0370 A three-arm randomized controlled trial examining mindfulness-based and cognitive-behavioral therapies for prenatal insomnia. *Sleep*, *46*(Supplement_1), A164-A164.

732.	Sagong, C., Kalmbach, D., Cheng, P., Fellman-Couture, C., Iqal, J., Ruprich, M., Bayoneto, A., Peterson, E., Roth, T., Drake, C. (2023). 0397 Efficacy of second-stage clinician-led CBTI in non-responders to digital CBTI: Is alleviation of cognitive arousal a mechanism?. *Sleep*, *46*(Supplement_1), A175-A176.

733.	Ruprich, M., Bayoneto, A., Kalmbach, D., Cheng, P., Reffi, A., Fellman-Couture, C., Iqal, J., Sagong, C. Peterson, e., Roth, T., Drake, C. (2023). 0418 Racial disparities in patient engagement and treatment outcomes in digital cognitive behavioral therapy for insomnia. *Sleep*, *46*(Supplement_1), A185-A185.

734.	Roth, T., Thorpy, M., Kushida, C., Morse, An., Dubow, J. Gudeman, J. Dauvilliers, Y. (2023). 0573 Application of AASM Clinical Significance Thresholds to Once-nightly Sodium Oxybate for Improvement in Narcolepsy Symptoms Symptoms. *Sleep*, *46*(Supplement_1), A 252

735.	Roth, T., Morse, A., Bogan, R., Roy, A., Dubow, J., Gudeman, J., & Dauvilliers, Y. (2023). 0603 Characterization of Patients Who Had≥ 5% Weight Loss With FT218 (Once-Nightly Sodium Oxybate): Post Hoc Analysis From REST-ON. *Sleep*, *46*(Supplement_1), A264-A265.

736.	Viola, A., Thiesse, L., Staner, L., Fuchs, G., Kirscher, D., Dehouck, V., ... & Luthringer, R. (2023) 0951Inter-scorer reliability between Somno-Art Software and 5 sleep centers. *Sleep*, *46*(Supplement_1), A419.

08/21/2023

# Robert Wenslow, Ph.D.

**609-529-4135     Cream Ridge, NJ**
rwenslow@gmail.com     www.linkedin.com/in/robertwenslow

## Summary

Recognized as a world-renowned pharmaceutical Subject Matter Expert (SME) for early development pharmaceutics and formulation.  Highly motivated leader whose passion is to seize opportunities to optimize novel technologies, develop meaningful alliances, and ultimately develop medicines to treat unmet medical conditions.  Expertise includes preformulation, crystallization, early formulation, salt and form selection, and particle property optimization.  Directed all business development and marketing efforts for a novel, worldwide Contract Research Organization (CRO) and achieved $11 million in global business growth and maintenance revenue (China and U.S.).  Forged Drug Engine Pharma, a CRO alliance and envisioned and trademarked "Molecules to Medicine" initiative to provide one-stop IND enabling work.  Dynamic leader who directly oversees 15 scientists and marketing specialists in the U.S., and has dotted-line global responsibility for more than 90 scientists and technicians.

## Career Experience

### *Crystal Pharmatech Inc.* *(2011 to present)*

#### *Co-Founder, Site Head and Vice President Business Development, U.S. Division*

- Founded Crystal Pharmatech in 2010.  Lead strategic planning for the company, which has rapidly grown to have business relationships with more than 500 global pharmaceutical companies.  Crystal Pharmatech is currently undergoing the IPO process in China.
- Provide oversight and leadership for day-to-day decisions about research and development planning, data review, and management of 90-employee staff.  Evaluate and purchase equipment, define company workflows, review data updates and reports, determine specific project scope and workflow for each CRO project, and mentor and train staff.
- Grew business revenue to $5 million in the first four years of company's existence.  As the sole business development representative in the early years, was responsible for selling services to China-based labs.  Built successful global business model whose current combined CRO revenue is $11 million (EOY 2020).  Influenced successful strategies that resulted in 64.4% growth in China (April 2021).
- Founded U.S. subsidiary in 2015 and have been responsible for staffing; instrumentation; workflows; and all business development functions including marketing, lead generation, proposal generation, price book, invoicing, PO generation and project management.  Achieved 42.6% EBITDA growth of the U.S. subsidiary business over 6 years (2015-2021).
- Developed and marketed initiatives that met customer needs including FAST (Focused Analytical Solids Testing, ~$2 million annual revenue); Drug Engine Pharma (alliance with TCG Green Chem and Candoo Pharmaceuticals to provide one-stop shop for innovative person and molecule companies to transform "Molecules to Medicines"); Crystal Blanket (innovative FTE model); Crystal Green (intermediate isolation optimization); and Mat Sci Tune-up Kit.
- Designed and implemented Crystal Pharmatech Salesforce, a customer relationship management tool.
- Work in partnership with colleagues in China to develop and implement a global marketing and technology plan.  Created and managed e-mail marketing campaigns for the first years of business launch; currently work jointly with contract marketing team.  Designed and implemented Crystal Pharmatech's marketing efforts, including website, social media (LinkedIn, Twitter), marketing materials, and presentations.
- Conceived, designed, planned, and hosted Crystal Pharmatech's webinar series, which began in 2012 and welcomes more than 100 attendees each month.
- Lead Crystal Pharmatech Scientific Advisory Board meetings and membership.
- Served as expert witness for four U.S. patent cases.

**Robert Wenslow, Ph.D.**                                                                                           **2 of 3**

- Distinguished track record of influencing and leading the innovative edge of novel technologies for the CRO world, including flow chemistry, continuous crystallization, polymorph prediction (alliance with Marcus Neuman), In silico modeling of PKPD (alliance with Gastroplus), Micro-ED (alliance with German based university), and ssNMR (top expert in the field personally and alliance with Bruker).

*Merck & Co., Inc., Rahway, New Jersey*                                                                 *(1997-2011)*

Merck Research Laboratories, Center for Materials Science and Engineering
  *Associate Scientific Director (2008-2011), Rahway, N.J.*
  *Analytical Science Leader (2007-2008), Ballydine, Ireland*
  *Senior Research Fellow (2005-2007), Rahway, N.J.*
  *Research Fellow (2001-2005), Rahway, N.J.*
  *Senior Research Chemist (1997-2001), Rahway, N.J.*

- Provided significant contributions in the areas of drug research and development, manufacturing and management.

- Introduced, advocated for and directed ssNMR technology at Merck. And as a leading ssNMR expert in the industry, designed many novel applications that remain relevant for API and drug product characterization.

- Established first-ever commercialization analytical research group based in Ballydine, Ireland. Led transformation of an organization that had been focused on a quality control mindset to one that embraced the role of key research-based partner. Managed group, equipment purchases, hiring and retention, workflow plans, and API troubleshooting efforts.

- Designed crystal phase for Phase III compound, resulting in a cost savings of more than $50 million over five years.

- Led efforts to deal with late-stage polymorph identification for Januvia, a drug indicated for Type 2 diabetes.

- Reviewed and advised about all development candidates with respect to form and formulation.

## Education

Ph.D. Analytical Chemistry 1997, Penn State University, State College, Pennsylvania
Thesis Title: *Solid-State NMR of Organic Glasses*
- Helped build and maintain solid-state NMR console; led first application of 2D-HETCOR to inorganic materials; and served as a teacher and mentor.

B.S. Chemistry 1992, King's College, Wilkes-Barre, Pennsylvania

## Honors and Awards

- Invited Keynote Speaker: Drug Discovery and Development *"Just right" Process from Drug Discovery to Development,* November 2017
- Chair Elect, Drug Candidate Selection (DCS) Working Group of AAPS, 2017
- Chair, Mid-Atlantic ACS *Evolving Landscape of Drug Discovery,* June 2017
- Presenter, Drug Discovery Reinvented *Don't Overlook Key Preclinical Research*, February 2017
- Chair, Sunrise Session AAPS *Optimized Approaches to a Successful Preclinical Formulation Development*, 2016
- Presenter, ACS Webinar Series *Crystallography as a Drug Design and Delivery Tool: From Form to Function,* August 2016
- Organizer, M3 (Molecules, Materials, Medicines), May 2016
- Chair, Gordon Research Conference, Preclinical Form and Formulation, June 2015

**Robert Wenslow, Ph.D.**                                                     **3 of 3**

- Organizer, Pharmaceutical Training on Solid State Research Courses in Rutgers, 2014 and 2016
- Organizer, Monthly webinars on solid state research, including "*Molecules-to-Medicine: Accelerating Drug Development through Collaboration*"
- Author of more than 20 patents, including:
  - Crystalline Forms of a Factor Xa Inhibitor
- Author of more than 20 publications in top-tier scientific journals, including:
  - *"Structure Determination of the Theophylline–nicotinamide Cocrystal: A Combined Powder XRD, 1D solid-state NMR, and Theoretical Calculation Study*," CrystEngComm, 2014,16, 3141-3147
  - "*Amorphous Solid Dispersions: A Robust Platform to Address Bioavailability Challenges*," Therapeutic delivery, 6 2 (2015): 247-61

## Professional Affiliations

- American Chemical Society (1998 to present)
- American Association of Pharmaceutical Scientists (2000 to present)