IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARMONY BIOSCIENCES, LLC,
BIOPROJET SOCIÉTÉ CIVILE DE
RECHERCHE and
BIOPROJET PHARMA SAS,

                Plaintiffs,

    v.

LUPIN LIMITED, LUPIN
PHARMACEUTICALS, INC., NOVUGEN
PHARMA SDN. BHD., and
NOVUGEN PHARMA (USA) LLC
                Defendants.

C.A. No. 23-1286-JLH-SRF

(Consolidated)

## STIPULATION AND [PROPOSED] ORDER

WHEREAS the Court entered a Revised Joint Pretrial Order on February 17, 2026 setting forth a schedule for post-trial briefs (*see* D.I. 536, ¶103);

WHEREAS following trial, the Court set page limits for the post-trial briefs and findings of fact and directed the parties to submit any trial transcript errata to the court reporter within two weeks of receiving the final transcripts (*see* Feb. 19, 2026 Trial Tr. 839-41); and,

WHEREAS the parties have agreed, subject to the approval of the Court, to modify the post-trial briefing schedule by several days.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the page limits and amended dates set forth in the following table shall govern the submission of the parties' trial transcript errata, post-trial briefs and findings of fact in this action:

1

| | Page Limit | Current Date | Amended Date |
|---|---|---|---|
| **Plaintiffs' Opening Brief on Infringement** | 30 pages | April 6, 2026 | April 9, 2026 |
| **Plaintiffs' Opening Findings of Fact on Infringement** | 40 pages | April 6, 2026 | April 9, 2026 |
| **Defendant's Opening Brief on Invalidity, Including Secondary Considerations** | 30 pages | April 6, 2026 | April 9, 2026 |
| **Defendant's Opening Findings of Fact on Invalidity, Including Secondary Considerations** | 40 pages | April 6, 2026 | April 9, 2026 |
| **Plaintiffs' Rebuttal Brief on Validity, Including Secondary Considerations** | 30 pages | May 4, 2026 | May 7, 2026 |
| **Plaintiffs' Rebuttal Findings of Fact on Validity, Including Secondary Considerations** | 40 pages | May 4, 2026 | May 7, 2026 |
| **Defendant's Rebuttal Brief on Noninfringement** | 30 pages | May 4, 2026 | May 7, 2026 |
| **Defendant's Rebuttal Findings of Fact on Noninfringement** | 40 pages | May 4, 2026 | May 7, 2026 |
| **Plaintiffs' Reply Brief on Infringement** | 15 pages | May 18, 2026 | May 21, 2026 |
| **Defendant's Reply Brief on Invalidity, Including Secondary Considerations** | 15 pages | May 18, 2026 | May 21, 2026 |

MORRIS, NICHOLS,
ARSHT &TUNNELL LLP

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ Jeremy A. Tigan

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs Harmony Biosciences,
LLC, Harmony Biosciences Management, Inc.,
Bioprojet Société Civile de Recherche and
Bioprojet Pharma SAS*

/s/ Dominick T. Gattuso

Dominick T. Gattuso (#3630)
Catherine Lynch (#7236)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 472-7311
dgattuso@hegh.law
clynch@hegh.law

*Attorneys for Defendant AET Pharma US, Inc.*

Dated: March 5, 2026

SO ORDERED this _____ day of March 2026.

_____
UNITED STATES DISTRICT JUDGE

3