**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES MANAGEMENT, INC., BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS,<br><br>          Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED, et al.,<br><br>          Defendants. | C.A. No. 23-1286 (JLH)<br>**CONSOLIDATED** |

**PLAINTIFFS' PROPOSED FINDINGS OF FACT
REGARDING AET'S INFRINGEMENT**

OF COUNSEL:

Christopher N. Sipes
Megan P. Keane
Brianne (Bharkhda) Sullivan
Cody J. Reeves
Nicole S.L. Pobre
Elaine Nguyen
John Y. Veiszlemlein
Mishael H. Hibshoosh
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Alexa Hansen
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Ste. 5400
San Francisco, CA 94105
(415) 591-6000

April 9, 2026

Yiye Fu
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
(650) 632-4700

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Harmony Biosciences, LLC,
Harmony Biosciences Management,
Inc., Bioprojet Société Civile de Recherche,
and Bioprojet Pharma SAS*

**Table of Contents**

I. Introduction..................................................................................................... 1

II. The '947 Patent............................................................................................... 1

III. The '197 Patent............................................................................................... 2

IV. Person of Ordinary Skill in the Art ............................................................... 4

V. AET's ANDA Products Infringe Claim 1 of the '197 Patent........................... 4

VI. Scientific Background for the '197 Patent....................................................... 5

    A. Expert Witnesses................................................................................. 5

    B. Crystalline and Amorphous Materials in Pharmaceutical Dosage Forms .............. 7

    C. XRPD and ssNMR Testing ................................................................ 10

VII. AET's Manufacturing Process Causes Crystallization .................................. 15

VIII. AET's Own XRPD Testing Demonstrates the Presence of the Claimed Crystalline Form............................................................................................................. 17

IX. Independent Testing Confirms the Presence of the Claimed Crystalline Form................ 30

    A. ssNMR Testing.................................................................................. 30

    B. sXRPD Testing.................................................................................. 38

X. AET's Product Specification Permits the Formation of the Claimed Crystalline Form............................................................................................................. 39

XI. Conclusion ................................................................................................... 40

**Table of Abbreviations**

| Abbreviation | Word or Phrase |
|---|---|
| AET | AET Pharma US, Inc. |
| AET's ANDA Products | 4.45 mg and 17.8 mg pitolisant hydrochloride tablets submitted for FDA approval in Abbreviated New Drug Application No. 218892 |
| ANDA | Abbreviated New Drug Application |
| API | active pharmaceutical ingredient |
| ASD | amorphous solid dispersion |
| Asserted Patents | U.S. Patent No. 8,486,947 and U.S. Patent No. 8,207,197 |
| Bioprojet SCR | Bioprojet Société Civile de Recherche |
| DTX | Defendant's trial exhibit |
| EDS | excessive daytime sleepiness |
| FDA | United States Food and Drug Administration |
| FF | Plaintiffs' Proposed Findings of Fact |
| Gozzo | Dr. Fabia Gozzo |
| Harmony | Harmony Biosciences Management, Inc. and Harmony Biosciences, LLC |
| Hodgkinson | Dr. Paul Hodgkinson |
| ICH | International Council for Harmonisation |
| KAS | Kansas Analytical Services |
| LOD | limit of detection |
| msec | milliseconds |
| Myerson | Dr. Allan Myerson |
| Orange Book | FDA's Approved Drug Products with Therapeutic Equivalence Evaluations |
| PDX | Plaintiffs' demonstrative exhibit |

iii

| Abbreviation | Word or Phrase |
|---|---|
| POSA | person of ordinary skill in the art |
| PTO | Revised Pretrial Order (D.I. 536) |
| PTX | Plaintiffs' trial exhibit |
| RH | relative humidity |
| ssNMR | solid-state nuclear magnetic resonance |
| Steed | Dr. Jonathan Steed |
| sXRPD | synchrotron x-ray powder diffraction |
| the '197 Patent | U.S. Patent No. 8,207,197 |
| the '947 Patent | U.S. Patent No. 8,486,947 |
| Tr. | trial transcript |
| UF | Joint Statement of Uncontested Facts, D.I. 503-1, Ex. 1 |
| XRPD | x-ray powder diffraction |
| WAKIX | Pitolisant tablets approved by the FDA pursuant to New Drug Application No. 211150 held by Harmony |
| Wenslow | Dr. Robert Wenslow |

iv

## I.  Introduction

1.  The active ingredient in WAKIX is crystalline pitolisant hydrochloride. The chemical name for pitolisant hydrochloride is 1-[3-[3-(4-chlorophenyl)propoxy]propyl]-piperidine monohydrochloride. UF ¶ 43.

2.  The Asserted Patents are listed in connection with WAKIX in the Orange Book. UF ¶ 31. The expiration date of the '947 Patent is September 26, 2029. UF ¶ 32. The expiration date of the '197 Patent is March 7, 2030. UF ¶ 33.

3.  Bioprojet SCR is the assignee and owner of the Asserted Patents. UF ¶ 29.

4.  Harmony Biosciences Management, Inc. is the exclusive licensee of the Asserted Patents. UF ¶ 30; D.I. 301.

5.  AET submitted ANDA No. 218892 to the FDA seeking approval to engage in the commercial manufacture, use, or sale of a generic version of WAKIX for the treatment of adult patients with narcolepsy. UF ¶ 54.

6.  As a result of the filing of Plaintiffs' patent infringement action against AET, FDA approval of AET's ANDA is stayed until February 14, 2027 pursuant to 21 U.S.C. § 355(j)(5)(B)(iii) and U.S.C. § 355(j)(5)(F)(ii). C.A. No. 24-0941, D.I. 1; D.I. 3.

## II.  The '947 Patent

7.  AET has stipulated and agreed that the sale, offer for sale, use, and/or manufacture within the United States and/or importation into the United States of any product covered by ANDA No. 218892, in accordance with AET's proposed labeling (and any proposed or approved labeling in AET's ANDA that does not remove the indication of treatment of excessive daytime sleepiness (EDS) in patients with narcolepsy), prior to the expiration of the '947 Patent would

constitute an act of infringement of claim 13 of the '947 Patent under 35 U.S.C. § 271(e)(2)(A)

and 35 U.S.C. § 271(b). D.I. 332; D.I. 339; UF ¶ 63.

**III.    The '197 Patent**

8.    Claim 1 of the '197 Patent recites the following:

> 1. Crystalline 1-[3-[3-(4-chlorophenyl)propoxy]propyl]-piperidine monohydrochloride of formula (I)

(I)

> optionally comprising water up to 6%, and having an X-ray diffractogram that comprises characteristic peaks (2θ) at 11.2° , 19.9° ,20.7° and 34.1° ±0.2°

UF ¶ 51; JTX-1.14 ('197 Patent).

9.    Claim 1 of the '197 claims a composition of matter: a crystalline form of pitolisant, "having an X-ray diffractogram that comprises characteristic peaks (2θ) at 11.2°, 19.9°, 20.7° and 34.1° ±0.2°." JTX-1.14 ('197 Patent).

10.    In addition to the peaks recited in Claim 1, the claimed crystalline form of pitolisant hydrochloride has characteristic XRPD peaks (2θ) at 15.4°, 16.3°, 16.9°, 17.8°, 21.0°, 21.8°, 22.6°, 24.5°, 24.6°, 25.0°, 25.5°, 26.3°, 28.3°, 30.3°, 35.8°, 40.0°, and 46.0° (±0.2°) 2θ. JTX-1.8; Tr. 187:19–188:3 (Myerson).

11.    The parties have agreed to the following constructions of certain terms from the Asserted Claims of the '197 Patent:

2

| Claim Term(s) in Claim 1 | Agreed-Upon Construction |
|---|---|
| "an X-ray diffractogram that comprises characteristic peaks (2θ) at 11.2°, 19.9°, 20.7° and 34.1° ±0.2" | an X-ray diffractogram that includes peaks at 11.2°, 19.9°, 20.7° and 34.1° ±0.2° (2θ) wherein the peaks together uniquely identify the crystalline form of pitolisant hydrochloride |
| "crystalline" | a solid form having a regularly repeating pattern of molecules or atoms with long range order extending in three dimensions |
| "optionally comprising water up to 6%" | which may have up to 6% water |

UF ¶ 53; D.I. 251; Tr. 170:12–20 (Myerson); *see also* PDX4-6.

12.    The patent application that eventually resulted in the '197 Patent, U.S. Patent. App. No. 11/815,736, originally claimed crystalline pitolisant generally, without specifying a particular form. JTX-3.3; *see also, e.g.*, Tr. 359:21–361:1 (Steed).

13.    In traversing a non-final rejection, the applicant limited claim 1 to the form made by the inventors and exemplified in the patent and recited specific properties of the form to "sufficiently define[]" it. JTX-3.590–592 ("[T]he crystalline form of current claim 1 is now directed to a form having an X-ray diffractogram that comprises four specific characteristic peaks," and that therefore "the crystalline form is sufficiently defined.").

14.    The applicant did not state that only XRPD testing could be used to identify the claimed form. *See generally* JTX-3. The applicant did not disclaim analytical methods other than XRPD. *Id.*

15.    Neither the parties' agreed constructions nor the prosecution history specify how infringement testing must be performed or what evidence may be used to prove infringement.

3

16.     Claim 1 does not require a particular amount of the claimed form sufficient to permit detection of all four recited XRPD peaks nor does it require a particular XRPD test method sufficient to permit detection of all four recited XRPD peaks.

## IV.     Person of Ordinary Skill in the Art

17.     Plaintiffs' definition of the POSA is: a person holding a bachelor's degree in chemistry, chemical engineering, pharmaceutical science, or a related discipline, with some knowledge of crystalline solid forms and several years of experience in the pharmaceutical industry; or an advanced degree in the above-listed disciplines or a related discipline, with knowledge of crystalline solid forms and less experience. Furthermore, because drug discovery and development are a multidisciplinary effort, the POSA may interface or consult with individuals having specialized expertise such as, for example, persons working in the field of the relevant disorders with a Ph.D. or M.D. and at least one year of research or clinical experience. Such a person may also be working as part of a team. Tr. 170:4–7 (Myerson); *see also* PDX4-5.

18.     Both parties' experts agree that the infringement analysis is the same under either of the parties' proposed POSA definitions. Tr. 170:4–11 (Myerson); Tr. 364:1–6 (Steed); *see also* PDX4-5.

## V.     AET's ANDA Products Infringe Claim 1 of the '197 Patent

19.     AET's 4.45 and 17.8 mg ANDA Products will infringe claim 1 of the '197 Patent. Tr. 169:12–17; 214:2–9; 218:2–15; 232:6–10 (Myerson).

20.     AET's ANDA Products contain pitolisant hydrochloride, which has the chemical name 1-3-3-(4-chlorophenyl)propoxy]propyl]piperidine monohydrochloride. Tr. 189:9–190:2 (Myerson); PTX-32.78. AET does not dispute that this element of claim 1 is met.

21.     AET has stipulated that its ANDA Products meet the "optionally comprising water up to 6%" limitation of claim 1 of the '197 Patent. C.A. 23-1286, D.I. 470; UF ¶ 62.

4

22.    The formulation of AET's ANDA Products is found at PTX-32.78 and is shown below:

| S. No. | Ingredients | mg / tablet Strength: 4.45 mg | mg / tablet Strength: 17.8 mg | % w/w (w.r.t. core tablet) |
|---|---|---|---|---|
| | **Stage – A: Drug solution** | | | |
| 1 | Pitolisant Hydrochloride *In - House* | 5.000 | 20.000 | 14.93 |
| 2 | Maltodextrin *Ph. Eur/USP-NF* | 12.500 | 50.000 | 37.31 |
| 3 | Water Purified *Ph. Eur./USP – NF* | q.s | q.s | |
| | **Stage – B: Fluid bed granulation** | | | |
| 1 | Microcrystalline Cellulose *USP – NF* | 9.375 | 37.500 | 27.99 |
| | **Stage – C: Lubrication** | | | |
| 1 | Crospovidone Type A *Ph. Eur./ USP – NF* | 2.500 | 10.000 | 7.46 |
| 2 | Croscarmellose Sodium *Ph. Eur./ USP – NF* | 2.500 | 10.000 | 7.46 |
| 3 | Colloidal Silicon Dioxide *Ph. Eur. / USP – NF* | 1.000 | 4.000 | 2.99 |
| 4 | Talc *Ph. Eur./ USP – NF* | 0.312 | 1.250 | 0.93 |
| 5 | Magnesium Stearate *Ph. Eur./USP-NF* | 0.313 | 1.250 | 0.93 |
| | **Core tablet weight** | **33.500** | **134.000** | **100.00** |
| | **Stage – D: Film Coating** | | | |
| 1 | Opadry® II 85F580019 White *In - House* | 1.500 | 6.000 | 4.48 |
| 2 | Water, Purified *Ph. Eur./ USP – NF* | q.s | q.s. | - |
| | **Final coated tablet weight** | **35.000** | **140.000** | **-** |

23.    In November 2023, AET manufactured 8 exhibit batches: EK312, EK313, EK314, EK315, EK316, EK317, EK318, and EK319. PTX-49.3.

24.    These exhibit batches are representative of AET's ANDA Products. Tr. 205:5–18 (Myerson). They have the same composition and manufacturing process as the ANDA Products. Tr. 205:5–14 (Myerson).

25.    AET's 4.45 and 17.8 mg ANDA Products are made with a common blend and by the same manufacturing process, so infringement evidence as to one dosage strength applies equally to the other. Tr. 218:2–218:15 (Myerson); PTX-32.130.

## VI.    Scientific Background for the '197 Patent

### A.    Expert Witnesses

26.    The Court recognized Dr. Myerson as an expert in crystallization science and technology, including the study of solid forms and pharmaceuticals, pharmaceutical manufacturing of active pharmaceutical ingredients and final drug products, and drug product formulation development. Tr. 168:15–23 (Myerson).

5

27.     Dr. Allan Myerson holds a bachelor's degree in chemical engineering from Columbia University and a master's degree and Ph.D. in chemical engineering from the University of Virginia. Tr. 166:12–17 (Myerson); PTX-791. Dr. Myerson has been a professor of chemical engineering for 49 years, including for the last 16 years at the Massachusetts Institute of Technology. Tr. 166:18–21 (Myerson); PTX-791. Dr. Myerson's research focuses on crystallization science and technology, pharmaceutical manufacturing of APIs and drug products, solid forms of pharmaceuticals, and novel pharmaceutical dosage forms. Tr. 166:22–167:2 (Myerson). Dr. Myerson teaches courses on pharmaceutical engineering and on crystallization science and technology. Tr. 167:25–168:3 (Myerson). Dr. Myerson has published approximately 320 peer-reviewed papers. Tr. 167:22–24 (Myerson).

28.     Dr. Myerson is the only expert witness with experience with pharmaceutical manufacturing to testify regarding the '197 Patent. Tr. 167:3–21 (Myerson); Tr. 399:23–400:1 (Steed). This experience includes developing continuous manufacturing technologies to make both APIs and drug products. Tr. 167:3–21 (Myerson). In addition, Dr. Myerson developed a reconfigurable, portable device capable of manufacturing APIs and finished drug products for 15 different drugs. *Id.*

29.     Neither of AET's experts were qualified as experts in pharmaceutical manufacturing of active pharmaceutical ingredients and final drug products, or in drug product formulation development. Tr. 352:21–353:1, 399:20–400:13 (Steed); Tr. 272:10–16 (Hodgkinson).

30.     The Court recognized Dr. Wenslow as an expert in ssNMR. Tr. 64:21–65:1 (Wenslow). Dr. Wenslow holds a bachelor's degree in chemistry from King's College and a Ph.D. in Analytical Chemistry from Penn State University with a focus on ssNMR. Tr. 61:13–19

6

(Wenslow); PTX-794. Dr. Wenslow worked at Merck from 1997 to 2011, developing and applying ssNMR analysis to research and development projects. Tr. 61:13–62:23 (Wenslow). Dr. Wenslow analyzed thousands of compounds using ssNMR during his time at Merck. Tr. 62:12–15 (Wenslow). At the company he co-founded, Crystal Pharmatech, Dr. Wenslow works with clients in the pharmaceutical industry to perform solid-state characterization testing, including ssNMR. Tr. 63:24–64:23 (Wenslow). Dr. Wenslow routinely performs ssNMR experiments that involve looking for low levels of a crystalline form in samples with high amorphous content. Tr. 63:24–64:7 (Wenslow). Dr. Wenslow has authored scientific publications and is named as an inventor on patents relating to ssNMR. Tr. 64:8–20 (Wenslow).

31.    Dr. Wenslow has extensive experience conducting T1rho filtering experiments. Tr. 62:12–15, 63:2–14, 72:22–24 (Wenslow). Dr. Wenslow regularly performed T1rho filtering experiments during his time at Merck. *Id*. Dr. Wenslow performs multiple projects each year at Crystal Pharmatech involving T1rho filtering. Tr. 72:25–73:7 (Wenslow).

32.    The Court recognized Dr. Gozzo as an expert in synchrotron XRPD testing. Tr. 141:22–142:1 (Gozzo). Dr. Gozzo holds a bachelor's degree, master's degree, and Ph.D. in physics. Tr. 141:1–4 (Gozzo); PTX-789. Dr. Gozzo has extensive experience performing and analyzing the results of synchrotron XRPD testing. Tr. 140:11–25; Tr. 141:11–13 (Gozzo). Additionally, she directed the construction and development of the synchrotron XRPD station at the Swiss Light Source facility in Switzerland. Tr. 141:5–10 (Gozzo); PTX-789.

**B.    Crystalline and Amorphous Materials in Pharmaceutical Dosage Forms**

33.    Crystals are solids in which the constituent atoms or molecules are arranged in a periodic repeating pattern that extends in three dimensions. Tr. 171:4–11 (Myerson). Amorphous materials lack long-range order. Tr. 171:4–11 (Myerson).

34.   Amorphous compounds tend to convert to the more stable crystalline form over time. Tr. 172:5–13 (Myerson); PTX-701.6.

35.   Amorphous solid dispersions may be used to attempt to increase the stability of amorphous API in a pharmaceutical composition. Tr. 172:14–174:6 (Myerson).

36.   One common way of making an amorphous solid dispersion is to dissolve an active pharmaceutical ingredient and a polymer or polysaccharide in a solvent and spray dry it or spray granulate it on an excipient. Tr. 172:17–173:19 (Myerson); Tr. 114:18–24 (Wenslow); *see also* PDX4-10.

37.   An inclusion complex in which amorphous API is in the small cavities of a cyclodextrin is very similar to, and often referred to as, an amorphous solid dispersion. Tr. 173:20–174:6 (Myerson).

38.   "A major underlying risk of [amorphous solid dispersions] lies in the propensity of the amorphous drug to crystallize due to thermodynamic instability." PTX-701.1.

39.   Factors such as temperature, moisture, and mechanical stress can induce and/or facilitate crystallization of an amorphous solid dispersion by increasing molecular mobility. Tr. 174:10–175:24 (Myerson); PTX-701.6–701.7.

40.   Crystallization in an amorphous solid dispersion can occur via two pathways (shown below): (1) nucleation, where sufficient molecular mobility permits the API to form crystals, and (2) incomplete amorphization, where a manufacturing process fails to render a crystalline API completely amorphous. Tr. 175:4–175:24 (Myerson); PTX-701.2–701.701.6.

8

Figure 2. Formation pathways of crystallinity in amorphous solid dispersions: (a) incomplete amorphization, (b) nucleation and crystal growth.

PTX-701.2. In the case of incomplete amorphization, the crystalline API phase is in the product from the time of manufacturing. PTX-701.2–701.701.6.

41.    In a drug product, "crystals may grow during storage." PTX.701.3. Any crystallinity in an amorphous solid dispersion, including because of incomplete amorphization, may contribute to "further development of crystallization during storage." *Id.*

42.    "Detection of crystallinity in ASDs is a significant analytical challenge." PTX-701.7. Moseson 2023 explains that:

> X-ray powder diffraction is the most common tool for crystallinity detection but has relatively poor sensitivity to detect low levels of crystalline content, limited by mass fraction and dilution, crystal quality, and method parameters. Solid-state nuclear magnetic resonance spectroscopy (ssNMR) is a powerful technique to distinguish small fractions of crystalline material in a primarily amorphous sample, although is not commonly available as a quality control tool.

PTX-701.7.

43.    Stability testing, including accelerated stability testing, is performed to determine whether changes in the solid state form of the API will occur during a product's shelf life. Tr. 176:11–178:11 (Myerson); PTX-203.5–203.7; *see also* PDX4-15.

44.    The ICH Guidelines are international harmonization standards for pharmaceutical development and manufacturing. PTX-203. During accelerated stability testing conducted

9

according to the ICH Guidelines, a drug product in its final packaging is put in an environmental chamber at 40°C and 75% RH and held for up to 6 months. Tr. 176:11–178:11 (Myerson); PTX-203.17–203.18; *see also* PDX4-14.

45.     Pharmaceutical companies are required to conduct stability testing on drug products. 21 C.F.R. § 211.166; Tr. 214:22–215:10, 216:5–13, 216:24–217:11 (Myerson); *see also* PDX4-14.

46.     Because accelerated stability testing is sufficiently predictive of how the components of a drug product will behave during the product's shelf life, accelerated stability testing is often used to support tentative expiration dates for drug products. 21 C.F.R. § 211.166; Tr. 214:22–215:10, 216:5–13, 216:24–217:11 (Myerson).

C.     **XRPD and ssNMR Testing**

47.     X-ray powder diffraction ("XRPD") is a well-established analytical technique used to characterize and identify crystalline forms. Tr. 180:23–181:9 (Myerson). When a material is analyzed by XRPD, it produces a diffraction pattern—also known as a diffractogram—containing peaks that arise directly from the atomic arrangement of the substance being tested. Tr. 142:7–16 (Gozzo); Tr. 180:23–181:9 (Myerson); Tr. 356:2–17 (Steed). The peaks are referred to as "2θ" or "2-theta" peaks. Tr. 142:7–16 (Gozzo); Tr. 356:2–17 (Steed). These peaks are inherent to a crystalline form: they reflect the fixed, repeating crystal lattice and therefore are a fundamental property of that form itself. Tr. 180:23–181:9 (Myerson); 406:3–5 (Steed).

48.     The X-ray diffraction pattern is considered a "fingerprint" of the particular crystalline form of a compound and can be used to distinguish that form from other solid-state forms of the compound. UF ¶¶ 15, 16; Tr. 406:2–4 (Steed).

49.     The peaks observed in a diffractogram can be compared to known characteristic peaks to identify the presence of a particular solid form. Tr. 180:23–181:9 (Myerson); Tr. 147:15–

10

22 (Gozzo). Importantly, it is not necessary for an XRPD pattern to exhibit every characteristic peak of a crystalline form to confirm that the form is present. Tr. 188:4–18 (Myerson). The appearance of even one unique characteristic peak is sufficient, because those peaks are inherent to—and diagnostic of—the crystalline structure. Tr. 188:4–18 (Myerson); 406:2–4 (Steed).

50.    A crystalline form will always have the characteristic XRPD peaks inherent to that form. UF ¶ 16; Tr. 188:10–18, 213:8–214:1 (Myerson); Tr. 353:24–354:20, 406:2–4 (Steed).

51.    It is not necessary to detect or visually identify all of the characteristic peaks of a crystalline form in an XRPD pattern in order to confirm that the form is present in the sample. Tr. 188:10–18, 213:8–214:1, 222:15–223:5 (Myerson).

52.    XRPD testing has a limit of detection, below which the presence of a crystalline form cannot be reliably distinguished from background noise, and the limit of detection may differ depending on such factors as, the nature of the sample, sample preparation, preferred orientation, scan rate, and instrument variability. Tr. 181:13–183:6 (Myerson).

53.    For a given sample and testing protocol, one or more of the characteristic XRPD peaks of a crystalline form may be below the limit of detection. Tr. 182:15–183:20, Tr. 188:10–18 (Myerson). As a result, for a given sample and testing protocol, some characteristic peaks of a crystalline form may fall below the limit of detection, even though the crystalline form itself is present. Tr. 207:16–209:5, 212:15–214:9, 260:10–261:2 (Myerson).

54.    ssNMR is another well-established and powerful analytical technique used to identify crystalline forms and to distinguish between crystalline and amorphous material. Tr. 66:2–67:14, 68:21–69:9, 69:25–71:11 (Wenslow); Tr. 184:2–20, 184:24–187:4 (Myerson); Tr. 317:16–20 (Hodgkinson); PTX-713.7, PTX-713.20; PTX-714.6; PTX-720.2; PTX-244.1, PTX-244.2; PTX-245.1, PTX-245.7; *see also* PDX2-4. ssNMR analysis produces a spectrum containing peaks

11

characteristic of particular solid forms that correspond to molecular structure and local chemical environment. Tr. 60:6–12, 66:15–67:5 (Wenslow); Tr. 186:22–187:4 (Myerson); *see also* PDX2-4. Amorphous materials generate broader, Gaussian-shaped ssNMR peaks, and crystalline materials generate sharper, Lorentzian-shaped ssNMR peaks. Tr. 69:25–70:10, 70:13–21 (Wenslow); Tr. 317:21–319:1 (Hodgkinson). Peak positions also shift based on different chemical nuclear environments between amorphous and crystalline phases. Tr. 66:2–8, 66:15–67:5 (Wenslow).

55.    ssNMR produces a fingerprint for a solid-state form of a compound which can be reliably used to identify the form. Tr. 66:2–11, 68:21–69:9, 69:25–70:21, 81:12–17 (Wenslow); Tr. 323:18–22 (Hodgkinson); PTX-713.20; *see also* PDX2-4.

56.    ssNMR is a widely-used and accepted technique for characterizing and identifying solid state forms, particularly for analyzing small amounts of crystalline material in multicomponent dosage forms. Tr. 66:2–67:14, 68:21–69:9, 69:25–71:11, 73:16–25 (Wenslow); Tr. 183:23–187:4 (Myerson); PTX-713.7, PTX-713.20; *see also* PTX-720.2 (ssNMR is "particularly valuable for characterizing polymorphism, monitoring crystalline-amorphous transitions, and detecting low-level impurities in their native states," particularly for "complex pharmaceutical products."); PTX-244.2 ("[ssNMR] can confidently differentiate polymorphs of APIs, crystalline and amorphous forms of drug substances and excipients in complex formulations, based on their structural, chemical, and spectroscopic differences."); PTX-245.1 (ssNMR "spectroscopy has been well recognized for the structural investigation of crystalline compounds. In recent years, it has been increasingly utilized to analyze amorphous pharmaceutical materials."), PTX-245.7.

12

57.    Dr. Hodgkinson has never performed a carbon-13 T1rho filter experiment. Tr. 323:9–18 (Hodgkinson).

58.    The U.S. Pharmacopeia is an authoritative publication in the pharmaceutical industry that establishes quality, purity, strength, and identity standards for medicines and provides guidance regarding analytical testing methods. Tr. 185:4–8 (Myerson).

59.    AET's experts agree that the U.S. Pharmacopeia is an authority with respect to analytical testing. Tr. 356:24–357:19 (Steed); Tr. 272:2–6 (Hodgkinson). Dr. Hodgkinson contributed to the current draft U.S. Pharmacopeia chapter on ssNMR. Tr. 272:2–6 (Hodgkinson).

60.    The U.S. Pharmacopeia describes ssNMR as "an invaluable tool for pharmaceutical analysis" that enables "[u]nambiguous identification of polymorphs and other solid forms" and "[h]igh confidence in the low-level quantification of multicomponent solids." PTX-713.1.

61.    ssNMR is especially well-suited for analyzing solid state forms in pharmaceutical compositions because (1) it can distinguish between crystalline and amorphous phases by using relaxation phenomena to isolate crystalline signal, (2) there is typically no interference from excipient peaks in the key region of ssNMR spectra for API analysis, and (3) it is well-suited to detecting small amounts of a crystalline form in primarily amorphous samples because unlike XRPD, ssNMR is an inherently quantitative bulk technique meaning that the signal intensity is directly proportional to the number of nuclei, so sensitivity can be improved by extending runtime of experiment. Tr. 66:2–67:14, 68:21–69:9, 69:25–71:11, 72:3–21, 73:16–74:15, 75:21–76:8 (Wenslow); Tr. 184:24–187:4 (Myerson); Tr. 278:1–22 (Hodgkinson); PTX-713.1, PTX-713.7, PTX-713.18, PTX-713.19, PTX-713.20; PTX-245.1, PTX-245.7.

62.    T1rho represents the spin-lattice relaxation time in the rotating frame. PTX-713.2. Relaxation time is inversely correlated to molecular mobility; as molecular mobility increases,

relaxation time decreases. PTX-713.19; Tr. 67:6–14, 112:7–15, 114:25–115:5, 117:7–11 (Wenslow); Tr. 319:2–13 (Hodgkinson).

63.     Relaxation-based spectral editing using T1rho filtration is an established method for differentiating between crystalline and amorphous phases in a sample. PTX-713.7. It relies on the scientific principle that in an ssNMR experiment the signal from an amorphous form of a compound decays faster than the signal from a crystalline form to isolate the crystalline signal. Tr. 67:6–14 ("Amorphous material[s], in general, have a lot more mobility so their relaxation is going to be a lot faster than crystalline material."), 73:16–25, 74:24–75:18, 81:11–24 (Wenslow); Tr. 317:16–20, 322:20–23:7 (Hodgkinson); PTX-245.7 (relaxation filter-selective signal excitation "exploits the distinct difference in relaxation times (T1 and T1rho) between crystalline and amorphous forms."); *see also* PDX2-12.

64.     Use of a T1rho filter does not require that the signal from the amorphous phase be zero at the chosen tau value; it can be used when there is sufficient discrimination between the crystalline and amorphous signal at that tau value. Tr. 136:22–137:2 (Wenslow); Tr. 322:20–23:7 (Hodgkinson).

65.     Dr. Hodgkinson admitted that, at ambient temperature, amorphous material has more molecular mobility than crystalline material and therefore amorphous material will have a shorter T1rho relaxation time. Tr. 320:13–22 (Hodgkinson).

66.     The usefulness of T1rho filtration for detecting small amounts of a crystalline form that would otherwise be masked by the amorphous content of a sample is explained and illustrated

14

in Du 2022. PTX-245.4, PTX-245.7; Tr. 70:24–71:14, 73:13–74:15 (Wenslow); Tr. 321:24-322:19 (Hodgkinson); *see also* PDX2-10.



PTX-245.7 (Figure 4A from Du 2022).

67.    Relaxation based spectral editing using T1rho filtration can be applied for both fluorine-19 ssNMR and carbon-13 ssNMR. Tr. 74:3–21 (Wenslow).

68.    ssNMR has advantages over XRPD for samples like AET's ANDA Products, including no excipient interference in the region of interest and the quantitative bulk nature of the technique. *See supra* FF ¶ 61. Indeed, AET's own expert Dr. Steed has acknowledged in a publication, ssNMR is a "hugely important contemporary tool" for "resolving questions of solid form that can be ambiguous by X-ray means." PTX-714.6.

## VII.    AET's Manufacturing Process Causes Crystallization

69.    The drug substance AET uses to manufacture its ANDA Products is the crystalline form of pitolisant hydrochloride claimed in claim 1 of the '197 Patent. PTX-282.7, and PTX-285.3; Tr. 190:23–191:16, 220:15–221:3 (Myerson); Tr. 398:22–399:8 (Steed). It is supplied to AET by Nuray Chemicals pursuant to DMF No. 036859 and/or Emnar Pharma pursuant to DMF No. 039126. Tr. 190:23–191:16 (Myerson).

70.    AET attempts to make the claimed crystalline form of pitolisant hydrochloride into an amorphous solid dispersion during its drug product manufacturing process by mixing the crystalline pitolisant hydrochloride with maltodextrin and water and spray granulating the mixture onto microcrystalline cellulose. Tr. 189:9–190:11, 192:18–193:8 (Myerson).

71.    AET's ANDA Product formulation also includes crospovidone, croscarmellose sodium, colloidal silicon dioxide, talc, magnesium stearate, and Opadry II. PTX-32.78; Tr. 189:9–190:2 (Myerson).

72.    Dr. Steed could not identify any approved pharmaceutical product that uses maltodextrin to stabilize an amorphous solid dispersion. Tr. 400:23–401:2 (Steed).

73.    Even though instrumental tools are available, AET relies only on visual inspection to ensure that the crystalline pitolisant hydrochloride that it begins its manufacturing process with is completely dissolved. Tr. 220:15–221:3 (Myerson); Tr. 400:14–19 (Steed).

74.    AET's ANDA warns against exposing pitolisant hydrochloride to moisture. Tr. 192:18–193:9 (Myerson); PTX-33.17. AET's Batch Manufacturing Record—part of its ANDA—states that "pitolisant hydrochloride tends to absorb moisture from the surrounding environment" and cautions internally "don't expose the materials to moisture." PTX-33.17; Tr. 192:18–25 (Myerson).

75.    AET's manufacturing process exposes pitolisant hydrochloride to moisture, heat, and mechanical stress. Tr. 192:18–194:19 (Myerson); PTX-33.2, PTX-33.4; PTX-45.11; PTX-842.4; *see also* PDX4-29. For example, during AET's manufacturing process, granules containing water and the API are dried at 40°C ± 15°C. Tr. 192:18–194:19 (Myerson). The granules are then combined with other excipients and compressed. *Id*. Ambient relative humidity during AET's manufacturing process is allowed to reach 65% RH, which is "significant" because it allows the

16

pitolisant hydrochloride API to absorb water. *Id*. As part of the final step to create the coating, water is sprayed on the formed tablets, which are then heated to 45°C ± 15°C. *Id*. Dr. Steed offered no rebuttal to these facts.

76.    AET's finished tablets contain between 3.61% and 4.28% water, a sufficient amount of water to facilitate mobility of the pitolisant hydrochloride and in turn nucleation and crystal growth. Tr. 192:18–194:19, 195:8–19 (Myerson); PTX-1185.1, PTX-1185.3, PTX-1185.5, PTX-1185.7, PTX-1185.9, PTX-1185.11, PTX-1185.13, PTX-1185.15; *see also* PDX4-30. AET's release specification permits the water content of its ANDA Products to be between 1 and 6.5%. PTX-1185.1; PTX-842.4. AET's testing of the exhibit batches of its ANDA Products shows that the water content reaches up to approximately 4%. PTX-1185.1, PTX-1185.3, PTX-1185.5, PTX-1185.7, PTX-1185.9, PTX-1185.11, PTX-1185.13, PTX-1185.15; Tr. 195:8–19 (Myerson).

77.    AET struggled to develop its amorphous solid dispersion, tried many different excipients and manufacturing techniques, and still observed formation of crystalline pitolisant hydrochloride in development batches. Tr. 196:10–197:1 (Myerson); PTX-40.12–40.21; PTX-52.2; PTX-54; *see also* PDX4-32.

78.    AET relied on accelerated stability testing during the development of its ANDA Products to investigate different amorphization techniques and understand if pitolisant hydrochloride in a particular formulation would crystallize over time. Tr. 196:10–197:1 (Myerson); PTX-40.12–40.21.

**VIII.  AET's Own XRPD Testing Demonstrates the Presence of the Claimed Crystalline Form**

79.    AET has a protocol for conducting XRPD testing on tablets containing pitolisant hydrochloride. PTX-47. AET's protocol has two methods: Method 1 and Method 2. PTX-47.3.

17

Method 1 scans from 2° 2θ to 40° 2θ for 15 minutes, and Method 2 scans from 10° 2θ to 12° 2θ for 30 minutes. PTX-47.3–47.4; Tr. 369:22–370:9 (Steed); *see also* PDX4-34.

80.     AET created its XRPD testing protocol for the express purpose of detecting Plaintiffs' crystalline form in its finished tablets. The protocol specifies that it sets forth "XRD method conditions for the identification of 'Pitolisant Hydrochloride' API polymorphic form in 'Pitolisant Film-Coated Tablets' (amorphous)." PTX-47.2.

81.     Method 1 is a "relatively fast scan" that is "not a very sensitive method," and "the level of detection is not very good." Tr. 212:15–25, 261:7–17 (Myerson). The limit of detection for Method 2 is "much lower." Tr. 261:7–17 (Myerson).

82.     AET's XRPD testing involves use of HighScore Plus peak-picking software, which is used by those in the field for XRPD analysis. PTX-47.4; Tr. 202:25–203:15 (Myerson). The peak lists for the diffractograms associated with AET's exhibit batches and development batches were generated by HighScore Plus. *Id.*

83.     AET's protocol relies on the presence or absence of a single peak at 11.2° 2θ to determine whether the claimed crystalline form is present. PTX-47.5; Tr. 198:15–25 (Myerson); *see also* PDX4-35.

84.     A peak at 11.2° 2θ is unique and distinctive to the claimed crystalline form. Tr. 198:20–199:3, 208:10–209:5 (Myerson); PTX-47.4–47.5.

85.     By focusing solely on the presence or absence of this peak, AET's protocol recognizes that a peak at 11.2° 2θ uniquely identifies the claimed crystalline form in AET's ANDA Products. PTX-47.4–47.5.

86.     AET's protocol directs the analyst to "[c]heck for the presence of 'Pitolisant Hydrochloride' crystalline form characteristic reflex at 11.2° ± 0.2° 2θ." PTX-47.5.

18

87.     AET's protocol states that "[i]f the sample diffractogram exhibits Pitolisant Hydrochloride crystalline form characteristic reflex at 11.2° ± 0.2° 2θ by Method-1 and/or Method-2, then report the results as 'The diffractogram exhibits 'Pitolisant Hydrochloride' crystalline form characteristic reflex by XRD analysis'." PTX-47.5.

88.     AET's internal testing protocol instructs that if an "ambiguity" is observed, the test should be repeated with a fresh sample. PTX-47.5. A "fresh sample" refers to a new tablet. Tr. 408:4–7 (Steed).

89.     Re-testing with a "fresh sample" does not remove whatever was detected in the first sample. Tr. 409:25–410:15 (Steed).

90.     AET detected multiple peaks corresponding to the claimed crystalline form in validation batch PIO/B-009. *See* PTX-55.9–55.16; PTX-656.3–656.6; Tr. 199:4–201:4, 202:25–203:22 (Myerson).

91.     AET's accelerated stability testing for batch PIO/B-009 complied with the ICH guidelines for accelerated stability testing: the tablets were stored in their final packaging, exposed to 40°C and 75% RH for a certain period of time, and were then tested. *See* PTX-55.1; PTX-203.17–203.18.

92.     AET detected a peak at 11.2° ± 0.2° 2θ in XRPD testing performed on batch PIO/B-009 pursuant to Method 2 after 3 months on accelerated stability. PTX-55.9–55.16; Tr. 199:4–201:4 (Myerson); *see also* PDX4-36. The 11.2° 2θ peak is apparent in the diffractogram AET generated and was identified as a peak by the peak-picking software AET uses. *See* PTX-55.9–55.16; Tr. 199:4–201:4 (Myerson). AET concluded that a "[v]ery trace level API crystalline form reflex [was] observed at 11.2° 2θ by XRD analysis." PTX55.1.

19

93.    Dr. Steed admitted that he has no opinion as to what caused the peak at 11.2° 2θ to appear. Tr. 418:9–16 (Steed). Dr. Steed admitted that there were no other artifacts identified in this diffractogram other than the peak at 11.2° 2θ. Tr. 423:10–13 (Steed).

94.    AET detected a peak at 11.2° ± 0.2° 2θ in XRPD testing performed on batch PIO/B-009 pursuant to Method 2 after 6 months on accelerated stability. PTX-656.3–656.6; Tr. 202:25–204:25 (Myerson); *see also* PDX4-39. The 11.2° 2θ peak is apparent in the diffractogram AET generated and was identified as a peak by the peak-picking software AET uses. PTX-656.3–656.6; 202:25–204:25 (Myerson).

95.    AET detected peaks at 11.2°, 16.3°, 19.9°, 20.7°, and 22.6° ± 0.2° 2θ in XRPD testing performed on batch PIO/B-009 pursuant to Method 1 after 6 months on accelerated stability. PTX-656.3–656.6; Tr. 202:25–203:22 (Myerson); *see also* PDX4-38. These peaks are apparent in the diffractogram AET generated and were identified as peaks by the peak-picking software AET uses. PTX-656.3–656.6; Tr. 202:25–203:22 (Myerson).

96.    After detecting peaks at 11.2°, 16.3°, 19.9°, 20.7°, and 22.6° ± 0.2° 2θ in XRPD testing, AET concluded that "[t]he diffractogram exhibits pitolisant hydrochloride crystalline form characteristic reflexes by XRPD analysis." PTX-656.2.

97.    These peaks are characteristic of the claimed crystalline form and not attributable to any other component in the sample. Tr. 199:4–201:4, 202:25–204:25 (Myerson); Tr. 424:15–425:8 (Steed). Dr. Steed does not dispute that this diffractogram contains multiple peaks characteristic of crystalline pitolisant hydrochloride. Tr. 421:1–5 (Steed).

98.    The formulation of batch PIO/B-009 is nearly identical to AET's ANDA Products. Tr. 199:4–18 (Myerson). AET characterized it as a validation batch. *Id*; PTX-55.2; PTX-646.5.

20

99.    Batch PIO/B-009 is a validation batch, meaning that it is "essentially the same as the final manufacturing process and formulation." Tr. 199:9–18 (Myerson); PTX-646.5 (batch PIO/B-009 was used to validate HPLC method for evaluating blend assay and blend uniformity).

100.    The only difference in the formulation of batch PIO/B-009 compared to AET's ANDA Products identified by Dr. Steed is that batch PIO/B-009 contains Syloid, whereas AET's ANDA Products contain colloidal silicon dioxide. *Compare* PTX-32.78 *with* PTX-56.34. Dr. Steed admitted that Syloid is silicon dioxide. Tr. 415:10–14 (Steed).

101.    Dr. Steed admitted that the water content of batch PIO/B-009 is within the specification for water content for AET's ANDA Products. Tr. 415:20–416:24 (Steed).

102.    The fact that some peaks were only detectable by Method 2 and not Method 1 after 3 months of accelerated stability storage is not surprising because Method 2 has a much lower limit of detection than Method 1. Tr. 199:19–200:6 (Myerson).

103.    The fact that the peak at 11.2° 2θ is larger after 6 months of accelerated stability storage compared to 3 months of accelerated stability storage demonstrates that crystals continued to grow in AET's tablets between 3 months and 6 months. Tr. 204:9–17 (Myerson).

104.    That the 34.1° 2θ peak was not detected in AET's testing of PIO/B-009 is not surprising because not all characteristic peaks will necessarily be detected in a given sample, and not all characteristic peaks need to be detected to conclude that the claimed form is present. Tr. 202:25–203:15 (Myerson).

105.    AET's XPRD testing shows that the amorphous pitolisant hydrochloride in PIO/B-009 is unstable and converts to crystalline pitolisant hydrochloride having an X-ray diffractogram that comprises characteristic peaks (2θ) at 11.2°, 19.9°, 20.7° and 34.1° ±0.2 over time. Tr. 199:19–200:12, 202:25–203:15, 204:9–25 (Myerson).

21

106.    AET detected multiple peaks corresponding to the claimed crystalline form in its XRPD testing of exhibit batches EK316 and EK319. PTX-50; PTX-51; Tr. 206:7–209:5, 212:15–213:17 (Myerson).

107.    AET detected a peak in batch EK319 at $11.2° \pm 0.2°$ $2\theta$ in XRPD testing performed pursuant to Method 2 after 6 months of accelerated stability storage ($40°C/75\%RH$). PTX-50.6–50.7; Tr. 206:7–207:15 (Myerson); *see also* PDX4-42. The $11.2°$ $2\theta$ peak is apparent in the diffractogram AET generated and was identified as a peak by the peak picking software AET uses. PTX-50.6–50.7; Tr. 206:7–207:15 (Myerson).

108.    AET characterized this peak at $11.2°$ $2\theta$ as "noise" or an "artifact." PTX-50.2. Dr. Steed admitted that there are no other artifacts or noise at any other position in this diffractogram. Tr. 421:25–422:11, 423:10–13 (Steed). Dr. Steed did not reach any conclusions regarding what caused this peak at $11.2°$ $2\theta$. Tr. 422:12–16 (Steed).

109.    AET detected a peak in batch EK316 at $11.2° \pm 0.2°$ $2\theta$ in XRPD testing performed pursuant to Method 2 after 6 months of accelerated stability storage ($40°C/75\%RH$). PTX-51.7–51.8; Tr. 207:16–209:2 (Myerson); *see also* PDX4-43. The $11.2°$ $2\theta$ peak is apparent in the

22

diffractogram AET generated and was identified as a peak by the peak-picking software AET uses. PTX-51.7–51.8; Tr. 207:16–209:2 (Myerson).





110.    Dr. Steed admitted that he has no opinion as to what caused the peak at 11.2° 2θ to appear in AET's testing of batch EK316 after 6 months on accelerated stability. Tr. 428:18–21 (Steed). Dr. Steed admitted that there were no other artifacts identified in this diffractogram other than the peak at 11.2°. Tr. 428:13–17 (Steed).

111.    AET detected peaks in batch EK316 at 11.2°, 15.4°, 16.9°, 20.7°, and 21.8° ± 0.2° 2θ in XRPD testing performed pursuant to Method 1 after 6 months of accelerated stability storage. PTX-51.4–51.5; Tr. 212:15–213:17 (Myerson); *see also* PDX4-44. The peaks at 11.2°, 15.4°,

23

16.9°, 20.7°, and 21.8° 2θ are apparent in the diffractogram AET generated and were identified as peaks by the peak-picking software AET uses. PTX-51.4–51.5; Tr. 212:15–213:17 (Myerson).



Peak List

| Pos. [°2θ] | Height [cts] | Area [cts*°2θ] | FWHM Total [° 2θ] | d-spacing [Å] | Rel. Int. [%] |
|---|---|---|---|---|---|
| 3.6736 | 259.87 | 13.12 | 0.0512 | 24.05201 | 14.25 |
| 5.2773 | 100.41 | 7.60 | 0.0768 | 16.74612 | 5.51 |
| 9.4593 | 1823.71 | 161.09 | 0.0895 | 9.34986 | 100.00 |
| 11.1864 | 91.51 | 13.86 | 0.1535 | 7.90991 | 5.02 |
| 15.2696 | 406.26 | 287.08 | 0.7154 | 5.80269 | 22.28 |
| 16.7093 | 452.62 | 319.84 | 0.7164 | 5.30582 | 24.82 |
| 18.9713 | 711.59 | 107.75 | 0.1535 | 4.67799 | 39.02 |
| 20.6922 | 970.56 | 73.48 | 0.0766 | 4.29267 | 53.22 |
| 21.8257 | 1278.67 | 387.24 | 0.3070 | 4.07222 | 70.11 |
| 22.3872 | 1625.16 | 410.15 | 0.2558 | 3.97134 | 89.11 |
| 25.2863 | 395.76 | 59.93 | 0.1535 | 3.52223 | 21.70 |
| 28.6248 | 821.81 | 93.33 | 0.1151 | 3.11857 | 45.06 |
| 30.8161 | 52.56 | 31.84 | 0.6140 | 2.90162 | 2.88 |
| 34.5517 | 290.57 | 88.00 | 0.3070 | 2.59599 | 15.93 |
| 36.1016 | 145.23 | 73.30 | 0.5117 | 2.48802 | 7.96 |
| 37.7395 | 108.63 | 16.45 | 0.1535 | 2.38372 | 5.96 |

112.    These peaks that AET detected in batches EK316 and EK319 are characteristic of the claimed form and not attributable to any other component in the sample. Tr. 206:7–207:15, 212:15–213:17 (Myerson), JTX-1.8.

24

113. That the peak at 11.2° 2θ was only detectable by Method 2 and not Method 1 after 6 months of accelerated stability storage for EK319 is not surprising because Method 2 has a much lower limit of detection than Method 1. Tr. 261:7–17 (Myerson).

114. That the 19.9° and 34.1° 2θ peaks were not detected in AET's testing of EK316 is not surprising because not all characteristic peaks will necessarily be detected in a given sample, and not all characteristic peaks need to be detected to conclude that the claimed form is present. Tr. 207:18–209:5, 212:15–214:9, 260:13–261:2 (Myerson).

115. The 34.1° 2θ peak has very low intensity and is therefore difficult to detect in a mixture. Tr. 188:4–18 (Myerson).

116. The 19.9° and 34.1° 2θ peaks are intrinsic or inherent to the crystalline form of claim 1 of the '197 Patent. Tr. 213:1–6, 260:13–261:2 (Myerson), JTX-1.8. If enough characteristic peaks are present to conclude that the crystalline form is present, the 19.9° and 34.1° 2θ peaks are present even if they are below the limit of detection. Tr. 207:18–209:5, 212:15–214:9, 260:13–261:2 (Myerson).

117. AET's XPRD testing shows that the amorphous pitolisant hydrochloride in its ANDA Products is unstable and converts to crystalline pitolisant hydrochloride having an X-ray diffractogram that comprises characteristic peaks (2θ) at 11.2°, 19.9°, 20.7° and 34.1° ±0.2° over time. Tr. 214:2–9, 218:24–219:7, 221:23–222:6 (Myerson).

118. AET's accelerated stability testing complied with the ICH guidelines for accelerated stability testing: the tablets were stored in their final packaging, exposed to 40°C and 75% RH for a certain period of time, and were then tested. PTX-50.1; PTX-51.1; PTX-55.1; PTX-203.8–9.

25

119.    The accelerated stability conditions AET used (40°/75% RH) were not extreme. They were not stress conditions. They comport with ICH guidelines. The tablets were kept in their ANDA-specified container closure system for the 6-month period before testing. PTX-50.1; PTX-51.1; PTX-55.1; PTX-203.8–9.

120.    AET's accelerated stability testing demonstrates that it is more likely than not that AET's ANDA Products will contain the claimed crystalline form during the shelf life of AET's ANDA Products. Tr. 176:11–177:17, 214:10–18 (Myerson).

121.    The purpose of accelerated stability testing is to gather data in the short term to understand how the components of a drug product will behave over time. Tr. 176:11–177:17, 214:10–18 (Myerson).

122.    Throughout development of its ANDA Products, AET performed and relied on accelerated stability testing to understand if the pitolisant hydrochloride in a particular formulation would crystallize over time. *See, e.g.*, PTX-47; PTX-54; PTX-55. AET used accelerated stability testing to determine which amorphous solid dispersion approach and which formulation to use for its ANDA Products. PTX-47; PTX-54; PTX-55; Tr. 196:10–197:4 (Myerson).

123.    AET relied on certain 6-month accelerated stability testing in its submission to FDA regarding proposed life. PTX-1190.21; Tr. 214:22–215:10 (Myerson). AET represented that the 6-month accelerated stability testing data it submitted to FDA supported its proposed shelf life. PTX-1190.21; Tr. 214:22–215:10 (Myerson). In other words, AET represented that the results of 6-month accelerated stability testing were representative of how the ANDA Products would behave during commercial shelf life. PTX-1190.21; Tr. 214:22–215:10 (Myerson).

124.    FDA determined that the stability data AET submitted supports a 24-month shelf life for AET's AND Products. PTX-1253.2; Tr. 216:24–217:24 (Myerson). This indicates that FDA

26

views 6-month accelerated stability testing as predictive of up to 24 months of shelf life. PTX-1253.2; Tr. 216:24–217:24 (Myerson).

125.    Dr. Steed admitted that he was not aware of any particular threshold temperature or humidity that would need to be reached in order for amorphous pitolisant hydrochloride to convert to crystalline pitolisant hydrochloride. Tr. 432:13–433:8 (Steed).

126.    AET did not submit its XRPD accelerated stability testing on BIO/B-009, EK316, or EK319 to FDA. Tr. 215:21–25 (Myerson).

127.    AET's and Dr. Steed's characterization of these peaks as "noise" or "artifacts" is not credible. Tr. 207:10–15, 208:22–209:5, 213:1–6 (Myerson). Multiple characteristic peaks were detected in multiple batches by AET's own software, and no other "noise" or "artifacts" are visible. PTX-51.4, PTX-51.5; PTX-656.3–656.6; PTX-50.6, PTX-50.7; Tr. 202:25–203:22, 206:7–207:15, 212:15–213:17 (Myerson).

128.    AET has no credible explanation for what caused these peaks. Tr. 207:10–15, 208:22–209:5, 213:1–6 (Myerson). AET has presented no evidence that these peaks were caused by any material other than the claimed form of crystalline pitolisant hydrochloride. Tr. 424:15–425:21, 428:13–429:1 (Steed).

129.    AET's ANDA Products do not contain an excipient that has a peak at approximately 11.2° 2θ. Tr. 424:15–25 (Steed).

130.    AET's ANDA Products do not contain an excipient that has a peak at approximately 20.7° 2θ. Tr. 425:1–8 (Steed).

131.    The internal XRPD testing conducted by AET and discussed by Dr. Steed during his direct examination was conducted in January 2024—just two months after AET's exhibit batches were manufactured. *See* DTX-1012.

132.    Litigation testing performed at Bhogala Biosciences does not cast doubt on other evidence and does not demonstrate the absence of crystalline pitolisant hydrochloride in AET's ANDA Products.

133.    Dr. Steed did not communicate directly with Bhogala Biosciences regarding the testing it conducted on AET's ANDA Products. Tr. 401:16–18 (Steed).

134.    Dr. Steed conveyed all of his instructions to Bhogala Biosciences through counsel for AET. Tr. 379:8–11 (Steed).

135.    Dr. Steed did not create a written protocol for the testing conducted by Bhogala Biosciences. Tr. 401:21–25 (Steed).

136.    Dr. Steed was not provided with any documentation of the storage conditions for AET's samples at Bhogala Biosciences. Tr. 402:23–403:3 (Steed).

137.    Dr. Steed was not provided with any laboratory notebooks prepared by Bhogala Biosciences to document their testing. Tr. 403:16–19 (Steed).

138.    Dr. Steed was not able to provide the identity or credentials of the individual who conducted the testing at Bhogala Biosciences. Tr. 405:7–16 (Steed).

139.    The protocol that Dr. Steed conveyed to Bhogala Biosciences through counsel was based on AET's Method 1, which is a fast scan with low sensitivity. Tr. 197:25–198:11 (Myerson); Tr. 378:10–379:7, 409:10–13 (Steed).

140.    The diffractograms generated by Bhogala Biosciences scanned between 3° and 40° $2\theta$. Tr. 378:12–379:7 (Steed).

141.    Dr. Steed admitted that AET's Method 1 diffractograms contain "a lot of noise." Tr. 384:9–21 (Steed).

28

142.    AET did not present any evidence regarding the LOD of the testing conducted by Bhogala Biosciences. Tr. 404:22–405:6 (Steed).

143.    Dr. Steed opined that AET's Method 1 and the protocol used by Bhogala Biosciences have the same LOD. Tr. 404:22–405:2, 408:13–20 (Steed). He speculated that at best the limit of detection for the 11.2° 2θ peak with Method 1 is approximately 1%. Tr. 408:13–20.

144.    The limit of detection of XRPD is based on the amount of detectable material in the entire sample being tested. Tr. 410:21–411:11 (Steed).

145.    If crystalline pitolisant hydrochloride is detected in AET's ANDA Products by an XRPD test with a LOD of 1%, at least 1% of the total weight of the tablet comprises crystalline pitolisant hydrochloride. Tr. 410:21–411:11 (Steed).

146.    Pitolisant hydrochloride comprises approximately 15% of the weight of AET's ANDA Products. Tr. 411:20–22 (Steed); PTX-32.78.

147.    The total weight of AET's 17.8mg ANDA Products is 140.00mg. PTX-32.78. If 1% of the total weight of the tablet is crystalline pitolisant hydrochloride, then at least 1.4mg of the tablet is crystalline pitolisant hydrochloride. *Id*. AET's 17.8mg ANDA Products contain 20mg of pitolisant hydrochloride. *Id*. If 1.4mg of the 20mg of pitolisant hydrochloride is crystalline pitolisant hydrochloride, then approximately 7% of the total pitolisant hydrochloride in the tablet is crystalline pitolisant hydrochloride (1.4mg divided by 20mg and multiplied by 100). *Id.*

148.    Dr. Steed did not conduct any testing to determine the LOD for AET's Method 1. Tr. 408:13–20 (Steed). Assuming Dr. Steed's estimate is correct, this means that as much as 7-14% of the pitolisant hydrochloride in a tablet could convert to crystalline before it would be detected by AET's method.

149.    AET's expert admitted that AET detected a peak at 11.2° 2θ in at least five different diffractograms relating to AET's ANDA Products. Tr. 428:18-429:1 (Steed).

## IX.    Independent Testing Confirms the Presence of the Claimed Crystalline Form

150.    Dr. Myerson opined that AET's ANDA Products infringe claim 1 of the '197 Patent based solely on AET's manufacturing process and internal XRPD testing. Tr. 218:24–219:7 (Myerson). Dr. Myerson relied on testing by Dr. Wenslow and Dr. Gozzo as confirming his opinion that AET's ANDA Products infringe claim 1 of the '197 Patent. Tr. 232:6–10 (Myerson).

151.    The samples Dr. Wenslow tested were properly stored and prepared, and no polymorphic changes were induced by Dr. Wenslow's storage or preparation. Tr. 80:5–13, 83:11–84:24, 86:20–87:3 (Wenslow); Tr. 231:14–21 (Myerson); PTX-858; PTX-228; PTX-229; PTX-230; PTX-231; PTX-232; PTX-233; PTX-234; PTX-235; PTX-236; PTX-237; PTX-238; PTX-239; PTX-240; PTX-241; PTX-242; PTX-663; PTX-664; PTX-665; PTX-666.

### A.    ssNMR Testing

152.    Dr. Wenslow designed and supervised carbon-13 ssNMR experiments to determine whether AET's ANDA Products contain the same crystalline form of pitolisant hydrochloride as Batch No. 142868 of Harmony's crystalline pitolisant hydrochloride. Tr. 65:5–10, 67:21–23 (Wenslow); PTX-861.2.

153.    Based on this experimental testing, Dr. Wenslow concluded that "solid-state NMR could very easily and readily discriminate between amorphous and crystalline" and that his ssNMR filter experiment "was able to easily detect crystalline material in AET's tablets." Tr. 65:5–18 (Wenslow).

154.    The testing was carried out at KAS. Tr. 77:9–13 (Wenslow). Dr. Wenslow has a long history of carrying out ssNMR experiments at KAS and considers the laboratory and personnel reliable. Tr. 77:14–78:1 (Wenslow). The analyst at KAS who carried out the testing has

a Ph.D. in ssNMR and has worked with Dr. Wenslow on three to five projects per year. Tr. 78:2–10 (Wenslow). Dr. Wenslow was in direct contact with KAS with respect to the performance of the testing and sample receipt, storage, preparation, and experimental details regarding the tests performed by KAS were extensively documented. Tr. 80:5–13, 83:11–84:24, 86:20–87:3 (Wenslow); PTX-858; PTX-228; PTX-229; PTX-230; PTX-231; PTX-232; PTX-233; PTX-234; PTX-235; PTX-236; PTX-237; PTX-238; PTX-239; PTX-240; PTX-241; PTX-242; PTX-663; PTX-664; PTX-665; PTX-666.

155.    KAS received samples, including Harmony's crystalline pitolisant hydrochloride, AET's ANDA Products, and AET's excipients, from Dr. David Engers. PTX-811.9–811.10. The samples were shipped under controlled-temperature conditions. PTX-811.9–811.10. Upon receipt, KAS stored them under controlled temperature and humidity conditions. Tr. 83:10–84:16 (Wenslow).

156.    AET's exhibit batches of its ANDA Products were manufactured in November 2023. Tr. 205:21–22 (Myerson). Dr. Wenslow's testing of samples from exhibit batch EK316 was conducted in May 2025. *See, e.g.*, PTX-240.22; PTX-861.2; Tr. 78:13–16 (Wenslow); *see also* PDX2-18. Thus, at the time that Dr. Wenslow tested AET's ANDA Products, they were within AET's proposed shelf life of 24 months or 30 months.

157.    At all times before testing, all AET tablet and excipient samples were properly stored within the storage conditions provided by AET. *See* PTX-32.22; PTX-811.9–811.10; Tr. 83:11–84:17 (Wenslow).

158.    Dr. Wenslow obtained an ssNMR fingerprint for Batch No. 142868 of Harmony's crystalline pitolisant hydrochloride and used that fingerprint as a reference spectrum for his experiments. Tr. 76:11–22, 87:23–88:8 (Wenslow); PTX-1230; PTX-861.2; PTX-862; PTX-731.

31

159. Dr. Wenslow's analysis focused on two crystalline ssNMR peaks in the 150–120 ppm region. Tr. 87:23–88:8 (Wenslow); *see also* PDX2-30.

160. There are no excipients with peaks in the 150–120 ppm region in AET's ANDA Products. Tr. 87:23–88:8 (Wenslow); PTX-1238; *see also* PDX2-32.

161. Dr. Wenslow conducted ssNMR testing on AET's excipients to confirm there are no excipients with peaks in the 150–120 ppm region in AET's ANDA Products. PTX-861.2; PTX-863; PTX-1238; PTX-731; *see also* PDX2-32.

162. Dr. Wenslow designed a type of spectral editing experiment called a T1rho filter experiment. Tr. 90:11–21 (Wenslow).

163. ssNMR filtering based on T1rho decay is an established method in the field for differentiating between signals from crystalline and amorphous phases in a sample. Tr. 72:3–74:21 (Wenslow); Tr. 322:20–25 (Hodgkinson).

164. T1rho spectral editing or filtering in ssNMR relies on the scientific principle that in an NMR experiment the signal from an amorphous form of a compound decays faster than the signal from a crystalline form to isolate the crystalline signal. Tr. 72:3–74:21 (Wenslow).

165. T1rho filtering was the correct technique to use to analyze AET's ANDA Products. Tr. 75:21–76:8 (Wenslow).

166. Dr. Wenslow established that there is no excipient overlap in the region of interest for pitolisant hydrochloride and that amorphous pitolisant hydrochloride decays significantly faster than the crystalline form and ssNMR is a quantitative technique, so his experiments were able to filter out the amorphous signal and employed an experimental run time long enough to detect very low levels of the crystalline form in AET's tablets. Tr. 75:21–76:8 (Wenslow).

167.   Dr. Hodgkinson admitted that decay in the context of ssNMR signal is unidirectional; once signal decays to zero, it remains at zero. Tr. 326:25–327:4 (Hodgkinson).

168.   AET did not provide a sample of the amorphous solid dispersion it uses in its ANDA Products. Tr. 82:24–83:2 (Wenslow).

169.   As part of his method development, Dr. Wenslow used Novitium's ASD to determine if there was sufficient differentiation between the relaxation/decay time for crystalline and amorphous pitolisant hydrochloride. Tr. 82:14–83:8 (Wenslow). Novitium's ASD is an inclusion complex that uses beta-cyclodextrin. Tr. 82:14–83:8 (Wenslow).

170.   Dr. Wenslow obtained an ssNMR fingerprint of Novitium's ASD. Tr. 88:24–89:5 (Wenslow); PTX-1232; PTX-864; PTX-731. It contained two broad, Gaussian amorphous peaks in the 150–120 ppm region. Tr. 88:24–89:5 (Wenslow); PTX-1232; *see also* PDX2-31.

171.   Dr. Wenslow used the relative relaxation of the crystalline pitolisant hydrochloride and Novitium amorphous solid dispersion to choose a tau value to apply to his filter. Tr. 67:6–14, 88:22–89:11, 90:11–21 (Wenslow). Dr. Wenslow reviewed the underlying data to determine which time points represented meaningful signal. Tr. 90:25–91:6, 93:8–12, 94:3–9, 94:18–95:8 (Wenslow)

172.   Dr. Wenslow confirmed that the crystalline pitolisant hydrochloride signal was still present and sufficiently distinguished from amorphous pitolisant hydrochloride at 32 msec and chose that as his tau value. Tr. 94:3–7, 94:18–95:8, 124:13–17, 136:22–137:7 (Wenslow); PTX-1235; *see also* PDX2-35. The data showed that, at 32 msec, the crystalline pitolisant hydrochloride signal remained significant while the signal for the amorphous solid dispersion was gone. Tr. 94:3–7, 94:18–95:8, 129:5–15, 137:8–17 (Wenslow); PTX-1235; *see also* PDX2-35.

173.     Dr. Wenslow confirmed that, at the 16 msec tau value, the crystalline pitolisant hydrochloride signal was still present and sufficiently distinguished from amorphous pitolisant hydrochloride. Tr. 90:25–91:6, 93:8–12 (Wenslow); *see also* PDX2-34. At 16 msec, the signal for the amorphous peak at approximately 140 ppm was completely gone and the signal for the amorphous peak at approximately 130 ppm was barely above the noise. Tr. 90:25–91:6, 93:8–12 (Wenslow); *see also* PDX2-34.

174.     It was reasonable for Dr. Wenslow to use Novitium's amorphous solid dispersion for his method development. There was no interference from the peaks associated with the excipients (including beta-cyclodextrin and maltodextrin). Tr. 79:10–15, 82:16–83:7, 89:19–23 (Wenslow).

175.     Applying the 32 msec filter to AET's ANDA Products resulted in an ssNMR spectrum with sharp, Lorentzian, crystalline pitolisant hydrochloride peaks that align with the crystalline reference spectrum between 150–120 ppm, indicating that the crystalline form is present in AET's ANDA Products. Tr. 98:4–17, 99:5–20 (Wenslow); PTX-1239; PTX-731; *see also* PDX2-39.

176.     Residual amorphous signal could not account for the peaks observed in the filtered spectrum of AET's ANDA Products. Tr. 94:3–7, 137:8–17 (Wenslow).

177.     Dr. Wenslow used appropriate scan times for his experiments based on the specifics of the sample and the intent of each experiment. Tr. 100:13–101:2, 132:4–9 (Wenslow).

178.     Dr. Wenslow's decay curves further demonstrate that the signal from the amorphous pitolisant hydrochloride decays faster than the signal from the crystalline pitolisant hydrochloride. Tr. 94:18–95:17 (Wenslow); PTX-1233; PTX-1234. Dr. Wenslow's decay curves further demonstrate that at a tau value of 32 msec, the signal from the amorphous pitolisant hydrochloride

34

has decayed to essentially zero intensity, while the signal from the crystalline pitolisant hydrochloride remains present. Tr. 94:18–95:17 (Wenslow); PTX-1233; PTX-1234.

179.    The data points at 32 msec for amorphous pitolisant hydrochloride that Dr. Wenslow did not include in his decay curves were the product of noise and were properly excluded. Tr. 94:18–96:3, 129:5–15, 137:18–138:4 (Wenslow).

180.    Dr. Hodgkinson admitted that there are scientific justifications for not using particular data points when creating decay curves. Tr. 327:5–17 (Hodgkinson).

181.    Dr. Hodgkinson admitted that when creating his decay curves, he did not include all of Dr. Wenslow's measured data points. Tr. 327:5–17 (Hodgkinson).

182.    Dr. Hodgkinson created decay curves that used Dr. Wenslow's data points up to 32 msec with different functions. Tr. 96:23–97:17 (Wenslow); PTX-730. Dr. Hodgkinson's decay curves support the proposition that the amorphous signal at tau=32 msec is essentially zero. Tr. 96:23–97:17 (Wenslow); PTX-730. Dr. Hodgkinson's decay curves confirm that the crystalline pitolisant hydrochloride signal was still present and sufficiently distinguished from amorphous pitolisant hydrochloride at 32 msec. Accordingly, Dr. Hodgkinson's decay curves demonstrate that Dr. Wenslow's filtering experiment successfully isolated the signal from the crystalline pitolisant hydrochloride in AET's ANDA Products. Tr. 96:23–97:17 (Wenslow); PTX-730.

183.    Neither AET nor its experts performed any ssNMR experiments. Tr. 315:20–316:6 (Hodgkinson).

184.    The Patel publication (DTX-75) from 2024 reports that the authors obtained two metastable forms of pitolisant hydrochloride, referred to by Patel as Form II and Form III through hot melt conditions. Patel reports that Form III, was produced by heating pitolisant to 125°C then slowly cooling it under nitrogen. DTX-0075.0007. Around 75°C, Patel observed the formation of

35

Form II, and at 70°C, Patel observes the conversion of Form II to Form III. DTX-0075.0007. Finally, Patel notes the "eventual regeneration of Form I." DTX-0075.0007.

185.    Dr. Hodgkinson admitted that Patel reports that Forms II and III of pitolisant hydrochloride convert back to Form I (the claimed form) absent specific temperatures above 70°C. Tr. 333:9–334:8 (Hodgkinson).

186.    Dr. Steed offered no opinions about Patel or any forms of pitolisant hydrochloride other than the claimed form.

187.    Dr. Hodgkinson testified that he relied on Patel for the fact that there are other crystalline forms of pitolisant. Tr. 314:1–12 (Hodgkinson). But, he did not know anything else about these forms, including the conditions under which they are produced or their associated XRPDs. Tr. 332:21–334:14 (Hodgkinson).

188.    Dr. Hodgkinson did not review any of the XRPD testing conducted by AET and did not use it to analyze what crystalline form formed in AET's tablets over time. Tr. 334:9–14 (Hodgkinson).

189.    There is no evidence in the record that any other crystalline forms of pitolisant have a peak at 11.2° 2θ.

190.    There is no evidence in the record that any other crystalline forms of pitolisant have a peak at 20.7° 2θ.

191.    There is no evidence in the record that any other crystalline forms of pitolisant have peaks at 15.4°, 16.9°, or 21.8° 2θ.

192.    Novitium's solid dispersion uses beta-cyclodextrin to create an inclusion complex. Tr. 110:3–6 (Wenslow). AET's solid dispersion uses the polysaccharide maltodextrin to create an

36

amorphous solid dispersion in which pitolisant hydrochloride is dispersed in finite domains within the maltodextrin. Tr. 172:17–173:19, 189:9–190:2, 192:18–193:8 (Myerson).

193.    Maltodextrin is a polysaccharide, not a polymer. Tr. 172:17–173:19, 189:9–20, 192:18–193:8 (Myerson).

194.    Cyclodextrins, including beta-cyclodextrin, are cyclic oligosaccharides. DTX-32.0001.

195.    In an amorphous solid dispersion, the active ingredient and the dispersant are not molecularly mixed. Tr. 172:17–173:19 (Myerson).

196.    The T1rho of Novitium's solid dispersion is comparable to that of AET's solid dispersion. Tr. 82:14–83:8 (Wenslow); 173:20–174:6 (Myerson) ("[I]n the pharmaceutical world, they often refer to, for example, inclusion complexes with [] cyclodextrin as amorphous solid dispersions and they're effectively similar"). To the extent that the Novitium and AET solid dispersions have a different T1rho, the T1rho of the beta-cyclodextrin inclusion complex would be higher (*i.e.*, its relaxation time would be slower) than the T1rho of the maltodextrin amorphous solid dispersion. Tr. 114:18–115:5, 117:7–11, 136:9–21 (Wenslow); Tr. 319:2–13 (Hodgkinson); Tr. 173:20–174:6 (Myerson).

197.    AET's experts offered no opinions regarding how they contend the T1rho of a beta-cyclodextrin inclusion complex would purportedly differ from a maltodextrin solid dispersion. AET's experts conducted no experiments to determine how, if at all, the T1rho of beta-cyclodextrin inclusion complex would purportedly differ from a maltodextrin solid dispersion. Tr. 324:5–8 (Hodgkinson).

198.    The undisputed record evidence establishes beta-cyclodextrin inclusion complexes have less molecular mobility than polymer or polysaccharide amorphous solid dispersions and

37

increased molecular mobility results in faster relaxation and faster T1rho. Tr. 173:20–174:6 (Myerson); Tr. 114:18–115:5, 117:7–11, 136:9–21 (Wenslow).

199.    At the time he rendered his opinions in the case through deposition, Dr. Hodgkinson misunderstood the nature of AET's amorphous solid dispersion, incorrectly believing based on a very limited review of AET's ANDA that the pitolisant hydrochloride in the solid dispersion was molecularly mixed with microcrystalline cellulose. Tr. 316:7–23 (Hodgkinson).

### B.    sXRPD Testing

200.    Dr. Gozzo's testing of (Batch No. 142868) of Harmony crystalline pitolisant hydrochloride demonstrates that it has an X-ray diffractogram that comprises characteristic peaks (2θ) at 11.2°, 19.9°, 20.7°, and 34.1° ± 0.2°. PTX-867.2; Tr. 157:16–20, 160:17–161:2 (Gozzo); Tr. 230:8–18 (Myerson); *see also* PDX3-8.

201.    Dr. Steed does not dispute that the Harmony crystalline pitolisant hydrochloride tested by Dr. Gozzo has an X-ray diffractogram that comprises characteristic peaks (2θ) at 11.2°, 19.9° 20.7° and 34.1° ± 0.2°. Tr. 399:11–15 (Steed).

202.    Dr. Gozzo received samples of Harmony's crystalline pitolisant hydrochloride from Dr. Engers. PTX-811.9. The samples were shipped under controlled-temperature conditions. Tr. 143:19–144:9 (Gozzo); PTX-871. Upon receipt, Dr. Gozzo stored them under controlled temperature and humidity conditions. Tr. 143:19–144:9 (Gozzo); PTX-871.

203.    The sample of Harmony's crystalline pitolisant that Dr. Gozzo tested was prepared and transported to the ALBA synchrotron facility under controlled conditions. Tr. 144:18–146:4 (Gozzo); PTX-870; PTX-872; PTX-873; PTX-874.

204.    Taken together, Dr. Gozzo's testing and Dr. Wenslow's testing demonstrate that AET's ANDA Products contain crystalline pitolisant hydrochloride having an X-ray diffractogram that comprises characteristic peaks (2θ) at 11.2°, 19.9°, 20.7°, and 34.1° ± 0.2°. PTX-867; Tr. 98:4–

17 (Wenslow); Tr. 147:15–22, 160:17–161:2 (Gozzo); PTX-1239; Tr. 223:6–225:9, 230:8–232:10 (Myerson); PTX-1098; PTX-1099; PTX-1100; PTX-1101; PTX-1103; PTX-1104; PTX-1105; PTX-1106.

205.   Both AET's own XRPD testing on its exhibit batches and Dr. Gozzo's XRPD testing demonstrate that the crystalline pitolisant hydrochloride in AET's tablets has XRPD peaks at 11.2, 19.9, 20.7 and 34.1. *See supra* FF ¶¶ 92–116, 200, 204.

## X.   AET's Product Specification Permits the Formation of the Claimed Crystalline Form

206.   AET knew from its development work and internal testing that the pitolisant hydrochloride in its ANDA Products crystallizes. *See, e.g.*, Tr. 420:18–22 (Steed); PTX-54; PTX-55; PTX-656. However, AET chose to omit solid state testing from its final product specification. PTX-842.4, PTX-842.5

207.   AET's final product specification does not include any solid-state test, such as XRPD, or any requirement that its pitolisant hydrochloride in its ANDA Products must be completely amorphous. PTX-842.4, PTX-842.5; Tr. 219:16–220:3 (Myerson); *see also* PDX4-49.

208.   AET does not test the solid-state form of the pitolisant hydrochloride in its ANDA Products at any point during its manufacturing process. Tr. 220:15–221:7 (Myerson); PTX-38; PTX-39; PTX-45; PTX-842; PTX-1189; *see also* PDX4-50.

209.   AET does not test the solid-state form of the pitolisant hydrochloride in its ANDA Products as part of its stability protocol. Tr. 220:15–221:7 (Myerson); PTX-38; PTX-39; PTX-45; PTX-842; PTX-1189.

210.   AET's ANDA, if approved, will permit AET to sell an ANDA Product containing the claimed crystalline form of pitolisant hydrochloride. Tr. 218:24–223:5 (Myerson); PTX-38; PTX-39; PTX-45; PTX-842; PTX-1189.

## XI.    Conclusion

211.    AET seeks approval from FDA for ANDA Products that will more likely than not contain crystalline 1-[3-[3-(4-chlorophenyl)propoxy]propyl]-piperidine monohydrochloride optionally comprising water up to 6%, and having an X-ray diffractogram that comprises characteristic peaks (2θ) at 11.2°, 19.9°, 20.7°, and 34.1° ± 0.2°. Tr. 169:8–17, 214:2–9, 218:2–15, 218:24–219:7, 221:23–223:5, 232:6–10 (Myerson).

OF COUNSEL:

Christopher N. Sipes
Megan P. Keane
Brianne (Bharkhda) Sullivan
Cody J. Reeves
Nicole S.L. Pobre
Elaine Nguyen
John Y. Veiszlemlein
Mishael H. Hibshoosh
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Alexa Hansen
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Ste. 5400
San Francisco, CA 94105
(415) 591-6000

Yiye Fu
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
(650) 632-4700


April 9, 2026

/s/ Jeremy A. Tigan
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile de Recherche, and Bioprojet Pharma SAS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 9, 2026, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire                                    *VIA ELECTRONIC MAIL*
Catherine E. Lynch, Esquire
HEYMAN ENERIO GATTUSO & HIRZEL LLP
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Defendant AET Pharma US, Inc.*

Scott J. Bornstein, Esquire                                     *VIA ELECTRONIC MAIL*
Jonathan Ball, Ph.D.
Julie P. Bookbinder, Esquire
Elana B. Araj, Esquire
Giancarlo Scaccia, Esquire
Anne Rock, Esquire
Ariadna Muniz, Esquire
Emma Cohen, Esquire
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY  10017
*Attorneys for Defendant AET Pharma US, Inc.*

/s/ Jeremy A. Tigan

_____
Jeremy A. Tigan (#5239)