IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES MANAGEMENT, INC., BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., NOVUGEN PHARMA SDN. BHD., and NOVUGEN PHARMA (USA) LLC, et al.<br><br>Defendants. | C.A. No. 23-1286-JLH<br><br>(Consolidated) |

**DEFENDANT'S MOTION FOR TELECONFERENCE**
**TO RESOLVE A MOTION TO STRIKE**

Defendant AET Pharma US Inc. ("AET") respectfully moves this Court to schedule a teleconference to address the following dispute:

- Whether Section III of Plaintiffs' Post-Trial Reply Brief (D.I. 561) should be stricken because it refers to and relies upon the previously stricken reply expert report of Stephen Parent (D.I. 465) and the data contained therein. *See* D.I. 470.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on May 29, 2026.

Delaware Counsel:

- Anthony Raucci (Morris, Nichols, Arsht & Tunnell LLP) for Plaintiffs
- Dominick Gattuso (Heyman Enerio Gattuso & Hirzel LLP) for AET Pharma US, Inc.

Lead Counsel:

- Christopher Sipes, Brianne Sullivan, Cody Reeves (Covington & Burling LLP) for Plaintiffs

- Jonathan Ball, Julie Bookbinder, Giancarlo Scaccia (Greenberg Traurig, LLP) for AET Pharma US, Inc.

Over the course of several weeks following their telephonic meet and confer, the parties exchanged via email numerous drafts of a joint notice regarding post-trial briefing to address this issue, but they were unable to reach agreement on the content of a joint notice.

The parties are available for a teleconference on the following dates: June 29-July 1 or July 6-10, 2026. Due to a proceeding in another matter, Plaintiffs' counsel is not available July 13-17.

OF COUNSEL:

Scott J. Bornstein
Jonathan Ball, Ph.D.
Julie P. Bookbinder
Elana B. Araj
Giancarlo Scaccia
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
Scott.Bornstein@gtlaw.com
ballj@gtlaw.com
bookbinderj@gtlaw.com
elana.araj@gtlaw.com
scacciag@gtlaw.com

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant AET Pharma US, Inc.*

Dated: June 18, 2026