IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES MANAGEMENT, INC., BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS, | ) | |
| Plaintiffs, | ) | C.A. No. 23-1286 (JLH) (SRF) **CONSOLIDATED** |
| v. | ) | |
| LUPIN LIMITED, et al. | ) | |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE TO AET'S MOTION FOR TELECONFERENCE TO RESOLVE A MOTION TO STRIKE**

Plaintiffs Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile de Recherche, and Bioprojet Pharma SAS (collectively, "Plaintiffs") respectfully write in response to the Motion for Teleconference to Resolve a Motion to Strike filed by Defendant AET Pharma US Inc. ("AET") on June 18, 2026 (D.I. 563).

First, AET filed its motion prematurely. The parties did not reach impasse before AET unilaterally filed its Motion for Teleconference at 5:13 p.m. the evening before the Friday holiday. The parties had been actively exchanging proposals for resolving the dispute, and AET itself sent a new proposal to Plaintiffs at 2:26 p.m. on June 18, less than three hours before abruptly filing its motion (D.I. 563). Ex. A (attachments omitted). Plaintiffs were still evaluating that proposal when AET rushed to file.

Second, AET's motion mischaracterizes both the dispute and Plaintiffs' position. Section III of Plaintiffs' post-trial reply brief properly responds to AET's improper argument—advanced in its responsive post-trial brief— that the Court should draw an inference about Plaintiffs' testing of samples that is contrary to facts known to AET. D.I. 560 at 7, D.I. 561 at 9-10. If the Court

entertains AET's premature Motion to Strike, Plaintiffs respectfully request that the Court address this related issue as well: whether the final paragraph of Section III.B. of AET's responsive post-trial brief (D.I. 560 at 7) should be stricken because it seeks an inference AET knows is contradicted by excluded evidence and improperly exploits the Court's discovery rulings as both a sword and a shield.

Third, although AET's motion was automatically referred to Magistrate Judge Fallon, it concerns the parties' post-trial briefing. Plaintiffs therefore submit that the motion be decided by Judge Hall.

Finally, AET did not verify whether Plaintiffs are available on all of the dates provided in its request for a teleconference before filing. Plaintiffs are available for a teleconference on the following dates: June 29-July 1 and July 7-10, 2026. Plaintiffs' counsel is not available on July 6 (or July 13-17).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile de Recherche and Bioprojet Pharma SAS*

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
Brianne Bharkhda Sullivan
Megan P. Keane
Sarahi Uribe
Elaine Nguyen
Pierre Anquetil
Sarah Kratt
Cody Reeves
John Y. Veiszlemlein
Mishael Hibshoosh
Nicole Pobre
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

Yale Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
(650) 632-4700

A.G. Chancellor IV
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

June 22, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 22, 2026, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire — *VIA ELECTRONIC MAIL*
Catherine E. Lynch, Esquire
HEYMAN ENERIO GATTUSO & HIRZEL LLP
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Defendant AET Pharma US, Inc.*

Scott J. Bornstein, Esquire — *VIA ELECTRONIC MAIL*
Jonathan Ball, Ph.D.
Julie P. Bookbinder, Esquire
Elana B. Araj, Esquire
Giancarlo Scaccia, Esquire
Anne Rock, Esquire
Ariadna Muniz, Esquire
Emma Cohen, Esquire
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
*Attorneys for Defendant AET Pharma US, Inc.*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)