IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES MANAGEMENT, INC., BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS, Plaintiffs, v. LUPIN LIMITED, et al., Defendants. | C.A. No. 23-1286 (JLH) **CONSOLIDATED** |

## JOINT MOTION REGARDING POST-TRIAL BRIEFING AND TO VACATE TELECONFERENCE

Plaintiffs Harmony Biosciences, LLC ("Harmony"), Harmony Biosciences Management, Inc. ("HBMI"), Bioprojet Société de Civile de Recherche ("Bioprojet SCR"), and Bioprojet Pharma SAS ("Bioprojet Pharma") (collectively, "Plaintiffs") and Defendant AET Pharma US, Inc. ("AET" or "Defendant") jointly move for entry of an order to resolve the dispute reflected in Motion for Teleconference to Resolve a Motion to Strike (D.I. 563) and Plaintiffs' Response (D.I. 564) and to vacate the July 7, 2026 teleconference set to address the dispute (D.I. 565).

In support of this joint motion, Plaintiffs and Defendant state as follows:

The parties withdraw the portions of their post-trial briefs as indicated by strike-through in the attached Appendices A (AET's responsive post-trial brief, D.I. 560) and B (Plaintiffs' post-trial reply brief, D.I. 561), respectively. The parties agree that the withdrawn portions form no part of the post-trial briefing in this case. Should the Court desire, the parties will file corrected briefs on the docket.

With the dispute now resolved, the parties submit that the teleconference set for 10:00 AM Eastern on July 7, 2026 (D.I. 565) may be cancelled.

1

WHEREFORE, in view of the above agreements of Plaintiffs and Defendant, the parties respectfully request the Court grant this joint motion and enter an order in the form or a substantially similar form as the Proposed Order attached hereto.

<table>
<tr><td>MORRIS, NICHOLS, ARSHT &TUNNELL LLP</td><td>HEYMAN ENERIO GATTUSO & HIRZEL LLP</td></tr>
<tr><td>

/s/ Jeremy A. Tigan
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Bioprojet Société Civile de Recherche and Bioprojet Pharma SAS*

</td><td>

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant AET Pharma US, Inc.*

</td></tr>
</table>

2