IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES MANAGEMENT, INC., BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED, et al.<br><br>Defendants. | C.A. No. 23-1286 (JLH) (SRF)<br>**CONSOLIDATED** |
| HARMONY BIOSCIENCES MANAGEMENT, INC. and NOVITIUM PHARMA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AET PHARMA US, INC., AET LABORATORIES PRIVATE LIMITED, ALFRED E. TIEFENBACHER (GMBH & CO. KG), SANDOZ INC., and SANDOZ AG,<br><br>Defendants. | C.A. No. 26-453 (JLH) |
| AET PHARMA US, INC., SANDOZ INC., and SANDOZ AG,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>HARMONY BIOSCIENCES MANAGEMENT, INC., HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES HOLDINGS, INC. and NOVITIUM PHARMA LLC,<br><br>Counter-Defendants. | |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Harmony Biosciences Holdings, Inc., Bioprojet Société Civile de Recherche, Bioprojet Pharma SAS, and Novitium Pharma LLC (collectively "Harmony and Novitium"), hereby move for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Harmony and Novitium state as follows:

1. The May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place personal electronic devices in a locked pouch. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A scheduling conference and motion hearing have been scheduled in C.A. 26-453 at 1:00 p.m. on October 21, 2026, in Courtroom 6D.

3. A bench trial was held in C.A. 23-1286 on February 17-19, 2026. Closing arguments are scheduled for 2:00 p.m. on October 22, 2026, in Courtroom 6D.

4. The following attorneys and clients intend to appear at these proceedings and request access to their electronic devices for purposes of participating in the proceedings, but do not have state-issued bar cards or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Matthew Traupman, Esquire
- Abby Graegin, Esquire

- Eric Grannon, Esquire
- Peter Anastasiou, Client Representative
- Christian Ulrich, Client Representative
- Andrew Serafin, Client Representative
- David Silverstein, Client Representative
- Daniel Matheson, Client Representative

WHEREFORE, Harmony and Novitium respectfully request that the Court issue an order to exempt the above-named persons from the May 17, 2024 Standing Order on October 21 and 22, 2026.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Harmony Biosciences, LLC, Harmony Biosciences Management, Inc., Harmony Biosciences Holdings, Inc., Bioprojet Société Civile de Recherche and Bioprojet Pharma SAS*

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19081
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

October 19, 2026

*Attorneys for Novitium Pharma LLC*

SO ORDERED, this 20th day of October, 2026.

The Honorable Jennifer L. Hall
United States District Judge