HEYMAN ENERIO GATTUSO & HIRZEL LLP
222 DELAWARE AVENUE • SUITE 900 • WILMINGTON, DELAWARE 19801
TEL: (302) 472.7300 • WWW.HEGH.LAW

DD: (302) 472-7311
Email: dtgattuso@hegh.law

October 20, 2026

**VIA E-FILING**
The Honorable Jennifer L. Hall
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

[redacted]

Original Version Filed: October 20, 2026
Public Version Filed: October 27, 2026

RE: *Harmony Biosciences, LLC et al. v. Lupin Limited, et al.*,
C.A. No. 23-1286 (JLH) (SRF)

Dear Judge Hall:

In advance of this week's closing arguments in *Harmony Biosciences, LLC et al. v. Lupin Limited, et al.*, C.A. No. 23-1286 (JLH) (SRF), and given the competitive sensitivities around a launch date, and to attempt to avoid sealing the courtroom, AET Pharma US, Inc. ("AET") writes under seal to provide the Court with a confidential update concerning regulatory approval and anticipated launch timing for its ANDA products (generic pitolisant hydrochloride).

[redacted]

[redacted]

In light of the anticipated regulatory approval, AET respectfully provides this update so that the Court is aware of the timing as it considers its ruling.

Respectfully,

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)

cc: Clerk of the Court (by hand delivery)
Counsel of Record (by CM/ECF and email)